UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIA ROBINSON, et al)
)
   Plaintiffs,   )
)
   v.   )   CASE NO. 1:23-cv-05655-MHC
)
THE UNITED STATES )
OF AMERICA, et al,  )
)
   Defendants   )

## DEFENDANT FLORIDA ATLANTIC UNIVERSITY'S MOTION TO DISMISS

PURSUANT to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant FLORIDA ATLANTIC UNIVERSITY ("FAU"), through undersigned counsel, moves this Court to dismiss the complaint of Plaintiffs JULIA ROBINSON and KENDALL HALL for Eleventh Amendment immunity, failure to state a claim on which relief may be granted, and lack of standing, as set forth in the accompanying brief.

WHEREFORE, Defendant Florida Atlantic University requests that the Court grant this motion and dismiss any potential claims against it in this action.

                        Respectfully Submitted,

                        ASHLEY B. MOODY
                        ATTORNEY GENERAL OF FLORIDA

                        s/ Christopher Sutter

                                        Christopher Sutter (Fla. Bar No. 422215)
                                        Senior Assistant Attorney General
                                        OFFICE OF THE ATTORNEY GENERAL
                                        110 Southeast Sixth Street, 10th Floor
                                        Ft. Lauderdale, Florida 33301
                                        Telephone: (954) 712-4600
                                        Facsimile: (954) 527-3702
                                        Christopher.Sutter@myfloridalegal.com
                                        Attorneys for Defendant FAU
                                        *Pro Hac Vice Attorney for Defendant FAU*

Sponsored by:      s/ Roger A. Chalmers
                                        Roger A. Chalmers (Ga. Bar No. 118720)
                                        Senior Assistant Attorney General
                                        State Law Department
                                        40 Capitol Square SW
                                        Atlanta, GA  30334
                                        Tel: (404) 458-3220
                                        Fax: (404) 651-5304
                                        Email: rchalmers@law.ga.gov
                                        *Pro Hac Vice Sponsoring Attorney*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this date on the pro se parties below via U.S. Mail:

Julia Robinson
Kendall Hall
2451 Cumberland Parkway SE, Ste 3320
Atlanta, GA 30339
Email: juliamrobinsonuscourtappealprose@yahoo.com

                                                      /s/ Christopher Sutter
                                                      Christopher Sutter
                                                      Senior Assistant Attorney General