United States District Court
for the
Northern District of Georgia
Atlanta Division

Plaintiff: Julia M Robinson And Kendall J Hall

v

Case Number: 1:23-CV-5655 MHC

Defendant: All of the Defendants in this case

Hello and to whom this motion may concern,

I'm asking this court to allow me the ability to file my motions online for safety reasons. Because of corruption of past experiences with my cases it is safer for me to file my motions and answer my motions online and or the ability to do both paper and electronically.

Thanks in Advance

[Signature]

4-5-2024

United States District Court
for the
Northern District of Georgia
Atlanta Division



Julia M Robinson
And
Kendall J Hall
Plaintiff,

v

Case Number: 1:23-CV-5655-MHC

~~All~~ All of the Defendants in this Case
Defendant,

Hello And to whom this motion may concern, I Julia M Robinson is Asking this court to give me more time to serve process on (4) four more defendants that is left on my list to serve process. I'm waiting to hear back from servers that I sent documents to. It should be this Monday coming or this week for sure.

Thanks in Advance

[signature]

4-5-2024