IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JULIA M. ROBINSON, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE UNITED STATES OF AMERICA, et al.,**<br><br>**Defendants.** | Case No.: 1:23-cv-05655-MHC |

### DEFENDANT MEMORIAL HEALTHCARE SYSTEM'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and N.D. Ga. LR 3.3, Defendant Memorial Healthcare System ("MHS" or "Defendant") state as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full a complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

South Broward Hospital District d/b/a Memorial Healthcare System has no parent corporation and no publicly held company owns 10% or more of its stock.

1

South Broward Hospital District d/b/a Memorial Healthcare System is an independent special tax district created by the Florida Legislature in 1947 and operates pursuant to its Charter, Chapter 2004-397, and Chapter 189 Florida Statues - Uniform Special District Accountability Act.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: South Broward Hospital District d/b/a Memorial Healthcare identifies the following parties:  Frank P. Rainer, Esq.; Scott R. Strauss, Esq.; Raanon Gal; Barnes & Thornberg, LLP; Julia Robinson; Kendall J. Hall.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case: Scott R. Strauss, Esq. ;  Frank P. Rainer, Esq. ;  Raanon Gal, Esq. ;  Christopher Sutter, Esq. ;  Roger A. Chalmers, Esq.;  Amy Michelle Hoffman, Esq.;  Chirstopher Paul Berney, Esq.;  Fredric J. Bold, E. Allen Page.

Dated: April 9, 2024

                                             Respectfully submitted,

                                             By: /s/ Raanon Gal
                                             Raanon Gal
                                             Georgia Bar No. 100281
                                             Barnes & Thornburg, LLP
                                             3340 Peachtree Rd, Suite 2900
                                             Atlanta, GA 30326
                                             P: (404)264-4066
                                             Raanon.gal@btlaw.com
                                             *Attorney for Defendant Memorial Healthcare System*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I served the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record. I also certify that the foregoing document is being served on this date on the pro se parties below via U.S. Mail:

Julia Robinson
Kendall Hall
2451 Cumberland Parkway SE,
STE3320
Atlanta, GAL 30339
Email: juliamrobinsonuscourtappealprose@yahoo.com

/s/ Raanon Gal
Raanon Gal
Georgia Bar No. 100281