April 25, 2024

United States District Court For The Northern District of Georgia

Julia M. Robinson and Kendall J. Hall

2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb GA 30339

CASE NO. 23-CV-05655-MHC

Plaintiffs: Julia M. Robinson and Kendall J. Hall

Defendants: Apple Inc.



NOTICE OF HEARING

1. Opposition/Objections/Response to Apple Inc. notice of hearing.
2. The Plaintiffs need a hearing in person so that The Plaintiffs mother Julia M. Robinson can plead to this court why her case shouldn't be dismissed. The Plaintiff doesn't want anything off the record, The Plaintiff wants to speak to the Judge in person with a court reporter so that this court and attorneys can follow the Civil Rules of Procedures like The Plaintiff is following.

JULIA M ROBINSON

2451 CUMBERLAND

PARKWAY SE SUITE 3320

ATLANTA COBB GA

30339 (424)-313-4070

Juliamrobinsonuscourtappealprose@yahoo.com

" I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct " Executed on April 25, 2024 Julia M Robinson