April 28, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall

2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 23-CV-05655-MHC

Plaintiffs: Julia M Robinson and Kendall J. Hall

Defendants: Apple Inc. and Dr. Brittany Mason Hirner

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 03 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

AMENDED OPPOSITION RESPONSE/OBJECTIONS TO DEFENDANTS APPLE INC. AND DR. BRITTANY MASON HIRNER MOTIONS TO DISMISS/ NOTICE OF HEARINGS

1. The Plaintiff showed The District court in previous cases how her Apple iPhone device kept getting unlawfully hacked because of how this device came in the mail to her from T-Mobile Inc. The Plaintiff also turned in evidence to The District Court about all of her cases on how her iPhone illegally without her consent and without financially compensating her (involuntary servitude/human trafficking) and her family was a part medical/technology experiments/was a part of studies/and for handicap people that had the (C.I.A.) Central Intelligence Agencies connected to her and her families devices in background/inside of her Apple iPhone and another device (OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device) that was connected to her personal vehicle that T- Mobile is one of the owners listed that her and her family found on her personal vehicle. The Audi Dealers that The Plaintiff went to all told her there was no such device on her car and didn't want to assist her in on looking for the same device that was found by The Plaintiff and her family. No company or form of government didn't want to assist her in on removing these illegal military style experimental devices/computer programs/and other illegal programs that was forced upon (involuntary servitude/human trafficking) The Plaintiff without her consent or financial compensation because The Private Companies, The United States Of America, wanted to continue to use her and her family for profit/slavery as illegal test subjects that illegally subjected them to high levels of radiation in her private (Audi) vehicle, past rental cars with Enterprise car rental, and through T-Mobile Apple iPhone devices along with other illegal

without their consent medical/technology experiments. The Plaintiff knows and has evidence that one of The Senators in Florida (Marco Rubio) was over a C.I.A. Committee for radiation experiments/so called Havana Syndrome that The Plaintiffs were used as illegal test subjects without consent and without them meeting valid/legal exemptions to artificially induce these torturous war crime assaults symptoms carried out by these experiments by The GREEDY Defendants to get rich during the COVID-19 Pandemic. So therefore since The Plaintiff was a witness in prior cases involving corruption and obstruction in The State of Florida and she wrote federal departments in the past pertaining to these cases and how she was attacked/retaliated against this experimental device was sent to her in the mail, the experimental programs/devices were uploaded and placed inside of past rental cars with Enterprise Car Rental and this same device was placed inside of her current Audi vehicle to try to force her and her family not to appear creditable/discredit them all, to force her and her family to WORK AS GOVERNMENT INFORMANTS that they ended up never agreeing to doing during and after the torturous war crimes that were committed, and for them all to attempt to avoid liability (to stop The Plaintiffs from filing and prevailing in lawsuits against U.S. GOVERNMENT DEPARTMENTS, and to attempt assassinations so that no one found out what happened to them all in The State Of Florida by continuing the torture. The Plaintiffs Apple Device/iCloud had a lot of her evidence/research that she gathered for years against all The Defendants that's why The Defendants intentionally hacked her device to the point she could no longer get into her device iCloud. The Defendants knew that she could get into the iCloud with another device that's why Apple Reps made up that she turned on her recovery key and if she didn't have any other Apple product signed into her iCloud, she couldn't recover her recovery key/reset the recovery key that she didn't have turned on. If a recovery key was turned on this was done remotely without The Plaintiffs consent just like the evidence she was able to obtain in this same device that was remotely controlling, deleting, turning off and on controls/buttons, maneuvering through her Instagram App, uploading apps in background for so called developers/human traffickers that are actually subcontractors for The United States Government to spy through fake App updates on electronic devices. The Plaintiff and her family's calls were also being redirected and interfered with while calling these same companies for assistance. The Defendants knew she saved her evidence by doing a backup on her device and that she was trying to get it restored through private computers at home because Apple Inc. can see any time someone is in their Apple ID/iCloud. The Defendants

also knew that The Plaintiff needed to restore her device and that she was going to possibly go to an Apple Store just as she did at Cumberland Mall in Atlanta Georgia. The Defendants knew if they were going to go along with the lie or as they are the ones that turned on the recovery key if a recovery key was turned on like Apple Inc. said that is was, The Defendants had to make sure The Plaintiff Julia M. Robinson wasn't going to be able to get back in her Apple iPhone device by uploading more malware in the form of a restore like the store rep said it was that actually disabled the top of the device so that no one could get past the like new part of the settings/menu/initial setup to go further into the device just as they did to The Plaintiffs device. So, they lead The Plaintiff to the store for a restore for her Apple iPhone after they saw her online trying to restore her device, then they uploaded more malware disguised as a restore to upload the program that didn't allow her device to go past the like new setup. The Defendants also BROKE INTO HER PRIVATE VEHICLE to place toxic chemicals vapors while parked at this same mall (Cumberland Mall in Atlanta Georgia) so that when she got inside, she could possibly have some kind of erratic reaction that could have possibly gotten her arrested, killed, or sent to a mental institution (Political Abuse Of Psychiatry) which was another extremely desperate failed setup attempt which is FRAUD ORCHISTRATED BY CON-ARTIST in The State of Georgia that gladly commit crimes against Black African American Pro Se' Litigants that don't work for The United States of America and or work with or are affiliated with an organization. The Defendants (APPLE INC.) knew that she didn't have a device signed into her Apple ID /iCloud again because they could see everything in the background. The Plaintiff told the Apple Inc. reps over the phone that she was just logged into her iCloud on her family's device without the device prompting for her to put in a recovery key after the first store she went to during this time placed this malicious malware disguised as a restore on her device. The Plaintiff kept asking all the Apple Inc. Reps how come she was able to log in on her family's device without the device asking for a recovery key and then suddenly, it's a recovery key needed for her to get back into her Apple ID/iCloud. One Apple rep even hung up the phone after she asked this same question. Apple Inc. company reps over the phone kept telling The Plaintiff that she needed a recovery key or to be signed into her Apple ID on another Apple device prior. This malware was strategically placed on The Plaintiffs iPhone to destroy her iPhone because of her Federal Court Cases because of what was inside of the iPhone that literally had everything to do with her cases so that The Plaintiff would prevail in her suits. This was also done to attempt to cut off The Plaintiffs communications to the outside world so that like (family and friends) couldn't

talk to her on social media to check on her (to also desperately make The Plaintiff appear as if she was depressed to match fake made up medical notes/record so that The Defendants can KEEP GETTING THOSE ILLEGAL RESEARCH CHECKS OFF OF THE BACKS OF THE PLAINTIFS). This was also done to attempt to show The Plaintiff who was attempting to control her court cases as if This Country isn't even America with no laws and regulations. The Plaintiff was able to log into the cloud on her relative's device but after she logged out of his device and tried to log back in it asked her for a recovery key that wasn't turn on by her, this was remotely turned on attempting to lock her out of her iCloud because of her evidence and for all of her court cases. Clearly someone or group is PR Campaigning to COVER-UP for U.S. Criminal Federal and Private Company Criminal hires. The Plaintiff limped along with this device because unfortunately, this was all she could afford at that time. The Plaintiff had this apple ID that was connected to this device for almost ten (10) years. The Plaintiff has obtained evidence of this device being remotely controlled and still not a private company or no one in our government has assisted The Plaintiff or granted The Plaintiff restraining orders which interns shows racial discrimination, biases, cheating/not abiding by the law/not properly applying the law, and prejudices towards The Appellant. Not no one in government nor any of these private companies have/had consent and pay The Plaintiffs and their families MONTHLY BILLS to continue torturous research without their consent attempting to bully The Plaintiff to take over The Plaintiffs cases desperately trying to make The Plaintiff appear as if she's incompetent so that she can't/couldn't represent herself, and or attempting to sabotage her court cases for political associations and reasons clearly. All of these extremely racist life threatening unfortunate crimes orchestrated and committed by U.S. Government Employees and Private Corporations Criminal Hires against The Plaintiffs Constitutional Rights crimes fall under extraordinary circumstances beyond The Plaintiffs control explained in this motion and in her motion she filed on August 25, 2023 with The Court of Appeals. This incident explained in this paragraph happened between August and September 2023 at The Apple Inc. Store at the Cumberland Mall in Atlanta Georgia. All communications in person, over the phone, and through email will be subpoenaed by The Plaintiff for this case. Apple Inc. has assisted The U.S. government in on attempting to sabotage The Plaintiffs cases. Apple Inc. is responsible for their employees liabilities.

2. What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the

same lawsuit. A joinder allows for two or more issues to be heard during one hearing or trial , so as to make the process run more smoothly , and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure . A permissive joinder allows two or more parties to join an action if they each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure , which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that party has an interest in the dispute that they will be unable to protect if they are not joined. For example,  if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined . Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property . These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if " indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining  what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims: Joinder of claims refers to bringing several legal claims against the same party together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided by: (A) protective

provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for nonjoinder, "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants whom participated in involuntary servitude/war crimes/human trafficking/assaults/harassment/nuisances arose from fraudulent medical notes/medical records illegally obtained that are false/patient abuses against The Plaintiffs will be/can be added as Joinder Defendants in this lawsuit with The Plaintiff and her daughter that she is representing them both in this case. Therefore the joinders arose from the same initial incident from the doctors fraudulent medical notes/records illegally placed in The Plaintiffs medical history to get illegal medical exemptions for illegal military weapons testing/assaults/medical battery /involuntary servitude/ human trafficking during the COVID-19 Pandemic in year 2020 which was during both Plaintiffs stay at Memorial Healthcare Systems Miramar Hospital in year 2020 including all of the other crimes committed against The Plaintiffs mother prior to The Plaintiffs daughter being born and after both Plaintiffs moved to The State of Georgia. The Plaintiffs are clearly two people which makes them eligible to have multiple defendants under the rule for joinder that says two or more. What is a motion t o dismiss? A motion to dismiss is a formal request for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked when filing a motion to dismiss. 12(b) in particularly is frequently used. All 7 sub- sections of 12 (b) may be used as grounds for a motion for dismissal. These include dismissals for: (b) (1) a lack of subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b) (3) improper venue (b) (4) insufficient process (b) (5) insufficient service of process (b ) ( 6) failure to state a claim upon which relief can be granted (b) 7 failure to join a party under rule 19. The Plaintiffs stated claims upon which relief can be granted in their complaint application and attachments. The Defendants can gladly read it again and both parties can argue their pleadings at a hearing in front of The Judge in court. The Plaintiffs object to The Defendants entire motion to dismiss. Therefore The Defendant' has/had no legal basis to file a motion to dismiss against The Plaintiff in this case and only filed that motion to intentionally to delay trial. The Black African American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their complaint is supported by facts, and The Plaintiffs gave The Defendant' s fair notice of what their claims were and the grounds upon which they rest. The Plaintiffs submitted a preponderance of factual claims that were clearly supported by a preponderance of Decisional

Law [precedent Case Law ] with admissible exhibits/ documents to support all of her claims within this Opposition/Objections/Response and all other Oppositions/Objections/Responses to other Defendants in this complaint thus far therefore all of the Plaintiffs opposition pleadings are deemed affirmed and the relief sought within all of their Pleadings/and or Complaint submitted should be granted by this Court. The Plaintiffs Object to The Defendants Apple Inc. Motion To Dismiss and is ready for trial. The Plaintiffs thank GOD this decision isn't up to The Defendants Attorneys in This Case. This response is for all of the defendants in this entire case that said The Plaintiffs can't have all of these defendants listed or joined in one lawsuit. The Plaintiffs Objects to all of The Defendants motions to dismiss.

3.  On Exhibit F1 for The Plaintiffs Opposition/Objections/Response motion for Florida Atlantic University ( FAU ) an email copy sent to DHHS OCR from The Plaintiff Julia M. Robinson letting them know she did administrative complaints and why dated October 25, 2021. Exhibit F2 is a print out from Piedmont Hospital in Peachtree City Ga. Dated March 5, 2022 after The Plaintiff did complaints with DHHS OCR. This was a suggestion and subliminal threat that The Plaintiff should call for crisis help for mental illness ironically after The Plaintiff did complaints with DHHS OCR. This was in fact a threat because The Plaintiff did complaints with DHHS OCR and THEY KNEW A LAWSUIT WAS SOON COMING AFTER FROM THE PLAINTIFF. This is also proof that The Defendants has/had knowledge and time to prepare for lawsuits coming from The Plaintiff. Under 1983 Constitutional Violations lawsuits The Plaintiff doesn't have to give a federal department warning that they are filing this kind of lawsuit. The Defendants mentioned in their motion to dismiss that The Plaintiffs filed lawsuits before, The Defendants attorneys know and can see in PACER everything they want and need to see for anything legal for cases. The Defendants had knowledge of The Plaintiffs filing before and The Defendants had time to prepare for This current lawsuit. The Plaintiffs also did plenty of administrative complaints with federal departments for our country, The Defendants knew again that lawsuits were coming after The Plaintiffs weren't properly assisted and since The Federal government hasn't intervened to do their jobs listed in their job titles when it came down to assisting these Black African Americans. No attorney can say they didn't have time to prepare, they all knew even if they pretended like they didn't know, they knew. Attorneys know when Americans go Pro Se', especially if The American is Black African

American. This response/objection is for all of The Defendants in this case. The Plaintiffs Object to all of The Defendants motions to dismiss.

4. Exhibits A1. Through A10. for this motion is a receipt copy from USPS tracking number 9505-5065-9651-4120-9884-97  and a copy of The Plaintiffs Original Opposition/Objections/Response to Apple Inc.and Dr. Brittany Mason Hirner motions to dismiss that was sent through USPS to be filed with this court. The Plaintiff didn't make it to The Federal Courts on April 29, 2024, so The Plaintiff mailed it. The Plaintiffs Object to all of The Defendants entire motion to dismiss.

5. Exhibits B1. through B14. Is evidence of the inside of The Plaintiffs iPhone showing that it' s connected to an administrator that's controlling different functions in The Plaintiffs iPhone background like uploading invisible Apps because of AccessibilityUIServer and XCODE on her device. The Plaintiff and The Plaintiffs family received this iPhone in the mail summer 2022. This is also one of the ways The Defendants have been breaking into the inside of The Plaintiffs private vehicle, uploading invisible military weapons testing Apps and uploading Medical Research Apps that collect data and take measurements of certain biological functions in the human body in The Plaintiffs Apple iPhone device background, and illegally GPS tracking The Plaintiff and her family without their consent while The Plaintiff carried her device with her on drives in her private vehicle that NONE OF THE DEFENDANTS PAY FOR. On Exhibit B14. It literally says developer.biodigital.com and that " Models are initially loaded from Bio Digitals servers and are then stored on the user's device so they can be accessed without a data connection. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so SLICK and Black Americans weren't paying attention. The Plaintiffs Object to all of The Defendants motions to dismiss.

6. On Exhibits C1. through C8. Is evidence of articles saying " The Mayo Clinic Launched Apple Health Records ". On Exhibit C1 it states under Company Snapshot that Campuses in Rochester, MN, Phoenix, and Scottsdale, AZ, and Jacksonville, FL. Dr. Brittany Mason Hirner lives and works currently in

Jacksonville, FL dated in years 2020 and 2021 Integration on iPhone and The Plaintiffs device was illegally recording health record data in the background and she never consented to any Health Apps. Her iPhone wasn't private at all, and random Human Trafficking U.S . Government Employees from different U. S. Government Agencies, Computer Developer Companies, Tech Companies, and Health Researchers were and still is illegally able, have, and is continuing to upload Apps illegally to The Plaintiffs private vehicle against The Plaintiffs constitutional rights. The Plaintiff is an artist and hasn't been able to attend to her work through her Apple iPhone device and attend any work at all because of constant crimes committed against The Plaintiff and her family. Clearly U.S. Government Employees were invested financially along with private corporation employees in on what was done to The Plaintiffs at Memorial Healthcare Systems Miramar Hospital, her private vehicle, her rental vehicles, and her residence that's why our government Federal Departments declined to assist The Plaintiffs. No one can tell The Plaintiff nothing about our government and how her and her family was racially discriminated against for services she and her family provided without consent and without ever being compensated for being subjected to extremely dangerous torturous research assaults over and over again. The Plaintiffs lawsuits were also used for T.V./FILM/PUBLICATIONS that profited so called artistic geniuses that used The Plaintiffs complaints without her consent and without EVER FINANCIALLY COMPENSATING HER AND HER FAMILY while The U.S. Courts dragged their feet with her cases. The U.S. Federal employees stole and sold The Plaintiffs life story to the HIGHEST BIDDERS. So now The Plaintiffs knows way better than before, that's another reason The Plaintiffs was kept off of her Instagram IAMJULIAMAESTYLES and SNOBBISHHUSTLE trying to make it seem like The Plaintiff abandoned her social media when thieves stole and hacked her electronic devices and Apps desperately trying to get The American Public to believe she's depressed and that she neglected her social media pages. The Plaintiff is being kept off of her social media pages by political parties, private corporations, and our government trying so desperately to COVER-UP and conceal to The American Public WHAT THEY ALL DID TO HER AND HER FAMILY AND HOW THEY ALL PROFITED FROM WHAT HAPPENED TO HER EVEN DOWN TO HER WRITING HER OWN LAWSUITS AND TELLING HER STORY THAT WAS EVEN STOLEN BY GREEDY THIEVES. Black African American women are never protected in this country, The U.S. Government and Private Corporations involved showed The Plaintiffs and their family that they can give a crap about us, The Plaintiff didn't have a choice but to file lawsuits. The Plaintiffs Object to The Defendants motions to dismiss.

7. Exhibits D1. Through D8. Is evidence copies of how XCODE and AccessibilityUIServer is used through The Apple Corporation, The Mayo Clinic, WWDC22, Other Medical Researchers, and Advanced Research Kit introductions. U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yael A Hernandez Rodriguez at Memorial Hospital Miramar Fl. stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25 , 2020 Which is a lie. The Plaintiff has never been to this Doctor to be his patient for him to prescribe her anything. These racist actions illegally subjected The Plaintiff and her family to the U.S. Brain Initiative clinical research. So The Plaintiffs Domestic partner was charged illegally with his own legal prescription and The Plaintiff in this case medical notes were illegally tampered with so that a doctor that she has never been to could place false medical notes in her medical history to make it appear as he prescribed her opioids as well. The U.S. Brain Initiative Clinical Research Program through The National Institute on Drug Abuse (NIDA) ALL OF THE Defendants Illegally obtain Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life- threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device , there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or Foot, loss of hearing, paralysis or stroke). Dr. Brittany Mason Hirner placed those extremely dangerous medical devices inside of The Plaintiff Julia M Robinson right after she gave birth to her daughter without getting consent from Julia M. Robinson which is way before a stroke alert was called. This law was changed and strokes was added to exemptions through The Department of Health and Human Services after The Plaintiff did administrative complaints with DHHS about what happened to her and her daughter at this particular hospital. There  was NEVER a LEGAL reason for The Plaintiff and her family to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, a International Research Program, or any research program. Our government was more concerned about protecting the criminals that committed these crimes because The Plaintiffs are Black African Americans. Protecting the criminal doctors is protecting  United States Government employees because their employees made money off of The Plaintiffs. The

Plaintiffs Object to The Defendants motions to dismiss. Apple Inc. is responsible for their racist creepy CON-ARTIST scamming human trafficking doctor employees contracted or subcontracted through the WWDC/MAYO CLINIC research programs that human trafficked The Plaintiffs without consent, without financial compensation, and without having a legal basis to use The Plaintiffs medical records/notes that ended up being false which makes/made the research that was conducted ILLEGAL. Apple Inc. is supposed to do background checks on the doctors that they hire through their research programs and Apple Inc. is supposed to check those same hired doctors data to make sure everything they are doing under their company research programs is legitimate. So Yes Apple Inc. is labeled a HUMAN TRAFFICKING CORPORATION. The Plaintiffs job as a loving mother is to protect her children that were harmed by multi-billion dollar corporations and doesn't have to PR campaign for these same corporations just because they donated money to political campaigns and awarded contracts to whomever. The politics behind Apple Inc. and whomever has absolutely NOTHING to do with The Plaintiffs. The Plaintiffs Black African American mother Julia M. Robinson was going to take these steps legally Pro Se' regardless of support from whomever.

8. Exhibits E1 through E9 are examples of articles explaining what Accessibility is and how it's used for people with disabilities. These articles are also examples of how The Mayo Clinic launched Apple Health Records Integration on iPhone which The Plaintiff had at that time.

9. Exhibits F1 through F9 are articles from CRSreports.congress.gov Congressional Research Service Defense Primer: Emerging Technologies from years 2019, 2021, and 2020. In these articles it states " Senior U.S. defense and intelligence officials have identified a number of emerging technologies that could have a disruptive impact on U S. national security in the years to come. These technologies include: artificial intelligence, lethal autonomous weapons, hypersonic weapons, directed-energy weapons, biotechnology, and quantum technology. " On Exhibit F7 paragraph seven (7) it states " The Department of Defense (DOD) has a number of DE development programs underway, requesting at least $669 million in FY2023 for unclassified DE research, development, test, and evaluation (RDT&E) and at least $345 million for unclassified DE weapons procurement. For additional information about specific U.S. DE weapons programs, see CRS Report R44175. The corporations that are listed in The Plaintiffs complaint all have contracts with The United

States Government and most through The Department of Defense. Apple Inc. is one of the Corporations through their WWDC and The Mayo Clinic that has contracts through The U.S. DE weapons program and has done test/so called research evaluations with Mojjo Inc. OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking devices that was illegally installed in The Plaintiffs Audi Inc. private vehicle. These corporations employees along with The United States Government employees wanted to get rich off of human trafficking innocent Black African Americans through illegal military weapons research that could've killed The Plaintiffs and her family because of The Defendants GREED. Typical white racist wannabe modern day slave master Americans that work with or in government willing to kill innocent Black African Americans through illegal military weapons research that those same Black African Americans never qualified through fake exemptions obtained illegally.

10. Exhibits G1. Through G6. Is a copy of an administrative complaint done through Med Watch and The Food and Drug Administration (FDA) by The Plaintiff Julia M. Robinson. Exhibits G7. Is a copy of a administrative complaint done through CMS complaint Reference number 21-TRA-01843 by The Plaintiff Julia M. Robinson.

11. Exhibits H1. Through H10. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for York A. Hernandez- Rodriguez through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

12. Exhibits H11. Through H21. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson

13. Exhibits H22. Through H30. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

14. Exhibits H31. Through H40. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for MD. Mariana Danet through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

15. Exhibits H41. Through H49. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for The Plaintiffs daughter Kendall J. Hall.

16. Exhibits H50. Through H59. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to property assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This Complaint is for The Plaintiffs daughter Kendall J . Hall.

17. The Human Trafficking PIMPS at Memorial Healthcare Systems assumed that all involved in these crimes against The Plaintiffs would make millions of dollars for

years to come off of their Black African American bodies/backs by creating false medical records/notes to match other medical professional false notes/records to desperately make The Plaintiff Julia M. Robinson appear as if she had depression, anxiety, and debilitating diseases while discrediting her for The State of Florida in hopes that Kristian J. Hall wouldn't prevail Pro Se' against the Sunny Isles Police Department after they WERE PAID TO ARREST HIM ILLEGALLY AND CHARGED HIM ILLEGALLY WITH HIS OWN PAIN MEDICATION WHICH IS AGAINST THE LAW IN THE STATE OF FLORIDA. In The Defendants FAU and Mariana Danet Opposition/Response/Objections on Exhibits B1 through B14 are medical records/notes from Mariana Danet M.D. and other medical professionals that wrote false notes/records. On Exhibit B3 The Plaintiff mentioned this in her one of her cases that is filed with The Court of Appeals against FedEx to doctor Brittany Mason Hirner. The Plaintiff told her that she was attacked and it was done because she came forward to tell what she saw. The Plaintiff didn't tell this doctor that people were trying to poison her, This doctor said that as if and or was trying to make it seem like The Plaintiff was explaining that she was paranoid. This doctors statement about " that the people she was testifying against was trying to poison her " makes it look like The Plaintiff is paranoid by her using the term " trying to poison her ". It comes off as if a person is explaining that people are after them. They didn't try to, THEY DID ATTACK THE PLAINTIFF WITH BIOCHEMICAL WEAPONS. The Defendants worked in concert which is a MEETING OF THE MINDS, WHICH IS CONSPIRACY. The Defendants did this because The Plaintiff is Black African American which is racial discrimination. Under this Behavioral Health Consult this hospital and medical staff said that The Plaintiff and or checked a box that said that The Plaintiff looked bizarre and that she was preoccupied after The Plaintiff literally just had her daughter. The Plaintiff NEVER agreed to no psychiatric evaluation randomly from a stranger doctor that came in her room unannounced. These criminals did this to over all discredit The Plaintiffs BLACK WORD ON PAPER. These criminals at this hospital also was calling the hospital room phone trying to get her to agree to seeing and speaking with a social worker while The Plaintiff was in THE ICU. These criminals were so extremely greedy for research dollars that they were willing to do anything, even if it cost a Black African American woman her peace of mind right after she had her daughter and their lives. These criminals knew that by them doing what they all decided to participate in, this would follow The Plaintiff no matter where she went in The United States of America and could make The Plaintiff appear as if she had mental health issues by illegally subjecting her to illegal medical research through exemptions without her

consent. That's how other human trafficking PIMP doctors, hospitals, Universities, and colleges can and did participate and make money off of The Plaintiffs by using these same FAKE MEDICAL RECORDS/NOTES. The Plaintiff and her daughter could've passed away from these criminals subjecting The Plaintiffs to illegal racist extremely dangerous research without her consent. The Plaintiff will never forgive these racist demons for what they did to her and her daughter for The State of Florida and for The Myara Family. The Plaintiffs objects to The Defendants entire motion to dismiss.

18. On FAU and Mariana Danet M.D. Opposition/Response/Objections Exhibits C1 through C5 which can be applied to this Opposition/Response/Objections for Dr. Brittany Mason Hirner is evidence from Memorial Healthcare Systems medical records showing how this hospital was trying to Baker Act/Marchman Act The Plaintiff on Exhibit C1 and C2. On Exhibit C4 is how they were trying to accomplish this crime by Dr. York A. Hernandez- Rodriguez writing in The Plaintiff medical notes/records that he has been prescribing her opioids and acetaminophen since 9/27/2014 up until 11/25/2020. The Plaintiff has never been this doctors patient, and The Plaintiff never knew of this doctor until she saw his name in her medical records/notes. What are the Nuremberg Trials? Also under these same exhibits (C5) this hospital put in The Plaintiff medical notes/records that she was a gaucher disease carrier which is another way illegally they got exemptions to perform illegal surgeries by writing false genetic testing notes of debilitating diseases in The Plaintiffs medical records/notes. The Defendants doesn't have credibility none what so ever. The Plaintiffs Object to The Defendants entire motions to dismiss.

19. On FAU and Mariana Danet M.D. Opposition/Response/Objections Exhibits D1. Through D5. which can be applied to this Opposition/Response/Objections for Dr. Brittany Mason Hirner Is evidence of this hospital taking The Plaintiffs cord blood without her consent and how the nurse admitted that Dr. Brittany Mason Hirner told her to take The Plaintiffs placenta to pathology even after The Plaintiff told this same doctor and hospital and even signed a paper stating that she was taking her placenta home. Also in these exhibits they are saying that The Plaintiffs rights to privacy was maintained when in fact it wasn't. The Plaintiffs medical records/notes were passed around and exposed so that this hospital could get as many as medical professionals possible on board to discredit The Plaintiffs BLACK WORD ON PAPER because of Kristian J. Halls cases at that

time. This is also in fact a HIPPA VIOLATION. The Plaintiffs Object to The Defendants entire motion to dismiss.

20. On FAU and Mariana Danet M.D. Opposition/Response/Objections Exhibits E1 through E3 which can be applied to this Opposition/Response/Objections for Dr. Brittany Mason Hirner is evidence of The Plaintiff being in the ICU and The Plaintiffs daughter being in the nursery on E1. On E2 this is evidence of Dr. Brittany Mason Hirner prescribing/giving the orders for The Plaintiff Julia M. Robinson to be given Gabapentin to take orally. On E3 is evidence of Nurse Hannah Thompson explaining EXACTLY what was explained to her from The Plaintiff Julia M. Robinson and Kristian J. Hall. The Plaintiff thanks God for this nurse in particular, she was extremely caring, nice and attentive while The Plaintiff was in the ICU. The nurse that prepared The Plaintiff to have her daughter before she had her daughter was a Black nurse and she was extremely caring, nice, and attentive as well. Thank God for these nurses.

21. THE ENTIRE STATE OF FLORIDA WAS JEALOUS OF KRISTIAN J. HALL FOR GOING PRO SE' AND BECAUSE OF HIS EVIDENCE AND WITNESSES HE WAS LOOKING LIKE HE WAS GOING TO WIN. OUT OF DESPERATION AND GREED THE STATE OF FLORIDA SUBJECTED THE PLAINTIFF AND HER FAMILY TO MEDICAL EXPERIMENTS/RESEARCH SO THAT THEY WOULDN'T PREVAIL AGAINST POLICE DEPARTMENTS AND MUNICIPALITIES. THE PLAINTIFF WROTE FEDERAL DEPARTMENTS PRIOR TO HER DAUGHTER BEING BORN AND THIS WAS ALSO MURDER ATTEMPTS ON THE PLAINTIFFS LIVES AND KRISTIAN J. HALLS LIFE FOR EXERCISING HIS RIGHT TO REPRESENT HIMSELF AND NOT ALLOW ATTORNEYS AND THE STATE OF FLORIDA TO CONTINUE TO HAVE HIM JAILED ILLEGALLY FOR SOMETHING HE DIDN'T DO. THE PLAINTIFF FEELS SORRY FOR INNOCENT BLACK AND LATINO AMERICANS THAT WENT PRO SE' AND THEIR WITNESSES IF ANY. SINCE THESE WAR CRIMES WERE CARRIED OUT BY THE DEFENDANTS IN THE STATE OF FLORIDA, JULIA M. ROBINSON BELIEVES THIS HAPPENS ALL THE TIME TO BLACK AND LATINO AMERICAN WITNESSES THAT STEP UP AND TELL ON POLICE DEPARTMENTS AND MUNICIPALITIES IN THE STATE OF FLORIDA ESPECIALLY IF THEIR JUDGE WAS TERESA MARY POOLER AND THEM AND THEIR WITNESSES WERE ILLEGALLY LOCKED UP AT METRO WEST DETENTION CENTER AND IN MENTAL HOSPITALS FOR SIMPLY EXPLAINING THEIR SYMPTOMS TO DOCTORS THAT WERE IN FACT ARTIFICIALLY INDUCED BY USE OF ILLEGAL SURGERIES AND SUBJECTION TO ILLEGAL EXPERIMENTS WITHOUT CONSENT FROM THE VICTIMS DESPERATELY ATTEMPTING TO DISCREDIT THEM

AND FURTHER VIOLATE THEIR AMERICAN CONSTITUTIONAL RIGHTS TO SAVE
GOVERNMENT JOBS AND TO SAVE THEMSELVES FROM PUBLIC SCRUTINY AND
HUMILIATION BECAUSE OF CRIMES COMMITTED AGAINST INNOCENT BLACK
AND LATINO AMERICANS ON AMERICAN SOIL.

22. Under the First Amendment- 1.8.5 Fundamental Freedoms, Freedom of
Association, and Intimate Association  The Plaintiff has an intimate
association/relationship with her daughter/child who's rights while at this
hospital were deprived. The Plaintiff loves her children unconditionally and is
fighting legally to make sure her children understands the importance of
knowing their rights as AMERICANS. There are NO ATTORNEYS that will file FTCA
OR 1983 Lawsuits on the behalf of The Plaintiffs because they are BLACK
AFRICAN AMERICANS that survived war crimes committed against them.
Attorneys that The Plaintiffs mother Julia M. Robinson reached out to all told her
and her family no they will not represent her and her daughter. No attorneys are
going to turn in evidence that shows the courts all of why this lawsuit has been
filed.  No attorneys are going to dedicate effort, time, and compassion into
expressing to this court what happened to The Plaintiffs on paper like The
Plaintiffs mother, The Plaintiff lost faith in attorneys and ONLY HAS FAITH IN
GOD. The Plaintiffs daughter only has GOD AND HER PARENTS and FAMILY to
rely on to make sure she gets justice for what happened to her without her
parents consent. The Plaintiff will serve subpoenas To all of The Defendants to
get phone calls, video footage, audio footage, medical research records, and
other doctors and professors that made money off of The Plaintiffs and who was
at the hospital while The Plaintiff was delivering her baby. The Plaintiffs will
retrieve Memorial Healthcare systems and Mariana Danet M.D. communications
with FIRST CLASS OBGYN that Dr. Brittany Mason Hirner was working for and is
literally in the same parking lot of Memorial Miramar Hospital. The Plaintiffs
object to both Defendants Apple Inc. and Dr. Brittany Mason Hirner motions to
dismiss statement about The Plaintiffs mother can't represent her when the LAW
literally says she can under a FTCA and 1983 Lawsuit. The Plaintiff will continue
to represent her daughter in this case Pro Se', The Plaintiff Julia M. Robinson is
the only person that has her daughters best interest in this case.  The Plaintiff
isn't sure why was her previous cases were brought up by The Defendants, since
it was brought up The Plaintiff will discuss. The attorneys that are representing
The Defendants can gladly look in PACER to see that two of her previous cases
are filed with The Court of Appeals in Atlanta Georgia and this case is a refile

because The Plaintiffs case was dismissed without prejudice. The Plaintiff is requesting a hearing with this court so that The Plaintiff can gladly go over her objections in person, that way no attorneys can say they don't understand something in her lawsuit or in her opposition motions. The Plaintiffs Object to The Defendants entire motion to dismiss.

23. Clark v. Bosher, 514 F3d 107 1st Cir 2008 under The Due Process Clause under The Fourth Amendment parents have a Fundamental constitutional liberty interest in the care, custody and control of their children which amounts to intimate association with their child Troxel v. Granville 530 U.S. 57, 65 (2000). The Plaintiff has a constitutional right to represent herself and her daughter in this case PRO SE' without the help of any attorney to sabotage her cases for political racist favors to PR CHAMPAIGN FOR POLITIANS INVOLDED AND PRIVATE CORPORATIONS THAT PAID OUT UNDER THE TABLE MONIES TO MAKE THE PLAINTIFFS CASES GO AWAY WHICH WILL ASSIST THEM IN ON ESCAPING LIABILITY. THE PLAINTIFF ISNT FORKING OVER HER CASES TO NO ATTORNEY. THE PLAINTIFF IS SMOKE FREE, DRUG FREE, AND COMPETENT AND IS OVER QUALIFIED TO CONTINUE TO REPRESENT HERSELF AND HER DAUGHTER. CAN THE DEFENDANTS ATTORNEYS SAY THE SAME ABOUT THEMSELVES? THE ATTORNEYS THAT WROTE THIS MOTION TO DISMISS SAID THE PLAINTIFF ISN'T QUALIFIED. THE PLAINTIFF IS QUALIFIED ENOUGH TO KNOW WAY BETTER THAN MOST, THAT'S WHY SHE FILED THIS LAWSUIT BECAUSE SHE CAN'T BE PLAYED. AT THE END OF THE DAY THE DEFENDANTS ATTORNEYS ARE STRANGERS TO THE PLAINTIFFS. THE PLAINTIFF JULIA M. ROBINSON AGAIN OBJECTS TO THE DEFENDANTS MOTION TO DISMISS.

24. Section 1983 provides an individual the right to sue state government employees and others acting "under color of state law" for civil rights violations. The conduct complained by The Plaintiffs was committed by The Defendants Apple Inc. and Dr. Brittany Mason Himer along with the rest of The Defendants in this case was acting under the color of state law; and all of The Defendants conduct deprived The Plaintiffs of their constitutional rights listed on The Plaintiffs attachment for their complaint application filed with this Court. The Plaintiffs Complaint isn't a shot gun pleading. The Plaintiff answered all of the questions with added attachments for her and her daughters complaint and listed claims for which this Court may grant relief. Under all of the circled questions attached again to this motion. Attorneys can't just randomly say pro se' Plaintiffs aren't stating claims for which relief can be granted after The Pro Se' Plaintiff filled out

The Pro Se' complaint form and answered all questions with attachments just because The format on The Pro Se' complaint form is different from how Attorneys write up lawsuits. The Pro Se' Plaintiff Complaint is completely filled out properly with all questions answered that shows this Court that The Plaintiffs Complaint isn't a shotgun pleading and that The Plaintiff answered all of the questions properly which clearly states claims for which relief can be granted which also makes The Plaintiffs Complaint legally sufficient. Under II. A. The question states on page three(3) of six(6) of the pro se' federal complaint form: Are you bringing suit against (CHECK ALL THAT APPLY) The Plaintiff checked both boxes, Federal Officials (A BIVENS CLAIM) and State Or Local Officials (a § 1983 CLAIM). Under II. B, and C, The Plaintiff answered both questions on attachments that this court copies of that show which constitutional rights that were violated in this case which is also state claims which relief can be granted. Under II.D. The Plaintiff answered the question and stated claims for which relief can be granted. Under III. A, B, and C The Plaintiff stated claims for which relief can be granted. Under IV. And V. The Plaintiff stated Injuries, Claims, and Relief that can be granted by this Court awarded to The Plaintiffs. The United States of America and their employees, Universities, Colleges, Doctors, Private Corporations and their employees, and Hospitals can be sued under 42 U.S.C § 1983 and aren't exempt/have immunity like The Defendants have repeatedly said. The Plaintiff won't allow no attorney to use her lawsuits to bail out coworkers and college alumni buddies and sabotage her cases for political advances and favors of whom ever is paying. Whom ever was involved in these human trafficking crimes The Plaintiff wishes for them to be arrested and for The United States Government to strip them of their professional medical credentials for SCAMMING AND FOR USING RESEARCH AS WAR CRIME WEAPONS TO HELP THE GOVERNMENT PREVAIL IN FRAUDULENT CRIMINAL CASES AGAINST INNOCENT AMERICANS WHILE PIMPING AMERICANS WITHOUT THEIR CONSENT DURING STATE EMERGENCIES/PANDEMICS. THE PLAINTIFFS OBJECTS TO THE DEFENDANTS ENTIRE MOTION TO DISMISS.

25. The Plaintiff also properly served The Defendant Apple Inc., Exhibit I1. Is an copy of The Plaintiffs proof of service for Apple Inc. which makes Apple Inc. a joinder party in this lawsuit that is legally valid/sufficient with this court. Apple Inc. Paid criminals to attempt to get rid of The Plaintiffs and so did most of the defendants, The Defendants knew for years exactly what they all did to The Plaintiffs. Apple Inc. wanted to desperately to protect their brand that's why they

paid people to attempt to get rid of The Plaintiffs after The Plaintiffs did administrative complaints with DHHS and other federal departments. No one who was paid by Apple Inc. was able to successfully take out The Plaintiffs. The Defendants attorneys play dumb and act like they don't know what slavery/human trafficking is again to protect the human trafficking racist Brands they're all representing. The Plaintiff wrote the definition of human trafficking on her complaint and the crimes committed against The Plaintiffs fall under HUMAN TRAFFICKING. They all know the definition of human trafficking/slavery. No one in government or that works for these corporations thought about protecting The Plaintiffs that are Americans images or brand. The Plaintiffs don't and will not protect no corporation images just because they're groupies to politicians and other well known people by not turning into this court facts about their cases. No one thought about how embarrassing and humiliating this was going to be for The Plaintiffs so The Plaintiff Julia M. Robinson doesn't care who doesn't like it that she's suing Apple Inc. for human trafficking/committing crimes against her and her daughter no matter how many people who publicly claim to The American Public that they're The HELP, That Apple Inc. has on PAYROLL. Let this court see all The Financial institution records from all The executives and attorneys that work for Apple Inc. to see who paid who to get rid of The Plaintiffs. Let this court see who retired and sold their shares and why that worked for Apple Inc. White American woman are praised and called Great Patriots for suing 1983 or FTCA against The United States Government and Federal departments. The Black African American Plaintiff was treated like a terrorist, was assaulted, was called delusional/crazy, and was subjected to criminal racist doctors that tried to take her civil rights away for going Pro Se'. The Gigs been up, The Plaintiff will see The attorneys representing Apple Inc. in court during hearings so that both sides can argue PUBLICLY and have proper court like every other white Pro Se' Litigant.

26. Exhibit J1. Is evidence of an implant small as a grain of rice that can be implanted in humans tissue similar to the faulty dangerous torturous research implant that was placed inside of The Plaintiff Julia M. Robinson without her consent. The Plaintiffs have more evidence that will be subpoenaed to turn in to this court for Dr. Brittany Mason Hirner.

Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct " Executed on April 28, 2024

JULIA M. ROBINSON

2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-4070 juliamrobinsonuscourtappealprose@yahoo.com



```
              ATLANTA
          3900 CROWN RD SW
        ATLANTA, GA 30304-9998
            (800)275-8777
04/29/2024                        09:25 PM
-----------------------------------------
Product           Qty      Unit    Price
                           Price
-----------------------------------------
Priority Mail®      1               $9.85
Flat Rate Env
   Atlanta, GA  30303
   Weight: 4.30 oz
   Expected Delivery Date
      Thu 05/02/2024
   Tracking #:
      9505 5065 9651 4120 9884 97
   Insurance                        $0.00
      Up to $100.00 included
Total                               $9.85
-----------------------------------------
Grand Total:                        $9.85
-----------------------------------------
Debit Card Remit                    $9.85
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX4561
   Approval #: 21HDW1
   Transaction #: 568
   Receipt #: 000568
   AID: A0000000042203               Chip
   AL: US Debit
   PIN: Not Required
-----------------------------------------
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
https://www.usps.com/help/claims.htm
      or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/ssk
or scan this code with your mobile device,



-----------------------------------------
UFN: 120452-9550
Receipt #: 840-13000662-1-6629430-1
Clerk: 00

A2.

April 28, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall

2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 23-CV-05655-MHC

Plaintiffs: Julia M Robinson and Kendall J. Hall

Defendants: Apple Inc. And Dr. Brittany Mason Hirner

## OPPOSITION TO DEFENDANT APPLE INC. MOTION TO DISMISS/ NOTICE OF HEARING

What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the same lawsuit. A joinder allows for two or more issues to be heard during one hearing or trial , so as to make the process run more smoothly , and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure . A permissive joinder allows two or more parties to join an action if they each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure , which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that party has an interest in the dispute that they will be unable to protect if they are not joined. For example,  if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined . Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property . These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if " indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining  what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims:

A3.

Joinder of claims refers to bringing several legal claims against the same party together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided by: (A) protective provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for nonjoinder. "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants whom participated in involuntary servitude/war crimes/human trafficking/assaults/harassment/nuisances arose from fraudulent medical notes/medical records illegally obtained that are false/patient abuses against The Plaintiffs will be/can be added as Joinder Defendants in this lawsuit with The Plaintiff and her daughter that she is representing them both in this case. Therefore the joinders arose from the same initial incident from the doctors fraudulent medical notes/records illegally placed in The Plaintiffs medical history to get illegal medical exemptions for illegal military weapons testing/assaults/medical battery /involuntary servitude/ human trafficking during the COVID-19 Pandemic in year 2020 which was during both Plaintiffs stay at Memorial Healthcare Systems Miramar Hospital in year 2020 including all of the other crimes committed against The Plaintiffs mother prior to The Plaintiffs daughter being born and after both Plaintiffs moved to The State of Georgia. The Plaintiffs are clearly two people which makes them eligible to have multiple defendants under the rule for joinder that says two or more. What is a motion t o dismiss? A motion to dismiss is a formal request for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked when filing a motion to dismiss. 12(b) in particularly is frequently used. All 7 sub- sections of 12 (b) may be used as grounds for a motion for dismissal. These include dismissals for: (b) (1) a lack of subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b) (3) improper venue (b) (4) insufficient process (b) (5) insufficient service of process (b ) ( 6) failure to state a claim upon which relief can be granted (b) 7 failure to join a party under rule 19. The Plaintiffs stated claims upon which relief can be granted in their complaint application and attachments. The Defendants can gladly read it again and



both parties can argue their pleadings at a hearing in front of The Judge in court. The Plaintiffs object to The Defendants entire motion to dismiss. Therefore The Defendant' has/had no legal basis to file a motion to dismiss against The Plaintiff in this case and only filed that motion to intentionally to delay trial. The Black African American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their complaint is supported by facts, and The Plaintiffs gave The Defendant' s fair notice of what their claims were and the grounds upon which they rest. The Plaintiffs submitted a preponderance of factual claims that were clearly supported by a preponderance of Decisional Law [precedent Case Law ] with admissible exhibits/ documents to support all of her claims within this Opposition/Objections/Response and all other Oppositions/Objections/Responses to other Defendants in this complaint thus far therefore all of the Plaintiffs opposition pleadings are deemed affirmed and the relief sought within all of their Pleadings/and or Complaint submitted should be granted by this Court. The  Plaintiffs Object to The Defendants Apple Inc. Motion To Dismiss and is ready for trial. The Plaintiffs thank GOD this decision isn't up to The Defendants Attorneys in This Case.


On Exhibit F1 for The Plaintiffs Opposition/Objections/Response motion for Florida Atlantic University ( FAU ) an email copy sent to DHHS OCR from The Plaintiff Julia M. Robinson letting them know she did administrative complaints and why dated October 25, 2021. Exhibit F2 is a print out from Piedmont Hospital in Peachtree City Ga. Dated March 5, 2022 after The Plaintiff did complaints with DHHS OCR. This was a suggestion and subliminal threat that The Plaintiff should call for crisis help for mental illness ironically after The Plaintiff did complaints with DHHS OCR. This was in fact a threat because The Plaintiff did complaints with DHHS OCR and THEY KNEW A LAWSUIT WAS SOON COMING AFTER FROM THE PLAINTIFF. This is also proof that The Defendants has/had knowledge and time to prepare for lawsuits coming from The Plaintiff. Under 1983 Constitutional Violations lawsuits The Plaintiff doesn't have to give a federal department warning that they are filing this kind of lawsuit. The Defendants mentioned in their motion to dismiss that The Plaintiffs filed lawsuits before, The Defendants attorneys know and can see in PACER everything they want and need to see for anything legal for cases. The Defendants had knowledge of The Plaintiffs filing before and The Defendants had time to prepare for This current lawsuit. No attorney can say they didn't have time to prepare, they all knew even if they pretended like they didn't know, they knew. Attorneys know when Americans go Pro Se', especially if The American is Black African American.



Exhibits A1 through A4 is a receipt copy from USPS tracking number 9505-5065-9661-4113-8180-12 and a copy of The Plaintiffs Original Opposition/Objections/Response to Memorial Healthcare Systems and Mariana Danet M.D. motion to dismiss that was sent through USPS to be filed with this court. The Plaintiff didn't make it to The Federal Courts yesterday to get inside the building in time to drop her motion in Dropbox, so she mailed it.

The Human Trafficking PIMPS at Memorial Healthcare Systems assumed that all involved in these crimes against The Plaintiffs would make millions of dollars for years to come off of their Black African American bodies/backs by creating false medical records/notes to match other medical professional false notes/records to desperately make The Plaintiff Julia M. Robinson appear as if she had depression, anxiety, and debilitating diseases while discrediting her for The State of Florida in hopes that Kristian J. Hall wouldn't prevail Pro Se' against the Sunny Isles Police Department after they WERE PAID TO ARREST HIM ILLEGALLY AND CHARGED HIM ILLEGALLY WITH HIS OWN PAIN MEDICATION WHICH IS AGAINST THE LAW IN THE STATE OF FLORIDA. Exhibits B1 through B14 are medical records/notes from Mariana Danet M.D. and other medical professionals that wrote false notes/records. On Exhibit B3 The Plaintiff mentioned this in her one of her cases that is filed with The Court of Appeals against FedEx to doctor Brittany Mason Hirner. The Plaintiff told her that she was attacked and it was done because she came forward to tell what she saw. The Plaintiff didn't tell this doctor that people were trying to poison her, This doctor said that as if and or was trying to make it seem like The Plaintiff was explaining that she was paranoid. This doctors statement about " that the people she was testifying against was trying to poison her " makes it look like The Plaintiff is paranoid by her using the term " trying to poison her ". It comes off as if a person is explaining that people are after them. They didn't try to, THEY DID ATTACK THE PLAINTIFF WITH BIOCHEMICAL WEAPONS. The Defendants worked in concert which is a MEETING OF THE MINDS, WHICH IS CONSPIRACY. The Defendants did this because The Plaintiff is Black African American which is racial discrimination. Under this Behavioral Health Consult this hospital and medical staff said that The Plaintiff and or checked a box that said that The Plaintiff looked bizarre and that she was preoccupied after The Plaintiff literally just had her daughter. The Plaintiff NEVER agreed to no psychiatric evaluation randomly from a stranger doctor that came in her room unannounced. These criminals did this to over all discredit The Plaintiffs BLACK WORD ON PAPER. These criminals at this hospital also was calling the hospital room phone trying to get her to agree to seeing and speaking with a social worker while The Plaintiff was in THE ICU. These criminals were so extremely greedy for research dollars that they were willing to do anything, even if it cost a Black African American woman her peace of mind right after she had her daughter and their lives. These criminals knew that by them



doing what they all decided to participate in, this would follow The Plaintiff no matter where she went in The United States of America and could make The Plaintiff appear as if she had mental health issues by illegally subjecting her to illegal medical research through exemptions without her consent. That's how other human trafficking PIMP doctors, hospitals, Universities, and colleges can and did participate and make money off of The Plaintiffs by using these same FAKE MEDICAL RECORDS/NOTES. The Plaintiff and her daughter could've passed away from these criminals subjecting The Plaintiffs to illegal racist extremely dangerous research without her consent. The Plaintiff will never forgive these racist demons for what they did to her and her daughter for The State of Florida and for The Myara Family. The Plaintiffs objects to The Defendants entire motion to dismiss.


Exhibits C1 through C5 is evidence from Memorial Healthcare Systems medical records showing how this hospital was trying to Baker Act/Marchman Act The Plaintiff on Exhibit C1 and C2. On Exhibit C4 is how they were trying to accomplish this crime by Dr. York A. Hernandez- Rodriguez writing in The Plaintiff medical notes/records that he has been prescribing her opioids and acetaminophen since 9/27/2014 up until 11/25/2020. The Plaintiff has never been this doctors patient, and The Plaintiff never knew of this doctor until she saw his name in her medical records/notes. What are the Nuremberg Trials? Also under these same exhibits (C5) this hospital put in The Plaintiff medical notes/records that she was a gaucher disease carrier which is another way illegally they got exemptions to perform illegal surgeries by writing false genetic testing notes of debilitating diseases in The Plaintiffs medical records/notes. The Defendants doesn't have credibility none what so ever.


Exhibits D1. Through D5. Is evidence of this hospital taking The Plaintiffs cord blood without her consent and how the nurse admitted that Dr. Brittany Mason Hitner told her to take The Plaintiffs placenta to pathology even after The Plaintiff told this same doctor and hospital and even signed a paper stating that she was taking her placenta home. Also in these exhibits they are saying that The Plaintiffs rights to privacy was maintained when in fact it wasn't. The Plaintiffs medical records/notes were passed around and exposed so that this hospital could get as many as medical professionals possible on board to discredit The Plaintiffs BLACK WORD ON PAPER because of Kristian J. Halls cases at that time. This is also in fact a HIPPA VIOLATION.



Exhibits E1 through E3 is evidence of The Plaintiff being in the ICU and The Plaintiffs daughter being in the nursery on E1. On E2 this is evidence of Dr. Brittany Mason Hirner prescribing/giving the orders for The Plaintiff Julia M. Robinson to be given Gabapentin to take orally. On E3 is evidence of Nurse Hannah Thompson explaining EXACTLY what was explained to her from The Plaintiff Julia M. Robinson and Kristian J. Hall. The Plaintiff thanks God for this nurse in particular, she was extremely caring, nice and attentive while The Plaintiff was in the ICU. The nurse that prepared The Plaintiff to have her daughter before she had her daughter was a Black nurse and she was extremely caring, nice, and attentive as well. Thank God for these nurses.

THE ENTIRE STATE OF FLORIDA WAS JEALOUS OF KRISTIAN J. HALL FOR GOING PRO SE' AND BECAUSE OF HIS EVIDENCE AND WITNESSES HE WAS LOOKING LIKE HE WAS GOING TO WIN. OUT OF DESPERATION AND GREED THE STATE OF FLORIDA SUBJECTED THE PLAINTIFF AND HER FAMILY TO MEDICAL EXPERIMENTS/RESEARCH SO THAT THEY WOULDN'T PREVAIL AGAINST POLICE DEPARTMENTS AND MUNICIPALITIES. THE PLAINTIFF WROTE FEDERAL DEPARTMENTS PRIOR TO HER DAUGHTER BEING BORN AND THIS WAS ALSO MURDER ATTEMPTS ON THE PLAINTIFFS LIVES AND KRISTIAN J. HALLS LIFE FOR EXERCISING HIS RIGHT TO REPRESENT HIMSELF AND NOT ALLOW ATTORNEYS AND THE STATE OF FLORIDA TO CONTINUE TO HAVE HIM JAILED ILLEGALLY FOR SOMETHING HE DIDN'T DO. THE PLAINTIFF FEELS SORRY FOR INNOCENT BLACK AND LATINO AMERICANS THAT WENT PRO SE' AND THEIR WITNESSES IF ANY. SINCE THESE WAR CRIMES WERE CARRIED OUT BY THE DEFENDANTS IN THE STATE OF FLORIDA, JULIA M. ROBINSON BELIEVES THIS HAPPENS ALL THE TIME TO BLACK AND LATINO AMERICAN WITNESSES THAT STEP UP AND TELL ON POLICE DEPARTMENTS AND MUNICIPALITIES IN THE STATE OF FLORIDA ESPECIALLY IF THEIR JUDGE WAS TERESA MARY POOLER AND THEM AND THEIR WITNESSES WERE ILLEGALLY LOCKED UP AT METRO WEST DETENTION CENTER AND IN MENTAL HOSPITALS FOR SIMPLY EXPLAINING THEIR SYMPTOMS TO DOCTORS THAT WERE IN FACT ARTIFICIALLY INDUCED BY USE OF ILLEGAL SURGERIES AND SUBJECTION TO ILLEGAL EXPERIMENTS WITHOUT CONSENT FROM THE VICTIMS DESPERATELY ATTEMPTING TO DISCREDIT THEM AND FURTHER VIOLATE THEIR AMERICAN CONSTITUTIONAL RIGHTS TO SAVE GOVERNMENT JOBS AND TO SAVE THEMSELVES FROM PUBLIC SCRUTINY AND HUMILIATION BECAUSE OF CRIMES COMMITTED AGAINST INNOCENT BLACK AND LATINO AMERICANS ON AMERICAN SOIL.

Under the First Amendment- 1.8.5 Fundamental Freedoms, Freedom of Association, and Intimate Association  The Plaintiff has an intimate association/relationship with her



daughter/child who's rights while at this hospital were deprived. The Plaintiff loves her children unconditionally and is fighting legally to make sure her children understands the importance of knowing their rights as AMERICANS. There are NO ATTORNEYS that will file FTCA OR 1983 Lawsuits on the behalf of The Plaintiffs because they are BLACK AFRICAN AMERICANS that survived war crimes committed against them. Attorneys that The Plaintiffs mother Julia M. Robinson reached out to all told her and her family no they will not represent her and her daughter. No attorneys are going to turn in evidence that shows the courts all of why this lawsuit has been filed.  No attorneys are going to dedicate effort, time, and compassion into expressing to this court what happened to The Plaintiffs on paper like The Plaintiffs mother, The Plaintiff lost faith in attorneys and ONLY HAS FAITH IN GOD. The Plaintiffs daughter only has GOD AND HER PARENTS and FAMILY to rely on to make sure she gets justice for what happened to her without her parents consent. The Plaintiff will serve subpoenas To The Defendants to get phone calls, video footage, audio footage, medical research records, and other doctors and professors that made money off of The Plaintiffs and who was at the hospital while The Plaintiff was delivering her baby. The Plaintiffs will retrieve Memorial Healthcare systems and Mariana Danet M.D. communications with FIRST CLASS OBGYN that Dr. Brittany Mason Hirner was working for and is literally in the same parking lot of Memorial Miramar Hospital. The Plaintiffs object to both Defendants Memorial Healthcare Systems and Mariana Danet M.D. motions to dismiss statement about The Plaintiffs mother can't represent her when the LAW literally says she can under a FTCA and 1983 Lawsuit. The Plaintiff will continue to represent her daughter in this case Pro Se', The Plaintiff Julia M. Robinson is the only person that has her daughters best interest in this case.  The Plaintiff isn't sure why was her previous cases brought up in Mariana Danet M.D. attorneys motion to dismiss, since it was brought up The Plaintiff will discuss. The attorneys that are representing The Defendants can gladly look in PACER to see that two of her previous cases are filed with The Court of Appeals in Atlanta Georgia and this case is a refile because The Plaintiffs case was dismissed without prejudice. The Plaintiff is requesting a hearing with this court so that The Plaintiff can gladly go over her objections in person, that way no attorneys can say they don't understand something in her lawsuit or in her opposition motions.


Clark v. Bosher, 514  F3d 107 1st Cir 2008 under The Due Process Clause under The Fourth Amendment parents have a Fundamental constitutional liberty interest in the care, custody and control of their children which amounts to intimate association with their child Troxel v. Granville 530 U.S. 57, 65 (2000). The Plaintiff has a constitutional right to represent herself and her daughter in this case PRO SE' without the help any attorney to sabotage her cases for political racist favors to PR CHAMPAIGN FOR POLITIANS INVOLDED AND PRIVATE

CORPORATIONS THAT PAID OUT UNDER THE TABLE MONIES TO MAKE THE PLAINTIFFS CASES GO AWAY WHICH WILL ASSIST THEM IN ON ESCAPING LIABILITY. THE PLAINTIFF ISNT FORKING OVER HER CASES TO NO ATTORNEY. THE PLAINTIFF IS SMOKE FREE, DRUG FREE, AND COMPETENT AND IS OVER QUALIFIED TO CONTINUE TO REPRESENT HERSELF AND HER DAUGHTER. CAN THE DEFENDANTS ATTORNEYS SAY THE SAME ABOUT THEMSELVES? THE ATTORNEYS THAT WROTE THIS MOTION TO DISMISS SAID THE PLAINTIFF ISN'T QUALIFIED. THE PLAINTIFF IS QUALIFIED ENOUGH TO KNOW WAY BETTER THAN MOST, THAT'S WHY SHE FILED THIS LAWSUIT BECAUSE SHE CAN'T BE PLAYED. AT THE END OF THE DAY THE DEFENDANTS ATTORNEYS ARE STRANGERS TO THE PLAINTIFFS. THE PLAINTIFF JULIA M. ROBINSON AGAIN OBJECTS TO THE DEFENDANTS MOTION TO DISMISS.

Section 1983 provides an individual the right to sue state government employees and others acting "under color of state law" for civil rights violations. The conduct complained by The Plaintiffs was committed by The Defendants Memorial Healthcare Systems and Mariana Dannet M.D. was acting under the color of state law; and The Defendants conduct deprived The Plaintiffs of their constitutional rights listed on The Plaintiffs attachment for their complaint application filed with this Court. The Plaintiffs Complaint isn't a shoot gun pleading. The Plaintiff answered all of the questions with added attachments for her and her daughters complaint and listed claims for which this Court may grant relief. Under all of the circled questions attached again to this motion. Attorneys can't just randomly say pro se' Plaintiffs aren't stating claims for which relief can be granted after The Pro Se' Plaintiff filled out The Pro Se' complaint form and answered all questions with attachments just because The format on The Pro Se' complaint form is different from how Attorneys write up lawsuits. The Pro Se' Plaintiff Complaint is completely filled out properly with all questions answered that shows this Court that The Plaintiffs Complaint isn't a shotgun pleading and that The Plaintiff answered all of the questions properly which clearly states claims for which relief can be granted. Under II. A. The question states on page three(3) of six(6) of the pro se' federal complaint form: Are you bringing suit against (CHECK ALL THAT APPLY) The Plaintiff checked both boxes, Federal Officials (A BIVENS CLAIM) and State Or Local Officials (a § 1983 CLAIM). Under II. B, and C, The Plaintiff answered both questions on attachments that this court copies of that show which constitutional rights that were violated in this case which is also state claims which relief can be granted. Under II.D. The Plaintiff answered the question and stated claims for which relief can be granted. Under III. A, B, and C The Plaintiff stated claims for which relief can be granted. Under IV. And V. The Plaintiff stated Injuries, Claims, and Relief that can be granted by this Court awarded to The Plaintiffs. Universities, Colleges, and Hospitals can be sued under 42 U.S.C § 1983 and

aren't exempt/have immunity like The Defendants said. The Plaintiff won't allow no attorney to use her lawsuits to bail out coworkers and college alumni buddies and sabotage her cases for political advances and favors of whom ever is paying. Whom ever was involved in these human trafficking crimes The Plaintiff wishes for them to be arrested and for The United States Government to strip them of their professional medical credentials for SCAMMING AND FOR USING RESEARCH AS WAR CRIME WEAPONS TO HELP THE GOVERNMENT PREVAIL IN FRAUDULENT CRIMINAL CASES AGAINST INNOCENT AMERICANS WHILE PIMPING AMERICANS WITHOUT THEIR CONSENT DURING STATE EMERGENCIES/PANDEMICS. THE PLAINTIFFS OBJECTS TO THE DEFENDANTS ENTIRE MOTION TO DISMISS.

Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct " Executed on April 28, 2024

JULIA M. ROBINSON

2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-4070 juliamrobinsonuscourtappealprose@yahoo.com









**< Back  Apps using iCloud**

Fitness+

**Wallet**

**Game Center**

**Siri**

**AccessibilityUIServer**





**Cancel**    **Wi-Fi**    **Done**

KNOWN NETWORKS

MANAGED NETWORKS

**t-mobile**    

**TMobileWingman**    





**‹ Switches**   **Source**

SOURCE

**External**   ›

**Screen**   ›

**Camera**   ›

**Back Tap**   ›

**Sound**   ›

Choose a switch source. Some
sources may be unavailable until
downloads complete.







**‹ Back**        **Game Center**

### VIEW PROFILE



**U   Unknown**        ↗

NICKNAME

## Unknown

Your nickname must be between 3 and 15 characters in length.

## Edit Avatar        ↗

## Profile Privacy        Everyone ⌄

Choose who can see your activity. Your game activity includes your achievements and recently played games.

See how your data is managed...

## Allow finding by friends







 **Settings**

**Siri**

 **Xcode Previews**





**‹ Back   Game Center**

See how your data is managed...

## Allow finding by friends

Help your Game Center friends find you more easily based on the name they have for you in their Contacts app. To do this, Game Center will use the email address and phone number associated with your Apple ID.

**FRIEND REQUESTS**

## Requests from contacts only

Only friend requests you receive from your contacts will be displayed in your inbox.

**MULTIPLAYER INVITES**

## Nearby players

Allow nearby Game Center players in the same game to invite you to a multiplayer game over Wi-Fi or Bluetooth.





**‹ Back**     **Game Center**

## FRIEND REQUESTS

## Requests from contacts only

Only friend requests you receive from your contacts will be displayed in your inbox.

## MULTIPLAYER INVITES

## Nearby players

Allow nearby Game Center players in the same game to invite you to a multiplayer game over Wi-Fi or Bluetooth.

## Connect with friends          On ›

Allow apps to ask permission to connect you with your Game Center friends for an improved multiplayer experience.

## Sign Out





**◀ Back**   **Game Center**

FRIEND REQUESTS

## Requests from contacts only

Only friend requests you receive from your contacts will be displayed in your inbox.

MUL...

**Nea...**

Allov... in
the s...
mult...
Blue...

### Sign out of Game Center?

**You can go to Game Center in Settings to sign in again.**

**Cancel** | **Sign Out**

## Connect with friends          On >

Allow apps to ask permission to connect you with your Game Center friends for an improved multiplayer experience.

## Sign Out





## Requirements

The iOS SDK is compatible with applications written in Swift 5.3 or Objective-C in Xcode 12. The framework runs on iOS 9.0 and above.

## Get Started





# Requirements

The iOS SDK is compatible with applications writ
in Xcode 12. The framework runs on iOS 9.0 and



in Xcode 12. The framework runs on iOS 9.0 and



**8:12**



‹ Switches   **Source**

SOURCE

External  ›

Screen  ›

Camera  ›

Back Tap  ›

Sound  ›

Choose a switch source. Some sources may be unavailable until downloads complete.





🔒 developer.biodigital.com

- Manipulate animations
- Generate and share screenshots

Models are initially loaded from BioDigital's servers and are then stored on the user's device so they can be accessed without a data connection.

Code samples coming soon!

## Requirements

The iOS SDK is compatible with applications written in Swift 5.3 or Objective-C in Xcode 12. The framework runs on iOS 9.0 and above.

## Get Started



**iPhone in Business**

# Mayo Clinic

## Making medicine more mobile.

A medical leader brings new innovations to patient care with apps for iPhone, iPad, and iPad mini.



### Company Snapshot

Not-for-profit medical institution founded in 1889

More than one million patients per year from over 140 countries

60,000 staff including 3500 physicians

Campuses in Rochester, MN, Phoenix and Scottsdale, AZ and Jacksonville, FL

Health System spanning more than 70 communities in Minnesota, Iowa, and Wisconsin

www.mayoclinic.org

### Apps in Use



**Synthesis Mobile**
Gives physicians access to medical resources from hundreds of internal systems, from EMRs to billing data.



**Mayo Clinic Quarterly**
Replaces paper and PDF in-house directories, enabling instant staff look-up on iPhone and iPad.



**Patient**
Offers patients secure access to their own medical records, plus public information on Mayo Clinic facilities and services.



**Ask Mayo Expert**
Provides a point-of-care resource on medical conditions and treatments for Mayo Clinic Care Network members.

As one of the world's most respected medical research and treatment centers, Mayo Clinic is known for its ongoing innovations in health care. And now there's another breakthrough: Using custom apps for physicians and patients on iPhone, iPad, and iPad mini, Mayo Clinic is transforming the capabilities of individualized patient care.

Since the late 19th century, Mayo Clinic has been at the forefront of medical technology. "We had the development of the heart-lung machine, and the first total hip replacement," says Dr. John H. Noseworthy, President and CEO. "Mayo Clinic is really a model of what health care could be."

The clinic's adoption of iPhone, iPad, and custom in-house apps reflects the Mayo Clinic's commitment to the latest advances.

With more than 15,000 iOS devices on the clinic's network, building apps for this platform was a priority. "iPhone, iPad, and apps make communication easier," says Mark Henderson, Division Chair of the Mayo Clinic IT department. "We're providing real value to our staff, but also ultimately to our patients."

### Better Access to EMR

To make the most of electronic medical records (EMRs) and other data, Mayo developed Synthesis Mobile, a powerful app that taps into hundreds of internal systems, giving physicians like Dr. Brad Leibovich instant access to patient details via iPhone or iPad.

"Now I can sit with a patient, have an eye-to-eye conversation, and show them their CAT scan or a video about treatment options," Leibovich says.

"With this technology, we can be more accurate and more complete which means better outcomes and safer care."

*Dr. John H. Noseworthy, President and CEO, Mayo Clinic*

"iPhone, iPad, and apps make communication easier. We're providing real value to our staff, but also ultimately to our patients."

*Mark Henderson, Division Chair, Information Technology, Mayo Clinic*





"I can use Synthesis Mobile to notify staff to change an IV setting, or do order entry and charge capture right from the application."

Synthesis Mobile saves time — a lot of it. "I'm more efficient and faster, and I'm doing less work between patients," says Leibovich. "During the course of a day, Synthesis Mobile saves most physicians at least an hour of their time."

### Apps for Healthier Patients

Mayo Clinic has also developed other iPhone and iPad apps, including Ask Mayo Expert, which provides a point-of-care resource for Mayo Clinic Care Network members, and the Mayo Clinic Patient app, which lets patients securely access their EMRs and exchange messages with physicians.

"For patients dealing with any health issue, information is power," Leibovich notes. "The more we can empower them to understand what's going on with them, the better they'll feel."

*"During the course of a day, Synthesis Mobile saves most physicians at least an hour of their time."*

*Dr. Brad Leibovich, Mayo Clinic*



### A Secure Ecosystem

With the built-in security features and the development tools in the iOS SDK, building these apps was a smooth process for the Mayo Clinic's IT team.

"The iOS ecosystem absolutely was the right technology for Mayo Clinic," Henderson says. "We looked at a variety of other options, and none of them had what the iOS environment had. iOS provided the security we were looking for — encryption, the VPN environment, and the ability to write applications that leave no data on the device that we would consider confidential."

iOS also makes app creation more efficient. "As we developed our applications, the portability really became evident. What we develop for one device runs on all the iOS devices," Henderson says.

### Intuitive Technology for Better Care

As medical technologies continue to advance, physicians need equally advanced tools to communicate, manage data, and deliver the best possible patient care.

"The future is going to be amazing technology-wise," Henderson says. "Mayo Clinic is just touching the surface of what's possible. In terms of trying to be more efficient and providing the best care, the apps we've written have definitely given us a vision of where we can go in the future."

"It really brings us back to the time when health care was a personal interaction between the physician and the patient," adds Leibovich. "We can integrate iPhone, iPad, and apps seamlessly with patient interactions, without the technology getting in the way."

© 2014 Apple Inc. All rights reserved. Apple, the Apple logo, iPad, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. Other product and company names mentioned herein may be trademarks of their respective companies.







# Mayo Clinic launches Apple Health Records integration on iPhone

 *Mike Peterson | Jun 15, 2021*



*AppleInsider may earn an affiliate commission on purchases made through links on our site.*

The Mayo Clinic has launched support for the Apple Health Records feature on iPhone, allowing patients to easily add





Cas ████████████████████████████████████ 108

☰     appleinsider     🔍

The Mayo Clinic has launched support for the Apple Health Records feature on iPhone, allowing patients to easily add medical data to the Health app.

Apple's Health Records service allows patients to add and view all of their health data in a single spot on an iPhone. Starting Tuesday, Mayo Clinic patients with a Patient Online Services account will be able to take advantage of the feature by logging in with their username and password.

In addition to health records from care providers, the Health app also aggregates health and nutrition data from sources like an Apple Watch. Use of the feature is optional, and doesn't change anything about a patient's online services account.

All downloaded data is transported between a provider and a user's device via an encrypted connection and is also



C 5.

≡     appleinsider     🔍

All downloaded data is transported between a provider and a user's device via an encrypted connection and is also stored securely on a device.

Mayo Clinic says it is now among the more than 700 healthcare providers and 12,000 care locations that offer support for Apple Health Records in the U.S., Canada, and the UK.

"There are more ways than ever for patients to be actively engaged in their health care, and smartphone apps can be helpful for accessing records and tracking daily fitness and diet. We want patients who are interested in these apps to be able to use them securely and enhance their health care at Mayo Clinic," said Steve Ommen, M.D., director of experience products at Mayo Clinic's Center for Digital Health.

Apple first announced the Health



appleinsider

Clinic," said Steve Ommen, M.D., director of experience products at Mayo Clinic's Center for Digital Health.

Apple first announced the Health Records API in 2018, allowing developers to integrate Apple health features into their apps. Initially a U.S.-exclusive feature, Apple brought Health Records to the UK and Canada in October 2020.

At its WWDC 21 event earlier in June, Apple bolstered its health ecosystem with new features, including the ability to securely share health, fitness, and other metrics with a care provider.

*Keep up with everything Apple in the weekly AppleInsider Podcast — and get a fast news update from AppleInsider Daily. Just say, "Hey, Siri," to your HomePod mini and ask for these podcasts, and our latest HomeKit Insider episode too.*



≡        appleinsider        🔍

At its WWDC 21 event earlier in June,
Apple bolstered its health ecosystem
with new features, including the ability
to securely share health, fitness, and
other metrics with a care provider.

*Keep up with everything Apple in the
weekly AppleInsider Podcast — and get
a fast news update from AppleInsider
Daily. Just say, "Hey, Siri," to your
HomePod mini and ask for these
podcasts, and our latest HomeKit
Insider episode too.*

*If you want an ad-free main
AppleInsider Podcast experience, you
can support the AppleInsider podcast
by subscribing for $5 per month through
Apple's Podcasts app, or via Patreon if
you prefer any other podcast player.*

*AppleInsider is also bringing you the
best Apple-related deals for Amazon
Prime Day 2021. There are bargains
before, during, and even after Prime Day*





≡   appleinsider   🔍

*Keep up with everything Apple in the weekly AppleInsider Podcast — and get a fast news update from AppleInsider Daily. Just say, "Hey, Siri," to your HomePod mini and ask for these podcasts, and our latest HomeKit Insider episode too.*

*If you want an ad-free main AppleInsider Podcast experience, you can support the AppleInsider podcast by subscribing for $5 per month through Apple's Podcasts app, or via Patreon if you prefer any other podcast player.*

*AppleInsider is also bringing you the best Apple-related deals for Amazon Prime Day 2021. There are bargains before, during, and even after Prime Day on June 21 and 22 — with every deal at your fingertips throughout the event.*

8 Comments

LATEST NEWS







2.Q



Overview - ResearchKit & CareKit                    11/30/22, 7:07 PM



## Take your work further with ResearchKit and CareKit.

Care providers and researchers from all over the world are producing new medical discoveries and advancing patient care with apps built using ResearchKit and CareKit — our open source code. With ResearchKit, CareKit and other tools you can develop an app that can drive health science through research at scale, or change the way you deliver care to patients beyond the

**https://www.researchandcare.org/**





**Overview - ResearchKit & CareKit**          **11/30/22, 7:07 PM**

confines of a lab or doctor's office. Discover how an app could take your work
further and join a global community that is transforming health
through technology.

ResearchKit

# Take research out of the lab.

With ResearchKit, you can build apps that
enroll more participants and conduct studies
at a scale never seen before. Move beyond
the lab and reach people wherever they are
for a more robust, real-world cohort.

Learn more about ResearchKit ›

Get started on a ResearchKit app ›

## UNC conducts the largest study ever on postpartum depression.



CareKit

# Get a better picture of your patients' health.

Apps built with CareKit engage patients in
their care and recovery by giving them the
opportunity to track and share daily progress
from their devices. Now care providers have
the chance to connect with patients outside
of regular visits, and gather insights to
provide better care.

Learn more about CareKit ›

## Johns Hopkins reinvents cardiac patient care with Corrie Health.



**https://www.researchandcare.org/**                              2





**Overview – ResearchKit & CareKit**                    **11/30/22, 7:07 PM**
Get started on a CareKit app ›

# ResearchKit and CareKit
# work together seamlessly.

Each framework has its own customizable modules that can be used to
create an app for research or care. Whether your app is used to conduct a
research study or to offer better patient care, you can utilize elements of
both frameworks to create it.

| | |
|---|---|
| Gather informed consent | Build personalized care plans |
| Create surveys | Visualize trends |
| Conduct active evaluations | Connect with patients |

ResearchKit

**Collect informed**

https://www.researchandcare.org/                                    3





**Overview - ResearchKit & CareKit**                    **11/30/22, 7:07 PM**

# Explore the possibilities.

Capture relevant data at scale and derive valuable insights with a variety of different modules from ResearchKit and CareKit. Here is just a snapshot of what you can do.

consent with simplified consent modules.

ResearchKit

## Easily build digital questionnaires
from a library of survey templates.

ResearchKit

## Measure hearing thresholds and sound
exposure to evaluate hearing health.

ResearchKit

## Conduct vision tasks to
get a look at visual health.

CareKit

## Track daily symptoms
and adherence to improve patient outcomes.





**Overview - ResearchKit & CareKit**                    **11/30/22, 7:07 PM**

CareKit

**Deliver care plans** that stay with your patients all day.

CareKit

**Connect with patients** outside of regular visits.

View more resources >

**https://www.researchandcare.org/**                                      **5**





**Overview – ResearchKit & CareKit**                    11/30/22, 7:07 PM

# Check out some apps built with ResearchKit & CareKit.

**Corrie Health**

An app designed to help patients recover from a heart attack.

Johns Hopkins Digital

**Caremap**

An app to help plan your child's healthcare.

Boston Children's Hospital

**Mom Genes Fight PPD**

A study to understand the causes of postpartum depression.

University of North Carolina at Chapel Hill

**Concussion Tracker**

A research study that tracks recovery from a concussion diagnosis.

NYU Langone Medical Center

**VascTrac**

A research study of peripheral artery disease.

Stanford University

**WebMD Pregnancy**

Track a baby's growth and development, week by week.

WebMD

View more apps in App Store ↗





**Overview - ResearchKit & CareKit**  **11/30/22, 7:07 PM**



## Tell us about your project.

The Research and Care community can be a resource for you to learn and share.

Go to submission page ›

WWDC22

See the latest code-along series on how to build a research and care app

Setup Onboarding ↗

Schedule Tasks ↗

Visualize Progress ↗



 ResearchKit & CareKit

Contact us:  ResearchKit team   CareKit team   Investigator Support Program

Privacy Policy   Legal

Copyright © 2022 Apple Inc. All rights reserved.

**https://www.researchandcare.org/**  **7**





≡ 🌳 INTERACTION DESIGN FOUNDATION   🔍   Join us

New Years Offer: 20% Off membership and
Free master classes! Ends in:
4 days 6h 20m 59s                                    ✕

Literature ❯ Topics ❯ Accessibility

# Accessibility

Your constantly-updated definition of Accessibility and
collection of topical content and literature

---

# What is Accessibility?

Accessibility is the concept of whether a
product or service can be used by everyone
—however they encounter it. Accessibility
laws exist to aid people with disabilities,
but designers should try to accommodate
all potential users in many contexts of use
anyway. To do so has firm benefits—
notably better designs for all.

### Great User Experience (UX) is...

 +  + 

**Usability**          **Graphic design**          **Accessibility**





# Accessibility vs Usability

Since they have similarities, accessibility is sometimes confused with usability. Both overlap and are vital parts of user experience (UX) design, but there are also key distinctions between them. Usability is concerned with whether designs are effective, efficient and satisfying to use. Theoretically, this means that usability includes accessibility, since a product that is inaccessible is also unusable to someone with a disability; *practically*, however, usability *tends not* to specifically focus on the user experience of people with disabilities. **Accessibility, on the other hand, is concerned with whether *all* users are able to access an equivalent user experience, however they encounter a product or service** (e.g., using assistive devices). Unlike usability, accessibility focuses on people with disabilities.

Accessible Designs Help

(3-B)





# Accessible Designs Help Everyone

Accessibility is not only the **right thing to do**, but often also **brings benefits to *all* users**. That's because accessibility features that help people with disabilities often help other people, too. For instance, video captions that help people with hearing difficulties also help a person who is watching the video on mute (e.g., in a social media feed). Legible, high-contrast text that helps people with vision difficulties also helps people with perfect eyesight who are using the app outdoors in bright sunlight. **Many users—*whatever* their abilities—will face challenges due to demanding contexts**. When you design for *all* ability levels, you can create products and services anyone can use and enjoy—or at least find helpful or calming.

Although accessibility is a critical factor that impacts design, many brands overlook





≡  🌳  **INTERACTION DESIGN**
   **FOUNDATION**   🔍   **Join us**

Although accessibility is a critical factor that impacts design, many brands overlook it. Based on a 2011 World Health Organization report concerning disability, however, you'll exclude about 15% of Earth's population if you don't make your design accessible. Furthermore, many jurisdictions—including the E.U.—have penalties for failure to create accessible designs. However, **designing for accessibility makes sense on more than a legal level; it brings *benefits*,** including these:

- **Improved SEO from semantic HTML**

- **Opportunities to reach more users on more devices, in more settings/environments**

- **Enhanced public image for your brand**

# Types of Accessibility Issues



≡  🌳 INTERACTION DESIGN
FOUNDATION   🔍   **Join us**

# Types of Accessibility Issues

You should **consider the *number* and *types* of potential accessibility issues users will have**. These are common barriers:

- **Visual** (e.g., color blindness)
- **Motor/mobility** (e.g., wheelchair–user concerns)
- **Auditory** (hearing difficulties)
- **Seizures** (especially photosensitive epilepsy)
- **Learning/cognitive** (e.g., dyslexia)

Ability barriers can also *arise* for *any* user:

- **Incidental** (e.g., sleep–deprivation)
- **Environmental** (e.g., using a mobile device underground)

**The possibilities are virtually limitless regarding who might be trying to access**





≡  INTERACTION DESIGN
   FOUNDATION    🔍    **Join us**

- **Learning/cognitive** (e.g., dyslexia)

Ability barriers can also *arise* for *any* user:

- **Incidental** (e.g., sleep-deprivation)
- **Environmental** (e.g., using a mobile device underground)

The possibilities are virtually limitless regarding who might be trying to access your product/service.

> *"When UX doesn't consider ALL users, shouldn't it be known as "SOME User Experience" or... SUX?"*
>
> *— Billy Gregory, Senior Accessibility Engineer*





8:40    interaction-design.org

 INTERACTION DESIGN **FOUNDATION**     Join us

# Practical Guidelines for Accessibility

The World Wide Web Consortium (W3C) stipulates standards for accessible design in its latest Web Content Accessibility Guidelines (WCAG). You can follow these essential points to accommodate users with diverse abilities:

- **Use a content management system (CMS) supporting accessibility standards** (e.g., WordPress). Whenever you amend any pre-used template, ensure themes were designed for accessibility.

- **Include** personas **with varying abilities**.

- **Use header tags in text** (optimally, use CSS for consistency throughout). Move consecutively from one heading level to the next (without skipping).

- **Use alt text on content-enhancing images**.





8:40      ✈ 🛜 📶

🔒 interaction-design.org

  🔍    **Join us**

- **Use alt text on content-enhancing images.**

- **Have a link strategy** (i.e., describe the link before inserting it – e.g., "Read more about the Interaction Design Foundation, at their website." Offer visual cues (e.g., PDF icons), underline links and highlight menu links on mouseover.

- **Improve visibility with careful color selection and high contrast.**

- **Reference shapes to help guide users** (e.g., "Click the square button").

- **Consider how screen readers handle forms.** Label fields and give descriptions to screen readers via tags. Make the tab order visually ordered. Assign an ARIA required or not required role to each field (know how to use ARIA). Avoid the asterisk convention.

- **Use proper HTML elements in lists.** Don't put them on the same line as text.





 

🔒 interaction-design.org

INTERACTION DESIGN
FOUNDATION                    Q         Join us

- **Use proper HTML elements in lists.**
  Don't put them on the same line as text.

- **Present dynamic content carefully,**
  **including slideshows.** Consult ARIA
  standards for overlays, etc.

- **Validate markup using the W3**
  **standards site to ensure *all* browsers**
  **can read your code.**

- **Offer transcriptions for audio**
  **resources, captions/subtitles for video.**

- **Make content easily understandable –**
  simpler language reaches more users, as
  do effective information hierarchy,
  progressive disclosure and prompting.

- **Try using your design without a mouse.**
  It can be hard to scroll.

- **Use tools such as WAVE and Color**
  **Oracle to test your design's**
  **accessibility.**

Naturally, you should test for accessibility
on *users* themselves. Note that while it's





**Congressional Research Service**
Informing the legislative debate since 1914

**IN FOCUS**

Updated December 19, 2019

# Defense Primer: Emerging Technologies

Senior U.S. defense and intelligence officials have identified a number of emerging technologies that could have a disruptive impact on U.S. national security in the years to come. These technologies include

- artificial intelligence,
- lethal autonomous weapons,
- hypersonic weapons,
- directed-energy weapons,
- biotechnology, and
- quantum technology.

As these technologies continue to mature, they could hold significant implications for congressional oversight, U.S. defense authorizations and appropriations, military concepts of operations, and the future of war.

## Artificial Intelligence

Although there is no official U.S. government definition of artificial intelligence (AI), AI generally refers to a computer system capable of human-level cognition. AI is currently being incorporated into a number of military applications, including intelligence, surveillance, and reconnaissance; logistics; cyber operations; command and control; and semi-autonomous and autonomous vehicles. As it develops, AI could enable new concepts of operations, such as swarming (i.e., cooperative behavior in which uninhabited vehicles autonomously coordinate to achieve a task), that could present both challenges and opportunities for the U.S. military.

Recent news reports and analyses have highlighted the role of AI in enabling increasingly realistic photo, audio, and video digital forgeries, popularly known as "deep fakes." Adversaries could potentially deploy this AI capability as part of their information operations in a "gray zone" conflict. Deep fake technology could be used against the United States and its allies to generate false news reports, influence public discourse, erode public trust, and attempt to blackmail diplomats. Some have suggested that AI could be used to create full digital "patterns-of-life" in which an individual's digital footprint is mapped against other personal information, such as spending habits and job history, to create comprehensive behavioral profiles of servicemembers, suspected intelligence officers, government officials, and private citizens. Similar to deep fakes, this information could, in turn, be used for targeted influence operations or blackmail.

To coordinate defense-wide AI efforts, the Pentagon established the Joint Artificial Intelligence Center (JAIC, pronounced "jake") in June 2018 under the Department of Defense's (DOD's) Chief Information Officer. In addition,

the FY2019 National Defense Authorization Act (P.L. 115-232, §1051) established a National Security Commission on Artificial Intelligence to assess U.S. competitiveness in AI and offer recommendations to Congress.

## Lethal Autonomous Weapons

Lethal Autonomous Weapon Systems (LAWS) are a class of weapon systems capable of independently identifying a target and employing an onboard weapon system to engage and destroy the target without manual human control. LAWS require computer algorithms and sensor suites to classify an object as hostile, make an engagement decision, and guide a weapon to the target. This capability would enable the system to operate in communications-degraded or -denied environments where traditional systems may not be able to operate.

LAWS generally do not yet exist, and some senior military and defense leaders have expressed concerns about the ethics of ever fielding such systems. For example, in 2017 testimony before the Senate Armed Services Committee, Vice Chairman of the Joint Chiefs of Staff General Paul Selva stated, "I do not think it is reasonable for us to put robots in charge of whether or not we take a human life." Currently, there are no domestic or international legal prohibitions on the development of LAWS; however, an international group of government experts has begun to discuss the issue. Approximately 25 countries have called for a preemptive ban on the systems due to ethical considerations, while others have called for formal regulation. DOD Directive 3000.09 establishes department guidelines for the development and fielding of LAWS to ensure that they comply with "the law of war, applicable treaties, weapon system safety rules, and applicable rules of engagement."

## Hypersonic Weapons

Hypersonic weapons—which fly at speeds of at least Mach 5—are in development in a number of countries, including the United States. There are two categories of hypersonic weapons:

- **Hypersonic glide vehicles (HGV)** are launched from a rocket before gliding to a target.

- **Hypersonic cruise missiles (HCM)** are powered by high-speed engines throughout the duration of their flight.

In contrast to ballistic missiles, hypersonic weapons do not follow a ballistic trajectory and can maneuver en route to their destination, making defense against them difficult. Currently, no such defense against hypersonic weapons exists, and experts disagree on the affordability.

Defense Primer: Emerging Technologies

technological feasibility, and utility of hypersonic missile defense options. These options could include interceptor missiles, hypervelocity projectiles, laser guns, and electronic attack systems.

According to open-source reporting, China and Russia have conducted successful hypersonic weapons tests and are expected to have an operational HGV capability as early as 2020. The United States is unlikely to field an operational HGV system before 2022. Although HCM technology is less mature than HGV technology, reports suggest that it could be fielded by Russia in 2023. Other countries—including France, Australia, India, Germany, and Japan—also have research programs in hypersonic weapons.

## Directed-Energy Weapons

DOD defines directed-energy (DE) weapons as those using concentrated electromagnetic energy, rather than kinetic energy, to "incapacitate, damage, disable, or destroy enemy equipment, facilities, and/or personnel." DE weapons—often colloquially referred to as "lasers"—could be used by ground forces in counter rocket, artillery, and mortar (C-RAM) or short-range air defense (SHORAD) missions. They could offer low costs per shot and nearly limitless magazines that, in contrast to existing conventional systems, could enable an efficient and effective means of defending against missile salvos and swarms of uninhabited vehicles. Theoretically, DE weapons could also provide options for boost-phase missile intercept, given their speed-of-light travel time; however, as in the case of hypersonic missile defense, experts disagree on the affordability, technological feasibility, and utility of this application.

High-powered microwave (HPM) weapons, a subset of DE weapons, could be used as a nonkinetic means of disabling electronics, communications systems, and improvised explosive devices in the event of a conflict. In addition, the U.S. military has explored using HPM in a nonlethal "heat ray" system for crowd control; however, the system was recalled—likely due to ethical and operational considerations.

## Biotechnology

Biotechnology leverages life sciences for technological applications. A number of developments in biotechnology hold potential implications for national security. As a 2018 Government Accountability Office (GAO) report notes, the Departments of Defense, State (State), and Homeland Security (DHS), and the Office of the Director of National Intelligence (ODNI), all assess that biotechnologies, such as the low-cost gene-editing tool CRISPR-Cas9, have the potential to "alter genes or create DNA to modify plants, animals, and humans." Such biotechnologies could be used to enhance [or degrade] the performance of military personnel. The proliferation of synthetic biology—used to create genetic code that does not exist in nature—may increase the number of actors that can create chemical and biological weapons." U.S. adversaries may be less restrained in both researching and applying biotechnology, particularly as it relates to human performance modification and biological weapons.

## Quantum Technology

Quantum technology, which employs the principles of quantum physics, has not yet reached maturity; however, it could hold significant implications for the future of encryption and stealth technologies. GAO reports that DOD, State, DHS, and the ODNI have assessed that "quantum communications could enable adversaries to develop secure communications that U.S. personnel would not be able to intercept or decrypt. Quantum computing may allow adversaries to decrypt [unclassified, classified, or sensitive] information, which could enable them to target U.S. personnel and military operations."

Quantum technology could have other military applications, such as quantum radar systems hypothesized to be capable of identifying the performance characteristics (e.g., radar cross-section, speed) of objects with a greater level of accuracy than conventional radar systems. This would significantly ease the tracking and targeting of U.S. low-observable, or stealth, aircraft such as the F-22, F-35, and B-2. Similarly, advances in quantum sensing could theoretically enable significant improvements in submarine detection, rendering the oceans "transparent." This could, in turn, hold implications for the survivability of the U.S. sea-based nuclear deterrent.

---

### CRS Products

CRS Report R45178, *Artificial Intelligence and National Security*, by Kelley M. Sayler

CRS In Focus IF11333, *Deep Fakes and National Security*, by Kelley M. Sayler and Laurie A. Harris

CRS Report R44466, *Lethal Autonomous Weapon Systems: Issues for Congress*, by Nathan J. Lucas

CRS In Focus IF11150, *Defense Primer: U.S. Policy on Lethal Autonomous Weapon Systems*, by Kelley M. Sayler

CRS Report R45811, *Hypersonic Weapons: Background and Issues for Congress*, by Kelley M. Sayler

CRS Report R45098, *U.S. Army Weapons-Related Directed Energy (DE) Programs: Background and Potential Issues for Congress*, by Andrew Feickert

CRS Report R44175, *Navy Lasers, Railgun, and Gun-Launched Guided Projectile: Background and Issues for Congress*, by Ronald O'Rourke

CRS Report R44824, *Advanced Gene Editing: CRISPR-Cas9*, by Marcy E. Gallo et al.

CRS Report R45409, *Quantum Information Science: Applications, Global Research and Development, and Policy Considerations*, by Patricia Moloney Figliola

### Other Resources

Government Accountability Office, *National Security: Long-Range Emerging Threats Facing the United States as Identified by Federal Agencies*, December 2018, https://www.gao.gov/assets/700/695981.pdf.

---

**Kelley M. Sayler**, Analyst in Advanced Technology and Global Security

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.



**Congressional Research Service**
Informing the legislative debate since 1914

IN FOCUS

July 20, 2021

# Defense Primer: Directed-Energy Weapons

Both the 2018 *National Defense Strategy* and the House Armed Services Committee's bipartisan *Future of Defense Task Force Report* have identified directed energy as a technology that could have a significant impact on U.S. national security in the years to come. As the Department of Defense (DOD) continues to invest in directed-energy (DE) weapons, Congress may consider implications for defense authorizations, appropriations, and oversight.

## Overview

DOD defines DE weapons as those using concentrated electromagnetic energy, rather than kinetic energy, to "incapacitate, damage, disable, or destroy enemy equipment, facilities, and/or personnel." DE weapons include high-energy lasers (HEL) and high-powered microwave (HPM) weapons; other DE weapons, such as particle beam weapons, are outside the scope of this In Focus.

HELs might be used by ground forces in short-range air defense (SHORAD), counter-unmanned aircraft systems (C-UAS), or counter-rocket, artillery, and mortar (C-RAM) missions. The weapons might be used to "dazzle" (i.e., temporarily disable) or damage satellites and sensors. This could in turn interfere with intelligence-gathering operations; military communications; and positioning, navigation, and timing systems used for weapons targeting. In addition, HELs could theoretically provide options for boost-phase missile intercept, given their speed-of-light travel time; however, experts disagree on the affordability, technological feasibility, and utility of this application.

In general, HELs might offer lower costs per shot and—assuming access to a sufficient power supply—deeper magazines compared with traditional munitions. (Although a number of different types of HELs exist, many of the United States' current programs are solid state lasers, which are fueled by electrical power. As a result, the cost per shot is equivalent to the cost of the electrical power required to fire the shot.) This could in turn produce a favorable cost-exchange ratio for the defender, whose marginal costs would be significantly lower than those of the aggressor.

Similarly, HPM weapons could provide a nonkinetic means of disabling adversary electronics and communications systems. These weapons could potentially generate effects over wider areas than HELs, which emit a narrower beam of energy. As a result, some analysts have noted that HPM weapons might provide more effective area defense against missile salvos and swarms of drones.

In addition, some reports posit that an HPM weapon might be responsible for Havana Syndrome—the term used by some to describe a collection of symptoms experienced by

U.S. Department of State personnel stationed abroad. While a National Academies of Sciences (NAS) consensus study report concluded that an HPM weapon provided the "most plausible" explanation of these symptoms from those studied, the NAS committee noted that it "cannot rule out other possible mechanisms." The U.S. government has neither identified the source of the symptoms nor attributed them to the actions of any particular government or organization.

## Directed-Energy Weapons Programs

A number of countries are investing in directed-energy weapons programs. This In Focus discusses a selection of unclassified DE weapons programs in three leading military powers: the United States, China, and Russia.

### United States

The DOD has a number of DE development programs underway, requesting at least $578 million in FY2022 for unclassified DE research, development, test, and evaluation (RDT&E) and at least $331 million for unclassified DE weapons procurement. For additional information about specific U.S. DE weapons programs, see CRS Report R44175, *Navy Lasers, Railgun, and Gun-Launched Guided Projectile: Background and Issues for Congress*, by Ronald O'Rourke, and CRS Report R45098, *U.S. Army Weapons-Related Directed Energy (DE) Programs: Background and Potential Issues for Congress*, by Andrew Feickert.

Many of these programs are intended to support the Office of the Under Secretary of Defense for Research and Engineering's (OUSD[R&E]) Directed Energy Roadmap. According to a presentation in 2020 by DOD Principal Director for Directed Energy Dr. Jim Trebes, who leads the department's DE efforts, the roadmap articulates DOD's objective of "[achieving] dominance in DE military applications in every mission and domain where they give advantage." The roadmap additionally outlines DOD's plan to increase power levels of DE weapons from around 150 kilowatts (kW—a unit of power), as is currently feasible, to around 300 kW by FY2022, 500 kW by FY2024, and 1 megawatt (MW) by FY2030. For reference, although there is no consensus regarding the precise power level that would be needed to neutralize different target sets, some analysts believe that lasers of around 100 kW could engage unmanned aircraft systems, small boats, rockets, artillery, and mortars, whereas lasers of around 300 kW could additionally engage cruise missiles flying in certain profiles (i.e., flying across—rather than at—the laser). Lasers of 1 MW could potentially neutralize ballistic missiles and hypersonic weapons.

In addition to the DE roadmap, OUSD(R&E) manages the High Energy Laser Scaling Initiative (HELSI), which

Principal Director Trebes notes is "to demonstrate laser output power scaling while maintaining or improving beam quality and efficiency." HELSI is intended to strengthen the defense industrial base for potential future directed energy weapons by providing near-term prototyping opportunities for industry partners. Dr. Trebes additionally notes that OUSD(R&E) has completed a DOD-wide Laser Lethality Analysis Process Review to identify future needs for the Department and best practices for DE development and use and plans to establish a Directed Energy Lethality Database that is to serve as a searchable repository for DOD's DE analyses.

### China

According to the US-China Economic and Security Review Commission, China has been developing DE weapons since at least the 1980s and has made steady progress in developing HPM and increasingly powerful HELs. China has reportedly developed a 30-kilowatt road-mobile HEL, LW-30, designed to engage unmanned aircraft systems and precision-guided weapons. Reports indicate that China is also developing an airborne HEL pod.

According to the Defense Intelligence Agency, China is additionally pursuing DE weapons

> to disrupt, degrade, or damage satellites and their sensors and possibly already has a limited capability to employ laser systems against satellite sensors. China [has likely fielded] a ground-based laser weapon that can counter low-orbit space-based sensors ... and by the mid-to-late 2020s, it may field higher power systems that extend the threat to the structures of non-optical satellites.

### Russia

Russia has been conducting DE weapons research since the 1960s, with a particular emphasis on HELs. Russia has reportedly deployed the Peresvet ground-based HEL with several mobile intercontinental ballistic missile units. Although little is publicly known about Peresvet, including its power level, some analysts assert it is to dazzle satellites and provide point defense against unmanned aircraft systems. Russia's deputy defense minister Alexei Krivoruchko has stated that efforts are underway to increase Peresvet's power level and to deploy it on military aircraft. Reports suggest that Russia may also be developing HPMs as well as additional HELs capable of performing anti-satellite missions.

## Potential Issues and Questions for Congress

### Technological Maturity

Directed-energy weapons programs continue to face questions about their technological maturity, including the ability to improve beam quality and control to militarily useful levels and the ability to meet size, weight, and power (SWaP) and cooling requirements for integration into current platforms. Some DE systems are small enough to fit on military vehicles, but many require larger and/or fixed platforms that could potentially limit deployment options and operational utility. In what ways, if any, are DOD

technology maturation efforts reducing the SWaP and cooling requirements of DE systems?

### Weapons Characteristics

Although HELs may offer a lower cost per shot than traditional weapons such as missiles, they are also subject to a number of limitations. For example, atmospheric conditions (e.g., rain, fog, obscurants) and SWaP and cooling requirements can limit the range and beam quality of HELs, in turn reducing their effectiveness. Traditional weapons, in contrast, are not affected by these factors. How, if at all, might HEL limitations be mitigated by technological developments, concepts of operation, or other methods? What impact might a failure to mitigate these limitations have on future military operations?

### Mission Utility

Given the strengths and weaknesses of DE weapons, DOD is continuing to examine their role within the military. DOD is additionally conducting multiple utility studies to analyze potential concepts of operation for DE weapons and to assess the scenarios in which they might be militarily useful. How might Congress draw upon the conclusions of these analyses as it conducts oversight of DE weapons programs? What is the appropriate balance between DE weapons and traditional munitions within the military's portfolio of capabilities?

### Defense Industrial Base

Some analysts have expressed concerns that, in the past, DOD did not provide stable funding for DE weapons programs or sufficient opportunities for the DE workforce. According to OUSD(R&E), HELSI is intended to address these concerns by providing industry with assured prototyping opportunities. In what ways, if any, has HELSI strengthened the defense industrial base for DE weapons? What, if any, challenges does the base continue to face and how might they be mitigated?

### Intelligence Requirements

Some analysts have questioned whether DOD has sufficient knowledge of adversary DE weapons systems and materials to develop its weapons requirements. DOD is currently attempting to further define its DE collection requirements for the intelligence community (IC) through the Directed Energy Lethality Intelligence initiative. To what extent, if at all, is this initiative improving connectivity between DOD's DE community and the IC? What collection requirements, if any, remain?

### Coordination within DOD

Pursuant to Section 219 of the FY2017 National Defense Authorization Act (P.L. 114-328), OUSD(R&E)'s Principal Director for directed energy is tasked with coordinating DE efforts across DOD and with developing DOD's Directed Energy Roadmap, which is to guide development efforts. To what extent are the military departments and defense agencies adhering to this roadmap? What, if any, additional authorities or structural changes would be required to ensure proper coordination throughout DOD?

**Kelley M. Sayler**, Analyst in Advanced Technology and Global Security

Defense Primer: Directed-Energy Weapons

F6.

IF11882

**John R. Hoehn**, Analyst in Military Capabilities and
Programs

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to
congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress.
Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has
been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the
United States Government, are not subject to copyright protection in the United States. Any CRS Report may be
reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include
copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you
wish to copy or otherwise use copyrighted material.




🔒 **crsreports.congress.gov**   ↻



**Congressional Research Service**
Informing the legislative debate since 1914

**IN FOCUS**

Updated November 14, 2022

# Defense Primer: Directed-Energy Weapons

Both the 2022 *National Defense Strategy* and the House Armed Services Committee's bipartisan *Future of Defense Task Force Report* have identified directed energy as a technology that could have a significant impact on U.S. national security in the years to come. As the Department of Defense (DOD) continues to invest in directed-energy (DE) weapons, Congress may consider implications for defense authorizations, appropriations, and oversight.

## Overview
DOD defines DE weapons as those using concentrated electromagnetic energy, rather than kinetic energy, to "incapacitate, damage, disable, or destroy enemy equipment, facilities, and or personnel." DE weapons include high-energy lasers (HEL) and high-powered microwave (HPM) weapons; other DE weapons, such as particle beam weapons, are outside the scope of this In Focus.

HELs might be used by ground forces in short-range air defense (SHORAD), counter-unmanned aircraft systems (C-UAS), or counter-rocket, artillery, and mortar (C-RAM) missions. The weapons might be used to "dazzle" (i.e., temporarily disable) or damage satellites and sensors. This could in turn interfere with intelligence-gathering operations; military communications; and positioning, navigation, and timing systems used for weapons targeting. In addition, HELs could theoretically provide options for boost-phase missile intercept, given their speed-of-light travel time; however, experts disagree on the affordability, technological feasibility, and utility of this application.

In general, HELs might offer lower costs per shot and—assuming access to a sufficient power supply—deeper magazines compared with traditional munitions. (Although a number of different types of HELs exist, many of the United States' current programs are solid state lasers, which are fueled by electrical power. As a result, the cost per shot is equivalent to the cost of the electrical power required to fire the shot.) This could in turn produce a favorable cost-exchange ratio for the defender, whose marginal costs would be significantly lower than those of the aggressor.

Similarly, HPM weapons could provide a nonkinetic means of disabling adversary electronics and communications systems. These weapons could potentially generate effects over wider areas than HELs, which emit a narrower beam of energy. As a result, some analysts have noted that HPM weapons might provide more effective area defense against missile salvos and swarms of drones. HPM weapons have also been considered for use as nonlethal "heat ray" systems for crowd control.

## Directed-Energy Weapons Programs
A number of countries are investing in directed-energy weapons programs. This In Focus discusses a selection of unclassified DE weapons programs in three leading military powers: the United States, China, and Russia.

### United States
The DOD has a number of DE development programs underway, requesting at least $669 million in FY2023 for unclassified DE research, development, test, and evaluation (RDT&E) and at least $345 million for unclassified DE weapons procurement. For additional information about specific U.S. DE weapons programs, see CRS Report R44175, *Navy Lasers, Railgun, and Gun-Launched Guided Projectile: Background and Issues for Congress*, by Ronald O'Rourke, and CRS Report R45098, *U.S. Army Weapons-Related Directed Energy (DE) Programs: Background and Potential Issues for Congress*, by Andrew Feickert.

DOD directed energy programs are coordinated by the Principal Director for Directed Energy within the Office of the Under Secretary of Defense for Research and Engineering (OUSD[R&E]). The Principal Director for Directed Energy is additionally responsible for development and oversight of the Directed Energy Roadmap. According to OUSD(R&E), DOD's current DE roadmap outlines DOD's plan to increase power levels of DE weapons from around 150 kilowatts (kW—a unit of power), as is currently feasible, to 300 kW by FY2023, "with goal milestones to achieve 500 kW class with reduced size and weight by FY2025 and to further reduce size and weight and increase power to MW [megawatt] levels by FY2026." For reference, although there is no consensus regarding the precise power level that would be needed to neutralize different target sets, some analysts believe that lasers of around 100 kW could engage unmanned aircraft systems, small boats, rockets, artillery, and mortars, whereas lasers of around 300 kW could additionally engage cruise missiles flying in certain profiles (i.e., flying across—rather than at—the laser). Lasers of 1 MW could potentially neutralize ballistic missiles and hypersonic weapons.

In addition to the DE roadmap, OUSD(R&E) manages the High Energy Laser Scaling Initiative (HELSI), which former Principal Director for Directed Energy Dr. Jim Trebes notes is "to demonstrate laser output power scaling while maintaining or improving beam quality and efficiency." HELSI is intended to strengthen the defense industrial base for potential future directed energy weapons by providing near-term prototyping opportunities for industry partners. Dr. Trebes additionally notes that OUSD(R&E) has completed a DOD-wide Laser Lethality Analysis Process Review to identify future needs for the

crsreports.congress.gov — Private



Defense Primer: Directed-Energy Weapons

Department and best practices for DE development and use. According to OUSD(R&E), DOD is also testing a Directed Energy Lethality Database that is to serve as a searchable repository for the department's DE analyses.

### China

According to the U.S.-China Economic and Security Review Commission, China has been developing DE weapons since at least the 1980s and has made steady progress in developing HPM and increasingly powerful HELs. China has reportedly developed a 30-kilowatt road-mobile HEL, LW-30, designed to engage unmanned aircraft systems and precision-guided weapons. Reports indicate that China is also developing an airborne HEL pod.

According to the Defense Intelligence Agency, China is additionally pursuing DE weapons

> to disrupt, degrade, or damage satellites and their sensors and possibly already has a limited capability to employ laser systems against satellite sensors. China [has likely fielded] a ground-based laser weapon that can counter low-orbit space-based sensors ... and by the mid-to-late 2020s, it may field higher power systems that extend the threat to the structures of non-optical satellites.

### Russia

Russia has been conducting DE weapons research since the 1960s, with a particular emphasis on HELs. Russia has reportedly deployed the Peresvet ground-based HEL with several mobile intercontinental ballistic missile units. Although little is publicly known about Peresvet, including its power level, some analysts assert it is to dazzle satellites and provide point defense against unmanned aircraft systems. Russia's deputy defense minister Alexei Krivoruchko has stated that efforts are underway to increase Peresvet's power level and to deploy it on military aircraft. Reports suggest that Russia may also be developing HPMs as well as additional HELs capable of performing anti-satellite missions.

## Potential Issues and Questions for Congress

### Technological Maturity

Directed-energy weapons programs continue to face questions about their technological maturity, including the ability to improve beam quality and control to militarily useful levels and the ability to meet size, weight, and power (SWaP) and cooling requirements for integration into current platforms. Some DE systems are small enough to fit on military vehicles, but many require larger and/or fixed platforms that could potentially limit deployment options and operational utility. In what ways, if any, are DOD technology maturation efforts reducing the SWaP and cooling requirements of DE systems?

### Weapons Characteristics

Although HELs may offer a lower cost per shot than traditional weapons such as missiles, they are also subject to a number of limitations. For example, atmospheric conditions (e.g., rain, fog, obscurants) and SWaP and cooling requirements can limit the range and beam quality of HELs, in turn reducing their effectiveness. Traditional weapons, in contrast, are not affected by these factors. How, if at all, might HEL limitations be mitigated by technological developments, concepts of operation, or other methods? What impact might a failure to mitigate these limitations have on future military operations?

### Mission Utility

Given the strengths and weaknesses of DE weapons, DOD is continuing to examine their role within the military. DOD is additionally conducting multiple utility studies to analyze potential concepts of operation for DE weapons and to assess the scenarios in which they might be militarily useful. How might Congress draw upon the conclusions of these analyses as it conducts oversight of DE weapons programs? What is the appropriate balance between DE weapons and traditional munitions within the military's portfolio of capabilities?

### Defense Industrial Base

Some analysts have expressed concerns that, in the past, DOD did not provide stable funding for DE weapons programs or sufficient opportunities for the DE workforce. According to OUSD(R&E), HELSI is intended to address these concerns by providing industry with assured prototyping opportunities. In what ways, if any, has HELSI strengthened the defense industrial base for DE weapons? What, if any, challenges does the base continue to face and how might they be mitigated?

### Intelligence Requirements

Some analysts have questioned whether DOD has sufficient knowledge of adversary DE weapons systems and materials to develop its weapons requirements. DOD is currently attempting to further define its DE collection requirements for the intelligence community (IC) through the Directed Energy Lethality Intelligence initiative. To what extent, if at all, is this initiative improving connectivity between DOD's DE community and the IC? What collection requirements, if any, remain?

### Coordination within DOD

Pursuant to Section 219 of the FY2017 National Defense Authorization Act (P.L. 114-328), OUSD(R&E)'s Principal Director for directed energy is tasked with coordinating DE efforts across DOD and with developing DOD's Directed Energy Roadmap, which is to guide development efforts. To what extent are the military departments and defense agencies adhering to this roadmap? What, if any, additional authorities or structural changes would be required to ensure proper coordination throughout DOD?

---

**Related CRS Products**

CRS Report R46925, *Department of Defense Directed Energy Weapons: Background and Issues for Congress*, coordinated by Kelley M. Sayler.

---

Kelley M. Sayler, Analyst in Advanced Technology and Global Security

F9.

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.

# MedWatch Voluntary Report

62.

f SHARE   TWEET   in LINKEDIN   ⦿ PIN IT   ✉ EMAIL   🖶 PRINT

☑   Thank you for reporting this event to MedWatch and the U.S. Food and Drug Administration. Please do not submit a duplicate report by mail, fax or phone for this event.

**Download Submission In Official FDA Format**

**Start A New Report**

**Download Submission In Printable Format**

Thank you for submitting your report to MedWatch, the FDA Safety Information and Adverse Event Reporting Program.

This acknowledgement confirms that your report was received. Reports are added to FDA's post marketing safety database with similar reports and reviewed by the FDA's medical products safety staff.

Voluntary reports are essential for ensuring the continued safety of FDA-regulated products. One or two well-documented case reports may provide an early signal of unexpected problems and lead to additional evaluation. This may result in FDA regulatory actions that improve the safety of the products used in patient care each day.

Although we will not be able to provide you with details about the evaluation of your report, we will contact you if additional information is needed.

Again, thank you for taking the time to submit your report.

You will receive an email confirmation about your report from druginfo@fda.hhs.gov so please allow this email address if you have a spam blocker.

If you would like additional information here is our contact information.

# MedWatch Voluntary Report

62.

**f** SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.-GOV/SCRIPTS/MEDWATCH/INDEX.CFM?ACTION=REPORTING.CONFIRMATION)

**y** TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=MEDWATCH VOLUNTARY RE-PORT&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/MEDWATCH/INDEX.CFM?ACTION=REPORTING.CONFIRMATION)

**in** LINKEDIN (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTPS://WWW.ACCESSDA-TA.FDA.GOV/SCRIPTS/MEDWATCH/INDEX.CFM?ACTION=REPORTING.CONFIRMATION&TITLE=MEDWATCH VOLUNTARY REPORT&SOURCE=FDA)

**@** PIN IT (HTTPS://WWW.PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.ACCESSDATA.FDA-GOV/SCRIPTS/MEDWATCH/INDEX.CFM?ACTION=REPORTING.CONFIRMATION&DESCRIPTION=MEDWATCH VOLUNTARY REPORT)

**±**

**✉** EMAIL (MAILTO:?SUBJECT=MEDWATCH VOLUNTARY REPORT&BODY=HTTPS://WWW.ACCESSDATA.FDA.-GOV/SCRIPTS/MEDWATCH/INDEX.CFM?ACTION=REPORTING.CONFIRMATION)

**🖨** PRINT

☑ Thank you for reporting this event to MedWatch and the U.S. Food and Drug Administration. Please do not submit a duplicate report by mail, fax or phone for this event.

Download Submission in Official FDA Format (index.cfm?action=reporting.PDF)

Start A New Report (index.cfm?action=professional.clear)

**Download Submission in Printable Format (index.cfm?action=reporting.printablePDF)**

Thank you for submitting your report to MedWatch, the FDA Safety Information and Adverse Event Reporting Program.

This acknowledgement confirms that your report was received. Reports are added to FDA's post marketing safety database with similar reports and reviewed by the FDA's medical products safety staff.

Voluntary reports are essential for ensuring the continued safety of FDA-regulated products. One or two well-documented case reports may provide an early signal of unexpected problems and lead to additional evaluation. This may result in FDA regulatory actions that improve the safety of the products used in patient care each day.

Although we will not be able to provide you with details about the evaluation of your report, we will contact you if additional information is needed.

Again, thank you for taking the time to submit your report.

You will receive an email confirmation about your report from **druginfo@fda.hhs.gov (mailTo:druginfo@fda.hhs.gov)** so please allow this email address if you have a spam blocker.

If you would like additional information here is our contact information.

| Product Type | E-mail Inquiries | Telepho Inquirie |
|---|---|---|
| Drugs | **Drug Information Questions and Comments (http://www.accessdata.fda.gov/scripts/email/cder/comment.cfm)** | Division Drug Informa |
| | Email: druginfo@fda.hhs.gov (mailto:druginfo@fda.hhs.gov) | (855) 54 |

| | | |
|---|---|---|
| | | 3784) |
| | | (301) 79 |
| | | 3400 (tu |
| | | (301) 79 |
| | | 3400) |
| Special Nutritional Products (dietary supplements, infant formulas, medical foods), Cosmetics and Foods/Beverages | **Food, Nutrition, and Cosmetics Questions & Answers** (http://www.fda.gov/AboutFDA/CentersOffices/OfficeofFoods/CFSAN/ContactCFSAN/default.htm)<br><br>Email: **Consumer@fda.gov (mailto:Consumer@fda.gov)** | 888-723-3366<br>(tel:888-723-336 |
| Medical Devices | **Center for Devices and Radiological Health, Office of Communication and Education, Division of Industry and Consumer Education (http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm#contact)**<br><br>E-mail: **dice@fda.hhs.gov (mailto:dice@fda.hhs.gov )** | 1(800) 638-204 (tel:1(80 638-204 or (301) 796-710 (tel:(301 796-710 |
| Vaccines, blood products, other biologics | **Center for Biologics Evaluation and Research, Division of Communication and Consumer Affairs, Consumer Affairs Branch, Questions and Answers (http://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CBER/ucm106001.htm)**<br><br>Email: **ocod@fda.hhs.gov (mailto:ocod@fda.hhs.gov)** | 800-835-4709 (tel:800 835-470 |

## About Problem

| | |
|---|---|
| **What kind of problem was it?** | • Were hurt or had a bad side effect *(including new or worsening symptoms)*<br>• Used a product incorrectly which could have or led to a problem |
| **Did any of the following happen?** | • Hospitalization - admitted or stayed longer<br>• Disability or health problem<br>• Life-threatening<br>• Other serious/important medical incidents *(please describe)*: List of symptoms |
| **Date the problem occurred:** | 11/26/2020 |

**Tell us what happened and how it happened:**

I do not now nor have I ever consented to any human experimentation (of any legal or illegal Unethical or Ethical Non-Consensual Human Experimentation) performed on my children or myself by anyone (By the U.S. Government, By any Government, By any private company, By any public or private entity, and by any person on planet earth or in space) no matter where they come from or who they work for. I don't now, nor have I ever had a mental disorder of depression, anxiety, or anything pretaing to hurting myself, my kids, or anything of that nature. This was done to try to further silence me, for me not to Sue, and for them to continue performing illegal or legal Human Experimentation/ War Crimes. Unethical Non-Consensual Human Experimentation was done on all of us. If you have no Civil Rights in this country almost anyone who knows will try to take advantage of you. 10. I started seeing OBGYN Dr. Brittney Mason-Hirner in either late July or Beginning August of year 2020. I told her during in person offices visits and through their company patient portal (wrote in black and white) about my physical symptoms and told her about me being poisoned/attacked with a biochemical weapon in October of year 2019 and that it was U.S. Government Employee's and Private Company Employee's that did this. My daughter was delivered by OBGYN Dr. Brittney Mason-Hirner and one of the nurses, my domestic partner, and I took pictures and recordings of the birth of our daughter on our device. After I delivered I heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" I never consented to sharing my daughter and I DNA for scientific experiments or for blood banking with any company or doctor. I told her I didn't want them to keep my core blood. I also asked her why it was taking so long with her stitching me up. I did feel pressure from her pulling the thread and tying it. (This is when OBGYN Dr. Brittney Mason-Hirner put a foreign object/implant inside of me without my consent. (WAR CRIMES and NON-CONSENSUAL UNETHICAL HUMAN EXPERIMENTATION) I feel electrical charges/vibrations/burning/stinging everyday from this RFID/implant device. My domestic partner and I can both physically feel this device under my skin/tissue. My domestic partner was weary of this but was torn and wanted to make sure I was ok so he agreed to let the baby go to the nursery temporarily while He checked on me because I had a stroke. This is when the hospital took the oppurtunty to put the quantum dot chip/ vaccine on our daughter without our consent. They put the microchip quantum dot tattoo on a area on my daughter while she was in the nursery and while I was in the ICU. That part of her body was purple for a while like a huge insect bite. You could literally see the dots kinda like when your pores are open on skin but all the time in that area. 35. She throws up clear fluids and has since she was first home from the hospital. She can't sleep on her back because of her choking on these clear fluids. I had to hold her to allow her to sleep on her chest when she was a new born to stop her from choking. She has lumps on her chest, she breaks out with lesions all over, and in the area where this vaccine was inserted she breaks out with bumps, rashes, and lesions where the quantum dot tattoo is. She has more symptoms etc. We've been writing down a journal everyday of what we see with her symptoms. Present Day Doctors have been misdiagnosing our daughter and I we believe to cover up what they did at the hospital and to cover up for what the State of Florida did. Doctors have tried talk us out of getting our daughter properly tested as well to further cover up for all involved. Prior to me getting pregnant in year 2020 I witnessed on July 8, 2019 other rouge officers, A white family, and Florida U.S. Government (Employees in prior criminal cases against my family whom I did proper internal affairs investigation complaints, sworn statements, complaints).

**Relevant Tests/Laboratory Data:**

G5.

| | |
|---|---|
| **Additional Comments:** | army or military necessity and extending cruel treatment and torture; compelling a prisoner of war or other protected person to serve in the forces of a hostile Power; Wilfully depriving a prisoner of war or other protected person of the rights of fair and regular trial; Unlawful deportation or transfer or unlawful confinement; Taking of hostages. Wartime sexual violence is rape or other forms of sexual violence committed by combatants during armed conflict, war, or military occupation often as spoils of war; but sometimes, particularly in ethnic conflict, the phenomenon has broader sociological motives. Wartime sexual violence may also include gang rape and rape with objects. It is distinguished from sexual harassment, sexual assaults, and rape committed amongst troops in military service. During war and armed conflict, rape is frequently used as a means of psychological warfare in order to humiliate the enemy. Wartime sexual violence may occur in a variety of situations, including institutionalized sexual slavery, wartime sexual violence associated with specific battles or massacres, and individual or isolated acts of sexual violence. Rape can also be recognized as genocide when committed with the intent to destroy, in whole or in part, a targeted group. |
| **Please select the cause of the problem that applies below:** | • Problem with a device |
| **Do you still have the product in case we need to evaluate it?** | Yes |
| **Do you have a picture of the product?** | |

## About Device

| | |
|---|---|
| **Name of medical device:** | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Name of the company that makes the medical device:** | ▮▮▮▮▮▮▮ |
| **Model number:** | none |
| **Catalog number:** | None |
| **Lot number:** | None |
| **Serial number:** | None |
| **UDI number:** | None |
| **Expiration Date:** | |
| **Was someone operating the medical device when the problem occurred?** | Yes |
| **If yes, who was operating it?** | Someone else *(Please explain who)*: U.S. Government |
| **Date the implant was put in:** | 11/26/2020 |
| **Date the implant was taken out:** | |

## About Patient

| | |
|---|---|
| **Person's Initials:** | J.R. |
| **Gender:** | Female |
| **Age:** | 40 Year(s) |

Page 2 of 3

| | |
|---|---|
| Weight. | |
| Ethnicity: | Not Hispanic/Latino |
| Race: | Black or African American |
| List known medical conditions: | I don't now, nor have I ever had a mental disorder of depression, anxiety, or anything pretaing to hurting myself, my kids, or anything of that nature. This was done to try to further silence me, for me not to Sue, and for them to continue performing illegal or legal Human Experimentation/ War Crimes.Prior to me getting pregnant in year 2020 I witnessed on July 8, 2019 other rouge officers, A white family, and Florida U.S. Government (Employees in prior criminal cases against my family whom I did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with Private Companies involved, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with CCHR Florida www.cchrflorida.org 109 N. Ft. Harrison Ave Clearwater, Florida 33755, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and I also wrote Judges and sent supporting evidence) About what I saw and heard literally right in front of me, About my families fraudulent criminal case, and about me and my family being attacked by U.S. Government Employee's performed with so much arrogance coupled with authoritarianism so effortlessly by these rouge U.S. Government Employee's as if they did these illegal criminal acts (Official Misconduct, Obstruction Of Justice, and Attempt to Murder) all the time to innocent people and black witnesses who tell the truth by properly reporting crimes committed by rouge U.S. Government Employee's. |
| Please list all allergies: | None |
| List any other important information about the person: | None |
| List all current prescription medications and medical devices being used: | N/A |
| List all over-the-counter medications and any vitamins, minerals, supplements, and herbal remedies being used: | None |

## About Reporter

| | |
|---|---|
| Name: | Robinson, Julia M |
| Preferred Address: | ▇▇▇▇▇▇ Tamarac, FL 33321 US |
| Telephone number: | |
| Email address: | Juliarobinson81@icloud.com |
| Did you report this problem to the company that makes the product (the manufacturer/compounder)? | ▇▇ |
| If you do NOT want your identity disclosed to the manufacturer, place an "X" in this box: | ☐ |



**CMS**

| Home | About ASETT | Contact Us | Support ▾ | 👤 Register | ➡ Login |

Form Approved OMB No. 0938-0948

    

| ✅ 1. COMPLAINT TYPE | ✅ 2. COMPLAINANT DETAILS | ✅ 3. FAE DETAILS | ✅ 4. COMPLAINT DETAILS | ✅ 5. REVIEW COMPLAINT | ✅ 6. SUBMITTED |

# Complaint Successfully Submitted

Thank you for using the automatic complaint system for compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Administrative Simplification Provisions of the Affordable Care Act of 2010 (ACA). Your complaint has been received by the Centers for Medicare and Medicaid Services (CMS) on behalf of the Department of Health and Human Services (HHS). The Enforcement Staff will review the allegations.

Please allow 10 business days for a member of the Enforcement Team to contact you with the status of your complaint. If you have any additional information to provide with regard to this complaint you can attach supporting documents, test transaction, and notes on the Complaint Details Page by clicking on the Go To Complaint button below. If needed, you may also close/retract your complaint from the Complaints Details page.

If further clarification or information is required, we will contact you by phone, email or letter. If your complaint pertains to the HIPAA Privacy Rule, it will be forwarded to the Office for Civil Rights for handling and processing, and it will be closed by our office. If your complaint is accepted by CMS, you may use the login identification information assigned to you during the registration process to check the status at any time. If you have questions regarding your complaint, you may send an email to hipaacomplaint@cms.hhs.gov.

Complaint Reference Number: 21-TRA-01843

**Julia Robinson**                                                   10/23/21

Julia M Robinson and POLITICAL ABUSE OF PSYCHIATRY and NON-CONSENSUAL HUMA...   Details

**To:** ocrmail@hhs.gov

Dear U.S. Department of Health and Human Services Office for Civil Rights Centralized Case Management Operations 200 Independence Ave., S.W. Suite 515F, HHH Building Washington, D.C. 20201 Customer Response Center: (800) 368-1019 Fax: (202) 619-3818 TDD: (800) 537-7697 Email: ocrmail@hhs.gov,

Julia M Robinson



TAMARAC, FL 33321

10/23/2021

0118

My Name Is Julia Robinson, I will send the Basis Of my complaints attachments in the next email. I completed and included in this email four (4) complaint forms for Dr. Brittney Mason-Hirner OBGYN, MD Mariana Danet, Memorial Hospital Miramar, and MD Yoel A Hernandez-Rodriguez. Also I included evidence/supporting documents of my complaints and claims.

Sincerely,

Julia M Robinson

pdf

Safari-20.pdf
1.3 MB

(H2.)

# COMPLAINT

| YOUR FIRST NAME | | YOUR LAST NAME | |
|---|---|---|---|
| Julia | | Robinson | |

| HOME PHONE *(Please include area code)* | WORK PHONE *(Please include area code)* |
|---|---|
| ⬛⬛-0118 | |

| STREET ADDRESS | | CITY | |
|---|---|---|---|
| ⬛⬛⬛⬛⬛⬛⬛ | | Tamarac | |

| STATE | ZIP | E-MAIL ADDRESS *(if available)* |
|---|---|---|
| FLORIDA | 33321 | Juliarobinson81@icloud.com |

**Are you filing this complaint for someone else?**  ☐ Yes  ☑ No

If Yes, whose civil and conscience and religious rights you believe were violated?

| FIRST NAME | LAST NAME |
|---|---|
| | |

**I believe that I have been (or someone else has been) discriminated against on the basis of:**

☑ Race / Color / National Origin   ☑ Age   ☑ Religion / Conscience   ☑ Sex

☐ Disability   ☑ Other (specify): Political abuse of psychiatry, Abuse of The Florida Baker Act Law (Involuntarily Baker Ac

**Who or what agency or organization do you believe discriminated against you (or someone else)?**

PERSON / AGENCY / ORGANIZATION

| Yoel A Hernandez-Rodriguez MD |
|---|

| STREET ADDRESS | | CITY | |
|---|---|---|---|
| N/A | | N/A | |

| STATE | ZIP | PHONE *(Please include area code)* |
|---|---|---|
| Florida | N/A | |

**When do you believe that the civil rights or conscience and religious freedom discrimination occurred?**

LIST DATE(S)

| From July 1999 until 12/31/2020 |
|---|

**Describe briefly what happened. How and why do you believe that you have been (or someone else has been) discriminated against?**
**Please be as specific as possible.** *(Attach additional pages as needed)*   **Please See Attached Pages**

On July 8, 2019 I witnessed other rouge officers, A white family, and Florida U.S. Government (Employees in prior criminal cases against my family whom I did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and I also wrote Judges and sent supporting evidence) About what I saw and heard literally right in front of me, About my families fraudulent criminal cases, and about me

Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *Julia Robinson* | 10/23/2021 |

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Section 1557 of the Affordable Care Act, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, Title II of the Americans with Disabilities Act and their implementing regulations. It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing a complaint or for taking any other action to enforce your rights under these Federal civil rights laws. OCR also collects information under authority of Section 1553 of the Affordable Care Act, the Church Amendments, the Coats-Snowe Amendment, the Weldon Amendment, the Religious Freedom Restoration Act, as well as other Federal civil rights, conscience protections and religious liberty statutes. It may also be illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under these Federal laws. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's web site at: www.hhs.gov/ocr/ civilrights/consciencereligiousfreedom/complaints/index.html. To mail a complaint, please see page 2 of this form for the mailing address.

HHS-700 (03/2019) (FRONT)                                                                 Page 1 of 2

The remaining information on this form is optional. Failure to answer these voluntary questions will not affect OCR's decision to process your complaint.

Do you need special accommodations for OCR to communicate with you about this complaint? *(Check all that apply)*

☐ Braille ☐ Large Print ☐ Computer ☑ Electronic Mail ☐ TDD ☐ Other (Specify): [ ]

☐ Sign language interpreter (specify language): [ ]

☐ Foreign language interpreter (specify language): [ ]

**If we cannot reach you directly, is there someone we can contact to help us reach you?**

| FIRST NAME | LAST NAME |
|---|---|
| | |

| HOME PHONE *(Please include area code)* | WORK PHONE *(Please include area code)* |
|---|---|
| | |

| STREET ADDRESS | | CITY |
|---|---|---|
| | | |

| STATE | ZIP | E-MAIL ADDRESS *(If available)* |
|---|---|---|
| | | |

**Have you filed your complaint anywhere else? If so, please provide the following.** *(Attach additional pages as needed)*

NAME(S) OF PERSON / AGENCY / ORGANIZATION / COURT

The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention

| DATE(S) FILED | CASE NUMBER(S) (If known) |
|---|---|
| Between July 2019 until present day October 2021 | Please See Attached Documents |

**To help us better serve the public; please provide the following information for the person you believe was discriminated against (you or the person on whose behalf you are filing).**

ETHNICITY *(select one)*          RACE *(select one or more)*

☐ Hispanic or Latino          ☐ American Indian or Alaska Native          ☐ Asian          ☐ Native Hawaiian or Other Pacific Islander

☐ Not Hispanic or Latino          ☐ Black or African American          ☑ White          ☐ Other (specify): [ ]

PRIMARY LANGUAGE SPOKEN (if other than English): [ ]

**How did you learn about the Office for Civil Rights?**

☐ HHS Website /Internet Search ☐ Family / Friend /Associate ☐ Religious /Community Org ☐ Lawyer /Legal Org ☐ Customer Resp Cntr ☐ Employer

☐ Fed /State/Local Gov ☐ Healthcare Provider /Health Plan ☐ Conference /OCR Brochure ☑ Other*(specify)*: CCHR Florida www.cchrflorida.org

**To submit a complaint, please type or print, sign, and return completed complaint form package (including consent form) to the OCR Headquarters address below.**

## U.S. Department of Health and Human Services
Office for Civil Rights
Centralized Case Management Operations
200 Independence Ave., S.W.
Suite 515F, HHH Building
Washington, D.C. 20201
Customer Response Center: (800) 368-1019
Fax: (202) 619-3818
TDD: (800) 537-7697
Email: ocrmail@hhs.gov

**Burden Statement**

Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201. **Please do not mail complaint form to this address.**

 

- As a complainant, I understand that in the course of the investigation of my complaint it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose general information which it has gathered as part of its investigation of my complaint, excluding personally identifiable information.

- In addition, I understand that, as a complainant, I may be covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because he/she has made a complaint, testified, assisted, or participated in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS's investigation, conciliation, or enforcement process.

**After reading the above information, please check ONLY ONE of the following boxes:**

☑ **CONSENT:** I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me in my case file to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

☐ **CONSENT DENIED:** I have read and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of my complaint and may result in closure of the investigation.

Signature: _____   Date: 10/23/2021

*Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.*

Name (Please print): Julia Robinson

Address: ████████████████

Telephone Number: ████0118

*Complaint Consent Form*                                                                 *Page 2 of 6*



# U.S. Health and Human Services Office for Civil Rights Complaint (OCR Transaction #: 450343)

Yesterday at 1:46 PM

Thank you for your complaint filed with the U.S. Department of Health and Human Services, Office for Civil Rights on 10/25/2021. We have carefully reviewed your complaint. Please find our determination attached to this email.

Sincerely,

Barbara Stampul
Regional Manager

pdf

Closure Letter.pdf
206 KB



We regret that we are unable to assist you in this matter. If you have any questions about this letter, please contact Centralized Case Management Operations at (800) 368-1019 or (202) 619-3257 (TDD).

Sincerely,

Barbara Stampul
Regional Manager

| English | If you speak a non-English language, call 1-800–368–1019 (TTY: 1-800-537-7697), and you will be connected to an interpreter who will assist you with this document at no cost. |
| --- | --- |
| Español - Spanish | Si usted habla español marque 1-800-368-1019 (o a la línea de teléfono por texto TTY 1-800-537-7697) y su llamada será conectada con un intérprete que le asistirá con este documento sin costo alguno. |
| 中文 - Chinese | 如果你讲中文，请拨打1-800-368-1019（打字电话：1-800-537-7697), 你将被连接到一位讲同语种的翻译员为你提供免费服务。 |
| Tiếng Việt - Vietnamese | Nếu bạn nói tiếng Việt, xin gọi 1-800-368-1019 (TTY: 1-800-537-7697), và bạn sẽ được kết nối với một thông dịch viên, người này sẽ hỗ trợ bạn với tài liệu này miễn phí. |
| 한국어 - Korean | 한국어를 하시면 1-800-368-1019 (청각 장애용: 1-800-537-7697) 로 연락 주세요. 통역관과 연결해서 당신의 서류를 무료로 도와 드리겠습니다. |
| Tagalog (Filipino) | Kung ikaw ay nagsasalita nang Tagalog, tumawag sa 1-800-368-1019 (TTY: 1-800-537-7697) para makonek sa tagapagsalin na tutulong sa iyo sa dokumentong ito na walang bayad. |
| Русский - Russian | Если вы говорите по- русски, наберите 1-800-368-1019. Для клиентов с ограниченными слуховыми и речевыми возможностями: 1-800-537-7697), и вас соединят с русскоговорящим переводчиком, который вам поможет с этим документом безвозмездно. |



**From:** Juli...

**Re: HHS OCR Letter**                                                    Hide

**To:** Jaime Koshy

November 20, 2021 at 7:07 AM

**Dear OCR HHS,**

**I received (4) four Refusal to Investigate letters through email from this entity:**

**OCR Transaction #:  450343, OCR Transaction #: 450347, OCR Transaction #:  450351, OCR Transaction #:  450349**

**My daughter and I complaint forms are eligible Under the Public Health Emergency Declaration All U.S. Federal Government Entities can Grant extensions or waive sanctions relating to submission of data or reports required under laws administered by the Secretary, when the Secretary determines that, wholly or partially as a result of a public health emergency, individuals or public or private entities are unable to comply with deadlines for such data or reports. The Secretary must notify Congress and publish a Federal Register notice before or promptly after granting an extension or waiver. Make temporary (up to one year or the duration of the emergency) appointments of personnel to positions that directly respond to the public health emergency when the urgency of filling positions prohibits examining applicants through the competitive process. Also Public Health Emergency Declaration has been extended, Under § 95.22 Meaning of good cause, Under § 95.28 What a waiver request for good cause must include, and Under § 416.1411 Good cause for missing the deadline to request review. So this rejection to investigate is incorrect, I was asked by you Jamie Yoshi over the phone how come I didn't file with in the 180 day time limit and I told her my daughter and I was sick, I didn't know of this government department, and My family and I was looking for an attorney which is a natural action of someone whom is injured at a hospital. Furthermore we were and still is in the middle of the Covid-19 pandemic and yes my family was effected directly by it. I'm asking for a Waiver Exemption for my Claims being filed late after 180 days for those reasons listed above which I'm eligible. I also filed my complaint originally on October 23, 2021 with this office through email. Please make proper corrections.**

**Thanks In Advance,**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

# Office for Civil Rights

Southeast Region • Atlanta Federal Center
Suite 16T70 • 61 Forsyth Street, S.W. • Atlanta GA 30303
Voice - (800) 368-1019 • TDD – (800) 537-7697
Fax - (202) 619-3818 • http://www.hhs.gov/ocr

November 19, 2021

**VIA EMAIL**

Julia Robinson

~~————————~~

Tamarac, FL 33321
Juliarobinson81@icloud.com

Re:  OCR Transaction Number: 22-450759

Dear Ms. Robinson:

Thank you for your correspondence to the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), Southeast Region.

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Under our regulations, OCR normally can only accept complaints that are filed within 180 days of an alleged act of discrimination or privacy violation. Your complaint alleged that discriminatory action occurred on November 25, 2020 and November 28, 2020, which are more than 180 days before you filed your complaint on November 2, 2021. The information you provided is not sufficient to extend the 180-day deadline for filing. As such, we regret to inform you that the OCR cannot accept your complaint for investigation. We regret that we are unable to assist you in this matter.

Please note that OCR's Conscience and Religious Freedom Division (CRFD) will review your correspondence to determine whether it has authority and is able to take action with respect to the remaining matters you have raised. CRFD will conduct its initial review and will contact you when the review has been completed under OCR Transaction Number 22-450758. If you have any questions regarding Transaction Number 22-450758, please contact Paula D. Richardson, Paralegal Specialist, Office for Civil Rights, U.S. Department of Health and Human Services, (202)774-2457, Paula. Richardson@hhs.gov.

Sincerely,

For:
Barbara Stampul
Regional Manager

H 10



**ASETT Helpdesk**  11/4/21

Ms. Robinson, First and foremost, this is not a secure mailbox and the personal identifying information...



**Julia Robinson**  11/4/21

Dear International Criminal Courts, My Name Is Julia Robinson, Included in this email is my Basis Of C...



**Julia Robinson**  11/4/21

Attachments: New DARPA-Funded Tech Promises to Diagnose COVID-19 Through Implantable....pdf,...



**CFSAN-Consumer**  11/4/21

The FDA's Food and Cosmetics Information Center (FCIC) has moved to a new way of capturing electr...



**Julia Robinson**  11/4/21

Attachments: Wartime sexual violence – Wikipedia.pdf, ID2020 | Digital Identity Alliance.pdf, 2021100...



**CDER DRUG INFO**  11/4/21

Thank you for contacting the Division of Drug Information (DDI). This message is an automatic ackno...



**CFSAN-Consumer**  11/4/21

The FDA's Food and Cosmetics Information Center (FCIC) has moved to a new way of capturing electr...



**Julia Robinson**  11/4/21

Dear Hipaa, HHS, CMS, Florida Medicaid, FDA, NIH, DCO, ORIS, DBRW, OBEI, OLAW, OPERA, OER, an...

**Julia Robinson**                                                        10/23/21

Julia M Robinson and POLITICAL ABUSE OF PSYCHIATRY and NON-CONSENSUAL HUMA...   Details

To: ocrmail@hhs.gov

Dear U.S. Department of Health and Human Services Office for Civil Rights Centralized
Case Management Operations 200 Independence Ave., S.W. Suite 515F, HHH Building
Washington, D.C. 20201 Customer Response Center: (800) 368-1019 Fax: (202)
619-3818 TDD: (800) 537-7697 Email: ocrmail@hhs.gov,

Julia M Robinson



TAMARAC, FL 33321

10/23/2021

0118

My Name Is Julia Robinson, I will send the Basis Of my complaints attachments in the
next email. I completed and included in this email four (4) complaint forms for Dr.
Brittney Mason-Hirner OBGYN, MD Mariana Danet, Memorial Hospital Miramar, and MD
Yoel A Hernandez-Rodriguez. Also I included evidence/supporting documents of my
complaints and claims.

Sincerely,

Julia M Robinson

pdf

Safari-20.pdf
1.3 MB

| YOUR FIRST NAME | | YOUR LAST NAME | |
|---|---|---|---|
| Julia | | Robinson | |

| HOME PHONE *(Please include area code)* | WORK PHONE *(Please include area code)* |
|---|---|
| ███-0118 | |

| STREET ADDRESS | | CITY | |
|---|---|---|---|
| ████████████████ | | Tamarac | |

| STATE | ZIP | E-MAIL ADDRESS *(if available)* |
|---|---|---|
| FLORIDA | 33321 | Juliarobinson81@icloud.com |

**Are you filing this complaint for someone else?**  ☐ Yes  ☑ No

If Yes, whose civil or conscience and religious rights you believe were violated?

| FIRST NAME | LAST NAME |
|---|---|
| | |

**I believe that I have been (or someone else has been) discriminated against on the basis of:**

☑ Race / Color / National Origin   ☑ Age            ☑ Religion / Conscience            ☑ Sex

☐ Disability            ☑ Other (specify): Political abuse of psychiatry, Abuse of The Florida Baker Act Law (Involuntarily Baker Ac

**Who or what agency or organization do you believe discriminated against you (or someone else)?**

| PERSON / AGENCY / ORGANIZATION |
|---|
| Dr. Brittney Mason-Hilmer  MHS# 200280 |

| STREET ADDRESS | | CITY | |
|---|---|---|---|
| 1951 SW 172ND  Ave | | Miramar | |

| STATE | ZIP | PHONE *(Please include area code)* |
|---|---|---|
| Florida | 33029 | |

**When do you believe that the civil rights or conscience and religious freedom discrimination occurred?**

LIST DATE(S)

From July 2020 until 12/31/2020

**Describe briefly what happened. How and why do you believe that you have been (or someone else has been) discriminated against?**
**Please be as specific as possible.** *(Attach additional pages as needed)*   **Please See Attached Pages**

On July 8, 2019 I witnessed other rouge officers, A white family, and Florida U.S. Government (Employees in prior criminal cases against my family whom I did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and I also wrote Judges and sent supporting evidence) About what I saw and heard literally right in front of me, About my families fraudulent criminal cases, and about me

**Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.**

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *[signature]* | 10/23/2021 |

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Section 1557 of the Affordable Care Act, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, Title II of the Americans with Disabilities Act and their implementing regulations.  It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing a complaint or for taking any other action to enforce your rights under these Federal civil rights laws. OCR also collects information under authority of  Section 1553 of the Affordable Care Act, the Church Amendments, the Coats-Snowe Amendment, the Weldon Amendment, the Religious Freedom Restoration Act, as well as other Federal civil rights, conscience protections and religious liberty statutes. It may also be illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under these Federal  laws. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's web site at: www.hhs.gov/ocr/ civilrights/consciencereligiousfreedom/complaints/index.html. To mail a complaint, please see page 2 of this form for the mailing address.

*H-12*

☐ Braille

☐ Sign language interpreter (specify language): [ ]

☐ Foreign language interpreter (specify language): [ ]

**If we cannot reach you directly, is there someone we can contact to help us reach you?**

| FIRST NAME | LAST NAME |
|---|---|
| | |

| HOME PHONE (Please include area code) | WORK PHONE (Please include area code) |
|---|---|
| | |

| STREET ADDRESS | | CITY |
|---|---|---|
| | | |

| STATE | ZIP | E-MAIL ADDRESS (If available) |
|---|---|---|
| | | |

**Have you filed your complaint anywhere else? If so, please provide the following. (Attach additional pages as needed)**

NAME(S) OF PERSON / AGENCY / ORGANIZATION / COURT

The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention

| DATE(S) FILED | CASE NUMBER(S) (If known) |
|---|---|
| Between July 2019 until present day October 2021 | Please See Attached Documents |

**To help us better serve the public; please provide the following information for the person you believe was discriminated against (you or the person on whose behalf you are filing).**

ETHNICITY (select one)  RACE (select one or more)
☐ Hispanic or Latino   ☐ American Indian or Alaska Native   ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander
☐ Not Hispanic or Latino   ☐ Black or African American   ☑ White   ☐ Other (specify): [ ]

PRIMARY LANGUAGE SPOKEN (if other than English): [ ]

**How did you learn about the Office for Civil Rights?**
☐ HHS Website /Internet Search  ☐ Family / Friend /Associate  ☐ Religious /Community Org  ☐ Lawyer /Legal Org  ☐ Customer Resp Cntr  ☐ Employer
☐ Fed /State/Local Gov  ☐ Healthcare Provider /Health Plan  ☐ Conference /OCR Brochure  ☑ Other(specify): CCHR Florida www.cchrflorida.org

**To submit a complaint, please type or print, sign, and return completed complaint form package (including consent form) to the OCR Headquarters address below.**

## U.S. Department of Health and Human Services
Office for Civil Rights
Centralized Case Management Operations
200 Independence Ave., S.W.
Suite 515F, HHH Building
Washington, D.C. 20201
Customer Response Center: (800) 368-1019
Fax: (202) 619-3818
TDD: (800) 537-7697
Email: ocrmail@hhs.gov

**Burden Statement**

Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201. **Please do not mail complaint form to this address.**

HHS-700 (03/2019) (BACK)  Page 1 of 2

H 13



- As a complainant, I understand that in the course of the investigation of my complaint it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.

- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose general information which it has gathered as part of its investigation of my complaint, excluding personally identifiable information.

- In addition, I understand that, as a complainant, I may be covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because he/she has made a complaint, testified, assisted, or participated in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS's investigation, conciliation, or enforcement process.

### After reading the above information, please check ONLY ONE of the following boxes:

☑ **CONSENT**: I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me in my case file to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

☐ **CONSENT DENIED**: I have read and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of my complaint and may result in closure of the investigation.

Signature: _____   Date: 10/23/2021

*Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.*

Name (Please print): Julia Robinson

Address: ▬▬▬▬▬▬▬▬▬▬

Telephone Number: ▬▬▬0118

*Complaint Consent Form*                                                                 *Page 2 of 6*

H 14.

**From: Do Not Reply** ›

**To:** juliarobinson81@icloud.com ›

Hide



# U.S. Health and Human Services Office for Civil Rights Complaint (OCR Transaction #: 450347)

Yesterday at 1:47 PM

Thank you for your complaint filed with the U.S. Department of Health and Human Services, Office for Civil Rights on 10/25/2021. We have carefully reviewed your complaint. Please find our determination attached to this email.

Sincerely,

**Barbara Stampul**
**Regional Manager**

pdf

Closure Letter.pdf
206 KB



Voice: (800) 368-1019 TDD: (800) 537-7697
Fax (404) 562-7881 • www.hhs.gov/ocr

November 16, 2021

Julia Robinson
~~[redacted]~~

Tamarac, FL 33321

RE: OCR Transaction Number: 04-22-450347

Robinson, Julia v Mason-Himer MHS# 200260, Brittney

Dear Sir or Madam:

On October 25, 2021, the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), received your complaint.

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Under our regulations, OCR normally can only accept complaints that are filed within 180 days of an alleged act of discrimination or within 180 days of when the complainant knew, or should have known, of a failure to comply with the HIPAA Rules. Your complaint alleges a failure to comply with the applicable regulations that occurred more than 180 days prior to the date you filed your complaint. The information you provided is not sufficient to extend the 180 day deadline for filing. As such, OCR cannot accept your complaint for investigation.



We regret that we are unable to assist you in this matter. If you have any questions about this letter, please contact Centralized Case Management Operations at (800) 368-1019 or (202) 619-3257 (TDD).

Sincerely,

Barbara Stampul
Regional Manager

| English | If you speak a non-English language, call 1-800–368–1019 (TTY: 1-800-537-7697), and you will be connected to an interpreter who will assist you with this document at no cost. |
|---|---|
| Español - Spanish | Si usted habla español marque 1-800-368-1019 (o a la línea de teléfono por texto TTY 1-800-537-7697) y su llamada será conectada con un intérprete que le asistirá con este documento sin costo alguno. |
| 中文 - Chinese | 如果你讲中文，请拨打1-800-368-1019（打字电话：1-800-537-7697), 你将被连接到一位讲同语种的翻译员为你提供免费服务。 |
| Tiếng Việt - Vietnamese | Nếu bạn nói tiếng Việt, xin gọi 1-800-368-1019 (TTY: 1-800-537-7697), và bạn sẽ được kết nối với một thông dịch viên, người này sẽ hỗ trợ bạn với tài liệu này miễn phí. |
| 한국어 - Korean | 한국어를 하시면 1-800-368-1019 (청각 장애용: 1-800-537-7697) 로 연락 주세요. 통역관과 연결해서 당신의 서류를 무료로 도와 드리겠습니다. |
| Tagalog (Filipino) | Kung ikaw ay nagsasalita nang Tagalog, tumawag sa 1-800-368-1019 (TTY: 1-800-537-7697) para makonek sa tagapagsalin na tutulong sa iyo sa dokumentong ito na walang bayad. |
| Русский - Russian | Если вы говорите по- русски, наберите 1-800-368-1019. Для клиентов с ограниченными слуховыми и речевыми возможностями: 1-800-537-7697), и вас соединят с русскоговорящим переводчиком, который вам поможет с этим документом безвозмездно. |

H 17.

**From:** Julia Robinson 

Re: HHS OCR Letter                                                        Hide

**To:** Jaime Koshy

November 20, 2021 at 7:07 AM

**Dear OCR HHS,**

**I received (4) four Refusal to Investigate letters through email from this entity:**

OCR Transaction #:  450343, OCR Transaction #: 450347, OCR Transaction #:  450351, OCR Transaction #:  450349

My daughter and I complaint forms are eligible Under the Public Health Emergency Declaration All U.S. Federal Government Entities can Grant extensions or waive sanctions relating to submission of data or reports required under laws administered by the Secretary, when the Secretary determines that, wholly or partially as a result of a public health emergency, individuals or public or private entities are unable to comply with deadlines for such data or reports. The Secretary must notify Congress and publish a Federal Register notice before or promptly after granting an extension or waiver. Make temporary (up to one year or the duration of the emergency) appointments of personnel to positions that directly respond to the public health emergency when the urgency of filling positions prohibits examining applicants through the competitive process. Also Public Health Emergency Declaration has been extended, **Under § 95.22 Meaning of good cause, Under § 95.28 What a waiver request for good cause must include, and Under § 416.1411 Good cause for missing the deadline to request review. So this rejection to investigate is incorrect, I was asked by you Jamie Yoshi over the phone how come I didn't file with in the 180 day time limit and I told her my daughter and I was sick, I didn't know of this government department, and My family and I was looking for an attorney which is a natural action of someone whom is injured at a hospital. Furthermore we were and still is in the middle of the Covid-19 pandemic and yes my family was effected directly by it. I'm asking for a Waiver Exemption for my Claims being filed late after 180 days for those reasons listed above which I'm eligible. I also filed my complaint originally on October 23, 2021 with this office through email. Please make proper corrections.**

**Thanks In Advance,**



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Office for Civil Rights**

Southeast Region • Atlanta Federal Center
Suite 16T70 • 61 Forsyth Street, S.W. • Atlanta GA 30303
Voice - (800) 368-1019 • TDD – (800) 537-7697
Fax - (202) 619-3818 • http://www.hhs.gov/ocr

November 19, 2021

**VIA EMAIL**

Julia Robinson

Tamarac, FL 33321
Juliarobinson81@icloud.com

Re:  OCR Transaction Number: 22-450759

Dear Ms. Robinson:

Thank you for your correspondence to the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), Southeast Region.

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services based on race, color, national origin, disability, age, sex, religion, and the exercise of conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

Under our regulations, OCR normally can only accept complaints that are filed within 180 days of an alleged act of discrimination or privacy violation. Your complaint alleged that discriminatory action occurred on November 25, 2020 and November 28, 2020, which are more than 180 days before you filed your complaint on November 2, 2021. The information you provided is not sufficient to extend the 180-day deadline for filing.  As such, we regret to inform you that the OCR cannot accept your complaint for investigation. We regret that we are unable to assist you in this matter.

Please note that OCR's Conscience and Religious Freedom Division (CRFD) will review your correspondence to determine whether it has authority and is able to take action with respect to the remaining matters you have raised.  CRFD will conduct its initial review and will contact you when the review has been completed under OCR Transaction Number 22-450758. If you have any questions regarding Transaction Number 22-450758, please contact Paula D. Richardson, Paralegal Specialist, Office for Civil Rights, U.S. Department of Health and Human Services, (202)774-2457, Paula. Richardson@hhs.gov.

Sincerely,

For:
Barbara Stampul
Regional Manager

H 29

**ASETT Helpdesk**                                                11/4/21   

Ms. Robinson, First and foremost, this is not a secure mailbox and the personal identifying information...

**Julia Robinson**                                                11/4/21

Dear International Criminal Courts, My Name Is Julia Robinson, Included in this email is my Basis Of C...

**Julia Robinson**                                                11/4/21

Attachments: New DARPA-Funded Tech Promises to Diagnose COVID-19 Through Implantable.....pdf,...

**CFSAN-Consumer**                                                11/4/21

The FDA's Food and Cosmetics Information Center (FCIC) has moved to a new way of capturing electr...

**Julia Robinson**                                                11/4/21

Attachments: Wartime sexual violence – Wikipedia.pdf, ID2020 | Digital Identity Alliance.pdf, 2021100...

**CDER DRUG INFO**                                                11/4/21   

Thank you for contacting the Division of Drug Information (DDI). This message is an automatic ackno...

**CFSAN-Consumer**                                                11/4/21

The FDA's Food and Cosmetics Information Center (FCIC) has moved to a new way of capturing electr...

**Julia Robinson**                                                11/4/21

Dear Hipaa, HHS, CMS, Florida Medicaid, FDA, NIH, DCO, ORIS, DBRW, OBEI, OLAW, OPERA, OER, an...

