June 15, 2024

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

JULIA M. ROBINSON AND KENDALL J. HALL

2551 CUMBERLAND PKWY SE SUITE 3320 ATLANTA GA COBB GA 30339

CASE NO: 1:23-CV-05655-MHC

PLAINTIFFS: JULIA M. ROBINSON AND KENDALL J. HALL

DEFENDANTS: ALL OF THE DEFENDANTS IN THIS CASE



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 21 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

NOTICE OF SUBMISSION OF DOCUMENTS/EXHIBITS/EVIDENCE FOR THIS ENTIRE CASE AND FOR TRO/TEMPORARY RETRAINING ORDER/ PROTECTION ORDER/ PRELIMINARY INJUNCTION/ AND NOTICE OF HEARING

1. The Plaintiffs need a hearings for both Amended Complaint and for Retraining Orders in person so that The Plaintiffs mother Julia M. Robinson can plead to this court why her cases shouldn't be dismissed. The Plaintiff doesn't want anything off the record, The Plaintiff needs to speak to The Judge over their case in person with a court reporter so that this court and attorneys can follow The Civil Rules of Procedures like The Plaintiff is following. By law of Federal Rules of Procedure if The Plaintiff is demanding a pre trial hearing This court is supposed to grant The Plaintiff that hearing. The Plaintiff isn't going to allow NO ONE to take over her case. The Plaintiff will continue to represent herself and her daughter in this case. The Plaintiff will also keeping showing The American public everything through her motions she files to show how this court is and has been cheating for The Defendants by allowing The Defendants to assault The Plaintiffs through poisonings throughout their residence through the air and water gauging it under illegal research to help their evil friends so called professionals make money in the state of Florida and Georgia which still violates The Plaintiffs Constitutional Rights. The Plaintiffs has shown this court through their evidence that they don't and never did qualify for no research to be performed and how it is still being done and This court and The United States Of America and this court is ALLOWING THE BLACK AFRICAN AMERICA PLAINTIFFS TO BE ATTACKED THROUGH ILLEGAL RESEARCH.

JULIA M. ROBINSON AND KENDALL J. HALL

2551 CUMBERLAND PKWY SE SUITE 3320 ATLANTA GA COBB GA 30339

(424)-313-4070

Juliamrobinsonuscourtappealprose@yahoo.com


" I Julia M. Robinson declare ( or certify, verify, or state ) under plenty of perjury under the laws of The United States of America that the foregoing is true and correct "
Executed on June 15, 2024

*[signature]*

(A.1) through (A.15) Exhibits

Julia M Robinson
P.O. Box 611046
Miami Fl 33261
786-812-6855
07-09-1981


A.1

I Julia M Robinson certify under penalty of perjury that the foregoing is true and correct. Executed on 8-15-2019 about Kristian J Hall's case's #19013290 #19012689 and Jail #190148924

I will include in this package pictures, video, audio, and screen shots of text messages of evidence that's going to show and prove Kristian J.Hall case was a set up and a paid bribe and orchestrated by Gov workers, Dyan Myara, Jean Jacques Myara, Dyan's 3 sons, The Sunny Isles Police Department, Dyan's Family long time Maid, Esq. Roger Elkind and several others.

To whom it may concern on Wens. June 26, 2019 at 1:08pm Dyan's ex-husband Jean Jacque Myara wrote in text message to her when he gets back from Israel he was going to pay money to put Kristian in jail for having sex, living with, and helping Dyan Myara with her bills at that time. On June 27, 2019 I Julia Robinson moved in with Dyan Myara in her penthouse. On June 29, 2019 Kristian Hall and I where going to get dinner from Toni Roma's. The cops pulled us over on A1A in Sunny Isles Beach. The cop also said he saw the car coming in and out of Dyans building St Tropez 150 Sunny Isles Blvd Sunny Isles Beach Fl 33160, that's why he said he stopped us. Kristian and I explained to the officer that we had just moved in the area. The cop told us that the tag on the car comes up as a stolen car. We both showed the cop in our Navy Federal Bank Apps where they were taking out the payments. The officer said it didn't matter and someone had to go to jail. Kris said take him because he didn't want me to go to jail even though I was the driver. It was several cops at that time, they told him to step outside of the car, they took his drivers license and they handcuffed him. I was told to take our things out of the car, give them my number, and catch a ride home. I caught a Lyft back to Dyan Myara's house. I was contemplating on telling her because I didn't want her in our business because I know that she talks too much when she's high and drunk. I called a Bails Bondsman immediately. I ended up telling her because I needed a way to pick him up from jail. Dyan Myara told me that her, her family, and her ex Husband Jean Jacque Myara and his new family knew the majority of the Sunny Isles Beach Police Department officers. Dyan Myara also stated that the sergeant for the Sunny Isles Beach police department liked her. She stated that she was really good friends with him. Dyan Myara also told me Kristian and I don't have anything to worry about. I told Dyan I decline all favors like that, that's creepy, and Kristian and I will be Ok on our own. On our way out of her Lobby she told the security guard at the front desk Ray that we were going to bail Kristian out of jail. Dyan Myara road with me in her car. She said it was ok if I drove her because she had a DUI and she had been

drinking as well. The next day a woman cop called me so that I could come pick up Kristian's DL's from the police station. I didn't go in to pick them up at that time. When I called the Sunny Isles police Station to pick up his DL's, I was given the run around. Dyan Myara is the ex-wife to Jean Jacque Myara. Kristian made a monetary arrangement with Dyan Myara for us to live in her penthouse until our New place was ready to move into. Dyan told me that she was an recovering drug attic, and she has been baker Acted. I knew from her Sporadic jealous actions, random outburst of anger, and hostility towards Kristian and I. That she still was using drugs. Dyan acted this way because we were all sleeping together and she obviously couldn't handle it from her erratic actions. Dyan and I took turns sexually pleasing Kristian. Dyan and Kristian had an argument that Saturday July 6, 2019 before Kris went to work that night. That same night about her ex-husband and kids taking her car from her building parking lot. She also got caught stealing Kristian's pain meds. That same night I was there ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We all saw the argument, Kristian didn't hit Dyan at all. It was just a verbal disagreement about her car and her going into his things and stealing. Kristian was annoyed because Dyan allows her ex husband and 3 sons emotionally and verbally abuse her. They also mistreated her by telling her they will place her in a psych ward. They told her, her car and home would be taken away from her. They took other tangible assets/things, shut off her utilities and wouldn't give her money for food and household products. I believe Dyan was humiliated and embarrassed and concocted a story along with her Ex Husband and 3 kids. On July 8, 2019 early afternoon while ▮▮▮▮▮▮▮ I ran errands, dropped laundry, and went to the movie theater at IPIC in North Miami Beach. Earlier that same day Kristian didn't go with ▮ because he was extremely exhausted, and in pain from standing all night at his job. I texted back and forth with Kristian while running errands and at the movies. ▮▮▮▮▮▮▮▮ I returned back to Dyan's condo building. We immediately saw Dyan Myara smoking a cigarette and on her phone after she had just closed a door on the right hand side that connects to the Library. I literally saw the door close. I was assuming maybe that was the mail room. She told us to wait outside because her maid was still there cleaning and she didn't want her maid to see us. She was acting and looking suspicious and very nervous. We both immediately sat outside of the Lobby literally right in front of the door on the left hand side on a bench. Dyan then went through her Lobby, back up to her penthouse. Before I got on my phone for a bit and chatted with my friend, then texted Kristian. He didn't respond, I was assuming he was still sleeping. I then asked the security Ray could me ▮▮▮▮▮▮▮▮ sit in the Library because it was hot and we were getting bitten by mosquitoes. Ray said sure no problem, I also asked him at that time could we be buzzed up. He said he was instructed by Dyan to have us wait down stairs until the maid leaves. While ▮▮▮ were in the Library I heard a lot of men talking. Inside the Library there is a double door on the right that has a huge crack in it. The crack was big enough that I could see Caucasian men inside this room at a table. An eerie feeling came over me

and I started immediately texting Kristian again then Dyan. I knew something wasn't right. I then heard voices which sounded like young men in the Lobby. I heard one of the young men say Dyan and Kris's name. I looked out the Library door and it was Dyan's sons talking loud. I knew it was her son's because I saw them on pictures that she had sent to Kristian's phone and other pictures she had around her house. I told my ████ to stay in the Library while I saw what was going on. When I went out in the Lobby to see what happened, one of her sons said " Julia " and I ignored him the first time. The second time Dyan son called my name I looked at him. He said are you Kristian's friend and I said no, I'm your Moms friend and Kristians Fiancé. Another one of her sons asked me what was I doing there and I said " we live here." One of the sons said to me that I was going to jail with Kristian. Then all of a sudden they started saying really loud and repeating over and over " Are you threatening me. " I said to them to cut out their white lies. That wasn't going to work ████████████████████████ I then went to go back to check on my ███ After I went back into Lobby to sit and wait to see what was going to happen with Kris. I also started calling Dyan's phone and I thought it was her son's answering the phone repeating over and over am I threatening them. The Sunny Isles police officers were already there. Those were the voices me and my ███ heard in that room. I'm assuming they were planning how they were going to arrest Kristian. I also saw another security officer in the lobby. He was a younger looking black male under 25. The police lied on the police report right in front of me. A Sunny Isles police department caucasian woman officer with blonde hair told the security Ray what to put on the report paper she gave him. Ray wrote what she told him to write right in front of me. I then saw Kris come down in hand cuffs looking confused. While sitting on the chair in the lobby to the right more near the hallway by the elevators. I was approached by 2 cops: first a short Hispanic looking muscular cop, he asked me what was I doing there and I said we lived here, and that We were in a sexual relationship with Dyan. He turned around and said to Ray the security that I was cool and that I could stay until after they left. The last officer was a really tall heavy( big stomach )caucasian Sunny Isles police officer. The fat tall officer asked me who was I, he also told me it was him on Dyan's phone that I was speaking with. He also said I needed to leave The property immediately. I asked him what about our personal things, he looked at me and ignored me. He asked me again to leave the private property immediately. I then texted Dyan again for our things and her maid bought downstairs Kristian's phone. After I got the phone, ████████ I waited outside for ████████ to come pick us up. Dyan's condo building has cameras in, out, and all around it. Those cameras, the security guards that day at that time, all of those officers that were reported at that time there, Dyan Myara, Dyan's 3 sons, The maid, ████ and I can all do depositions and subpoenas for proof and the TRUTH. Over all Dyan was jealous of me and Kristians relationship, and Jean Jacque Myara was jealous of Dyan's relationship with Kristian. Kristian isn't a flight risk, he doesn't have a criminal past, he's not a bad

guy, he's a great father, husband, provider and man. He does not deserve to be placed in jail because of pure evil, greedy, jealous, wealthy people for no reason at ALL. I'm now afraid for my life because of all the political ties and connections from Dyan's family. I'm risking my life everyday to tell the truth about what really happened. I'm also loosing in my business from this ridiculous immature situation. To think for someone to have everything and still be jealous and greedy because they aren't you or they can't literally have it all. This is one of the biggest lessons of our lives. 😊 I know the world will see our truth and he will soon be free.

Second Degree Felonies:
- Bribery. Fla. Stat. Ann. § 838.015.
- Unlawful compensation or reward for official behavior. Fla. Stat. Ann. § 838.016.
- Corruption by (actual, not the threat of) harm against a public servant. Fla. Stat. Ann. § 838.021.
- Second degree felonies are punishable by a term of imprisonment not to exceed 15 years. Fla. Stat. Ann. § 775.082. Fine of no more than $10,000 or double any gain from the offending conduct. Fla. Stat. Ann. § 775.083.

Third Degree Felonies:
- Corruption by threat of harm against a public servant. Fla. Stat. Ann. § 838.021.
- Official misconduct. Fla. Stat. Ann. § 838.022.
- Third degree felonies are punishable by a term of imprisonment not to exceed 5 years. Fla. Stat. Ann. § 775.082. Fine of no more than $5,000 or double any gain from the offending conduct. Fla. Stat. Ann. § 775.083.

First Degree misdemeanors:
- Misuse of confidential information. Fla. Stat. Ann. § 839.26.
- First degree misdemeanors are punishable by a term of imprisonment not to exceed 1 year. Fla. Stat. Ann. § 775.082.

If a state legislator violates the Code of Ethics for Public Officers and Employees, punishments may include: impeachment, removal from office, suspension from office, public censure and reprimand, forfeiture of no more than 1/3 of his or her salary for no more than 12 months, a civil penalty not to exceed $10,000, restitution. Fla. Stat. Ann. § 112.317.

**Confidentiality**

The information contained in this e-mail or communications are confidential, may be privileged and is intended solely for the use of the named addressee. Access to this e-mail or communications by any other person is not authorised. If you are not the intended recipient, you should not disclose, copy, distribute, take any action or rely on it and you should please notify the sender by reply. Any opinions expressed are not necessarily those of the company.
We may monitor all incoming and outgoing emails in line with current legislation. We have taken steps to ensure that this email and attachments are free from any virus,

but it remains your responsibility to ensure that viruses do not adversely affect you.
 Sincerely,
Julia Robinson
Wens. 6-26-2019 SMS message from Jean Jacque Myara to Dyan Myara about paying to have Kristian J Hall arrested when he got back from Israel.

Julia Robinson

A.G.



## COMPLAINT/ARREST AFFIDAVIT

| OBTS NUMBER | ARMED FORCES | BWC | | POLICE CASE NO. |
|---|---|---|---|---|
| 1301378651 | NO | NO | | 1901822 |

| SPECIAL OPERATION: | [X] FELONY [X] MISD [ ] TRAFFIC [ ] WARRANT | [ ] JUV [X] DV [X] MOVES FUGITIVE WARRANT: [ ] In State [ ] Out State | [ ] CIV INF | JAIL NO. 190148924 | PMHD NO | COURT CASE NO. F19013290 |

| IDS NO. 3297405 | AGENCY CODE 089 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. 1215718 | STUDENT ID NO. | GANG RELATED NO | FRAUD RELATED NO |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) HALL, KRISTIAN | ALIAS and / or STREET NAME | SIGNAL: |

| DOB (MM/DD/YYYY) 10/06/1977 | AGE 41 | RACE W | SEX M | HISPANIC: NO ETHNICITY: ANG | HEIGHT 6'03 | WEIGHT 235 | HAIR COLOR BLD | HAIR LENGTH BDG | HAIR STYLE FLT | EYES BRO | GLASSES NO | FACIAL HAIR UNS | TEETH NOR |

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) TATTOO: LEFT LEG, JESUS; TATTOO: RIGHT LEG, VIRGIN MARY | PLACE OF BIRTH (City, State/Country) MIAMI BEACH FL US |

| LOCAL ADDRESS | PHONE | CITIZENSHIP US |

| PERMANENT ADDRESS (Street, Apt. Number) | (City) | (State) (County) (Zip) | PHONE | OCCUPATION SECURITY GUARD |

| SCHOOL OR BUSINESS ADDRESS (Street, Apt. Number) | (City) | (State) (Country) (Zip) | PHONE | ADDRESS SOURCE VERBAL |

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED YES: OTHER | Defendant/CONCEALED WEAPON PERMIT NONE | INDICATION OF: Alcohol Influence: N Drug Influence: N |

| ARREST DATE 07/08/2019 | ARREST TIME 19:55 | ARREST LOCATION | | | | GRID |

**DOMESTIC VIOLENCE**

| CO-DEFENDANT NAME | | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| CO-DEFENDANT NAME | | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| CO-DEFENDANT NAME | | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |

| JUV only | Relation | Name | Street | Zip | Phone | Contacted? |

F19013290

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | F.S. | 1 | ▓▓▓▓ | | | 0004130A | Y | |
| ▓▓▓▓▓ | F.S. | 1 | ▓▓▓▓ | Mv Hack | | 0011350A | N | to paralegal |
| 3. F/3-CONTROLLED SUBSTANCE/ POSSESSION:OXYCODONE | F.S. | 1 | 893.13(6)(A) | Given CD | | 0011350A | N | |
| ▓▓▓▓▓ | F.S. | 1 | ▓▓▓▓ | | | 0011350A | N | by 7/10/19 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 06 day of JULY, 2019, at 18:30 at ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 08 DAY OF JULY, 2019 | [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof. |



(A.7)

# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT.

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

| Field | Value |
|---|---|
| Page ___ of ___ | |
| PEB INVENTORY NO. | |
| Agency Code | 89 |
| PROPERTY BUREAU LOCATOR CODE | |
| DATE-TIME IMPOUNDED | 7/8/2019 @ 2030 |
| OTHER DEPT. CASE NO. | 19-01822 |
| OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO. | |
| MIAMI-DADE POLICE CASE NO. | |
| TYPE OF CASE | DOMESTIC AGG. BATTERY |
| ADDRESS WHERE PROPERTY IMPOUNDED | |
| DISCOVERED BY (Name) | OFC. B. BESTARD |
| ADDRESS | S.I.B., P.D. |
| OWNER / VICTIM | MYARA, DYAN |
| SUBJECT | HALL, KRISTIAN |
| RACE / SEX / DOB | W / M / 10/00/?? |
| EVIDENCE ☒ | LAB REQUEST ☒ |

| ITEM NO. | QUANTITY | DESCRIPTION | Currency Only Total Face Value | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
| 1 | 17 | BLUE ROUND PILLS W/ A215 (SUSPECT OXYCODONE) | | |

LAST ITEM

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY TAKEN FROM MY POSSESSION AND THAT I HAVE RECEIVED A COPY OF THIS RECEIPT.

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY IMPOUNDED BY ME IN THE OFFICIAL PERFORMANCE OF DUTY AS A DEPUTY SHERIFF / LAW ENFORCEMENT OFFICER.

LEAD INVESTIGATOR: Ofc. Bestard   421   #0157
IMPOUNDING OFFICER: M. Pascual   #0165

E. hi

PRESCRIPTION PAD PHARMACY  
7333 N.W. 70th Ave.  
Plantation, FL 33317-2358  
(954) 791-2800  Fax: (954) 791-2001

Rx PROFILES - DETAILED  
Period 04/01/19 to 07/25/19  
Thu Jul 25, 2019

HALL, KRISTIAN  
6142 N. STATE ROAD 7, #202  
COCONUT CREEK, FL 33073  
(954) 850-0906

Birthdate: 10/06/77

Rx Nbr  Drug

84447  OXYCODONE HCL 30 MG TABLET   Qty 120   Refills 0  
WRITTEN  00228-2879-11 Type S RxSt S  Left 0        Left 0  
  Shape:ROUND Color:BLUE S1:A  215  
  Orig 04/25/19  RPh PI  Tech     Qty 120  DS 30

Doctor                                   Directions



85269  OXYCODONE HCL 30 MG TABLET   Qty 120   Refills 0  
WRITTEN  00228-2879-11 Type S RxSt S  Left 0        Left 0  
  Shape:ROUND Color:BLUE S1:A  215  
  Orig 05/24/19  RPh FM  Tech     Qty 120  DS 30

Ex 

[..IPTION PAD PHARMACY]
[...] 70th Ave
[...]ntation, FL 33317-2358
(954) 791-2000 Fax: (954) 791-2001

Rx PROFILES - DETAILED
Period 04/01/19 to 07/25/19
Thu Jul 25, 2019

NPI:

HALL, KRISTIAN (Continued)

Rx Nbr   Drug                                                          Doctor                  Directions

85995    OXYCODONE HCL 30 MG TABLET      Qty 120    Refills 0
WRITTEN  00228-2879-11 Type S RxSt R    Left 0               Left 0
         Shape:ROUND Color:BLUE S1:A 215
         Orig 06/20/19 RPh LL  Tech CB  Qty 120  DS 30

Total New/Refill's 12





IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
IN AND FOR MIAMI-DADE COUNTY CRIMINAL DIVISION

STATE OF FLORIDA,
    Plaintiff,

s.

RISTIAN HALL
    **Defendant(s)**

CASE NUMBER F19013290
    JUDGE Pooler  (F004)
DISCOVERY EXHIBIT;
STATE'S DEMAND FOR DEFENSE
DISCOVERY AND DEMAND FOR ALIBI

Police Case #: 1901822

Depo Type:



The State of Florida, pursuant to Rule 3.220 and 3.200 Florida Rules of Criminal Procedure, files its iscovery Exhibit, State's Demand for Defense Discovery and Demand for Alibi Defense, as follows:

1. The names and addresses of all persons known to the State Attorney to have information which may be levant to any offense charged, and to any defense thereto, or to any similar fact evidence to be present at trial ider section 90.404(2) Florida Statutes are as follows:

A ) **001.** BESTARD, BRANDON
Dept. 089- ID. 00157

( A ) **002.** MYARA, DYAN
150 SUNNY ISLES BLVD
SUNNY ISLES BEA  FL 33160-4391

\ ) **003.** TARAFA, REYNALDO
16520 NW 19th Ave
Opa Locka  FL 33054

( A ) **004.** ESTEVEZ, JAVIER
Dept. 089- ID. 00092

. ) **005.** PASCUAL, MICHAEL
Dept. 089- ID. 00185

( A ) **006.** AGINS, LYLE
Dept. 089- ID. 00150

) **007.** RANALLO, AMANDA
Dept. 089- ID. 00200

( A ) **008.** MILANES, CAROLINE
Dept. 030- ID. 06270



```
              UNITED STATES
              POSTAL SERVICE.
                   ATLANTA
               3900 CROWN RD SW
             ATLANTA, GA 30304-9998
                 (800)275-8777
06/18/2024                          09:45 PM
---------------------------------------------
Product              Qty    Unit       Price
                            Price
---------------------------------------------
ClrTape 1.88x800      1    $3.99       $3.99

PM Express 2-Day      1               $32.95
   Atlanta, GA 30303
   Weight: 4 lb 15.10 oz
   Signature Waiver
   Scheduled Delivery Date
       Fri 06/21/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
       EI975710768US
   Insurance                           $0.00
       Up to $100.00 included
Total                                 $32.95

---------------------------------------------
Grand Total:                          $36.94
---------------------------------------------
Debit Card Remit                      $36.94
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX4561
   Approval #: 2LZAY7
   Transaction #: 334
   Receipt #: 145786
   Debit Card Purchase: $36.94
   AID: A0000000042203    Contactless
   AL: US Debit
---------------------------------------------

   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
        Associate can show you how.

     Save this receipt as evidence of
   insurance. For information on filing an
             insurance claim go to
      https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

   Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
     and Data rates may apply. You may also
      visit www.usps.com USPS Tracking or call
                 1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com
```





June 15, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-cv-05655

Plaintiffs:

Julia M Robinson and Kendall J. Hall

Defendants:

The United States Of America in the country's Official Capacity U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)

A.13

Household Services (In Home Services), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, Invasion of Privacy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct   "Executed on June 15, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-3134070  juliamrobinsonuscourtappealprose@yahoo.com

*[signature]*

6-18-2024

June 18, 2024

**FROM:**
Julia M Robinson
2451 Cumberland Pkwy SE
Suite 3320
Atlanta Cobb GA 30339

USPS PRIORITY MAIL EXPRESS
EI 975 710 768 US

FROM:
Julia M Robinson
2451 Cumberland Pkwy SE
Suite 3320
Atlanta Cobb GA 30339

TO:
Richard B. Russell
Federal Building And Court House
United States Court House
2211 United States
75 Ted Turner Drive
SW Atlanta Georgia 30303

ORIGIN ZIP: 30321
Scheduled Delivery Date: 6/21/24
Date Accepted: 6/18
Time Accepted: 9:40 PM
Weight: 4 lbs 15 oz
Total Postage & Fees: $32.95

Retail
U.S. POSTAGE PAID
PME
ATLANTA, GA 30304
JUN 18, 2024
30303
$32.95
RDC 07
S2S24D500443-78

**TO:**
Richard B. Russell  Judge Cohen
Federal Building And Courthouse
United States Court House
2211 United States
75 Ted Turner Drive
SW Atlanta Georgia 30303

Mailing Carton
12 1/4" x 3" x 17 5/8"
ReadyPost

