

June 15, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-cv-05655

Plaintiffs:

Julia M Robinson and Kendall J. Hall

Defendants:

The United States Of America in the country's Official Capacity U.S.
Department Of Justice 950 Pennsylvania Avenue, NW Washington DC
20530

William J. Burns in his Official Capacity who serves as The Director for the
Central Intelligence Agency (CIA)

The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration (FDA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

Apple Inc.
One Apple Park Way Cupertino, CA 95014

Audi Inc.
 Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

Audi Inc USA/Audi America Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial
HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial
HealthCare System
2900 Corporate Way Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville, Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie, Fl 33330

MD Yoel A Hernandez - Rodriguez,
1901 SW 172 Ave Miramar, Fl 33029

Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

John Does

Jane Does

Verified Emergency Motion/Verified Emergency Filing/ Verified TRO
Temporary Retraining Order/Verified Retraining Order/Verified Stay Away
Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction

June 15, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO:

Plaintiffs:

Julia M Robinson and Kendall J. Hall

Defendants:

The United States Of America in the country's Official Capacity U.S.
Department Of Justice 950 Pennsylvania Avenue, NW Washington DC
20530

William J. Burns in his Official Capacity who serves as The Director for the
Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for
The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950
Pennsylvania Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The
Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The
Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration (FDA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

Apple Inc.
One Apple Park Way Cupertino, CA 95014

Audi Inc.
 Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

Audi Inc USA/Audi America Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial
HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial
HealthCare System
2900 Corporate Way Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville , Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

MD Yoel A Hernandez - Rodriguez ,
1901 SW 172 Ave Miramar , Fl 33029

Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

John Does

Jane Does

Verified Amended Complaint/Emergency Motion/Emergency Filing

The Plaintiffs are demanding a jury trial and a Special Master to be
appointed to their case.

Answers to Questions

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the
"deprivation of any rights, privileges, or immunities secured by the
Constitution and [federal laws]." Under Bivens v. Six Unknown Named
Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue
federal officials for the violation of certain constitutional rights.

A.

Are you bringing suit against (check all that apply):

Federal officials (a Bivens claim)

State or local officials (a § 1983 claim)

B.

Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of the following Constitutional Rights:

First Amendment Fourth Amendment Fifth Amendment Sixth Amendment Eighth Amendment Fourteenth Amendment

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under

Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838.
014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755,
18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass
destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18,
U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011
Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before
departments, agencies , and committees, 42 U. S . Code § 3617 -
Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering
with a witness, victim, or an informant, Obstruction of Justice: Witness
Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes:
intentional attacks against civilians; torture; unlawful confinement; 18 U.S.
Code § 1038. False information and hoaxes, Medical Battery, Assault,
Battery, Negligence, Fraudulent Concealment, The State Created Danger,
Racial Discrimination, Retaliatory Discrimination, Religious Discrimination,
Theft, Attempted Murder, Attempted Kidnappings, Attempted
assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future
Medical Expenses, Household Services ( In Home Services), Loss of
Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship
, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special
Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection,
Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of
Duty too use Caution and Care, Constitutional torts, Conspiracy, Invasion of
Privacy, and Other Charges. The Plaintiffs are demanding a jury trial and a
Special Master to be appointed to their case. The Defendants had a duty and
owed service to The Plaintiffs/Victims. The Defendants failed that duty and
violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered
actual losses, injuries, and damages that were directly caused by The
Defendants actions or failure to act. The Plaintiffs and her family are going
to need hired security for the rest of their lives because of the amount of
Criminal so-called Professionals, Corporations, and U.S. Government
Employee's involved in these War crimes committed against The Plaintiffs.

C.

Plaintiffs suing under Bivens may only recover for the violation of certain
constitutional rights. If you are suing under Bivens, what constitutional
right(s) do you claim is/are being violated by federal officials?

Violations of the following Constitutional Rights :

First Amendment Fourth Amendment Fifth Amendment Sixth Amendment Eighth Amendment Fourteenth Amendment

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

D.

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely

dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-

called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that a unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for, nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts were to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a

law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, it happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will

try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking

atrocity crimes against The Black African American Plaintiffs Therefore the Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

III.

Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using

human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that an unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white

Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts was to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, It happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker

Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly

caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore The Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The

Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

1. What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the same lawsuit. A joinder allows for two or more issues to be heard during one hearing or trial, so as to make the process run more smoothly, and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure. A permissive joinder allows two or more parties to join an action if they each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure, which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that party has an interest in the dispute that they will be unable to protect if they are not joined. For example, if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined. Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property. These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if "indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims: Joinder of claims refers to bringing several legal claims against the same party

together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided by: (A) protective provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for non jointer. "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants who participated in involuntary servitude/war crimes/human trafficking/assaults/harassment/nuisances arose from fraudulent medical notes/medical records illegally obtained that are false/patient abuses against The Plaintiffs will be/can be added as Joinder Defendants in this lawsuit with The Plaintiff and her daughter that she is representing them both in this case. Therefore the joinders arose from the same initial incident from the doctors fraudulent medical notes/records illegally placed in The Plaintiffs medical history to get illegal medical exemptions for illegal military weapons testing/assaults/medical battery /involuntary servitude/ human trafficking during the COVID-19 Pandemic in year 2020 which was during both Plaintiffs stay at Memorial Healthcare Systems Miramar Hospital in year 2020 including all of the other crimes committed against The Plaintiffs mother prior to The Plaintiffs daughter being born and after both Plaintiffs moved to The State of Georgia. The Plaintiffs are clearly two people which makes them eligible to have multiple defendants under the rule for joinder that says two or more.

What is a motion to dismiss? A motion to dismiss is a formal request for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked when filing a motion to dismiss. 12(b) in particularly is frequently used. All 7 sub- sections of 12 (b) may be used as grounds for a motion for dismissal. These include dismissals for: (b) (1) a lack of subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b) (3) improper venue (b) (4) insufficient process (b) (5) insufficient service of process (b ) ( 6) failure to state a claim upon which relief can be granted (b) 7 failure to join a party under rule 19. The Plaintiffs stated claims upon which relief can be granted in their complaint application and attachments. The Defendants can gladly read it again and both parties can argue their pleadings at a hearing in front of The Judge in court. The Plaintiffs object to The Defendants entire motion to dismiss. Therefore, The Defendant' has/had no legal basis to file a motion to dismiss against The Plaintiff in this case and only filed that motion to intentionally to delay trial. The Black African American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their complaint is supported by facts, and The Plaintiffs gave The Defendant' s fair notice of what their claims were and the grounds upon which they rest. The Plaintiffs submitted a preponderance of factual claims that were clearly supported by a preponderance of Decisional Law [precedent Case Law ] with admissible exhibits/ documents to support all of her claims within this Opposition/Objections/Response and all other Oppositions/Objections/Responses to other Defendants in this complaint thus far therefore all of the Plaintiffs opposition pleadings are deemed affirmed and the relief sought within all of their Pleadings/and or Complaint submitted should be granted by this Court. The Plaintiffs Object to All of The Defendants Motion to Dismiss and is ready for trial. The Plaintiffs thank GOD this decision isn't up to The Defendants Attorneys in This Case. This response is for all of the defendants in this entire case that said The Plaintiffs can't have all of these defendants listed or joined in one lawsuit. The Plaintiffs Objects to all of The Defendants motions to dismiss.

2. The Plaintiff's name is Julia M Robinson, she's a proud law abiding Black American Citizen and mother of two beautiful children. She Is extremely hard working to provide for her family as an entrepreneur.

3. On July 8, 2019, the Plaintiff witnessed other rogue U.S. Government Employees in prior criminal cases against her family (Kristian J Hall) blatantly violate her families Constitutional Rights and break several laws in The State of Florida. The Plaintiff did proper internal affairs investigation complaints, sworn statements, and complaints with several U.S. Government Departments about what she saw and heard literally right in front of her performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees. The Plaintiff now knows way better than she ever knew before about The United States Criminal and Civil Judicial System. Exhibit A.1 through A.3 is The Sworn Statement that Julia M Robinson did that was turned in for the incident on July 8, 2019. This sworn statement will show why all crimes committed by The Defendants were done to The Plaintiffs and her family.

4. The Plaintiff never desired to run for political office or work in government. Even after the Plaintiff and her family was assaulted, harassed, stalked, and other torturous War Crimes committed by The Defendants. The Plaintiff never submitted to The U.S. Government by becoming a Federal Informant or any form of an employee through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.

5. The Plaintiff has never consented and will never consent to any form of human experimentation/research/clinical trials performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Does, John Does, Contractor's, and Subcontractors here on earth or in space.

6. The Plaintiff does understand that it's not against the law to do proper legal complaints against U.S. Government Employees. The

Plaintiff also realized after hearing different U.S. Government Corrupt Employee's ask over and over " Are you on medication? " Do you want to hurt yourself? " That these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

7. Prior to The Plaintiff getting pregnant in year 2020 The Plaintiff witnessed on July 8, 2019 other rogue officers, A white family, and Florida U.S. Government (Sunny Isles Police Officers) Employees in prior fraudulent criminal cases against her family whom The Plaintiff did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with Private Companies involved, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with CCHR Florida www.cchrflorida.org 109 N. Ft . Harrison Ave Clearwater, Florida 33755, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and The Plaintiff also wrote Judges and sent supporting evidence ) About what she saw and heard literally right in front of her on July 8, 2019 About her families fraudulent criminal cases, and about her and her family being attacked by U.S. Government Employees performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees as if they did these illegal criminal acts (Official Misconduct, Obstruction Of Justice, and Attempt to Murder) all the time to innocent people and black witnesses who tell the truth by properly reporting crimes committed by rogue U.S.

Government Employees in The State Of Florida .This Organization did an investigation about what happened to The Plaintiff and her family in Florida at Memorial Hospital Miramar

CCHRFlorida www.cchrflorida.org109 N. Ft. Harrison Ave Clearwater, Florida 33755. This Organization also wrote The Plaintiff in the form of A paper letter stating " ALL REPORTS SUBMITTED TO CCHR ARE KEPT CONFIDENTIAL. YOUR PSYCHIATRIC ABUSE REPORT IS ON FILE WITH CCHR AND NO ACTIONS WILL BE TAKEN WITHOUT YOUR DECISION AND PERMISSION. YOU HAVE ADVISED US THAT YOU DO NOT WISH TO PURSUE A COMPLAINT. THEREFORE, WE HAVE CLOSED YOUR CASE." THIS IS A LIE. I Julia M Robinson the Plaintiff in this case swears under penalty and perjury that she never advised this organization to close these cases they agreed to assist her with regarding Human Rights Crimes committed against her and her daughter at Memorial Hospital Miramar Florida in November year 2020. The Defendants knowingly enrolled subjects without consent (Julia M Robinson and Kendall J Hall) that failed to meet eligibility requirements, falsified lab results and medical records, and falsely represented that the illegal trial participants were taking drugs from the proper doctors under these studies. Enrolling subjects without consent (Julia M Robinson and Kendall J Hall) without their knowledge/without informed consent/ without consent and by enrolling these subjects who did not meet pre-established criteria. In addition, the Defendants fabricated and falsified medical records, informed consent forms, and other documentation for fictitious illegal study subjects. [The] defendants were able to enrich themselves in this scheme by billing the [clinical trials'] sponsoring agencies for the time and participation of these fictitious subjects. The Defendants directed and carried out a conspiracy to have private companies involved fraudulently pose as legitimate ethical practicing clinical research trial sites and provide of false clinical research trial data regarding drug safety/drug efficacy to dozens of drug companies and, through them, the Food and Drug Administration (FDA). The false clinical research data included safety data on different drugs and medicines designed to treat a wide variety of diseases and conditions including, but not limited to, Pediatric illnesses, Depression, Parkinson's Disease, Dementia, Gaucher' s Disease, and Opioid addiction to name just a few, according to the evidence that was

obtained thus far. False clinical research data can pose immediate dangers to consumers and because fake studies can cause broader damage to "confidence in the healthcare industry as a whole. The False Claims Act explicitly prohibits unnecessary testing and kickback schemes. The Plaintiff OCR HHS Civil Rights Original Complaint was sent through email to ocrmail@hhs.gov on October 23, 2021, and The Plaintiff Amended Complaint/ Basis Of Complaint Letter/ Reason for Eligibility Exceptions under 45 C.F.R § 95.34, 95.28, and 95.31 11 Waiver for Good Cause II rule was sent to ocrmail@hhs.gov and to OCRComplaint@hhs.gov on November 13, 2021. The Plaintiff also mailed these same complaints through USPS to Centralized Case Management Operations U.S. Department of Health and Human Services 200 Independence Avenue, S.W. Room 509F HHH Bldg. Washington, D.C. 20201 confirmation #EJ684016919USDelivered to the Front Desk/Reception/Mail Room on November 26, 2021 at 11:05am WASHINGTON, DC 20201 Priority Mail and Signature of Recipient: D Holmg and the Actual Recipients Name D FRANKLIN signed for it and wrote on the Address of Recipient: Covid 19 20201. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent ASETTHelpdesk@religroupin.com,

and hippacomplaint@cms.hhs.govon November 3, 2021. The Plaintiff also did complaints with U.S. Fed Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod @fda.hhs.gov, ASETTHelpdesk@religroupinc.com, hippacomplaint@c ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g ov, IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm edia@hhs.gov, info@cioms.ch, on November 4, 2021. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent to information@icj-cij.org, library@icj-cij.org, achats@icj-cij.org, recrutementrecruitment@icj-cij.org, and webmaster@icj-cij.org on November 4, 2021. The Plaintiff did a Permanent Withdrawal of Authorizations , Permanent Revocation of Authorization to Share Data, A Permanent Revocation of HIPPA Authorization, A Permanent Revocation of HIPPA Authorization to Release Protected Health Information for Research Purposes, and A I Do Not Consent To Medical Testing and Treatment Letter for The Plaintiff and her daughter to U.S. Fed. Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod

@fda.hhs.gov, ASETTHelpdesk@religroupin.com, hippacomplaint@c
ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g
ov IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm
edia@hhs.gov, info@cioms.ch, device@fda.hhs.gov, info@cioms.ch, cd
rhemcm@fda.hhs.gov, CBEREUA@fda.hhs.gov, EUA.OCET@fda.hhs.go
v, ESUB@fda.hhs.gov, askDOJ@usdoj.gov, Medicaid.gov@cms.hhs.gov,
on November 20, 2021 and to UCR-
NIBRS@fbi.gov, FOIA.OIG@oig.dhs.gov, outreach@darpa.mil, DIA_Pre
pub_Rvw@dodiis.mil, help@intelligencecareers .
gov, recruitment@nga.mil, DNIMailbox@cia.ic.gov, on December 5,
2021. The Plaintiff did a FOIA Request sent through email on
December 6, 2021 to DNI-
Mailbox@cia.ic.gov, FOIA.OIG@oig.dhs.gov, UCRNIBRS@fbi.gov, outre
ach@darpa.mil, DIA_Prepub_Rvw@dodiis.mil, help@intelligencecare
ers.gov, recruitment@nga.mil, DNI-
Mailbox@cia.ic.gov, EOIR.FOIARequests@usdoj.gov, CDRH-
FOIStatus@fda.hhs.hhs.gov, and National.FOIAPortal@usdoj.govon
December 10, 2021 The Plaintiff received a auto response from
email eoir.foiarequests@usdoj.gov DOJ- EOIR FOIA #2022-14690 but
not for what The Plaintiff was inquiring about/asking for. On
December 20, 2021, The Plaintiff received an email auto response
from OGIS #22-0485 but not for what The Plaintiff was inquiring
about/asking for. Even after The Plaintiff did FIOA request
reconsideration letters The Plaintiff NEVER received what The
Plaintiff was inquiring about/asking for. The Plaintiff also sent most
of the same documents through DocuSign and The Plaintiff did not
receive a response. The Plaintiff included in her Basis Of Complaint
Letter and (4) four Complaints for Dr. Brittney Mason-Hirner OBGYN
OCR TRANSACTION #04-22-450347, MD Mariana Danet OCR
TRANSACTION# 04-22-450349, Memorial Hospital Miramar OCR
TRANSACTION #04-22-450351, and MD Yoel A Hernandez-Rodriguez
OCR TRANSACTION #04-22- 450343received, reviewed, and signed
by OCR DHHS Regional Manager Barbara Stampul. The Plaintiff
received response from a resubmission a OCR TRANSACTION #22 -
450759 and was told that the Conscience and Religious Freedom
Division (CRFD) OCR TRANSACTION #22- 450758 and for her to
contact Paula D. Richardson. Also, in this same letter it stated that The
Plaintiff filed her complaint on November 2, 2021, this is a lie. The

Plaintiff filed her complaints on October 23, 2021, and The Plaintiff resubmitted her complaints after DHHS OCR employees refused to properly assist her daughter and herself for " Reason Of Good Cause " during the pandemic and DHHS still refused to look into her complaints and do an investigation. DHHS blatantly told The Plaintiff in her resubmission letter response from them that it's not their job to handle cases like what happened to her daughter and herself. The Plaintiff LITERALLY STILL HAS EVERY RESPONSE LETTER AND EMAIL FROM DHHS OCR. 42 U.S. Code § 1983 - Civil action for deprivation of rights, 18 U.S. Code§ 286 - Conspiracy to defraud the Government with respect to claims, Tortures Atrocities, War Crimes, Human Rights Violations, Civil Rights Violations, HIPAA VIOLATIONS, Political abuse of psychiatry, Constitutional Right Violations, Female genital mutilation, Illegal NonConsensual Human Experimentation/Human Experimentation without Consent, Clinical trials without consent, Environmental research without consent, Research without consent, Violence Against Children, Violence Against Women, Human trafficking, And Human Trafficking Involuntary Servitude Medical Battery. The Plaintiff also included evidence/supporting documents of her complaints and claims. The Plaintiff claim was filed and submitted after (180) One Hundred and Eighty Days and because of the pandemic, just having a Newborn Baby, Her Daughter being sick, And Herself being sick falls under An ACT OF GOD which made them both eligible for an exception under the " GOOD CAUSE " Rule. § 95 .22 Meaning of good cause. The Plaintiff' s daughter and herself case complaints were sent to CMS, FDA, OCR DHHS, NIH, and DOJ were either not properly investigated, were either told she reached out to the wrong departments, and The Plaintiff was told by U.S. Government Federal Employees that it wasn't within their scope, when it was in fact the proper federal departments for The Plaintiff to reach out to for all of the torturous war crime atrocities that happened to her daughter and herself in AMERICA.

8. The Plaintiff started seeing OBGYN Dr. Brittney Mason-Hirner in either late July or Beginning August of year 2020. The Plaintiff told her during in person offices visits and through their company patient portal (wrote in black and white) about her physical symptoms and

The Plaintiff told her about The Plaintiff being poisoned/attacked with a biochemical weapon in October of year 2019 and that it was U.S. Government Employees and Private Company Employee's that did this. The Plaintiff didn't want to pass anything to her unborn daughter, so The Plaintiff requested proper medical test be ran on her regarding the physical symptoms she was having by OBGYN Dr. Brittney Mason- Hirner and by other Doctors she saw at that time so that she could get better. The Plaintiff was not given the proper test for the symptoms she described (no extensive blood test, no biopsy, no 4-panel thyroid test, no skin sample biopsy test, and no hair sample test) The Plaintiff was lied to about blood test, about her stool test, and about her urine test. Unapproved FDA U.S. Government Test were taken without The Plaintiffs consent. The Plaintiff symptoms were ignored all during Covid-19 in year 2020 when only one (1) other person could come to doctors visits and to the hospital with you. This was a perfect time for all of The Defendants involved in prior cases to commit/ retaliate against The Plaintiff while she was physically vulnerable/pregnant. The Plaintiff looked at her medical test results through her OBGYN's patient portal, The Plaintiff received other medical lab test from other doctors, and The Plaintiff received medical records from Memorial Hospital Miramar Fl. The Plaintiff tested positive for Covid-19 Antibodies, other Antibodies, and this extremely important medical information was concealed from The Plaintiff. The Plaintiffs DNA was stolen by healthcare and pharmaceutical criminals and used for illegal non-consensual/without her consent/medical battery/human experimentation and for pharmaceutical profits/private companies' profits/private research projects profits/companies profits/U.S. Government Profits without her consent and without ANY/ZERO financial compensation to her. The Plaintiff didn't consent for any Government, Any Doctor, Any Private Entities, Any John Does, Jane Does, or anyone on this planet or in space permission/consent to use her children's DNA or The Plaintiff's. So, The Plaintiff children and herself were illegal test subjects for preclinical trials/experimental studies/research with no/any/zero compensation to The Plaintiff. Black people all over the world unfortunately are used for research purposes without their consent/and or without financial compensation to them. So, The Plaintiff and her children were good

enough to help save lives and used for economic purposes but not good enough to get financially compensated by the thieves that stole from them. All of The Defendants was only concerned about profit for them and theirs and not properly compensating the sources in which it came from. The Plaintiff would've NEVER agreed to any form of human trafficking/ involuntary servitude/slavery/human experimentation because it's against her religion. The Plaintiffs children and herself aren't slaves for the free pickings for anyone, any governments, and any private companies, any Jane Does and John Does with the means to profit off of them.

9. When The Plaintiff visited OBGYN Dr. Brittney Mason- Hirner at her office she kept asking how was she feeling mentally and The Plaintiff always told her she wasn't qualified to ask her those questions and that when she got ready to she would reach out to someone qualified whom she felt comfortable speaking to about a lot of the trauma she experienced during those previous attacks by U.S. Government Employees and Private Company affiliates. This unethical racist doctor kept trying to get The Plaintiff to talk about it like she was trying to catch her in a lie or like she was recording The Plaintiff. This doctor wanted to keep The Plaintiff sick so that The Plaintiff could be kept physically vulnerable hoping that The Plaintiff would forget about the attacks by U.S. Government Employees and private companies and so that The Plaintiff wouldn't pursue civil remedies. This doctor didn't care about how a parasitic infection could have life threatening effects on The Plaintiff's unborn child at that time. This doctor knew The Plaintiff had a parasitic infection that's why she kept asking The Plaintiff about how was she feeling mentally (Parasitic infections can have negative neurological affects on humans per references in this complaint under parasites, it gave me headaches as well as other symptoms which I told her I had) even though this doctor knew that topic was out of her medical scope . She didn't prescribe any antibiotics even after The Plaintiff asked, the doctor herself also confirmed that The Plaintiff would have to take antibiotics for a while to heal. This doctor was willing to put The Plaintiff's unborn child and herself at medical risk for what? What was in it for her to keep The Plaintiff sick? Money for her and all of The Defendants involved. The Plaintiff's Black African American

unborn daughter and herself was just another poor black illegal and unethical case study for her and all of The Defendants involved in these crimes committed against The Plaintiffs on American soil in the State of Florida as if The Plaintiffs didn't have rights as Americans. That's why The Defendants Kept the Black African American patient sick for illegal research purposes, they figured No one cares about black Americans anyways. All of the mega slick Defendants that profited financially off of these illegal research human trafficking crimes committed against The Plaintiffs without her consent in The State of Florida will be prosecuted for their assaults and or any involvement in on these crimes by The Plaintiffs. The American Public deserves to know and will know the truth about what happened to The Plaintiffs and The Black community need to not be in the care of these racist CIA/Republican party supported/military human trafficking so called doctors that put Black African Americans lives at risk for illegal research without consent of the patients. Had The Plaintiffs been white Americans, what happened to them would've been plastered all over the media with full support from the white American communities demanding a full investigation from that hospital and these same white communities would've made sure those Plaintiffs had the best attorneys money can buy through donations like they have historically done for other white American's. The Plaintiffs didn't receive that same support from a lot of other Americans because The Republican Parties U.S. Government Federal Employees direct involvement/financial interest in these same corporations that own these experimental medical devices and radiation admitting devices that were illegally (without consent) placed through unauthorized surgeries for data analysis/test in The Plaintiffs bodies and private and rental vehicles for experimental extremely dangerous data analysis/test that The Defendants made millions of dollars from and still is illegally until currently getting those human trafficking ACH transfers/mailbox checks off of The Plaintiffs backs without ever giving/offering/settling with The Plaintiffs after The Defendants have KNOWN that The Plaintiff KNOW what The Defendants did to them. The Human Trafficking Criminal Defendants don't pay The Plaintiffs bills and never have, The Plaintiffs are being PIMPED OUT/HUMAN TRAFFICKED FOR SCIENCE BY WHITE RACIST U.S. GOVERNMENT FEDERAL EMPLOYEES ALONG

WITH CRIMINAL PRIVATE CORPORATIONS' ASSISTANCE. THIS IS SLAVERY. The Defendants demonic plan failed, the devil is and always was the biggest liar and The Plaintiff's will continue to rebuke all demonic entities involved in Jesus Christ Name Sake.

10.     Dr. Brittney Mason Residency Obstetrics and Gynecology - University of Miami, Jackson Memorial Hospital, 2020, Miami FL Presentations and Research the Minor Criteria: A Prediction Model for the Unplanned Primary Cesarean Delivery." Poster presentation at SMFM. 2021. Virtual. "Acute management of abnormal uterine bleeding in non-pregnant woman." Lecture presented at University of Miami/Jackson Health System. Obstetrics and Gynecology Academic Day. Miami, FL. "Zika virus and the non-microcephalic fetus: Why we should still worry." AJOG. 2019; 220(1) :45-56 "Labor curves in multiparous women related to inter-birth intervals. " Am J. Perinatol. 2018; 35 (14) :1429- 1432 "Unusual presentation of a Gartner duct cyst in early pregnancy." Journal of Genital Surgery. 2017; DOI: 10.21608/jgs.2017.1160.1004 "Labor curves in multiparous women related to inter-birth intervals. " Poster presentation at Society for Reproductive Investigation. 2016. Montreal, Canada. "The effects of social support structures in the caregiver-child relationship in a predominantly Latino, urban community" Poster presentation at the 6TH Annual Minority Health in The Midwest Conference, Chicago, IL. February 2014. Brittney Mason is a women ' s health care provider established in Jacksonville, Florida and her medical specialization is Obstetrics & Gynecology with more than 7 years of experience. She graduated from Northwestern University Feinberg Medical School in 2016. The NPI number of this provider is 1295124600 and was assigned in January 2015. The practitioner's primary taxonomy code is 207V00000X with license number ME145959 (FL). The provider is registered as an individual and her NPI record was last updated one year ago. Brittney Mason is registered with Medicare and accepts claims assignment, this means the provider accepts Medicare's approved amount for the cost of rendered services as full payment. Dr. Brittney Mason- Hirner has done medical research under The NIH U.S. Government and under The **** and ******* ***** Foundation. The Plaintiff Julia M Robinson also emailed The **** and ******* *****

Foundation letting them know that she does NOT consent to Human Experimentation performed on her and f or them to Cease and Desist.

11.      In The Plaintiffs THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS for case number Case No: 1:22-CV- 3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.F, 2.G, 2.H, 2.I, 2.J, 2.K, 2.L, 2.M, and 2.N are copies of the inside of The Plaintiffs iPhone showing that it's connected to an administrator thats controlling different functions in her iPhone's background like uploading invisible Apps because of AccessibilityUIServer and XCODE on her device . The Plaintiff and The Plaintiff's family received this iPhone in the mail summer 2022. This is also one of the ways The Defendants have been breaking into the inside of her vehicle, uploading invisible military weapons testing Apps, uploading medical Research Apps that collect data and take measurements of certain biological functions in the human body in The Plaintiff's device background, and illegally gps track her and her family without their consent while The Plaintiff carried her device with her on drives in her vehicle. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so SLICK and Black Americans weren't paying attention. The Mayo Clinic launched Apple Health Records Integration on iPhone and The Plaintiff's device is illegally recording health record data in the background and she never consented to any Health Apps. Her iPhone isn't private at all, and random Human Trafficking U.S. Government Employees from different U.S. Government Agencies, Computer Developer Companies, Tech Companies, and Health Researchers are able, have and is continuing to upload Apps illegally and against The Plaintiff's constitutional rights in The Plaintiff' s iPhone Background that she pays for without her consent. The Plaintiff is an Artist and isn't able to attend to her work through this device because she's afraid her ideas are going to be stolen. The

Plaintiff also has a small child, and she wasn't able to capture a lot of sentimental moments of her daughter's development in fear of them being exposed to random Human Traffickers. When The Plaintiff and her family tried on several occasions to go in person to get new devices, they were not assisted by store staff, and they were told they couldn't be assisted. The Criminals behind this iPhone that was sent to The Plaintiff idea was to make The Plaintiff appear as if she wasn't competent and was abusing drugs. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family, so that criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiff's iPhone being listed and used for Medical Research purposes without the Plaintiff's consent. This falls under involuntary servitude/SLAVERY/Human trafficking.

12. There is another Brittany Mason that is a Research protocol specialist at Mayo Clinic. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. In The Plaintiff's THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISM I SS f o r case number Case No: 1:22-CV-3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.0, 2. P, 2. Q, 2. R, 2.S, 2.T, 2.U, 2.V, 2.W, 2.Y, and 2.Z are copies of how XCODE and AccessibilityUIServer is used through The Apple Corporation, The Mayo Clinic , WWDC22 , Other Medical Researchers, and Advanced Research Kit introductions. EXHIBITS 3.A, 3.B, 3.C, 3.D, 3.E, 3.F, 3.F, 3.G, 3.H, 3.I, 3.J, 3.K, 3.L, 3.M, 3.N, and 3.0 are examples of articles explaining what Accessibility's and how it's used for people with disabilities. Also, these articles are also examples of how The Mayo Clinic launched Apple Health Records Integration on iPhone. EXHIBITS 3.T, 3.U,
3.V, 3.W, 3.X, 3.Y, 3.Z, 4.A, 4.B, and 4.C is a copy of instructions from The Apple Corporation Website titles "Running your App in Simulator or on a device." This is another example of how The Plaintiff's device is being used illegally without her consent for Human Trafficking. Since The Plaintiff in

this case was the witness to/in the fraudulent criminal cases and the person who had power of attorney to turn in evidence like the evidence she turned in of his medical prescription and all the rest of his evidence she turned on his behalf. It also states on this OCR memo that: Individuals with Opioid use disorders maybe protected by non - discrimination laws enforced by The U.S. Department of Health and Human Services, Office Of Civil Rights. Since demonic criminal racist (demon nerds) doctors illegally wrote in The Plaintiffs medical records while she was pregnant that shes their patient and matched dates of her pregnancy delivery date in these same illegal fraudulent medical records. The Plaintiff and her family were unconstitutionally human trafficked/pimped out by The U.S. Government gauged under forms of medical research without her consent. In all actuality, it's subjecting Innocent Americans against their own wills to torture while U.S. Government Employee's get paid off of THE PAWN/THE REAL VICTIMS. U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (Which is a lie, The Plaintiff has never been to this Doctor to be his patient for him to prescribe her anything.) which illegally subjected The Plaintiff and her family to the U.S. Brain Initiative clinical research. So, The Plaintiff Domestic partner was charged illegally with his own legal prescription and The Plaintiff in this case medical notes were illegally tampered with so that a doctor that she has never been to could place false medical notes in her medical history to make it appear as if he prescribed her opioids as well. The U.S. Brain Initiative Clinical Research Program through The National Institute on Drug Abuse (NIDA) ALL OF THE Defendants Illegally obtain Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff and her family to be placed in The U.S. Brain

Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Black American Plaintiff in this case that witnessed obstruction by federal officials that blatantly obstructed the criminal judicial process, U.S. Government Employees running courts, police departments, federal and state agencies as if The Constitution doesn't exist. This was the ultimate retaliation federal crime carried out and orchestrated by The U.S. Government Employees and Private Companies Involved to save a White Wealthy Family, Criminal USPS Employees, Criminal Eleventh Judicial Florida Criminal Clerk of Court Employees, Criminal Attorney's for The State of and Private Attorneys, Criminal Judges, Criminal (demon nerd) Doctors, DEA Agents, Criminal FBI Agents, Criminal Police Departments Officers), and Criminal Federal Department Employees whom The Plaintiff and her family did complaints on with the evidence to prove it. They ALL COLLUDED TOGETHER TO SAVE EACH OTHER FROM JAIL AND TO SAVE EACH OTHERS' JOB/PENSIONS.

13. IN THE PLAINTIFF THE PRO SE' PLAINTIFFS NOTICE OF SUBMISSION OF DOCUMENTS FOR THE PRO SE' PLAINTIFF RESPONSE TO ORDER TO SHOW CAUSE EXTRA EXHIBITS and THE PRO SE' PLAINTIFF OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No: l:22-CV-3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff's evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff' s Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid- 19 pandemic does in fact participate in Clinical Trials. Their clinical Trials consist of: Adult oncology, adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more.

These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also, in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data , Permanent Revocation of HIPAA Authorization , Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021, to U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022, U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS , Permanent Revocation Of Authorizations to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Emailed to U. S . Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency for Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organization's, Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary

injunction on October 11, 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.M are copies of a Switzerland Article about 5G testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent STILL TIL THIS VERY DAY. The Plaintiff underlined the and pointed out the Private Companies and Federal Agencies that are illegally involved in these Constitutional Violations against the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench

running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff's consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiff's private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https: //www.iCloud.com/notes/096A_-0PSqizXwFzRnl985-A#December_30, _2022 this OPS also matches a title under exhibits 6.Munder Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE' PLAINTIFFS COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon nerd LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS, FOREIGN COUNTRIES PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, MURDERING THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST. ILLEGAL RESEARCH WITHOUT THE PLAINTIFFS CONSENT WAS USED AS A WEAPON AGAINST THE PLAINTIFFS TO ATTEMPT

TO STOP THE PRO SE' PLAINTIFFS LAWSUITS. THIS PROVES FRAUD ON THE COURTS, HUMAN TRAFFICKING, AND MURDER ATTEMPTS TO GET OUT OF BEING LIABLE BY THE DEFENDANTS. NO ONE (LITERALLY NO ONE) WAS GOING TO HELP THE PLAINTIFFS BECAUSE THEY ALL WANTED TO ATTEMPT TO KEEP THE PLAINTIFFS IN THE BLIND AND RECEIVE FINANCIAL COMPENSATION FROM THE DEFENDANTS SO THAT THE AMERICAN PUBLIC WOULD'VE NEVER KNOWN WHAT HAPPENED TO THE PLAINTIFFS. A COVER UP TO COVER A COVER UP TO COVER UP FOR ANOTHER COVER UP. THE DEFENDANTS LITERALLY HAVE NO CREDIBILITY AT ALL, THE DEFENDANTS WERE ALSO ENVIOUS AND JEALOUS THAT ALL OF THEIR MURDER ATTEMPTS FAILED (AFTER ALL THE PEOPLE THAT THEY PAID WHO WAS SUPPOSED TO HAVE HUGE PUBLIC INFLUENCE TO ATTEMPT TO STOP THE PLAINTIFFS FROM FILING LAWSUITS FAILED) AND THAT THE BLACK AFRICAN AMERICAN PLAINTIFFS STILL FILED LAWSUITS TO SAVE THE LIVES OF DAUGHTER AND HER SELF. THE PLAINTIFFS HAD NO CHOICE IN ORDER TO ATTEMPT TO STOP THE DEFENDANTS FROM ATTEMPTING TO TAKE THEIR LIVES GAUGING IT UNDER SO CALLED SCIENTIFIC RESEARCH USED AS A WEAPON TO ATTEMPT TO NOT GET EXPOSED FROM THEIR EXTREMELY DANGEROUS WAR CRIME HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. THE PLAINTIFFS WILL NEVER TRUST ANYONE THAT WORKS WITH OR IN GOVERNMENT AFTER WHAT HAS CONTINUOUSLY HAPPENED TO HER AND HER FAMILY SINCE YEAR 2019 BY THE DEFENDANTS. THE PLAINTIFFS WILL NOT KEEP THE DEFENDANTS' SECRETS NOR DOES THE PLAINTIFFS WORK FOR THE U.S. GOVERNMENT. THE DEFENDANTS ARE AND HAVE BEEN EXTREMELY LOYAL TO THEMSELVES, THE PLAINTIFFS UNDERSTAND THIS NOW. ONE HUGE RICO HUMAN TRAFFICKING RING THAT DIDN'T CARE ABOUT THE BLACK AFRICAN AMERICAN PLAINTIFFS' LIVES ON AMERICAN SOIL. THE FACT THAT THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN AND PRO SE' IS ONE OF THE BIGGEST REASONS WHY THE DEFENDANTS DIDN'T WANT THE AMERICAN PUBLIC TO KNOW THE BLACK AFRICAN AMERICAN PLAINTIFFS CAUGHT ALL OF THE DEFENDANTS. THE DEFENDANTS AREN'T UNTOUCHABLE AND EXEMPT NO MATTER HOW MANY MILLIONS OF DOLLARS THEY PAID OUT TO ATTEMPT TO GET RID

OF THE PLAINTIFFS. OUR COUNTRY ISN'T UNDER A DICTATORSHIP AND THE DEFENDANTS CAN'T DO WHAT THEY WANT TO DO, WHAT HAS HAPPENED TO THE PLAINTIFFS IS ILLEGAL AND AGAINST THE PLAINTIFFS' CONSTITUTIONAL RIGHTS.

14.      There is Another Brittany L Mason who works for University of Texas Southwestern Medical Center UT Southwestern· Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittany Mason-Mah listed below on number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanism's, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center. 20. There is Another Dr. Brittany Mason but her name is Dr. Brittany Mason-Mah and she works for The NIH U.S. Government Federal Department. Biography Division: Division of AIDS, Behavioral and Population Sciences - DABP Review Branch: Bio behavioral Processes - BP Study Section: Bio behavioral Mechanisms of Emotion, Stress and Health MESH. Dr. Brittany Mason-Mah received her Ph.D. in psychiatry from King's College London, working in both the Institute of Psychiatry and the Institute of Pharmaceutical Science, with an emphasis on physiology and blood- brain barrier regulation. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center, gaining experience in food reward neurocircuitry and pathophysiology of mental illnesses, primarily Major Depressive Disorder. Her translational research

work includes animal models of behavior, transgenic techniques, pharmaceutical interventions, and gut microbiome interactions. She led blood-based biomarker work on multisite clinical trial teams for both National Institute of Mental Health and National Institute of Drug Abuse funded projects. Prior to joining CSR, she was an assistant professor of psychiatry and the National Project Director of a Clinical Trials Network (CTN) - NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co- use. Division of AIDS, Behavioral and Population Sciences (DABP) DABP encompasses 5 Review Branches focused on AIDS research, bio behavioral processes, healthcare delivery, epidemiology, and health behavior. Bio behavioral Processes Review Branch: The Bio behavioral Processes (BP) Review Branch considers applications on bio behavioral and behavioral processes across the lifespan as related to higher cognitive functions, mental and physical health, and psychological and physical disorders. Research on animals as well as humans is included, both normal and disordered processes are addressed, and observational, clinical and experimental studies are included. While the focus is predominantly on behavior, studies may also consider related central, autonomic, neuroendocrine, immune, neural, hormonal, motor, and genetic factors. Bio-behavioral Mechanisms of Emotion, Stress and Health Study Section: The Mechanisms of Emotion, Stress and Health study section reviews applications on the interactions of psychological stress and emotion states with physical and mental illness and health across the lifespan; a particular emphasis is on the meditational role of stress- and emotion-responsive biological systems. In addition, MESH covers clinical studies relating to the interaction of normative and disordered sleep and circadian rhythms with physical and mental health outcomes. Most studies are laboratory-based, but observational or clinical studies with a major focus on stress and other biological measures are included. MESH primarily reviews human studies, although related animal studies can be assigned to MESH. The List of Reviewers lists all present, whether standing members or temporary, to provide the full scope of expertise present on that date. Lists are posted 30 days before the meeting and are tentative, pending any last-minute changes. Relationships of affect, emotion, and/or

psychological stress with normative and disordered psychological and physical health across the lifespan, in human and animal models. Clinical studies of sleep and circadian rhythm focusing on behavioral output and interactions of normal and disordered sleep and circadian rhythms with physical and mental health and illness in humans Examination of individual, situational, environmental, or physiological factors that affect stress reactivity, coping and resilience. Effects of stress reduction interventions on physical and mental health and use of complementary/alternative approaches, including tai chi, yoga, acupuncture and mindfulness, when stress - responsive biological systems are interrogated and stress mechanisms are postulated as mediators. Subjective emotional states, emotional expression, regulation and measurement of emotion and mood; measurement and perception of stress. Adult Psychopathology and Disorders of Aging [APDA] : applications that focus on adult psychopathology can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, Stress and Health (MESH) have shared interests in sleep studies and their effects on health promotion. Applications that emphasize sleep that contributes to

health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Adult Psychopathology and Disorders of Aging [APDA]: applications that focus on adult psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, (MESH) have shared interests in sleep studies and promotion. Applications that emphasize sleep that Stress and Health their effect on health contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Applications that focus on the interactions of sleep as an exposure related to physical and mental illness and health from a biological and mechanistic perspective, mostly using laboratory- based studies, are reviewed in MESH. Applications that use a population- based approach to studying sleep as an exposure that affects health outcomes or sleep as

a health outcome in human subpopulations from a more behavioral perspective are reviewed in LHB. Child Psychopathology and Developmental Disabilities [CPDD] : Applications involving child developmental disorders are reviewed in CPDD. Applications that focus on prenatal-origin or childhood stress in the context of child psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Behavioral Neuroendocrinology, Neuroimmunology, Rhythms, and Sleep (BNRS): animal stress models that focus predominantly on the neuroendocrine or neuroimmune mechanisms of stress or animal models of circadian rhythms and sleep, and basic mechanisms of human circadian and sleep regulation, are reviewed in BNRS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Applications that involve mechanisms of psychopathology can be reviewed in MESH if there is strong conceptualization of stress and stress mechanisms. Last updated: 01/23/2023 05 :10 Psychosocial Development, Risk and Prevention [PDRP]: applications focused on risk and protective factors and interventions related to socioemotional development and emotional regulation strategies are reviewed in PDRP. Applications that focus on prenatal- origin, childhood, or familial stress in the context of risk, child development, or child emotion regulation can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Social Psychology and Interpersonal Processes [SPIP]: applications that focus on social sources of stress and social factors that influence emotion and self- regulation are reviewed in SPIP; MESH emphasizes the biological aspects of emotion regulation and the response to stress. There are shared interests in stress exposures with Social and Environmental Determinants of Health (SEDH). Applications that take a mostly laboratory-based approach to understanding the biological mechanisms underlying the association

between stress and biological outcomes in humans are reviewed in MESH. Applications that emphasize stress as a social determinant of health and its association with biological health outcomes in human subpopulations are reviewed in SEDH. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation Human Trafficking performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Listed above under number seventeen is a Brittany L Mason who works for University of Texas Southwestern Medical Center I UT Southwestern in the Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittney Mason-Mah was an assistant professor of psychiatry and the National Project Director of Clinical Trials Network (CTN) -NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co-use. Doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Florida wrote false medical medical notes/records in The Plaintiff's medical notes/records that he's been prescribing Julia M Robinson Amphetamine and Oxycodone (Opioids) since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020, Julia M Robinson was NEVER this doctors patient, THIS IS A LIE. The Plaintiffs domestic partner Kristian J Hall was also fraudulently/illegally charged with his own pain medication in The State of Florida by This State on July 8, 2019. This was done to discredit the then witness Black African American Julia M Robinson who also had Power of Attorney over Kristian J Hall to turn in evidence on his behalf while he was representing himself (Pro Se') in his Fraudulent Criminal Cases. This was also done to make them both (Julia M. Robinson and Kristian J. Hall) appear as if they had

substance abuse issues as to what the then alleged victim in Kristian J. Halls fraudulent Florida Criminal cases actually has/had at that time. This was also done to enhance the fraudulent charges that Kristian J. Hall was illegally charged for under his own pain medication to get Kristian J Hall illegally jailed at that time. So therefore criminal professionals attorneys, doctors, hospitals, universities/colleges, private companies, U.S. Government Employees, and Other paid government informants Americans got PAID to further assault and harass The Plaintiffs, The Plaintiff Family, Kristian J. Hall, his witnesses, and his family through ENVIRONMENTAL/MEDICAL, INVOLUNTARY SERVITUDE, HUMAN TRAFFICKING/SLAVERY ILLEGAL AND UNCONSTITUTIONAL GAUGED UNDER SO CALLED RESEARCH USED A WEAPON without their consent until present day desperately attempting to control the outcome of The Plaintiff and her Family' s civil cases. This is a perfect example of Systemic Racism, Kristian J Hall witness who helped him turn in legal documents and affidavits for his fraudulent Pro Se' criminal cases is a Black African American. The State of Florida didn't want to EXCEPT the WHOLE TRUTH from A Black African American Woman that was/is in a lifelong relationship with a White Caucasian American Male. The State of Florida had foolish pride/egos and was willing to risk their careers/reputations to attempt to withhold the WHOLE TRUTH for a white woman whom literally admitted she LIED on Kristian J Hall. The Plaintiff in this case also signed petitions against The NIH Federal Department and this is also a form of unconstitutional religious discrimination and retaliation. This was a huge political RACIST FAVOR to COVER UP FOR THE ENTIRE STATE OF FLORIDA, THE PREVIOUS PRESIDENTIAL ADMINISTRATION, THE DEFENDANTS, and ALL CRIMINALS INVOLVED. THE PLAINTIFF DID WRITE THE PREVIOUS PRESIDENTIAL ADMINISTRATIONS DOJ THAT WAS RAN BY WILLIAM BARR. THE STATE OF FLORIDA HAS PAID MONEY TO INFORMANTS FOR YEARS TO ATTEMPT TO DISCREDIT THE PLAINTIFFS AND TO P.R. CAMPAIGN FOR GOVERNOR RON DESANTIS AND CRIMINAL COMPANY TO DESPERATELY SAVE HIS IMAGE FOR HIS PRESIDENTIAL CAMPAIGN. The Plaintiff and her family has also been illegally subjected to without their consent in their residence and in their vehicles dangerous psychiatric disorder (for people that have anxiety,

dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had) clinical trials toxic chemicals/substances/gases/drugs in the form of powders/biochemical compounds/biochemical weapons/molds/and toxic chemicals placed in water inhaled and or absorbed in to the skin on American soil as if The Constitution doesn't exist and as if they are Slaves. Dr. Brittany Mason-Mah listed above under number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so slick and Black Americans weren't paying attention.

15.     The Defendants idea is to desperately make The Plaintiff and her family appear as if they aren't competent and is abusing drugs by use of Air purifiers pumping Electros pray preclinical drugs/nano particles/toxic substances/toxic chemicals/toxic chemical compounds/ gases/vapors while The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated

without their consent as they was/are and have been illegally subjected to being smoked alive just like they did black slaves as a form of torturous punishment for reading. Electro spray is used in some air purifiers. Particulate suspended in air can be charged by aerosol electros pray, manipulated by an electric field, and collected on a grounded electrode. This approach minimizes the production of ozone which is common to other types of air purifiers. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family by The Defendants so that these criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiffs family residence in Palmetto Georgia Fulton / Fayette Counties being listed and used for illegal Medical Research purposes with VEOLIA WATER TECHNOLOGIES AND SOLUTIONS water treatment/pumping/maintenance stations in rural areas of Palmetto Georgia without The Plaintiff and her family's consent.

16.     The Plaintiff never took Genetic Test during that time, or anytime during The Plaintiff's pregnancy with her daughter. The Plaintiff was called several times by Health Care Employee's claiming they work for/with OBGYN Dr. Brittney Mason- Hirner and The Plaintiff told them all NO as The Plaintiff did in person to OBGYN Dr. Brittney MasonHirner every time as well. The Plaintiff told her reasons why she didn't want to to all of those women who called her that " I did my research, and I will not allow them to stick a huge needle in my navel or in my vagina to get my placenta fluid. What if my placenta ruptures? I was not going to do genetic testing and what I said was final." The Plaintiff also signed a form in this (off site Ultrasound Medical Facility) with a believe it was Sunrise Medical Group Ultrasound Imaging 4925 Sheridan St Suite 200 Hollywood, FL 33021-2834 A Do-not- consent Form to having the Genetic Testing done in August of year 2020. The Plaintiff has witnesses from her over the phone conversations and for visits. This was falsely reported, and The Plaintiff was purposely misdiagnosed with diseases she doesn't have to allow these doctors without her consent to get a government medical exemption to place an implant/medical device inside of her and her daughter along with other medical battery crimes. An amniocentesis puts you at risk of miscarrying, or

preterm labor if you are further along in your pregnancy. How are Genetic Test Used? Genetic tests may be used to identify increased risks of health problems, to choose treatments, or to assess responses to treatments. What can I l earn? There are many different types of genetic tests. Genetic tests can help to : Diagnose disease, Identify gene changes that are responsible for an already diagnosed disease, Determine the severity of a disease, Guide doctors in deciding on the best medicine or treatment to use for certain individuals, Identify gene changes that may increase the risk to develop a disease, Identify gene changes that could be passed on to children, Screen newborn babies f or certain treatable conditions, Genetic test results can be hard to understand, however specialists like geneticists and genetic counselors can help explain what results might mean to you and your family. Because genetic testing tells you information about your DNA, which is shared with other family members, sometimes a genetic test result may have implications for blood relatives of the person who had testing. What are the different types tests? Diagnostic testing is used to precisely identify the disease that is making a person ill. The results of a diagnostic test may help you make choices about how to treat or manage your health. Predictive and pre- symptomatic genetic tests are used to find gene changes that increase a person's likelihood of developing diseases. The results of these tests provide you with information about your risk of developing a specific disease. Such information may be useful in decisions about your lifestyle and healthcare. Carrier testing is used to find people who "carry " a change in a gene that is linked to disease. Carriers may show no signs of the disease; however, they have the ability to pass on the gene change to their children, who may develop the disease or become carriers themselves. Some diseases require a gene change to be inherited from both parents for the disease to occur. This type of testing usually is offered to people who have a family history of a specific inherited disease or who belong to certain ethnic groups that have a higher risk of specific inherited diseases. Prenatal testing is offered during pregnancy to help identify fetuses that have certain diseases. Newborn screening is used to test babies one or two days after birth to find out if they have certain diseases known to cause problems with health and development. Pharmacy genomic testing gives information about how certain medicines are processed by an

individual's body. This type of testing can help your healthcare provider choose the medicines that work best with your genetic makeup. Research genetic testing is used to learn more about the contributions of genes to health and to disease. Sometimes the results may not be directly helpful to participants, but they may benefit others by helping researchers expand their understanding of the human body, health, and disease. References: www.ncbi.nib.nih.gov

17.     OBGYN Dr. Brittney Mason-Hirner gave The Plaintiff a document at her office that had her name on it with test results stating that The Plaintiff has Gaucher's disease, and this is a LIE. THE PLAINTIFF NEVER DID GENETIC TESTING, and she doesn't have this disease, this was a COVER UP for The Defendants not to be LIABLE. Gaucher disease (/goo'JeI/) (GD) is a genetic disorder in which glucocerebroside (a sphingolipid also known as glucosylceramide) accumulates in cells and certain organs. The disorder is characterized by bruising, fatigue, anemia, low blood platelet count and enlargement of the liver and spleen and is caused by a hereditary deficiency of the enzyme glucocerebrosidase (also known as glucosylceramidase), which acts on glucocerebroside. When the enzyme is defective, glucocerebroside accumulates, particularly in white blood cells and especially in macrophages (mononuclear leukocytes). Glucocerebroside can collect in the spleen, liver, kidneys, lungs, brain, and bone marrow. Manifestations may include enlarged spleen and liver, liver malfunction, skeletal disorders or bone lesions that may be painful, severe neurological complications, swelling of lymph nodes and (occasionally) adjacent joints, distended abdomen, a brownish tint to the skin, anemia, low blood platelet count, and yellow fatty deposits on the white of the eye (sclera). Persons seriously affected may also be more susceptible to infection. Some forms of Gaucher's disease may be treated with enzyme replacement therapy. The disease is caused by a recessive mutation in the GBA gene located on chromosome 1 and affects both males and females. About one in 100 people in the United States are carriers of the most common type of Gaucher disease. The carrier rate among Ashkenazi Jews is 8.9% while the birth incidence is one in 450. Gaucher's disease is the most common of the lysosomal storage diseases. It is a form of sphingolipidosis (a subgroup of lysosomal storage diseases),

as it involves dysfunctional metabolism of sphingolipids. The disease is named after the French physician Philippe Gaucher, who originally described it in 1882. Hypersplenism and pancytopenia, the rapid and premature destruction of blood cells, leads to anemia, neutropenia, leukopenia, and thrombocytopenia (with an increased risk of infection and bleeding). Cirrhosis of the liver is rare. Severe pain associated with joints and bones occurs, frequently presenting in hips and knees. Neurological symptoms occur only in some types of Gaucher's (see below): Type I: impaired olfaction and cognition Type II: serious convulsions, hypertonia, intellectual disability, and apnea Type III: muscle twitches known as myoclonus, convulsions, dementia, and ocular muscle apraxia. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Osteoporosis: 75%of patients develop visible bony abnormalities due to the accumulated glucosylceramide. A deformity of the distal femur in the shape of an Erlenmeyer flask is commonly described. Yellowish-brown skin pigmentation the three types of Gaucher's disease are autosomal recessive. Both parents must be carriers for a child to be affected. If both parents are carriers, the chance of the disease is one in four, or 25%, with each pregnancy for an affected child. Genetic counseling and genetic testing are recommended for families who may be carriers of mutations. Each type has been linked to particular mutations. In all, about 80 known GBA gene mutations are grouped into three main types: Type I (N370S homozygote) , the most common, also called the "non- neuropathic" type occurs mainly in Ashkenazi Jews, at 100 times the occurrence in the general populace. The median age at diagnosis is 28 years of age, and life expectancy is mildly decreased. Type II (one or two alleles L444P) is characterized by neurological problems in small children. The enzyme is hardly released into the lysosomes. Prognosis is poor: most die before the age of three. Type III (also one or two copies of L444P, possibly delayed by protective polymorphisms) occurs in Swedish patients from the Norrbotten region. This group develops the disease somewhat later, but most die before their 30th birthday. The Gaucher-causing mutations may have entered the Ashkenazi Jewish gene pool in the early Middle Ages (48-55 generations ago). Parkinson's disease is recognized as being more common in

Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiffs medical through through (NINOS) Miramar documents by stating she tested positive for Gaucher's disease false genetic test under U.S. Brain Initiative clinical research The National Institute of Neurological Disorders and Stroke and by doctor Yoel A Hernandez Rodriguez at Memorial Hostpital Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (WHICH IS A LIE, THE PLAINTIFF HAS NEVER BEEN TO THIS DOCTOR TO BE HIS PATIENT FOR HIM TO PRESCRIBE HER ANYTHING) which subjected The Plaintiff illegally to the U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants Illegally obtain an Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiffs daughter and herself to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Plaintiffs skin color, THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN WHO LITERALLY CAUGHT THE WHITE RACIST HUMAN TRAFFICKING DEFENDANTS COVERING UP FOR EACH OTHERS POLITICAL CAREERS. THE DEFENDANTS SPENT YEARS DESPERATELY TRYING TO MAKE THE PLAINTIFFS DEVELOP DEADLY DEBILITATING DISEASE THROUGH ILLEGAL RESEARCH USED AS A WEAPON (THE DEFENDANTS HAVE LITERALLY ATTEMPTED GENOCIDE) TO ILLEGALLY FIT EXEMPTIONS FOR THEIR HUMAN TRAFFICKING CRIMES COMMITTED PRIOR TO THIS LAWSUIT TO FURTHER COVER UP FOR EACH OTHER. THE PLAINTIFF WILL NEVER FORGIVE ALL

INVOLVED AND THE PLAINTIFFS WILL FILE EVERYTHING THEY
NEED TO TO GET JUSTICE FOR WHAT WAS DONE TO THEM.

17.    The Plaintiff domestic partner and herself went to Memorial
Hospital BASIS Miramar 1901 SW 172 Ave Miramar Fl 33029 on
November 25, 2020, night because The Plaintiff was having
contractions. The Plaintiff decided to get an epidural for pain
while in labor. The anesthesiologists placed the needle in The
Plaintiff's back twice, the first time The Plaintiff told her it was
hurting extremely bad (The Plaintiff was in tears). This
anesthesiologist/doctor told The Plaintiff she had to try for a
second time because the needle that delivers the medication
wasn't placed properly in The Plaintiff spine. During this time The
Plaintiff also told the nurse that she was going to keep her
placenta, that's why The Plaintiff chose this doctors office through
her insurance at that time because The Plaintiff knew this
particular hospital allowed patients to take their placentas after
the patients signed for it. The Plaintiff also told OBGYN Dr.
Brittney Mason- Hirner on several occasions during The Plaintiff's
doctors visits that she was taking her placenta. The Plaintiff was
also put on a high dose of antibiotics that was put in her IV. This
was done to kill the same parasites/or heal sickness/or heal
illness The Plaintiff had been complaining to the Doctor's about
since she started treating with her. This was an attempt to clean
up the issues after the fact to hopefully not pass whatever it was
(The real illness that was concealed from The Plaintiff) from The
Plaintiff to her daughter. The Plaintiff's test results and Hospital
records, a lot of information was missing and test result
information wasn't written incorrectly or not there at all, It was as
if this doctor was purposely trying to conceal what The Plaintiff
was attacked/assaulted with (poisons/toxins/biochemical
weapons) in October 2019 as to her and her office at that time
were all informed by The Plaintiff. The Plaintiff's daughter was
delivered by OBGYN Dr. Brittney Mason-Hirner and one of the
nurses, The Plaintiff's domestic partner, and herself took pictures
and recordings of the birth of their daughter on our devices. After
The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-

Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff never consented to sharing her daughter's and herself DNA for scientific experiments or for blood banking with any private company, government, Jane Does and John Does or doctors. The Plaintiff told this doctor she didn't want them to keep her core blood. The Plaintiff also asked her why it was taking so long with her stitching her up. The Plaintiff did feel pressure from her pulling the thread and tying it. This is when OBGYN Dr. Brittney Mason-Hirner put a foreign object/ RFID/ implant/ medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio- frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason- Hirner act ed intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff can feel electrical charges/vibrations/burning/ stinging everyday from this foreign object/ RFID/ implant/ medical device. The medical device was placed in The Plaintiff's private area, now why would This doctor strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate The Plaintiff as to in her domestic partners fraudulent criminal case The Plaintiff spoke about sexual relations in her sworn statements and in the past The Plaintiff had an exotic dancer license that can be looked up by anyone because she had to go through a Florida government department to obtain it. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, human trafficking, against The Plaintiff's human and civil rights, and a Public Lynching. The Plaintiff domestic partner and herself can both physically feel this medical device under her skin/tissue. The Plaintiff also has ultrasound and X-ray evidence of this medical device. The Plaintiff's daughter's bilirubin was Extremely High after she was born which is a side effect from a parasitic infection and vaccines. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to

metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red-blood-cell lysis byproducts via the kidneys. Fever of 40. 5 °c (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff's domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurses try to bully The Plaintiff and her family and keep her placenta that came out of The Plaintiff's body which she had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff's medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud/human trafficking/medical battery/demonic group initiation crimes, and to further cover up for all of The Defendants (U.S. Government Employee ' s and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff's medical documents by falsely stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants all involved illegally obtained a

Emergency Use of Investigational Drugs or Devices Exemptions. The patient has a life- threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff's daughter and herself to be placed in The U.S. Brain Initiative Research Program, or any clinical research trials, and research testing without informed consent.

18.   The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous female mutilation just like they did black slaves as a form of punishment for reading. The Plaintiff's daughter was delivered on November 26, 2020, by OBGYN Dr. Brittney Mason- Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on their electronic device. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff NEVER CONSENTED TO sharing her daughter and herself DNA for scientific experiments or for blood banking with any private company, government, entity, or doctor. The Plaintiff told her (Dr. Brittney Mason) she didn't want them to keep her core blood. The Plaintiff also asked her (Dr. Brittney Mason) why was it taking so long with her stitching her up. The Plaintiff did feel pressure from her (Dr. Brittney Mason) pulling the thread and tying it. This is when OBGYN Dr. Britt ney Mason-Hirner put a foreign object/ RFID/implant/medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio-frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr.

Brittney Mason-Hirner acted intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff feels electrical charges/vibrations/burning/stinging everyday from this foreign object/RFID/implant/medical device. The medical device was placed in The Plaintiff's private area, now why would Dr. Brittney Mason strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate her as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past and The Plaintiff had an exotic dancer license that she obtained from The State of Floridas Government Department that anyone can see. The Defendants also watched The Plaintiff online through her and her domestic partners electronic devices during intimate moments between The Plaintiff and her domestic partners private intimate moments. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, involuntary servitude/human trafficking/slavery, against my human and civil rights, and a Public Lynching. The Plaintiffs domestic partner and herself can both physically feel this device under The Plaintiff's skin/tissue. The Plaintiff also have ultrasound and X-ray evidence of these medical devices. The Plaintiff daughter bilirubin was Extremely High after she was born which is a side effect from a parasitic infection. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red- blood- cell lysis byproducts via the kidneys. Fever of 40. 5 °C (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that   "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff domestic partner then took the

placenta out of the hospital for safe keeping for their family. Now why would that nurse try to bully The Plaintiff's family and keep her placenta that came out of The Plaintiff's body which The Plaintiff had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff ' s medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud human trafficking crimes, and to further cover up for all of the The Defendants in all of the Plaintiff's Civil Cases (U.S. Government Employee 's and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, The Plaintiff's family, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff medical documents/records by stating The Plaintiff tested positive for Gaucher's disease through false genetic test through private companies and under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25 , 2020 under U.S . Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff daughter and

herself to be placed in The U.S. Brain Initiative Research Program or any Government/Entity/or Private Company Research Program. This had everything to do with the color of The Plaintiff's skin. The Plaintiff is a Black African American born in The United States of America. These human trafficking crimes happened to The Plaintiff and her daughter on American Soil.

19.    The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous branding just like they did black slaves as a form of punishment for reading.

20.    Dr. Mariana Danet came in The Plaintiff's room (The Second Room for recovery) unannounced; The Plaintiff discovered her name from her medical records from this hospital. The Plaintiff never consented to a psychiatric evaluation, Dr. Mariana Danet and Dr. Brittney Mason both wrote false notes on The Plaintiff's records. Dr. Brittney Mason was the initiator who decided without The Plaintiff's consent to have this human (Dr. Mariana Danet) come into her room right after she had her daughter. Having a child is supposed to be a Joyful occasion, they ruined that moment for The Plaintiff and her family. This was also HIPPA Violations: Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI, when no longer required The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access

logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information.

21.   The Plaintiff was administered a nerve blocking medication (called Gabapentin), after The Plaintiff delivered her baby naturally and was advised this would assist with the discomfort/pain that she was experiencing due to her just giving a natural birth and having to be stitched up etc. The Plaintiff and her family advised the Doctors and staff right away that the medication made her feel very ill when it was administered and was advised that the ill feeling would go away but it never did. The Plaintiff was transferred to the mother/ Baby Maternity ward, where she continued to feel ill and once the medication wore off the intense pain would then return and then the charge nurse would administer gabapentin again which (The Plaintiff's domestic partner and herself) both raised concerns about this several times. Due to every time this medication was administered to The Plaintiff it made The Plaintiff's blood pressure spike and she would feel ill all over again. The Plaintiff's domestic partner and herself were told by the (Dr.'s) OB/ GYN and the Dr.'s at the hospital that her high blood pressure was due to the pain that she was currently experiencing due to the birth and stitches. The Plaintiff and her family advised them that when the medicine wore off The Plaintiff's blood pressure returns to normal and that she was still in pain. The Plaintiff never had a medical issue and or any history of high blood pressure, so this was very alarming to them both. They continued to administer the Gabapentin even after The Plaintiff and her family raised concerns repeatedly. Why would the Doctors at Memorial Hospital Miramar 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020 prescribe The Plaintiff gabapentin if they were trying to Marchman Act The Plaintiff for an alleged drug addiction/problem per Hospital notes/false records from November year 2020? If OBGYN Dr. Brittney Mason-Hirner believed The Plaintiff had a real drug

addiction, why would she standby and allow this hospital to give The Plaintiff Gabapentin? OBGYN Dr. Brittney Mason- Hirner goal was to induce a artificial aggression and hyperactivity from The Plaintiff so that she could be Baker Acted for the All of The Defendants and Private Companies involved so that The Plaintiff's baby could be taken away by DCF and so that The Plaintiff could possibly be raped, threaten, intimidated, for them to continue ILLEGAL NON - CONSENSUAL UNETHICAL WITHOUT INFORMED CONSENT/WITHOUT CONSENT HUMAN EXPERIMENTATION CLINICAL TRIAL TESTING/RESEARCH (on The Plaintiff and her baby), and for The Plaintiff to be possibly murdered. The Plaintiff was and still is a witness who done sworn statements, turned in admissible evidence to U.S. Government Entities, and filed legal complaints/ legal reports regarding U.S. Government Employees committing crimes against her domestic partner and herself. Clearly OBGYN Dr. Brittney Mason-Hirner was in it for the GRAFT AND POLITICAL FAVORS, either this was a political favor of the ALL OF THE DEFENDANTS (U.S. Government) because The Plaintiff did write the DOJ along with other government agencies and The Plaintiff did check the Box Yes they could have access to her medical records thinking that this would help them see that The Plaintiff was mentally stable. Instead, The Plaintiff checking that box (It was a setup in the event the U.S. Government is Guilty Of War Crimes committed against an American which The Plaintiff had no idea it would be used against her medically. They illegally use Americans medical records to perform life threatening illegal medical battery and assault, non- consensual human without informed consent experimentation, and illegal preclinical trials by double agent doctors. Americans also are harassed by bad actor off duty cops creepy cowards, ex military creeps , active duty military creeps, FBI agents, FBI informants and other U.S. Government Employees in desperate hopes that you don't FILE A LAWSUIT( IF A BLACK AMERICAN IS ALREADY OPPRESSED WHY WOULD A MAN FROM ANY JOB DO THIS, SO YES IF YOU BULLY and ASSAULT INNOCENT BLACK AFRICAN AMERICANS FOR EXERCISING THEIR CONSTITUTIONAL RIGHTS TO DO COMPLAINTS THOSE ARE CHARACTERISTICS OF A CREEPY BULLY ESPECIALLY IF A MAN IS BULLYING A WOMAN. They

rather for Black Americans die with no proper civil compensation or attempt to illegally admit you into a psychiatric hospital to have all of your civil rights stripped away than for them to pay black Americans Civil Remedies) so that the DOJ and other government agencies could have access to The Plaintiffs medical records allowed them to sabotage and commit crimes at The Plaintiff child's birth, Commit Human rights, Civil rights, Commit Unconstitutional Violations, HIPAA Violations, and War Crime Atrocities. The Plaintiff was absolutely right about what she stated about U.S. Government Employees attacking her with her hard evidence she sent to the DOJ. This was done to discredit The Plaintiff's testimonies/sworn statements. This was days after The Plaintiff gave birth and the nurses came into take her down to get an MRI which alarmed her and her family. The Plaintiff left her domestic partner there with their newborn baby and was taken to Radiology, they both kept telling the nurses the entire time after the birth when that specific medication (Gabapentin) was given that The Plaintiff got an instant migraine headache, and her blood pressure would spike. The Plaintiff was very disoriented and when The Plaintiff was in the Radiology Dept., the Medical Staff saw what was happening to The Plaintiffs face which one side began to sag/droop down, in addition to losing total control of her body and this is when they then called a STROKE ALERT. They gave The Plaintiff an I.V. to flush that medication out of her system and stabilize her blood pressure. All of this could have been avoided if they would have just listened to what The Plaintiff and her family was saying and what The Plaintiff was experiencing. The Plaintiff's Domestic Partner demanded to come down to Radiology from the Maternity unit to see what was going on because he heard the stroke alert come over the intercom almost immediately after The Plaintiff left him and their baby in the room. The nurses in the Maternity ward were extremely reluctant to tell him what had happened to The Plaintiff, The Plaintiff's domestic partner then demanded that they take him to see The Plaintiff immediately. A nurse called down to Radiology and advised them he was demanding to see his wife. A nurse came up from Radiology and advised that he could come to see her, but the baby had to go to the nursery due to the radiation from the MRI

machines. The Plaintiff's domestic partner was weary of this but was torn and wanted to make sure The Plaintiff was ok, so he agreed to let the baby go to the nursery temporarily while He checked on The Plaintiff. This is when the hospital took the illegal unconstitutional evil opportunity to put the quantum dot tattoo chip/ Covid-19 vaccine/ and medical devices in their baby's head and possibly other illegal preclinical trail devices in their daughter without their consent. (Medical Battery and Assault) They put the microchip quantum dot tattoo on The Plaintiff's daughter's private area while she was in the nursery and while The Plaintiff was in the ICU. This was placed in The Plaintiff's daughter's private area as to the something similar was done to The Plaintiff. Now why would these demons strategically place an microchip quantum dot tattoo in The Plaintiff's newborn daughters' private area? Demonic Ritual Abuse) This was done to continue to humiliate The Plaintiff (her mother) and take away her virtuous Christian innocence fresh out of the whom as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past, she had an exotic dancer license. The Plaintiff knew her daughter cried while these evil demons did this to her, The Plaintiff's daughter was raped for science. This is Electronic RAPE, Female genital mutilation, Wartime sexual violence, War crimes, Ritual Abuse, Human trafficking, against The Plaintiff's daughter's human and civil rights, and a Public Lynching. That part of The Plaintiff's daughters' body was purple for a while like a huge insect bite. You could literally see the dots kinda like when your pores are open on skin but all the time in that area. You can literally see lumps on both sides of The Plaintiff's daughters head and her hair is bald in that area. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiff's medical documents by stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS ) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff's medical records from this

hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27 , 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all of The Defendants involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life-threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke).

22.   The Plaintiff was in a car accident in August of 2014, and she visited Memorial West Hospital in Pembroke Pines Fl. This Doctor Yoel A Hernandez Rodriguez MD was not the doctor she saw during this time. The Plaintiff has all the Doctors records she visited for her recovery from that car accident. The Plaintiff thanks God for these doctors and don't wish to involve these ethical practicing doctors. Those doctors during that time after her car accident actually helped her recover from that accident and did nothing wrong. This was obviously a political favor to make The Plaintiff appear as if she had a substance abuse issue. This doctor Yoel A Hernandez Rodriguez was not a doctor that The Plaintiff saw regarding her car accident, and this is a lie regarding this doctor prescribing The Plaintiff those medications since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020. This was an Unauthorized release of PHI to individuals not authorized to receive the information. This was also HIPAA Violations: Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI Failure to terminate access rights to PHI when no longer required The disclosure more PHI than is necessary for a

particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information, Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of Failure to implement safeguards to ensure the confidentiality, integrity and availability of PHI, failure to maintain and monitor PHI access logs, failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information. The Plaintiff did have her son on February 19, 2002, with The State of Floridas Medicaid Health Insurance and I did see a Latino (Male) Doctor OBGYN whose office was in Miami Lakes Florida. The Plaintiff's son was also born at Palmetto Hospital in Hialeah Florida near Miami Lakes Florida. But no, this Latino (Male) OBGYN never prescribed her pain medications or amphetamines. After The Plaintiff's son was born, she took him to another Latino (Doctor) Pediatrician in Miami Lakes and to another pediatric doctor's office after she decided to switch her sons' doctors when he was still a baby. The Plaintiff's daughters' father and domestic partner in July 2019 was falsely accused of something he never did and was illegally and unconstitutionally arrested and kidnapped by U.S. Government Employee's and is still fighting in The Florida Courts for cops illegally charging him with is own prescribed pain medication. The Plaintiff was the witness that turned in the evidence of his prescription and all other evidence. The Plaintiff is a Black American Well Respected, Woman and socialite who just so happened to run her own business. So, this was a way to attempt to discredit The Plaintiffs sworn testimonies by The Defendants and Private Companies involved. The Plaintiff's medical records show the truth, Not judging anyone, but The Plaintiff doesn't smoke, she exercises, she has never had a substance abuse problem, she has never done street drugs, And She never fail a drug test for any job or at her visits to the doctors

during her pregnancies. The Plaintiff is pretty anal about the importance of having over all good healthy habits with her children and herself. These UNETHICAL Double Agent Doctors need to correct The Plaintiff's Medical Records immediately.

23.    The Plaintiff and her family know that hospitals have video surveillance of baby nursery's and throughout the hospital for security reasons. The Plaintiff did see surveillance cameras in the hallways while her and her family were there at Memorial Hospital Miramar Fl. So therefore, the hospital knows who committed medical battery against her and her daughter. The Plaintiff WILL get this footage subpoenaed and she WILL get all of the staff involved disciplinary records for the Federal and Supreme Courts lawsuits. The Plaintiff captured before and after evidence of these medical devices and other medical battery crimes committed by The Defendants. The Plaintiff and her family have been terrorized for trying to get proper medical treatment for her daughter and herself. After The Plaintiff did U.S. Federal Administrative Complaints on all of The Defendants in these crimes and after she found out about these War Crime Atrocities. The Plaintiff and her domestic partner NEVER consented to or authorized for any form of clinical research hazardous hazing harassment by any form of government, or private companies. The Plaintiff will NEVER WORK FOR NEITHER WILL SHE SUBMIT TO any private groups or forms of government, The Plaintiff doesn't need friends in government neither does The Plaintiff want to ever be in a romantic relationship with anyone that works in government EVER. It is a clear and blatantly obsession and jealously over The Plaintiff by The Defendants which is extremely disgusting and pervert like. Overall, this is patient abuse (Ritual Abuse) that happened to The Plaintiff daughter and herself. These doctors wrote false medical notes to purposely make The Plaintiff appear as if she was incompetent, as if she had a drug problem, as if she was dying from Parkinson's Disease, and like her daughter and herself wouldn't remember any of these war crimes so they were willing to arrogantly/narcissistically commit them unfortunately anyways out of retaliation, for political gain, for financial gain, and just to be wannabe evil controlling slave master

beings because The Plaintiff didn't allow The Defendants to break the law in front of her. The Defendants clearly assumed that they were legally untouchable because of them being Medical professionals, legal professionals, U.S. Government Federal Employees, Jane Does, John Does, and Private Companies CoConspirators/ U.S. Government Affiliates and The Plaintiff being a Black American exotic dancer by their blatantly disregard for The Constitution they assumed that she would never have her cases brought to court after years of her being oppressed in the form of attacks, and that The American Public would never know what happened to her and her daughter. These evil civil rights abuses are a clear example of what patient abuse is, It's clear and present that The Plaintiff and her family all have been negatively affected by these war crimes, group initiations, attacks, attempted assassinations, constitutional violations, violence against women, racism, medical battery, medical racism, illegal non- consensual clinical human research experimentation, civil rights violations, jealous obsession with a stranger whom will never be in a relationship with them, sadistic games, and retaliation attacks because The Plaintiff didn't allow The Defendants to break the law in front of her.

24.    The Plaintiff did have at the time of her daughter's birth in November 2020 Humana Medical Plan through The U.S. Government Medicade program. The Centers for Medicare & Medicaid Services (CMS) is a federal agency within the United States Department of Health and Human Services (HHS) that administers the Medicare program and works in partnership with state governments to administer Medicaid, the Children's Health Insurance Program (CHIP), and health insurance portability standards. In January 2021, CMS passed a rule that would cover "breakthrough technology" for four years after they received FDA approval. In September 2021, CMS submitted a proposal to repeal the rule based on safety concerns. The organization who The Plaintiff agreed to allow an investigation to be done on (Memorial Hospital in Miramar Florida and the unethical double agent doctors that participated in these medical battery crimes that unfortunately happened to her daughter and herself) and The U.S.

Government were contacted by this same organization in September 2021 letting them know what happened to The Plaintiff and her daughter. This is why The Centers for Medicare & Medicaid (CMS) submitted a proposal to repeal the rule that would cover "breakthrough technology" based on safety concerns. This so-called safety concern was about what was done to The Plaintiff and her daughter without The Plaintiffs consent. In the State of Florida, it's against the law to perform experimental surgeries without informed consent. The Plaintiff is and was at that time COMPETENT. The Plaintiff also didn't have any genetic testing during her pregnancy. The Plaintiff didn't at that time, nor does she have now, nor did she ever have Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, Or any Drug Abuse problem. The Plaintiff and her newborn daughter weren't medically qualified candidates for a medical exemption for these surgical procedures. Unconstitutionally and illegally experimental surgeries were performed without any regard of getting proper consent from The Plaintiff for her and her daughter. There was no regard for The Plaintiff and her daughter being Americans on American soil. The Plaintiff's were retaliated and medically discriminated against because The Plaintiff's are Black/ African Americans.

25.    Exhibits G1. Through G6. Is a copy of an administrative complaint done through Med Watch and The Food and Drug Administration (FDA) by The Plaintiff Julia M. Robinson. Exhibits G7. Is a copy of an administrative complaint done through CMS complaint Reference number 21-TRA-01843 by The Plaintiff Julia M. Robinson.

26.    Exhibits H1. Through H10. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for York A. Hernandez- Rodriguez through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they

were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

27.    Exhibits H11. Through H21. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson

28.    Exhibits H22. Through H30. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

29.    Exhibits H31. Through H40. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for MD. Mariana Danet through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

30.    Exhibits H41. Through H49. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The

Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for The Plaintiffs daughter Kendall J. Hall.

31.    Exhibits H50. Through H59. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This Complaint is for The Plaintiffs daughter Kendall J. Hall.

32.    At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA / FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #: 8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID #: 8065453 for tracking # EJ684016922US on 12/04/2021.

33.    The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all DEFENDANTS/U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may

be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022 ) While The Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, OHS Agents, Retired Ex- Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee' s/Affiliates, Private Company Research/ILLEGALLY Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of Merrick Garland in His Official Capacity; The United States attorney general (AG) leads the United States Department of Justice, and is the chief law enforcement officer of the federal government of the United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States.

34.    On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employees/affiliates, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/ Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints

and others). The Plaintiff's domestic partner was eating out at Ray's on The River in Atlanta Ga with coworkers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts), this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid . These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners coworkers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never

taken medication for seizures, nor has he ever taken any ant high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would've believed them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiff's and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel (Embassy Suites), toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of

U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent Black African American, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters and 1983 Constitutional violations lawsuits are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties (THE DEFENDANTS) involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primates brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside

of cars, and hotels (in Florida and Georgia) (ATLANTA GA CUMBERLAND HOMEWOOD SUITES by HILTON HOTELS, WEST PALM-BEACH FL EMBASSY SUITES HOTEL, JACKSONVILLE FL EMBASSY SUITES HOTEL AND OTHER HOTELS) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of SUPER lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/ seeing a family physician prior) and pay for X- ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X-rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) coming inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American soil by ALL OF THE DEFENDANTS THAT ARE CLEARLY GUILTY AND COVERING UP FOR THE DEFENDANTS, THE U.S. GOVERNMENT FEDERAL DEPARTMENT HEADS INVOLVED/RESPONSIBLE FOR THEIR EMPLOYEES, THE REPUBLICAN PARTY, GOVERNOR RON DESANTIS, THE ENTIRE STATE OF FLORIDA, THE PRIVATE COMPANIES INVOLVED, THE U.S. GOVERNMENT CIA DOCTORS

INVOLVED, THE PRIVATE COLLEGES AND UNIVERSITIES INVOLVED, AND THE SO CALLED REPUBLICAN PARTY BACKED/SUPPORTED RACIST AND CLOSET RACIST ORGANIZATIONS THAT PRETEND/PRETENDED TO BE THE CIVILIAN HELP. THE PLAINTIFF USED THESE HOTEL COMPANIES WIFI TO CONTACT U.S. GOVERNMENT DEPARTMENTS FOR ADMINISTRATION COMPLAINTS AND TO DO HER RESEARCH FOR HER LAWSUITS, THIS IS DEFINITELY HOW THEY KNEW HER AND HER FAMILIES LOCATIONS. POLITICAL CAREER COVERUPS PAID BY ALL OF THE DEFENDANTS TO DESPERATELY GET RID OF THE PLAINTIFFS, THE PLAINTIFFS FAMILY, AND WITNESSES. 38. The Plaintiff and her family are being discriminated against by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employees/Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid- 19. The Plaintiff literally had a conversation through messenger chat with this Private Company Involved (APPLE INC.) Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware/computer viruses was placed on her and her families' electronic devices so that their

devices wouldn't work properly, and those meetings would be missed. The Florida Senators intentions weren't to actually help The Plaintiffs because The Florida Senator Marco Rubio was over the CIA Committee The Plaintiffs described in this complaint and in past complaints with The Federal Courts. The Florida Senator pretended to help just like everyone else pretended to help and or give false hope with fake fraudulent intentions while they got paid from A LOT OF THE HUMAN TRAFFICKING PIMPS PRIVATE COMPANIES AND THE FEDERAL GOVERNMENT DEPARTMENTS THAT THE PLAINTIFFS ARE SUING IN THIS LAWSUIT. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

35.   The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up t he entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide /caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all

been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts)

36.    The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car was zapping electrical charges/ ED (Electrostatic Discharge: Electrostatic discharge (ESD) is the sudden flow of electricity between two electrically charged objects caused by contact, an electrical short, or dielectric breakdown. A buildup of static electricity can be caused by tribocharging or by electrostatic induction. The ED occurs when differently- charged objects are brought close together or when the dielectric between them breaks down, often creating a visible spark.) to the top of whom ever is driving head every so often. The Plaintiff found her car fuse boxes and her car fuses inside of her car were tampered with. Car fuses were missing in slots (strategically missing from the air conditioning unit parts that properly filter the air and sensor fuses were missing as well so that The Plaintiff wouldn't know when certain functions were not working), incorrect car fuses were placed in incorrect slots (an extremely higher amperage was placed in extremely lower amperage car fuse slots), and car fuses were placed upside-down in fuse slots. The SOS was beeping extremely loud (noise harassment) continuously while her and her family would drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person [1] such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a

desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. ) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix her vehicle.

37.     The Plaintiff' s family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name o f" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rouge U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. The desired outcomes of these torture tactics are to

desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American Citizens are discredited, illegally and unconstitutionally allowing the continuation of domestic-counter-terrorism tactics on 'persons of interest illegally and unconstitutionally by HUMAN TRAFFICKING RACIST U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors on American soil.

38.   The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops at Audi Dealerships. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer (Audi in Germany) about these issues, and nothing has been done. It's almost as if they were told not to properly assist her. The Plaintiff's car isn't supposed to have a active, nor should it have Wi-Fi currently. The Plaintiff's Wi-Fi canceled over six (6) months ago by the cars manufacturer because year of the car. ALL OF THE DEFENDANTS literally installed and or planned/ conspired the installment of a Bluetooth/Wi- Fi router/ 4G-5G/ telephone system/ tracking device equipment that is capable of being controlled and powered remotely, capable of data collection, performing human research test/analysis, surveillance, behavior modification, and many other heinous racist war crime activities unconstitutionally carried out, committed, colluded and conspired by ALL OF THE DEFENDANTS. 43. WHAT IS A PIMP? (1) a criminal who is associated with, usually exerts control over, and lives off the earnings of one or

more prostitutes, (2) to make use of often dishonorably for one's own gain or benefit. ALL OF THE DEFENDANTS was/are still currently making money off of The Plaintiff vehicles data that was stolen and used illegally for weapons testing and data science that The Plaintiff pays for every month WITH ABSOLUTELY NO HELP FINANCIALLY FROM ANY OF THE DEFENDANTs. They are blatantly and arrogantly using The Plaintiff's personal vehicle and The Plaintiff and her family as illegal test subject without regard of The Plaintiffs and her family's health and without The Plaintiffs consent. The Plaintiffs and family are getting enslaved/pimped out/human trafficked by All of The Defendants. This is why no Audi dealers in Florida and in Georgia wanted to assist The Plaintiff and her family regarding the toxins coming in the cabin of the vehicle , random loud beeping in the car cabin while driving, and complaints about feeling sick from being microwave/ zapped/radiation/electrostatic/illegal weapons testing in/on The Plaintiffs car while the car was on and driven. The Plaintiff also went to a T-Mobile Store in Atlanta Georgia at Cumberland Mall, The Plaintiff was assisted by a guy claiming to work for T-mobile with a letter X written on his name tag that The Plaintiff thoroughly questioned about the name X. After The Plaintiff told him she didn't consent to any form of experimentation and being subjected to recordings, X walked away and no one in this store location properly assisted The Plaintiff. This was a huge missing piece of the puzzle, for The Plaintiff to find this device blatantly shows Private Companies colluded with The U.S. Government and piggy backed off of other entities that attempted to take advantage of/exploit victims of crimes. This is extremely disgusting and clearly shows that ALL OF THE DEFENDANTS have no regard for The Plaintiff and her children's health, this is medical racism, this is blatant retaliation from All of The Defendants listed in lawsuits and FTCA Complaint letters sent, this 1983 constitutional violations lawsuit, this is slavery in America, this is human trafficking, this is against The Plaintiff and her children's constitutional rights, this is evil, this is ILLEGAL, and this is human experimentation without The Plaintiffs consent by The Pimp Defendants looking out for each others financial interests and political interests. The Plaintiff is the owner of her vehicle, this is

how ALL THE OF THE DEFENDANTS have been coming inside of her vehicle, and illegally gps tracking her and her family without her consent. Toxins/molds/biochemicals inside of her vehicle placed strategically on surfaces (on seatbelts, stirring wheels, on and inside of her daughter's car seat, on floor mats/car rugs, and in and on vehicle doors and windows). The Plaintiff was turned down/sabotaged/ at several properties she and her domestic partner tried to move into for safety and security, their application monies were kept illegally and they were always told they didn't make enough purposely trying to start pre-orchestrated disputes with the Property Managers/Property Owners for ALL THE DEFENDANTS to have The Plaintiff and her family illegally and unconstitutionally jailed so that The Plaintiff would forfeit her lawsuits against ALL OF THE DEFENDANTS. The Plaintiff and her domestic partner make well over enough to move in those properties, and they were purposely trying to keep them at her family's house where they are pumping torturous toxic chemicals/spraying toxic chemicals/introducing toxic chemicals in this home that has made them all sick on several occasions. In year 2021 The Plaintiff emailed manufacturer for Audi in Germany regarding a lot of attacks and how she was suing The Defendants and that she declined in / did not consent to any form of experimentation, so they knew of the situation and decided to collude with The Defendants and exploit the already exploited victims. The Defendants activated an account through Audi without her consent and further allowed the criminal participants to harass, stalk, assault, and poison The Plaintiff and her family inside of her car. This particular tracking system service is also an emergency service, and first responders can lock and unlock your vehicle with this service activated. The Defendants were in and out of The Plaintiffs car illegally using the excuse of it possibly being for emergency services that The Plaintiff never called for and didn't need. Since 2019 having racist unjust encounters with rogue police officers, obstruction by U. S. Government Employee's blatantly and unconstitutionally obstructed the judiciary processes for The Plaintiff and her family, The Plaintiff doesn't trust anyone that works in and for The U.S. Government. The Plaintiff wouldn't agree/and or give consent for no U.S.

Government Employee or Private Companies Employees pimps to have access to her personal property, NEVER. The Defendants didn't offer to pay for The Plaintiffs car to be paid off so that she could have her titles nor did The Defendants offer to purchase a Private property/HOME out right so that The Plaintiffs could OWN the DEEDS to that property. The Defendants didn't offer foreign currencies or foreign private and commercial properties to The Plaintiffs. The Defendants didn't take The Plaintiffs to the Hermes and Chanel stores to purchase $30,000.00 and $40,000.00 bags or to The Rolex and Cartier Stores/Jewelers to purchase any luxury items that holds its values and or increases its value over time. The Defendants didn't offer to purchase commercial properties/buildings out right and give The Plaintiffs the DEEDS. The Defendants didn't offer The Plaintiffs STOCKS in their private companies. The Defendants didn't offer E-GOLD ACCOUNTS so that The Plaintiffs owned out right GOLD BARS. The Defendants didn't offer to pay The Plaintiffs children college and private school tuition. NONE OF THE DEFENDANTS ACH TRANSFER THE PLAINTIFFS WHAT THEY ARE DEMANDING IN THIS LAWSUIT EVER. THE DEFENDANTS DIDN'T OFFER ANY FORM OF FINANCIAL COMPENSATION AFTER THEY ALL GOT CAUGHT IN THEIR HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. The Defendants didn't want to believe that The Plaintiffs knew their worth. Historically The Defendants are ok with paying off white Americans after they have tortured white Americans on American soil. The Defendants have in fact Human Trafficked The Plaintiffs and caused physical and mental damages. The Defendants actions have shown racial discrimination and systemic racism because The Defendants fork over civil monies to white Americans that have been wronged by them with no problem. The Defendants believe that white Americans deserve any form of justice. The Defendants have a hard time grasping the concept that ALL AMERICANS ARE EQUAL. A wrong is a wrong, and torture is torture, doesn't matter if The Plaintiffs are White or Black. The Plaintiffs in this case are Black African Americans and The Plaintiff ALWAYS KNEW HER WORTH. The Plaintiff doesn't TOLERATE BULLYING FROM ANYONE. THE PLAINTIFF DOESN'T ALLOW PEOPLE/GOVERNMENTS/OR WHOM EVER TO TAKE

ADVANTAGE OF HER AS THE DEFENDANTS ALL DID WITHOUT HER CONSENT WHICH MAKES THEM HUMAN TRAFFICKING PIMPS. The Plaintiff has worked extremely hard in her career to accomplish what she was able to accomplish in the past because again The Plaintiff always knew her WORTH. The Plaintiff has NEVER in her entire life worked extremely hard and after she worked extremely hard for her finances forked her finances over to a PIMP. The Plaintiff has never had a PIMP AND NEVER BEEN PIMPED UNTIL THE PLAINTIFF TOLD THE TRUTH ABOUT WHAT HAPPENED IN FRONT OF HER AS A WITNESS. The Defendants can't just perform surgeries because they are greedy HUMAN TRAFFICKING PIMPS and MAKE MONEY WITHOUT THE CONSENT OF THE BLACK AFRICAN AMERICAN ON AMERICAN SOIL AS THEY DID IN THIS CASE. THE HUMAN TRAFFICKING PIMP DEFENDANTS JUST CAN'T COMPLETELY TAKE CONTROL OVER THE PLAINTIFFS PRIVATE AND RENTAL VEHICLES THAT THE PLAINTIFF PAYS/PAID FOR TO UPLOAD PROGRAMS AND ADD DEVICES THAT COULD'VE GOTTEN THE PLAINTIFFS IN ACCIDENTS FOR DANGEROUS RESEARCH SO THE THAT PIMP DEFENDANTS CAN MAKE MONEY WITHOUT THE PLAINTIFFS CONSENT AS THE DEFENDANTS DID IN THIS CASE. WE DO NOT LIVE IN A DICTATORSHIP. The truth in America doesn't constitute getting PIMPED BY THE SLAVE MASTER WANNABE HUMAN TRAFFICKING PIMP DEFENDANTS as THEY LITERALLY HAVE PIMPED THE PLAINTIFFS IN THIS CASE WHICH IS SLAVERY. WHAT THE DEFENDANTS DID TO THE PLAINTIFFS IN THIS CASE THEY WOULD'VE NEVER TRIED THAT IF THE PLAINTIFFS WERE WHITE AMERICANS. The Human Trafficking device that was illegally installed in The Plaintiffs private Audi Vehicle in this case was literally named 911-SOS-DO NOT DELETE, THATS what appeared on her vehicle MMI menu screen, this was strategically named that so that when The Plaintiff asked a mechanic, she would be told that it was a computer error. The Plaintiff and her family were able to capture for evidence almost all of the attacks from The Defendants, so therefore The Defendants don't have ANY CREDIBILITY. The Plaintiff and her family believe these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates

that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for/consented/authorized for any Apps, by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now, nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi- Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia. Some relatives have had sinus drippings for weeks. It's not illegal to petition our government and the whole

entire world will know what the U.S. Government Employees/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff's family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employees/Affiliate's. The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a later time. The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee's violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder her to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. The Plaintiffs will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? ALL OF THE DEFENDANTS/U.S. Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases, these attacks and attempts literally happened to The Plaintiffs. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her family's lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WERE ABLE TO FILE PAST LAWSUITS AND THIS ONE AGAINST THE UNITED STATES GOVERNMENT FEDERAL DEPARTMENT EMPLOYEES AND

PRIVATE COMPANIES DEFENDANTS. THE PLAINTIFF JOB AS A
PARENT IS TO FIGHT FOR AND PROTECT HER CHILDREN FROM
THE VERY AMERICAN GOVERNMENT THAT COMMITTED CRIMES
AGAINST THE PLAINTIFFS SINCE THE PLAINTIFFS OWN
AMERICAN GOVERNMENT WASN'T WILLING TO PROPERLY
ASSIST HER AND HER DAUGHTER IN THESE MATTERS AND IN
PAST MATTERS THAT THE U.S. GOVERNMENT TRIED TO COVER
UP FOR EACH OTHER AND FOR PRIVATE COMPANIES FOR
FINANCIAL PROFITS. NO ONE IN GOVERNMENT CARED ENOUGH
TO NOT ACCEPT MONEY AND DO THE RIGHT THING. AGAIN, THE
BIGGEST HUMAN TRAFFICKING RICO CRIMINALS ON THE
PLANET EARTH. THE PLAINTIFFS DESERVE FREEDOM FROM
SLAVERY THAT WAS SUPPOSEDLY ABOLISHED IN THIS
COUNTRY THAT IS ALSO ILLEGAL. THE DEFENDANTS EXPOSED
THEMSELVES BY BEING GREEDY HUMAN TRAFFICKING
EXPLOITERS.

39.    THE PLAINTIFF'S DAUGHTER IN THIS CASE IS A MINOR CHILD
(40 MONTHS/THREE (3) YEARS OLD). Rule 5.2. Privacy
Protection for Filings Made with the Court: (a) Redacted Filings.
Unless the court orders otherwise, in an electronic or paper filing
with the court that contains an individual's social-security
number, taxpayer-identification number, or birth date, the name
of an individual known to be a minor, or a financial-account
number, a party or nonparty making the filing may include only:
(1) the last four digits of the social-security number and taxpayer-
identification n·umber; (2) the year of the individual's birth; (3)
the minor's initials; and (4) the last four digits of the financial -
account number . (b) Exemptions from the Redaction
Requirement. The redaction requirement does not apply to the
following: (1) a financial-account number that identifies the
property allegedly subject to forfeiture in a forfeiture proceeding.
(2) the record of an administrative or agency proceeding; (3) the
official record of a state- court proceeding; (4) the record of a
court or tribunal, if that record was not subject to the redaction
requirement when originally filed; (5) a filing covered by Rule
5.2(c) or (d) ; and (6) a prose filing in an action brought under 28
U.S.C. §§2241, 2254, or 2255. (c) Limitations on Remote Access to

Electronic Files; Social- Security Appeals and Immigration Cases. Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows: (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record; (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to: (A) the docket maintained by the court ; and (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record. (d) Filings Made Under Seal. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record. (e) Protective Orders. For good cause, the court may by order in a case: (1) require redaction of additional information; or (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court (f) Option for Additional Unredacted Filing Under Seal. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record. (g) Option for Filing a Reference List. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information. (h) Waiver of Protection of Identifiers. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal. The American Public Deserves to know what The American Government, Private Companies and their perverted racist employees did to The Black African American Plaintiffs, The Plaintiffs family, and witnesses in this case. The Plaintiff was also harassed by The Defendants to desperately attempt to have The Plaintiff work for The U.S. Government so that The U.S. Government would get out of

liabilities against The Plaintiffs (The Plaintiff has proof of this as well). The Plaintiffs don't want this lawsuit filed under a seal.

40.   18 U.S. Code § 3509 - Child victims' and child witnesses' rights : (a) Definitions .-For purposes of this section-(1) the term "adult attendant" means an adult described in subsection (i) who accompanies a child throughout the judicial process for the purpose of providing emotional support; (2) the term "child" means a person who is under the age of 18, who is or is alleged to be- (A) a victim of a crime of physical abuse, sexual abuse, or exploitation ; or (B) a witness to a crime committed against another person; (3) the term "child abuse" means the physical or mental injury, sexual abuse or exploitation, or negligent treatment of a child; (4) the term "physical injury" includes lacerations, fractured bones, burns, internal injuries, severe bruising or serious bodily harm; (5) the term "mental injury" means harm to a child's psychological or intellectual functioning which may be exhibited by severe anxiety, depression, withdrawal or outward aggressive behavior, or a combination of those behaviors, which may be demonstrated by a change in behavior, emotional response, or cognition; (6) the term exploitation" means child pornography or child prostitution; (7) term "multidisciplinary child abuse team" means a professional composed of representatives from health, social service, law enforcement, and legal service agencies to coordinate the assistance needed to handle cases of child abuse ; (8) the term " sexual abuse " includes the employment, use, persuasion, inducement, enticement, or coercion of a child to engage in, or assist another person to engage in, sexually explicit conduct or the rape, molestation, prostitution, or other form of sexual exploitation of children, or incest with children ; (9) the term "sexually explicit conduct" means actual or simulated- (A) sexual intercourse, including sexual contact in the manner of genital-genital, oral-genital, anal-genital, or oral -anal contact, whether between persons of the same or of opposite sex; sexual contact means the intentional touching, either directly or through clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse , humiliate, harass, degrade, or arouse or gratify sexual desire of any person;

(B) bestiality; (C) masturbation; (D) lascivious exhibition of the genitals or pubic area of a person or animal; or (E) sadistic or masochistic abuse; (10) the term "sex crime" means an act of sexual abuse that is a criminal act; ( 11) the term "negligent treatment" means the failure to provide, for reasons other than poverty, adequate food, clothing, shelter, or medical care so as to seriously endanger the physical health of the child; and (12) the term "child abuse" does not include discipline administered by a parent or legal guardian to his or her child provided it is reasonable in manner and moderate in degree and otherwi se does not constitute cruelty. (b) Alternatives to Live In-Court Testimony.- (1) Child' s live testimony by 2- way closed circuit television .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, or a guardian ad litem appointed under subsection (h) may apply for an order that the child's testimo~y be taken in a room outside the courtroom and be televised by 2- way closed circuit television . The person seeking such an order shall apply for such an order at least 7 days before the trial date, unless the court finds on the record that the need for such an order was not reasonably foreseeable. (B) The court may order that the testimony of the child be taken by closed-circuit television as provided in subparagraph (A) if the court finds that the child is unable to testify in open court in the presence of the defendant, for any of the follow i ng reasons : (i) The child is unable to tes t ify because of fear. (ii) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying (iii) The child suffers a mental or other infirmity. (iv) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (C) The court shall support a ruling on t he child' s inability to testify with findings on the record. In determining whether the impact on an individual child of one or more of the factors described in subparagraph (B) is so substantial as to justify an order under subparagraph (A), the court may question the minor in chambers, or at some other comfortable place other than the courtroom, on the record for a reasonable period of time with the child attendant, the prosecutor, the child's attorney, the guardian ad litem, and the defense counsel

present. (D) If the court orders the taking of testimony by television, the attorney for the Government and the attorney for the defendant not including an attorney prose for a party shall be present in a room outside the courtroom with the child and the child shall be subjected to direct and cross-examination. The only other persons who may be permitted in the room with the child during the child' s testimony are- (i) the child' s attorney or guardian ad litem appointed under subsection (h) ; (ii ) persons necessary to operate the closed- circuit television equipment; (iii) a judicial officer, appointed by the court; and (iv) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child, including an adult attendant. The child' s testimony shall be transmitted by closed circuit television into the courtroom for viewing and hearing by the defendant, jury, judge, and public. The defendant shall be provided with the means of private, contemporaneous communication with the defendant' s attorney during the testimony. The closed-circuit television transmission shall relay into the room in which the chi ld is testifying the defendant's image, and the voice of the judge. (2) Videotaped deposition of child .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, the child's parent or legal guardian, or the guardian ad litem appointed under subsection (h) may apply for an order that a deposition be taken of the child's testimony and that the deposition be recorded and preserved on videotape . (B) (i) Upon timely receipt of an application described in subparagraph (A) , the court shall make a preliminary finding regarding whether at the time of trial the child is likely to be unable to testify in open court in the physical presence of the defendant, jury, judge, and public for any of the following reasons: (I) The child will be unable to testify because of fear. (II) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying in open court. (III) The child suffers a mental or other infirmity. (IV) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (ii) If the court finds that the child is likely to be unable to testify in open court for any of the reasons stated in clause (i), the court shall order that the child's deposition be taken

and preserved by videotape. (iii) The trial judge shall preside at the videotape deposition of a child and shall rule on all questions as if at trial. The only other persons who may be permitted to be present at the proceeding are- (I) the attorney for the Government; (II) the attorney for the defendant ; (III) the child's attorney or guardian ad litem appointed under subsection (h); (IV) persons necessary t o operate the videotape equipment; (V) subject to clause (iv), the defendant; and (VI) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child. The defendant shall be afforded the rights applicable to defendants during trial, including the right to an attorney, the right to be confronted with the witness against the defendant, and the right to cross - examine the child. (iv) If the preliminary finding of inability under clause (i) is based on evidence that the child is unable to testify in the physical presence of the defendant, the court may order that the defendant, including a defendant represented prose, be excluded from the room in which the deposition is conducted. If the court orders that the defendant be excluded from the deposition room, the court shall order that 2-way closed circuit television equipment relay the defendant's image into the room in which the child is testifying, and the child's testimony into the room in which the defendant is viewing the proceeding, and that the defendant be provided with a means of private, contemporaneous communication with the defendant's attorney during the deposition. (v) Handling of videotape. - The complete record of the examination of the child, including the image and voices of all persons who in any way participate in the examination, shall be made and preserved on video tape in addition to being stenographically recorded. The videotape shall be transmitted to the clerk of the court in which the action is pending and shall be made available for viewing to the prosecuting attorney, the defendant, and the defendant's attorney during ordinary business hours. (C) If at t he time of trial the court finds that the child is unable to testify as for a reason described in subparagraph (B) (i), the court may admit into evidence the child's videotaped deposition in lieu of the child' s testifying at the trial. The court shall support a ruling under this subparagraph with findings on

the record. (D) Upon timely receipt of notice that new evidence has been discovered after the original videotaping and before or during trial, the court, for good cause shown, may order an additional videotaped deposition. The testimony of the child shall be restricted to the matters specified by the court as the basis for granting the order. (E) In connection with the taking of a videotaped deposition under this paragraph, the court may enter a protective order for the purpose of protecting t he privacy of the child. (F) The videotape of a deposition taken under this paragraph shall be destroyed 5 years after the date on which the trial court entered its judgment, but not before a final judgment is entered on appeal including Supreme Court review. The videotape shall become part of the court record and be kept by the court until it is destroyed. (c) Competency Examinations. - (1) Effect of federal rules of evidence. - Nothing in this subsection shall be construed to abrogate rule 601 of the Federal Rules of Evidence. (2) Presumption. - A child is presumed to be competent. (3) Requirement of written motion. - A competency examination regarding a child witness may be conducted by the court only upon written motion and offer to proof of incompetency by a party. (4) Requirement of compelling reasons. - A competency examination regarding a child may be conducted only if the court determines, on the record, that compelling reasons exist. A child's age alone is not a compelling reason. (5) Persons permitted to be present.-The only persons who may be permitted to be present at a competency examination are- (A) the judge; (B) the attorney for the Government; (C) the attorney for the defendant; (D) a court reporter; and (E) persons whose presence, in the opinion of the court, is necessary to the welfare and well-being of the child, including the child' s attorney, guardian ad litem, or adult attendant. (6) Not before jury. - A competency examination regarding a child witness shall be conducted out of the sight and hearing of a jury. (7) Direct examination of child. - Examination of a child related to competency shall normally be conducted by the court on the basis of questions submitted by the attorney for the Government and the attorney for the defendant including a party acting as an attorney prose. The court may permit an attorney but not a party acting as an attorney prose to examine a child directly

on competency if the court is satisfied that the child will not suffer emotional trauma as a result of the examination. (8) Appropriate questions. - The questions asked at the competency examination of a child shall be appropriate to the age and developmental level of the child, shall not be related to the issues at trial, and shall focus on determining the child's ability to understand and answer simple questions. (9) Psychological and psychiatric examinations. Psychological and psychiatric examinations to assess the competency of a child witness shall not be ordered without a showing of compelling need. (d) Privacy Protection.- (1) Confidentiality of information.- (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall- (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information. (B) Subparagraph (A) applies to- ( i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding; (ii) employees of the court; (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in t he proceeding; and (iv) members of the jury. (2) Filing under seal. -All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court- (A) the complete paper to be kept under seal; and (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record. (3) Protective orders. - (A) On motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is

a significant possibility that such disclosure would be detrimental to the child. (B) A protective order issued under subparagraph (A) may- (i) provide that the testimony of a child witness, and the testimony of any other witness, when the attorney who calls the witness has reason to anticipate that the name of or any other information concerning a child may be divulged in the testimony, be taken in a closed courtroom; and (ii ) provide for any other measures that may be necessary to protect the privacy of the child. (4 ) Disclosure of information .-This subsection does not prohibit disclosure of the name of or other information concerning a child to the defendant, the attorney for the defendant, a multidisciplinary child abuse team, a guardian ad litem, or an adult attendant, or to anyone to whom, in the opinion of the court, disclosure is necessary to the welfare and well-being of the child. (e) Closing the Courtroom. - When a child testifies the court may order the exclusion from the courtroom of all persons, including members of the press,

41.    The Plaintiff' s sent their standard form 95' s for all Federal Departments listed here through email to: (1.) Merrick Garland in His Official Capacity; The United States attorney general (AG) (DOJ) leads the United States Department of Justice and is the chief law enforcement officer of the federal government of the United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States. (2.) Christopher A. Wray in His Official Capacity; The director of the Federal Bureau of Investigation (FBI) is the head of the Federal Bureau of Investigation, a United States' federal law enforcement agency, and is responsible for its day- to - day operations. The FBI Director is appointed for a single 10- year term by the President of the United States and confirmed by the Senate. The FBI is an agency within the Department of Justice (DOJ), and thus the Director reports to the Attorney General of the United States. (3.) Alejandro N. Mayorkas in His Official Capacity; The United States secretary of homeland security (OHS) is the head of the United States Department of Homeland Security, the federal department tasked with ensuring public safety in the

United States. The secretary is a member of the Cabinet of the
United States. The position was created by the Homeland Security
Act following the attacks of September 11, 2001. (4.) Louis DeJoy
in His Official Capacity; The United States Postmaster General
(PMG) is the chief executive officer of the United States Postal
Service (USPS). The PMG is responsible for managing and
directing the day- to - day operations of the agency. (5.) William J.
Burns in His Official Capacity; The director of the Central
Intelligence Agency (D/CIA) is a statutory office (50 U.S.C. § 3036)
that functions as the head of the Central Intelligence Agency,
which in turn is a part of the United States Intelligence
Community. (6.) Xavier Becerra in His Official Capacity; The
United States secretary of health and human services (DHHS) is
the head of the United States Department of Health and Human
Services and serves as the principal advisor to the president of the
United States on all health matters. The secretary is a member of
the United States Cabinet. The office was formerly Secretary of
Health, Education, and Welfare. In 1980, the Department of
Health, Education, and Welfare was renamed the Department of
Health and Human Services, and its education functions and
Rehabilitation Services Administration were transferred to the
new United States Department of Education. Patricia Roberts
Harris headed the department before and after it was renamed.
(7.) Dr. Robert Califf in His Official Capacity; The United States
Commissioner of Food and Drugs is the head of the Food and Drug
Administration (FDA), an agency of the United States Department
of Health and Human Services. The commissioner is appointed by
the president of the United States and must be confirmed by the
Senate. The commissioner reports to the Secretary of Health and
Human Services. (8.) Incumbent Lloyd Austin in His Official
Capacity; The United States secretary of defense (DOD) (SecDef) is
the head of the United States Department of Defense, the executive
department of the U.S. Armed Forces, and is a high-ranking
member of the federal cabinet. The secretary of defense's position
of command and authority over the military is second only to that
of the president of the United States, who is the commanded-in
chief. This position corresponds to what is generally known as a
defense minister in many other countries. The secretary of

defense is appointed by the president with the advice and consent of the Senate and is by custom a member of the Cabinet and by law a member of the National Security Council. (9.) Incumbent Paul M Nakasone in His Official Capacity; The director of the National Security Agency (NSA) (DIRNSA) is the highest-ranking official of the National Security Agency which is a defense agency within the U.S. Department of Defense The director of the NSA also concurrently serves as the Chief of the Central Security Service (CHCSS) and as the commander of U.S. Cyber Command. As the director of the NSA and the chief of the CSC, the officeholder reports to the under secretary of defense for intelligence, and as the commander of U.S. Cyber Command, the officeholder reports directly to the secretary of defense. (10.) Lawrence A. Tabak in his Official Capacity is an American dentist and biomedical scientist serving as the acting director of the National Institutes of Health. The National Institutes of Health, commonly referred to as NIH (with each letter pronounced individually) , is the primary agency of the United States government responsible for biomedical and public health research. It was founded in the late 1880s and is now part of the United States Department of Health and Human Services. Many NIH facilities are located in Bethesda, Maryland, and other nearby suburbs of the Washington metropolitan area, with other primary facilities on the Research Triangle Park in North Carolina and smaller satellite facilities located around the United States. The NIH conducts its own scientific research through the NIH Intramural Research Program (IRP) and provides major biomedical research funding to nonNIH research facilities through its Extramural Research Program. NONE OF THESE FEDERAL DEPARTMENTS EVER WROTE (NO RESPONSES FROM THE DEFENDANTS) THE PLAINTIFF ' S BACK REGARDING THIS CASE. NO U.S. FEDERAL DEPARTMENT IS EXEMPT FROM COMPLAINTS, GOD IS IN CONTROL NOT MAN.

42.   The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important

person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an-assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022) While the Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of my family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name of" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rogue U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach

out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. These torture tactics are to desperately attempt to and her family crazy, attempt to artificially induce attempt to artificially induce mental illness, and or desired outcomes of drive The Plaintiff medical conditions, to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American allowing Citizens are discredited, illegally and unconstitutionally the continuation of domestic- counter-terrorism tactics on of interest illegally and unconstitutionally by U.S. Government, persons employee's , FBI informants, FBI Agents, OHS Agents, Retired ExMilitary Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S.Government contractors, U.S. Government subcontractors on American soil . On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employee's/affiliates FBI informants, FBI Agents , OHS Agents, Retired Ex-Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff' s domestic partner was eating out at Ray's on The River in Atlanta Ga with co-workers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts) , this pathogen ate out holes in his face within hours of

leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid. These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners co-workers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any anti high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their

psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would believe them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiffs and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel, toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff' s attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they

went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primate's brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and

unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/seeing a family physician prior) and pay for X-ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X- rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) corning inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American 3. against soil. The Plaintiff and her family are being racially discriminated by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employee's / Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her

families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid-19. The Plaintiff literally had a conversation through messenger chat with this Private Company involved Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware / computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

43.    The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up the entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide/caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was

captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts) 5. At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA /FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #:8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID # : 8065453 for tracking # EJ684016922US on 12/04/2021.

44.    The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car zaps electrical charges to the top of whom ever is driving head every so often. The SOS beeps extremely loud (noise harassment) continuously while her and her family drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO . An assassination may be prompted by political and military motives, or done for financial

gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman.) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix my car. The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer about these issues and nothing has been done. It's almost as if they are being told not to properly assist her. The Plaintiff's car isn' t supposed to have a router active, nor should it have Wi-Fi currently. The Plaintiffs Wi-Fi was canceled over six (6) months ago by the cars manufacturer because of the year of the car. This Wi-Fi router was illegally and unconstitutionally dded to her car without The Plaintiffs consent when the Plaintiffs car was towed in Georgia. In videos The Plaintiff and her family were able to capture for evidence it shows programs loading/updating in her car. The Plaintiff's car now has two (2) Wi-Fi icons along with a second cd icon, on videos The Plaintiff recorded you can see how the icons are clearly there when it shouldn't be double which is a clear indication that something extra was added to her car illegally without her consent. The Plaintiff's car doesn't come with two (2 ) Wi- Fi routers, certain car functions can be controlled with internet access. Like open car doors to maliciously cause the owner/driver harm, strategically place toxic chemical/bioweapons on surfaces , tamper/add- on pumping apparatuses possibly connected to her cars ale unit to remotely introduce chemicals on demand. If hired U.S. Government

Employee's/Affiliates and Private Company Employee's/Affiliates criminals have access to your car which is a vulnerability, they can cause all kinds of illegal evil things from just having access to your car. The Plaintiff and her family believes these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U. S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for / consented/authorized for any Apps, by any Governments, Universities, College ' s , Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's , Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi-Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U. S. Government Employee's/Affiliate 's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses . U.S. Government

Employee' s/Affiliate' s and Private Company Employee'
s/Affiliate' s intentionally made The Plaintiff and her family sick
because WE FILED LAWSUITS. Toxic Chemicals was literally
pumping into The Plaintiff's families home all morning on
08/04/2021 in Georgia . Some relatives have had sinus drippings
for weeks . It's not illegal to petition our government and the
whole entire world will know what the U. S. Government
Employee's/Affiliate's and Private Company
Employee's/Affiliate's did to The Plaintiff' s family and herself.
The Plaintiff has over three (3) years worth of hard admissible
evidence to prove all of her claims. Inside jobs all arrogantly
orchestrated by U.S. Government Employee's/Affiliate's and
Private Company Employee's/Affiliate's . The Plaintiff's civil cases
will be shared with the American Public and everyone involved
that committed/participated in these War Crimes whom colluded
with The U.S. Government employees/Affiliate's and Private
Company Employee's/Affiliate's identities that were concealed for
Political Favors of U.S. Government Employee's/Affiliate's and
Private Company Employee's/Affiliate's against The Plaintiff that
wasn't added on to this lawsuit at this time will be added on at a
lat er time . The Plaintiff is a Black American in America and The
WHOLE ENTIRE WORLD will know that The Plaintiff was attacked
repeatedly for telling the truth about how she witnessed rogue
U.S. Government Employee ' s violating an innocent White
American Man Constitutional Rights and how they tried to cover it
up by trying to murder The Plaintiff to further cover up for
themselves and the white wealthy family involved. A cover up, to
cover a cover up. I will NEVER FORGET ANY OF IT. Who makes
laws, votes these laws into congress and doesn't abide by their
own laws that they voted into Congress and gets caught cheating
several times? U.S . Government Employee's/Affiliate's and
Colluded Private Company Employee's/Affiliate's Participate in
murders on American soil against Pro Se' Litigant Americans just
to win court cases. THERE IS NOTHING GODLY ABOUT
MURDERING INNOCENT AMERICANS TO WIN COURT CASES.
There were Several Attempts on The Plaintiff and her families
lives, if this happened to her, she's certain that this happens all the
time to Black Americans who bring lawsuits against The United

States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WAS ABLE TO FILE HER LAWSUIT AGAINST THE UNITED STATES GOVERNMENT. This case is related to another Plaintiffs Civil Case# l :22- CV-22105-JLK that was Filed with the Florida Federal Southern District in Miami Florida. This case is also related to The Plaintiff's other Civil Case No : l :22- CV3080-MHC and Civil Case No : l :23- CV- 0043-MHC that was filed in the Northern District of Georgia Federal Court as well as a TRO and Injunction for this case with all details of all crimes committed against The Plaintiff and her family. The Defendants installed a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle without a valid warrant and without her consent. The Private companies listed here below under# thirty eight (38) that own the OED II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch' s Corporation website regarding The Mojio Corporation it states " Integrated Connected Mobility Solutions : Mojo's cloud platform and Saas solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche

Corporations it states" Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada. " ( All of The Defendants) The United States Government, All Of The Private Companies listed above, Memorial HealthCare System Inc, Memorial HealthCare System, Dr. Brittney Mason-Hirner OBGYN, MD Mariana Danet, MD Yoel A Hernandez-Rodriguez, The North Miami Beach Police Department, The City Of North Miami Beach, The Hollywood Police Department, The City Of Hollywood, The Entire State of Florida, The Entire Untied States Of America (USA), The Department of Justice (DOJ), The Department Of Homeland Security (OHS), The Federal Bureau of Investigations (FBI), The Central Intelligence Agency (CIA), The National Security Agency (NSA), The Department of Defense (DOD), The United States Postal Service (USPS), The National Institutes of Health (NIH), The Department of Health and Human Services (DHHS), The Food and Drug Administration (FDA), Jane Does, John Does, and other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to illegally and unconstitutionally accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and to help illegally assist a white family from going to jail after they all LIED, this definitely offends justice and is a PERFECT EXAMPLE OF SYSTEMIC RACISM. The Plaintiff was absolutely right after all, The Defendants arrogantly conspired and actually executed all crimes The Plaintiff is seeking relief for. It' s blatantly clear that All Of The Defendants are all guilty of what The Plaintiff is seeking relief for. The Plaintiff was never a "If I can't beat them, join them kind of a person." The Defendants that work for The United States of America went on a Paid Public Relations campaign to attempt to protect the images of their billionaire private companies buddies by attempting to keep The Black African American Pro Se' Plaintiff in the blind through constant unconstitutional attacks on her and her family hoping she wouldn't make it to The Federal Courts to File her Lawsuits, The devil is Liar God said. The Plaintiff and her family will never trust no U.S. Government Employee/U.S. Government Department's nor will The Plaintiff EVER work for No

Form Of Government neither will her children after all of these disgustingly extremely racist atrocities were committed (HUMAN TRAFFICKING/ INVOLUNTARY SERVITUDE/SLAVERY) in The State of Florida and in The State Of Georgia as if slavery isn't abolished, as if her and her daughter aren't Americans that were born in this country with guaranteed constitutional rights. Arrogant Racist Foolish Pride Is A Understatement In The Plaintiff's FTCA Federal Lawsuits Against The Entire Untied States of America. The Owners of the Mojio OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device that was illegally installed without The Plaintiffs consent are listed below : A. Mojio Inc. Corporate Offices 1080 Howe Street 9th Floor Vancouver, BC V6Z 2Tl Canada B. Mojio Inc. Corporate Offices 808 W Hastings Street #1100 Vancouver, BC V6C 2X4 Canada C. Mojio Inc. Corporate Offices 300 Orchard City Drive #100, Campbell, CA 95000 D. Microsoft One Microsoft Way, Redmond, WA 98052, E. T-Mobile 3618 Factoria Blvd SE, Bellevue, WA 98006 , USA F. Deutsche Telekom Bonn HQ Friedrich-Ebert-Alleel 40 Germany G. Robert Bosch GmbH Robert-Bosch-Platz 1, 70839 Gerlingen, Germany H. Deutsche Telekom Bonn HQ Friedrich- Ebert-Alleel40 Germany Audi Ettinger Str . 105 , 85057 Ingolstadt , Germany J. Amazon Headquarters 410 Terry Ave. N Seattle, WA 98109 K. Vivint 10. SUBMISSION SHOW CAUSE Inc. 4931 North 300 Provo, UT 84604 IN THE PLAINTIFF'S THE PRO SE ' PLAINTIFFS NOTICE OF DOCUMENTS FOR THE PRO SE ' PLAINTIFFS RESPONSE TO ORDER TO EXTRA EXHIBITS and THE PRO SE ' PLAINTIFF 'S OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No : 1 : 22 - CV- 3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff' s evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff's Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed

constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid-19 pandemic does in fact participate in Clinical Trials. Their clinical trials consist of: Adult oncology, Adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021, for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations , and Private Citizens . Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021 to U.S . Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022 U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information f or

Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff's Julia M Robinson and her daughter t hat was sent through USPS and Emailed to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency For Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organizations , Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11 , 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.Mare copies of a Switzerland Article about SG testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for people that have anxiety, dementia, schizophrenia, depression, Gaucher' s Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was

harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/ involuntary servitude clinical trials without The Plaintiff's TIL THIS VERY DAY. The Plaintiff the Private Companies and Federal Agencies these Constitutional Violations against and her family's consent STILL underlined the and pointed out that are illegally involved in the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff's consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiffs private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https ://www.iCloud.com/notes/096A_OPSqizXwFzRnl985-A#December_30,_2022 this OPS also matches a title under exhibits 6.M under Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE ' PLAINTIFF'S COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon NERD LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL

DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

45.    I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors. Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/pre- clinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre- clinical

drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal  Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee's that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS , FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF' S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON -ARTIST/SCAMMERS , UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

46.   I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors . Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/preclinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre-clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies (in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense

Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee' s that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U. S . GOVERNMENT POLITICAL FAVORS, PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL THAT THE CONSTITUTION AND BILL OF RIGHTS APPLY TO ALL AMERICANS. These extremely racist assaults that The Plaintiffs family and herself were illegally subjected to are over all genocide carried out by U.S. Government Employee' s on American soil because The Plaintiffs family and herself are seeking justice and or just for simply coexisting in America as if The Constitution doesn't apply to Black and Brown Americans. The Plaintiffs family and herself have never consented and will never consent to any form of human experimentation performed on The Plaintiffs family and herself by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney' s, Profited Organizations, Non- Profited Organizations, Military Department' s, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space. None of these Entities pay The Plaintiffs family and herself bills nor have they financially compensated anyone in The Plaintiffs family and herself residence for illegally entering/subjecting The Plaintiffs family and herself into these torturous human trafficking/involuntary servitude slave master research projects

that THEY ARE ALL ILLEGALLY FINANCIALLY PROFITING FROM.
So yes, I agree to DISBAND" ELITE " Police Units/Law
Enforcement Units which intern is really SYSTEMIC RACIST
UNCONSTITUTIONAL GOVERNMENT EMPLOYEE ORGANIZED
GANG RACKETEERING RING ACTIVITIES. The Plaintiffs family and
herself will continue to pray for other Black and Brown American
victims of police brutality, human rights violations, civil rights
abuses, involuntary servitude abuses, targeted racist fraud abuses
medical racism victims, and environmental racism abuses in
America.

47.    At&t denied The Plaintiff Julia M Robinson the ability to turn on
Kristian J. Halls phone account while he was in jail in The State of
Florida illegally even after she showed them, she had power of
attorney for him. At&t also STOLE THE PLAINTIFFS MONEY AND
DIDN'T APPLY IT TO HIS BILL EVEN AFTER THE PLAINTIFF
SHOWED HER PROOF OF PAYMENTS. AT&T EMPLOYEES
CONSPIRED WITH THE STATE OF FLORIDA TO KEEP THE
PLAINTIFFS PHONE OFF SO THAT THE PLAINTIFF WOULD BE
FORCED TO USE WIFI WHICH KEPT HER IN DANGEROUS
SITUATIONS. At&t employees that drove an At&t vehicle also
followed The Plaintiff from the The Eleventh Judicial Clerk of
Courts to different locations. At&t employees came to where The
Plaintiff was living in Miami Gardens several times tampering with
wires at her family's home illegally and was CAUGHT ON CAMERA.
AGAIN, A FAVOR FOR THE STATE OF FLORIDA. THE PLAINTIFF
HAS PROOF OF THIS AS WELL.

48.    The Plaintiffs Apple Device/iCloud had a lot of her
evidence/research that she gathered for years against all The
Defendants that's why The Defendants intentionally hacked her
device to the point she could no longer get into her device iCloud.
The Defendants knew that she could get into the iCloud with
another device that's why Apple Reps made up that she turned on
her recovery key and if she didn't have any other Apple product
signed into her iCloud, she couldn't recover her recovery
key/reset the recovery key that she didn't have turned on. If a
recovery key was turned on this was done remotely without The

Plaintiffs consent just like the evidence she was able to obtain in this same device that was remotely controlling, deleting, turning off and on controls/buttons, maneuvering through her Instagram App, uploading apps in background for so called developers/human traffickers that are actually subcontractors for The United States Government to spy through fake App updates on electronic devices. The Plaintiff and her family's calls were also being redirected and interfered with while calling these same companies for assistance. The Defendants knew she saved her evidence by doing a backup on her device and that she was trying to get it restored through private computers at home because Apple Inc. can see any time someone is in their Apple ID/iCloud. The Defendants also knew that The Plaintiff needed to restore her device and that she was going to possibly go to an Apple Store just as she did at Cumberland Mall in Atlanta Georgia. The Defendants knew if they were going to go along with the lie or as they are the ones that turned on the recovery key if a recovery key was turned on like Apple Inc. said that is was, The Defendants had to make sure The Plaintiff Julia M. Robinson wasn't going to be able to get back in her Apple iPhone device by uploading more malware in the form of a restore like the store rep said it was that actually disabled the top of the device so that no one could get past the like new part of the settings/menu/initial setup to go further into the device just as they did to The Plaintiffs device. So, they lead The Plaintiff to the store for a restore for her Apple iPhone after they saw her online trying to restore her device, then they uploaded more malware disguised as a restore to upload the program that didn't allow her device to go past the like new setup. The Defendants also BROKE INTO HER PRIVATE VEHICLE to place toxic chemicals vapors while parked at this same mall (Cumberland Mall in Atlanta Georgia) so that when she got inside, she could possibly have some kind of erratic reaction that could have possibly gotten her arrested, killed, or sent to a mental institution (Political Abuse Of Psychiatry) which was another extremely desperate failed setup attempt which is FRAUD ORCHESTRATED BY CON-ARTIST in The State of Georgia that gladly commit crimes against Black African American Pro Se' Litigants that don't work for The United States of America and or

work with or are affiliated with an organization. The Defendants (APPLE INC.) knew that she didn't have a device signed into her Apple ID /iCloud again because they could see everything in the background. The Plaintiff told the Apple Inc. reps over the phone that she was just logged into her iCloud on her family's device without the device prompting for her to put in a recovery key after the first store she went to during this time placed this malicious malware disguised as a restore on her device. The Plaintiff kept asking all the Apple Inc. Reps how come she was able to log in on her family's device without the device asking for a recovery key and then suddenly, it's a recovery key needed for her to get back into her Apple ID/iCloud. One Apple rep even hung up the phone after she asked this same question. Apple Inc. company reps over the phone kept telling The Plaintiff that she needed a recovery key or to be signed into her Apple ID on another Apple device prior. This malware was strategically placed on The Plaintiffs iPhone to destroy her iPhone because of her Federal Court Cases because of what was inside of the iPhone that literally had everything to do with her cases so that The Plaintiff would prevail in her suits. This was also done to attempt to cut off The Plaintiffs communications to the outside world so that like (family and friends) couldn't talk to her on social media to check on her (to also desperately make The Plaintiff appear as if she was depressed to match fake made up medical notes/record so that The Defendants can KEEP GETTING THOSE ILLEGAL RESEARCH CHECKS OFF OF THE BACKS OF THE PLAINTIFFS). This was also done to attempt to show The Plaintiff who was attempting to control her court cases as if This Country isn't even America with no laws and regulations. The Plaintiff was able to log into the cloud on her relative's device but after she logged out of his device and tried to log back in it asked her for a recovery key that wasn't turn on by her, this was remotely turned on attempting to lock her out of her iCloud because of her evidence and for all of her court cases. Clearly someone or group is PR Campaigning to COVER-UP for U.S. Criminal Federal and Private Company Criminal hires. The Plaintiff limped along with this device because unfortunately, this was all she could afford at that time. The Plaintiff had this apple ID that was connected to this device for almost ten (10) years. The

Plaintiff has obtained evidence of this device being remotely controlled and still not a private company or no one in our government has assisted The Plaintiff or granted The Plaintiff restraining orders which interns shows racial discrimination, biases, cheating/not abiding by the law/not properly applying the law, and prejudices towards The Appellant. Not no one in government nor any of these private companies have/had consent and pay The Plaintiffs and their families MONTHLY BILLS to continue torturous research without their consent attempting to bully The Plaintiff to take over The Plaintiffs cases desperately trying to make The Plaintiff appear as if she's incompetent so that she can't/couldn't represent herself, and or attempting to sabotage her court cases for political associations and reasons clearly. All of these extremely racist life-threatening unfortunate crimes orchestrated and committed by U.S. Government Employees and Private Corporations Criminal Hires against The Plaintiffs Constitutional Rights crimes fall under extraordinary circumstances beyond The Plaintiffs control explained in this motion and in her motion, she filed on August 25, 2023, with The Court of Appeals. This incident explained in this paragraph happened between August and September 2023 at The Apple Inc. Store at the Cumberland Mall in Atlanta Georgia. All communications in person, over the phone, and through email will be subpoenaed by The Plaintiff for this case. Apple Inc. has assisted The U.S. government in on attempting to sabotage The Plaintiffs cases. Apple Inc. is responsible for their employees' liabilities. APPLE INC CONSPIRED WITH THE STATE OF FLORIDA AND ILLEGALLY DELETED THE PLAINTIFF'S DELIVERY PICTURES OF NEWBORN AND NEW BORNS DELIVERY PICTURES WHICH SHOWS THE HUMAN TRAFFICKING U.S. GOVERNMENT EMPLOYEE DOCTORS AND STAFF THAT POSED WITH THE PLAINTIFF AND HER FAMILY PLAINTIFF IN THIS CASE. ANY MOTHER KNOWS THAT PICTURES OF THEIR DELIVERIES OF THEIR CHILDREN HAVE SENTIMENTAL VALUE AND THOSE MOMENTS CAPTURED ARE PRICELESS. APPLE INC. EMPLOYEES ASSISTED WITH THE DELETION OF THOSE PICTURES TO FURTHER TORTURE THE PLAINTIFFS MOTHER DESPERATELY ATTEMPTING TO MENTALLY BREAK THE PLAINTIFF AFTER

THEY LITERALLY HUMAN TRAFFICKED HER AND HER
DAUGHTER AT THAT HOSPITAL. APPLE INC ALSO ILLEGALLY
DELETED THE PLAINTIFFS APPLE ID FOR THE DEFENDANTS
WHICH HAD PICTURES AND VIDEOS OF EVIDENCE FOR YEARS
THAT THE PLAINTIFF GATHERED FOR HER CASES. APPLE INC
ALSO HAD DOCTORS UNDER THEIR EXPERIMENTAL PROGRAMS
UPLOADED ILLEGAL PROGRAMS TO THE PLAINTIFFS T-Mobile
PHONES AND T-Mobile KNEW ALL ABOUT IT AS APPLE INC SAT
ON THE SIDE OF THE ROADS/PLACES WHERE THE PLAINTIFF
DROVE AND TEST/UPLOAD EXTREMELY DANGEROUS
RADIATION PROGRAMS TO THE PLAINTIFF'S VEHICLE TO THE
DEVICE THAT WAS PLACED ON THE PLAINTIFF'S VEHICLE
ILLEGALLY. APPLE INC KNEW FOR YEARS WHAT THEIR CIA
HUMAN TRAFFICKING DOCTORS WERE DOING TO THE
PLAINTIFF AND HER FAMILY.

49.    ALL OF THE DEFENDANTS IN THIS CASE AND PREVIOUS
CASES ARE HIRING INFORMANTS/OFF DUTY LAW
ENFORCEMENT/OFF DUTY GOVERNMENT EMPLOYEES TO
ILLEGALLY BREAK IN THE PLAINTIFFS HOME AND PUT LEAD,
COBALT, OTHER HEAVY METALS, AND PESTICIDES IN THE
PLAINTIFFS FOOD IN THE REFRIGERATOR, CABINETS, AND
FREEZER, IN THE PLAINTIFFS LIQUID SOAP AND OTHER
PERSONAL PRODUCTS THAT THE PLAINTIFF AND HER FAMILY
USES. THE WHITE RACIST NEIGHBORS IN THIS NEIGHBORHOOD
STAND BY AND LOOK THE OTHER BECAUSE THEY ARE GETTING
PAID FROM THE DEFENDANTS AND PRIOR DEFENDANTS IN
OTHER CASES TO LOOK THE OTHER WAY AND THEY ARE ALSO
ASSISTING IN ON THE ASSAULTS BY SPRAYING THE PLAINTIFFS
RESIDENCE OUTSIDE AND PERSONAL VEHICLES WITH
CHEMICALS AND HEAVY METALS DESPERATELY ATTEMPTING
TO COVER UP FOR THE DEFENDANTS IN THIS CASE AND
PREVIOUS CASES. THESE ARE MURDER ATTEMPTS ON THE
PLAINTIFFS LIVES AND THE AMERICAN PUBLIC WILL KNOW
EVERYTHING THE DEFENDANTS DID AND WHY THEY HAVE
CONTINUED TO ILLEGALLY VIOLATE THE PLAINTIFF AND HER
FAMILIES CONSTITUTIONAL RIGHTS DESPERATELY TRYING TO
STOP THE PLAINTIFFS FROM FILING LAWSUITS AND

DESPERATELY ASSISTING IN THE ASSAULTS BECAUSE THEY ARE ALL RACIST COWARDS (THROWING ROCKS AND HIDING THERE HANDS) IF THE BLACK AFRICAN AMERICAN DID THE SAME THINGS AS FAR AS THESE CRIMES THAT ARE BEING COMMITTED REPEATEDLY BY THESE WHITE RACIST COWARDS (SO CALLED MEDICAL PROFESSIONALS AND U.S. GOVERNMENT EMPLOYEES) IN THIS NEIGHBORHOOD THE ENTIRE WORLD KNOWS THE PLAINTIFF WOULD'VE BEEN ARRESTED IMMEDIATELY. THE PLAINTIFFS LIVE ON THE SAME STREET AS RACIST MEDICAL PROFESSIONALS AND RACIST U.S. GOVERNMENT EMPLOYEES THAT ARE GLADLY ASSISTING IN THE MURDER ATTEMPTS FOR THE DEFENDANTS. THIS IS HAPPENING IN SMYRNA GA, THEY ARE DESPERATELY HOPING THAT THE PLAINTIFF AND FAMILY RUN THE LOCAL GOVERNMENT IN THIS CITY SO THAT THEY CAN EXTORT THE PLAINTIFF AND TELL HER THATS HOW IT WILL STOP. THE PLAINTIFF AND HER FAMILY HAS LITERALLY SEEN ALL AND ANY SINCE 2019 AND NO ONE IN THE U.S. GOVERNMENT HAS CAME TO THEIR AID NEITHER HAS THE U.S. GOVERNMENT EVER GRANTED RETRAINING ORDERS BECAUSE IT IS FAVORS FOR THE U.S. GOVERNMENT EMPLOYEES THAT ARE PAYING THE INFORMANTS TO KEEP COMMITTING THE CRIMES AGAINST THE PLAINTIFFS AND THEIR FAMILIES. THE PLAINTIFFS WILL GLADLY NAME THE ADDRESS AND STREETS OUT LOUD IN OPEN COURT DESPERATELY NOT TRYING TO REVEAL WHERE SHE LIVES IN THIS LAWSUIT WHICH IS CLEARLY A TACTIC OF THE VERY SLICK RACIST U.S. GOVERNMENT EMPLOYEES IN THE EVENT SOMETHING HAPPENS AT THE PLAINTIFFS HOME THEY WILL LIE AND SAY THE PLAINTIFF TOLD THE ENTIRE WORLD WHERE SHE LIVES ALL THE WHILE IT WAS THEM COMMITTING THE CRIMES WITH INFORMANTS ASSISTANCE. THE PLAINTIFFS FAMILY WILL ALSO DO THE SAME.

50.   The Plaintiffs injuries resulted from intentional acts from The United States of America and   Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees who

they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

51.    The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without

consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

52.     The Plaintiffs properly served Audi Inc. and turned the proof into this court. Aufi Inc. Is A defendant in this case. The Mojio Device serial number will show who put that device illegally on the Plaintiff Private Vehicle. The Plaintiffs are redacting who put that device on her private vehicle, she is not sure. The serial number will show exactly what company placed the device and when from the serial numbers on the device itself. Every time The Plaintiff went to The Audi Dealerships to ask for them to take off any tracking devices or any devices that she didn't consent to have placed on her vehicle, The Audi Dealership employees purposely argued with the Plaintiff and acted as if they didn't know what she was talking about in person in front of witnesses and over the phone. They argued with the Plaintiff and her family to not help her and o force them to leave. Audi Inc Breached he Contract for service between The Plaintiff and That corporation. The Plaintiff has arguments and conversations recorded for proof as well.

A.

Where did the events giving rise to your claim(s) occur?

MEMORIAL HEALTHCARE SYSTEM INC. 1901 SOUTHWEST 72ND AVE
MIRAMAR FLORIDA 33029

The Plaintiffs are demanding a jury trial and a Special Master to be
appointed to their case. The Defendants had a duty and owed service to The
Plaintiffs/Victims. The Defendants failed that duty, and violated a promise
or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries,
and damages that were directly caused by The Defendants actions or failure
to act. The Plaintiffs and her family are going to need hired security for the
rest of their lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

B.

What date and approximate time did the events giving rise to your claim(s)
occur?

NOVEMBER AND DECEMBER 2019 and THE AT&T EMPLOYEES
TAMPERED WITH WIRES IN YEARS 2019 and YEAR 2020 FOR AT&T

MEMORIAL HEALTHCARE SYSTEM INC. NOVEMBER 25, 26, 27, 28, 2020 24
hours A DAY.

THE ENTIRE YEARS 2020 and 2021 FOR ENTERPRISE.

YEARS 2020, 2021, 2022, and 2023 FOR APPLE.

YEARS 2021, 2022, and 2023 FOR TMOBILE.

YEARS 2021, 2022, and 2023 for AUDI.

The Plaintiffs are demanding a jury trial and a Special Master to be
appointed to their case. The Defendants had a duty and owed service to The
Plaintiffs/Victims. The Defendants failed that duty, and violated a promise
or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries,

and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

C.

What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The

Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that a unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking

crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for, nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts were to get legal protection against U.S. Government

Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, it happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had

The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or

usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore the Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

III.

Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events

giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment,

Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that an unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally

took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts was to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The

Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, It happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence,

reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an

action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore The Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

12.     What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the same lawsuit. A joinder allows for two or more issues to be heard during one hearing or trial, so as to make the process run more smoothly, and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure. A permissive joinder allows two or more parties to join an action if they each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure, which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that

party has an interest in the dispute that they will be unable to protect if they are not joined. For example, if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined. Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property. These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if "indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims: Joinder of claims refers to bringing several legal claims against the same party together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided by: (A) protective provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for non jointer. "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants who participated in involuntary servitude/war

crimes/human trafficking/assaults/harassment/nuisances arose
from fraudulent medical notes/medical records illegally obtained that
are false/patient abuses against The Plaintiffs will be/can be added as
Joinder Defendants in this lawsuit with The Plaintiff and her daughter
that she is representing them both in this case. Therefore the joinders
arose from the same initial incident from the doctors fraudulent
medical notes/records illegally placed in The Plaintiffs medical
history to get illegal medical exemptions for illegal military weapons
testing/assaults/medical battery /involuntary servitude/ human
trafficking during the COVID-19 Pandemic in year 2020 which was
during both Plaintiffs stay at Memorial Healthcare Systems Miramar
Hospital in year 2020 including all of the other crimes committed
against The Plaintiffs mother prior to The Plaintiffs daughter being
born and after both Plaintiffs moved to The State of Georgia. The
Plaintiffs are clearly two people which makes them eligible to have
multiple defendants under the rule for joinder that says two or more.
What is a motion to dismiss? A motion to dismiss is a formal request
for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked
when filing a motion to dismiss. 12(b) in particularly is frequently
used. All 7 sub- sections of 12 (b) may be used as grounds for a
motion for dismissal. These include dismissals for: (b) (1) a lack of
subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b)
(3) improper venue (b) (4) insufficient process (b) (5) insufficient
service of process (b ) ( 6) failure to state a claim upon which relief
can be granted (b) 7 failure to join a party under rule 19. The
Plaintiffs stated claims upon which relief can be granted in their
complaint application and attachments. The Defendants can gladly
read it again and both parties can argue their pleadings at a hearing
in front of The Judge in court. The Plaintiffs object to The Defendants
entire motion to dismiss. Therefore, The Defendant' has/had no legal
basis to file a motion to dismiss against The Plaintiff in this case and
only filed that motion to intentionally to delay trial. The Black African
American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their
complaint is supported by facts, and The Plaintiffs gave The
Defendant' s fair notice of what their claims were and the grounds
upon which they rest. The Plaintiffs submitted a preponderance of
factual claims that were clearly supported by a preponderance of
Decisional Law [precedent Case Law ] with admissible exhibits/

documents to support all of her claims within this
Opposition/Objections/Response and all other
Oppositions/Objections/Responses to other Defendants in this
complaint thus far therefore all of the Plaintiffs opposition pleadings
are deemed affirmed and the relief sought within all of their
Pleadings/and or Complaint submitted should be granted by this
Court. The Plaintiffs Object to All of The Defendants Motion to
Dismiss and is ready for trial. The Plaintiffs thank GOD this decision
isn't up to The Defendants Attorneys in This Case. This response is for
all of the defendants in this entire case that said The Plaintiffs can't
have all of these defendants listed or joined in one lawsuit. The
Plaintiffs Objects to all of The Defendants motions to dismiss.

13.     The Plaintiff's name is Julia M Robinson, she's a proud law
abiding Black American Citizen and mother of two beautiful children.
She Is extremely hard working to provide for her family as an
entrepreneur.

14.     On July 8, 2019, the Plaintiff witnessed other rogue U.S.
Government Employees in prior criminal cases against her family
(Kristian J Hall) blatantly violate her families Constitutional Rights
and break several laws in The State of Florida. The Plaintiff did
proper internal affairs investigation complaints, sworn statements,
and complaints with several U.S. Government Departments about
what she saw and heard literally right in front of her performed with
so much arrogance coupled with authoritarianism so effortlessly by
these rogue U.S. Government Employees. The Plaintiff now knows
way better than she ever knew before about The United States
Criminal and Civil Judicial System. Exhibit A.1 through A.3 is The
Sworn Statement that Julia M Robinson did that was turned in for the
incident on July 8, 2019. This sworn statement will show why all
crimes committed by The Defendants were done to The Plaintiffs and
her family.

15.     The Plaintiff never desired to run for political office or work in
government. Even after the Plaintiff and her family was assaulted,
harassed, stalked, and other torturous War Crimes committed by The
Defendants. The Plaintiff never submitted to The U.S. Government by

becoming a Federal Informant or any form of an employee through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.

16.     The Plaintiff has never consented and will never consent to any form of human experimentation/research/clinical trials performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Does, John Does, Contractor's, and Subcontractors here on earth or in space.

17.     The Plaintiff does understand that it's not against the law to do proper legal complaints against U.S. Government Employees. The Plaintiff also realized after hearing different U.S. Government Corrupt Employee's ask over and over " Are you on medication? " Do you want to hurt yourself? " That these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

18.     Prior to The Plaintiff getting pregnant in year 2020 The Plaintiff witnessed on July 8, 2019 other rogue officers, A white family, and Florida U.S. Government (Sunny Isles Police Officers) Employees in prior fraudulent criminal cases against her family whom The Plaintiff did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with

The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with Private Companies involved, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with CCHR Florida www.cchrflorida.org 109 N. Ft . Harrison Ave Clearwater, Florida 33755, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and The Plaintiff also wrote Judges and sent supporting evidence ) About what she saw and heard literally right in front of her on July 8, 2019 About her families fraudulent criminal cases, and about her and her family being attacked by U.S. Government Employees performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees as if they did these illegal criminal acts (Official Misconduct, Obstruction Of Justice, and Attempt to Murder) all the time to innocent people and black witnesses who tell the truth by properly reporting crimes committed by rogue U.S. Government Employees in The State Of Florida .This Organization did an investigation about what happened to The Plaintiff and her family in Florida at Memorial Hospital Miramar

CCHRFlorida www.cchrflorida.org109 N. Ft. Harrison Ave Clearwater, Florida 33755. This Organization also wrote The Plaintiff in the form of A paper letter stating " ALL REPORTS SUBMITTED TO CCHR ARE KEPT CONFIDENTIAL. YOUR PSYCHIATRIC ABUSE REPORT IS ON FILE WITH CCHR AND NO ACTIONS WILL BE TAKEN WITHOUT YOUR DECISION AND PERMISSION. YOU HAVE ADVISED US THAT YOU DO NOT WISH TO PURSUE A COMPLAINT. THEREFORE, WE HAVE CLOSED YOUR CASE." THIS IS A LIE. I Julia M Robinson the Plaintiff in this case swears under penalty and perjury that she never advised this organization to close these cases they agreed to assist her with regarding Human Rights Crimes committed against her and her daughter at Memorial Hospital Miramar Florida in November year 2020. The Defendants knowingly enrolled subjects without consent (Julia M Robinson and Kendall J Hall) that failed to meet eligibility requirements, falsified lab results and medical records, and falsely represented that the illegal trial participants were taking drugs from the proper doctors under these studies. Enrolling subjects

without consent (Julia M Robinson and Kendall J Hall) without their knowledge/without informed consent/ without consent and by enrolling these subjects who did not meet pre-established criteria. In addition, the Defendants fabricated and falsified medical records, informed consent forms, and other documentation for fictitious illegal study subjects. [The] defendants were able to enrich themselves in this scheme by billing the [clinical trials'] sponsoring agencies for the time and participation of these fictitious subjects. The Defendants directed and carried out a conspiracy to have private companies involved fraudulently pose as legitimate ethical practicing clinical research trial sites and provide of false clinical research trial data regarding drug safety/drug efficacy to dozens of drug companies and, through them, the Food and Drug Administration (FDA). The false clinical research data included safety data on different drugs and medicines designed to treat a wide variety of diseases and conditions including, but not limited to, Pediatric illnesses, Depression, Parkinson's Disease, Dementia, Gaucher' s Disease, and Opioid addiction to name just a few, according to the evidence that was obtained thus far. False clinical research data can pose immediate dangers to consumers and because fake studies can cause broader damage to "confidence in the healthcare industry as a whole. The False Claims Act explicitly prohibits unnecessary testing and kickback schemes. The Plaintiff OCR HHS Civil Rights Original Complaint was sent through email to ocrmail@hhs.gov on October 23, 2021, and The Plaintiff Amended Complaint/ Basis Of Complaint Letter/ Reason for Eligibility Exceptions under 45 C.F.R § 95.34, 95.28, and 95.31 11 Waiver for Good Cause II rule was sent to ocrmail@hhs.gov and to OCRComplaint@hhs.gov on November 13, 2021. The Plaintiff also mailed these same complaints through USPS to Centralized Case Management Operations U.S. Department of Health and Human Services 200 Independence Avenue, S.W. Room 509F HHH Bldg. Washington, D.C. 20201 confirmation #EJ684016919USDelivered to the Front Desk/Reception/Mail Room on November 26, 2021 at 11:05am WASHINGTON, DC 20201 Priority Mail and Signature of Recipient: D Holmg and the Actual Recipients Name D FRANKLIN signed for it and wrote on the Address of Recipient: Covid 19 20201. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent ASETTHelpdesk@religroupin.com,

and hippacomplaint@cms.hhs.govon November 3, 2021. The Plaintiff also did complaints with U.S. Fed Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod @fda.hhs.gov, ASETTHelpdesk@religroupinc.com, hippacomplaint@c ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g ov, IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm edia@hhs.gov, info@cioms.ch, on November 4, 2021. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent to information@icj-cij.org, library@icj-cij.org, achats@icj-cij.org, recrutementrecruitment@icj-cij.org, and webmaster@icj-cij.org on November 4, 2021. The Plaintiff did a Permanent Withdrawal of Authorizations , Permanent Revocation of Authorization to Share Data, A Permanent Revocation of HIPPA Authorization, A Permanent Revocation of HIPPA Authorization to Release Protected Health Information for Research Purposes, and A I Do Not Consent To Medical Testing and Treatment Letter for The Plaintiff and her daughter to U.S. Fed. Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod @fda.hhs.gov, ASETTHelpdesk@religroupin.com, hippacomplaint@c ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g ov IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm edia@hhs.gov, info@cioms.ch, device@fda.hhs.gov, info@cioms.ch, cd rhemcm@fda.hhs.gov, CBEREUA@fda.hhs.gov, EUA.OCET@fda.hhs.go v, ESUB@fda.hhs.gov, askDOJ@usdoj.gov, Medicaid.gov@cms.hhs.gov, on November 20, 2021 and to UCR-NIBRS@fbi.gov, FOIA.OIG@oig.dhs.gov, outreach@darpa.mil, DIA_Pre pub_Rvw@dodiis.mil, help@intelligencecareers . gov, recruitment@nga.mil, DNIMailbox@cia.ic.gov, on December 5, 2021. The Plaintiff did a FOIA Request sent through email on December 6, 2021 to DNI-Mailbox@cia.ic.gov, FOIA.OIG@oig.dhs.gov, UCRNIBRS@fbi.gov, outre ach@darpa.mil, DIA_Prepub_Rvw@dodiis.mil, help@intelligencecare ers.gov, recruitment@nga.mil, DNI-Mailbox@cia.ic.gov, EOIR.FOIARequests@usdoj.gov, CDRH-FOIStatus@fda.hhs.hhs.gov, and National.FOIAPortal@usdoj.govon December 10, 2021 The Plaintiff received a auto response from email eoir.foiarequests@usdoj.gov DOJ- EOIR FOIA #2022-14690 but not for what The Plaintiff was inquiring about/asking for. On

December 20, 2021, The Plaintiff received an email auto response from OGIS #22-0485 but not for what The Plaintiff was inquiring about/asking for. Even after The Plaintiff did FIOA request reconsideration letters The Plaintiff NEVER received what The Plaintiff was inquiring about/asking for. The Plaintiff also sent most of the same documents through DocuSign and The Plaintiff did not receive a response. The Plaintiff included in her Basis Of Complaint Letter and (4) four Complaints for Dr. Brittney Mason-Hirner OBGYN OCR TRANSACTION #04-22-450347, MD Mariana Danet OCR TRANSACTION# 04-22-450349, Memorial Hospital Miramar OCR TRANSACTION #04-22-450351, and MD Yoel A Hernandez-Rodriguez OCR TRANSACTION #04-22- 450343received, reviewed, and signed by OCR DHHS Regional Manager Barbara Stampul. The Plaintiff received response from a resubmission a OCR TRANSACTION #22 - 450759 and was told that the Conscience and Religious Freedom Division (CRFD) OCR TRANSACTION #22- 450758 and for her to contact Paula D. Richardson. Also, in this same letter it stated that The Plaintiff filed her complaint on November 2, 2021, this is a lie. The Plaintiff filed her complaints on October 23, 2021, and The Plaintiff resubmitted her complaints after DHHS OCR employees refused to properly assist her daughter and herself for " Reason Of Good Cause " during the pandemic and DHHS still refused to look into her complaints and do an investigation. DHHS blatantly told The Plaintiff in her resubmission letter response from them that it's not their job to handle cases like what happened to her daughter and herself. The Plaintiff LITERALLY STILL HAS EVERY RESPONSE LETTER AND EMAIL FROM DHHS OCR. 42 U.S. Code § 1983 - Civil action for deprivation of rights, 18 U.S. Code§ 286 - Conspiracy to defraud the Government with respect to claims, Tortures Atrocities, War Crimes, Human Rights Violations, Civil Rights Violations, HIPAA VIOLATIONS, Political abuse of psychiatry, Constitutional Right Violations, Female genital mutilation, Illegal NonConsensual Human Experimentation/Human Experimentation without Consent, Clinical trials without consent, Environmental research without consent, Research without consent, Violence Against Children, Violence Against Women, Human trafficking, And Human Trafficking Involuntary Servitude Medical Battery. The Plaintiff also included evidence/supporting documents of her complaints and claims. The

Plaintiff claim was filed and submitted after (180) One Hundred and Eighty Days and because of the pandemic, just having a Newborn Baby, Her Daughter being sick, And Herself being sick falls under An ACT OF GOD which made them both eligible for an exception under the " GOOD CAUSE " Rule. § 95 .22 Meaning of good cause. The Plaintiff' s daughter and herself case complaints were sent to CMS, FDA, OCR DHHS, NIH, and DOJ were either not properly investigated, were either told she reached out to the wrong departments, and The Plaintiff was told by U.S. Government Federal Employees that it wasn't within their scope, when it was in fact the proper federal departments for The Plaintiff to reach out to for all of the torturous war crime atrocities that happened to her daughter and herself in AMERICA.

19.    The Plaintiff started seeing OBGYN Dr. Brittney Mason-Hirner in either late July or Beginning August of year 2020. The Plaintiff told her during in person offices visits and through their company patient portal (wrote in black and white) about her physical symptoms and The Plaintiff told her about The Plaintiff being poisoned/attacked with a biochemical weapon in October of year 2019 and that it was U.S. Government Employees and Private Company Employee's that did this. The Plaintiff didn't want to pass anything to her unborn daughter, so The Plaintiff requested proper medical test be ran on her regarding the physical symptoms she was having by OBGYN Dr. Brittney Mason- Hirner and by other Doctors she saw at that time so that she could get better. The Plaintiff was not given the proper test for the symptoms she described (no extensive blood test, no biopsy, no 4-panel thyroid test, no skin sample biopsy test, and no hair sample test) The Plaintiff was lied to about blood test, about her stool test, and about her urine test. Unapproved FDA U.S. Government Test were taken without The Plaintiffs consent. The Plaintiff symptoms were ignored all during Covid-19 in year 2020 when only one (1) other person could come to doctors visits and to the hospital with you. This was a perfect time for all of The Defendants involved in prior cases to commit/ retaliate against The Plaintiff while she was physically vulnerable/pregnant. The Plaintiff looked at her medical test results through her OBGYN's patient portal, The Plaintiff received other medical lab test from other doctors, and The Plaintiff received

medical records from Memorial Hospital Miramar Fl. The Plaintiff tested positive for Covid-19 Antibodies, other Antibodies, and this extremely important medical information was concealed from The Plaintiff. The Plaintiffs DNA was stolen by healthcare and pharmaceutical criminals and used for illegal non-consensual/without her consent/medical battery/human experimentation and for pharmaceutical profits/private companies' profits/private research projects profits/companies profits/U.S. Government Profits without her consent and without ANY/ZERO financial compensation to her. The Plaintiff didn't consent for any Government, Any Doctor, Any Private Entities, Any John Does, Jane Does, or anyone on this planet or in space permission/consent to use her children's DNA or The Plaintiff's. So, The Plaintiff children and herself were illegal test subjects for preclinical trials/experimental studies/research with no/any/zero compensation to The Plaintiff. Black people all over the world unfortunately are used for research purposes without their consent/and or without financial compensation to them. So, The Plaintiff and her children were good enough to help save lives and used for economic purposes but not good enough to get financially compensated by the thieves that stole from them. All of The Defendants was only concerned about profit for them and theirs and not properly compensating the sources in which it came from. The Plaintiff would've NEVER agreed to any form of human trafficking/ involuntary servitude/slavery/human experimentation because it's against her religion. The Plaintiffs children and herself aren't slaves for the free pickings for anyone, any governments, and any private companies, any Jane Does and John Does with the means to profit off of them.

20.     When The Plaintiff visited OBGYN Dr. Brittney Mason- Hirner at her office she kept asking how was she feeling mentally and The Plaintiff always told her she wasn't qualified to ask her those questions and that when she got ready to she would reach out to someone qualified whom she felt comfortable speaking to about a lot of the trauma she experienced during those previous attacks by U.S. Government Employees and Private Company affiliates. This unethical racist doctor kept trying to get The Plaintiff to talk about it like she was trying to catch her in a lie or like she was recording The

Plaintiff. This doctor wanted to keep The Plaintiff sick so that The Plaintiff could be kept physically vulnerable hoping that The Plaintiff would forget about the attacks by U.S. Government Employees and private companies and so that The Plaintiff wouldn't pursue civil remedies. This doctor didn't care about how a parasitic infection could have life threatening effects on The Plaintiff's unborn child at that time. This doctor knew The Plaintiff had a parasitic infection that's why she kept asking The Plaintiff about how was she feeling mentally (Parasitic infections can have negative neurological affects on humans per references in this complaint under parasites, it gave me headaches as well as other symptoms which I told her I had) even though this doctor knew that topic was out of her medical scope . She didn't prescribe any antibiotics even after The Plaintiff asked, the doctor herself also confirmed that The Plaintiff would have to take antibiotics for a while to heal. This doctor was willing to put The Plaintiff's unborn child and herself at medical risk for what? What was in it for her to keep The Plaintiff sick? Money for her and all of The Defendants involved. The Plaintiff's Black African American unborn daughter and herself was just another poor black illegal and unethical case study for her and all of The Defendants involved in these crimes committed against The Plaintiffs on American soil in the State of Florida as if The Plaintiffs didn't have rights as Americans. That's why The Defendants Kept the Black African American patient sick for illegal research purposes, they figured No one cares about black Americans anyways. All of the mega slick Defendants that profited financially off of these illegal research human trafficking crimes committed against The Plaintiffs without her consent in The State of Florida will be prosecuted for their assaults and or any involvement in on these crimes by The Plaintiffs. The American Public deserves to know and will know the truth about what happened to The Plaintiffs and The Black community need to not be in the care of these racist CIA/Republican party supported/military human trafficking so called doctors that put Black African Americans lives at risk for illegal research without consent of the patients. Had The Plaintiffs been white Americans, what happened to them would've been plastered all over the media with full support from the white American communities demanding a full investigation from that hospital and these same white communities would've made sure

those Plaintiffs had the best attorneys money can buy through donations like they have historically done for other white American's. The Plaintiffs didn't receive that same support from a lot of other Americans because The Republican Parties U.S. Government Federal Employees direct involvement/financial interest in these same corporations that own these experimental medical devices and radiation admitting devices that were illegally (without consent) placed through unauthorized surgeries for data analysis/test in The Plaintiffs bodies and private and rental vehicles for experimental extremely dangerous data analysis/test that The Defendants made millions of dollars from and still is illegally until currently getting those human trafficking ACH transfers/mailbox checks off of The Plaintiffs backs without ever giving/offering/settling with The Plaintiffs after The Defendants have KNOWN that The Plaintiff KNOW what The Defendants did to them. The Human Trafficking Criminal Defendants don't pay The Plaintiffs bills and never have, The Plaintiffs are being PIMPED OUT/HUMAN TRAFFICKED FOR SCIENCE BY WHITE RACIST U.S. GOVERNMENT FEDERAL EMPLOYEES ALONG WITH CRIMINAL PRIVATE CORPORATIONS' ASSISTANCE. THIS IS SLAVERY. The Defendants demonic plan failed, the devil is and always was the biggest liar and The Plaintiff's will continue to rebuke all demonic entities involved in Jesus Christ Name Sake.

21.    Dr. Brittney Mason Residency Obstetrics and Gynecology - University of Miami, Jackson Memorial Hospital, 2020, Miami FL Presentations and Research the Minor Criteria: A Prediction Model for the Unplanned Primary Cesarean Delivery." Poster presentation at SMFM. 2021. Virtual. "Acute management of abnormal uterine bleeding in non-pregnant woman." Lecture presented at University of Miami/Jackson Health System. Obstetrics and Gynecology Academic Day. Miami, FL. "Zika virus and the non-microcephalic fetus: Why we should still worry." AJOG. 2019; 220(1) :45-56 "Labor curves in multiparous women related to inter-birth intervals. " Am J. Perinatol. 2018; 35 (14) :1429- 1432 "Unusual presentation of a Gartner duct cyst in early pregnancy." Journal of Genital Surgery. 2017; DOI: 10.21608/jgs.2017.1160.1004 "Labor curves in multiparous women related to inter-birth intervals. " Poster presentation at Society for Reproductive Investigation. 2016. Montreal, Canada. "The effects of

social support structures in the caregiver-child relationship in a predominantly Latino, urban community" Poster presentation at the 6TH Annual Minority Health in The Midwest Conference, Chicago, IL. February 2014. Brittney Mason is a women ' s health care provider established in Jacksonville, Florida and her medical specialization is Obstetrics & Gynecology with more than 7 years of experience. She graduated from Northwestern University Feinberg Medical School in 2016. The NPI number of this provider is 1295124600 and was assigned in January 2015. The practitioner's primary taxonomy code is 207V00000X with license number ME145959 (FL). The provider is registered as an individual and her NPI record was last updated one year ago. Brittney Mason is registered with Medicare and accepts claims assignment, this means the provider accepts Medicare's approved amount for the cost of rendered services as full payment. Dr. Brittney Mason- Hirner has done medical research under The NIH U.S. Government and under The **** and ******* ***** Foundation. The Plaintiff Julia M Robinson also emailed The **** and ******* ***** Foundation letting them know that she does NOT consent to Human Experimentation performed on her and f or them to Cease and Desist.

22.    In The Plaintiffs THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE`DEFENDANTS MOTION TO DISMISS for case number Case No: 1:22-CV- 3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.F, 2.G, 2.H, 2.I, 2.J, 2.K, 2.L, 2.M, and 2.N are copies of the inside of The Plaintiffs iPhone showing that it's connected to an administrator thats controlling different functions in her iPhone's background like uploading invisible Apps because of AccessibilityUIServer and XCODE on her device . The Plaintiff and The Plaintiff's family received this iPhone in the mail summer 2022. This is also one of the ways The Defendants have been breaking into the inside of her vehicle, uploading invisible military weapons testing Apps, uploading medical Research Apps that collect data and take measurements of certain biological functions in the human body in The Plaintiff's device background, and illegally gps track her and her family without their consent while The Plaintiff carried her device with her on drives in her vehicle. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to

illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so SLICK and Black Americans weren't paying attention. The Mayo Clinic launched Apple Health Records Integration on iPhone and The Plaintiff's device is illegally recording health record data in the background and she never consented to any Health Apps. Her iPhone isn't private at all, and random Human Trafficking U.S. Government Employees from different U.S. Government Agencies, Computer Developer Companies, Tech Companies, and Health Researchers are able, have and is continuing to upload Apps illegally and against The Plaintiff's constitutional rights in The Plaintiff's iPhone Background that she pays for without her consent. The Plaintiff is an Artist and isn't able to attend to her work through this device because she's afraid her ideas are going to be stolen. The Plaintiff also has a small child, and she wasn't able to capture a lot of sentimental moments of her daughter's development in fear of them being exposed to random Human Traffickers. When The Plaintiff and her family tried on several occasions to go in person to get new devices, they were not assisted by store staff, and they were told they couldn't be assisted. The Criminals behind this iPhone that was sent to The Plaintiff idea was to make The Plaintiff appear as if she wasn't competent and was abusing drugs. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family, so that criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiff's iPhone being listed and used for Medical Research purposes without the Plaintiff's consent. This falls under involuntary servitude/SLAVERY/Human trafficking.

12. There is another Brittany Mason that is a Research protocol specialist at Mayo Clinic. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially

compensated for from Private Research Companies, Private Entities, and The U.S. Government. In The Plaintiff's THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISM I SS f o r case number Case No: 1:22-CV-3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.0, 2. P, 2. Q, 2. R, 2.S, 2.T, 2.U, 2.V, 2.W, 2.Y, and 2.Z are copies of how XCODE and AccessibilityUIServer is used through The Apple Corporation, The Mayo Clinic , WWDC22 , Other Medical Researchers, and Advanced Research Kit introductions. EXHIBITS 3.A, 3.B, 3.C, 3.D, 3.E, 3.F, 3.F, 3.G, 3.H, 3.I, 3.J, 3.K, 3.L, 3.M, 3.N, and 3.0 are examples of articles explaining what Accessibility's and how it's used for people with disabilities. Also, these articles are also examples of how The Mayo Clinic launched Apple Health Records Integration on iPhone. EXHIBITS 3.T, 3.U,

3.V, 3.W, 3.X, 3.Y, 3.Z, 4.A, 4.B, and 4.C is a copy of instructions from The Apple Corporation Website titles "Running your App in Simulator or on a device." This is another example of how The Plaintiff's device is being used illegally without her consent for Human Trafficking. Since The Plaintiff in this case was the witness to/in the fraudulent criminal cases and the person who had power of attorney to turn in evidence like the evidence she turned in of his medical prescription and all the rest of his evidence she turned on his behalf. It also states on this OCR memo that: Individuals with Opioid use disorders maybe protected by non - discrimination laws enforced by The U.S. Department of Health and Human Services, Office Of Civil Rights. Since demonic criminal racist (demon nerds) doctors illegally wrote in The Plaintiffs medical records while she was pregnant that shes their patient and matched dates of her pregnancy delivery date in these same illegal fraudulent medical records. The Plaintiff and her family were unconstitutionally human trafficked/pimped out by The U.S. Government gauged under forms of medical research without her consent. In all actuality, it's subjecting Innocent Americans against their own wills to torture while U.S. Government Employee's get paid off of THE PAWN/THE REAL VICTIMS. U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (Which is a lie, The Plaintiff has never been to this Doctor to be his patient for him to prescribe her anything.)

which illegally subjected The Plaintiff and her family to the U.S. Brain
Initiative clinical research. So, The Plaintiff Domestic partner was charged
illegally with his own legal prescription and The Plaintiff in this case
medical notes were illegally tampered with so that a doctor that she has
never been to could place false medical notes in her medical history to
make it appear as if he prescribed her opioids as well. The U.S. Brain
Initiative Clinical Research Program through The National Institute on Drug
Abuse (NIDA) ALL OF THE Defendants Illegally obtain Emergency Use of
Investigational Drugs or Devices exemptions (The patient has a life -
threatening condition that needs immediate treatment; No generally
acceptable alternative treatment for the condition exists; and Because of
the immediate need to use the device, there is no time to use existing
procedures to obtain FDA approval for the use. Severely debilitating "
means diseases or conditions that cause major irreversible morbidity.
Examples of severely debilitating conditions include blindness, loss of arm,
leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a
LEGAL reason for The Plaintiff and her family to be placed in The U.S. Brain
Initiative Research Program, a Private Research Program, an International
Research Program, or any research program. This had everything to do
with The Black American Plaintiff in this case that witnessed obstruction by
federal officials that blatantly obstructed the criminal judicial process, U.S.
Government Employees running courts, police departments, federal and
state agencies as if The Constitution doesn't exist. This was the ultimate
retaliation federal crime carried out and orchestrated by The U.S.
Government Employees and Private Companies Involved to save a White
Wealthy Family, Criminal USPS Employees, Criminal Eleventh Judicial
Florida Criminal Clerk of Court Employees, Criminal Attorney's for The
State of and Private Attorneys, Criminal Judges, Criminal (demon nerd)
Doctors, DEA Agents, Criminal FBI Agents, Criminal Police Departments
Officers), and Criminal Federal Department Employees whom The Plaintiff
and her family did complaints on with the evidence to prove it. They ALL
COLLUDED TOGETHER TO SAVE EACH OTHER FROM JAIL AND TO SAVE
EACH OTHERS' JOB/PENSIONS.

18.     IN THE PLAINTIFF THE PRO SE' PLAINTIFFS NOTICE OF
        SUBMISSION OF DOCUMENTS FOR THE PRO SE' PLAINTIFF
        RESPONSE TO ORDER TO SHOW CAUSE EXTRA EXHIBITS and THE
        PRO SE' PLAINTIFF OPPOSITION/ANSWERS TO THE DEFENDANTS

MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No: l:22-CV-3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff's evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff' s Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid- 19 pandemic does in fact participate in Clinical Trials. Their clinical Trials consist of: Adult oncology, adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also, in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data , Permanent Revocation of HIPAA Authorization , Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021, to U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter.

Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022, U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS , Permanent Revocation Of Authorizations to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Emailed to U. S . Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency for Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organization's, Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11, 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.M are copies of a Switzerland Article about 5G testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for

people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent STILL TIL THIS VERY DAY. The Plaintiff underlined the and pointed out the Private Companies and Federal Agencies that are illegally involved in these Constitutional Violations against the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff' s consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiff's private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https: //www.iCloud.com/notes/096A_-0PSqizXwFzRnl985-A#December_30, _2022 this OPS also matches a title under exhibits 6.Munder Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE' PLAINTIFFS COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO

REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon nerd LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS, FOREIGN COUNTRIES PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, MURDERING THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST. ILLEGAL RESEARCH WITHOUT THE PLAINTIFFS CONSENT WAS USED AS A WEAPON AGAINST THE PLAINTIFFS TO ATTEMPT TO STOP THE PRO SE' PLAINTIFFS LAWSUITS. THIS PROVES FRAUD ON THE COURTS, HUMAN TRAFFICKING, AND MURDER ATTEMPTS TO GET OUT OF BEING LIABLE BY THE DEFENDANTS. NO ONE (LITERALLY NO ONE) WAS GOING TO HELP THE PLAINTIFFS BECAUSE THEY ALL WANTED TO ATTEMPT TO KEEP THE PLAINTIFFS IN THE BLIND AND RECEIVE FINANCIAL COMPENSATION FROM THE DEFENDANTS SO THAT THE AMERICAN PUBLIC WOULD'VE NEVER KNOWN WHAT HAPPENED TO THE PLAINTIFFS. A COVER UP TO COVER A COVER UP TO COVER UP FOR ANOTHER COVER UP. THE DEFENDANTS LITERALLY HAVE NO CREDIBILITY AT ALL, THE DEFENDANTS WERE ALSO ENVIOUS AND JEALOUS THAT ALL OF THEIR MURDER ATTEMPTS FAILED (AFTER ALL THE PEOPLE THAT THEY PAID WHO WAS SUPPOSED TO HAVE HUGE PUBLIC INFLUENCE TO ATTEMPT TO STOP THE PLAINTIFFS FROM FILING LAWSUITS FAILED) AND THAT THE BLACK AFRICAN AMERICAN PLAINTIFFS STILL FILED LAWSUITS TO SAVE THE LIVES OF DAUGHTER AND HER SELF. THE PLAINTIFFS HAD NO CHOICE IN ORDER TO ATTEMPT TO STOP THE DEFENDANTS FROM ATTEMPTING TO TAKE THEIR LIVES GAUGING IT UNDER SO CALLED SCIENTIFIC RESEARCH USED AS A WEAPON TO ATTEMPT TO NOT GET EXPOSED FROM THEIR EXTREMELY DANGEROUS WAR

CRIME HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. THE PLAINTIFFS WILL NEVER TRUST ANYONE THAT WORKS WITH OR IN GOVERNMENT AFTER WHAT HAS CONTINUOUSLY HAPPENED TO HER AND HER FAMILY SINCE YEAR 2019 BY THE DEFENDANTS. THE PLAINTIFFS WILL NOT KEEP THE DEFENDANTS' SECRETS NOR DOES THE PLAINTIFFS WORK FOR THE U.S. GOVERNMENT. THE DEFENDANTS ARE AND HAVE BEEN EXTREMELY LOYAL TO THEMSELVES, THE PLAINTIFFS UNDERSTAND THIS NOW. ONE HUGE RICO HUMAN TRAFFICKING RING THAT DIDN'T CARE ABOUT THE BLACK AFRICAN AMERICAN PLAINTIFFS' LIVES ON AMERICAN SOIL. THE FACT THAT THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN AND PRO SE' IS ONE OF THE BIGGEST REASONS WHY THE DEFENDANTS DIDN'T WANT THE AMERICAN PUBLIC TO KNOW THE BLACK AFRICAN AMERICAN PLAINTIFFS CAUGHT ALL OF THE DEFENDANTS. THE DEFENDANTS AREN'T UNTOUCHABLE AND EXEMPT NO MATTER HOW MANY MILLIONS OF DOLLARS THEY PAID OUT TO ATTEMPT TO GET RID OF THE PLAINTIFFS. OUR COUNTRY ISN'T UNDER A DICTATORSHIP AND THE DEFENDANTS CAN'T DO WHAT THEY WANT TO DO, WHAT HAS HAPPENED TO THE PLAINTIFFS IS ILLEGAL AND AGAINST THE PLAINTIFFS' CONSTITUTIONAL RIGHTS.

19.     There is Another Brittany L Mason who works for University of Texas Southwestern Medical Center UT Southwestern· Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittany Mason-Mah listed below on number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanism's, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their

disorders in humans and their relation to physical or mental health are reviewed in MESH. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center. 20. There is Another Dr. Brittany Mason but her name is Dr. Brittany Mason-Mah and she works for The NIH U.S. Government Federal Department. Biography Division: Division of AIDS, Behavioral and Population Sciences - DABP Review Branch: Bio behavioral Processes - BP Study Section: Bio behavioral Mechanisms of Emotion, Stress and Health MESH. Dr. Brittany Mason-Mah received her Ph.D. in psychiatry from King's College London, working in both the Institute of Psychiatry and the Institute of Pharmaceutical Science, with an emphasis on physiology and blood- brain barrier regulation. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center, gaining experience in food reward neurocircuitry and pathophysiology of mental illnesses, primarily Major Depressive Disorder. Her translational research work includes animal models of behavior, transgenic techniques, pharmaceutical interventions, and gut microbiome interactions. She led blood-based biomarker work on multisite clinical trial teams for both National Institute of Mental Health and National Institute of Drug Abuse funded projects. Prior to joining CSR, she was an assistant professor of psychiatry and the National Project Director of a Clinical Trials Network (CTN) - NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co- use. Division of AIDS, Behavioral and Population Sciences (DABP) DABP encompasses 5 Review Branches focused on AIDS research, bio behavioral processes, healthcare delivery, epidemiology, and health behavior. Bio behavioral Processes Review Branch: The Bio behavioral Processes (BP) Review Branch considers applications on bio behavioral and behavioral processes across the lifespan as related to higher cognitive functions, mental and physical health, and psychological and physical disorders. Research on animals as well as humans is included, both normal and disordered processes are addressed, and observational, clinical and experimental studies are included. While the focus is predominantly on behavior, studies may also consider related central, autonomic, neuroendocrine, immune, neural,

hormonal, motor, and genetic factors. Bio-behavioral Mechanisms of Emotion, Stress and Health Study Section: The Mechanisms of Emotion, Stress and Health study section reviews applications on the interactions of psychological stress and emotion states with physical and mental illness and health across the lifespan; a particular emphasis is on the meditational role of stress- and emotion-responsive biological systems. In addition, MESH covers clinical studies relating to the interaction of normative and disordered sleep and circadian rhythms with physical and mental health outcomes. Most studies are laboratory-based, but observational or clinical studies with a major focus on stress and other biological measures are included. MESH primarily reviews human studies, although related animal studies can be assigned to MESH. The List of Reviewers lists all present, whether standing members or temporary, to provide the full scope of expertise present on that date. Lists are posted 30 days before the meeting and are tentative, pending any last-minute changes. Relationships of affect, emotion, and/or psychological stress with normative and disordered psychological and physical health across the lifespan, in human and animal models. Clinical studies of sleep and circadian rhythm focusing on behavioral output and interactions of normal and disordered sleep and circadian rhythms with physical and mental health and illness in humans Examination of individual, situational, environmental, or physiological factors that affect stress reactivity, coping and resilience. Effects of stress reduction interventions on physical and mental health and use of complementary/alternative approaches, including tai chi, yoga, acupuncture and mindfulness, when stress - responsive biological systems are interrogated and stress mechanisms are postulated as mediators. Subjective emotional states, emotional expression, regulation and measurement of emotion and mood; measurement and perception of stress. Adult Psychopathology and Disorders of Aging [APDA] : applications that focus on adult psychopathology can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH.

There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, Stress and Health (MESH) have shared interests in sleep studies and their effects on health promotion. Applications that emphasize sleep that contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Adult Psychopathology and Disorders of Aging [APDA]: applications that focus on adult psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain.

Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, (MESH) have shared interests in sleep studies and promotion. Applications that emphasize sleep that Stress and Health their effect on health contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Applications that focus on the interactions of sleep as an exposure related to physical and mental illness and health from a biological and mechanistic perspective, mostly using laboratory- based studies, are reviewed in MESH. Applications that use a population- based approach to studying sleep as an exposure that affects health outcomes or sleep as a health outcome in human subpopulations from a more behavioral perspective are reviewed in LHB. Child Psychopathology and Developmental Disabilities [CPDD] : Applications involving child developmental disorders are reviewed in CPDD. Applications that focus on prenatal-origin or childhood stress in the context of child psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Behavioral Neuroendocrinology, Neuroimmunology, Rhythms, and Sleep (BNRS): animal stress models that focus predominantly on the neuroendocrine or neuroimmune mechanisms of stress or animal models of circadian rhythms and sleep, and basic mechanisms of human circadian and sleep regulation, are reviewed in BNRS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Applications that involve mechanisms of psychopathology can be

reviewed in MESH if there is strong conceptualization of stress and stress mechanisms. Last updated: 01/23/2023 05 :10 Psychosocial Development, Risk and Prevention [PDRP]: applications focused on risk and protective factors and interventions related to socioemotional development and emotional regulation strategies are reviewed in PDRP. Applications that focus on prenatal- origin, childhood, or familial stress in the context of risk, child development, or child emotion regulation can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Social Psychology and Interpersonal Processes [SPIP]: applications that focus on social sources of stress and social factors that influence emotion and self- regulation are reviewed in SPIP; MESH emphasizes the biological aspects of emotion regulation and the response to stress. There are shared interests in stress exposures with Social and Environmental Determinants of Health (SEDH). Applications that take a mostly laboratory-based approach to understanding the biological mechanisms underlying the association between stress and biological outcomes in humans are reviewed in MESH. Applications that emphasize stress as a social determinant of health and its association with biological health outcomes in human subpopulations are reviewed in SEDH. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation Human Trafficking performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Listed above under number seventeen is a Brittany L Mason who works for University of Texas Southwestern Medical Center I UT Southwestern in the Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittney Mason-Mah was an assistant professor of psychiatry and the National Project

Director of Clinical Trials Network (CTN) -NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co-use. Doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Florida wrote false medical medical notes/records in The Plaintiff's medical notes/records that he's been prescribing Julia M Robinson Amphetamine and Oxycodone (Opioids) since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020, Julia M Robinson was NEVER this doctors patient, THIS IS A LIE. The Plaintiffs domestic partner Kristian J Hall was also fraudulently/illegally charged with his own pain medication in The State of Florida by This State on July 8, 2019. This was done to discredit the then witness Black African American Julia M Robinson who also had Power of Attorney over Kristian J Hall to turn in evidence on his behalf while he was representing himself (Pro Se') in his Fraudulent Criminal Cases. This was also done to make them both (Julia M. Robinson and Kristian J. Hall) appear as if they had substance abuse issues as to what the then alleged victim in Kristian J. Halls fraudulent Florida Criminal cases actually has/had at that time. This was also done to enhance the fraudulent charges that Kristian J. Hall was illegally charged for under his own pain medication to get Kristian J Hall illegally jailed at that time. So therefore criminal professionals attorneys, doctors, hospitals, universities/colleges, private companies, U.S. Government Employees, and Other paid government informants Americans got PAID to further assault and harass The Plaintiffs, The Plaintiff Family, Kristian J. Hall, his witnesses, and his family through ENVIRONMENTAL/MEDICAL, INVOLUNTARY SERVITUDE, HUMAN TRAFFICKING/SLAVERY ILLEGAL AND UNCONSTITUTIONAL GAUGED UNDER SO CALLED RESEARCH USED A WEAPON without their consent until present day desperately attempting to control the outcome of The Plaintiff and her Family' s civil cases. This is a perfect example of Systemic Racism, Kristian J Hall witness who helped him turn in legal documents and affidavits for his fraudulent Pro Se' criminal cases is a Black African American. The State of Florida didn't want to EXCEPT the WHOLE TRUTH from A Black African American Woman that was/is in a lifelong relationship with a White Caucasian American Male. The State of Florida had foolish pride/egos and was

willing to risk their careers/reputations to attempt to withhold the WHOLE TRUTH for a white woman whom literally admitted she LIED on Kristian J Hall. The Plaintiff in this case also signed petitions against The NIH Federal Department and this is also a form of unconstitutional religious discrimination and retaliation. This was a huge political RACIST FAVOR to COVER UP FOR THE ENTIRE STATE OF FLORIDA, THE PREVIOUS PRESIDENTIAL ADMINISTRATION, THE DEFENDANTS, and ALL CRIMINALS INVOLVED. THE PLAINTIFF DID WRITE THE PREVIOUS PRESIDENTIAL ADMINISTRATIONS DOJ THAT WAS RAN BY WILLIAM BARR. THE STATE OF FLORIDA HAS PAID MONEY TO INFORMANTS FOR YEARS TO ATTEMPT TO DISCREDIT THE PLAINTIFFS AND TO P.R. CAMPAIGN FOR GOVERNOR RON DESANTIS AND CRIMINAL COMPANY TO DESPERATELY SAVE HIS IMAGE FOR HIS PRESIDENTIAL CAMPAIGN. The Plaintiff and her family has also been illegally subjected to without their consent in their residence and in their vehicles dangerous psychiatric disorder (for people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had) clinical trials toxic chemicals/substances/gases/drugs in the form of powders/biochemical compounds/biochemical weapons/molds/and toxic chemicals placed in water inhaled and or absorbed in to the skin on American soil as if The Constitution doesn't exist and as if they are Slaves. Dr. Brittany Mason-Mah listed above under number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their

disorders in humans and their relation to physical or mental health are reviewed in MESH. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so slick and Black Americans weren't paying attention.

20.     The Defendants idea is to desperately make The Plaintiff and her family appear as if they aren't competent and is abusing drugs by use of Air purifiers pumping Electros pray preclinical drugs/nano particles/toxic substances/toxic chemicals/toxic chemical compounds/ gases/vapors while The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they was/are and have been illegally subjected to being smoked alive just like they did black slaves as a form of torturous punishment for reading. Electro spray is used in some air purifiers. Particulate suspended in air can be charged by aerosol electros pray, manipulated by an electric field, and collected on a grounded electrode. This approach minimizes the production of ozone which is common to other types of air purifiers. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family by The Defendants so that these criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiffs family residence in Palmetto Georgia Fulton / Fayette Counties being listed and used for illegal Medical Research purposes with VEOLIA WATER TECHNOLOGIES AND SOLUTIONS water treatment/pumping/maintenance stations in rural areas of Palmetto Georgia without The Plaintiff and her family's consent.

21.     The Plaintiff never took Genetic Test during that time, or anytime during The Plaintiff's pregnancy with her daughter. The Plaintiff was called several times by Health Care Employee's claiming they work for/with OBGYN Dr. Brittney Mason- Hirner and The

Plaintiff told them all NO as The Plaintiff did in person to OBGYN Dr. Brittney MasonHirner every time as well. The Plaintiff told her reasons why she didn't want to to all of those women who called her that " I did my research, and I will not allow them to stick a huge needle in my navel or in my vagina to get my placenta fluid. What if my placenta ruptures? I was not going to do genetic testing and what I said was final." The Plaintiff also signed a form in this (off site Ultrasound Medical Facility) with a believe it was Sunrise Medical Group Ultrasound Imaging 4925 Sheridan St Suite 200 Hollywood, FL 33021-2834 A Do-not- consent Form to having the Genetic Testing done in August of year 2020. The Plaintiff has witnesses from her over the phone conversations and for visits. This was falsely reported, and The Plaintiff was purposely misdiagnosed with diseases she doesn't have to allow these doctors without her consent to get a government medical exemption to place an implant/medical device inside of her and her daughter along with other medical battery crimes. An amniocentesis puts you at risk of miscarrying, or preterm labor if you are further along in your pregnancy. How are Genetic Test Used? Genetic tests may be used to identify increased risks of health problems, to choose treatments, or to assess responses to treatments. What can I l earn? There are many different types of genetic tests. Genetic tests can help to : Diagnose disease, Identify gene changes that are responsible for an already diagnosed disease, Determine the severity of a disease, Guide doctors in deciding on the best medicine or treatment to use for certain individuals, Identify gene changes that may increase the risk to develop a disease, Identify gene changes that could be passed on to children, Screen newborn babies f or certain treatable conditions, Genetic test results can be hard to understand, however specialists like geneticists and genetic counselors can help explain what results might mean to you and your family. Because genetic testing tells you information about your DNA, which is shared with other family members, sometimes a genetic test result may have implications for blood relatives of the person who had testing. What are the different types tests? Diagnostic testing is used to precisely identify the disease that is making a person ill. The results of a diagnostic test may help you make choices about how to treat or manage your health. Predictive and pre- symptomatic genetic tests are used to find gene changes that increase a person's likelihood

of developing diseases. The results of these tests provide you with information about your risk of developing a specific disease. Such information may be useful in decisions about your lifestyle and healthcare. Carrier testing is used to find people who "carry " a change in a gene that is linked to disease. Carriers may show no signs of the disease; however, they have the ability to pass on the gene change to their children, who may develop the disease or become carriers themselves. Some diseases require a gene change to be inherited from both parents for the disease to occur. This type of testing usually is offered to people who have a family history of a specific inherited disease or who belong to certain ethnic groups that have a higher risk of specific inherited diseases. Prenatal testing is offered during pregnancy to help identify fetuses that have certain diseases. Newborn screening is used to test babies one or two days after birth to find out if they have certain diseases known to cause problems with health and development. Pharmacy genomic testing gives information about how certain medicines are processed by an individual's body. This type of testing can help your healthcare provider choose the medicines that work best with your genetic makeup. Research genetic testing is used to learn more about the contributions of genes to health and to disease. Sometimes the results may not be directly helpful to participants, but they may benefit others by helping researchers expand their understanding of the human body, health, and disease. References: www.ncbi.nib.nih.gov

22.     OBGYN Dr. Brittney Mason-Hirner gave The Plaintiff a document at her office that had her name on it with test results stating that The Plaintiff has Gaucher's disease, and this is a LIE. THE PLAINTIFF NEVER DID GENETIC TESTING, and she doesn't have this disease, this was a COVER UP for The Defendants not to be LIABLE. Gaucher disease (/goo'JeI/) (GD) is a genetic disorder in which glucocerebroside (a sphingolipid also known as glucosylceramide) accumulates in cells and certain organs. The disorder is characterized by bruising, fatigue, anemia, low blood platelet count and enlargement of the liver and spleen and is caused by a hereditary deficiency of the enzyme glucocerebrosidase (also known as glucosylceramidase), which acts on glucocerebroside. When the enzyme is defective, glucocerebroside accumulates, particularly in

white blood cells and especially in macrophages (mononuclear leukocytes). Glucocerebroside can collect in the spleen, liver, kidneys, lungs, brain, and bone marrow. Manifestations may include enlarged spleen and liver, liver malfunction, skeletal disorders or bone lesions that may be painful, severe neurological complications, swelling of lymph nodes and (occasionally) adjacent joints, distended abdomen, a brownish tint to the skin, anemia, low blood platelet count, and yellow fatty deposits on the white of the eye (sclera). Persons seriously affected may also be more susceptible to infection. Some forms of Gaucher's disease may be treated with enzyme replacement therapy. The disease is caused by a recessive mutation in the GBA gene located on chromosome 1 and affects both males and females. About one in 100 people in the United States are carriers of the most common type of Gaucher disease. The carrier rate among Ashkenazi Jews is 8.9% while the birth incidence is one in 450. Gaucher's disease is the most common of the lysosomal storage diseases. It is a form of sphingolipidosis (a subgroup of lysosomal storage diseases), as it involves dysfunctional metabolism of sphingolipids. The disease is named after the French physician Philippe Gaucher, who originally described it in 1882. Hypersplenism and pancytopenia, the rapid and premature destruction of blood cells, leads to anemia, neutropenia, leukopenia, and thrombocytopenia (with an increased risk of infection and bleeding). Cirrhosis of the liver is rare. Severe pain associated with joints and bones occurs, frequently presenting in hips and knees. Neurological symptoms occur only in some types of Gaucher's (see below): Type I: impaired olfaction and cognition Type II: serious convulsions, hypertonia, intellectual disability, and apnea Type III: muscle twitches known as myoclonus, convulsions, dementia, and ocular muscle apraxia. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Osteoporosis: 75%of patients develop visible bony abnormalities due to the accumulated glucosylceramide. A deformity of the distal femur in the shape of an Erlenmeyer flask is commonly described. Yellowish-brown skin pigmentation the three types of Gaucher's disease are autosomal recessive. Both parents must be carriers for a child to be affected. If both parents are carriers, the chance of the disease is one in four, or 25%, with each pregnancy for an affected child. Genetic counseling

and genetic testing are recommended for families who may be carriers of mutations. Each type has been linked to particular mutations. In all, about 80 known GBA gene mutations are grouped into three main types: Type I (N370S homozygote) , the most common, also called the "non- neuropathic" type occurs mainly in Ashkenazi Jews, at 100 times the occurrence in the general populace. The median age at diagnosis is 28 years of age, and life expectancy is mildly decreased. Type II (one or two alleles L444P) is characterized by neurological problems in small children. The enzyme is hardly released into the lysosomes. Prognosis is poor: most die before the age of three. Type III (also one or two copies of L444P, possibly delayed by protective polymorphisms) occurs in Swedish patients from the Norrbotten region. This group develops the disease somewhat later, but most die before their 30th birthday. The Gaucher-causing mutations may have entered the Ashkenazi Jewish gene pool in the early Middle Ages (48-55 generations ago). Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiffs medical through through (NINOS) Miramar documents by stating she tested positive for Gaucher's disease false genetic test under U.S. Brain Initiative clinical research The National Institute of Neurological Disorders and Stroke and by doctor Yoel A Hernandez Rodriguez at Memorial Hostpital Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (WHICH IS A LIE, THE PLAINTIFF HAS NEVER BEEN TO THIS DOCTOR TO BE HIS PATIENT FOR HIM TO PRESCRIBE HER ANYTHING) which subjected The Plaintiff illegally to the U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants Illegally obtain an Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of

severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiffs daughter and herself to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Plaintiffs skin color, THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN WHO LITERALLY CAUGHT THE WHITE RACIST HUMAN TRAFFICKING DEFENDANTS COVERING UP FOR EACH OTHERS POLITICAL CAREERS. THE DEFENDANTS SPENT YEARS DESPERATELY TRYING TO MAKE THE PLAINTIFFS DEVELOP DEADLY DEBILITATING DISEASE THROUGH ILLEGAL RESEARCH USED AS A WEAPON (THE DEFENDANTS HAVE LITERALLY ATTEMPTED GENOCIDE) TO ILLEGALLY FIT EXEMPTIONS FOR THEIR HUMAN TRAFFICKING CRIMES COMMITTED PRIOR TO THIS LAWSUIT TO FURTHER COVER UP FOR EACH OTHER. THE PLAINTIFF WILL NEVER FORGIVE ALL INVOLVED AND THE PLAINTIFFS WILL FILE EVERYTHING THEY NEED TO TO GET JUSTICE FOR WHAT WAS DONE TO THEM.

53. The Plaintiff domestic partner and herself went to Memorial Hospital BASIS Miramar 1901 SW 172 Ave Miramar Fl 33029 on November 25, 2020, night because The Plaintiff was having contractions. The Plaintiff decided to get an epidural for pain while in labor. The anesthesiologists placed the needle in The Plaintiff's back twice, the first time The Plaintiff told her it was hurting extremely bad (The Plaintiff was in tears). This anesthesiologist/doctor told The Plaintiff she had to try for a second time because the needle that delivers the medication wasn't placed properly in The Plaintiff spine. During this time The Plaintiff also told the nurse that she was going to keep her placenta, that's why The Plaintiff chose this doctors office through her insurance at that time because The Plaintiff knew this particular hospital allowed patients to take their placentas after the patients signed for it. The Plaintiff also told OBGYN Dr. Brittney Mason- Hirner on several occasions during The Plaintiff's doctors visits that she was taking her placenta. The Plaintiff was also put on a high dose of antibiotics that was put in her IV. This

was done to kill the same parasites/or heal sickness/or heal illness The Plaintiff had been complaining to the Doctor's about since she started treating with her. This was an attempt to clean up the issues after the fact to hopefully not pass whatever it was (The real illness that was concealed from The Plaintiff) from The Plaintiff to her daughter. The Plaintiff's test results and Hospital records, a lot of information was missing and test result information wasn't written incorrectly or not there at all, It was as if this doctor was purposely trying to conceal what The Plaintiff was attacked/assaulted with (poisons/toxins/biochemical weapons) in October 2019 as to her and her office at that time were all informed by The Plaintiff. The Plaintiff's daughter was delivered by OBGYN Dr. Brittney Mason-Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on our devices. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff never consented to sharing her daughter's and herself DNA for scientific experiments or for blood banking with any private company, government, Jane Does and John Does or doctors. The Plaintiff told this doctor she didn't want them to keep her core blood. The Plaintiff also asked her why it was taking so long with her stitching her up. The Plaintiff did feel pressure from her pulling the thread and tying it. This is when OBGYN Dr. Brittney Mason-Hirner put a foreign object/ RFID/ implant/ medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio- frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason- Hirner act ed intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff can feel electrical charges/vibrations/burning/ stinging everyday from this foreign object/ RFID/ implant/ medical device. The medical device was placed in The Plaintiff's private area, now why would This doctor strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate The Plaintiff as to in her domestic partners fraudulent criminal case The Plaintiff spoke

about sexual relations in her sworn statements and in the past The Plaintiff had an exotic dancer license that can be looked up by anyone because she had to go through a Florida government department to obtain it. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, human trafficking, against The Plaintiff's human and civil rights, and a Public Lynching. The Plaintiff domestic partner and herself can both physically feel this medical device under her skin/tissue. The Plaintiff also has ultrasound and X-ray evidence of this medical device. The Plaintiff's daughter's bilirubin was Extremely High after she was born which is a side effect from a parasitic infection and vaccines. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red-blood-cell lysis byproducts via the kidneys. Fever of 40. 5 °c (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff's domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurses try to bully The Plaintiff and her family and keep her placenta that came out of The Plaintiff's body which she had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff's medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud/human trafficking/medical battery/demonic group initiation crimes, and to further cover up for all of The Defendants (U.S. Government Employee ' s and Private Company Criminals) involved in this illegal cover up to conceal the truth

about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff's medical documents by falsely stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants all involved illegally obtained a Emergency Use of Investigational Drugs or Devices Exemptions. The patient has a life- threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff's daughter and herself to be placed in The U.S. Brain Initiative Research Program, or any clinical research trials, and research testing without informed consent.

54.    The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous female mutilation just like they did black slaves as a form of punishment for reading. The Plaintiff's daughter was delivered on November 26, 2020, by OBGYN Dr. Brittney Mason- Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures

and recordings of the birth of their daughter on their electronic device. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff NEVER CONSENTED TO sharing her daughter and herself DNA for scientific experiments or for blood banking with any private company, government, entity, or doctor. The Plaintiff told her (Dr. Brittney Mason) she didn't want them to keep her core blood. The Plaintiff also asked her (Dr. Brittney Mason) why was it taking so long with her stitching her up. The Plaintiff did feel pressure from her (Dr. Brittney Mason) pulling the thread and tying it. This is when OBGYN Dr. Britt ney Mason-Hirner put a foreign object/ RFID/implant/medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio-frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason-Hirner acted intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff feels electrical charges/vibrations/burning/stinging everyday from this foreign object/RFID/implant/medical device. The medical device was placed in The Plaintiff's private area, now why would Dr. Brittney Mason strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate her as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past and The Plaintiff had an exotic dancer license that she obtained from The State of Floridas Government Department that anyone can see. The Defendants also watched The Plaintiff online through her and her domestic partners electronic devices during intimate moments between The Plaintiff and her domestic partners private intimate moments. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, involuntary servitude/human trafficking/slavery, against my human and civil rights, and a Public Lynching. The Plaintiffs domestic partner and herself can both physically feel this device under The Plaintiff's skin/tissue. The Plaintiff also have ultrasound and X-ray evidence of these medical devices. The Plaintiff daughter bilirubin was Extremely

High after she was born which is a side effect from a parasitic infection. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red- blood- cell lysis byproducts via the kidneys. Fever of 40. 5 °C (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that   "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurse try to bully The Plaintiff's family and keep her placenta that came out of The Plaintiff's body which The Plaintiff had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff ' s medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud human trafficking crimes, and to further cover up for all of the The Defendants in all of the Plaintiff's Civil Cases (U.S. Government Employee 's and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, The Plaintiff's family, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff medical documents/records by stating The Plaintiff tested positive for Gaucher's disease through false genetic test through private companies and under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A

Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25 , 2020 under U.S . Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff daughter and herself to be placed in The U.S. Brain Initiative Research Program or any Government/Entity/or Private Company Research Program. This had everything to do with the color of The Plaintiff's skin. The Plaintiff is a Black African American born in The United States of America. These human trafficking crimes happened to The Plaintiff and her daughter on American Soil.

55.    The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous branding just like they did black slaves as a form of punishment for reading.

56.    Dr. Mariana Danet came in The Plaintiff's room (The Second Room for recovery) unannounced; The Plaintiff discovered her name from her medical records from this hospital. The Plaintiff never consented to a psychiatric evaluation, Dr. Mariana Danet and Dr. Brittney Mason both wrote false notes on The Plaintiff's records. Dr. Brittney Mason was the initiator who decided without The Plaintiff's consent to have this human (Dr. Mariana Danet) come into her room right after she had her daughter. Having a child is supposed to be a Joyful occasion, they ruined that moment for The Plaintiff and her family. This was also HIPPA Violations:

Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI, when no longer required The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information.

57.    The Plaintiff was administered a nerve blocking medication (called Gabapentin), after The Plaintiff delivered her baby naturally and was advised this would assist with the discomfort/pain that she was experiencing due to her just giving a natural birth and having to be stitched up etc. The Plaintiff and her family advised the Doctors and staff right away that the medication made her feel very ill when it was administered and was advised that the ill feeling would go away but it never did. The Plaintiff was transferred to the mother/ Baby Maternity ward, where she continued to feel ill and once the medication wore off the intense pain would then return and then the charge nurse would administer gabapentin again which (The Plaintiff's domestic partner and herself) both raised concerns about this several times. Due to every time this medication was administered to The Plaintiff it made The Plaintiff's blood pressure spike and

she would feel ill all over again. The Plaintiff's domestic partner and herself were told by the (Dr.'s) OB/ GYN and the Dr.'s at the hospital that her high blood pressure was due to the pain that she was currently experiencing due to the birth and stitches. The Plaintiff and her family advised them that when the medicine wore off The Plaintiff's blood pressure returns to normal and that she was still in pain. The Plaintiff never had a medical issue and or any history of high blood pressure, so this was very alarming to them both. They continued to administer the Gabapentin even after The Plaintiff and her family raised concerns repeatedly. Why would the Doctors at Memorial Hospital Miramar 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020 prescribe The Plaintiff gabapentin if they were trying to Marchman Act The Plaintiff for an alleged drug addiction/problem per Hospital notes/false records from November year 2020? If OBGYN Dr. Brittney Mason-Hirner believed The Plaintiff had a real drug addiction, why would she standby and allow this hospital to give The Plaintiff Gabapentin? OBGYN Dr. Brittney Mason- Hirner goal was to induce a artificial aggression and hyperactivity from The Plaintiff so that she could be Baker Acted for the All of The Defendants and Private Companies involved so that The Plaintiff's baby could be taken away by DCF and so that The Plaintiff could possibly be raped, threaten, intimidated, for them to continue ILLEGAL NON - CONSENSUAL UNETHICAL WITHOUT INFORMED CONSENT/WITHOUT CONSENT HUMAN EXPERIMENTATION CLINICAL TRIAL TESTING/RESEARCH (on The Plaintiff and her baby), and for The Plaintiff to be possibly murdered. The Plaintiff was and still is a witness who done sworn statements, turned in admissible evidence to U.S. Government Entities, and filed legal complaints/ legal reports regarding U.S. Government Employees committing crimes against her domestic partner and herself. Clearly OBGYN Dr. Brittney Mason-Hirner was in it for the GRAFT AND POLITICAL FAVORS, either this was a political favor of the ALL OF THE DEFENDANTS (U.S. Government) because The Plaintiff did write the DOJ along with other government agencies and The Plaintiff did check the Box Yes they could have access to her medical records thinking that this would help them see that The Plaintiff was mentally stable. Instead, The Plaintiff checking

that box (It was a setup in the event the U.S. Government is Guilty Of War Crimes committed against an American which The Plaintiff had no idea it would be used against her medically. They illegally use Americans medical records to perform life threatening illegal medical battery and assault, non- consensual human without informed consent experimentation, and illegal preclinical trials by double agent doctors. Americans also are harassed by bad actor off duty cops creepy cowards, ex military creeps , active duty military creeps, FBI agents, FBI informants and other U.S. Government Employees in desperate hopes that you don't FILE A LAWSUIT( IF A BLACK AMERICAN IS ALREADY OPPRESSED WHY WOULD A MAN FROM ANY JOB DO THIS, SO YES IF YOU BULLY and ASSAULT INNOCENT BLACK AFRICAN AMERICANS FOR EXERCISING THEIR CONSTITUTIONAL RIGHTS TO DO COMPLAINTS THOSE ARE CHARACTERISTICS OF A CREEPY BULLY ESPECIALLY IF A MAN IS BULLYING A WOMAN. They rather for Black Americans die with no proper civil compensation or attempt to illegally admit you into a psychiatric hospital to have all of your civil rights stripped away than for them to pay black Americans Civil Remedies) so that the DOJ and other government agencies could have access to The Plaintiffs medical records allowed them to sabotage and commit crimes at The Plaintiff child's birth, Commit Human rights, Civil rights, Commit Unconstitutional Violations, HIPAA Violations, and War Crime Atrocities. The Plaintiff was absolutely right about what she stated about U.S. Government Employees attacking her with her hard evidence she sent to the DOJ. This was done to discredit The Plaintiff's testimonies/sworn statements. This was days after The Plaintiff gave birth and the nurses came into take her down to get an MRI which alarmed her and her family. The Plaintiff left her domestic partner there with their newborn baby and was taken to Radiology, they both kept telling the nurses the entire time after the birth when that specific medication (Gabapentin) was given that The Plaintiff got an instant migraine headache, and her blood pressure would spike. The Plaintiff was very disoriented and when The Plaintiff was in the Radiology Dept., the Medical Staff saw what was happening to The Plaintiffs face which one side began to sag/droop down, in addition to losing total control of her

body and this is when they then called a STROKE ALERT. They gave The Plaintiff an I.V. to flush that medication out of her system and stabilize her blood pressure. All of this could have been avoided if they would have just listened to what The Plaintiff and her family was saying and what The Plaintiff was experiencing. The Plaintiff's Domestic Partner demanded to come down to Radiology from the Maternity unit to see what was going on because he heard the stroke alert come over the intercom almost immediately after The Plaintiff left him and their baby in the room. The nurses in the Maternity ward were extremely reluctant to tell him what had happened to The Plaintiff, The Plaintiff's domestic partner then demanded that they take him to see The Plaintiff immediately. A nurse called down to Radiology and advised them he was demanding to see his wife. A nurse came up from Radiology and advised that he could come to see her, but the baby had to go to the nursery due to the radiation from the MRI machines. The Plaintiff's domestic partner was weary of this but was torn and wanted to make sure The Plaintiff was ok, so he agreed to let the baby go to the nursery temporarily while He checked on The Plaintiff. This is when the hospital took the illegal unconstitutional evil opportunity to put the quantum dot tattoo chip/ Covid-19 vaccine/ and medical devices in their baby's head and possibly other illegal preclinical trail devices in their daughter without their consent. (Medical Battery and Assault) They put the microchip quantum dot tattoo on The Plaintiff's daughter's private area while she was in the nursery and while The Plaintiff was in the ICU. This was placed in The Plaintiff's daughter's private area as to the something similar was done to The Plaintiff. Now why would these demons strategically place an microchip quantum dot tattoo in The Plaintiff's newborn daughters' private area? Demonic Ritual Abuse) This was done to continue to humiliate The Plaintiff (her mother) and take away her virtuous Christian innocence fresh out of the whom as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past, she had an exotic dancer license. The Plaintiff knew her daughter cried while these evil demons did this to her, The Plaintiff's daughter was raped for science. This is Electronic RAPE, Female genital

mutilation, Wartime sexual violence, War crimes, Ritual Abuse, Human trafficking, against The Plaintiff's daughter's human and civil rights, and a Public Lynching. That part of The Plaintiff's daughters' body was purple for a while like a huge insect bite. You could literally see the dots kinda like when your pores are open on skin but all the time in that area. You can literally see lumps on both sides of The Plaintiff's daughters head and her hair is bald in that area. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiff's medical documents by stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS ) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff's medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27 , 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all of The Defendants involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life-threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke).

58.   The Plaintiff was in a car accident in August of 2014, and she visited Memorial West Hospital in Pembroke Pines Fl. This Doctor Yoel A Hernandez Rodriguez MD was not the doctor she saw during this time. The Plaintiff has all the Doctors records she visited for her recovery from that car accident. The Plaintiff thanks God for these doctors and don't wish to involve these ethical practicing doctors. Those doctors during that time after her car

accident actually helped her recover from that accident and did nothing wrong. This was obviously a political favor to make The Plaintiff appear as if she had a substance abuse issue. This doctor Yoel A Hernandez Rodriguez was not a doctor that The Plaintiff saw regarding her car accident, and this is a lie regarding this doctor prescribing The Plaintiff those medications since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020. This was an Unauthorized release of PHI to individuals not authorized to receive the information. This was also HIPAA Violations: Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI Failure to terminate access rights to PHI when no longer required The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information, Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of Failure to implement safeguards to ensure the confidentiality, integrity and availability of PHI, failure to maintain and monitor PHI access logs, failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information. The Plaintiff did have her son on February 19, 2002, with The State of Floridas Medicaid Health Insurance and I did see a Latino (Male) Doctor OBGYN whose office was in Miami Lakes Florida. The Plaintiff's son was also born at Palmetto Hospital in Hialeah Florida near Miami Lakes Florida. But no, this Latino (Male) OBGYN never prescribed her pain medications or amphetamines. After The Plaintiff's son was born, she took him to another Latino (Doctor) Pediatrician in Miami Lakes and to another pediatric

doctor's office after she decided to switch her sons' doctors when he was still a baby. The Plaintiff's daughters' father and domestic partner in July 2019 was falsely accused of something he never did and was illegally and unconstitutionally arrested and kidnapped by U.S. Government Employee's and is still fighting in The Florida Courts for cops illegally charging him with is own prescribed pain medication. The Plaintiff was the witness that turned in the evidence of his prescription and all other evidence. The Plaintiff is a Black American Well Respected, Woman and socialite who just so happened to run her own business. So, this was a way to attempt to discredit The Plaintiffs sworn testimonies by The Defendants and Private Companies involved. The Plaintiff's medical records show the truth, Not judging anyone, but The Plaintiff doesn't smoke, she exercises, she has never had a substance abuse problem, she has never done street drugs, And She never fail a drug test for any job or at her visits to the doctors during her pregnancies. The Plaintiff is pretty anal about the importance of having over all good healthy habits with her children and herself. These UNETHICAL Double Agent Doctors need to correct The Plaintiff's Medical Records immediately.

59.    The Plaintiff and her family know that hospitals have video surveillance of baby nursery's and throughout the hospital for security reasons. The Plaintiff did see surveillance cameras in the hallways while her and her family were there at Memorial Hospital Miramar Fl. So therefore, the hospital knows who committed medical battery against her and her daughter. The Plaintiff WILL get this footage subpoenaed and she WILL get all of the staff involved disciplinary records for the Federal and Supreme Courts lawsuits. The Plaintiff captured before and after evidence of these medical devices and other medical battery crimes committed by The Defendants. The Plaintiff and her family have been terrorized for trying to get proper medical treatment for her daughter and herself. After The Plaintiff did U.S. Federal Administrative Complaints on all of The Defendants in these crimes and after she found out about these War Crime Atrocities. The Plaintiff and her domestic partner NEVER consented to or authorized for any form of clinical research hazardous hazing

harassment by any form of government, or private companies. The Plaintiff will NEVER WORK FOR NEITHER WILL SHE SUBMIT TO any private groups or forms of government, The Plaintiff doesn't need friends in government neither does The Plaintiff want to ever be in a romantic relationship with anyone that works in government EVER. It is a clear and blatantly obsession and jealously over The Plaintiff by The Defendants which is extremely disgusting and pervert like. Overall, this is patient abuse (Ritual Abuse) that happened to The Plaintiff daughter and herself. These doctors wrote false medical notes to purposely make The Plaintiff appear as if she was incompetent, as if she had a drug problem, as if she was dying from Parkinson's Disease, and like her daughter and herself wouldn't remember any of these war crimes so they were willing to arrogantly/narcissistically commit them unfortunately anyways out of retaliation, for political gain, for financial gain, and just to be wannabe evil controlling slave master beings because The Plaintiff didn't allow The Defendants to break the law in front of her. The Defendants clearly assumed that they were legally untouchable because of them being Medical professionals, legal professionals, U.S. Government Federal Employees, Jane Does, John Does, and Private Companies CoConspirators/ U.S. Government Affiliates and The Plaintiff being a Black American exotic dancer by their blatantly disregard for The Constitution they assumed that she would never have her cases brought to court after years of her being oppressed in the form of attacks, and that The American Public would never know what happened to her and her daughter. These evil civil rights abuses are a clear example of what patient abuse is, It's clear and present that The Plaintiff and her family all have been negatively affected by these war crimes, group initiations, attacks, attempted assassinations, constitutional violations, violence against women, racism, medical battery, medical racism, illegal non- consensual clinical human research experimentation, civil rights violations, jealous obsession with a stranger whom will never be in a relationship with them, sadistic games, and retaliation attacks because The Plaintiff didn't allow The Defendants to break the law in front of her.

60.    The Plaintiff did have at the time of her daughter's birth in
November 2020 Humana Medical Plan through The U.S.
Government Medicade program. The Centers for Medicare &
Medicaid Services (CMS) is a federal agency within the United
States Department of Health and Human Services (HHS) that
administers the Medicare program and works in partnership with
state governments to administer Medicaid, the Children's Health
Insurance Program (CHIP), and health insurance portability
standards. In January 2021, CMS passed a rule that would cover
"breakthrough technology" for four years after they received FDA
approval. In September 2021, CMS submitted a proposal to repeal
the rule based on safety concerns. The organization who The
Plaintiff agreed to allow an investigation to be done on (Memorial
Hospital in Miramar Florida and the unethical double agent
doctors that participated in these medical battery crimes that
unfortunately happened to her daughter and herself) and The U.S.
Government were contacted by this same organization in
September 2021 letting them know what happened to The
Plaintiff and her daughter. This is why The Centers for Medicare &
Medicaid (CMS) submitted a proposal to repeal the rule that
would cover "breakthrough technology" based on safety concerns.
This so-called safety concern was about what was done to The
Plaintiff and her daughter without The Plaintiffs consent. In the
State of Florida, it's against the law to perform experimental
surgeries without informed consent. The Plaintiff is and was at
that time COMPETENT. The Plaintiff also didn't have any genetic
testing during her pregnancy. The Plaintiff didn't at that time, nor
does she have now, nor did she ever have Parkinson's Disease,
Dementia, Gaucher's Disease, Alzheimer's Disease, Or any Drug
Abuse problem. The Plaintiff and her newborn daughter weren't
medically qualified candidates for a medical exemption for these
surgical procedures. Unconstitutionally and illegally experimental
surgeries were performed without any regard of getting proper
consent from The Plaintiff for her and her daughter. There was no
regard for The Plaintiff and her daughter being Americans on
American soil. The Plaintiff's were retaliated and medically
discriminated against because The Plaintiff's are Black/ African
Americans.

61.   Exhibits G1. Through G6. Is a copy of an administrative complaint done through Med Watch and The Food and Drug Administration (FDA) by The Plaintiff Julia M. Robinson. Exhibits G7. Is a copy of an administrative complaint done through CMS complaint Reference number 21-TRA-01843 by The Plaintiff Julia M. Robinson.

62.   Exhibits H1. Through H10. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for York A. Hernandez- Rodriguez through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

63.   Exhibits H11. Through H21. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson

64.   Exhibits H22. Through H30. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

65. Exhibits H31. Through H40. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for MD. Mariana Danet through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

66. Exhibits H41. Through H49. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for The Plaintiffs daughter Kendall J. Hall.

67. Exhibits H50. Through H59. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This Complaint is for The Plaintiffs daughter Kendall J. Hall.

68. At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery

for FTCA / FLORIDA TORT Lawsuits against The City of North
Miami Beach and The North Miami Beach Police Department. The
USPS also refused to release the insurance payment and a refund
for these transactions that The Plaintiff claimed and attempted to
collect on Insurance Claim ID #: 8065373 for tracking#
EJ684016689US on 12/03/2021 and Insurance Claim ID #:
8065453 for tracking # EJ684016922US on 12/04/2021.

69.   The Plaintiff is a CEO and there have been several
assassinations attempts on The Plaintiff and her families lives
since doing complaints with all DEFENDANTS/U.S. Government
Employee Departments involved. What are assassinations
attempts? Assassination attempts are murders of a prominent or
important person such as a head of state, head of government,
politician, member of a royal family, or CEO. An assassination may
be prompted by political and military motives, or done for
financial gain, to avenge a grievance, from a desire to acquire fame
or notoriety, because of a military, security, insurgent or secret
police group, command to carry out the assassination. Acts of
assassination have been performed since ancient times. A person
who carried out an assassination is called an assassin or hitman.
Between March 2021 and Present Day (August 2022 ) While The
Plaintiff and her family vi sited other family and worked in Ga. U.S.
Government employees, FBI informants, FBI Agents, OHS Agents,
Retired Ex- Military Employee's, Off duty Police Officers, Off Duty
Firefighters, Private security, Secret Police, U.S. Government
Research/Illegal Human Experimentation Employee' s/Affiliates,
Private Company Research/ILLEGALLY Human Experimentation
Employee's/Affiliates, John Does, Jane Does, U.S. Government
contractors, U.S. Government subcontractors, commandeering
neighbors homes of Merrick Garland in His Official Capacity; The
United States attorney general (AG) leads the United States
Department of Justice, and is the chief law enforcement officer of
the federal government of the United States. The attorney general
serves as the principal advisor to the president of the United
States on all legal matters. The attorney general is a statutory
member of the Cabinet of the United States.

70.     On either January 29, 30, or 31, 2022 While The Plaintiff
traveled with her family on Highway 74 between Tyrone Ga, and
Peachtree City Ga, they were stalked, boxed in, car hacked/car
malfunctioned, illegally tapped our mobile devices, and placed
military grade malware that changes dates and times for
recording and taking pictures, and harassed by U.S. Government
employees/affiliates, FBI informants, FBI Agents, DHS Agents,
Retired Ex-Military Employees, Off duty Police Officers, Off Duty
Firefighters, Private security, Secret Police, U.S. Government
Research/Illegal Human Experimentation Employee's/Affiliates,
Private Company Research/ Illegal Human Experimentation
Employee's/Affiliates, John Does, Jane Does, U.S. Government
contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO
Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and
TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints
and others). The Plaintiff's domestic partner was eating out at
Ray's on The River in Atlanta Ga with coworkers and a flesh-eating
bug (biochemical weapon) was strategically placed in his food
(Assassination attempts), this pathogen ate out holes in his face
within hours of leaving this restaurant. On February 4, 5, or 6,
2022 between 3pm and 9pm The Plaintiff's domestic partner and
family went to Well Star Urgent Care Center 4441 Atlanta Road SE
Smyrna Ga 30080 and the two (2) white female doctors there
misdiagnosed him to coverup for whom ever did this. The Plaintiff
has this on video. If you notice on the recording, one of the doctors
said (The White Doctor with a heavy European accent) she doesn't
want to go to jail. She said this because The Plaintiff wrote The
DHHS OCR U.S. Government Federal Department about illegal
medical procedures being done to her daughter and herself
without her consent while at Memorial Hospital Miramar in
Florida in November year 2020. This is a clear example of Abuse of
Privacy pertaining to HIPPA violations. These are Psychological
Anchoring tactics pertaining to what The Plaintiff wrote in
previous Federal Administrative Complaints. These doctors were
obviously tipped off/called/warned/and or commanded to treat
The Plaintiff and her family this way. These same doctors also
tried to misdiagnose The Plaintiff's domestic partner and say in
person and write on his discharge medical notes that he had and

was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid . These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners coworkers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any ant high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would've believed them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to

sabotage The Plaintiff's and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel (Embassy Suites), toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent Black African American, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant

desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters and 1983 Constitutional violations lawsuits are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties (THE DEFENDANTS) involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primates brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) (ATLANTA GA CUMBERLAND HOMEWOOD SUITES by HILTON HOTELS, WEST PALM-BEACH FL EMBASSY SUITES HOTEL, JACKSONVILLE FL EMBASSY SUITES HOTEL AND OTHER HOTELS) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of SUPER lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a

referral/ seeing a family physician prior) and pay for X- ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X-rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) coming inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American soil by ALL OF THE DEFENDANTS THAT ARE CLEARLY GUILTY AND COVERING UP FOR THE DEFENDANTS, THE U.S. GOVERNMENT FEDERAL DEPARTMENT HEADS INVOLVED/RESPONSIBLE FOR THEIR EMPLOYEES, THE REPUBLICAN PARTY, GOVERNOR RON DESANTIS, THE ENTIRE STATE OF FLORIDA, THE PRIVATE COMPANIES INVOLVED, THE U.S. GOVERNMENT CIA DOCTORS INVOLVED, THE PRIVATE COLLEGES AND UNIVERSITIES INVOLVED, AND THE SO CALLED REPUBLICAN PARTY BACKED/SUPPORTED RACIST AND CLOSET RACIST ORGANIZATIONS THAT PRETEND/PRETENDED TO BE THE CIVILIAN HELP. THE PLAINTIFF USED THESE HOTEL COMPANIES WIFI TO CONTACT U.S. GOVERNMENT DEPARTMENTS FOR ADMINISTRATION COMPLAINTS AND TO DO HER RESEARCH FOR HER LAWSUITS, THIS IS DEFINITELY HOW THEY KNEW HER AND HER FAMILIES LOCATIONS. POLITICAL CAREER COVERUPS PAID BY ALL OF THE DEFENDANTS TO DESPERATELY GET RID OF THE PLAINTIFFS, THE PLAINTIFFS FAMILY, AND WITNESSES. 38. The Plaintiff and her family are being discriminated against by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employees/Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The

Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid- 19. The Plaintiff literally had a conversation through messenger chat with this Private Company Involved (APPLE INC.) Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware/computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. The Florida Senators intentions weren't to actually help The Plaintiffs because The Florida Senator Marco Rubio was over the CIA Committee The Plaintiffs described in this complaint and in past complaints with The Federal Courts. The Florida Senator pretended to help just like everyone else pretended to help and or give false hope with fake fraudulent intentions while they got paid from A LOT OF THE HUMAN TRAFFICKING PIMPS PRIVATE COMPANIES AND THE FEDERAL GOVERNMENT DEPARTMENTS THAT THE PLAINTIFFS ARE SUING IN THIS LAWSUIT. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

71.   The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up t he entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their

home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide /caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts)

72.   The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car was zapping electrical charges/ ED (Electrostatic Discharge: Electrostatic discharge (ESD) is the sudden flow of electricity between two electrically charged objects caused by contact, an electrical short, or dielectric breakdown. A buildup of static electricity can be caused by tribocharging or by electrostatic induction. The ED occurs when differently- charged objects are brought close together or when the dielectric between them breaks down, often creating a visible spark.) to the top of whom ever is driving head every so often. The

Plaintiff found her car fuse boxes and her car fuses inside of her car were tampered with. Car fuses were missing in slots (strategically missing from the air conditioning unit parts that properly filter the air and sensor fuses were missing as well so that The Plaintiff wouldn't know when certain functions were not working), incorrect car fuses were placed in incorrect slots (an extremely higher amperage was placed in extremely lower amperage car fuse slots), and car fuses were placed upside-down in fuse slots. The SOS was beeping extremely loud (noise harassment) continuously while her and her family would drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person [1] such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. ) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix her vehicle.

73.    The Plaintiff's family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name o f" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rouge U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human

Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. The desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American Citizens are discredited, illegally and unconstitutionally allowing the continuation of domestic-counter-terrorism tactics on 'persons of interest illegally and unconstitutionally by HUMAN TRAFFICKING RACIST U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors on American soil.

74.    The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops at Audi Dealerships. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also

called and emailed the cars manufacturer (Audi in Germany) about these issues, and nothing has been done. It's almost as if they were told not to properly assist her. The Plaintiff's car isn't supposed to have a active, nor should it have Wi-Fi currently. The Plaintiff's Wi-Fi canceled over six (6) months ago by the cars manufacturer because year of the car. ALL OF THE DEFENDANTS literally installed and or planned/ conspired the installment of a Bluetooth/Wi- Fi router/ 4G-5G/ telephone system/ tracking device equipment that is capable of being controlled and powered remotely, capable of data collection, performing human research test/analysis, surveillance, behavior modification, and many other heinous racist war crime activities unconstitutionally carried out, committed, colluded and conspired by ALL OF THE DEFENDANTS. 43. WHAT IS A PIMP? (1) a criminal who is associated with, usually exerts control over, and lives off the earnings of one or more prostitutes, (2) to make use of often dishonorably for one's own gain or benefit. ALL OF THE DEFENDANTS was/are still currently making money off of The Plaintiff vehicles data that was stolen and used illegally for weapons testing and data science that The Plaintiff pays for every month WITH ABSOLUTELY NO HELP FINANCIALLY FROM ANY OF THE DEFENDANTs. They are blatantly and arrogantly using The Plaintiff's personal vehicle and The Plaintiff and her family as illegal test subject without regard of The Plaintiffs and her family's health and without The Plaintiffs consent. The Plaintiffs and family are getting enslaved/pimped out/human trafficked by All of The Defendants. This is why no Audi dealers in Florida and in Georgia wanted to assist The Plaintiff and her family regarding the toxins coming in the cabin of the vehicle , random loud beeping in the car cabin while driving, and complaints about feeling sick from being microwave/ zapped/radiation/electrostatic/illegal weapons testing in/on The Plaintiffs car while the car was on and driven. The Plaintiff also went to a T-Mobile Store in Atlanta Georgia at Cumberland Mall, The Plaintiff was assisted by a guy claiming to work for T-mobile with a letter X written on his name tag that The Plaintiff thoroughly questioned about the name X. After The Plaintiff told him she didn't consent to any form of experimentation and being subjected to recordings, X walked away and no one in this store

location properly assisted The Plaintiff. This was a huge missing piece of the puzzle, for The Plaintiff to find this device blatantly shows Private Companies colluded with The U.S. Government and piggy backed off of other entities that attempted to take advantage of/exploit victims of crimes. This is extremely disgusting and clearly shows that ALL OF THE DEFENDANTS have no regard for The Plaintiff and her children's health, this is medical racism, this is blatant retaliation from All of The Defendants listed in lawsuits and FTCA Complaint letters sent, this 1983 constitutional violations lawsuit, this is slavery in America, this is human trafficking, this is against The Plaintiff and her children's constitutional rights, this is evil, this is ILLEGAL, and this is human experimentation without The Plaintiffs consent by The Pimp Defendants looking out for each others financial interests and political interests. The Plaintiff is the owner of her vehicle, this is how ALL THE OF THE DEFENDANTS have been coming inside of her vehicle, and illegally gps tracking her and her family without her consent. Toxins/molds/biochemicals inside of her vehicle placed strategically on surfaces (on seatbelts, stirring wheels, on and inside of her daughter's car seat, on floor mats/car rugs, and in and on vehicle doors and windows). The Plaintiff was turned down/sabotaged/ at several properties she and her domestic partner tried to move into for safety and security, their application monies were kept illegally and they were always told they didn't make enough purposely trying to start pre-orchestrated disputes with the Property Managers/Property Owners for ALL THE DEFENDANTS to have The Plaintiff and her family illegally and unconstitutionally jailed so that The Plaintiff would forfeit her lawsuits against ALL OF THE DEFENDANTS. The Plaintiff and her domestic partner make well over enough to move in those properties, and they were purposely trying to keep them at her family's house where they are pumping torturous toxic chemicals/spraying toxic chemicals/introducing toxic chemicals in this home that has made them all sick on several occasions. In year 2021 The Plaintiff emailed manufacturer for Audi in Germany regarding a lot of attacks and how she was suing The Defendants and that she declined in / did not consent to any form of experimentation, so they knew of the situation and decided to

collude with The Defendants and exploit the already exploited victims. The Defendants activated an account through Audi without her consent and further allowed the criminal participants to harass, stalk, assault, and poison The Plaintiff and her family inside of her car. This particular tracking system service is also an emergency service, and first responders can lock and unlock your vehicle with this service activated. The Defendants were in and out of The Plaintiffs car illegally using the excuse of it possibly being for emergency services that The Plaintiff never called for and didn't need. Since 2019 having racist unjust encounters with rogue police officers, obstruction by U. S. Government Employee's blatantly and unconstitutionally obstructed the judiciary processes for The Plaintiff and her family, The Plaintiff doesn't trust anyone that works in and for The U.S. Government. The Plaintiff wouldn't agree/and or give consent for no U.S. Government Employee or Private Companies Employees pimps to have access to her personal property, NEVER. The Defendants didn't offer to pay for The Plaintiffs car to be paid off so that she could have her titles nor did The Defendants offer to purchase a Private property/HOME out right so that The Plaintiffs could OWN the DEEDS to that property. The Defendants didn't offer foreign currencies or foreign private and commercial properties to The Plaintiffs. The Defendants didn't take The Plaintiffs to the Hermes and Chanel stores to purchase $30,000.00 and $40,000.00 bags or to The Rolex and Cartier Stores/Jewelers to purchase any luxury items that holds its values and or increases its value over time. The Defendants didn't offer to purchase commercial properties/buildings out right and give The Plaintiffs the DEEDS. The Defendants didn't offer The Plaintiffs STOCKS in their private companies. The Defendants didn't offer E-GOLD ACCOUNTS so that The Plaintiffs owned out right GOLD BARS. The Defendants didn't offer to pay The Plaintiffs children college and private school tuition. NONE OF THE DEFENDANTS ACH TRANSFER THE PLAINTIFFS WHAT THEY ARE DEMANDING IN THIS LAWSUIT EVER. THE DEFENDANTS DIDN'T OFFER ANY FORM OF FINANCIAL COMPENSATION AFTER THEY ALL GOT CAUGHT IN THEIR HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. The Defendants didn't want to believe that The Plaintiffs knew

their worth. Historically The Defendants are ok with paying off white Americans after they have tortured white Americans on American soil. The Defendants have in fact Human Trafficked The Plaintiffs and caused physical and mental damages. The Defendants actions have shown racial discrimination and systemic racism because The Defendants fork over civil monies to white Americans that have been wronged by them with no problem. The Defendants believe that white Americans deserve any form of justice. The Defendants have a hard time grasping the concept that ALL AMERICANS ARE EQUAL. A wrong is a wrong, and torture is torture, doesn't matter if The Plaintiffs are White or Black. The Plaintiffs in this case are Black African Americans and The Plaintiff ALWAYS KNEW HER WORTH. The Plaintiff doesn't TOLERATE BULLYING FROM ANYONE. THE PLAINTIFF DOESN'T ALLOW PEOPLE/GOVERNMENTS/OR WHOM EVER TO TAKE ADVANTAGE OF HER AS THE DEFENDANTS ALL DID WITHOUT HER CONSENT WHICH MAKES THEM HUMAN TRAFFICKING PIMPS. The Plaintiff has worked extremely hard in her career to accomplish what she was able to accomplish in the past because again The Plaintiff always knew her WORTH. The Plaintiff has NEVER in her entire life worked extremely hard and after she worked extremely hard for her finances forked her finances over to a PIMP. The Plaintiff has never had a PIMP AND NEVER BEEN PIMPED UNTIL THE PLAINTIFF TOLD THE TRUTH ABOUT WHAT HAPPENED IN FRONT OF HER AS A WITNESS. The Defendants can't just perform surgeries because they are greedy HUMAN TRAFFICKING PIMPS and MAKE MONEY WITHOUT THE CONSENT OF THE BLACK AFRICAN AMERICAN ON AMERICAN SOIL AS THEY DID IN THIS CASE. THE HUMAN TRAFFICKING PIMP DEFENDANTS JUST CAN'T COMPLETELY TAKE CONTROL OVER THE PLAINTIFFS PRIVATE AND RENTAL VEHICLES THAT THE PLAINTIFF PAYS/PAID FOR TO UPLOAD PROGRAMS AND ADD DEVICES THAT COULD'VE GOTTEN THE PLAINTIFFS IN ACCIDENTS FOR DANGEROUS RESEARCH SO THAT PIMP DEFENDANTS CAN MAKE MONEY WITHOUT THE PLAINTIFFS CONSENT AS THE DEFENDANTS DID IN THIS CASE. WE DO NOT LIVE IN A DICTATORSHIP. The truth in America doesn't constitute getting PIMPED BY THE SLAVE MASTER WANNABE HUMAN

TRAFFICKING PIMP DEFENDANTS as THEY LITERALLY HAVE PIMPED THE PLAINTIFFS IN THIS CASE WHICH IS SLAVERY. WHAT THE DEFENDANTS DID TO THE PLAINTIFFS IN THIS CASE THEY WOULD'VE NEVER TRIED THAT IF THE PLAINTIFFS WERE WHITE AMERICANS. The Human Trafficking device that was illegally installed in The Plaintiffs private Audi Vehicle in this case was literally named 911-SOS-DO NOT DELETE, THATS what appeared on her vehicle MMI menu screen, this was strategically named that so that when The Plaintiff asked a mechanic, she would be told that it was a computer error. The Plaintiff and her family were able to capture for evidence almost all of the attacks from The Defendants, so therefore The Defendants don't have ANY CREDIBILITY. The Plaintiff and her family believe these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for/consented/authorized for any Apps, by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now, nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi- Fi at their families

home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia. Some relatives have had sinus drippings for weeks. It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employees/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff's family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employees/Affiliate's. The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a later time. The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee's violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder her to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. The Plaintiffs will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own

laws that they voted into Congress and gets caught cheating several times? ALL OF THE DEFENDANTS/U.S. Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases, these attacks and attempts literally happened to The Plaintiffs. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her family's lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WERE ABLE TO FILE PAST LAWSUITS AND THIS ONE AGAINST THE UNITED STATES GOVERNMENT FEDERAL DEPARTMENT EMPLOYEES AND PRIVATE COMPANIES DEFENDANTS. THE PLAINTIFF JOB AS A PARENT IS TO FIGHT FOR AND PROTECT HER CHILDREN FROM THE VERY AMERICAN GOVERNMENT THAT COMMITTED CRIMES AGAINST THE PLAINTIFFS SINCE THE PLAINTIFFS OWN AMERICAN GOVERNMENT WASN'T WILLING TO PROPERLY ASSIST HER AND HER DAUGHTER IN THESE MATTERS AND IN PAST MATTERS THAT THE U.S. GOVERNMENT TRIED TO COVER UP FOR EACH OTHER AND FOR PRIVATE COMPANIES FOR FINANCIAL PROFITS. NO ONE IN GOVERNMENT CARED ENOUGH TO NOT ACCEPT MONEY AND DO THE RIGHT THING. AGAIN, THE BIGGEST HUMAN TRAFFICKING RICO CRIMINALS ON THE PLANET EARTH. THE PLAINTIFFS DESERVE FREEDOM FROM SLAVERY THAT WAS SUPPOSEDLY ABOLISHED IN THIS COUNTRY THAT IS ALSO ILLEGAL. THE DEFENDANTS EXPOSED THEMSELVES BY BEING GREEDY HUMAN TRAFFICKING EXPLOITERS.

75.    THE PLAINTIFF'S DAUGHTER IN THIS CASE IS A MINOR CHILD (40 MONTHS/THREE (3) YEARS OLD). Rule 5.2. Privacy Protection for Filings Made with the Court: (a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name

of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and taxpayer-identification n·umber; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial - account number . (b) Exemptions from the Redaction Requirement. The redaction requirement does not apply to the following: (1) a financial-account number that identifies the property allegedly subject to forfeiture in a forfeiture proceeding. (2) the record of an administrative or agency proceeding; (3) the official record of a state- court proceeding; (4) the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed; (5) a filing covered by Rule 5.2(c) or (d) ; and (6) a prose filing in an action brought under 28 U.S.C. §§2241, 2254, or 2255. (c) Limitations on Remote Access to Electronic Files; Social- Security Appeals and Immigration Cases. Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows: (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record; (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to: (A) the docket maintained by the court ; and (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record. (d) Filings Made Under Seal. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record. (e) Protective Orders. For good cause, the court may by order in a case: (1) require redaction of additional information; or (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court (f) Option for Additional Unredacted Filing Under Seal. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record. (g) Option for Filing a Reference List. A filing that contains

redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information. (h) Waiver of Protection of Identifiers. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal. The American Public Deserves to know what The American Government, Private Companies and their perverted racist employees did to The Black African American Plaintiffs, The Plaintiffs family, and witnesses in this case. The Plaintiff was also harassed by The Defendants to desperately attempt to have The Plaintiff work for The U.S. Government so that The U.S. Government would get out of liabilities against The Plaintiffs (The Plaintiff has proof of this as well). The Plaintiffs don't want this lawsuit filed under a seal.

76.    18 U.S. Code § 3509 - Child victims' and child witnesses' rights : (a) Definitions .-For purposes of this section-(1) the term "adult attendant" means an adult described in subsection (i) who accompanies a child throughout the judicial process for the purpose of providing emotional support; (2) the term "child" means a person who is under the age of 18, who is or is alleged to be- (A) a victim of a crime of physical abuse, sexual abuse, or exploitation ; or (B) a witness to a crime committed against another person; (3) the term "child abuse" means the physical or mental injury, sexual abuse or exploitation, or negligent treatment of a child; (4) the term "physical injury" includes lacerations, fractured bones, burns, internal injuries, severe bruising or serious bodily harm; (5) the term "mental injury" means harm to a child's psychological or intellectual functioning which may be exhibited by severe anxiety, depression, withdrawal or outward aggressive behavior, or a combination of those behaviors, which may be demonstrated by a change in behavior, emotional response, or cognition; (6) the term exploitation" means child pornography or child prostitution; (7) term "multidisciplinary child abuse team" means a professional composed of

representatives from health, social service, law enforcement, and legal service agencies to coordinate the assistance needed to handle cases of child abuse ; (8) the term " sexual abuse " includes the employment, use, persuasion, inducement, enticement, or coercion of a child to engage in, or assist another person to engage in, sexually explicit conduct or the rape, molestation, prostitution, or other form of sexual exploitation of children, or incest with children ; (9) the term "sexually explicit conduct" means actual or simulated- (A) sexual intercourse, including sexual contact in the manner of genital-genital, oral-genital, anal-genital, or oral -anal contact, whether between persons of the same or of opposite sex; sexual contact means the intentional touching, either directly or through clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse , humiliate, harass, degrade, or arouse or gratify sexual desire of any person; (B) bestiality; (C) masturbation; (D) lascivious exhibition of the genitals or pubic area of a person or animal; or (E) sadistic or masochistic abuse; (10) the term "sex crime" means an act of sexual abuse that is a criminal act; ( 11) the term "negligent treatment" means the failure to provide, for reasons other than poverty, adequate food, clothing, shelter, or medical care so as to seriously endanger the physical health of the child; and (12) the term "child abuse" does not include discipline administered by a parent or legal guardian to his or her child provided it is reasonable in manner and moderate in degree and otherwi se does not constitute cruelty. (b) Alternatives to Live In-Court Testimony.- (1) Child' s live testimony by 2- way closed circuit television .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, or a guardian ad litem appointed under subsection (h) may apply for an order that the child's testimo~y be taken in a room outside the courtroom and be televised by 2- way closed circuit television . The person seeking such an order shall apply for such an order at least 7 days before the trial date, unless the court finds on the record that the need for such an order was not reasonably foreseeable. (B) The court may order that the testimony of the child be taken by closed-circuit television as provided in subparagraph (A) if the court finds that the child is

unable to testify in open court in the presence of the defendant, for any of the follow i ng reasons : (i) The child is unable to tes t ify because of fear. (ii) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying (iii) The child suffers a mental or other infirmity. (iv) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (C) The court shall support a ruling on t he child' s inability to testify with findings on the record. In determining whether the impact on an individual child of one or more of the factors described in subparagraph (B) is so substantial as to justify an order under subparagraph (A), the court may question the minor in chambers, or at some other comfortable place other than the courtroom, on the record for a reasonable period of time with the child attendant, the prosecutor, the child's attorney, the guardian ad litem, and the defense counsel present. (D) If the court orders the taking of testimony by television, the attorney for the Government and the attorney for the defendant not including an attorney prose for a party shall be present in a room outside the courtroom with the child and the child shall be subjected to direct and cross-examination. The only other persons who may be permitted in the room with the child during the child' s testimony are- (i) the child' s attorney or guardian ad litem appointed under subsection (h) ; (ii ) persons necessary to operate the closed- circuit television equipment; (iii) a judicial officer, appointed by the court; and (iv) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child, including an adult attendant. The child' s testimony shall be transmitted by closed circuit television into the courtroom for viewing and hearing by the defendant, jury, judge, and public. The defendant shall be provided with the means of private, contemporaneous communication with the defendant' s attorney during the testimony. The closed-circuit television transmission shall relay into the room in which the chi ld is testifying the defendant's image, and the voice of the judge. (2) Videotaped deposition of child .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, the child's parent or legal guardian, or the guardian ad litem appointed under subsection (h)

may apply for an order that a deposition be taken of the child's testimony and that the deposition be recorded and preserved on videotape . (B) (i) Upon timely receipt of an application described in subparagraph (A) , the court shall make a preliminary finding regarding whether at the time of trial the child is likely to be unable to testify in open court in the physical presence of the defendant, jury, judge, and public for any of the following reasons: (I) The child will be unable to testify because of fear. (II) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying in open court. (III) The child suffers a mental or other infirmity. (IV) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (ii) If the court finds that the child is likely to be unable to testify in open court for any of the reasons stated in clause (i), the court shall order that the child's deposition be taken and preserved by videotape. (iii) The trial judge shall preside at the videotape deposition of a child and shall rule on all questions as if at trial. The only other persons who may be permitted to be present at the proceeding are- (I) the attorney for the Government; (II) the attorney for the defendant ; (III) the child's attorney or guardian ad litem appointed under subsection (h); (IV) persons necessary t o operate the videotape equipment; (V) subject to clause (iv), the defendant; and (VI) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child. The defendant shall be afforded the rights applicable to defendants during trial, including the right to an attorney, the right to be confronted with the witness against the defendant, and the right to cross - examine the child. (iv) If the preliminary finding of inability under clause (i) is based on evidence that the child is unable to testify in the physical presence of the defendant, the court may order that the defendant, including a defendant represented prose, be excluded from the room in which the deposition is conducted. If the court orders that the defendant be excluded from the deposition room, the court shall order that 2-way closed circuit television equipment relay the defendant's image into the room in which the child is testifying, and the child's testimony into the room in which the defendant is viewing the proceeding, and that the defendant be

provided with a means of private, contemporaneous communication with the defendant's attorney during the deposition. (v) Handling of videotape. - The complete record of the examination of the child, including the image and voices of all persons who in any way participate in the examination, shall be made and preserved on video tape in addition to being stenographically recorded. The videotape shall be transmitted to the clerk of the court in which the action is pending and shall be made available for viewing to the prosecuting attorney, the defendant, and the defendant's attorney during ordinary business hours. (C) If at t he time of trial the court finds that the child is unable to testify as for a reason described in subparagraph (B) (i), the court may admit into evidence the child's videotaped deposition in lieu of the child' s testifying at the trial. The court shall support a ruling under this subparagraph with findings on the record. (D) Upon timely receipt of notice that new evidence has been discovered after the original videotaping and before or during trial, the court, for good cause shown, may order an additional videotaped deposition. The testimony of the child shall be restricted to the matters specified by the court as the basis for granting the order. (E) In connection with the taking of a videotaped deposition under this paragraph, the court may enter a protective order for the purpose of protecting t he privacy of the child. (F) The videotape of a deposition taken under this paragraph shall be destroyed 5 years after the date on which the trial court entered its judgment, but not before a final judgment is entered on appeal including Supreme Court review. The videotape shall become part of the court record and be kept by the court until it is destroyed. (c) Competency Examinations. - (1) Effect of federal rules of evidence. - Nothing in this subsection shall be construed to abrogate rule 601 of the Federal Rules of Evidence. (2) Presumption. - A child is presumed to be competent. (3) Requirement of written motion. - A competency examination regarding a child witness may be conducted by the court only upon written motion and offer to proof of incompetency by a party. (4) Requirement of compelling reasons. - A competency examination regarding a child may be conducted only if the court determines, on the record, that compelling reasons exist. A child's

age alone is not a compelling reason. (5) Persons permitted to be present.-The only persons who may be permitted to be present at a competency examination are- (A) the judge; (B) the attorney for the Government; (C) the attorney for the defendant; (D) a court reporter; and (E) persons whose presence, in the opinion of the court, is necessary to the welfare and well-being of the child, including the child' s attorney, guardian ad litem, or adult attendant. (6) Not before jury. - A competency examination regarding a child witness shall be conducted out of the sight and hearing of a jury. (7) Direct examination of child. - Examination of a child related to competency shall normally be conducted by the court on the basis of questions submitted by the attorney for the Government and the attorney for the defendant including a party acting as an attorney prose. The court may permit an attorney but not a party acting as an attorney prose to examine a child directly on competency if the court is satisfied that the child will not suffer emotional trauma as a result of the examination. (8) Appropriate questions. - The questions asked at the competency examination of a child shall be appropriate to the age and developmental level of the child, shall not be related to the issues at trial, and shall focus on determining the child's ability to understand and answer simple questions. (9) Psychological and psychiatric examinations. Psychological and psychiatric examinations to assess the competency of a child witness shall not be ordered without a showing of compelling need. (d) Privacy Protection.- (1) Confidentiality of information.- (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall- (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information. (B) Subparagraph (A) applies to- ( i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding; (ii)

employees of the court; (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in t he proceeding; and (iv) members of the jury. (2) Filing under seal. -All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court- (A) the complete paper to be kept under seal; and (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record. (3) Protective orders. - (A) On motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child. (B) A protective order issued under subparagraph (A) may- (i) provide that the testimony of a child witness, and the testimony of any other witness, when the attorney who calls the witness has reason to anticipate that the name of or any other information concerning a child may be divulged in the testimony, be taken in a closed courtroom; and (ii ) provide for any other measures that may be necessary to protect the privacy of the child. (4 ) Disclosure of information .-This subsection does not prohibit disclosure of the name of or other information concerning a child to the defendant, the attorney for the defendant, a multidisciplinary child abuse team, a guardian ad litem, or an adult attendant, or to anyone to whom, in the opinion of the court, disclosure is necessary to the welfare and well-being of the child. (e) Closing the Courtroom. - When a child testifies the court may order the exclusion from the courtroom of all persons, including members of the press,

77.  The Plaintiff' s sent their standard form 95' s for all Federal Departments listed here through email to: (1.) Merrick Garland in His Official Capacity; The United States attorney general (AG) (DOJ) leads the United States Department of Justice and is the chief law enforcement officer of the federal government of the

United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States. (2.) Christopher A. Wray in His Official Capacity; The director of the Federal Bureau of Investigation (FBI) is the head of the Federal Bureau of Investigation, a United States' federal law enforcement agency, and is responsible for its day- to - day operations. The FBI Director is appointed for a single 10- year term by the President of the United States and confirmed by the Senate. The FBI is an agency within the Department of Justice (DOJ), and thus the Director reports to the Attorney General of the United States. (3.) Alejandro N. Mayorkas in His Official Capacity; The United States secretary of homeland security (OHS) is the head of the United States Department of Homeland Security, the federal department tasked with ensuring public safety in the United States. The secretary is a member of the Cabinet of the United States. The position was created by the Homeland Security Act following the attacks of September 11, 2001. (4.) Louis DeJoy in His Official Capacity; The United States Postmaster General (PMG) is the chief executive officer of the United States Postal Service (USPS). The PMG is responsible for managing and directing the day- to - day operations of the agency. (5.) William J. Burns in His Official Capacity; The director of the Central Intelligence Agency (D/CIA) is a statutory office (50 U.S.C. § 3036) that functions as the head of the Central Intelligence Agency, which in turn is a part of the United States Intelligence Community. (6.) Xavier Becerra in His Official Capacity; The United States secretary of health and human services (DHHS) is the head of the United States Department of Health and Human Services and serves as the principal advisor to the president of the United States on all health matters. The secretary is a member of the United States Cabinet. The office was formerly Secretary of Health, Education, and Welfare. In 1980, the Department of Health, Education, and Welfare was renamed the Department of Health and Human Services, and its education functions and Rehabilitation Services Administration were transferred to the new United States Department of Education. Patricia Roberts Harris headed the department before and after it was renamed.

(7.) Dr. Robert Califf in His Official Capacity; The United States Commissioner of Food and Drugs is the head of the Food and Drug Administration (FDA), an agency of the United States Department of Health and Human Services. The commissioner is appointed by the president of the United States and must be confirmed by the Senate. The commissioner reports to the Secretary of Health and Human Services. (8.) Incumbent Lloyd Austin in His Official Capacity; The United States secretary of defense (DOD) (SecDef) is the head of the United States Department of Defense, the executive department of the U.S. Armed Forces, and is a high-ranking member of the federal cabinet. The secretary of defense's position of command and authority over the military is second only to that of the president of the United States, who is the commanded-in chief. This position corresponds to what is generally known as a defense minister in many other countries. The secretary of defense is appointed by the president with the advice and consent of the Senate and is by custom a member of the Cabinet and by law a member of the National Security Council. (9.) Incumbent Paul M Nakasone in His Official Capacity; The director of the National Security Agency (NSA) (DIRNSA) is the highest-ranking official of the National Security Agency which is a defense agency within the U.S. Department of Defense The director of the NSA also concurrently serves as the Chief of the Central Security Service (CHCSS) and as the commander of U.S. Cyber Command. As the director of the NSA and the chief of the CSC, the officeholder reports to the under secretary of defense for intelligence, and as the commander of U.S. Cyber Command, the officeholder reports directly to the secretary of defense. (10.) Lawrence A. Tabak in his Official Capacity is an American dentist and biomedical scientist serving as the acting director of the National Institutes of Health. The National Institutes of Health, commonly referred to as NIH (with each letter pronounced individually) , is the primary agency of the United States government responsible for biomedical and public health research. It was founded in the late 1880s and is now part of the United States Department of Health and Human Services. Many NIH facilities are located in Bethesda, Maryland, and other nearby suburbs of the Washington metropolitan area, with other primary facilities on the Research Triangle Park in

North Carolina and smaller satellite facilities located around the United States. The NIH conducts its own scientific research through the NIH Intramural Research Program (IRP) and provides major biomedical research funding to nonNIH research facilities through its Extramural Research Program. NONE OF THESE FEDERAL DEPARTMENTS EVER WROTE (NO RESPONSES FROM THE DEFENDANTS) THE PLAINTIFF ' S BACK REGARDING THIS CASE. NO U.S. FEDERAL DEPARTMENT IS EXEMPT FROM COMPLAINTS, GOD IS IN CONTROL NOT MAN.

78. The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an-assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022) While the Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of my family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name of" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and

all crimes committed against The Plaintiff and her family by rogue U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. These torture tactics are to desperately attempt to and her family crazy, attempt to artificially induce attempt to artificially induce mental illness, and or desired outcomes of drive The Plaintiff medical conditions, to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American allowing Citizens are discredited, illegally and unconstitutionally the continuation of domestic- counter-terrorism tactics on of interest illegally and unconstitutionally by U.S. Government, persons employee's , FBI informants, FBI Agents, OHS Agents, Retired ExMilitary Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S.Government contractors, U.S. Government subcontractors on American soil . On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade

malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employee's/affiliates FBI informants, FBI Agents , OHS Agents, Retired Ex-Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff' s domestic partner was eating out at Ray's on The River in Atlanta Ga with co-workers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts) , this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for

decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid. These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners co-workers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any anti high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would believe them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiffs and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel, toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter

was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal

injunction (Federal Protection) against all parties involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primate's brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/seeing a family physician prior) and pay for X-ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X- rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) corning inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on

American 3. against soil. The Plaintiff and her family are being racially discriminated by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employee's / Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid-19. The Plaintiff literally had a conversation through messenger chat with this Private Company involved Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware / computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

79.   The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up the entire home with white smoky/white cloudy

appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide/caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts) 5. At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA /FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance

payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #:8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID # : 8065453 for tracking # EJ684016922US on 12/04/2021.

80.    The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car zaps electrical charges to the top of whom ever is driving head every so often. The SOS beeps extremely loud (noise harassment) continuously while her and her family drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO . An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman.) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix my car. The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer about these issues and nothing has been done. It's almost as if they are being told not to properly assist her. The Plaintiff's car isn' t supposed to have a router active, nor should it have Wi-Fi currently. The Plaintiffs Wi-Fi was canceled over six (6) months ago by the cars manufacturer because of the year of the car. This

Wi-Fi router was illegally and unconstitutionally dded to her car without The Plaintiffs consent when the Plaintiffs car was towed in Georgia. In videos The Plaintiff and her family were able to capture for evidence it shows programs loading/updating in her car. The Plaintiff's car now has two (2) Wi-Fi icons along with a second cd icon, on videos The Plaintiff recorded you can see how the icons are clearly there when it shouldn't be double which is a clear indication that something extra was added to her car illegally without her consent. The Plaintiff's car doesn't come with two (2 ) Wi- Fi routers, certain car functions can be controlled with internet access. Like open car doors to maliciously cause the owner/driver harm, strategically place toxic chemical/bioweapons on surfaces , tamper/add- on pumping apparatuses possibly connected to her cars ale unit to remotely introduce chemicals on demand. If hired U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates criminals have access to your car which is a vulnerability, they can cause all kinds of illegal evil things from just having access to your car. The Plaintiff and her family believes these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U. S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for / consented/authorized for any Apps, by any Governments, Universities, College ' s , Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's , Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now nor has she ever owned

any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi-Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U. S. Government Employee's/Affiliate 's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses . U.S. Government Employee' s/Affiliate' s and Private Company Employee' s/Affiliate' s intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia . Some relatives have had sinus drippings for weeks . It's not illegal to petition our government and the whole entire world will know what the U. S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff' s family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's . The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government employees/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a lat er time . The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue

U.S. Government Employee ' s violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder The Plaintiff to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. I will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? U.S . Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her families lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WAS ABLE TO FILE HER LAWSUIT AGAINST THE UNITED STATES GOVERNMENT. This case is related to another Plaintiffs Civil Case# 1 :22- CV-22105-JLK that was Filed with the Florida Federal Southern District in Miami Florida. This case is also related to The Plaintiff's other Civil Case No : l :22- CV3080-MHC and Civil Case No : l :23- CV- 0043-MHC that was filed in the Northern District of Georgia Federal Court as well as a TRO and Injunction for this case with all details of all crimes committed against The Plaintiff and her family. The Defendants installed a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle

without a valid warrant and without her consent. The Private companies listed here below under# thirty eight (38) that own the OED II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch' s Corporation website regarding The Mojio Corporation it states " Integrated Connected Mobility Solutions : Mojo's cloud platform and Saas solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche Corporations it states" Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada. " ( All of The Defendants) The United States Government, All Of The Private Companies listed above, Memorial HealthCare System Inc, Memorial HealthCare System, Dr. Brittney Mason-Hirner OBGYN, MD Mariana Danet, MD Yoel A Hernandez-Rodriguez, The North Miami Beach Police Department, The City Of North Miami Beach, The Hollywood Police Department, The City Of Hollywood, The Entire State of Florida, The Entire Untied States Of America (USA), The Department of Justice (DOJ), The Department Of Homeland Security (OHS), The Federal Bureau of Investigations (FBI), The Central Intelligence Agency (CIA), The National Security Agency (NSA), The Department of Defense (DOD), The United States Postal Service (USPS), The National Institutes of Health (NIH), The Department of Health and Human Services (DHHS), The Food and Drug Administration (FDA), Jane Does, John Does, and other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to illegally and unconstitutionally accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and to help illegally assist a white family from going to jail after they all LIED,

this definitely offends justice and is a PERFECT EXAMPLE OF SYSTEMIC RACISM. The Plaintiff was absolutely right after all, The Defendants arrogantly conspired and actually executed all crimes The Plaintiff is seeking relief for. It' s blatantly clear that All Of The Defendants are all guilty of what The Plaintiff is seeking relief for. The Plaintiff was never a "If I can't beat them, join them kind of a person." The Defendants that work for The United States of America went on a Paid Public Relations campaign to attempt to protect the images of their billionaire private companies buddies by attempting to keep The Black African American Pro Se' Plaintiff in the blind through constant unconstitutional attacks on her and her family hoping she wouldn't make it to The Federal Courts to File her Lawsuits, The devil is Liar God said. The Plaintiff and her family will never trust no U.S. Government Employee/U.S. Government Department's nor will The Plaintiff EVER work for No Form Of Government neither will her children after all of these disgustingly extremely racist atrocities were committed (HUMAN TRAFFICKING/ INVOLUNTARY SERVITUDE/SLAVERY) in The State of Florida and in The State Of Georgia as if slavery isn't abolished, as if her and her daughter aren't Americans that were born in this country with guaranteed constitutional rights. Arrogant Racist Foolish Pride Is A Understatement In The Plaintiff's FTCA Federal Lawsuits Against The Entire Untied States of America. The Owners of the Mojio OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device that was illegally installed without The Plaintiffs consent are listed below : A. Mojio Inc. Corporate Offices 1080 Howe Street 9th Floor Vancouver, BC V6Z 2Tl Canada B. Mojio Inc. Corporate Offices 808 W Hastings Street #1100 Vancouver, BC V6C 2X4 Canada C. Mojio Inc. Corporate Offices 300 Orchard City Drive #100, Campbell, CA 95000 D. Microsoft One Microsoft Way, Redmond, WA 98052, E. T-Mobile 3618 Factoria Blvd SE, Bellevue, WA 98006 , USA F. Deutsche Telekom Bonn HQ Friedrich-Ebert-Alleel 40 Germany G. Robert Bosch GmbH Robert-Bosch-Platz 1, 70839 Gerlingen, Germany H. Deutsche Telekom Bonn HQ Friedrich- Ebert-Alleel40 Germany Audi Ettinger Str . 105 , 85057 Ingolstadt , Germany J. Amazon Headquarters 410 Terry Ave. N Seattle, WA 98109 K. Vivint 10. SUBMISSION SHOW CAUSE Inc. 4931 North 300 Provo,

UT 84604 IN THE PLAINTIFF'S THE PRO SE ' PLAINTIFFS NOTICE OF DOCUMENTS FOR THE PRO SE ' PLAINTIFFS RESPONSE TO ORDER TO EXTRA EXHIBITS and THE PRO SE ' PLAINTIFF 'S OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No : 1 : 22 - CV- 3080- MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff' s evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff's Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid-19 pandemic does in fact participate in Clinical Trials. Their clinical trials consist of: Adult oncology, Adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated

November 20, 2021, for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations , and Private Citizens . Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021 to U.S . Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022 U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information f or Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff's Julia M Robinson and her daughter t hat was sent through USPS and Emailed to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency For Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organizations , Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11 , 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.Mare copies

of a Switzerland Article about SG testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for people that have anxiety, dementia, schizophrenia, depression, Gaucher' s Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/ involuntary servitude clinical trials without The Plaintiff's TIL THIS VERY DAY. The Plaintiff the Private Companies and Federal Agencies these Constitutional Violations against and her family's consent STILL underlined the and pointed out that are illegally involved in the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff's consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION.

This was in and connected to The Plaintiffs private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https ://www.iCloud.com/notes/096A_OPSqizXwFzRnl985-A#December_30,_2022 this OPS also matches a title under exhibits 6.M under Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE ' PLAINTIFF'S COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon NERD LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

81.    I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with

other racist private hired criminal contractors and subcontractors. Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/pre- clinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre- clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee's that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted

killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS , FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF' S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON -ARTIST/SCAMMERS , UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

82.   I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors . Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/preclinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private

residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre-clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies (in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee' s that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U. S . GOVERNMENT POLITICAL FAVORS, PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL THAT THE CONSTITUTION AND BILL OF RIGHTS APPLY TO ALL AMERICANS. These extremely racist assaults that The Plaintiffs family and herself were illegally subjected to are over all genocide carried out by U.S. Government Employee' s on American soil because The Plaintiffs family and herself are seeking justice and or just for simply coexisting in America as if The

Constitution doesn't apply to Black and Brown Americans. The Plaintiffs family and herself have never consented and will never consent to any form of human experimentation performed on The Plaintiffs family and herself by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney' s, Profited Organizations, Non- Profited Organizations, Military Department' s, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space. None of these Entities pay The Plaintiffs family and herself bills nor have they financially compensated anyone in The Plaintiffs family and herself residence for illegally entering/subjecting The Plaintiffs family and herself into these torturous human trafficking/involuntary servitude slave master research projects that THEY ARE ALL ILLEGALLY FINANCIALLY PROFITING FROM. So yes, I agree to DISBAND" ELITE " Police Units/Law Enforcement Units which intern is really SYSTEMIC RACIST UNCONSTITUTIONAL GOVERNMENT EMPLOYEE ORGANIZED GANG RACKETEERING RING ACTIVITIES. The Plaintiffs family and herself will continue to pray for other Black and Brown American victims of police brutality, human rights violations, civil rights abuses, involuntary servitude abuses, targeted racist fraud abuses medical racism victims, and environmental racism abuses in America.

83.   At&t denied The Plaintiff Julia M Robinson the ability to turn on Kristian J. Halls phone account while he was in jail in The State of Florida illegally even after she showed them, she had power of attorney for him. At&t also STOLE THE PLAINTIFFS MONEY AND DIDN'T APPLY IT TO HIS BILL EVEN AFTER THE PLAINTIFF SHOWED HER PROOF OF PAYMENTS. AT&T EMPLOYEES CONSPIRED WITH THE STATE OF FLORIDA TO KEEP THE PLAINTIFFS PHONE OFF SO THAT THE PLAINTIFF WOULD BE FORCED TO USE WIFI WHICH KEPT HER IN DANGEROUS SITUATIONS. At&t employees that drove an At&t vehicle also followed The Plaintiff from the The Eleventh Judicial Clerk of Courts to different locations. At&t employees came to where The Plaintiff was living in Miami Gardens several times tampering with

wires at her family's home illegally and was CAUGHT ON CAMERA. AGAIN, A FAVOR FOR THE STATE OF FLORIDA. THE PLAINTIFF HAS PROOF OF THIS AS WELL.

84.   The Plaintiffs Apple Device/iCloud had a lot of her evidence/research that she gathered for years against all The Defendants that's why The Defendants intentionally hacked her device to the point she could no longer get into her device iCloud. The Defendants knew that she could get into the iCloud with another device that's why Apple Reps made up that she turned on her recovery key and if she didn't have any other Apple product signed into her iCloud, she couldn't recover her recovery key/reset the recovery key that she didn't have turned on. If a recovery key was turned on this was done remotely without The Plaintiffs consent just like the evidence she was able to obtain in this same device that was remotely controlling, deleting, turning off and on controls/buttons, maneuvering through her Instagram App, uploading apps in background for so called developers/human traffickers that are actually subcontractors for The United States Government to spy through fake App updates on electronic devices. The Plaintiff and her family's calls were also being redirected and interfered with while calling these same companies for assistance. The Defendants knew she saved her evidence by doing a backup on her device and that she was trying to get it restored through private computers at home because Apple Inc. can see any time someone is in their Apple ID/iCloud. The Defendants also knew that The Plaintiff needed to restore her device and that she was going to possibly go to an Apple Store just as she did at Cumberland Mall in Atlanta Georgia. The Defendants knew if they were going to go along with the lie or as they are the ones that turned on the recovery key if a recovery key was turned on like Apple Inc. said that is was, The Defendants had to make sure The Plaintiff Julia M. Robinson wasn't going to be able to get back in her Apple iPhone device by uploading more malware in the form of a restore like the store rep said it was that actually disabled the top of the device so that no one could get past the like new part of the settings/menu/initial setup to go further into the device just as they did to The Plaintiffs device. So, they lead The

Plaintiff to the store for a restore for her Apple iPhone after they saw her online trying to restore her device, then they uploaded more malware disguised as a restore to upload the program that didn't allow her device to go past the like new setup. The Defendants also BROKE INTO HER PRIVATE VEHICLE to place toxic chemicals vapors while parked at this same mall (Cumberland Mall in Atlanta Georgia) so that when she got inside, she could possibly have some kind of erratic reaction that could have possibly gotten her arrested, killed, or sent to a mental institution (Political Abuse Of Psychiatry) which was another extremely desperate failed setup attempt which is FRAUD ORCHESTRATED BY CON-ARTIST in The State of Georgia that gladly commit crimes against Black African American Pro Se' Litigants that don't work for The United States of America and or work with or are affiliated with an organization. The Defendants (APPLE INC.) knew that she didn't have a device signed into her Apple ID /iCloud again because they could see everything in the background. The Plaintiff told the Apple Inc. reps over the phone that she was just logged into her iCloud on her family's device without the device prompting for her to put in a recovery key after the first store she went to during this time placed this malicious malware disguised as a restore on her device. The Plaintiff kept asking all the Apple Inc. Reps how come she was able to log in on her family's device without the device asking for a recovery key and then suddenly, it's a recovery key needed for her to get back into her Apple ID/iCloud. One Apple rep even hung up the phone after she asked this same question. Apple Inc. company reps over the phone kept telling The Plaintiff that she needed a recovery key or to be signed into her Apple ID on another Apple device prior. This malware was strategically placed on The Plaintiffs iPhone to destroy her iPhone because of her Federal Court Cases because of what was inside of the iPhone that literally had everything to do with her cases so that The Plaintiff would prevail in her suits. This was also done to attempt to cut off The Plaintiffs communications to the outside world so that like (family and friends) couldn't talk to her on social media to check on her (to also desperately make The Plaintiff appear as if she was depressed to match fake made up medical notes/record so that The Defendants can KEEP

GETTING THOSE ILLEGAL RESEARCH CHECKS OFF OF THE BACKS OF THE PLAINTIFFS). This was also done to attempt to show The Plaintiff who was attempting to control her court cases as if This Country isn't even America with no laws and regulations. The Plaintiff was able to log into the cloud on her relative's device but after she logged out of his device and tried to log back in it asked her for a recovery key that wasn't turn on by her, this was remotely turned on attempting to lock her out of her iCloud because of her evidence and for all of her court cases. Clearly someone or group is PR Campaigning to COVER-UP for U.S. Criminal Federal and Private Company Criminal hires. The Plaintiff limped along with this device because unfortunately, this was all she could afford at that time. The Plaintiff had this apple ID that was connected to this device for almost ten (10) years. The Plaintiff has obtained evidence of this device being remotely controlled and still not a private company or no one in our government has assisted The Plaintiff or granted The Plaintiff restraining orders which interns shows racial discrimination, biases, cheating/not abiding by the law/not properly applying the law, and prejudices towards The Appellant. Not no one in government nor any of these private companies have/had consent and pay The Plaintiffs and their families MONTHLY BILLS to continue torturous research without their consent attempting to bully The Plaintiff to take over The Plaintiffs cases desperately trying to make The Plaintiff appear as if she's incompetent so that she can't/couldn't represent herself, and or attempting to sabotage her court cases for political associations and reasons clearly. All of these extremely racist life-threatening unfortunate crimes orchestrated and committed by U.S. Government Employees and Private Corporations Criminal Hires against The Plaintiffs Constitutional Rights crimes fall under extraordinary circumstances beyond The Plaintiffs control explained in this motion and in her motion, she filed on August 25, 2023, with The Court of Appeals. This incident explained in this paragraph happened between August and September 2023 at The Apple Inc. Store at the Cumberland Mall in Atlanta Georgia. All communications in person, over the phone, and through email will be subpoenaed by The Plaintiff for this case. Apple Inc. has

assisted The U.S. government in on attempting to sabotage The Plaintiffs cases. Apple Inc. is responsible for their employees' liabilities. APPLE INC CONSPIRED WITH THE STATE OF FLORIDA AND ILLEGALLY DELETED THE PLAINTIFF'S DELIVERY PICTURES OF NEWBORN AND NEW BORNS DELIVERY PICTURES WHICH SHOWS THE HUMAN TRAFFICKING U.S. GOVERNMENT EMPLOYEE DOCTORS AND STAFF THAT POSED WITH THE PLAINTIFF AND HER FAMILY PLAINTIFF IN THIS CASE. ANY MOTHER KNOWS THAT PICTURES OF THEIR DELIVERIES OF THEIR CHILDREN HAVE SENTIMENTAL VALUE AND THOSE MOMENTS CAPTURED ARE PRICELESS. APPLE INC. EMPLOYEES ASSISTED WITH THE DELETION OF THOSE PICTURES TO FURTHER TORTURE THE PLAINTIFFS MOTHER DESPERATELY ATTEMPTING TO MENTALLY BREAK THE PLAINTIFF AFTER THEY LITERALLY HUMAN TRAFFICKED HER AND HER DAUGHTER AT THAT HOSPITAL. APPLE INC ALSO ILLEGALLY DELETED THE PLAINTIFFS APPLE ID FOR THE DEFENDANTS WHICH HAD PICTURES AND VIDEOS OF EVIDENCE FOR YEARS THAT THE PLAINTIFF GATHERED FOR HER CASES. APPLE INC ALSO HAD DOCTORS UNDER THEIR EXPERIMENTAL PROGRAMS UPLOADED ILLEGAL PROGRAMS TO THE PLAINTIFFS T-Mobile PHONES AND T-Mobile KNEW ALL ABOUT IT AS APPLE INC SAT ON THE SIDE OF THE ROADS/PLACES WHERE THE PLAINTIFF DROVE AND TEST/UPLOAD EXTREMELY DANGEROUS RADIATION PROGRAMS TO THE PLAINTIFF'S VEHICLE TO THE DEVICE THAT WAS PLACED ON THE PLAINTIFF'S VEHICLE ILLEGALLY. APPLE INC KNEW FOR YEARS WHAT THEIR CIA HUMAN TRAFFICKING DOCTORS WERE DOING TO THE PLAINTIFF AND HER FAMILY.

85.    ALL OF THE DEFENDANTS IN THIS CASE AND PREVIOUS CASES ARE HIRING INFORMANTS/OFF DUTY LAW ENFORCEMENT/OFF DUTY GOVERNMENT EMPLOYEES TO ILLEGALLY BREAK IN THE PLAINTIFFS HOME AND PUT LEAD, COBALT, OTHER HEAVY METALS, AND PESTICIDES IN THE PLAINTIFFS FOOD IN THE REFRIGERATOR, CABINETS, AND FREEZER, IN THE PLAINTIFFS LIQUID SOAP AND OTHER PERSONAL PRODUCTS THAT THE PLAINTIFF AND HER FAMILY

USES. THE WHITE RACIST NEIGHBORS IN THIS NEIGHBORHOOD STAND BY AND LOOK THE OTHER BECAUSE THEY ARE GETTING PAID FROM THE DEFENDANTS AND PRIOR DEFENDANTS IN OTHER CASES TO LOOK THE OTHER WAY AND THEY ARE ALSO ASSISTING IN ON THE ASSAULTS BY SPRAYING THE PLAINTIFFS RESIDENCE OUTSIDE AND PERSONAL VEHICLES WITH CHEMICALS AND HEAVY METALS DESPERATELY ATTEMPTING TO COVER UP FOR THE DEFENDANTS IN THIS CASE AND PREVIOUS CASES. THESE ARE MURDER ATTEMPTS ON THE PLAINTIFFS LIVES AND THE AMERICAN PUBLIC WILL KNOW EVERYTHING THE DEFENDANTS DID AND WHY THEY HAVE CONTINUED TO ILLEGALLY VIOLATE THE PLAINTIFF AND HER FAMILIES CONSTITUTIONAL RIGHTS DESPERATELY TRYING TO STOP THE PLAINTIFFS FROM FILING LAWSUITS AND DESPERATELY ASSISTING IN THE ASSAULTS BECAUSE THEY ARE ALL RACIST COWARDS (THROWING ROCKS AND HIDING THERE HANDS) IF THE BLACK AFRICAN AMERICAN DID THE SAME THINGS AS FAR AS THESE CRIMES THAT ARE BEING COMMITTED REPEATEDLY BY THESE WHITE RACIST COWARDS (SO CALLED MEDICAL PROFESSIONALS AND U.S. GOVERNMENT EMPLOYEES) IN THIS NEIGHBORHOOD THE ENTIRE WORLD KNOWS THE PLAINTIFF WOULD'VE BEEN ARRESTED IMMEDIATELY. THE PLAINTIFFS LIVE ON THE SAME STREET AS RACIST MEDICAL PROFESSIONALS AND RACIST U.S. GOVERNMENT EMPLOYEES THAT ARE GLADLY ASSISTING IN THE MURDER ATTEMPTS FOR THE DEFENDANTS. THIS IS HAPPENING IN SMYRNA GA, THEY ARE DESPERATELY HOPING THAT THE PLAINTIFF AND FAMILY RUN THE LOCAL GOVERNMENT IN THIS CITY SO THAT THEY CAN EXTORT THE PLAINTIFF AND TELL HER THATS HOW IT WILL STOP. THE PLAINTIFF AND HER FAMILY HAS LITERALLY SEEN ALL AND ANY SINCE 2019 AND NO ONE IN THE U.S. GOVERNMENT HAS CAME TO THEIR AID NEITHER HAS THE U.S. GOVERNMENT EVER GRANTED RETRAINING ORDERS BECAUSE IT IS FAVORS FOR THE U.S. GOVERNMENT EMPLOYEES THAT ARE PAYING THE INFORMANTS TO KEEP COMMITTING THE CRIMES AGAINST THE PLAINTIFFS AND THEIR FAMILIES. THE PLAINTIFFS WILL GLADLY NAME THE ADDRESS AND STREETS OUT LOUD IN OPEN

COURT DESPERATELY NOT TRYING TO REVEAL WHERE SHE
LIVES IN THIS LAWSUIT WHICH IS CLEARLY A TACTIC OF THE
VERY SLICK RACIST U.S. GOVERNMENT EMPLOYEES IN THE
EVENT SOMETHING HAPPENS AT THE PLAINTIFFS HOME THEY
WILL LIE AND SAY THE PLAINTIFF TOLD THE ENTIRE WORLD
WHERE SHE LIVES ALL THE WHILE IT WAS THEM COMMITTING
THE CRIMES WITH INFORMANTS ASSISTANCE. THE PLAINTIFFS
FAMILY WILL ALSO DO THE SAME.

86.    The Plaintiffs injuries resulted from intentional acts from The
United States of America and   Amgen Inc. who failed to behave
with the level of care that someone of ordinary prudence would
have exercised under the same circumstances. The United States
and Amgen Inc. was careless in handling their employees who
they trained or didn't train to handle/run military weapons
testing, clinical trials testing, research of any kind using and hiring
criminals to illegally implant/perform illegal surgeries with
experimental extremely dangerous defective medical devices
without consent of The Plaintiffs and subject The Plaintiffs
without consent and legally valid exemptions to extremely
dangerous medical research as a form of an attack/weapon for
criminals to discredit The Plaintiffs that were witnesses against
U.S. Government Employees in prior Fraudulent Criminal cases of
Kristian J. Hall. The United States and Amgen Inc. are responsible
and liable for Assault, Battery, Fraud Concealment, Retaliatory
Discrimination, Racial Discrimination, 42 U.S. Code § 3617-
Interference, coercion, or intimidation, 18 U.S. Code§ 1512 -
Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S.
Code§ 2441 -War crimes: intentional attacks against civilians;
torture; unlawful confinement; 18 U.S. Code § 1038. False
information and hoaxes, Substantive Due Process, Negligence,
Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment,
The State Created Danger, Conspiracy, Deleting
Documents/Evidence, Racial Discrimination, Retaliatory
Discrimination, Due Process, Religious Discrimination, Theft,
Attempted Murder, Attempted assassinations, Strict liability,
Human Trafficking/Involuntary Servitude/Slavery, and

intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

87.     The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

88.     The Plaintiffs properly served Audi Inc. and turned the proof into this court. Aufi Inc. Is A defendant in this case. The Mojio Device serial number will show who put that device illegally on the Plaintiff Private Vehicle. The Plaintiffs are redacting who put that device on her private vehicle, she is not sure. The serial

number will show exactly what company placed the device and when from the serial numbers on the device itself.  Every time The Plaintiff went to The Audi Dealerships to ask for them to take off any tracking devices or any devices that she didn't consent to have placed on her vehicle, The Audi Dealership employees purposely argued with the Plaintiff and acted as if they didn't know what she was talking about in person in front of witnesses and over the phone. They argued with the Plaintiff and her family to not help her and o force them to leave. Audi Inc Breached he Contract for service between The Plaintiff and That corporation. The Plaintiff has arguments and conversations recorded for proof as well.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiffs need surgery to have dangerous faulty illegal devices removed as soon as possible. The Plaintiffs had facial burns/blisters from radiation in vehicles. The Plaintiffs and family had headaches and still does have headaches from the medical devices placed inside of them without their consent. The Plaintiff children can never go to a regular school because of what happened to her without her parents' consent. The Plaintiffs daughter could not sleep on her back as a baby as the doctors advised her parents too. The Plaintiffs daughter didn't drink and wasn't given breast milk at all because of what happened to The Plaintiffs mother. The Plaintiffs daughter has never gone to daycare because The Plaintiffs don't trust people because of the amount of people involved in these human trafficking crimes committed against The Plaintiffs. The Plaintiffs daughter threw up all the time clear fluids as a little newborn baby and still sometimes as a toddler. Had The Plaintiffs daughter slept on her back as a baby and passed on the lying doctors would've said The Plaintiffs daughter passed on because of SIDS and not from what they placed inside of her without her parents' consent. The Plaintiffs daughter as a baby kept grabbing at the areas on her head where the illegal research medical devices were placed without her parent's consents. The Plaintiffs will never have a normal life again because of these extremely disgusting human

trafficking crimes committed against them and how they had to file lawsuits and publicly humiliate and embarrass themselves to desperately get The Defendants to STOP.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future

Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

V.

Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

CAUSE OF ACTIONS, DAMAGES, BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY

LIABILITY CLAIMS, GROUNDS AND RELIEF SOUGHT FOR PLAINTIFF JULIA M. ROBINSON

The United States Of America in the country's Official Capacity U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.


GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a

substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional

Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Travel Expenses, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) The Central Intelligence Agency (CIA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and The Central Intelligence Agency (CIA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Amdt 8.4.7 Conditions of Confinement, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .


GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon

federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human

Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Substantive Due Process, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Travel Expenses, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a

duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Institute of Health (NIH) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The National Institute of Health (NIH) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Institute of Health (NIH) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Strict Liability, Conspiracy, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Amdt 8.4.7 Conditions of Confinement, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id.

(quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Substantive Due Process, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial

Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts,

Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services (DHHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services (DHHS) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services (DHHS) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Duress, Undue Influence, Fraud, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga

and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful

confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Substantive Due Process, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses,

Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees,

42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions

for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of
Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional
Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty
too use Caution and Care, Constitutional torts, Travel Expenses, Conspiracy,
and Other Charges. The Plaintiffs are demanding a jury trial and a Special
Master to be appointed to their case. The Defendants had a duty and owed
service to The Plaintiffs/Victims. The Defendants failed that duty and
violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered
actual losses, injuries, and damages that were directly caused by The
Defendants actions or failure to act. The Plaintiffs and her family are going
to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
Department of Transportation (DOT) (The Defendants) deprived The
Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth
Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights,
and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted
from intentional acts from The Department of Transportation (DOT) who
failed to behave with the level of care that someone of ordinary prudence
would have exercised under the same circumstances. The Department of
Transportation (DOT) was careless in handling The Plaintiffs investigations
against their employees for Assault, Battery, Fraud Concealment,
Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 -
Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering
with a witness, victim, or an informant, Obstruction of Justice: Witness
Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes:
intentional attacks against civilians; torture; unlawful confinement; 18 U.S.
Code § 1038. False information and hoaxes, Substantive Due Process,
Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of
Confinement, The State Created Danger, Racial Discrimination, Strict
Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory
Discrimination, Religious Discrimination, Theft, Attempted Murder,
Attempted Kidnappings, Attempted assassinations, Human

Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Federal Bureau of Investigations (FBI) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Federal Bureau of Investigations (FBI) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Federal Bureau of Investigations (FBI) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, The State Created Danger, Racial Discrimination, Retaliatory

Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among

Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to

Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Security Agency (NSA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. Plaintiffs' injuries resulted from intentional acts from The National Security Agency (NSA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Security Agency (NSA) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process,

Negligence, Duress, Undue Influence, Fraud, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of

1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.

Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Justice (DOJ) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Justice (DOJ) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Justice (DOJ) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512,

1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Due Process, Religious Discrimination, Strict Liability, Conspiracy, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration (FDA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal

Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services Food and Drug Administration (FDA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services Food and Drug Administration (FDA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services Food and Drug Administration (FDA) was careless in handling The Plaintiffs

investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS)

The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The

Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Strict Liability, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States Department of Homeland Security (DHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The

Plaintiffs injuries resulted from intentional acts from The United States Department of Homeland Security (DHS) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States Department of Homeland Security (DHS) was careless in handling The Plaintiffs Complaints and investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Strict Liability, Conspiracy, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement Strict Liability, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Duress, Undue Influence, Fraud, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are

demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HR 6794

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Breach of Contract, Duress, Undue Influence, Fraud, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder,, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this

case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial

Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,

and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U. S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Breach of Contract, Duress, Undue Influence, Fraud, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Human Trafficking/Involuntary

Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.

Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of

Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and AT&T Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and AT&T Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and AT&T Inc. was careless in handling their employees who they trained or didn't train to handle in store or over the phone customer service care regarding contracts, bill payments, and powers of attorney. Kristian J Hall gave Julia M. Robinson Power of Attorney which they entered into a valid contract/Existence of a contract in The State of Florida. AT&T was found in Breach of Contract when AT&T employees didn't honor Kristian J Halls power of attorney to allow Julia M Robinson the ability to turn on his cellular phones on his account. This breach caused losses and damages with Julia M. Robinson. The United States and AT&T Inc. are

responsible and liable for, Fraud Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Breach of Contract, Undue Influence, Conspiracy, Racial Discrimination, Theft, Retaliatory Discrimination, Due Process, Strict Liability, Religious Discrimination, Fraud, Theft, intentional infliction of emotional distress against The Plaintiff committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or

didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Duress, Undue Influence, Fraud, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict Liability, Attempted assassinations, Amdt 8.4.7 Conditions of Confinement, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are

completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are

demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Duress, Undue Influence, Fraud, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Amdt 8.4.7 Conditions of Confinement, Attempted Murder,Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising

under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,

Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special

Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Duress, Undue Influence, Fraud, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed

by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Apple Inc.
One Apple Park Way Cupertino, CA 95014

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -

Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused

by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Apple Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Apple Inc. was careless in handling their employees who they trained or didn't train to handle customer service calls, in store customer or over the phone customer service for Apple ID technical support troubleshooting, run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed through or with Apps, electronic device equipment, and software without the Plaintiffs consent on The Plaintiffs private vehicles and inside of The Plaintiffs iPhone cellular device while The Plaintiffs operated her cellular device and her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, Apple Inc, and Mojio Inc. are responsible and

liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Fraud, Breach of Contract, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc.
Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc. Who failed to behave with the level

of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Strict Liability, The State Created Danger, Conspiracy, Racial Discrimination, Breach of Contract, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are

completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc USA/Audi America Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are

demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc USA/Audi America Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc USA/Audi America Inc. Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc USA/Audi America Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Breach of Contract, Duress, Undue Influence, Fraud, The State Created Danger, Strict Liability, Breach of Contract, Duress, Undue Influence, Fraud, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising

under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,

Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special

Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Breach of Contract, Duress, Undue Influence, Fraud, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Theft, Attempted Murder, Strict Liability, Attempted assassinations, Breach of Contract, Duress, Undue Influence, Fraud, Human Trafficking/Involuntary Servitude/Slavery, and intentional

infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees,

42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions

for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference,coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against

civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False
information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive
Due Process, Negligence, Fraudulent Concealment, The State Created
Danger, Strict Liability, Breach of Contract, Duress, Undue Influence, Fraud,
Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process,
Religious Discrimination, Theft, Attempted Murder, Attempted
assassinations, Human Trafficking/Involuntary Servitude/Slavery, and
intentional infliction of emotional distress against The Plaintiffs committed
by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial
HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73

Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to

conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Strict Liability, Medical Battery, Battery, Breach of Contract, Duress, Undue Influence, Fraud, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement,

Retaliatory Discrimination, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way Miramar, FL 33025

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of

1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.

Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Breach of Contract, Duress, Undue Influence, Fraud, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Strict liability, Racial Discrimination, 42 U.S. Code § 3617 -

Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among

Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to

Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Florida Atlantic University (FAU) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Florida Atlantic University (FAU) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States And Florida Atlantic University (FAU) was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Negligence, Duress, Undue Influence, Fraud, Fraudulent Concealment, Strict liability, Theft, Conspiracy, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Amdt 8.4.7 Conditions of Confinement, Obstruction of Justice:

Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville, Florida 32207

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of
Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies , and committees,
42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§
1512 - Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict
Liability, Medical Battery, Assault, Battery, Substantive Due Process,
Negligence, Fraudulent Concealment, The State Created Danger, Racial
Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,
Attempted Murder, Attempted Kidnappings, Attempted assassinations,
Human Trafficking/Involuntary Servitude/Slavery, Future Medical
Expenses, Household Services ( In Home Services), Loss of Consortium,
Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,
Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,
Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are
demanding a jury trial and a Special Master to be appointed to their case.
The Defendants had a duty and owed service to The Plaintiffs/Victims. The
Defendants failed that duty and violated a promise or obligation to The
Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that
were directly caused by The Defendants actions or failure to act. The
Plaintiffs and her family are going to need hired security for the rest of their
lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount
of U.S. Government Employees that were hired by The Defendants to
conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.
Government Employees forever, Loss of Faith and Trust for any
organizations, Loss of Business Opportunities, Loss of Business, Damages to
Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Dr. Brittney Mason-Hirner OBGYN (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Dr. Brittney Mason-Hirner who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Dr. Brittney Mason-Hirner OBGYN was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Retaliatory Discrimination, Strict liability, Amdt 8.4.7 Conditions of Confinement, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against

civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Mariana Danet,
12515 Orange Dr STE 802 Davie, Fl 33330

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of

Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical

Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and MD Mariana Danet (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Mariana Danet who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Mariana Danet was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Duress, Undue Influence, Fraud, Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, Retaliatory Discrimination, Racial Discrimination, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Yoel A Hernandez - Rodriguez,
1901 SW 172 Ave Miramar, Fl 33029

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of

Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to

Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Yoel A Hernandez - Rodriguez who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Yoel A Hernandez - Rodriguez was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Theft, Conspiracy, Racial Discrimination, and intentional infliction of emotional distress 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga

and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process,

Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty

too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Amgen Inc. The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Battery, Fraud Concealment,, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive, Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting

Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

John Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of

Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, Substantive Due Process, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguïsh, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical

Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and John Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Private Corporations who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and John Does was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Theft, Strict Liability,, Duress, Undue Influence, Fraud, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Negligence, War Crimes, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Fraudulent Concealment, Retaliatory Discrimination, Racial Discrimination,

and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Jane Does

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§

1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Substantive Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent,

The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and Jane Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America, Private Corporations and Jane Does who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and Jane Does was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Battery, Amdt 8.4.7 Conditions of Confinement, Strict Liability, Negligence, War Crimes, Fraudulent Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, Duress, Undue Influence, Fraud, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

CAUSE OF ACTIONS, DAMAGES, BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS, GROUNDS AND RELIEF SOUGHT FOR PLAINTIFF KENDALL J. HALL

The United States Of America in the country's Official Capacity U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Duress, Undue Influence, Fraud, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary

Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of

Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical

Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Travel Expenses, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) The Central Intelligence Agency (CIA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and The Central Intelligence Agency (CIA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Duress, Undue Influence, Fraud, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary

Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Substantive Due Process, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Travel Expenses, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Institute of Health (NIH) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The National Institute of Health (NIH) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Institute of Health (NIH) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, Strict Liability, Conspiracy, The State Created Danger, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human

Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Substantive Due Process, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage,
Loss in the Ability to Trust Anyone no matter what their professional titles
are, Loss of Privacy, Special Damages, Lost Some Earning Capacity,
Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of
Privacy, Intentional Infliction of Emotional Distress, Slander, Libel,
Defamation, Breach of Duty too use Caution and Care, Constitutional torts,
Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial
and a Special Master to be appointed to their case. The Defendants had a
duty and owed service to The Plaintiffs/Victims. The Defendants failed that
duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs
suffered actual losses, injuries, and damages that were directly caused by
The Defendants actions or failure to act. The Plaintiffs and her family are
going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
Department of Health and Human Services (DHHS) (The Defendants)
deprived The Plaintiffs of their First Amendment Rights, Fourth
Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights,
Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The
Plaintiffs injuries resulted from intentional acts from The Department of
Health and Human Services (DHHS) who failed to behave with the level of
care that someone of ordinary prudence would have exercised under the
same circumstances. The Department of Health and Human Services
(DHHS) was careless in handling The Plaintiffs investigations against their
employees for Assault, Medical Battery, Amdt 8.4.7 Conditions of
Confinement, Battery, Fraud Concealment, Retaliatory Discrimination,
Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or
intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against
civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False
information and hoaxes, Substantive Due Process, Negligence, Fraudulent
Concealment, Duress, Undue Influence, Fraud, The State Created Danger,
Due Process, Religious Discrimination, Theft, Attempted Murder,

Attempted Kidnappings, Human Trafficking/Involuntary
Servitude/Slavery, and intentional infliction of emotional distress against
The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The
Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Substantive Due Process, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, The State Created Danger, Strict Liability, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary

Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Travel Expenses, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Strict Liability, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted

Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Federal Bureau of Investigations (FBI) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Federal Bureau of Investigations (FBI) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Federal Bureau of Investigations (FBI) was careless in handling The Plaintiffs investigations against their employees for Assault, Duress, Undue Influence, Fraud, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted

Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Security Agency (NSA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. Plaintiffs' injuries resulted from intentional acts from The National Security Agency (NSA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Security Agency (NSA) was careless in handling The Plaintiffs investigations against their employees for Assault, Duress, Undue Influence, Fraud, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human

Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants..

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Travel Expenses,
Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of
Privacy, Intentional Infliction of Emotional Distress, Slander, Libel,
Defamation, Breach of Duty too use Caution and Care, Constitutional torts,
Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial
and a Special Master to be appointed to their case. The Defendants had a
duty and owed service to The Plaintiffs/Victims. The Defendants failed that
duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs
suffered actual losses, injuries, and damages that were directly caused by
The Defendants actions or failure to act. The Plaintiffs and her family are
going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
Department of Justice (DOJ) (The Defendants) deprived The Plaintiffs of
their First Amendment Rights, Fourth Amendment Rights, Fifth
Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights,
and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted
from intentional acts from The Department of Justice (DOJ) who failed to
behave with the level of care that someone of ordinary prudence would
have exercised under the same circumstances. The Department of Justice
(DOJ) was careless in handling The Plaintiffs investigations against their
employees for Assault, Duress, Undue Influence, Fraud, Medical Battery,
Battery, Fraud Concealment, Retaliatory Discrimination, Racial
Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or
intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes:
intentional attacks against civilians; torture; unlawful confinement; 18 U.S.
Code § 1038. False information and hoaxes, Strict Liability, Conspiracy,
Substantive Due Process, Negligence, Fraudulent Concealment, The State
Created Danger, Amdt 8.4.7 Conditions of Confinement, Due Process,
Religious Discrimination, Strict Liability, Conspiracy, Theft, Attempted

Murder, Attempted Kidnappings, Human Trafficking/Involuntary
Servitude/Slavery, and intentional infliction of emotional distress against
The Plaintiffs committed by their employee The Defendants. .

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for
The Department of Health and Human Services Food and Drug
Administration (FDA) The United States Of America U.S. Department Of
Justice 950 Pennsylvania Avenue, NW Washington DC 20530

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services Food and Drug Administration (FDA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services Food and Drug Administration (FDA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services Food and Drug Administration (FDA) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Duress, Undue Influence, Fraud, Negligence, Amdt 8.4.7 Conditions of Confinement, Strict Liability, Fraudulent Concealment,

The State Created Danger, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among

Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to

Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Strict Liability, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States Department of Homeland Security (DHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States Department of Homeland Security (DHS) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States Department of Homeland Security (DHS) was careless in handling The Plaintiffs Complaints and investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes,

Substantive Due Process, Negligence, Strict Liability, Conspiracy, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Strict Liability, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS FOR RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HR 6794

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.

014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Amdt 8.4.7 Conditions of Confinement, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any

organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The

United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraudulent Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence

would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, The State Created Danger, Conspiracy, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law

claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The
Defendants failed that duty and violated a promise or obligation to The
Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that
were directly caused by The Defendants actions or failure to act. The
Plaintiffs and her family are going to need hired security for the rest of their
lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount
of U.S. Government Employees that were hired by The Defendants to
conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.
Government Employees forever, Loss of Faith and Trust for any
organizations, Loss of Business Opportunities, Loss of Business, Damages to
Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of
Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional
Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty
too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,
and Other Charges. The Plaintiffs are demanding a jury trial and a Special
Master to be appointed to their case. The Defendants had a duty and owed
service to The Plaintiffs/Victims. The Defendants failed that duty and
violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered
actual losses, injuries, and damages that were directly caused by The
Defendants actions or failure to act. The Plaintiffs and her family are going
to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Strict Liability, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Duress, Undue Influence, Fraud, Religious Discrimination, Theft, Attempted Murder, Strict Liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon

federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium,

Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered

actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Duress, Undue Influence, Fraud, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful

confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of

Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary

Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Apple Inc.
One Apple Park Way Cupertino, CA 95014

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of

Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical

Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Apple Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Apple Inc. was careless in handling their employees who they trained or didn't train to handle customer service calls, in store customer or over the phone customer service for Apple ID technical support troubleshooting, run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed through or with Apps, electronic device equipment, and software without the Plaintiffs consent on The Plaintiffs private vehicles and inside of The Plaintiffs iPhone cellular device while The Plaintiffs operated her cellular device and her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research.

The United States, T-Mobile, Apple Inc, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Duress, Undue Influence, Fraud, Conspiracy, Deleting Documents/Evidence, deleting delivery pictures of The Plaintiff Kendall J. Hall, Due Process, Religious Discrimination, Amdt 8.4.7 Conditions of Confinement, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc.
Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc Was careless in

handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, Strict Liability, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc USA/Audi America Inc.

2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their

lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment

Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc USA/Audi America Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc USA/Audi America Inc. Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc USA/Audi America Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are

completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are

demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has

explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,

Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are
demanding a jury trial and a Special Master to be appointed to their case.
The Defendants had a duty and owed service to The Plaintiffs/Victims. The
Defendants failed that duty and violated a promise or obligation to The
Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that
were directly caused by The Defendants actions or failure to act. The
Plaintiffs and her family are going to need hired security for the rest of their
lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount
of U.S. Government Employees that were hired by The Defendants to
conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.
Government Employees forever, Loss of Faith and Trust for any
organizations, Loss of Business Opportunities, Loss of Business, Damages to
Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of
Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional
Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty
too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,
and Other Charges. The Plaintiffs are demanding a jury trial and a Special
Master to be appointed to their case. The Defendants had a duty and owed
service to The Plaintiffs/Victims. The Defendants failed that duty and
violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered
actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Amdt 8.4.7 Conditions of Confinement, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising

under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial

Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,

and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Breach of Contract, Duress, Undue Influence, Fraud, Strict Liability, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, Religious Discrimination, Attempted kidnapping, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the

plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way Miramar, FL 33025

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations,

Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed

service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Religious Discrimination, Attempted kidnapping, Strict liability, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract

Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Florida Atlantic University (FAU) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Florida Atlantic University (FAU) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States And Florida Atlantic University (FAU) was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Strict liability, Theft, Conspiracy, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, Duress, Undue Influence, Fraud, Religious Discrimination, Attempted Kidnapping, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of

action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville, Florida 32207

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional

Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Dr. Brittney Mason-Hirner OBGYN (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Dr. Brittney Mason-Hirner who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Dr. Brittney Mason-Hirner OBGYN was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Strict liability, Religious Discrimination, Attempted Kidnapping, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law

claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Mariana Danet,
12515 Orange Dr STE 802 Davie, Fl 33330

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and MD Mariana Danet (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Mariana Danet who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Mariana Danet was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Theft, Duress, Undue Influence, Fraud, Conspiracy, Religious Discrimination, Fraudulent Concealment, 42 U. S. Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, Attempted Kidnapping, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants. .

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Yoel A Hernandez - Rodriguez,
1901 SW 172 Ave Miramar, Fl 33029

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that

were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and MD Yoel A Hernandez - Rodriguez, (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment

Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and

MD Yoel A Hernandez - Rodriguez who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Yoel A Hernandez - Rodriguez was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Fraudulent Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Religious Discrimination, Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, and intentional infliction of emotional distress 42 U. Code § 3617 - Interference, coercion, or intimidation, Attempted Kidnapping, 18 U.S. Code § 1038. False information and hoaxes, against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Amgen Inc. The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees

who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Due Process, Religious Discrimination, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are

demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The

Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Black Rock Inc. and Black Rock Inc.

Subsidiaries (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon

federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

John Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, Substantive Due Process, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by

The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and John Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Private Corporations who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and John Does was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Theft, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Negligence, War Crimes, 42 U. S. Code § 3617 - Interference, Amdt 8.4.7 Conditions of Confinement, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Fraudulent Concealment, Retaliatory Discrimination,

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law

claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Jane Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Substantive Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The

Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and Jane Does (The

Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America, Private Corporations and Jane Does who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and Jane Does was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Breach of Contract, Duress, Undue Influence, Fraud, Battery, Duress, Undue Influence, Fraud, Strict Liability, Negligence, War Crimes, Fraudulent Concealment, Religious Discrimination, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, Amdt 8.4.7 Conditions of Confinement, Attempted Kidnapping, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U. S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

All laws and regulation violations listed during the years of all crimes committed against The Plaintiffs by The Defendants.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441-War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U. S. Code § 1038. False information and hoaxes, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses,

Household Services (In Home Services), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, Invasion of Privacy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct   "Executed on June 15, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-
3134070  juliamrobinsonuscourtappealprose@yahoo.com

6 - 18 - 2024

June 18, 2024

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 975 210 768 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )
Julia M Robinson
2451 Cumberland Pkwy SE
Suite 3320
Atlanta Cobb GA 30339

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Richard B Russell
Federal Building And Court House
United States Court House
2211 United States
75 Teel Turner Drive
SW Atlanta Georgia 30303

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⟵ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code
36321

Scheduled Delivery Date (MM/DD/YY)
6/21/24

Postage
$

Date Accepted (MM/DD/YY)
6/18

Scheduled Delivery Time
☐ 6:00 PM

Insurance Fee
$

COD Fee
$

Time Accepted
9:40
☐ AM
☑ PM

Return Receipt Fee
$

Live Animal Transportation Fee
$

Special Handling/Fragile
$

Sunday/Holiday Premium Fee
$

Total Postage & Fees
$ 39.95

Weight
4 lbs 15 ozs.

☐ Flat Rate

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

Richard B Russell   Judge Cohen
Federal Building And Courthouse
United States Court House

Robinson
Cumberland Pkwy SE
Cobb GA 30339