June 15, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655

Plaintiffs:

Julia M Robinson and Kendall J. Hall

Defendants:

```
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 21 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
```

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC
20530

William J. Burns in his Official Capacity who serves as The Director for the
Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for
The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The
Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The
Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380

Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue

Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville
, Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, Ca 91320-1799

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

The Entire State of Florida and all U.S. Government Employees that work
for The State of Florida

Donald Trump

Ron Desantis

Ashley Moody

Katherine Fernández Rundle

The Entire Republican Political Party (GOP)

Judge Teresa Mary Pooler

The Entire Eleventh Judicial Clerk of Court in Miami Dade County

The University of Miami (UM)

The Florida Bar

All Organizations, Churches, Affiliates, Donors, Associations and or endorsed but not limited to The Entire Republican Political Party

Metro West Detention Center

Jean Jacques' Myara

Dyan Myara

Justin Myara

Jordan Myara

Jake Myara

The Owners of The Plaintiffs residents

The Entire USPS Postel Service

The City of Sunny Isles Beach Florida

The City of Sunny Isles Beach Police Department

The City of Smryna Georgia

All Police Unions and Departments in The States of Georgia and Florida

All Firefighters Unions and Departments of The States of Georgia and Florida

All Ambulance (EMT) Services in States of Georgia and Florida

All Colleges and Universities in The Entire World

All Research Companies and Studies in The Entire World

All Professors in The Entire World

All Computer/Tech/App Developers in The Entire World

All other Attorneys that have secret alliances with all or some of The Defendants that have participated in crimes committed against The Plaintiffs

All Churches and Organizations in The Entire World (The Plaintiffs aren't members and DO NOT CONSENT TO ANY FORM OF RESEARCH FROM ANY CHURCHES, ORGANIZATIONS, COLLEGES, UNIVERSITIES, RESEARCH COMPANIES, APP DEVELOPER COMPANIES IN THE ENTIRE WORLD THAT ARE AND HAVE EITHER SIGNED NON DISCLOSURES WITH THE U.S. GOVERNMENT ATTORNEYS OR FEDERAL DEPARTMENTS EMPLOYEES TO DESPERATELY ATTEMPT TO SABOTAGE THE PLAINTIFFS CIVIL CASES.)

ALL MEDIA COMPANIES AND OUTLETS IN THE ENTIRE WORLD THAT ARE ILLEGALLY IN THE BACKGROUND OF THE PLAINTIFFS PRIVATE PROPERTIES

ALL FAKE CON ARTIST SO CALLED LEADERS AND SO CALLED CIVIL RIGHTS (WHITE) ATTORNEYS THAT ACTUALLY WORK FOR THE FEDERAL GOVERNMENT AS DOUBLE AGENTS TO SUPPRESS, SABOTAGE, AND PRETEND TO BE THE HELP OF BLACK AFRICAN AMERICAN VICTIM PLAINTIFFS THAT CONSTITUTIONAL RIGHTS WERE VIOLATED BY THE DEFENDANTS THAT WENT PRO SE' BECAUSE THEY DIDNT HAVE A CHOICE BECAUSE THESE SAME SO CALLED LEADERS AND ATTORNEYS DIDNT WANT TO HELP OR WERE PAID NOT TO HELP OR DIDNT HELP BECAUSE THEY WERE LOOKING OUT FOR THEIR OWN POLITICAL

CAREERS AND DIDNT CARE WHAT HAPPENED TO THE BLACK AFRICAN AMERICAN PLAINTIFFS

ALL ROOFING COMPANIES IN THE ENTIRE WORLD

ALL PLUMBING COMPANIES IN THE ENTIRE WORLD

ANY AND ALL MAINTENANCE COMPANIES IN THE ENTIRE WORLD

ALL OF THE DEFENDANTS ASSOCIATES, FAMILIES, CO-WORKERS, and FRIENDS

ALL OF THE RESIDENTS IN THE CITIES OF SMYRNA, PALMETTO, PEACHTREE CITY, UNION CITY, AND TYRONE GEORGIA THAT HAVE BEEN PAID BY THE DEFENDANTS TO PARTICIPATE IN THE ON GOING CRIMES COMMITTED AGAINST THE PLAINTIFFS THAT EITHER SIGNED NON DISCLOSURES OR DIDNT SIGN NON DISCLOSURES TO ASSIST THE DEFENDANTS THAT ARE LITERALLY FEDERAL AND PRIVATE COMPANIES HIRED INFORMANTS

ALL DOCTORS, HOSPITALS, CLINICS, INSURANCE COMPANIES, INSTITUTIONS, AND DOCTORS OFFICES AND MEDICAL STAFF IN THE ENTIRE WORLD THAT GLADLY ASSISTED THE DEFENDANTS IN CONTINUING THE ON GOING CRIMES COMMITTED AGAINST THE PLAINTIFFS

John Does

Jane Does

VERIFIED PETITION FOR TEMPORARY
RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION/ PROTECTION ORDER/ RESTRAINING ORDER/ STAY AWAY ORDER EMERGENCY FILING/ EXPEDITED FILING/PERMANENT RETRAINING ORDER

"God did not create you to live a distracted life. God created you to live a Jesus-infused life."

"Don't let the noise of the world keep you from hearing the voice of the Lord."

"If the enemy can't destroy you he will distract you."

"If the enemy can distract you from your time alone with God, then he can isolate you from the help that comes from God alone."

"If Satan cannot have your heart, he'll do his best to distract you."

"When the enemy sends distractions, they never look like distractions until they are finished distracting you."

The devil is and always will be the biggest liar after all in Jesus Christ name sake, AMEN

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

Answers to Questions

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.

Are you bringing suit against (check all that apply):

Federal officials (a Bivens claim)

State or local officials (a § 1983 claim)

B.

Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal

constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of the following Constitutional Rights:

First Amendment Fourth Amendment Fifth Amendment Sixth Amendment Eighth Amendment Fourteenth Amendment

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness

Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, Invasion of Privacy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

C.

Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

Violations of the following Constitutional Rights:

First Amendment Fourth Amendment Fifth Amendment Sixth Amendment Eighth Amendment Fourteenth Amendment

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

D.

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The

Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that a unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that

swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for, nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts were to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, it happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare

System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S.

Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore the Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their

lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

III.

Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human

trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that an unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they àre against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American

constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen

living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts was to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, It happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing

illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person

within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore The Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

1. What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the same lawsuit. A joinder allows for two or more

issues to be heard during one hearing or trial, so as to make the process run more smoothly, and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure. A permissive joinder allows two or more parties to join an action if they each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure, which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that party has an interest in the dispute that they will be unable to protect if they are not joined. For example, if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined. Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property. These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if "indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims: Joinder of claims refers to bringing several legal claims against the same party together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine

whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided by: (A) protective provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for non jointer. "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants who participated in involuntary servitude/war crimes/human trafficking/assaults/harassment/nuisances arose from fraudulent medical notes/medical records illegally obtained that are false/patient abuses against The Plaintiffs will be/can be added as Joinder Defendants in this lawsuit with The Plaintiff and her daughter that she is representing them both in this case. Therefore the joinders arose from the same initial incident from the doctors fraudulent medical notes/records illegally placed in The Plaintiffs medical history to get illegal medical exemptions for illegal military weapons testing/assaults/medical battery /involuntary servitude/ human trafficking during the COVID-19 Pandemic in year 2020 which was during both Plaintiffs stay at Memorial Healthcare Systems Miramar Hospital in year 2020 including all of the other crimes committed against The Plaintiffs mother prior to The Plaintiffs daughter being born and after both Plaintiffs moved to The State of Georgia. The Plaintiffs are clearly two people which makes them eligible to have multiple defendants under the rule for joinder that says two or more. What is a motion to dismiss? A motion to dismiss is a formal request for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked when filing a motion to dismiss. 12(b) in particularly is frequently used. All 7 sub- sections of 12 (b) may be used as grounds for a motion for dismissal. These include dismissals for: (b) (1) a lack of subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b) (3) improper venue (b) (4) insufficient process (b) (5) insufficient service of process (b ) ( 6) failure to state a claim upon which relief can be granted (b) 7 failure to join a party under rule 19. The Plaintiffs stated claims upon which relief can be granted in their

complaint application and attachments. The Defendants can gladly read it again and both parties can argue their pleadings at a hearing in front of The Judge in court. The Plaintiffs object to The Defendants entire motion to dismiss. Therefore, The Defendant' has/had no legal basis to file a motion to dismiss against The Plaintiff in this case and only filed that motion to intentionally to delay trial. The Black African American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their complaint is supported by facts, and The Plaintiffs gave The Defendant' s fair notice of what their claims were and the grounds upon which they rest. The Plaintiffs submitted a preponderance of factual claims that were clearly supported by a preponderance of Decisional Law [precedent Case Law ] with admissible exhibits/ documents to support all of her claims within this Opposition/Objections/Response and all other Oppositions/Objections/Responses to other Defendants in this complaint thus far therefore all of the Plaintiffs opposition pleadings are deemed affirmed and the relief sought within all of their Pleadings/and or Complaint submitted should be granted by this Court. The Plaintiffs Object to All of The Defendants Motion to Dismiss and is ready for trial. The Plaintiffs thank GOD this decision isn't up to The Defendants Attorneys in This Case. This response is for all of the defendants in this entire case that said The Plaintiffs can't have all of these defendants listed or joined in one lawsuit. The Plaintiffs Objects to all of The Defendants motions to dismiss.

2. The Plaintiff's name is Julia M Robinson, she's a proud law abiding Black American Citizen and mother of two beautiful children. She Is extremely hard working to provide for her family as an entrepreneur. On July 8, 2019, the Plaintiff witnessed other rogue U.S. Government Employees in prior criminal cases against her family (Kristian J Hall) blatantly violate her families Constitutional Rights and break several laws in The State of Florida. The Plaintiff did proper internal affairs investigation complaints, sworn statements, and complaints with several U.S. Government Departments about what she saw and heard literally right in front of her performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees. The Plaintiff now knows way better than she ever knew before about The United States Criminal and Civil Judicial

System. Exhibit A.1 through A.11 is The Sworn Statement that Julia M Robinson did, proof of Kristian J. Hall actual prescription, proof of the Sunny Isles Beach police officers charging him with his own prescription, and the arresting officers with the lying victim that was turned in for the incident on July 8, 2019, in Sunny Isles Beach Florida. This sworn statement was notarized that was turned into The State of Florida and all other correct departments The Plaintiff turned it in to for Kristian J. Halls cases in Florida. This information shows how Julia M. Robinson cases are connected to Kristian J. Halls cases because she was/is his witness. This information also shows and proves A CONSPIRACY and how the doctors at Memorial Healthcare Systems did everything they did to discredit Kristian J. Hall witness Julia M. Robinson to make it seem like her sworn testimony/statement wasn't credible by the doctors in this case placing illegal false medical records/information in her medical history. EVERYONE THAT COMMITTED CRIMES AGAINST THE PLAINTIFFS IN THIS CASE DID IT TO COVER UP FOR THE STATE OF FLORIDA IN ITS ENTIRETY. This sworn statement/testimony also has his case numbers which was/are case# 19013290 and # 19012689. will show why all crimes committed by The Defendants were done to The Plaintiffs and her family. Crime of conspiracy, or of criminal attempt, can only be defined in conjunction with a second criminal section. Orkin v. State, 236 Ga. 176,223 S.E.2d 61 (1976). , Crime of conspiracy can be defined only in conjunction with substantive crime involved in it. Orkin v. State, 236 Ga. 176, 223 S.E.2d 61 (1976); Gonzalez v. Abbott, 262 Ga. 671,425 S.E.2d 272 (1993). ,It was intent of the legislature to make conspiracy itself a separate crime only in cases where crime conspired to be committed had not in fact been committed. Scott v. State, 229 Ga. 541, 192 S.E.2d 367 (1972); Rowe v. State, 166 Ga. App. 836,305 S.E.2d 624 (1983). , Law of conspiracy can apply only to subjects capable of entertaining a criminal intent. Sweat v. State, 119 Ga. App. 646, 168 S.E.2d 654 (1969). , Each participant in a conspiracy is responsible for acts of the others. Causey v. State, 154 Ga. App. 76, 267 S.E.2d 475 (1980). , When a conspiracy is shown, the act o f one becomes the act o f all, insofar as furtherance o f conspiracy is concerned; and each is as fully responsible for acts of the others in carrying out common purpose as if that one personally had committed the acts. Thrift-Mart, Inc. v.

Commercial Union Assurance Cos., 154 Ga. App. 344, 268 S.E.2d 397 (1980)., Once common design is shown by evidence tending to indicate that individuals have associated themselves together to do an unlawful act, any act done in pursuance of that association by any one of the associates, would, in legal contemplation, be the act of each of them. Greene v. State, 155 Ga. App. 222, 270 S.E.2d 386 (1980)., Act of one conspirator is considered to be act of all conspirators. Whitfield v. State, 159 Ga. App. 398, 283 S.E.2d 627 (1981)., After conspiracy is formed, if a party joins therein, knowing of its existence and purpose, that party becomes as much a party thereto as if the person had been an original member. Willson v. Appalachian Oak Flooring & Hdwe. Co., 220 Ga. 599, 140 S.E.2d 830 (1965) (decided under prior law)., Conspiring with another to commit an offense may be an element in the guilt of one charged as an accessory, or in misdemeanors, even of a principal. Crow v. State, 52 Ga. App. 192, 182 S.E. 685 (1935) (decided under prior law)., One who conspires to commit murder does so with malice aforethought. Orkin v. State, 236 Ga. 176, 223 S.E.2d 61 (1976)., Conspiracy is merged into greater crime where evidence shows without dispute that crime charged was actually committed, or that all essential acts constituting crime were committed. Dutton v. State, 228 Ga. 850, 188 S.E.2d 794 (1972); Crosby v. State, 232 Ga. 599, 207 S.E.2d 515 (1974)., When conspiracy contemplates commission of more than one substantive offense, and there are separate conspiracy statutes separately punishing a conspiracy to commit each offense, a separate conviction under each conspiracy statute may be authorized. Price v. State, 247 Ga. 58, 273 S.E.2d 854 (1981)., When multiple overt acts are committed pursuant to what is albeit a single conspiracy, and each overt act constitutes a separate substantive offense, there may be multiple convictions for multiple substantive offenses. Price v. State, 247 Ga. 58, 273 S.E.2d 854 (1981)., Essence of conspiracy under O.C.G.A. § 16-4-8 is an agreement, and that agreement (unlike its meaning in contract law) may be a mere tacit understanding. Drane v. State, 265 Ga. 255, 455 S.E.2d 27 (1995)., Existence of conspiracy may appear from direct proof or by inference as a deduction from conduct which discloses a common design on part of persons charged to act together for accomplishment of unlawful purpose. McGinty v. State, 134 Ga. App. 399, 214 S.E.2d 678 (1975); Jerdine v. State, 137 Ga. App.

811,224 S.E.2d 803 (1976); Tookes v. State, 159 Ga. App. 423, 283 S.E.2d 642 (1981), cert. denied, 455 U.S. 945, 102 S. Ct. 1443, 71 L. Ed. 2d 658 (1982). , Conspiracy may be shown by circumstantial evidence, such as conduct evidencing common design of participants. Simpkins v. State, 149 Ga. App. 763,256 S.E.2d 63 (1979). , Conspiracy may be established by circumstantial as well as direct evidence, and on occasion without actually placing one of the parties as present at scene of crime. Byrd v. State, 156 Ga. App. 522,275 S.E.2d 108 (1980). , Conspiracy consists in corrupt agreement between two or more persons to do an unlawful act. Tookes v. State, 159 Ga. App. 423,283 S.E.2d 642 (1981), cert. denied, 455 U.S. 945, 102 S. Ct. 1443, 71 L. Ed. 2d 658 (1982). , To have a conspiracy, there must be an agreement between two or more persons to commit a crime. Kilgore v. State, 251 Ga. 291,305 S.E.2d 82 (1983). , It is not necessary to show a preliminary antecedent agreement. Simpkins v. State, 149 Ga. App. 763, 256 S.E.2d 63 (1979). , It is not necessary to prove an express compact or agreement among parties. It need not appear that parties have ever met together, either formally or informally, and entered into any explicit formal agreement; it is not necessary that it appear either by words or writing that defendant formulated their unlawful objects. It is sufficient that two or more persons in any manner, either positively or tacitly, come to a mutual understanding that they will accomplish the unlawful design. Hewitt v. State, 127 Ga. App. 180, 193 S.E.2d 47 (1972). , While essential element of charge is the common design or purpose between two or more persons to commit an unlawful act, it need not appear that parties met together either formally or informally or that they entered into a formal agreement. Neither is it essential that conspirators formulated their unlawful objective either by words or writings. It is sufficient that two or more persons in any manner either expressly or tacitly came to a mutual understanding that they would accomplish the unlawful design. Causey v. State, 154 Ga. App. 76,267 S.E.2d 475 (1980). , Type o f agreement necessary to form a conspiracy is not the "meeting o f the minds" necessary to form a contract and may be a mere tacit understanding between two or more people that the people will pursue a particular criminal objective. Kilgore v. State, 251 Ga. 291, 305 S.E.2d 82 (1983). , If evidence shows that defendants acted with a common intent and purpose, and that things which were proved to

have happened were within scope of-this common intent and purpose, this amounts to a conspiracy. Garmon v. State, 122 Ga. App. 61, 176 S.E.2d 218 (1970). , Conspiracy may extend beyond actual commission of criminal offense charged. It may expressly or impliedly include such matters as concealing the crime, concealing or suppressing evidence, taking means to prevent or defeat prosecution, possession and disposition of the spoils - depending on nature and extent of agreement as expressly or impliedly entered into by alleged conspirators. Burns v. State, 191 Ga. 60, 11 S.E.2d 350 (1940); Kent v. State, 105 Ga. App. 565, 125 S.E.2d 96 (1962) (decided under prior law). , In a "wheel" conspiracy, there is usually a "hub," or common source of the conspiracy, who deals individually with different persons, "spokes," who do not know each other. It is more difficult to infer an agreement among these spokes than among the links of a "chain" conspiracy because they are less likely to have a community of interest or reason to know of each others' existence, since one spoke's success is usually not dependent on the other spokes' success but instead on the spokes' dealings with the hub. Kilgore v. State, 251 Ga. 291, 305 S.E.2d 82 (1983). , In a "wheel" conspiracy, there is usually a "hub," or common source of the conspiracy, who deals individually with different persons, "spokes," who do not know each other. It is more difficult to infer an agreement among these spokes than among the links of a "chain" conspiracy because they are less likely to have a community of interest or reason to know of each others' existence, since one spoke's success is usually not dependent on the other spokes' success but instead on the spokes' dealings with the hub. Kilgore v. State, 251 Ga. 291, 305 S.E.2d 82 (1983). , Conspiracy is deemed to progress until its ultimate purpose is accomplished and may include acts performed and declarations made after commission of crime, and conspiratorial efforts to conceal facts of crime and identity of perpetrators are a continuance of a conspiracy. Timberlake v. State, 158 Ga. App. 125, 279 S.E.2d 283 (1981). , Evidence that the defendant confessed to entering the apartment to burglarize it, the apartment was occupied, and the defendant and the accomplices took items from the apartment was sufficient to support the defendant's conviction for first degree burglary and conspiracy to commit burglary. Taylor v. State, 344 Ga. App. 122, 809 S.E.2d 76 (2017). , O.C.G.A. § 16-4-8, is not

unconstitutionally vague because the statute's term "overt act" unambiguously refers to a specific type of open or manifest act made in furtherance of a conspiracy to commit a crime. Bradford v. State, 285 Ga. 1,673 S.E.2d 201 (2009).

3. The Plaintiff never desired to run for political office or work in government. Even after the Plaintiff and her family was assaulted, harassed, stalked, and other torturous War Crimes committed by The Defendants. The Plaintiff never submitted to The U.S. Government by becoming a Federal Informant or any form of an employees through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.

4. The Plaintiff has never consented and will never consent to any form of human experimentation/research/clinical trials performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Does, John Does, Contractor's, and Subcontractors here on earth or in space.

5. The Plaintiff does understand that it's not against the law to do proper legal complaints against U.S. Government Employees. The Plaintiff also realized after hearing different U.S. Government Corrupt Employee's ask over and over " Are you on medication? '' Do you want to hurt yourself? " That these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the

press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

6. Prior to The Plaintiff getting pregnant in year 2020 The Plaintiff witnessed on July 8, 2019 other rogue officers, A white family, and Florida U.S. Government (Sunny Isles Police Officers) Employees in prior fraudulent criminal cases against her family whom The Plaintiff did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with Private Companies involved, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with CCHR Florida www.cchrflorida.org 109 N. Ft . Harrison Ave Clearwater, Florida 33755, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and The Plaintiff also wrote Judges and sent supporting evidence ) About what she saw and heard literally right in front of her on July 8, 2019 About her families fraudulent criminal cases, and about her and her family being attacked by U.S. Government Employees performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees as if they did these illegal criminal acts (Official Misconduct, Obstruction Of Justice, and Attempt to Murder) all the time to innocent people and black witnesses who tell the truth by properly reporting crimes committed by rogue U.S. Government Employees in The State Of Florida .This Organization did an investigation about what happened to The Plaintiff and her family in Florida at Memorial Hospital Miramar CCHRFlorida www.cchrflorida.org109 N. Ft. Harrison Ave Clearwater, Florida 33755. This Organization also wrote The Plaintiff in the form of A paper letter stating " ALL REPORTS SUBMITTED TO CCHR ARE KEPT CONFIDENTIAL. YOUR PSYCHIATRIC ABUSE REPORT IS ON FILE WITH CCHR AND NO ACTIONS WILL BE TAKEN WITHOUT YOUR DECISION AND PERMISSION. YOU HAVE ADVISED US THAT YOU DO NOT WISH TO PURSUE A COMPLAINT. THEREFORE, WE

HAVE CLOSED YOUR CASE." THIS IS A LIE. I Julia M Robinson the Plaintiff in this case swears under penalty and perjury that she never advised this organization to close these cases they agreed to assist her with regarding Human Rights Crimes committed against her and her daughter at Memorial Hospital Miramar Florida in November year 2020. The Defendants knowingly enrolled subjects without consent (Julia M Robinson and Kendall J Hall) that failed to meet eligibility requirements, falsified lab results and medical records, and falsely represented that the illegal trial participants were taking drugs from the proper doctors under these studies. Enrolling subjects without consent (Julia M Robinson and Kendall J Hall) without their knowledge/without informed consent/ without consent and by enrolling these subjects who did not meet pre-established criteria. In addition, the Defendants fabricated and falsified medical records, informed consent forms, and other documentation for fictitious illegal study subjects. [The] defendants were able to enrich themselves in this scheme by billing the [clinical trials'] sponsoring agencies for the time and participation of these fictitious subjects. The Defendants directed and carried out a conspiracy to have private companies involved fraudulently pose as legitimate ethical practicing clinical research trial sites and provide of false clinical research trial data regarding drug safety/drug efficacy to dozens of drug companies and, through them, the Food and Drug Administration (FDA). The false clinical research data included safety data on different drugs and medicines designed to treat a wide variety of diseases and conditions including, but not limited to, Pediatric illnesses, Depression, Parkinson's Disease, Dementia, Gaucher' s Disease, and Opioid addiction to name just a few, according to the evidence that was obtained thus far. False clinical research data can pose immediate dangers to consumers and because fake studies can cause broader damage to "confidence in the healthcare industry as a whole. The False Claims Act explicitly prohibits unnecessary testing and kickback schemes. The Plaintiff OCR HHS Civil Rights Original Complaint was sent through email to ocrmail@hhs.gov on October 23, 2021, and The Plaintiff Amended Complaint/ Basis Of Complaint Letter/ Reason for Eligibility Exceptions under 45 C.F.R § 95.34, 95.28, and 95.31 11 Waiver for Good Cause II rule was sent to ocrmail@hhs.gov and to OCRComplaint@hhs.gov on November 13, 2021. The Plaintiff also

mailed these same complaints through USPS to Centralized Case Management Operations U.S. Department of Health and Human Services 200 Independence Avenue, S.W. Room 509F HHH Bldg. Washington, D.C. 20201 confirmation #EJ684016919USDelivered to the Front Desk/Reception/Mail Room on November 26, 2021 at 11:05am WASHINGTON, DC 20201 Priority Mail and Signature of Recipient: D Holmg and the Actual Recipients Name D FRANKLIN signed for it and wrote on the Address of Recipient: Covid 19 20201. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent ASETTHelpdesk@religroupin.com, and hippacomplaint@cms.hhs.govon November 3, 2021. The Plaintiff also did complaints with U.S. Fed Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod @fda.hhs.gov, ASETTHelpdesk@religroupinc.com, hippacomplaint@c ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g ov, IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm edia@hhs.gov, info@cioms.ch, on November 4, 2021. The Plaintiff also did complaints with U.S. Fed. Depts. through email sent to information@icj-cij.org, library@icj-cij.org, achats@icj-cij.org, recrutementrecruitment@icj-cij.org, and webmaster@icj-cij.org on November 4, 2021. The Plaintiff did a Permanent Withdrawal of Authorizations , Permanent Revocation of Authorization to Share Data, A Permanent Revocation of HIPPA Authorization, A Permanent Revocation of HIPPA Authorization to Release Protected Health Information for Research Purposes, and A I Do Not Consent To Medical Testing and Treatment Letter for The Plaintiff and her daughter to U.S. Fed. Depts. through email sent to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod @fda.hhs.gov, ASETTHelpdesk@religroupin.com, hippacomplaint@c ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g ov IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm edia@hhs.gov, info@cioms.ch, device@fda.hhs.gov, info@cioms.ch, cd rhemcm@fda.hhs.gov, CBEREUA@fda.hhs.gov, EUA.OCET@fda.hhs.go v, ESUB@fda.hhs.gov, askDOJ@usdoj.gov, Medicaid.gov@cms.hhs.gov, on November 20, 2021 and to UCR-NIBRS@fbi.gov, FOIA.OIG@oig.dhs.gov, outreach@darpa.mil, DIA_Pre pub_Rvw@dodiis.mil, help@intelligencecareers . gov, recruitment@nga.mil, DNIMailbox@cia.ic.gov, on December 5,

2021. The Plaintiff did a FOIA Request sent through email on December 6, 2021 to DNI-Mailbox@cia.ic.gov, FOIA.OIG@oig.dhs.gov, UCRNIBRS@fbi.gov, outreach@darpa.mil, DIA_Prepub_Rvw@dodiis.mil, help@intelligencecarers.gov, recruitment@nga.mil, DNI-Mailbox@cia.ic.gov, EOIR.FOIARequests@usdoj.gov, CDRH-FOIStatus@fda.hhs.hhs.gov, and National.FOIAPortal@usdoj.govon December 10, 2021 The Plaintiff received a auto response from email eoir.foiarequests@usdoj.gov DOJ- EOIR FOIA #2022-14690 but not for what The Plaintiff was inquiring about/asking for. On December 20, 2021, The Plaintiff received an email auto response from OGIS #22-0485 but not for what The Plaintiff was inquiring about/asking for. Even after The Plaintiff did FIOA request reconsideration letters The Plaintiff NEVER received what The Plaintiff was inquiring about/asking for. The Plaintiff also sent most of the same documents through DocuSign and The Plaintiff did not receive a response. The Plaintiff included in her Basis Of Complaint Letter and (4) four Complaints for Dr. Brittney Mason-Hirner OBGYN OCR TRANSACTION #04-22-450347, MD Mariana Danet OCR TRANSACTION# 04-22-450349, Memorial Hospital Miramar OCR TRANSACTION #04-22-450351, and MD Yoel A Hernandez-Rodriguez OCR TRANSACTION #04-22- 450343received, reviewed, and signed by OCR DHHS Regional Manager Barbara Stampul. The Plaintiff received response from a resubmission a OCR TRANSACTION #22 - 450759 and was told that the Conscience and Religious Freedom Division (CRFD) OCR TRANSACTION #22- 450758 and for her to contact Paula D. Richardson. Also, in this same letter it stated that The Plaintiff filed her complaint on November 2, 2021, this is a lie. The Plaintiff filed her complaints on October 23, 2021, and The Plaintiff resubmitted her complaints after DHHS OCR employees refused to properly assist her daughter and herself for " Reason Of Good Cause " during the pandemic and DHHS still refused to look into her complaints and do an investigation. DHHS blatantly told The Plaintiff in her resubmission letter response from them that it's not their job to handle cases like what happened to her daughter and herself. The Plaintiff LITERALLY STILL HAS EVERY RESPONSE LETTER AND EMAIL FROM DHHS OCR. 42 U.S. Code § 1983 - Civil action for deprivation of rights, 18 U.S. Code§ 286 - Conspiracy to defraud the

Government with respect to claims, Tortures Atrocities, War Crimes, Human Rights Violations, Civil Rights Violations, HIPAA VIOLATIONS, Political abuse of psychiatry, Constitutional Right Violations, Female genital mutilation, Illegal NonConsensual Human Experimentation/Human Experimentation without Consent, Clinical trials without consent, Environmental research without consent, Research without consent, Violence Against Children, Violence Against Women, Human trafficking, And Human Trafficking Involuntary Servitude Medical Battery. The Plaintiff also included evidence/supporting documents of her complaints and claims. The Plaintiff claim was filed and submitted after (180) One Hundred and Eighty Days and because of the pandemic, just having a Newborn Baby, Her Daughter being sick, And Herself being sick falls under An ACT OF GOD which made them both eligible for an exception under the " GOOD CAUSE " Rule. § 95 .22 Meaning of good cause. The Plaintiff' s daughter and herself case complaints were sent to CMS, FDA, OCR DHHS, NIH, and DOJ were either not properly investigated, were either told she reached out to the wrong departments, and The Plaintiff was told by U.S. Government Federal Employees that it wasn't within their scope, when it was in fact the proper federal departments for The Plaintiff to reach out to for all of the torturous war crime atrocities that happened to her daughter and herself in AMERICA.

7. The Plaintiff started seeing OBGYN Dr. Brittney Mason-Hirner in either late July or Beginning August of year 2020. The Plaintiff told her during in person offices visits and through their company patient portal (wrote in black and white) about her physical symptoms and The Plaintiff told her about The Plaintiff being poisoned/attacked with a biochemical weapon in October of year 2019 and that it was U.S. Government Employees and Private Company Employee's that did this. The Plaintiff didn't want to pass anything to her unborn daughter, so The Plaintiff requested proper medical test be ran on her regarding the physical symptoms she was having by OBGYN Dr. Brittney Mason- Hirner and by other Doctors she saw at that time so that she could get better. The Plaintiff was not given the proper test for the symptoms she described (no extensive blood test, no biopsy, no 4-panel thyroid test, no skin sample biopsy test, and no hair

sample test) The Plaintiff was lied to about blood test, about her stool test, and about her urine test. Unapproved FDA U.S. Government Test were taken without The Plaintiffs consent. The Plaintiff symptoms were ignored all during Covid-19 in year 2020 when only one (1) other person could come to doctors visits and to the hospital with you. This was a perfect time for all of The Defendants involved in prior cases to commit/ retaliate against The Plaintiff while she was physically vulnerable/pregnant. The Plaintiff looked at her medical test results through her OBGYN's patient portal, The Plaintiff received other medical lab test from other doctors, and The Plaintiff received medical records from Memorial Hospital Miramar Fl. The Plaintiff tested positive for Covid-19 Antibodies, other Antibodies, and this extremely important medical information was concealed from The Plaintiff. The Plaintiffs DNA was stolen by healthcare and pharmaceutical criminals and used for illegal non-consensual/without her consent/medical battery/human experimentation and for pharmaceutical profits/private companies' profits/private research projects profits/companies profits/U.S. Government Profits without her consent and without ANY/ZERO financial compensation to her. The Plaintiff didn't consent for any Government, Any Doctor, Any Private Entities, Any John Does, Jane Does, or anyone on this planet or in space permission/consent to use her children's DNA or The Plaintiff's. So, The Plaintiff children and herself were illegal test subjects for preclinical trials/experimental studies/research with no/any/zero compensation to The Plaintiff. Black people all over the world unfortunately are used for research purposes without their consent/and or without financial compensation to them. So, The Plaintiff and her children were good enough to help save lives and used for economic purposes but not good enough to get financially compensated by the thieves that stole from them. All of The Defendants was only concerned about profit for them and theirs and not properly compensating the sources in which it came from. The Plaintiff would've NEVER agreed to any form of human trafficking/ involuntary servitude/slavery/human experimentation because it's against her religion. The Plaintiffs children and herself aren't slaves for the free pickings for anyone, any governments, and any private companies, any Jane Does and John Does with the means to profit off of them.

8. When The Plaintiff visited OBGYN Dr. Brittney Mason- Hirner at her office she kept asking how was she feeling mentally and The Plaintiff always told her she wasn't qualified to ask her those questions and that when she got ready to she would reach out to someone qualified whom she felt comfortable speaking to about a lot of the trauma she experienced during those previous attacks by U.S. Government Employees and Private Company affiliates. This unethical racist doctor kept trying to get The Plaintiff to talk about it like she was trying to catch her in a lie or like she was recording The Plaintiff. This doctor wanted to keep The Plaintiff sick so that The Plaintiff could be kept physically vulnerable hoping that The Plaintiff would forget about the attacks by U.S. Government Employees and private companies and so that The Plaintiff wouldn't pursue civil remedies. This doctor didn't care about how a parasitic infection could have life threatening effects on The Plaintiff's unborn child at that time. This doctor knew The Plaintiff had a parasitic infection that's why she kept asking The Plaintiff about how was she feeling mentally (Parasitic infections can have negative neurological affects on humans per references in this complaint under parasites, it gave me headaches as well as other symptoms which I told her I had) even though this doctor knew that topic was out of her medical scope . She didn't prescribe any antibiotics even after The Plaintiff asked, the doctor herself also confirmed that The Plaintiff would have to take antibiotics for a while to heal. This doctor was willing to put The Plaintiff's unborn child and herself at medical risk for what? What was in it for her to keep The Plaintiff sick? Money for her and all of The Defendants involved. The Plaintiff's Black African American unborn daughter and herself was just another poor black illegal and unethical case study for her and all of The Defendants involved in these crimes committed against The Plaintiffs on American soil in the State of Florida as if The Plaintiffs didn't have rights as Americans. That's why The Defendants Kept the Black African American patient sick for illegal research purposes, they figured No one cares about black Americans anyways. All of the mega slick Defendants that profited financially off of these illegal research human trafficking crimes committed against The Plaintiffs without her consent in The State of Florida will be prosecuted for their assaults and or any

involvement in on these crimes by The Plaintiffs. The American Public deserves to know and will know the truth about what happened to The Plaintiffs and The Black community need to not be in the care of these racist CIA/Republican party supported/military human trafficking so called doctors that put Black African Americans lives at risk for illegal research without consent of the patients. Had The Plaintiffs been white Americans, what happened to them would've been plastered all over the media with full support from the white American communities demanding a full investigation from that hospital and these same white communities would've made sure those Plaintiffs had the best attorneys money can buy through donations like they have historically done for other white American's. The Plaintiffs didn't receive that same support from a lot of other Americans because The Republican Parties U.S. Government Federal Employees direct involvement/financial interest in these same corporations that own these experimental medical devices and radiation admitting devices that were illegally (without consent) placed through unauthorized surgeries for data analysis/test in The Plaintiffs bodies and private and rental vehicles for experimental extremely dangerous data analysis/test that The Defendants made millions of dollars from and still is illegally until currently getting those human trafficking ACH transfers/mailbox checks off of The Plaintiffs backs without ever giving/offering/settling with The Plaintiffs after The Defendants have KNOWN that The Plaintiff KNOW what The Defendants did to them. The Human Trafficking Criminal Defendants don't pay The Plaintiffs bills and never have, The Plaintiffs are being PIMPED OUT/HUMAN TRAFFICKED FOR SCIENCE BY WHITE RACIST U.S. GOVERNMENT FEDERAL EMPLOYEES ALONG WITH CRIMINAL PRIVATE CORPORATIONS' ASSISTANCE. THIS IS SLAVERY. The Defendants demonic plan failed, the devil is and always was the biggest liar and The Plaintiff's will continue to rebuke all demonic entities involved in Jesus Christ Name Sake.

9. Dr. Brittney Mason Residency Obstetrics and Gynecology - University of Miami, Jackson Memorial Hospital, 2020, Miami FL Presentations and Research the Minor Criteria: A Prediction Model for the Unplanned Primary Cesarean Delivery." Poster presentation at SMFM. 2021. Virtual. "Acute management of abnormal uterine bleeding in

non-pregnant woman." Lecture presented at University of Miami/Jackson Health System. Obstetrics and Gynecology Academic Day. Miami, FL. "Zika virus and the non-microcephalic fetus: Why we should still worry." AJOG. 2019; 220(1) :45-56 "Labor curves in multiparous women related to inter-birth intervals. " Am J. Perinatol. 2018; 35 (14) :1429- 1432 "Unusual presentation of a Gartner duct cyst in early pregnancy." Journal of Genital Surgery. 2017; DOI: 10.21608/jgs.2017.1160.1004 "Labor curves in multiparous women related to inter-birth intervals. " Poster presentation at Society for Reproductive Investigation. 2016. Montreal, Canada. "The effects of social support structures in the caregiver-child relationship in a predominantly Latino, urban community" Poster presentation at the 6TH Annual Minority Health in The Midwest Conference, Chicago, IL. February 2014. Brittney Mason is a women ' s health care provider established in Jacksonville, Florida and her medical specialization is Obstetrics & Gynecology with more than 7 years of experience. She graduated from Northwestern University Feinberg Medical School in 2016. The NPI number of this provider is 1295124600 and was assigned in January 2015. The practitioner's primary taxonomy code is 207V00000X with license number ME145959 (FL). The provider is registered as an individual and her NPI record was last updated one year ago. Brittney Mason is registered with Medicare and accepts claims assignment, this means the provider accepts Medicare's approved amount for the cost of rendered services as full payment. Dr. Brittney Mason- Hirner has done medical research under The NIH U.S. Government and under The **** and ******* ***** Foundation. The Plaintiff Julia M Robinson also emailed The **** and ******* ***** Foundation letting them know that she does NOT consent to Human Experimentation performed on her and f or them to Cease and Desist.

10.     In The Plaintiffs THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS for case number Case No: 1:22-CV- 3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.F, 2.G, 2.H, 2.I, 2.J, 2.K, 2.L, 2.M, and 2.N are copies of the inside of The Plaintiffs iPhone showing that it's connected to an administrator thats controlling different functions in her iPhone's background like uploading invisible Apps because of AccessibilityUIServer and XCODE

on her device . The Plaintiff and The Plaintiff's family received this iPhone in the mail summer 2022. This is also one of the ways The Defendants have been breaking into the inside of her vehicle, uploading invisible military weapons testing Apps, uploading medical Research Apps that collect data and take measurements of certain biological functions in the human body in The Plaintiff's device background, and illegally gps track her and her family without their consent while The Plaintiff carried her device with her on drives in her vehicle. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so SLICK and Black Americans weren't paying attention. The Mayo Clinic launched Apple Health Records Integration on iPhone and The Plaintiff's device is illegally recording health record data in the background and she never consented to any Health Apps. Her iPhone isn't private at all, and random Human Trafficking U.S. Government Employees from different U.S. Government Agencies, Computer Developer Companies, Tech Companies, and Health Researchers are able, have and is continuing to upload Apps illegally and against The Plaintiff's constitutional rights in The Plaintiff's iPhone Background that she pays for without her consent. The Plaintiff is an Artist and isn't able to attend to her work through this device because she's afraid her ideas are going to be stolen. The Plaintiff also has a small child, and she wasn't able to capture a lot of sentimental moments of her daughter's development in fear of them being exposed to random Human Traffickers. When The Plaintiff and her family tried on several occasions to go in person to get new devices, they were not assisted by store staff, and they were told they couldn't be assisted. The Criminals behind this iPhone that was sent to The Plaintiff idea was to make The Plaintiff appear as if she wasn't competent and was abusing drugs. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family, so that criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiff's

iPhone being listed and used for Medical Research purposes without the Plaintiff's consent. This falls under involuntary servitude/SLAVERY/Human trafficking.

12.  There is another Brittany Mason that is a Research protocol specialist at Mayo Clinic. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. In The Plaintiff's THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISM I SS f o r case number Case No: 1:22-CV-3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.0, 2. P, 2. Q, 2. R, 2.S, 2.T, 2.U, 2.V, 2.W, 2.Y, and 2.Z are copies of how XCODE and AccessibilityUIServer is used through The Apple Corporation, The Mayo Clinic , WWDC22 , Other Medical Researchers, and Advanced Research Kit introductions. EXHIBITS 3.A, 3.B, 3.C, 3.D, 3.E, 3.F, 3.F, 3.G, 3.H, 3.I, 3.J, 3.K, 3.L, 3.M, 3.N, and 3.0 are examples of articles explaining what Accessibility's and how it's used for people with disabilities. Also, these articles are also examples of how The Mayo Clinic launched Apple Health Records Integration on iPhone. EXHIBITS 3.T, 3.U,
3.V, 3.W, 3.X, 3.Y, 3.Z, 4.A, 4.B, and 4.C is a copy of instructions from The Apple Corporation Website titles "Running your App in Simulator or on a device." This is another example of how The Plaintiff's device is being used illegally without her consent for Human Trafficking. Since The Plaintiff in this case was the witness to/in the fraudulent criminal cases and the person who had power of attorney to turn in evidence like the evidence she turned in of his medical prescription and all the rest of his evidence she turned on his behalf. It also states on this OCR memo that: Individuals with Opioid use disorders maybe protected by non - discrimination laws enforced by The U.S. Department of Health and Human Services, Office Of Civil Rights. Since demonic criminal racist (demon nerds) doctors illegally wrote in The Plaintiffs medical records while she was pregnant that shes their patient and matched dates of her pregnancy delivery date in these same illegal fraudulent medical records. The Plaintiff and her family were unconstitutionally human trafficked/pimped out by The U.S. Government

gauged under forms of medical research without her consent. In all actuality, it's subjecting Innocent Americans against their own wills to torture while U.S. Government Employee's get paid off of THE PAWN/THE REAL VICTIMS. U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (Which is a lie, The Plaintiff has never been to this Doctor to be his patient for him to prescribe her anything.) which illegally subjected The Plaintiff and her family to the U.S. Brain Initiative clinical research. So, The Plaintiff Domestic partner was charged illegally with his own legal prescription and The Plaintiff in this case medical notes were illegally tampered with so that a doctor that she has never been to could place false medical notes in her medical history to make it appear as if he prescribed her opioids as well. The U.S. Brain Initiative Clinical Research Program through The National Institute on Drug Abuse (NIDA) ALL OF THE Defendants Illegally obtain Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff and her family to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Black American Plaintiff in this case that witnessed obstruction by federal officials that blatantly obstructed the criminal judicial process, U.S. Government Employees running courts, police departments, federal and state agencies as if The Constitution doesn't exist. This was the ultimate retaliation federal crime carried out and orchestrated by The U.S. Government Employees and Private Companies Involved to save a White Wealthy Family, Criminal USPS Employees, Criminal Eleventh Judicial Florida Criminal Clerk of Court Employees, Criminal Attorney's for The State of and Private Attorneys, Criminal Judges, Criminal (demon nerd)

Doctors, DEA Agents, Criminal FBI Agents, Criminal Police Departments Officers), and Criminal Federal Department Employees whom The Plaintiff and her family did complaints on with the evidence to prove it. They ALL COLLUDED TOGETHER TO SAVE EACH OTHER FROM JAIL AND TO SAVE EACH OTHERS' JOB/PENSIONS.

13.     IN THE PLAINTIFF THE PRO SE' PLAINTIFFS NOTICE OF SUBMISSION OF DOCUMENTS FOR THE PRO SE' PLAINTIFF RESPONSE TO ORDER TO SHOW CAUSE EXTRA EXHIBITS and THE PRO SE' PLAINTIFF OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No: l:22-CV-3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff's evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff' s Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid- 19 pandemic does in fact participate in Clinical Trials. Their clinical Trials consist of: Adult oncology, adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also, in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent

Revocation Of Authorization to Share Data , Permanent Revocation of HIPAA Authorization , Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021, to U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022, U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS , Permanent Revocation Of Authorizations to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff' s Julia M Robinson and her daughter that was sent through USPS and Emailed to U. S . Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency for Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organization's, Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11, 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her

daughter that was sent through USPS and Email to U.S. Government
Federal Departments, Private Corporations, and Private Citizens.
Exhibits Marked 6.M are copies of a Switzerland Article about 5G
testing, a copy of Project SEAWave that is part of the European
Research cluster on EMF's and Health (CLUEH) that also includes
Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff
and her family at their private residences, in their private vehicles,
and on their electronic devices were illegally and unconstitutionally
exposed to extremely dangerous high levels of radiation military
weapons testing that is unfortunately done to psychiatric patients for
people that have anxiety, dementia, schizophrenia, depression,
Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or
Drug/Substance Abuse Disorders/Problems that neither does The
Plaintiff nor her family have and never had. This evidence proves the
reason why The Plaintiff and her family was denied investigations,
was hung up on over the phone, wasn't written back, was gaslit, was
repeatedly assaulted, was poisoned, was harassed, was treated like
SLAVES, was ignored by our Federal Agencies and Private Companies
on American soil that are involved/getting kick backs/pimping out
The Plaintiff and her family/that was bribed in this illegal ongoing
human trafficking/involuntary servitude clinical trials without The
Plaintiff's and her family's consent STILL TIL THIS VERY DAY. The
Plaintiff underlined the and pointed out the Private Companies and
Federal Agencies that are illegally involved in these Constitutional
Violations against the Plaintiff and her family. Exhibits Marked 6.N
are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments
ABB Drive Composer, Automation Builder, and Mint WorkBench
running illegal operations/programs/performing psychological
experiments/operations/and uploading extremely dangerous high
levels of radiation experimental military weapons testing in the form
of APP's in the background that admit high levels of radiation that has
repeatedly assaulted her and her family and has destroyed their
electronic devices, with the assistance of programs CWE and CAPEC
With all Private Corporations involved assistance in The Plaintiff's
private iPhone without The Plaintiff' s consent. U.S. Federal
Departments and Private companies were able to spy, change The
Plaintiff's spelling in things she wrote, gps track her locations, assault
her and her family, and destroy their electronic devices with these

WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiff's private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https: //www.iCloud.com/notes/096A_-0PSqizXwFzRnl985-A#December_30,_2022 this OPS also matches a title under exhibits 6.Munder Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE' PLAINTIFFS COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon nerd LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS, FOREIGN COUNTRIES PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, MURDERING THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST. ILLEGAL RESEARCH WITHOUT THE PLAINTIFFS CONSENT WAS USED AS A WEAPON AGAINST THE PLAINTIFFS TO ATTEMPT TO STOP THE PRO SE' PLAINTIFFS LAWSUITS. THIS PROVES FRAUD ON THE COURTS, HUMAN TRAFFICKING, AND MURDER ATTEMPTS TO GET OUT OF BEING LIABLE BY THE DEFENDANTS. NO ONE (LITERALLY NO ONE) WAS GOING TO HELP THE PLAINTIFFS BECAUSE THEY ALL WANTED TO ATTEMPT TO KEEP THE PLAINTIFFS IN THE BLIND AND RECEIVE FINANCIAL COMPENSATION FROM THE DEFENDANTS SO THAT THE AMERICAN PUBLIC WOULD'VE NEVER KNOWN WHAT HAPPENED TO THE PLAINTIFFS. A COVER UP TO COVER A COVER UP TO COVER UP FOR ANOTHER COVER UP. THE DEFENDANTS LITERALLY HAVE NO CREDIBILITY AT ALL, THE DEFENDANTS WERE ALSO ENVIOUS AND

JEALOUS THAT ALL OF THEIR MURDER ATTEMPTS FAILED (AFTER
ALL THE PEOPLE THAT THEY PAID WHO WAS SUPPOSED TO HAVE
HUGE PUBLIC INFLUENCE TO ATTEMPT TO STOP THE PLAINTIFFS
FROM FILING LAWSUITS FAILED) AND THAT THE BLACK AFRICAN
AMERICAN PLAINTIFFS STILL FILED LAWSUITS TO SAVE THE LIVES
OF DAUGHTER AND HER SELF. THE PLAINTIFFS HAD NO CHOICE IN
ORDER TO ATTEMPT TO STOP THE DEFENDANTS FROM
ATTEMPTING TO TAKE THEIR LIVES GAUGING IT UNDER SO
CALLED SCIENTIFIC RESEARCH USED AS A WEAPON TO ATTEMPT
TO NOT GET EXPOSED FROM THEIR EXTREMELY DANGEROUS WAR
CRIME HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS.
THE PLAINTIFFS WILL NEVER TRUST ANYONE THAT WORKS WITH
OR IN GOVERNMENT AFTER WHAT HAS CONTINUOUSLY
HAPPENED TO HER AND HER FAMILY SINCE YEAR 2019 BY THE
DEFENDANTS. THE PLAINTIFFS WILL NOT KEEP THE DEFENDANTS'
SECRETS NOR DOES THE PLAINTIFFS WORK FOR THE U.S.
GOVERNMENT. THE DEFENDANTS ARE AND HAVE BEEN
EXTREMELY LOYAL TO THEMSELVES, THE PLAINTIFFS
UNDERSTAND THIS NOW. ONE HUGE RICO HUMAN TRAFFICKING
RING THAT DIDN'T CARE ABOUT THE BLACK AFRICAN AMERICAN
PLAINTIFFS' LIVES ON AMERICAN SOIL. THE FACT THAT THE
PLAINTIFFS ARE BLACK AFRICAN AMERICAN AND PRO SE' IS ONE
OF THE BIGGEST REASONS WHY THE DEFENDANTS DIDN'T WANT
THE AMERICAN PUBLIC TO KNOW THE BLACK AFRICAN AMERICAN
PLAINTIFFS CAUGHT ALL OF THE DEFENDANTS. THE DEFENDANTS
AREN'T UNTOUCHABLE AND EXEMPT NO MATTER HOW MANY
MILLIONS OF DOLLARS THEY PAID OUT TO ATTEMPT TO GET RID
OF THE PLAINTIFFS. OUR COUNTRY ISN'T UNDER A DICTATORSHIP
AND THE DEFENDANTS CAN'T DO WHAT THEY WANT TO DO,
WHAT HAS HAPPENED TO THE PLAINTIFFS IS ILLEGAL AND
AGAINST THE PLAINTIFFS' CONSTITUTIONAL RIGHTS.

14.     There is Another Brittany L Mason who works for University of
Texas Southwestern Medical Center UT Southwestern· Department of
Psychiatry PhD. The Plaintiff's Illegal on going Constitutional
Violations Human Experimentation performed on her and her family
without their consent since year 2019 are psychiatric experiments
that Universities/Colleges, Private Research Companies, and U.S.

Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittany Mason-Mah listed below on number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanism's, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center. 20. There is Another Dr. Brittany Mason but her name is Dr. Brittany Mason-Mah and she works for The NIH U.S. Government Federal Department. Biography Division: Division of AIDS, Behavioral and Population Sciences - DABP Review Branch: Bio behavioral Processes - BP Study Section: Bio behavioral Mechanisms of Emotion, Stress and Health MESH. Dr. Brittany Mason-Mah received her Ph.D. in psychiatry from King's College London, working in both the Institute of Psychiatry and the Institute of Pharmaceutical Science, with an emphasis on physiology and blood- brain barrier regulation. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center, gaining experience in food reward neurocircuitry and pathophysiology of mental illnesses, primarily Major Depressive Disorder. Her translational research work includes animal models of behavior, transgenic techniques, pharmaceutical interventions, and gut microbiome interactions. She led blood-based biomarker work on multisite clinical trial teams for both National Institute of Mental Health and National Institute of Drug Abuse funded projects. Prior to joining CSR, she was an assistant professor of psychiatry and the National Project Director of a Clinical Trials Network (CTN) - NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co- use. Division of AIDS, Behavioral and Population Sciences (DABP) DABP encompasses 5 Review Branches focused on AIDS research, bio behavioral processes,

healthcare delivery, epidemiology, and health behavior. Bio behavioral Processes Review Branch: The Bio behavioral Processes (BP) Review Branch considers applications on bio behavioral and behavioral processes across the lifespan as related to higher cognitive functions, mental and physical health, and psychological and physical disorders. Research on animals as well as humans is included, both normal and disordered processes are addressed, and observational, clinical and experimental studies are included. While the focus is predominantly on behavior, studies may also consider related central, autonomic, neuroendocrine, immune, neural, hormonal, motor, and genetic factors. Bio-behavioral Mechanisms of Emotion, Stress and Health Study Section: The Mechanisms of Emotion, Stress and Health study section reviews applications on the interactions of psychological stress and emotion states with physical and mental illness and health across the lifespan; a particular emphasis is on the meditational role of stress- and emotion-responsive biological systems. In addition, MESH covers clinical studies relating to the interaction of normative and disordered sleep and circadian rhythms with physical and mental health outcomes. Most studies are laboratory-based, but observational or clinical studies with a major focus on stress and other biological measures are included. MESH primarily reviews human studies, although related animal studies can be assigned to MESH. The List of Reviewers lists all present, whether standing members or temporary, to provide the full scope of expertise present on that date. Lists are posted 30 days before the meeting and are tentative, pending any last-minute changes. Relationships of affect, emotion, and/or psychological stress with normative and disordered psychological and physical health across the lifespan, in human and animal models. Clinical studies of sleep and circadian rhythm focusing on behavioral output and interactions of normal and disordered sleep and circadian rhythms with physical and mental health and illness in humans Examination of individual, situational, environmental, or physiological factors that affect stress reactivity, coping and resilience. Effects of stress reduction interventions on physical and mental health and use of complementary/alternative approaches, including tai chi, yoga, acupuncture and mindfulness, when stress - responsive biological systems are interrogated and stress

mechanisms are postulated as mediators. Subjective emotional states, emotional expression, regulation and measurement of emotion and mood; measurement and perception of stress. Adult Psychopathology and Disorders of Aging [APDA] : applications that focus on adult psychopathology can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, Stress and Health (MESH) have shared interests in sleep studies and their effects on health promotion. Applications that emphasize sleep that contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Adult Psychopathology and Disorders of Aging [APDA]: applications that focus on adult psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are

reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, (MESH) have shared interests in sleep studies and promotion. Applications that emphasize sleep that Stress and Health their effect on health contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Applications that focus on the interactions of sleep as an exposure related to physical and mental illness and health from a biological and mechanistic perspective, mostly using laboratory- based studies, are reviewed in MESH. Applications that use a population- based approach to studying sleep as an exposure that affects health outcomes or sleep as a health outcome in human subpopulations from a more behavioral perspective are reviewed in LHB. Child Psychopathology and Developmental Disabilities [CPDD] : Applications involving child developmental disorders are reviewed in CPDD. Applications that focus on prenatal-origin or childhood stress in the context of child psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Behavioral Neuroendocrinology, Neuroimmunology, Rhythms, and Sleep (BNRS): animal stress models that focus predominantly on the neuroendocrine or neuroimmune mechanisms of stress or animal models of circadian rhythms and sleep, and basic mechanisms of

human circadian and sleep regulation, are reviewed in BNRS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Applications that involve mechanisms of psychopathology can be reviewed in MESH if there is strong conceptualization of stress and stress mechanisms. Last updated: 01/23/2023 05 :10 Psychosocial Development, Risk and Prevention [PDRP]: applications focused on risk and protective factors and interventions related to socioemotional development and emotional regulation strategies are reviewed in PDRP. Applications that focus on prenatal- origin, childhood, or familial stress in the context of risk, child development, or child emotion regulation can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Social Psychology and Interpersonal Processes [SPIP]: applications that focus on social sources of stress and social factors that influence emotion and self- regulation are reviewed in SPIP; MESH emphasizes the biological aspects of emotion regulation and the response to stress. There are shared interests in stress exposures with Social and Environmental Determinants of Health (SEDH). Applications that take a mostly laboratory-based approach to understanding the biological mechanisms underlying the association between stress and biological outcomes in humans are reviewed in MESH. Applications that emphasize stress as a social determinant of health and its association with biological health outcomes in human subpopulations are reviewed in SEDH. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation Human Trafficking performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Listed above under number seventeen is a Brittany L

Mason who works for University of Texas Southwestern Medical Center I UT Southwestern in the Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittney Mason-Mah was an assistant professor of psychiatry and the National Project Director of Clinical Trials Network (CTN) -NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co-use. Doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Florida wrote false medical medical notes/records in The Plaintiff's medical notes/records that he's been prescribing Julia M Robinson Amphetamine and Oxycodone (Opioids) since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020, Julia M Robinson was NEVER this doctors patient, THIS IS A LIE. The Plaintiffs domestic partner Kristian J Hall was also fraudulently/illegally charged with his own pain medication in The State of Florida by This State on July 8, 2019. This was done to discredit the then witness Black African American Julia M Robinson who also had Power of Attorney over Kristian J Hall to turn in evidence on his behalf while he was representing himself (Pro Se') in his Fraudulent Criminal Cases. This was also done to make them both (Julia M. Robinson and Kristian J. Hall) appear as if they had substance abuse issues as to what the then alleged victim in Kristian J. Halls fraudulent Florida Criminal cases actually has/had at that time. This was also done to enhance the fraudulent charges that Kristian J. Hall was illegally charged for under his own pain medication to get Kristian J Hall illegally jailed at that time. So therefore criminal professionals attorneys, doctors, hospitals, universities/colleges, private companies, U.S. Government Employees, and Other paid government informants Americans got PAID to further assault and harass The Plaintiffs, The Plaintiff Family, Kristian J. Hall, his witnesses, and his family through ENVIRONMENTAL/MEDICAL, INVOLUNTARY SERVITUDE, HUMAN

TRAFFICKING/SLAVERY ILLEGAL AND UNCONSTITUTIONAL GAUGED UNDER SO CALLED RESEARCH USED A WEAPON without their consent until present day desperately attempting to control the outcome of The Plaintiff and her Family's civil cases. This is a perfect example of Systemic Racism, Kristian J Hall witness who helped him turn in legal documents and affidavits for his fraudulent Pro Se' criminal cases is a Black African American. The State of Florida didn't want to EXCEPT the WHOLE TRUTH from A Black African American Woman that was/is in a lifelong relationship with a White Caucasian American Male. The State of Florida had foolish pride/egos and was willing to risk their careers/reputations to attempt to withhold the WHOLE TRUTH for a white woman whom literally admitted she LIED on Kristian J Hall. The Plaintiff in this case also signed petitions against The NIH Federal Department and this is also a form of unconstitutional religious discrimination and retaliation. This was a huge political RACIST FAVOR to COVER UP FOR THE ENTIRE STATE OF FLORIDA, THE PREVIOUS PRESIDENTIAL ADMINISTRATION, THE DEFENDANTS, and ALL CRIMINALS INVOLVED. THE PLAINTIFF DID WRITE THE PREVIOUS PRESIDENTIAL ADMINISTRATIONS DOJ THAT WAS RAN BY WILLIAM BARR. THE STATE OF FLORIDA HAS PAID MONEY TO INFORMANTS FOR YEARS TO ATTEMPT TO DISCREDIT THE PLAINTIFFS AND TO P.R. CAMPAIGN FOR GOVERNOR RON DESANTIS AND CRIMINAL COMPANY TO DESPERATELY SAVE HIS IMAGE FOR HIS PRESIDENTIAL CAMPAIGN. The Plaintiff and her family has also been illegally subjected to without their consent in their residence and in their vehicles dangerous psychiatric disorder (for people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had) clinical trials toxic chemicals/substances/gases/drugs in the form of powders/biochemical compounds/biochemical weapons/molds/and toxic chemicals placed in water inhaled and or absorbed in to the skin on American soil as if The Constitution doesn't exist and as if they are Slaves. Dr. Brittany Mason-Mah listed above under number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of

Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so slick and Black Americans weren't paying attention.

15.      The Defendants idea is to desperately make The Plaintiff and her family appear as if they aren't competent and is abusing drugs by use of Air purifiers pumping Electros pray preclinical drugs/nano particles/toxic substances/toxic chemicals/toxic chemical compounds/ gases/vapors while The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they was/are and have been illegally subjected to being smoked alive just like they did black slaves as a form of torturous punishment for reading. Electro spray is used in some air purifiers. Particulate suspended in air can be charged by aerosol electros pray, manipulated by an electric field, and collected on a grounded electrode. This approach minimizes the production of ozone which is common to other types of air purifiers. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family by The Defendants so that these criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiffs family residence in Palmetto

Georgia Fulton / Fayette Counties being listed and used for illegal Medical Research purposes with VEOLIA WATER TECHNOLOGIES AND SOLUTIONS water treatment/pumping/maintenance stations in rural areas of Palmetto Georgia without The Plaintiff and her family's consent.

16.     The Plaintiff never took Genetic Test during that time, or anytime during The Plaintiff's pregnancy with her daughter. The Plaintiff was called several times by Health Care Employee's claiming they work for/with OBGYN Dr. Brittney Mason- Hirner and The Plaintiff told them all NO as The Plaintiff did in person to OBGYN Dr. Brittney MasonHirner every time as well. The Plaintiff told her reasons why she didn't want to to all of those women who called her that " I did my research, and I will not allow them to stick a huge needle in my navel or in my vagina to get my placenta fluid. What if my placenta ruptures? I was not going to do genetic testing and what I said was final." The Plaintiff also signed a form in this (off site Ultrasound Medical Facility) with a believe it was Sunrise Medical Group Ultrasound Imaging 4925 Sheridan St Suite 200 Hollywood, FL 33021-2834 A Do-not- consent Form to having the Genetic Testing done in August of year 2020. The Plaintiff has witnesses from her over the phone conversations and for visits. This was falsely reported, and The Plaintiff was purposely misdiagnosed with diseases she doesn't have to allow these doctors without her consent to get a government medical exemption to place an implant/medical device inside of her and her daughter along with other medical battery crimes. An amniocentesis puts you at risk of miscarrying, or preterm labor if you are further along in your pregnancy. How are Genetic Test Used? Genetic tests may be used to identify increased risks of health problems, to choose treatments, or to assess responses to treatments. What can I l earn? There are many different types of genetic tests. Genetic tests can help to : Diagnose disease, Identify gene changes that are responsible for an already diagnosed disease, Determine the severity of a disease, Guide doctors in deciding on the best medicine or treatment to use for certain individuals, Identify gene changes that may increase the risk to develop a disease, Identify gene changes that could be passed on to children, Screen newborn babies f or certain treatable conditions, Genetic test results can be

hard to understand, however specialists like geneticists and genetic counselors can help explain what results might mean to you and your family. Because genetic testing tells you information about your DNA, which is shared with other family members, sometimes a genetic test result may have implications for blood relatives of the person who had testing. What are the different types tests? Diagnostic testing is used to precisely identify the disease that is making a person ill. The results of a diagnostic test may help you make choices about how to treat or manage your health. Predictive and pre- symptomatic genetic tests are used to find gene changes that increase a person's likelihood of developing diseases. The results of these tests provide you with information about your risk of developing a specific disease. Such information may be useful in decisions about your lifestyle and healthcare. Carrier testing is used to find people who "carry " a change in a gene that is linked to disease. Carriers may show no signs of the disease; however, they have the ability to pass on the gene change to their children, who may develop the disease or become carriers themselves. Some diseases require a gene change to be inherited from both parents for the disease to occur. This type of testing usually is offered to people who have a family history of a specific inherited disease or who belong to certain ethnic groups that have a higher risk of specific inherited diseases. Prenatal testing is offered during pregnancy to help identify fetuses that have certain diseases. Newborn screening is used to test babies one or two days after birth to find out if they have certain diseases known to cause problems with health and development. Pharmacy genomic testing gives information about how certain medicines are processed by an individual's body. This type of testing can help your healthcare provider choose the medicines that work best with your genetic makeup. Research genetic testing is used to learn more about the contributions of genes to health and to disease. Sometimes the results may not be directly helpful to participants, but they may benefit others by helping researchers expand their understanding of the human body, health, and disease. References: www.ncbi.nib.nih.gov

17.     OBGYN Dr. Brittney Mason-Hirner gave The Plaintiff a document at her office that had her name on it with test results stating that The Plaintiff has Gaucher's disease, and this is a LIE. THE

PLAINTIFF NEVER DID GENETIC TESTING, and she doesn't have this disease, this was a COVER UP for The Defendants not to be LIABLE. Gaucher disease (/goo'JeI/) (GD) is a genetic disorder in which glucocerebroside (a sphingolipid also known as glucosylceramide) accumulates in cells and certain organs. The disorder is characterized by bruising, fatigue, anemia, low blood platelet count and enlargement of the liver and spleen and is caused by a hereditary deficiency of the enzyme glucocerebrosidase (also known as glucosylceramidase), which acts on glucocerebroside. When the enzyme is defective, glucocerebroside accumulates, particularly in white blood cells and especially in macrophages (mononuclear leukocytes). Glucocerebroside can collect in the spleen, liver, kidneys, lungs, brain, and bone marrow. Manifestations may include enlarged spleen and liver, liver malfunction, skeletal disorders or bone lesions that may be painful, severe neurological complications, swelling of lymph nodes and (occasionally) adjacent joints, distended abdomen, a brownish tint to the skin, anemia, low blood platelet count, and yellow fatty deposits on the white of the eye (sclera). Persons seriously affected may also be more susceptible to infection. Some forms of Gaucher's disease may be treated with enzyme replacement therapy. The disease is caused by a recessive mutation in the GBA gene located on chromosome 1 and affects both males and females. About one in 100 people in the United States are carriers of the most common type of Gaucher disease. The carrier rate among Ashkenazi Jews is 8.9% while the birth incidence is one in 450. Gaucher's disease is the most common of the lysosomal storage diseases. It is a form of sphingolipidosis (a subgroup of lysosomal storage diseases), as it involves dysfunctional metabolism of sphingolipids. The disease is named after the French physician Philippe Gaucher, who originally described it in 1882. Hypersplenism and pancytopenia, the rapid and premature destruction of blood cells, leads to anemia, neutropenia, leukopenia, and thrombocytopenia (with an increased risk of infection and bleeding). Cirrhosis of the liver is rare. Severe pain associated with joints and bones occurs, frequently presenting in hips and knees. Neurological symptoms occur only in some types of Gaucher's (see below): Type I: impaired olfaction and cognition Type II: serious convulsions, hypertonia, intellectual disability, and apnea Type III: muscle twitches known as myoclonus, convulsions,

dementia, and ocular muscle apraxia. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Osteoporosis: 75%of patients develop visible bony abnormalities due to the accumulated glucosylceramide. A deformity of the distal femur in the shape of an Erlenmeyer flask is commonly described. Yellowish-brown skin pigmentation the three types of Gaucher's disease are autosomal recessive. Both parents must be carriers for a child to be affected. If both parents are carriers, the chance of the disease is one in four, or 25%, with each pregnancy for an affected child. Genetic counseling and genetic testing are recommended for families who may be carriers of mutations. Each type has been linked to particular mutations. In all, about 80 known GBA gene mutations are grouped into three main types: Type I (N370S homozygote) , the most common, also called the "non- neuropathic" type occurs mainly in Ashkenazi Jews, at 100 times the occurrence in the general populace. The median age at diagnosis is 28 years of age, and life expectancy is mildly decreased. Type II (one or two alleles L444P) is characterized by neurological problems in small children. The enzyme is hardly released into the lysosomes. Prognosis is poor: most die before the age of three. Type III (also one or two copies of L444P, possibly delayed by protective polymorphisms) occurs in Swedish patients from the Norrbotten region. This group develops the disease somewhat later, but most die before their 30th birthday. The Gaucher-causing mutations may have entered the Ashkenazi Jewish gene pool in the early Middle Ages (48-55 generations ago). Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiffs medical through through (NINOS) Miramar documents by stating she tested positive for Gaucher's disease false genetic test under U.S. Brain Initiative clinical research The National Institute of Neurological Disorders and Stroke and by doctor Yoel A Hernandez Rodriguez at Memorial Hostpital Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (WHICH IS A LIE, THE PLAINTIFF HAS NEVER BEEN TO THIS DOCTOR TO BE HIS PATIENT

FOR HIM TO PRESCRIBE HER ANYTHING) which subjected The Plaintiff illegally to the U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants Illegally obtain an Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiffs daughter and herself to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Plaintiffs skin color, THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN WHO LITERALLY CAUGHT THE WHITE RACIST HUMAN TRAFFICKING DEFENDANTS COVERING UP FOR EACH OTHERS POLITICAL CAREERS. THE DEFENDANTS SPENT YEARS DESPERATELY TRYING TO MAKE THE PLAINTIFFS DEVELOP DEADLY DEBILITATING DISEASE THROUGH ILLEGAL RESEARCH USED AS A WEAPON (THE DEFENDANTS HAVE LITERALLY ATTEMPTED GENOCIDE) TO ILLEGALLY FIT EXEMPTIONS FOR THEIR HUMAN TRAFFICKING CRIMES COMMITTED PRIOR TO THIS LAWSUIT TO FURTHER COVER UP FOR EACH OTHER. THE PLAINTIFF WILL NEVER FORGIVE ALL INVOLVED AND THE PLAINTIFFS WILL FILE EVERYTHING THEY NEED TO TO GET JUSTICE FOR WHAT WAS DONE TO THEM.

17.    The Plaintiff domestic partner and herself went to Memorial Hospital BASIS Miramar 1901 SW 172 Ave Miramar Fl 33029 on November 25, 2020, night because The Plaintiff was having contractions. The Plaintiff decided to get an epidural for pain while in labor. The anesthesiologists placed the needle in The Plaintiff's back twice, the first time The Plaintiff told her it was hurting extremely bad (The Plaintiff was in tears). This anesthesiologist/doctor told The Plaintiff she had to try for a

second time because the needle that delivers the medication wasn't placed properly in The Plaintiff spine. During this time The Plaintiff also told the nurse that she was going to keep her placenta, that's why The Plaintiff chose this doctors office through her insurance at that time because The Plaintiff knew this particular hospital allowed patients to take their placentas after the patients signed for it. The Plaintiff also told OBGYN Dr. Brittney Mason- Hirner on several occasions during The Plaintiff's doctors visits that she was taking her placenta. The Plaintiff was also put on a high dose of antibiotics that was put in her IV. This was done to kill the same parasites/or heal sickness/or heal illness The Plaintiff had been complaining to the Doctor's about since she started treating with her. This was an attempt to clean up the issues after the fact to hopefully not pass whatever it was (The real illness that was concealed from The Plaintiff) from The Plaintiff to her daughter. The Plaintiff's test results and Hospital records, a lot of information was missing and test result information wasn't written incorrectly or not there at all, It was as if this doctor was purposely trying to conceal what The Plaintiff was attacked/assaulted with (poisons/toxins/biochemical weapons) in October 2019 as to her and her office at that time were all informed by The Plaintiff. The Plaintiff's daughter was delivered by OBGYN Dr. Brittney Mason-Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on our devices. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff never consented to sharing her daughter's and herself DNA for scientific experiments or for blood banking with any private company, government, Jane Does and John Does or doctors. The Plaintiff told this doctor she didn't want them to keep her core blood. The Plaintiff also asked her why it was taking so long with her stitching her up. The Plaintiff did feel pressure from her pulling the thread and tying it. This is when OBGYN Dr. Brittney Mason-Hirner put a foreign object/ RFID/ implant/ medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio- frequency devices control led and powered remotely capable of data collection,

human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason- Hirner act ed intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff can feel electrical charges/vibrations/burning/ stinging everyday from this foreign object/ RFID/ implant/ medical device. The medical device was placed in The Plaintiff's private area, now why would This doctor strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate The Plaintiff as to in her domestic partners fraudulent criminal case The Plaintiff spoke about sexual relations in her sworn statements and in the past The Plaintiff had an exotic dancer license that can be looked up by anyone because she had to go through a Florida government department to obtain it. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, human trafficking, against The Plaintiff's human and civil rights, and a Public Lynching. The Plaintiff domestic partner and herself can both physically feel this medical device under her skin/tissue. The Plaintiff also has ultrasound and X-ray evidence of this medical device. The Plaintiff's daughter's bilirubin was Extremely High after she was born which is a side effect from a parasitic infection and vaccines. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red-blood-cell lysis byproducts via the kidneys. Fever of 40. 5 °c (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff's domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurses try to bully The Plaintiff and her family and

keep her placenta that came out of The Plaintiff's body which she had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff's medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud/human trafficking/medical battery/demonic group initiation crimes, and to further cover up for all of The Defendants (U.S. Government Employees and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff's medical documents by falsely stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants all involved illegally obtained a Emergency Use of Investigational Drugs or Devices Exemptions. The patient has a life- threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff's daughter and herself to be placed in The U.S. Brain Initiative Research Program, or any

clinical research trials, and research testing without informed consent.

18.    The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous female mutilation just like they did black slaves as a form of punishment for reading. The Plaintiff's daughter was delivered on November 26, 2020, by OBGYN Dr. Brittney Mason- Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on their electronic device. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff NEVER CONSENTED TO sharing her daughter and herself DNA for scientific experiments or for blood banking with any private company, government, entity, or doctor. The Plaintiff told her (Dr. Brittney Mason) she didn't want them to keep her core blood. The Plaintiff also asked her (Dr. Brittney Mason) why was it taking so long with her stitching her up. The Plaintiff did feel pressure from her (Dr. Brittney Mason) pulling the thread and tying it. This is when OBGYN Dr. Britt ney Mason-Hirner put a foreign object/ RFID/implant/medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio-frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason-Hirner acted intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff feels electrical charges/vibrations/burning/stinging everyday from this foreign object/RFID/implant/medical device. The medical device was placed in The Plaintiff's private area, now why would Dr. Brittney Mason strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate her as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past and The Plaintiff had an exotic dancer license that she obtained from The State of Floridas

Government Department that anyone can see. The Defendants also watched The Plaintiff online through her and her domestic partners electronic devices during intimate moments between The Plaintiff and her domestic partners private intimate moments. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, involuntary servitude/human trafficking/slavery, against my human and civil rights, and a Public Lynching. The Plaintiffs domestic partner and herself can both physically feel this device under The Plaintiff's skin/tissue. The Plaintiff also have ultrasound and X-ray evidence of these medical devices. The Plaintiff daughter bilirubin was Extremely High after she was born which is a side effect from a parasitic infection. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red- blood- cell lysis byproducts via the kidneys. Fever of 40. 5 °C (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that  "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurse try to bully The Plaintiff's family and keep her placenta that came out of The Plaintiff's body which The Plaintiff had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff ' s medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud human trafficking crimes, and to further cover up for all of the The Defendants in all of the Plaintiff's Civil Cases (U.S. Government Employees and Private Company Criminals)

involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, The Plaintiff's family, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff medical documents/records by stating The Plaintiff tested positive for Gaucher's disease through false genetic test through private companies and under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25 , 2020 under U.S . Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff daughter and herself to be placed in The U.S. Brain Initiative Research Program or any Government/Entity/or Private Company Research Program. This had everything to do with the color of The Plaintiff's skin. The Plaintiff is a Black African American born in The United States of America. These human trafficking crimes happened to The Plaintiff and her daughter on American Soil.

19.   The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous branding just like they did black slaves as a form of punishment for reading.

20.   Dr. Mariana Danet came in The Plaintiff's room (The Second
      Room for recovery) unannounced; The Plaintiff discovered her
      name from her medical records from this hospital. The Plaintiff
      never consented to a psychiatric evaluation, Dr. Mariana Danet
      and Dr. Brittney Mason both wrote false notes on The Plaintiff's
      records. Dr. Brittney Mason was the initiator who decided without
      The Plaintiff's consent to have this human (Dr. Mariana Danet)
      come into her room right after she had her daughter. Having a
      child is supposed to be a Joyful occasion, they ruined that moment
      for The Plaintiff and her family. This was also HIPPA Violations:
      Unauthorized accessing of PHI, Failure to manage risks to the
      confidentiality, integrity, and availability of PHI, Failure to
      implement safeguards to ensure the confidentiality, integrity, and
      availability of PHI, Failure to maintain and monitor PHI access
      logs, Failure to implement access controls to limit who can view
      PHI, Failure to terminate access rights to PHI, when no longer
      required The disclosure more PHI than is necessary for a
      particular task to be performed, Theft of patient records
      Unauthorized release of PHI to individuals not authorized to
      receive the information, Unauthorized release of PHI to
      individuals not authorized to receive the information
      Impermissible disclosures of protected health information (PHI),
      Unauthorized accessing of PHI, Failure to manage risks to the
      confidentiality, integrity, and availability of PHI, Failure to
      implement safeguards to ensure the confidentiality, integrity, and
      availability of PHI, Failure to maintain and monitor PHI access
      logs, Failure to implement access controls to limit who can view
      PHI, Failure to terminate access rights to PHI when no longer
      required, The disclosure more PHI than is necessary for a
      particular task to be performed, Theft of patient records,
      Unauthorized release of PHI to individuals not authorized to
      receive the information.

21.   The Plaintiff was administered a nerve blocking medication
      (called Gabapentin), after The Plaintiff delivered her baby
      naturally and was advised this would assist with the
      discomfort/pain that she was experiencing due to her just giving a

natural birth and having to be stitched up etc. The Plaintiff and her family advised the Doctors and staff right away that the medication made her feel very ill when it was administered and was advised that the ill feeling would go away but it never did. The Plaintiff was transferred to the mother/ Baby Maternity ward, where she continued to feel ill and once the medication wore off the intense pain would then return and then the charge nurse would administer gabapentin again which (The Plaintiff's domestic partner and herself) both raised concerns about this several times. Due to every time this medication was administered to The Plaintiff it made The Plaintiff's blood pressure spike and she would feel ill all over again. The Plaintiff's domestic partner and herself were told by the (Dr.'s) OB/ GYN and the Dr.'s at the hospital that her high blood pressure was due to the pain that she was currently experiencing due to the birth and stitches. The Plaintiff and her family advised them that when the medicine wore off The Plaintiff's blood pressure returns to normal and that she was still in pain. The Plaintiff never had a medical issue and or any history of high blood pressure, so this was very alarming to them both. They continued to administer the Gabapentin even after The Plaintiff and her family raised concerns repeatedly. Why would the Doctors at Memorial Hospital Miramar 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020 prescribe The Plaintiff gabapentin if they were trying to Marchman Act The Plaintiff for an alleged drug addiction/problem per Hospital notes/false records from November year 2020? If OBGYN Dr. Brittney Mason-Hirner believed The Plaintiff had a real drug addiction, why would she standby and allow this hospital to give The Plaintiff Gabapentin? OBGYN Dr. Brittney Mason- Hirner goal was to induce a artificial aggression and hyperactivity from The Plaintiff so that she could be Baker Acted for the All of The Defendants and Private Companies involved so that The Plaintiff's baby could be taken away by DCF and so that The Plaintiff could possibly be raped, threaten, intimidated, for them to continue ILLEGAL NON - CONSENSUAL UNETHICAL WITHOUT INFORMED CONSENT/WITHOUT CONSENT HUMAN EXPERIMENTATION CLINICAL TRIAL TESTING/RESEARCH (on The Plaintiff and her baby), and for The Plaintiff to be possibly murdered. The Plaintiff

was and still is a witness who done sworn statements, turned in admissible evidence to U.S. Government Entities, and filed legal complaints/ legal reports regarding U.S. Government Employees committing crimes against her domestic partner and herself. Clearly OBGYN Dr. Brittney Mason-Hirner was in it for the GRAFT AND POLITICAL FAVORS, either this was a political favor of the ALL OF THE DEFENDANTS (U.S. Government) because The Plaintiff did write the DOJ along with other government agencies and The Plaintiff did check the Box Yes they could have access to her medical records thinking that this would help them see that The Plaintiff was mentally stable. Instead, The Plaintiff checking that box (It was a setup in the event the U.S. Government is Guilty Of War Crimes committed against an American which The Plaintiff had no idea it would be used against her medically. They illegally use Americans medical records to perform life threatening illegal medical battery and assault, non- consensual human without informed consent experimentation, and illegal preclinical trials by double agent doctors. Americans also are harassed by bad actor off duty cops creepy cowards, ex military creeps , active duty military creeps, FBI agents, FBI informants and other U.S. Government Employees in desperate hopes that you don't FILE A LAWSUIT( IF A BLACK AMERICAN IS ALREADY OPPRESSED WHY WOULD A MAN FROM ANY JOB DO THIS, SO YES IF YOU BULLY and ASSAULT INNOCENT BLACK AFRICAN AMERICANS FOR EXERCISING THEIR CONSTITUTIONAL RIGHTS TO DO COMPLAINTS THOSE ARE CHARACTERISTICS OF A CREEPY BULLY ESPECIALLY IF A MAN IS BULLYING A WOMAN. They rather for Black Americans die with no proper civil compensation or attempt to illegally admit you into a psychiatric hospital to have all of your civil rights stripped away than for them to pay black Americans Civil Remedies) so that the DOJ and other government agencies could have access to The Plaintiffs medical records allowed them to sabotage and commit crimes at The Plaintiff child's birth, Commit Human rights, Civil rights, Commit Unconstitutional Violations, HIPAA Violations, and War Crime Atrocities. The Plaintiff was absolutely right about what she stated about U.S. Government Employees attacking her with her hard evidence she sent to the DOJ. This was done to discredit The

Plaintiff's testimonies/sworn statements. This was days after The Plaintiff gave birth and the nurses came into take her down to get an MRI which alarmed her and her family. The Plaintiff left her domestic partner there with their newborn baby and was taken to Radiology, they both kept telling the nurses the entire time after the birth when that specific medication (Gabapentin) was given that The Plaintiff got an instant migraine headache, and her blood pressure would spike. The Plaintiff was very disoriented and when The Plaintiff was in the Radiology Dept., the Medical Staff saw what was happening to The Plaintiffs face which one side began to sag/droop down, in addition to losing total control of her body and this is when they then called a STROKE ALERT. They gave The Plaintiff an I.V. to flush that medication out of her system and stabilize her blood pressure. All of this could have been avoided if they would have just listened to what The Plaintiff and her family was saying and what The Plaintiff was experiencing. The Plaintiff's Domestic Partner demanded to come down to Radiology from the Maternity unit to see what was going on because he heard the stroke alert come over the intercom almost immediately after The Plaintiff left him and their baby in the room. The nurses in the Maternity ward were extremely reluctant to tell him what had happened to The Plaintiff, The Plaintiff's domestic partner then demanded that they take him to see The Plaintiff immediately. A nurse called down to Radiology and advised them he was demanding to see his wife. A nurse came up from Radiology and advised that he could come to see her, but the baby had to go to the nursery due to the radiation from the MRI machines. The Plaintiff's domestic partner was weary of this but was torn and wanted to make sure The Plaintiff was ok, so he agreed to let the baby go to the nursery temporarily while He checked on The Plaintiff. This is when the hospital took the illegal unconstitutional evil opportunity to put the quantum dot tattoo chip/ Covid-19 vaccine/ and medical devices in their baby's head and possibly other illegal preclinical trail devices in their daughter without their consent. (Medical Battery and Assault) They put the microchip quantum dot tattoo on The Plaintiff's daughter's private area while she was in the nursery and while The Plaintiff was in the ICU. This was placed in The Plaintiff's daughter's private area

as to the something similar was done to The Plaintiff. Now why would these demons strategically place an microchip quantum dot tattoo in The Plaintiff's newborn daughters' private area? Demonic Ritual Abuse) This was done to continue to humiliate The Plaintiff (her mother) and take away her virtuous Christian innocence fresh out of the whom as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past, she had an exotic dancer license. The Plaintiff knew her daughter cried while these evil demons did this to her, The Plaintiff's daughter was raped for science. This is Electronic RAPE, Female genital mutilation, Wartime sexual violence, War crimes, Ritual Abuse, Human trafficking, against The Plaintiff's daughter's human and civil rights, and a Public Lynching. That part of The Plaintiff's daughters' body was purple for a while like a huge insect bite. You could literally see the dots kinda like when your pores are open on skin but all the time in that area. You can literally see lumps on both sides of The Plaintiff's daughters head and her hair is bald in that area. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiff's medical documents by stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS ) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff's medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27 , 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all of The Defendants involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life-threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or

conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke).

22.    The Plaintiff was in a car accident in August of 2014, and she visited Memorial West Hospital in Pembroke Pines Fl. This Doctor Yoel A Hernandez Rodriguez MD was not the doctor she saw during this time. The Plaintiff has all the Doctors records she visited for her recovery from that car accident. The Plaintiff thanks God for these doctors and don't wish to involve these ethical practicing doctors. Those doctors during that time after her car accident actually helped her recover from that accident and did nothing wrong. This was obviously a political favor to make The Plaintiff appear as if she had a substance abuse issue. This doctor Yoel A Hernandez Rodriguez was not a doctor that The Plaintiff saw regarding her car accident, and this is a lie regarding this doctor prescribing The Plaintiff those medications since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020. This was an Unauthorized release of PHI to individuals not authorized to receive the information. This was also HIPAA Violations: Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI Failure to terminate access rights to PHI when no longer required The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information, Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of Failure to implement safeguards to ensure the confidentiality, integrity and availability of PHI, failure to maintain and monitor PHI access logs, failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The

disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information. The Plaintiff did have her son on February 19, 2002, with The State of Floridas Medicaid Health Insurance and I did see a Latino (Male) Doctor OBGYN whose office was in Miami Lakes Florida. The Plaintiff's son was also born at Palmetto Hospital in Hialeah Florida near Miami Lakes Florida. But no, this Latino (Male) OBGYN never prescribed her pain medications or amphetamines. After The Plaintiff's son was born, she took him to another Latino (Doctor) Pediatrician in Miami Lakes and to another pediatric doctor's office after she decided to switch her sons' doctors when he was still a baby. The Plaintiff's daughters' father and domestic partner in July 2019 was falsely accused of something he never did and was illegally and unconstitutionally arrested and kidnapped by U.S. Government Employee's and is still fighting in The Florida Courts for cops illegally charging him with is own prescribed pain medication. The Plaintiff was the witness that turned in the evidence of his prescription and all other evidence. The Plaintiff is a Black American Well Respected, Woman and socialite who just so happened to run her own business. So, this was a way to attempt to discredit The Plaintiffs sworn testimonies by The Defendants and Private Companies involved. The Plaintiff's medical records show the truth, Not judging anyone, but The Plaintiff doesn't smoke, she exercises, she has never had a substance abuse problem, she has never done street drugs, And She never fail a drug test for any job or at her visits to the doctors during her pregnancies. The Plaintiff is pretty anal about the importance of having over all good healthy habits with her children and herself. These UNETHICAL Double Agent Doctors need to correct The Plaintiff's Medical Records immediately.

23.   The Plaintiff and her family know that hospitals have video surveillance of baby nursery's and throughout the hospital for security reasons. The Plaintiff did see surveillance cameras in the hallways while her and her family were there at Memorial Hospital Miramar Fl. So therefore, the hospital knows who committed medical battery against her and her daughter. The

Plaintiff WILL get this footage subpoenaed and she WILL get all of the staff involved disciplinary records for the Federal and Supreme Courts lawsuits. The Plaintiff captured before and after evidence of these medical devices and other medical battery crimes committed by The Defendants. The Plaintiff and her family have been terrorized for trying to get proper medical treatment for her daughter and herself. After The Plaintiff did U.S. Federal Administrative Complaints on all of The Defendants in these crimes and after she found out about these War Crime Atrocities. The Plaintiff and her domestic partner NEVER consented to or authorized for any form of clinical research hazardous hazing harassment by any form of government, or private companies. The Plaintiff will NEVER WORK FOR NEITHER WILL SHE SUBMIT TO any private groups or forms of government, The Plaintiff doesn't need friends in government neither does The Plaintiff want to ever be in a romantic relationship with anyone that works in government EVER. It is a clear and blatantly obsession and jealously over The Plaintiff by The Defendants which is extremely disgusting and pervert like. Overall, this is patient abuse (Ritual Abuse) that happened to The Plaintiff daughter and herself. These doctors wrote false medical notes to purposely make The Plaintiff appear as if she was incompetent, as if she had a drug problem, as if she was dying from Parkinson's Disease, and like her daughter and herself wouldn't remember any of these war crimes so they were willing to arrogantly/narcissistically commit them unfortunately anyways out of retaliation, for political gain, for financial gain, and just to be wannabe evil controlling slave master beings because The Plaintiff didn't allow The Defendants to break the law in front of her. The Defendants clearly assumed that they were legally untouchable because of them being Medical professionals, legal professionals, U.S. Government Federal Employees, Jane Does, John Does, and Private Companies CoConspirators/ U.S. Government Affiliates and The Plaintiff being a Black American exotic dancer by their blatantly disregard for The Constitution they assumed that she would never have her cases brought to court after years of her being oppressed in the form of attacks, and that The American Public would never know what happened to her and her daughter. These evil civil rights

abuses are a clear example of what patient abuse is, It's clear and present that The Plaintiff and her family all have been negatively affected by these war crimes, group initiations, attacks, attempted assassinations, constitutional violations, violence against women, racism, medical battery, medical racism, illegal non- consensual clinical human research experimentation, civil rights violations, jealous obsession with a stranger whom will never be in a relationship with them, sadistic games, and retaliation attacks because The Plaintiff didn't allow The Defendants to break the law in front of her.

24.     The Plaintiff did have at the time of her daughter's birth in November 2020 Humana Medical Plan through The U.S. Government Medicade program. The Centers for Medicare & Medicaid Services (CMS) is a federal agency within the United States Department of Health and Human Services (HHS) that administers the Medicare program and works in partnership with state governments to administer Medicaid, the Children's Health Insurance Program (CHIP), and health insurance portability standards. In January 2021, CMS passed a rule that would cover "breakthrough technology" for four years after they received FDA approval. In September 2021, CMS submitted a proposal to repeal the rule based on safety concerns. The organization who The Plaintiff agreed to allow an investigation to be done on (Memorial Hospital in Miramar Florida and the unethical double agent doctors that participated in these medical battery crimes that unfortunately happened to her daughter and herself) and The U.S. Government were contacted by this same organization in September 2021 letting them know what happened to The Plaintiff and her daughter. This is why The Centers for Medicare & Medicaid (CMS) submitted a proposal to repeal the rule that would cover "breakthrough technology" based on safety concerns. This so-called safety concern was about what was done to The Plaintiff and her daughter without The Plaintiffs consent. In the State of Florida, it's against the law to perform experimental surgeries without informed consent. The Plaintiff is and was at that time COMPETENT. The Plaintiff also didn't have any genetic testing during her pregnancy. The Plaintiff didn't at that time, nor

does she have now, nor did she ever have Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, Or any Drug Abuse problem. The Plaintiff and her newborn daughter weren't medically qualified candidates for a medical exemption for these surgical procedures. Unconstitutionally and illegally experimental surgeries were performed without any regard of getting proper consent from The Plaintiff for her and her daughter. There was no regard for The Plaintiff and her daughter being Americans on American soil. The Plaintiff's were retaliated and medically discriminated against because The Plaintiff's are Black/ African Americans.

25.  Exhibits G1. Through G6. Is a copy of an administrative complaint done through Med Watch and The Food and Drug Administration (FDA) by The Plaintiff Julia M. Robinson. Exhibits G7. Is a copy of an administrative complaint done through CMS complaint Reference number 21-TRA-01843 by The Plaintiff Julia M. Robinson.

26.  Exhibits H1. Through H10. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for York A. Hernandez- Rodriguez through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

27.  Exhibits H11. Through H21. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson

28.    Exhibits H22. Through H30. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

29.    Exhibits H31. Through H40. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for MD. Mariana Danet through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

30.    Exhibits H41. Through H49. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for The Plaintiffs daughter Kendall J. Hall.

31.    Exhibits H50. Through H59. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23,

2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This Complaint is for The Plaintiffs daughter Kendall J. Hall.

32.    At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA / FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #: 8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID #: 8065453 for tracking # EJ684016922US on 12/04/2021.

33.    The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all DEFENDANTS/U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022 ) While The Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, OHS Agents, Retired Ex- Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee' s/Affiliates,

Private Company Research/ILLEGALLY Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of Merrick Garland in His Official Capacity; The United States attorney general (AG) leads the United States Department of Justice, and is the chief law enforcement officer of the federal government of the United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States.

34. On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employees/affiliates, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/ Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff's domestic partner was eating out at Ray's on The River in Atlanta Ga with coworkers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts), this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The

DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid . These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners coworkers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any ant high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults,

poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would've believed them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiff's and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel (Embassy Suites), toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental

institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent Black African American, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters and 1983 Constitutional violations lawsuits are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties (THE DEFENDANTS) involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primates brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) (ATLANTA GA CUMBERLAND HOMEWOOD SUITES by HILTON HOTELS, WEST PALM-BEACH FL EMBASSY SUITES HOTEL, JACKSONVILLE FL EMBASSY SUITES HOTEL AND OTHER HOTELS) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and

her family on several occasions. After animal rights groups heard about what happened to these primates, a team of SUPER lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/ seeing a family physician prior) and pay for X- ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X-rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) coming inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American soil by ALL OF THE DEFENDANTS THAT ARE CLEARLY GUILTY AND COVERING UP FOR THE DEFENDANTS, THE U.S. GOVERNMENT FEDERAL DEPARTMENT HEADS INVOLVED/RESPONSIBLE FOR THEIR EMPLOYEES, THE REPUBLICAN PARTY, GOVERNOR RON DESANTIS, THE ENTIRE STATE OF FLORIDA, THE PRIVATE COMPANIES INVOLVED, THE U.S. GOVERNMENT CIA DOCTORS INVOLVED, THE PRIVATE COLLEGES AND UNIVERSITIES INVOLVED, AND THE SO CALLED REPUBLICAN PARTY BACKED/SUPPORTED RACIST AND CLOSET RACIST ORGANIZATIONS THAT PRETEND/PRETENDED TO BE THE CIVILIAN HELP. THE PLAINTIFF USED THESE HOTEL COMPANIES WIFI TO CONTACT U.S. GOVERNMENT DEPARTMENTS FOR ADMINISTRATION COMPLAINTS AND TO DO HER RESEARCH FOR HER LAWSUITS, THIS IS DEFINITELY HOW THEY KNEW HER AND HER FAMILIES LOCATIONS. POLITICAL CAREER COVERUPS PAID BY ALL OF THE DEFENDANTS TO DESPERATELY GET RID OF THE PLAINTIFFS, THE PLAINTIFFS FAMILY, AND WITNESSES. 38. The Plaintiff and her family are being discriminated against by U.S.

Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employees/Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid- 19. The Plaintiff literally had a conversation through messenger chat with this Private Company Involved (APPLE INC.) Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware/computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. The Florida Senators intentions weren't to actually help The Plaintiffs because The Florida Senator Marco Rubio was over the CIA Committee The Plaintiffs described in this complaint and in past complaints with The Federal Courts. The Florida Senator pretended to help just like everyone else pretended to help and or give false hope with fake fraudulent intentions while they got paid from A LOT OF THE HUMAN TRAFFICKING PIMPS PRIVATE COMPANIES AND THE FEDERAL GOVERNMENT DEPARTMENTS THAT THE PLAINTIFFS ARE SUING IN THIS LAWSUIT. All of these unfortunate incidents were definitely politically motivated. We

have every complaint and proof of petitions we signed in good faith.

35.    The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up t he entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide /caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the

complaint and lawsuit. (Another example of Assassination attempts)

36.    The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car was zapping electrical charges/ ED (Electrostatic Discharge: Electrostatic discharge (ESD) is the sudden flow of electricity between two electrically charged objects caused by contact, an electrical short, or dielectric breakdown. A buildup of static electricity can be caused by tribocharging or by electrostatic induction. The ED occurs when differently- charged objects are brought close together or when the dielectric between them breaks down, often creating a visible spark.) to the top of whom ever is driving head every so often. The Plaintiff found her car fuse boxes and her car fuses inside of her car were tampered with. Car fuses were missing in slots (strategically missing from the air conditioning unit parts that properly filter the air and sensor fuses were missing as well so that The Plaintiff wouldn't know when certain functions were not working), incorrect car fuses were placed in incorrect slots (an extremely higher amperage was placed in extremely lower amperage car fuse slots), and car fuses were placed upside-down in fuse slots. The SOS was beeping extremely loud (noise harassment) continuously while her and her family would drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person [1] such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. ) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop

completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix her vehicle.

37.    The Plaintiff' s family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name o f" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rouge U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. The desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American Citizens are discredited, illegally and unconstitutionally allowing the continuation of domestic-counter-terrorism tactics on 'persons of interest illegally and unconstitutionally by HUMAN TRAFFICKING RACIST U.S. Government employees, FBI informants, FBI Agents,

DHS Agents, Retired Ex-Military Employees, Off duty Police
Officers, Off Duty Firefighters, Private security, Secret Police, U.S.
Government Research/Illegal Human Experimentation
Employee's/Affiliates, Private Company Research/Illegal Human
Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S.
Government contractors, U.S. Government subcontractors on
American soil.

38.     The Plaintiff has receipt proof and video of times her and her
family took her car to get repaired so that the beeping stops at
Audi Dealerships. The Plaintiff's car was hacked by U.S.
Government employee's/private companies affiliates that are
involved in these crimes against her family and herself. We also
called and emailed the cars manufacturer (Audi in Germany)
about these issues, and nothing has been done. It's almost as if
they were told not to properly assist her. The Plaintiff's car isn't
supposed to have a active, nor should it have Wi-Fi currently. The
Plaintiff's Wi-Fi canceled over six (6) months ago by the cars
manufacturer because year of the car. ALL OF THE DEFENDANTS
literally installed and or planned/ conspired the installment of a
Bluetooth/Wi- Fi router/ 4G-5G/ telephone system/ tracking
device equipment that is capable of being controlled and powered
remotely, capable of data collection, performing human research
test/analysis, surveillance, behavior modification, and many other
heinous racist war crime activities unconstitutionally carried out,
committed, colluded and conspired by ALL OF THE DEFENDANTS.
43. WHAT IS A PIMP? (1) a criminal who is associated with,
usually exerts control over, and lives off the earnings of one or
more prostitutes, (2) to make use of often dishonorably for one's
own gain or benefit. ALL OF THE DEFENDANTS was/are still
currently making money off of The Plaintiff vehicles data that was
stolen and used illegally for weapons testing and data science that
The Plaintiff pays for every month WITH ABSOLUTELY NO HELP
FINANCIALLY FROM ANY OF THE DEFENDANTs. They are
blatantly and arrogantly using The Plaintiff's personal vehicle and
The Plaintiff and her family as illegal test subject without regard of
The Plaintiffs and her family's health and without The Plaintiffs
consent. The Plaintiffs and family are getting enslaved/pimped

out/human trafficked by All of The Defendants. This is why no Audi dealers in Florida and in Georgia wanted to assist The Plaintiff and her family regarding the toxins coming in the cabin of the vehicle , random loud beeping in the car cabin while driving, and complaints about feeling sick from being microwave/zapped/radiation/electrostatic/illegal weapons testing in/on The Plaintiffs car while the car was on and driven. The Plaintiff also went to a T-Mobile Store in Atlanta Georgia at Cumberland Mall, The Plaintiff was assisted by a guy claiming to work for T-mobile with a letter X written on his name tag that The Plaintiff thoroughly questioned about the name X. After The Plaintiff told him she didn't consent to any form of experimentation and being subjected to recordings, X walked away and no one in this store location properly assisted The Plaintiff. This was a huge missing piece of the puzzle, for The Plaintiff to find this device blatantly shows Private Companies colluded with The U.S. Government and piggy backed off of other entities that attempted to take advantage of/exploit victims of crimes. This is extremely disgusting and clearly shows that ALL OF THE DEFENDANTS have no regard for The Plaintiff and her children's health, this is medical racism, this is blatant retaliation from All of The Defendants listed in lawsuits and FTCA Complaint letters sent, this 1983 constitutional violations lawsuit, this is slavery in America, this is human trafficking, this is against The Plaintiff and her children's constitutional rights, this is evil, this is ILLEGAL, and this is human experimentation without The Plaintiffs consent by The Pimp Defendants looking out for each others financial interests and political interests. The Plaintiff is the owner of her vehicle, this is how ALL THE OF THE DEFENDANTS have been coming inside of her vehicle, and illegally gps tracking her and her family without her consent. Toxins/molds/biochemicals inside of her vehicle placed strategically on surfaces (on seatbelts, stirring wheels, on and inside of her daughter's car seat, on floor mats/car rugs, and in and on vehicle doors and windows). The Plaintiff was turned down/sabotaged/ at several properties she and her domestic partner tried to move into for safety and security, their application monies were kept illegally and they were always told they didn't make enough purposely trying to start pre-orchestrated disputes

with the Property Managers/Property Owners for ALL THE
DEFENDANTS to have The Plaintiff and her family illegally and
unconstitutionally jailed so that The Plaintiff would forfeit her
lawsuits against ALL OF THE DEFENDANTS. The Plaintiff and her
domestic partner make well over enough to move in those
properties, and they were purposely trying to keep them at her
family's house where they are pumping torturous toxic
chemicals/spraying toxic chemicals/introducing toxic chemicals
in this home that has made them all sick on several occasions. In
year 2021 The Plaintiff emailed manufacturer for Audi in Germany
regarding a lot of attacks and how she was suing The Defendants
and that she declined in / did not consent to any form of
experimentation, so they knew of the situation and decided to
collude with The Defendants and exploit the already exploited
victims. The Defendants activated an account through Audi
without her consent and further allowed the criminal participants
to harass, stalk, assault, and poison The Plaintiff and her family
inside of her car. This particular tracking system service is also an
emergency service, and first responders can lock and unlock your
vehicle with this service activated. The Defendants were in and
out of The Plaintiffs car illegally using the excuse of it possibly
being for emergency services that The Plaintiff never called for
and didn't need. Since 2019 having racist unjust encounters with
rogue police officers, obstruction by U.S. Government Employee's
blatantly and unconstitutionally obstructed the judiciary
processes for The Plaintiff and her family, The Plaintiff doesn't
trust anyone that works in and for The U.S. Government. The
Plaintiff wouldn't agree/and or give consent for no U.S.
Government Employees or Private Companies Employees pimps
to have access to her personal property, NEVER. The Defendants
didn't offer to pay for The Plaintiffs car to be paid off so that she
could have her titles nor did The Defendants offer to purchase a
Private property/HOME out right so that The Plaintiffs could OWN
the DEEDS to that property. The Defendants didn't offer foreign
currencies or foreign private and commercial properties to The
Plaintiffs. The Defendants didn't take The Plaintiffs to the Hermes
and Chanel stores to purchase $30,000.00 and $40,000.00 bags or
to The Rolex and Cartier Stores/Jewelers to purchase any luxury

items that holds its values and or increases its value over time. The Defendants didn't offer to purchase commercial properties/buildings out right and give The Plaintiffs the DEEDS. The Defendants didn't offer The Plaintiffs STOCKS in their private companies. The Defendants didn't offer E-GOLD ACCOUNTS so that The Plaintiffs owned out right GOLD BARS. The Defendants didn't offer to pay The Plaintiffs children college and private school tuition. NONE OF THE DEFENDANTS ACH TRANSFER THE PLAINTIFFS WHAT THEY ARE DEMANDING IN THIS LAWSUIT EVER. THE DEFENDANTS DIDN'T OFFER ANY FORM OF FINANCIAL COMPENSATION AFTER THEY ALL GOT CAUGHT IN THEIR HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. The Defendants didn't want to believe that The Plaintiffs knew their worth. Historically The Defendants are ok with paying off white Americans after they have tortured white Americans on American soil. The Defendants have in fact Human Trafficked The Plaintiffs and caused physical and mental damages. The Defendants actions have shown racial discrimination and systemic racism because The Defendants fork over civil monies to white Americans that have been wronged by them with no problem. The Defendants believe that white Americans deserve any form of justice. The Defendants have a hard time grasping the concept that ALL AMERICANS ARE EQUAL. A wrong is a wrong, and torture is torture, doesn't matter if The Plaintiffs are White or Black. The Plaintiffs in this case are Black African Americans and The Plaintiff ALWAYS KNEW HER WORTH. The Plaintiff doesn't TOLERATE BULLYING FROM ANYONE. THE PLAINTIFF DOESN'T ALLOW PEOPLE/GOVERNMENTS/OR WHOM EVER TO TAKE ADVANTAGE OF HER AS THE DEFENDANTS ALL DID WITHOUT HER CONSENT WHICH MAKES THEM HUMAN TRAFFICKING PIMPS. The Plaintiff has worked extremely hard in her career to accomplish what she was able to accomplish in the past because again The Plaintiff always knew her WORTH. The Plaintiff has NEVER in her entire life worked extremely hard and after she worked extremely hard for her finances forked her finances over to a PIMP. The Plaintiff has never had a PIMP AND NEVER BEEN PIMPED UNTIL THE PLAINTIFF TOLD THE TRUTH ABOUT WHAT HAPPENED IN FRONT OF HER AS A WITNESS. The Defendants

can't just perform surgeries because they are greedy HUMAN TRAFFICKING PIMPS and MAKE MONEY WITHOUT THE CONSENT OF THE BLACK AFRICAN AMERICAN ON AMERICAN SOIL AS THEY DID IN THIS CASE. THE HUMAN TRAFFICKING PIMP DEFENDANTS JUST CAN'T COMPLETELY TAKE CONTROL OVER THE PLAINTIFFS PRIVATE AND RENTAL VEHICLES THAT THE PLAINTIFF PAYS/PAID FOR TO UPLOAD PROGRAMS AND ADD DEVICES THAT COULD'VE GOTTEN THE PLAINTIFFS IN ACCIDENTS FOR DANGEROUS RESEARCH SO THE THAT PIMP DEFENDANTS CAN MAKE MONEY WITHOUT THE PLAINTIFFS CONSENT AS THE DEFENDANTS DID IN THIS CASE. WE DO NOT LIVE IN A DICTATORSHIP. The truth in America doesn't constitute getting PIMPED BY THE SLAVE MASTER WANNABE HUMAN TRAFFICKING PIMP DEFENDANTS as THEY LITERALLY HAVE PIMPED THE PLAINTIFFS IN THIS CASE WHICH IS SLAVERY. WHAT THE DEFENDANTS DID TO THE PLAINTIFFS IN THIS CASE THEY WOULD'VE NEVER TRIED THAT IF THE PLAINTIFFS WERE WHITE AMERICANS. The Human Trafficking device that was illegally installed in The Plaintiffs private Audi Vehicle in this case was literally named 911-SOS-DO NOT DELETE, THATS what appeared on her vehicle MMI menu screen, this was strategically named that so that when The Plaintiff asked a mechanic, she would be told that it was a computer error. The Plaintiff and her family were able to capture for evidence almost all of the attacks from The Defendants, so therefore The Defendants don't have ANY CREDIBILITY. The Plaintiff and her family believe these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for/consented/authorized for any Apps, by any

Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now, nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi- Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia. Some relatives have had sinus drippings for weeks. It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employees/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff's family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employees/Affiliate's. The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government Employee's/Affiliate's and Private Company

Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a later time. The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee's violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder her to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. The Plaintiffs will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? ALL OF THE DEFENDANTS/U.S. Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases, these attacks and attempts literally happened to The Plaintiffs. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her family's lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WERE ABLE TO FILE PAST LAWSUITS AND THIS ONE AGAINST THE UNITED STATES GOVERNMENT FEDERAL DEPARTMENT EMPLOYEES AND PRIVATE COMPANIES DEFENDANTS. THE PLAINTIFF JOB AS A PARENT IS TO FIGHT FOR AND PROTECT HER CHILDREN FROM THE VERY AMERICAN GOVERNMENT THAT COMMITTED CRIMES AGAINST THE PLAINTIFFS SINCE THE PLAINTIFFS OWN AMERICAN GOVERNMENT WASN'T WILLING TO PROPERLY ASSIST HER AND HER DAUGHTER IN THESE MATTERS AND IN PAST MATTERS THAT THE U.S. GOVERNMENT TRIED TO COVER UP FOR EACH OTHER AND FOR PRIVATE COMPANIES FOR FINANCIAL PROFITS. NO ONE IN GOVERNMENT CARED ENOUGH TO NOT ACCEPT MONEY AND DO THE RIGHT THING. AGAIN, THE

BIGGEST HUMAN TRAFFICKING RICO CRIMINALS ON THE
PLANET EARTH. THE PLAINTIFFS DESERVE FREEDOM FROM
SLAVERY THAT WAS SUPPOSEDLY ABOLISHED IN THIS
COUNTRY THAT IS ALSO ILLEGAL. THE DEFENDANTS EXPOSED
THEMSELVES BY BEING GREEDY HUMAN TRAFFICKING
EXPLOITERS.

39.    THE PLAINTIFF'S DAUGHTER IN THIS CASE IS A MINOR CHILD
(40 MONTHS/THREE (3) YEARS OLD). Rule 5.2. Privacy
Protection for Filings Made with the Court: (a) Redacted Filings.
Unless the court orders otherwise, in an electronic or paper filing
with the court that contains an individual's social-security
number, taxpayer-identification number, or birth date, the name
of an individual known to be a minor, or a financial-account
number, a party or nonparty making the filing may include only:
(1) the last four digits of the social-security number and taxpayer-
identification n·umber; (2) the year of the individual's birth; (3)
the minor's initials; and (4) the last four digits of the financial -
account number . (b) Exemptions from the Redaction
Requirement. The redaction requirement does not apply to the
following: (1) a financial-account number that identifies the
property allegedly subject to forfeiture in a forfeiture proceeding.
(2) the record of an administrative or agency proceeding; (3) the
official record of a state- court proceeding; (4) the record of a
court or tribunal, if that record was not subject to the redaction
requirement when originally filed; (5) a filing covered by Rule
5.2(c) or (d) ; and (6) a prose filing in an action brought under 28
U.S.C. §§2241, 2254, or 2255. (c) Limitations on Remote Access to
Electronic Files; Social- Security Appeals and Immigration Cases.
Unless the court orders otherwise, in an action for benefits under
the Social Security Act, and in an action or proceeding relating to
an order of removal, to relief from removal, or to immigration
benefits or detention, access to an electronic file is authorized as
follows: (1) the parties and their attorneys may have remote
electronic access to any part of the case file, including the
administrative record; (2) any other person may have electronic
access to the full record at the courthouse, but may have remote
electronic access only to: (A) the docket maintained by the court ;

and (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record. (d) Filings Made Under Seal. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record. (e) Protective Orders. For good cause, the court may by order in a case: (1) require redaction of additional information; or (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court (f) Option for Additional Unredacted Filing Under Seal. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record. (g) Option for Filing a Reference List. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information. (h) Waiver of Protection of Identifiers. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal. The American Public Deserves to know what The American Government, Private Companies and their perverted racist employees did to The Black African American Plaintiffs, The Plaintiffs family, and witnesses in this case. The Plaintiff was also harassed by The Defendants to desperately attempt to have The Plaintiff work for The U.S. Government so that The U.S. Government would get out of liabilities against The Plaintiffs (The Plaintiff has proof of this as well). The Plaintiffs don't want this lawsuit filed under a seal.

40.   18 U.S. Code § 3509 - Child victims' and child witnesses' rights : (a) Definitions .-For purposes of this section-(1) the term "adult attendant" means an adult described in subsection (i) who accompanies a child throughout the judicial process for the purpose of providing emotional support; (2) the term "child" means a person who is under the age of 18, who is or is alleged to be- (A) a victim of a crime of physical abuse, sexual abuse, or

exploitation ; or (B) a witness to a crime committed against another person; (3) the term "child abuse" means the physical or mental injury, sexual abuse or exploitation, or negligent treatment of a child; (4) the term "physical injury" includes lacerations, fractured bones, burns, internal injuries, severe bruising or serious bodily harm; (5) the term "mental injury" means harm to a child's psychological or intellectual functioning which may be exhibited by severe anxiety, depression, withdrawal or outward aggressive behavior, or a combination of those behaviors, which may be demonstrated by a change in behavior, emotional response, or cognition; (6) the term exploitation" means child pornography or child prostitution; (7) term "multidisciplinary child abuse team" means a professional composed of representatives from health, social service, law enforcement, and legal service agencies to coordinate the assistance needed to handle cases of child abuse ; (8) the term " sexual abuse " includes the employment, use, persuasion, inducement, enticement, or coercion of a child to engage in, or assist another person to engage in, sexually explicit conduct or the rape, molestation, prostitution, or other form of sexual exploitation of children, or incest with children ; (9) the term "sexually explicit conduct" means actual or simulated- (A) sexual intercourse, including sexual contact in the manner of genital-genital, oral-genital, anal-genital, or oral -anal contact, whether between persons of the same or of opposite sex; sexual contact means the intentional touching, either directly or through clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse , humiliate, harass, degrade, or arouse or gratify sexual desire of any person; (B) bestiality; (C) masturbation; (D) lascivious exhibition of the genitals or pubic area of a person or animal; or (E) sadistic or masochistic abuse; (10) the term "sex crime" means an act of sexual abuse that is a criminal act; ( 11) the term "negligent treatment" means the failure to provide, for reasons other than poverty, adequate food, clothing, shelter, or medical care so as to seriously endanger the physical health of the child; and (12) the term "child abuse" does not include discipline administered by a parent or legal guardian to his or her child provided it is reasonable in manner and moderate in degree and otherwi se

does not constitute cruelty. (b) Alternatives to Live In-Court Testimony.- (1) Child' s live testimony by 2- way closed circuit television .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, or a guardian ad litem appointed under subsection (h) may apply for an order that the child's testimo~y be taken in a room outside the courtroom and be televised by 2- way closed circuit television . The person seeking such an order shall apply for such an order at least 7 days before the trial date, unless the court finds on the record that the need for such an order was not reasonably foreseeable. (B) The court may order that the testimony of the child be taken by closed-circuit television as provided in subparagraph (A) if the court finds that the child is unable to testify in open court in the presence of the defendant, for any of the follow i ng reasons : (i) The child is unable to tes t ify because of fear. (ii) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying (iii) The child suffers a mental or other infirmity. (iv) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (C) The court shall support a ruling on t he child' s inability to testify with findings on the record. In determining whether the impact on an individual child of one or more of the factors described in subparagraph (B) is so substantial as to justify an order under subparagraph (A), the court may question the minor in chambers, or at some other comfortable place other than the courtroom, on the record for a reasonable period of time with the child attendant, the prosecutor, the child's attorney, the guardian ad litem, and the defense counsel present. (D) If the court orders the taking of testimony by television, the attorney for the Government and the attorney for the defendant not including an attorney prose for a party shall be present in a room outside the courtroom with the child and the child shall be subjected to direct and cross-examination. The only other persons who may be permitted in the room with the child during the child' s testimony are- (i) the child' s attorney or guardian ad litem appointed under subsection (h) ; (ii ) persons necessary to operate the closed- circuit television equipment; (iii) a judicial officer, appointed by the court; and (iv) other persons

whose presence is determined by the court to be necessary to the welfare and well-being of the child, including an adult attendant. The child' s testimony shall be transmitted by closed circuit television into the courtroom for viewing and hearing by the defendant, jury, judge, and public. The defendant shall be provided with the means of private, contemporaneous communication with the defendant' s attorney during the testimony. The closed-circuit television transmission shall relay into the room in which the chi ld is testifying the defendant's image, and the voice of the judge. (2) Videotaped deposition of child .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, the child's parent or legal guardian, or the guardian ad litem appointed under subsection (h) may apply for an order that a deposition be taken of the child's testimony and that the deposition be recorded and preserved on videotape . (B) (i) Upon timely receipt of an application described in subparagraph (A) , the court shall make a preliminary finding regarding whether at the time of trial the child is likely to be unable to testify in open court in the physical presence of the defendant, jury, judge, and public for any of the following reasons: (I) The child will be unable to testify because of fear. (II) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying in open court. (III) The child suffers a mental or other infirmity. (IV) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (ii) If the court finds that the child is likely to be unable to testify in open court for any of the reasons stated in clause (i), the court shall order that the child's deposition be taken and preserved by videotape. (iii) The trial judge shall preside at the videotape deposition of a child and shall rule on all questions as if at trial. The only other persons who may be permitted to be present at the proceeding are- (I) the attorney for the Government; (II) the attorney for the defendant ; (III) the child's attorney or guardian ad litem appointed under subsection (h); (IV) persons necessary t o operate the videotape equipment; (V) subject to clause (iv), the defendant; and (VI) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child. The defendant shall be afforded the

rights applicable to defendants during trial, including the right to an attorney, the right to be confronted with the witness against the defendant, and the right to cross - examine the child. (iv) If the preliminary finding of inability under clause (i) is based on evidence that the child is unable to testify in the physical presence of the defendant, the court may order that the defendant, including a defendant represented prose, be excluded from the room in which the deposition is conducted. If the court orders that the defendant be excluded from the deposition room, the court shall order that 2-way closed circuit television equipment relay the defendant's image into the room in which the child is testifying, and the child's testimony into the room in which the defendant is viewing the proceeding, and that the defendant be provided with a means of private, contemporaneous communication with the defendant's attorney during the deposition. (v) Handling of videotape. - The complete record of the examination of the child, including the image and voices of all persons who in any way participate in the examination, shall be made and preserved on video tape in addition to being stenographically recorded. The videotape shall be transmitted to the clerk of the court in which the action is pending and shall be made available for viewing to the prosecuting attorney, the defendant, and the defendant's attorney during ordinary business hours. (C) If at t he time of trial the court finds that the child is unable to testify as for a reason described in subparagraph (B) (i), the court may admit into evidence the child's videotaped deposition in lieu of the child' s testifying at the trial. The court shall support a ruling under this subparagraph with findings on the record. (D) Upon timely receipt of notice that new evidence has been discovered after the original videotaping and before or during trial, the court, for good cause shown, may order an additional videotaped deposition. The testimony of the child shall be restricted to the matters specified by the court as the basis for granting the order. (E) In connection with the taking of a videotaped deposition under this paragraph, the court may enter a protective order for the purpose of protecting t he privacy of the child. (F) The videotape of a deposition taken under this paragraph shall be destroyed 5 years after the date on which the

trial court entered its judgment, but not before a final judgment is entered on appeal including Supreme Court review. The videotape shall become part of the court record and be kept by the court until it is destroyed. (c) Competency Examinations. - (1) Effect of federal rules of evidence. - Nothing in this subsection shall be construed to abrogate rule 601 of the Federal Rules of Evidence. (2) Presumption. - A child is presumed to be competent. (3) Requirement of written motion. - A competency examination regarding a child witness may be conducted by the court only upon written motion and offer to proof of incompetency by a party. (4) Requirement of compelling reasons. - A competency examination regarding a child may be conducted only if the court determines, on the record, that compelling reasons exist. A child's age alone is not a compelling reason. (5) Persons permitted to be present.-The only persons who may be permitted to be present at a competency examination are- (A) the judge; (B) the attorney for the Government; (C) the attorney for the defendant; (D) a court reporter; and (E) persons whose presence, in the opinion of the court, is necessary to the welfare and well-being of the child, including the child' s attorney, guardian ad litem, or adult attendant. (6) Not before jury. - A competency examination regarding a child witness shall be conducted out of the sight and hearing of a jury. (7) Direct examination of child. - Examination of a child related to competency shall normally be conducted by the court on the basis of questions submitted by the attorney for the Government and the attorney for the defendant including a party acting as an attorney prose. The court may permit an attorney but not a party acting as an attorney prose to examine a child directly on competency if the court is satisfied that the child will not suffer emotional trauma as a result of the examination. (8) Appropriate questions. - The questions asked at the competency examination of a child shall be appropriate to the age and developmental level of the child, shall not be related to the issues at trial, and shall focus on determining the child's ability to understand and answer simple questions. (9) Psychological and psychiatric examinations. Psychological and psychiatric examinations to assess the competency of a child witness shall not be ordered without a showing of compelling need. (d) Privacy Protection.- (1)

Confidentiality of information.- (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall- (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information. (B) Subparagraph (A) applies to- (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding; (ii) employees of the court; (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in t he proceeding; and (iv) members of the jury. (2) Filing under seal. -All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court- (A) the complete paper to be kept under seal; and (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record. (3) Protective orders. - (A) On motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child. (B) A protective order issued under subparagraph (A) may- (i) provide that the testimony of a child witness, and the testimony of any other witness, when the attorney who calls the witness has reason to anticipate that the name of or any other information concerning a child may be divulged in the testimony, be taken in a closed courtroom; and (ii ) provide for any other measures that may be necessary to protect the privacy of the child. (4 ) Disclosure of information .-This subsection does not prohibit disclosure of the name of or other information concerning a child

to the defendant, the attorney for the defendant, a
multidisciplinary child abuse team, a guardian ad litem, or an
adult attendant, or to anyone to whom, in the opinion of the court,
disclosure is necessary to the welfare and well-being of the child.
(e) Closing the Courtroom. - When a child testifies the court may
order the exclusion from the courtroom of all persons, including
members of the press,

41.   The Plaintiff' s sent their standard form 95' s for all Federal
Departments listed here through email to: (1.) Merrick Garland in
His Official Capacity; The United States attorney general (AG)
(DOJ) leads the United States Department of Justice and is the
chief law enforcement officer of the federal government of the
United States. The attorney general serves as the principal advisor
to the president of the United States on all legal matters. The
attorney general is a statutory member of the Cabinet of the
United States. (2.) Christopher A. Wray in His Official Capacity;
The director of the Federal Bureau of Investigation (FBI) is the
head of the Federal Bureau of Investigation, a United States'
federal law enforcement agency, and is responsible for its day- to -
day operations. The FBI Director is appointed for a single 10- year
term by the President of the United States and confirmed by the
Senate. The FBI is an agency within the Department of Justice
(DOJ), and thus the Director reports to the Attorney General of the
United States. (3.) Alejandro N. Mayorkas in His Official Capacity;
The United States secretary of homeland security (OHS) is the
head of the United States Department of Homeland Security, the
federal department tasked with ensuring public safety in the
United States. The secretary is a member of the Cabinet of the
United States. The position was created by the Homeland Security
Act following the attacks of September 11, 2001. (4.) Louis DeJoy
in His Official Capacity; The United States Postmaster General
(PMG) is the chief executive officer of the United States Postal
Service (USPS). The PMG is responsible for managing and
directing the day- to - day operations of the agency. (5.) William J.
Burns in His Official Capacity; The director of the Central
Intelligence Agency (D/CIA) is a statutory office (50 U.S.C. § 3036)
that functions as the head of the Central Intelligence Agency,

which in turn is a part of the United States Intelligence Community. (6.) Xavier Becerra in His Official Capacity; The United States secretary of health and human services (DHHS) is the head of the United States Department of Health and Human Services and serves as the principal advisor to the president of the United States on all health matters. The secretary is a member of the United States Cabinet. The office was formerly Secretary of Health, Education, and Welfare. In 1980, the Department of Health, Education, and Welfare was renamed the Department of Health and Human Services, and its education functions and Rehabilitation Services Administration were transferred to the new United States Department of Education. Patricia Roberts Harris headed the department before and after it was renamed. (7.) Dr. Robert Califf in His Official Capacity; The United States Commissioner of Food and Drugs is the head of the Food and Drug Administration (FDA), an agency of the United States Department of Health and Human Services. The commissioner is appointed by the president of the United States and must be confirmed by the Senate. The commissioner reports to the Secretary of Health and Human Services. (8.) Incumbent Lloyd Austin in His Official Capacity; The United States secretary of defense (DOD) (SecDef) is the head of the United States Department of Defense, the executive department of the U.S. Armed Forces, and is a high-ranking member of the federal cabinet. The secretary of defense's position of command and authority over the military is second only to that of the president of the United States, who is the commanded-in chief. This position corresponds to what is generally known as a defense minister in many other countries. The secretary of defense is appointed by the president with the advice and consent of the Senate and is by custom a member of the Cabinet and by law a member of the National Security Council. (9.) Incumbent Paul M Nakasone in His Official Capacity; The director of the National Security Agency (NSA) (DIRNSA) is the highest-ranking official of the National Security Agency which is a defense agency within the U.S. Department of Defense The director of the NSA also concurrently serves as the Chief of the Central Security Service (CHCSS) and as the commander of U.S. Cyber Command. As the director of the NSA and the chief of the CSC, the officeholder

reports to the under secretary of defense for intelligence, and as the commander of U.S. Cyber Command, the officeholder reports directly to the secretary of defense. (10.) Lawrence A. Tabak in his Official Capacity is an American dentist and biomedical scientist serving as the acting director of the National Institutes of Health. The National Institutes of Health, commonly referred to as NIH (with each letter pronounced individually) , is the primary agency of the United States government responsible for biomedical and public health research. It was founded in the late 1880s and is now part of the United States Department of Health and Human Services. Many NIH facilities are located in Bethesda, Maryland, and other nearby suburbs of the Washington metropolitan area, with other primary facilities on the Research Triangle Park in North Carolina and smaller satellite facilities located around the United States. The NIH conducts its own scientific research through the NIH Intramural Research Program (IRP) and provides major biomedical research funding to nonNIH research facilities through its Extramural Research Program. NONE OF THESE FEDERAL DEPARTMENTS EVER WROTE (NO RESPONSES FROM THE DEFENDANTS) THE PLAINTIFF ' S BACK REGARDING THIS CASE. NO U.S. FEDERAL DEPARTMENT IS EXEMPT FROM COMPLAINTS, GOD IS IN CONTROL NOT MAN.

42.    The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all U.S. Government Employees Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an-assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022) While the Plaintiff and her family vi sited other family and worked in Ga. U.S.

Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of my family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name of" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rogue U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. These torture tactics are to desperately attempt to and her family crazy, attempt to artificially induce attempt to artificially induce mental illness, and or desired outcomes of drive The Plaintiff medical conditions, to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American allowing Citizens are discredited, illegally and unconstitutionally the

continuation of domestic- counter-terrorism tactics on of interest illegally and unconstitutionally by U.S. Government, persons employee's , FBI informants, FBI Agents, OHS Agents, Retired ExMilitary Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S.Government contractors, U.S. Government subcontractors on American soil . On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employee's/affiliates FBI informants, FBI Agents , OHS Agents, Retired Ex-Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff' s domestic partner was eating out at Ray's on The River in Atlanta Ga with co-workers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts) , this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while

at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid. These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners co-workers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any anti high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical

practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would believe them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiffs and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel, toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff' s attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her

family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primate's brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in

America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/seeing a family physician prior) and pay for X-ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X- rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) corning inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American 3. against soil. The Plaintiff and her family are being racially discriminated by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employee's / Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid-19. The Plaintiff literally had a conversation through messenger chat with this Private Company involved Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the

U.S. Government military grade malware / computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

43.    The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up the entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide/caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified

about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts) 5. At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA /FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #:8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID # : 8065453 for tracking # EJ684016922US on 12/04/2021.

44.    The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car zaps electrical charges to the top of whom ever is driving head every so often. The SOS beeps extremely loud (noise harassment) continuously while her and her family drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO . An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman.) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic

chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix my car. The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer about these issues and nothing has been done. It's almost as if they are being told not to properly assist her. The Plaintiff's car isn' t supposed to have a router active, nor should it have Wi-Fi currently. The Plaintiffs Wi-Fi was canceled over six (6) months ago by the cars manufacturer because of the year of the car. In videos The Plaintiff and her family were able to capture for evidence it shows programs loading/updating in her car. The Plaintiff's car now has two (2) Wi-Fi icons along with a second cd icon, on videos The Plaintiff recorded you can see how the icons are clearly there when it shouldn't be double which is a clear indication that something extra was added to her car illegally without her consent. The Plaintiff's car doesn't come with two (2 ) Wi- Fi routers, certain car functions can be controlled with internet access. Like open car doors to maliciously cause the owner/driver harm, strategically place toxic chemical/bioweapons on surfaces , tamper/add- on pumping apparatuses possibly connected to her cars ale unit to remotely introduce chemicals on demand. If hired U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates criminals have access to your car which is a vulnerability, they can cause all kinds of illegal evil things from just having access to your car. The Plaintiff and her family believes these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S.. Federal Courts. The Plaintiff has witnesses and videos of the inside

of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for / consented/authorized for any Apps, by any Governments, Universities, College ' s , Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's , Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi-Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate 's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee' s/Affiliate' s and Private Company Employee' s/Affiliate' s intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia . Some relatives have had sinus drippings for weeks . It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff' s family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and

Private Company Employee's/Affiliate's . The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government employees/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a lat er time . The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employees violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder The Plaintiff to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. I will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? U.S . Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her families lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WAS ABLE TO FILE HER LAWSUIT AGAINST THE UNITED STATES GOVERNMENT. This case is related to another Plaintiffs Civil Case# l :22- CV-22105-JLK that was Filed with the Florida Federal Southern District in Miami Florida. This case is also related to The Plaintiff's other Civil Case No : l :22- CV3080-MHC and Civil Case No : l :23- CV- 0043-MHC that was filed in the Northern District of Georgia Federal Court as well as a TRO and Injunction for this case with all details of all crimes committed against The Plaintiff and her family. The Defendants installed a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed

a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle without a valid warrant and without her consent. The Private companies listed here below under# thirty eight (38) that own the OED II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch' s Corporation website regarding The Mojio Corporation it states " Integrated Connected Mobility Solutions : Mojo's cloud platform and Saas solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche Corporations it states" Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada. " ( All of The Defendants) The United States Government, All Of The Private Companies listed above, Memorial HealthCare System Inc, Memorial HealthCare System, Dr. Brittney Mason-Hirner OBGYN, MD Mariana Danet, MD Yoel A Hernandez-Rodriguez, The North Miami Beach Police Department, The City Of North Miami Beach, The Hollywood Police Department, The City Of Hollywood, The Entire State of Florida, The Entire Untied States Of America (USA), The Department of Justice (DOJ), The Department Of Homeland

Security (OHS), The Federal Bureau of Investigations (FBI), The Central Intelligence Agency (CIA), The National Security Agency (NSA), The Department of Defense (DOD), The United States Postal Service (USPS), The National Institutes of Health (NIH), The Department of Health and Human Services (DHHS), The Food and Drug Administration (FDA), Jane Does, John Does, and other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to illegally and unconstitutionally accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and to help illegally assist a white family from going to jail after they all LIED, this definitely offends justice and is a PERFECT EXAMPLE OF SYSTEMIC RACISM. The Plaintiff was absolutely right after all, The Defendants arrogantly conspired and actually executed all crimes The Plaintiff is seeking relief for. It' s blatantly clear that All Of The Defendants are all guilty of what The Plaintiff is seeking relief for. The Plaintiff was never a "If I can't beat them, join them kind of a person." The Defendants that work for The United States of America went on a Paid Public Relations campaign to attempt to protect the images of their billionaire private companies buddies by attempting to keep The Black African American Pro Se' Plaintiff in the blind through constant unconstitutional attacks on her and her family hoping she wouldn't make it to The Federal Courts to File her Lawsuits, The devil is Liar God said. The Plaintiff and her family will never trust no U.S. Government Employee/U.S. Government Department's nor will The Plaintiff EVER work for No Form Of Government neither will her children after all of these disgustingly extremely racist atrocities were committed (HUMAN TRAFFICKING/ INVOLUNTARY SERVITUDE/SLAVERY) in The State of Florida and in The State Of Georgia as if slavery isn't abolished, as if her and her daughter aren't Americans that were born in this country with guaranteed constitutional rights. Arrogant Racist Foolish Pride Is A Understatement In The Plaintiff's FTCA Federal Lawsuits Against The Entire Untied States of America. The Owners of the Mojio OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device that was illegally installed without The Plaintiffs consent are listed below : A. Mojio Inc. Corporate Offices 1080 Howe Street 9th Floor Vancouver, BC

V6Z 2Tl Canada B. Mojio Inc. Corporate Offices 808 W Hastings Street #1100 Vancouver, BC V6C 2X4 Canada C. Mojio Inc. Corporate Offices 300 Orchard City Drive #100, Campbell, CA 95000 D. Microsoft One Microsoft Way, Redmond, WA 98052, E. T-Mobile 3618 Factoria Blvd SE, Bellevue, WA 98006 , USA F. Deutsche Telekom Bonn HQ Friedrich-Ebert-Alleel 40 Germany G. Robert Bosch GmbH Robert-Bosch-Platz 1, 70839 Gerlingen, Germany H. Deutsche Telekom Bonn HQ Friedrich- Ebert-Alleel40 Germany Audi Ettinger Str . 105 , 85057 Ingolstadt , Germany J. Amazon Headquarters 410 Terry Ave. N Seattle, WA 98109 K. Vivint 10. SUBMISSION SHOW CAUSE Inc. 4931 North 300 Provo, UT 84604 IN THE PLAINTIFF'S THE PRO SE ' PLAINTIFFS NOTICE OF DOCUMENTS FOR THE PRO SE ' PLAINTIFFS RESPONSE TO ORDER TO EXTRA EXHIBITS and THE PRO SE ' PLAINTIFF 'S OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No : 1 : 22 - CV- 3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff' s evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff's Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid-19 pandemic does in fact participate in Clinical Trials. Their clinical trials consist of: Adult oncology, Adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital

without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021, for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations , and Private Citizens . Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021 to U.S . Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022 U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information f or Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff's Julia M Robinson and her daughter t hat was sent through USPS and Emailed to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency For Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organizations , Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11 , 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human

trafficking/involuntary servitude clinical trials without The
Plaintiff's and her family's consent even after The Plaintiff sent
them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS,
Permanent Revocation Of Authorization to Share Data, Permanent
Revocation of HIPAA Authorization, Permanent Revocation of
HIPAA Authorization to Release Protected Health Information for
Research Purposes, and "NO CONSENT FOR MEDICAL TESTING
AND TREATMENT" sent November 20, 2021 and January 2, 2022
for Julia M Robinson and her daughter that was sent through USPS
and Email to U.S. Government Federal Departments, Private
Corporations, and Private Citizens. Exhibits Marked 6.Mare copies
of a Switzerland Article about SG testing, a copy of Project
SEAWave that is part of the European Research cluster on EMF's
and Health (CLUEH) that also includes Project ETAIN, Project
GOLIAT, and Project NextGEM. The Plaintiff and her family at their
private residences, in their private vehicles, and on their
electronic devices were illegally and unconstitutionally exposed to
extremely dangerous high levels of radiation military weapons
testing that is unfortunately done to psychiatric patients for
people that have anxiety, dementia, schizophrenia, depression,
Gaucher' s Disease, Parkinson's Disease, Alzheimer's Disease, and
or Drug/Substance Abuse Disorders/Problems that neither does
The Plaintiff nor her family have and never had. This evidence
proves the reason why The Plaintiff and her family was denied
investigations, was hung up on over the phone, wasn't written
back, was gaslit, was repeatedly assaulted, was poisoned, was
harassed, was treated like SLAVES, was ignored by our Federal
Agencies and Private Companies on American soil that are
involved/getting kick backs/pimping out The Plaintiff and her
family/that was bribed in this illegal ongoing human trafficking/
involuntary servitude clinical trials without The Plaintiff's TIL
THIS VERY DAY. The Plaintiff the Private Companies and Federal
Agencies these Constitutional Violations against and her family's
consent STILL underlined the and pointed out that are illegally
involved in the Plaintiff and her family. Exhibits Marked 6.N are
copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments
ABB Drive Composer, Automation Builder, and Mint WorkBench
running illegal operations/programs/performing psychological

experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff's consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiffs private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https ://www.iCloud.com/notes/096A_OPSqizXwFzRnl985-A#December_30,_2022 this OPS also matches a title under exhibits 6.M under Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE ' PLAINTIFF'S COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon NERD LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

45.    I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled,

harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors. Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/pre- clinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre- clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical

Employee's, The Environmental Protection Agency Unethical
Employee's, The Federal Bureau of Investigations Unethical
Employee's, The Department of Homeland Security Unethical
Employee's, and Central Intelligence Agencies Unethical
Employee's and other Federal Agencies that has artificially
induced illnesses that has made The Plaintiffs family and herself ill
on several occasions because of all their torturous war crime
barbaric tactics because of SYSTEMIC RACISM. U.S. Government
Employee's that are open racist or closet racist unfortunately has
historically and repeatedly abused their powers to illegally
authorize, organize, and assist each other in barbaric targeted
killings/assassinations, assaults, and setups because in their racist
minds they don't believe and refuse to accept that ALL
AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN
AND SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL
FAVORS , FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL
DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF' S BLACK
AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY
DISREGARDED FOR SYSTEMIC RACISM AND
RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST,
CON -ARTIST/SCAMMERS , UNETHICAL, HUMAN TRAFFICKING,
THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK
PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR
SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE
BILL OF RIGHTS DOESN'T EXIST.

46.    I Julia M Robinson under penalty and perjury, my family, and
witnesses have been bullied, assaulted, illegally surveilled,
harassed, stalked, and other War Crimes committed by " ELITE "
Police Units/Law Enforcement Units in The State of Florida and in
Georgia. The Plaintiffs family and herself never submitted/agreed
to becoming U.S. Government Federal Informants or any form of
an employee through our government. These" ELITE " Police
Units/Law Enforcement Units have broken many laws for over
three (3) years illegally and desperately to attempt to have The
Plaintiffs family and herself jailed to avoid being accountable and
continue to cover up for crimes committed against The Plaintiffs
family and herself by " ELITE " Police Units/Law Enforcement
Units like the ones listed in The Plaintiffs complaints along with

other racist private hired criminal contractors and subcontractors . Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/preclinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre-clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies (in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee' s that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted

killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U. S . GOVERNMENT POLITICAL FAVORS, PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL THAT THE CONSTITUTION AND BILL OF RIGHTS APPLY TO ALL AMERICANS. These extremely racist assaults that The Plaintiffs family and herself were illegally subjected to are over all genocide carried out by U.S. Government Employee' s on American soil because The Plaintiffs family and herself are seeking justice and or just for simply coexisting in America as if The Constitution doesn't apply to Black and Brown Americans. The Plaintiffs family and herself have never consented and will never consent to any form of human experimentation performed on The Plaintiffs family and herself by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney' s, Profited Organizations, Non- Profited Organizations, Military Department' s, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space. None of these Entities pay The Plaintiffs family and herself bills nor have they financially compensated anyone in The Plaintiffs family and herself residence for illegally entering/subjecting The Plaintiffs family and herself into these torturous human trafficking/involuntary servitude slave master research projects that THEY ARE ALL ILLEGALLY FINANCIALLY PROFITING FROM. So yes, I agree to DISBAND" ELITE " Police Units/Law Enforcement Units which intern is really SYSTEMIC RACIST UNCONSTITUTIONAL GOVERNMENT EMPLOYEE ORGANIZED GANG RACKETEERING RING ACTIVITIES. The Plaintiffs family and herself will continue to pray for other Black and Brown American victims of police brutality, human rights violations, civil rights abuses, involuntary servitude abuses, targeted racist fraud abuses medical racism victims, and environmental racism abuses in America.

47.   At&t denied The Plaintiff Julia M Robinson the ability to turn on Kristian J. Halls phone account while he was in jail in The State of

Florida illegally even after she showed them, she had power of attorney for him. At&t also STOLE THE PLAINTIFFS MONEY AND DIDN'T APPLY IT TO HIS BILL EVEN AFTER THE PLAINTIFF SHOWED HER PROOF OF PAYMENTS. AT&T EMPLOYEES CONSPIRED WITH THE STATE OF FLORIDA TO KEEP THE PLAINTIFFS PHONE OFF SO THAT THE PLAINTIFF WOULD BE FORCED TO USE WIFI WHICH KEPT HER IN DANGEROUS SITUATIONS. At&t employees that drove an At&t vehicle also followed The Plaintiff from the The Eleventh Judicial Clerk of Courts to different locations. At&t employees came to where The Plaintiff was living in Miami Gardens several times tampering with wires at her family's home illegally and was CAUGHT ON CAMERA. AGAIN, A FAVOR FOR THE STATE OF FLORIDA. THE PLAINTIFF HAS PROOF OF THIS AS WELL.

48.    The Plaintiffs Apple Device/iCloud had a lot of her evidence/research that she gathered for years against all The Defendants that's why The Defendants intentionally hacked her device to the point she could no longer get into her device iCloud. The Defendants knew that she could get into the iCloud with another device that's why Apple Reps made up that she turned on her recovery key and if she didn't have any other Apple product signed into her iCloud, she couldn't recover her recovery key/reset the recovery key that she didn't have turned on. If a recovery key was turned on this was done remotely without The Plaintiffs consent just like the evidence she was able to obtain in this same device that was remotely controlling, deleting, turning off and on controls/buttons, maneuvering through her Instagram App, uploading apps in background for so called developers/human traffickers that are actually subcontractors for The United States Government to spy through fake App updates on electronic devices. The Plaintiff and her family's calls were also being redirected and interfered with while calling these same companies for assistance. The Defendants knew she saved her evidence by doing a backup on her device and that she was trying to get it restored through private computers at home because Apple Inc. can see any time someone is in their Apple ID/iCloud. The Defendants also knew that The Plaintiff needed to restore her

device and that she was going to possibly go to an Apple Store just as she did at Cumberland Mall in Atlanta Georgia. The Defendants knew if they were going to go along with the lie or as they are the ones that turned on the recovery key if a recovery key was turned on like Apple Inc. said that is was, The Defendants had to make sure The Plaintiff Julia M. Robinson wasn't going to be able to get back in her Apple iPhone device by uploading more malware in the form of a restore like the store rep said it was that actually disabled the top of the device so that no one could get past the like new part of the settings/menu/initial setup to go further into the device just as they did to The Plaintiffs device. So, they lead The Plaintiff to the store for a restore for her Apple iPhone after they saw her online trying to restore her device, then they uploaded more malware disguised as a restore to upload the program that didn't allow her device to go past the like new setup. The Defendants also BROKE INTO HER PRIVATE VEHICLE to place toxic chemicals vapors while parked at this same mall (Cumberland Mall in Atlanta Georgia) so that when she got inside, she could possibly have some kind of erratic reaction that could have possibly gotten her arrested, killed, or sent to a mental institution (Political Abuse Of Psychiatry) which was another extremely desperate failed setup attempt which is FRAUD ORCHESTRATED BY CON-ARTIST in The State of Georgia that gladly commit crimes against Black African American Pro Se' Litigants that don't work for The United States of America and or work with or are affiliated with an organization. The Defendants (APPLE INC.) knew that she didn't have a device signed into her Apple ID /iCloud again because they could see everything in the background. The Plaintiff told the Apple Inc. reps over the phone that she was just logged into her iCloud on her family's device without the device prompting for her to put in a recovery key after the first store she went to during this time placed this malicious malware disguised as a restore on her device. The Plaintiff kept asking all the Apple Inc. Reps how come she was able to log in on her family's device without the device asking for a recovery key and then suddenly, it's a recovery key needed for her to get back into her Apple ID/iCloud. One Apple rep even hung up the phone after she asked this same question. Apple Inc. company reps over

the phone kept telling The Plaintiff that she needed a recovery key or to be signed into her Apple ID on another Apple device prior. This malware was strategically placed on The Plaintiffs iPhone to destroy her iPhone because of her Federal Court Cases because of what was inside of the iPhone that literally had everything to do with her cases so that The Plaintiff would prevail in her suits. This was also done to attempt to cut off The Plaintiffs communications to the outside world so that like (family and friends) couldn't talk to her on social media to check on her (to also desperately make The Plaintiff appear as if she was depressed to match fake made up medical notes/record so that The Defendants can KEEP GETTING THOSE ILLEGAL RESEARCH CHECKS OFF OF THE BACKS OF THE PLAINTIFFS). This was also done to attempt to show The Plaintiff who was attempting to control her court cases as if This Country isn't even America with no laws and regulations. The Plaintiff was able to log into the cloud on her relative's device but after she logged out of his device and tried to log back in it asked her for a recovery key that wasn't turn on by her, this was remotely turned on attempting to lock her out of her iCloud because of her evidence and for all of her court cases. Clearly someone or group is PR Campaigning to COVER-UP for U.S. Criminal Federal and Private Company Criminal hires. The Plaintiff limped along with this device because unfortunately, this was all she could afford at that time. The Plaintiff had this apple ID that was connected to this device for almost ten (10) years. The Plaintiff has obtained evidence of this device being remotely controlled and still not a private company or no one in our government has assisted The Plaintiff or granted The Plaintiff restraining orders which interns shows racial discrimination, biases, cheating/not abiding by the law/not properly applying the law, and prejudices towards The Appellant. Not no one in government nor any of these private companies have/had consent and pay The Plaintiffs and their families MONTHLY BILLS to continue torturous research without their consent attempting to bully The Plaintiff to take over The Plaintiffs cases desperately trying to make The Plaintiff appear as if she's incompetent so that she can't/couldn't represent herself, and or attempting to sabotage her court cases for political associations and reasons

clearly. All of these extremely racist life-threatening unfortunate crimes orchestrated and committed by U.S. Government Employees and Private Corporations Criminal Hires against The Plaintiffs Constitutional Rights crimes fall under extraordinary circumstances beyond The Plaintiffs control explained in this motion and in her motion, she filed on August 28, 2023, with The Court of Appeals. This incident explained in this paragraph happened between August and September 2023 at The Apple Inc. Store at the Cumberland Mall in Atlanta Georgia. All communications in person, over the phone, and through email will be subpoenaed by The Plaintiff for this case. Apple Inc. has assisted The U.S. government in on attempting to sabotage The Plaintiffs cases. Apple Inc. is responsible for their employees' liabilities. APPLE INC CONSPIRED WITH THE STATE OF FLORIDA AND ILLEGALLY DELETED THE PLAINTIFF'S DELIVERY PICTURES OF NEWBORN AND NEW BORNS DELIVERY PICTURES WHICH SHOWS THE HUMAN TRAFFICKING U.S. GOVERNMENT EMPLOYEE DOCTORS AND STAFF THAT POSED WITH THE PLAINTIFF AND HER FAMILY PLAINTIFF IN THIS CASE. ANY MOTHER KNOWS THAT PICTURES OF THEIR DELIVERIES OF THEIR CHILDREN HAVE SENTIMENTAL VALUE AND THOSE MOMENTS CAPTURED ARE PRICELESS. APPLE INC. EMPLOYEES ASSISTED WITH THE DELETION OF THOSE PICTURES TO FURTHER TORTURE THE PLAINTIFFS MOTHER DESPERATELY ATTEMPTING TO MENTALLY BREAK THE PLAINTIFF AFTER THEY LITERALLY HUMAN TRAFFICKED HER AND HER DAUGHTER AT THAT HOSPITAL. APPLE INC ALSO ILLEGALLY DELETED THE PLAINTIFFS APPLE ID FOR THE DEFENDANTS WHICH HAD PICTURES AND VIDEOS OF EVIDENCE FOR YEARS THAT THE PLAINTIFF GATHERED FOR HER CASES. APPLE INC ALSO HAD DOCTORS UNDER THEIR EXPERIMENTAL PROGRAMS UPLOADED ILLEGAL PROGRAMS TO THE PLAINTIFFS T-Mobile PHONES AND T-Mobile KNEW ALL ABOUT IT AS APPLE INC SAT ON THE SIDE OF THE ROADS/PLACES WHERE THE PLAINTIFF DROVE AND TEST/UPLOAD EXTREMELY DANGEROUS RADIATION PROGRAMS TO THE PLAINTIFF'S VEHICLE TO THE DEVICE THAT WAS PLACED ON THE PLAINTIFF'S VEHICLE ILLEGALLY. APPLE INC KNEW FOR YEARS WHAT THEIR CIA

HUMAN TRAFFICKING DOCTORS WERE DOING TO THE
PLAINTIFF AND HER FAMILY.

49.    ALL OF THE DEFENDANTS IN THIS CASE AND PREVIOUS
CASES ARE HIRING INFORMANTS/OFF DUTY LAW
ENFORCEMENT/OFF DUTY GOVERNMENT EMPLOYEES TO
ILLEGALLY BREAK IN THE PLAINTIFFS HOME AND PUT LEAD,
COBALT, OTHER HEAVY METALS, AND PESTICIDES IN THE
PLAINTIFFS FOOD IN THE REFRIGERATOR, CABINETS, AND
FREEZER, IN THE PLAINTIFFS LIQUID SOAP AND OTHER
PERSONAL PRODUCTS THAT THE PLAINTIFF AND HER FAMILY
USES. THE WHITE RACIST NEIGHBORS IN THIS NEIGHBORHOOD
STAND BY AND LOOK THE OTHER BECAUSE THEY ARE GETTING
PAID FROM THE DEFENDANTS AND PRIOR DEFENDANTS IN
OTHER CASES TO LOOK THE OTHER WAY AND THEY ARE ALSO
ASSISTING IN ON THE ASSAULTS BY SPRAYING THE PLAINTIFFS
RESIDENCE OUTSIDE AND PERSONAL VEHICLES WITH
CHEMICALS AND HEAVY METALS DESPERATELY ATTEMPTING
TO COVER UP FOR THE DEFENDANTS IN THIS CASE AND
PREVIOUS CASES. THESE ARE MURDER ATTEMPTS ON THE
PLAINTIFFS LIVES AND THE AMERICAN PUBLIC WILL KNOW
EVERYTHING THE DEFENDANTS DID AND WHY THEY HAVE
CONTINUED TO ILLEGALLY VIOLATE THE PLAINTIFF AND HER
FAMILIES CONSTITUTIONAL RIGHTS DESPERATELY TRYING TO
STOP THE PLAINTIFFS FROM FILING LAWSUITS AND
DESPERATELY ASSISTING IN THE ASSAULTS BECAUSE THEY ARE
ALL RACIST COWARDS (THROWING ROCKS AND HIDING THERE
HANDS) IF THE BLACK AFRICAN AMERICAN DID THE SAME
THINGS AS FAR AS THESE CRIMES THAT ARE BEING
COMMITTED REPEATEDLY BY THESE WHITE RACIST COWARDS
(SO CALLED MEDICAL PROFESSIONALS AND U.S. GOVERNMENT
EMPLOYEES) IN THIS NEIGHBORHOOD THE ENTIRE WORLD
KNOWS THE PLAINTIFF WOULD'VE BEEN ARRESTED
IMMEDIATELY. THE PLAINTIFFS LIVE ON THE SAME STREET AS
RACIST MEDICAL PROFESSIONALS AND RACIST U.S.
GOVERNMENT EMPLOYEES THAT ARE GLADLY ASSISTING IN
THE MURDER ATTEMPTS FOR THE DEFENDANTS. THIS IS
HAPPENING IN SMYRNA GA, THEY ARE DESPERATELY HOPING

THAT THE PLAINTIFF AND FAMILY RUN THE LOCAL
GOVERNMENT IN THIS CITY SO THAT THEY CAN EXTORT THE
PLAINTIFF AND TELL HER THATS HOW IT WILL STOP. THE
PLAINTIFF AND HER FAMILY HAS LITERALLY SEEN ALL AND
ANY SINCE 2019 AND NO ONE IN THE U.S. GOVERNMENT HAS
CAME TO THEIR AID NEITHER HAS THE U.S. GOVERNMENT EVER
GRANTED RETRAINING ORDERS BECAUSE IT IS FAVORS FOR
THE U.S. GOVERNMENT EMPLOYEES THAT ARE PAYING THE
INFORMANTS TO KEEP COMMITTING THE CRIMES AGAINST THE
PLAINTIFFS AND THEIR FAMILIES. THE PLAINTIFFS WILL
GLADLY NAME THE ADDRESS AND STREETS OUT LOUD IN OPEN
COURT DESPERATELY NOT TRYING TO REVEAL WHERE SHE
LIVES IN THIS LAWSUIT WHICH IS CLEARLY A TACTIC OF THE
VERY SLICK RACIST U.S. GOVERNMENT EMPLOYEES IN THE
EVENT SOMETHING HAPPENS AT THE PLAINTIFFS HOME THEY
WILL LIE AND SAY THE PLAINTIFF TOLD THE ENTIRE WORLD
WHERE SHE LIVES ALL THE WHILE IT WAS THEM COMMITTING
THE CRIMES WITH INFORMANTS ASSISTANCE. THE PLAINTIFFS
FAMILY WILL ALSO DO THE SAME.

50.    The Plaintiffs injuries resulted from intentional acts from The
United States of America and   Amgen Inc. who failed to behave
with the level of care that someone of ordinary prudence would
have exercised under the same circumstances. The United States
and Amgen Inc. was careless in handling their employees who
they trained or didn't train to handle/run military weapons
testing, clinical trials testing, research of any kind using and hiring
criminals to illegally implant/perform illegal surgeries with
experimental extremely dangerous defective medical devices
without consent of The Plaintiffs and subject The Plaintiffs
without consent and legally valid exemptions to extremely
dangerous medical research as a form of an attack/weapon for
criminals to discredit The Plaintiffs that were witnesses against
U.S. Government Employees in prior Fraudulent Criminal cases of
Kristian J. Hall. The United States and Amgen Inc. are responsible
and liable for Assault, Battery, Fraud Concealment, Retaliatory
Discrimination, Racial Discrimination, 42 U.S. Code § 3617-
Interference, coercion, or intimidation, 18 U.S. Code§ 1512 -

Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

51.   The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment,

The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employee The Defendants.

52.   The Plaintiffs properly served Audi Inc. and turned the proof into this court. Audi Inc. Is A defendant in this case. The Mojio Inc. Device serial number will show who put that device illegally on the Plaintiff Private Vehicle. The Plaintiffs are redacting who put that Mojio Inc. device on her private vehicle, she is not sure. The serial number will show exactly what company placed the device and when from the serial numbers on the device itself.  Every time The Plaintiff went to The Audi Dealerships to ask for them to take off any tracking devices or any devices that she didn't consent to have placed on her vehicle, The Audi Dealership employees purposely argued with the Plaintiff and acted as if they didn't know what she was talking about in person in front of witnesses and over the phone. They argued with the Plaintiff and her family to not help her and to force them to leave by saying they were going to call the police on The Plaintiff and her witnesses. Audi Inc. Breached he Contract for service between The Plaintiff and That corporation. The Plaintiff has arguments and conversations recorded for proof as well.

53.   Donald Trump is friends with and or is affiliated with Jean Jacques' Myara and the Myara family. Jean Jacques' Myara paid The Arresting Sunny Isles Beach Police Officers to have Kristian J Hall Illegally arrested on fraudulent charges. Dyan Myara conspired with Jean Jacques' Myara a fraudulent story to go along with her adult male sons and signed legal affidavits of this same fraudulent story to have these arresting officers arrest Kristian J Hall Illegally on July 8, 2019, in her/at her residence in Sunny Isle Beach Florida. DYAN MYARA WEAPONIZED HER WHITE TEARS AND WEALTHY STATUS TO LIE ON AN INNOCENT MAN AND THEN LATER ON RECANT HER STORY WITHOUT ANY REPERCUSSIONS NON-WHATSOEVER AFTER KRISTIAN J HALLS LIFE AND FAMILY LIFE WAS FINANCIALLY RUINED BECAUSE OF

HER AND HER FAMILY WHITE LIES WHICH IS NO DIFFERENT FROM ANY OTHER KAREN OR KEN CALLING THE POLICE LYING. Dyan Myara later on changed her story from the legal affidavits she signed accusing Kristian J Hall of fraudulent charges/crimes. None of The Myara's have ever served jail time for having Kristian J Hall loose his job at that time, missing his father's funeral, missing child support and child custody court dates for his adult daughter, and having fraudulent charges plastered under his name illegally that stopped him from taking certain test and moving forward in the Healthcare industry in the State of Florida during the COVID -19 Pandemic for a career change/and or job as favors of this family that just so happens to be friends with and or is affiliated with Donald Trump that just so happened to be the President of The United States of America when Kristian J Hall was illegally arrested on July 8, 2019. Had the Myara family been black African Americans the local Florida government and media would've made sure that they plastered all over the news how "A wealthy black woman, her black sons, and ex black husband lied and paid police to have a white male illegally arrested over jealousy." Ironically, quietly, and conveniently since this family is who they are, affiliated with and or friends with there was absolutely no media coverage as to black wealthy Americans are ripped to shreds in the media rather the allegations are true or false. While Kristian J Hall was illegally detained at Metro West Detention Center he was approached by con artists racist doctors and medical staff used as a weapon threatening him to make him appear as if he was crazy and or mentally unstable to have his civil rights taken because he went Pro Se' and because the criminals behind the reason why he was illegally detained against his constitutional rights didn't want The American Public to know what really happened and how they all were well paid to participate and or have him illegally arrested as a favor for The Very Jealous wealthy family, The Myara's. Kristian J Hall was illegally arrested out of jealousy from Jean Jacques' Myara and from jealousy by Dyan Myara over Julia M Robinson who is a Plaintiff in this case. While Kristian J Hall was illegally detained at Metro West Detention Center he gave (Witness and Domestic Partner) Julia M Robinson Power of Attorney to turn in his

motions and do administrative complaints because he decided to go Pro Se' while illegally incarcerated. The Plaintiffs in this case are in relationships with and was at that time of July 8, 2019, in a relationship with Kristian J Hall and or is the daughter of Kristian J Hall. Judge Teresa Mary Pooler is an alumnus of The University of Miami and so is Dr. Brittney Mason-Hirner OBGYN an alumni and or associate of this same school. Going Pro Se' isn't a death sentence as too how all of The Defendants and Affiliates in this motion and in The Plaintiffs civil cases all have covered up for each to not let the entire world know how they all looked out for each and violated The Plaintiffs and her family's constitutional rights to save each others image and jobs and to save the Myara family from jail. Along with the white racist participants in all crimes committed against The Plaintiffs and her family were also Black beings assisting the white racist to help carry out crimes committed against The Black African American Plaintiffs in this case that pretend to the public that they aren't FEDERAL INFORMANTS when they are well paid FEDERAL INFORMANTS just like black slaves that helped white racist slave masters keep blacks enslaved and assisted with the torturing of black slaves during the times of slavery (HOUSE SLAVE HELPER BLACKS) UNFORTUNATELY some people will do ANYTHING FOR A DIRTY RACIST DOLLAR. The Plaintiffs aren't interested in joining any organizations, if The Plaintiffs wanted to be apart of an Organization she would simply and GLADLY start her own as she knows way better than any being with ill unethical Intentions and what has taken place in all of her cases and motions filed by her out of desperate control by The Defendants to not let The American Public, The African American Community, The Plaintiffs family and her children know what happened to her and Kristian J Hall in The States of Florida and Georgia and why she filed lawsuits Pro Se' and motions in her cases. Just because a person in a Black American doesn't mean they care about what happens to other Black Americans in this country, The Plaintiffs and her family knows way better now unfortunately. Ironically Katharine Fernández Rundle nonprofit organization was following The Plaintiff in this case social media on Instagram until The Plaintiff BLOCKED her fraudulent organization that shouldn't have been

following The Plaintiff Instagram in the first place while The Plaintiffs domestic partner fraudulent criminal cases were at The Eleventh Judicial Clerk of Courts and was opened at that time. It's no coincidence that NONE OF ALL CRIMES REPORTED AND COMMITTED TO JULIA M ROBINSON AND KRISTIAN J HALL WAS NEVER PROPERLY LEGALLY HANDLED/INVESTIGATED AND NONE OF THE CRIMINALS WERE EVER ARRESTED BECAUSE THEY COMMITTED CRIMES TO COVER UP FOR THE MYARA FAMILY, THE ENTIRE UNITED STATES OF AMERICA, THE STATE OF FLORIDA, AND TO COVER UP TO HOLD GOVERNMENT POSITIONS FOR EACH OTHER AND TO GET HUSH MONEY FROM THE DEFENDANTS AND PREVIOUS FRAUDULENT CRIMINAL CASES OF KRISTIAN J HALL THAT WERE INVOLVED IN THE SCAMS, CONSTITUTIONAL VIOLATIONS, AND FRAUD ON THE COURTS BECAUSE KRISTIAN J HALL WAS ABLE TO PROVE ON PAPER THAT THEY ALL CHEATED TO SAVE EACH OTHER FROM PUBLIC EMBARRASSMENT, OBSTRUCTION EXPOSURE, AND CORRUPTION. NONE OF ANYONE WHO WAS INVOLVED SHOULD STILL BE PRACTICING LAW, MEDICINE, AND OR HAVE THEIR JOBS. IF THESE ATROCITIES HAPPENED TO THE PLAINTIFFS AND THE PLAINTIFF'S FAMILY ON AMERICAN SOIL THIS CLEARLY HAPPENS ALL THE TIME IN THE STATES OF FLORIDA AND IN GEORGIA. THE PLAINTIFFS WILL NEVER TRUST ANY DOCTORS NOR WILL SHE EVER TRUST ANYONE THAT WORKS IN GOVERNMENT AS THEY ONLY CARED ABOUT THEIR POCKETS AND EACH OTHERS' JOBS. DONALD TRUMPS PREVIOUS PRESIDENTIAL ADMINISTRATIONS THE DOJ AND DHS FEDERAL DEPARTMENTS WERE WRITTEN BY JULIA M ROBINSON AND KRISTIAN J HALLS CONSTITUTIONAL RIGHTS BEING VIOLATED IN THE STATE OF FLORIDA DURING THAT TIME AND NOTHING WAS DONE IRONICALLY. SO THEREFORE THESE BLATANT CONSTITUTIONAL VIOLATIONS WERE THE PERFECT OPPORTUNITY FOR THE TRUMP ADMINISTRATION DURING THAT TIME IN 2019 TO DO PROPER FEDERAL INVESTIGATIONS AND HAVE THE STATE OF FLORIDAS GOVERNOR RON DESANTIS RELEASE WHITE AMERICAN MALE KRISTIAN J HALL FROM JAIL IMMEDIATELY BECAUSE HE WAS ABLE TO OVER PROVE HOW HIS CONSTITUTIONAL RIGHTS WERE VIOLATED AND LAWS

WEREN'T FOLLOWED WITH HIS WITNESSES AND EVIDENCE.
THE REPUBLICAN PARTY IS ALWAYS SCREAMING TO THE
AMERICAN PUBLIC HOW THEY ABIDE BY THE CONSTITUTION OF
THE UNITED STATES OF AMERICA AND WANT THE FEDERAL
GOVERNMENT TO ALWAYS FOLLOW THE LAWS AND NOT
VIOLATE AMERICANS' CONSTITUTIONAL RIGHTS. KRISTIAN J
HALL AND THE PLAINTIFFS ARE AMERICANS AND THE
REPUBLICAN PARTY U.S. GOVERNMENT EMPLOYEES AND OR
AFFILIATES MADE MONEY OFF OF, INVESTED IN, AND OR WAS
PAID IRONICALLY BY SOME OF THE PRIVATE COMPANIES IN
THIS CASE. ITS NOT AGAINST THE LAW TO TELL THE TRUTH
ABOUT HOW U.S. GOVERNMENT EMPLOYEES LITERALLY
VIOLATED OTHER AMERICANS' CONSTITUTIONAL RIGHTS FOR
FINANCIAL GAIN. DONALD TRUMP HAND PICKED BILL BARR TO
RUN THE REPUBLICAN DOJ DURING HIS PREVIOUS
PRESIDENTIAL ADMINISTRATION AS WELL AS ALL OTHER
DEPARTMENT HEADS DURING HIS PRESIDENTIAL
ADMINISTRATION. THE REPUBLICAN PARTIES PRESIDENTIAL
ADMINISTRATION UNDER DONALD TRUMP DIDN'T FOLLOW
THE LAWS AND DIDN'T CARE ABOUT THE PLAINTIFF AND
KRISTIAN J HALLS CONSTITUTIONAL RIGHTS BEING VIOLATED
THEY ALL ALLOWED THE COVER UPS AND THE TORTURE TO
CONTINUE ON. THE REPUBLICAN PARTIES PRESIDENTIAL
PREVIOUS ADMINISTRATION RACIALLY DISCREDITED AND
DISCRIMINATED AGAINST JULIA M ROBINSON AND KRISTIAN J
HALL FOR BEING IN A INTERRACIAL RELATIONSHIP AND FOR
UNCOVERING THE TRUTH BEHIND WHY KRISTIAN J HALLS
FRAUDULENT CRIMINAL CASES AND JULIA M ROBINSONS CASES
WERE NEVER PROPERLY INVESTIGATED AND NO ONE WHO
ASSISTED IN ON THE CRIMES AGAINST THESE INNOCENT
AMERICANS WERE NEVER ARRESTED AND OR LOST THEIR JOBS.
THIS WAS A PERFECT EXAMPLE OF THE TRUMP
ADMINISTRATION CARING ONLY FOR THE WEALTHY AND
WILLING TO BREAK LAWS AND VIOLATE AMERICAN'S
CONSTITUTIONAL RIGHTS TO COVER UP FOR THE WEALTHY AS
HE'S ALWAYS BRAGGING ABOUT IN HIS POLITICAL RALLIES. A
PRESIDENT IS SUPPOSED TO CARE ABOUT ALL AMERICANS
RICH, MIDDLE CLASS, OR POOR NO MATTER THEIR ETHNICITY

AND NOT HAVE KNOWLEDGE OF CONSTITUTIONAL VIOLATIONS AND STAND BY AND DO NOTHING, AN AMERICAN IS AN AMERICAN. IT WAS THE DEPARTMENT OF JUSTICE (DOJ), THE DEPARTMENT OF HOMELAND SECURITY (DHS), GOVERNOR RON DESANTIS, STATE ATTORNEY GENERAL ASHLEY MOODY JOBS TO INTERVENE ONCE THEY HAD KNOWLEDGE OF CONSTITUTIONAL VIOLATIONS THAT THEIR U.S. GOVERNMENT EMPLOYEES VIOLATED IN THE STATE OF FLORIDA DURING THAT TIME AGAINST KRISTIAN J HALL AND JULIA M ROBINSON WHILE LIVING IN AND ILLEGALLY HELD HOSTAGE AT METRO WEST DETENTION CENTER FOR FRAUDULENT CHARGES THAT WERE NEVER COMMITTED IN THE STATE OF FLORIDA. THE PLAINTIFF DID HER OWN INVESTIGATIONS BY ALL OF GODS GRACES AND THE PLAINTIFF IS WAITING FOR THE ENTIRE REPUBLICAN PARTY, AFFILIATES, REPUBLICAN ENDORSED ORGANIZATIONS, AND BILLIONAIRE DONORS OF THE REPUBLICAN PARTY TO INVESTIGATE THEMSELVES SINCE THEY HAVE SO MUCH TIME AND MONEY TO POUR INTO INVESTIGATING RANDOM PEOPLE FOR NO REASON. THE AMERICAN PUBLIC DESERVES TO KNOW WHO MADE INVESTMENTS AND MONEY OFF OF THESE ILLEGAL RESEARCH SURGERIES WITHOUT THE BLACK AFRICAN AMERICAN PLAINTIFFS CONSENT IN THE STATE OF FLORIDA IN YEAR 2020 WHILE AT MEMORIAL HEALTHCARE SYSTEMS HOSPITAL IN MIRAMAR FLORIDA. FLORIDA ISN'T ITS OWN COUNTRY RAN UNDER A DICTATORSHIP AS THEY ALL ACT OR RUN THE GOVERNMENT THERE AS IF IT IS.

54.   The Plaintiffs and her family doesn't and never consented to random roofing, plumbing, maintenance companies and or stranger random Jane Does and John Does leaving business cards, knocking on The Plaintiffs and her family's doors unwanted to force fake illegal diagnostic/analyzations to enter/break into their residences/private properties and private vehicles to illegally connect pipes/reroute pipes/intentionally poison the water through these practices and or go on top of roofs to illegally introduce chemicals/toxins/ pharmaceutical drugs/and install radioactive devices claiming it to be for research purposes that none of The Plaintiffs and her families consented too desperately

using these racketeering RICO human trafficking schemes as a form of a weapon for The Judiciary System and to make money during The Plaintiffs civil cases while their not home and while their inside asleep not caring about The Plaintiffs and her family's health. They all wanted and was willing to commit fraud and desperately attempt to get The Plaintiffs and her family's sick illegally gauging it under dangerous fraudulent research with their college's /universities buddy's illegal criminal assistance.

55.    The Defendants desperately tried through unethical illegal means to get The Plaintiffs and her family's killed, jailed, and sick FOR YEARS TO CONTINUED TO COVER UP FOR EACH AS THEY'RE ALL IN THE SAME BOAT AS FAR AS LIABILITIES FOR CRIMES COMMITTED AGAINST THE PLAINTIFFS AND HER FAMILY WITHOUT CONSENT OF THE PLAINTIFF AND THE PLAINTIFFS FATHER DESPERATELY TRYING TO ARTIFICIALLY INDUCE ILLNESS TO MATCH ILLEGAL EXEMPTIONS OF DEBILITATING DISEASES THAT NONE OF THE PLAINTIFFS HAVE AND DIDN'T HAVE WHILE IN THE CARE OF THE OBGYN IN THIS CASE TO CHEAT THE PLAINTIFF AND THE FEDERAL GOVERNMENT. THEY ALL ONLY WENT THIS FAR FOR SO LONG BECAUSE THE PLAINTIFFS ARE BLACK AFRICAN AMERICANS AND THE PLAINTIFF IS A PRO SE' LITIGANT NOT ALLOWING A RANDOM PERSON OR ATTORNEY WHO LITERALLY TOLD HER AND HER FAMILY THAT THEY WOULD'NT REPRESENT THEM TAKE THE CREDIT FOR HER YEARS OF INVESTIGATING AND GATHERING EVIDENCE TO UNCOVER WHAT HAPPENED TO HER AND HER FAMILY. THE PLAINTIFF IS GOING TO CONTINUE FOR THE REST OF HER LIFE TELL THE ENTIRE WORLD WHAT WAS DONE TO HER FAMILY AND HERSELF AND HOW THESE CRIMES WERE COMMITTED TO SAVE THE WHITE IMAGES AND JOBS OF U.S. GOVERNMENT EMPLOYEES AND PRIVATE COMPANIES EMPLOYEES THAT COMMITTED CRIMES AGAINST HER AND HER FAMILY TO SAVE A WHITE WEALTHY FAMILY FROM JAIL. THE PLAINTIFF WILL CONTINUE TO REPRESENT HERSELF AND HER DAUGHTER IN THIS CASE PRO SE'.

56.   The Defendants are hiring criminals to come in and out of The Plaintiffs residence poisoning The Plaintiffs food and introducing toxic chemicals and substances through the air and water inside of The Plaintiffs residence when The Plaintiffs leave their home. The Defendants are also introducing toxic chemicals and substances to the water and air that comes into The Plaintiffs residence. In order for the Plaintiffs to remain ALIVE to GET JUSTICE through The American Judiciary System The Plaintiffs must be granted Retraining Orders, Preliminary Injunctions, Stay Orders, And Permanent Retraining Orders. The Federal Judiciary System is violating The Plaintiffs Constitutional Rights by not granting these vital orders. If The Plaintiffs did the same things to The Defendants The FBI would've arrested her immediately, The United States is ALLOWING The Defendants to Attempt to Murder The Plaintiffs by not intervening WHEN IT IS THE UNITED STATES JOB TO INTERVENE AND PROTECT INNOCENT VICTIMS LIKE THE ONES IN THIS CASE. The Plaintiffs know that this is Public and The Plaintiffs will continue to show and tell all crimes committed against The Plaintiffs and show and tell how The United States is allowing these crimes against The Plaintiffs TO HAPPEN. The Plaintiffs job as a MOTHER IS TO PROTECT HER CHILDREN FROM CRIMINALS EVEN IF THEY WORK FOR THE UNITED STATES OF AMERICA. THIS IS THE THIRD TIME IN THIS CASE THAT THE PLAINTIFFS ARE DEMANDING THAT OUR FEDERAL COURTS GRANT THE PLAINTIFFS RETRAINING ORDERS/TRO TEMPORARY RETRAINING ORDERS/PRELIMINARY INJUNCTIONS/PERMANENT RETRAINING ORDERS. THE UNITED STATES IS ALSO DESPERATELY TRYING TO STOP THE PLAINTIFFS FROM SPEAKING ON THE RECORD IN COURT BECAUSE THEY KNOW IN FEDERAL COURT EVERYTHING IS BEING VIDEOTAPED RECORDED. THE PLAINTIFFS AREN'T GOING TO ALLOW NO ONE TO TAKE OVER HER CASES AND THE PLAINTIFFS WILL CONTINUE TO FILE ALL DOCUMENTS AND PROPER MOTIONS TO CONTINUE THE PROPER STEPS. THE PLAINTIFFS WILL HAVE REAL COURT THROUGH THE FEDERAL COURTS NO MATTER WHO IS BEING PAID TO DO WHAT ILLEGAL TO ATTEMPT TO SABOTAGE THE PLAINTIFFS' CASES.

A.

Where did the events giving rise to your claim(s) occur?

MEMORIAL HEALTHCARE SYSTEM INC. 1901 SOUTHWEST 72ND AVE MIRAMAR FLORIDA 33029

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty, and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

B.

What date and approximate time did the events giving rise to your claim(s) occur?

NOVEMBER AND DECEMBER 2019 and THE AT&T INC. EMPLOYEES TAMPERED WITH WIRES IN YEARS 2019 and YEAR 2020 FOR AT&T INC.

MEMORIAL HEALTHCARE SYSTEM INC. NOVEMBER 25, 26, 27, 28, 2020 24 hours A DAY.

THE ENTIRE YEARS 2020 and 2021 FOR ENTERPRISE HOLDINGS INC.

YEARS 2020, 2021, 2022, and 2023 FOR APPLE INC.

YEARS 2021, 2022, and 2023 FOR T-MOBILE INC.

YEARS 2021, 2022, and 2023 for AUDI INC.

YEARS 2020, 2021, 2022, 2023, and 2024 for BLACKROCK INC. and THEIR SUBSIDIARIES.

YEARS 2020, 2021, 2022, 2023, and 2024 for AMGEN INC.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

C.

What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State

of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that a unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any

means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for, nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will

she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts were to get legal protection against U.S. Government Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, it happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were

committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff' s Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or

usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore the Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

III.

Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiffs had to move to The State of Georgia just to file lawsuits and to get away from The Racist State of Florida that caused and assisted the criminal Defendants in crimes committed against the Plaintiffs. U.S. Government Employees and Private Corporations Employees performed illegal human trafficking/involuntary servitude/slavery extremely dangerous experimental surgeries using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff and The Plaintiffs Parents. U.S. Government Employees and Private Corporations Employees illegally attached, uploaded, human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices to The Plaintiffs personal/private vehicle, cellular devices, and rental car vehicles using human trafficking/involuntary servitude/slavery extremely dangerous radiation experimental devices without consent from The Plaintiff as if The Plaintiffs aren't American on American soil in The States of Florida and Georgia. The Defendants then spent years after committing these crimes against The Plaintiffs until present day attempting to take the lives of The Plaintiffs to cover up for The Previous Republican Presidential Administration, The State of Florida Governor Ron Desantis, and The State of Florida Attorney General Ashley Moody that all illegally gained financially off of the backs of The Plaintiffs which falls under human trafficking. These are the same Republican Politicians and U.S. Government Federal Employees that supported and support The Republican party pro-life movement/health freedom movement. There was absolutely nothing pro-life/health freedom related about these human trafficking crimes committed against The Black African American Plaintiffs (that one of The

Plaintiffs was a newborn child at that time) by The Defendants that could've lost their lives all in the name of greedy medical racism illegal so called scientific research without The Plaintiff consent. The Defendants all knew and was informed about crimes committed against The Plaintiffs and The Plaintiffs family and stood by and DID NOTHING in Florida that is apart of The United States of America which violated The Plaintiffs First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. The Defendants didn't care if The Black African American Plaintiffs lived or died, The Defendants were ONLY concerned about making millions of dollars which they all did from their human trafficking crimes committed against The Black African American Plaintiffs. The American Public deserves to know who they voted for (The Defendants) and who they continue to support blindly (The Defendants) that has financially gain from extremely dangerous disgusting human trafficking off of the backs of Black African Americans on American soil with the assistance from RACIST CIA doctors that deliberately placed The Plaintiffs lives in danger in hopes to win so-called personal life and career changing PRESTIGIOUS PRIZED AWARDS (to be the first to discover/to make history) during the Covid-19 Pandemic. If The Republican party truly believes that an unborn baby deserves live, their affiliates would've never performed extremely dangerous/deadly experimental surgeries on The Plaintiffs Black African American Newborn daughter without her parents consent that they profited from. This is a clear indication that The Republican party only cares about white Americans, The Plaintiffs Black African American newborn daughters LIFE DIDN'T MATTER BECAUSE SHE IS BLACK. The same political party that swears to the entire world that they are against human trafficking human trafficked The Black African American Plaintiffs in The States of Florida and Georgia in which Florida is apart of America no matter who's running the state and wished otherwise. The Plaintiffs now clearly see how a lot of U.S. Government Employees make and keep their so-called fortunes by any means necessary without any regard for Americans lives, American laws, American regulations, American civil liberties/rights, American constitutional protections/rights and why they desperately need law enforcement sitting day and night in front of their highly secured gated community homes and businesses, why their families go to extremely expensive highly secured private schools, and why they have to be heavily protected/guarded at all times because of their constant human trafficking

crimes against Americans on American soil as if our democracy doesn't matter and what that blood money is used for. The Plaintiffs are the victims in this case, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS' LIVES BUT GOD, NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS FROM THE PRIVATE CORPORATIONS THAT PROFITED FROM THESE HUMAN TRAFFICKING CRIMES, and NO ONE IN GOVERNMENT PROTECTED THE PLAINTIFFS OVER ALL WELLBEING BUT GOD. It literally took several teams of these crooks (ALL OF THE DEFENDANTS) to attempt to pull off this RACIST HISTORICAL COVER UP thats why The Plaintiff compares it to The Rosewood Massacre and other similar racist atrocities in America. White racist criminals came to the desperate aid of more desperate white racist criminals, The Defendants banded/ganged together because they were all in the same boat as far as liability, literally caught, and exposed by default after The Plaintiff and family found out what happened to The Plaintiffs while in the so-called medical care of Memorial Healthcare Systems racist criminal Medical staff. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

All of The Defendants knowingly, willingly, and wantonly acted in bad faith, and with blatant disregarded The Plaintiff's constitutional rights. None of the Defendants pays the Plaintiffs bills. The Plaintiff's has never agreed to work for nor will she ever work for any of the Defendant's. The Plaintiffs has never agreed to date/marry/have relations/and or befriend nor will she ever date/marry/have relations/and or befriend any of the Defendant's. The Plaintiff is a Competent Black African American Citizen living on American soil and will represent her daughter and herself in this case. The Plaintiff wrote The Department Of Justice and The Department Of Homeland Security in years 2019 and 2020. The Plaintiff also literally showed up in person to The FBI Building in Miramar Florida in year 2019. The Plaintiff's efforts was to get legal protection against U.S. Government

Employee's that violated constitutional rights of The Plaintiff, Witnesses, and family. The U.S. Government employee's blatantly and arrogantly obstructed The Plaintiffs Family legal cases and judiciary process while The Plaintiff family was in jail for something he never did. The U.S. Government/ALL Defendants colluded together to obstruct the judiciary process so that THE AMERICAN PUBLIC would never know what truly happened to The Plaintiff, The Plaintiffs family, and other witnesses. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her kids, or anything of that nature. This was done to try to further silence The Plaintiff, for her not to Sue, and for them to continue performing illegal Clinical Trial Human Experimentation/ Biomedical Research/War Crimes. Unethical Non-Consensual/Without Consent Human Experimentation that was illegally done to The Plaintiffs and The Plaintiffs family. If an American has no Civil Rights in this country almost anyone who knows will try to take advantage of you. The Plaintiff is a proud Black mother of two beautiful children and was extremely hard working to provide for her family. The Plaintiff also is a law-abiding citizen in this country that showed her and her family that The Criminal Judicial System and Health Care System racially discriminates against Black Americans, It happened to her. The U.S. Government, Private Affiliates, and Private Companies tried to discredit The Plaintiff's testimonies, have her and her domestic partners daughter taken away, have her Civil Rights taken away, and they tried to illegally Baker Act/Marchman Act her right after she had her daughter in the Memorial Hospital Miramar (Memorial HealthCare System) 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020. Memorial Healthcare System/Memorial Hospital Miramar also has U.S. Government Contracts with Universities/Colleges, Private Companies, NIH, DOT, DOD, and DARPA. The Plaintiff doesn't now, nor has she ever had a mental disorder of depression, anxiety, or anything pertaining to hurting herself, her children, or anything of that nature. These constitutional tort violations were committed to try to further silence The Plaintiff, for her not to file a civil lawsuit Pro Se', and for The Defendants involved to continue performing illegal Clinical Trial Human Experimentation/ War Crimes while they all got financially compensated and didn't bother to give/offer/electronically transfer The Plaintiff any financial compensation for doing so without her consent. The Plaintiff wasn't believed because shes a Black American Woman whom grew up poor, Her religion is Christianity, The Plaintiffs had

The State of Florida Government Medicaid Humana Group Health Care Plan CAP (Free U.S. Government Health Care) at that time of medical care with OBGYN Dr. Brittney Mason- Hirner, and because The Plaintiff's Domestic Partner/father of her daughter is Caucasian (White). The Plaintiff also just so happened to solve crimes committed against herself on her own with ABSOLUTELY NO HELP FROM THE STATE OF FLORIDA AND THE U.S. Government. The Plaintiff did this by properly documenting evidence, reporting crimes committed against herself and her family, filing legal complaints with the proper government entities, and capturing footage of these white racist thugs while they all made a total fool out of themselves for the purposes of trying to save a white family from jail because they lied to have The Plaintiff's Domestic Partner illegally arrested. Unethical Non-Consensual/without consent Human Experimentation was performed illegally on The Plaintiff, The Plaintiff's Witnesses, and The Plaintiffs Family without any regard for their HEALTH on American Soil as if The Constitution and Bill of Rights doesn't exist. The Plaintiff knows if Americans have no Civil Rights in America almost anyone who knows will try to take advantage of them/exploit already exploited situations/incidents/crimes committed. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

Under 42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Defendants are U.S. Government Employees that are persons who, under color of any statute, ordinance, regulation, custom, or

usage, of any State or Territory or the District of Columbia, that subjected, or caused to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws which The Plaintiffs are United States of America citizens and are entitled to reliefs under 42 U.S. Code § 1983 - Civil action for deprivation of rights. The Defendants are liable to the parties injured which are The Plaintiffs in this lawsuit in an action at law, suit in equity, or other proper proceeding for redress. The Defendants deprived The Plaintiffs of their First Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment Rights. A constitutional tort is a violation of one's constitutional rights by a government employee, U.S. Government Employees along with Private Corporations Employees violated constitutional torts and Constitutional rights that were/are protected under The Constitution of The United States of America. The Plaintiffs are both Christian's by faith/religion and were Christian's by faith/religion when The Defendants committed these disgusting human trafficking atrocity crimes against The Black African American Plaintiffs Therefore The Defendants are all liable for damages through this 1983 Constitutional Tort Violations Lawsuit filed in This Federal District Court. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

11. What is a Joinder? The act of bringing multiple legal issues together under the same lawsuit. A joinder is the act of " joining" several legal issues together in the same lawsuit. A joinder allows for two or more issues to be heard during one hearing or trial, so as to make the process run more smoothly, and to help ensure the outcome is fair for all involved. Permissive Joinder: Permissive joinder is covered in Rule 20 of the Federal Rules of Civil Procedure. A permissive joinder allows two or more parties to join an action if they

each have a claim that arose from the same incident. Similarly, a permissive joinder is allowed. if there is a common question of law or fact that pertains to all of the parties' claims. Compulsory joinder is governed by Rule 19 of the Federal Rules of Civil Procedure, which makes it mandatory that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. The rule includes several reasons why this might be true, including if that party has an interest in the dispute that they will be unable to protect if they are not joined. For example, if three parties each lay claim to a piece of property and the first two sue each other, the third will not be able to protect their (alleged) interest in the property if they is not joined. Another circumstance is when a party might end up with inconsistent obligations, for example they may be required by two different courts to grant two different parties exclusive rights to the same piece of property. These (and similar) issues are avoided by joining the parties in one lawsuit. However, while "necessary" parties must be joined if that joinder is possible, the litigation will continue without them if joinder is impossible, for example, if the court does not have jurisdiction over the party. By contrast, if "indispensable " parties cannot be joined, the litigation cannot go forward. Courts have some discretion in determining what parties are indispensable, though the Federal Rules provide some guidelines. Joinder of claims: Joinder of claims refers to bringing several legal claims against the same party together. In the U.S. federal court system, joinder of claims is governed by Rule 18 of the Federal Rules of Civil Procedure. This rule allows claimants to consolidate all of their claims that they have against an individual who is already a party to the case. Claimants may bring new claims even if these new claims are not related to the claims already stated; for example, a plaintiff suing someone for breach of contract may also sue the same person for assault. The claims may be unrelated, but they may be joined if the plaintiff desires. (b) When Joinder Is Not Feasible. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice

could be lessened or avoided by: (A) protective provisions in the judgment; (B) shaping the relief; or (C) other measures; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for non jointer. "Equity and good conscience. " Judges are encouraged to be fair and creative. The parties/Future Defendants who participated in involuntary servitude/war crimes/human trafficking/assaults/harassment/nuisances arose from fraudulent medical notes/medical records illegally obtained that are false/patient abuses against The Plaintiffs will be/can be added as Joinder Defendants in this lawsuit with The Plaintiff and her daughter that she is representing them both in this case. Therefore the joinders arose from the same initial incident from the doctors fraudulent medical notes/records illegally placed in The Plaintiffs medical history to get illegal medical exemptions for illegal military weapons testing/assaults/medical battery /involuntary servitude/ human trafficking during the COVID-19 Pandemic in year 2020 which was during both Plaintiffs stay at Memorial Healthcare Systems Miramar Hospital in year 2020 including all of the other crimes committed against The Plaintiffs mother prior to The Plaintiffs daughter being born and after both Plaintiffs moved to The State of Georgia. The Plaintiffs are clearly two people which makes them eligible to have multiple defendants under the rule for joinder that says two or more. What is a motion to dismiss? A motion to dismiss is a formal request for a court t o dismiss a case. FRCP Rule 12 FRCP 12 is often invoked when filing a motion to dismiss. 12(b) in particularly is frequently used. All 7 sub- sections of 12 (b) may be used as grounds for a motion for dismissal. These include dismissals for: (b) (1) a lack of subject-matter jurisdiction (b ) (2 ) a lack of personal jurisdiction (b) (3) improper venue (b) (4) insufficient process (b) (5) insufficient service of process (b ) ( 6) failure to state a claim upon which relief can be granted (b) 7 failure to join a party under rule 19. The Plaintiffs stated claims upon which relief can be granted in their complaint application and attachments. The Defendants can gladly read it again and both parties can argue their pleadings at a hearing in front of The Judge in court. The Plaintiffs object to The Defendants entire motion to dismiss. Therefore, The Defendant' has/had no legal basis to file a motion to dismiss against The Plaintiff in this case and

only filed that motion to intentionally to delay trial. The Black African American Pro Se' Plaintiffs complaint isn't a shot gun pleading, their complaint is supported by facts, and The Plaintiffs gave The Defendant' s fair notice of what their claims were and the grounds upon which they rest. The Plaintiffs submitted a preponderance of factual claims that were clearly supported by a preponderance of Decisional Law [precedent Case Law ] with admissible exhibits/ documents to support all of her claims within this Opposition/Objections/Response and all other Oppositions/Objections/Responses to other Defendants in this complaint thus far therefore all of the Plaintiffs opposition pleadings are deemed affirmed and the relief sought within all of their Pleadings/and or Complaint submitted should be granted by this Court. The Plaintiffs Object to All of The Defendants Motion to Dismiss and is ready for trial. The Plaintiffs thank GOD this decision isn't up to The Defendants Attorneys in This Case. This response is for all of the defendants in this entire case that said The Plaintiffs can't have all of these defendants listed or joined in one lawsuit. The Plaintiffs Objects to all of The Defendants motions to dismiss.

12.      The Plaintiff's name is Julia M Robinson, she's a proud law abiding Black American Citizen and mother of two beautiful children. She Is extremely hard working to provide for her family as an entrepreneur.

13.      On July 8, 2019, the Plaintiff witnessed other rogue U.S. Government Employees in prior criminal cases against her family (Kristian J Hall) blatantly violate her families Constitutional Rights and break several laws in The State of Florida. The Plaintiff did proper internal affairs investigation complaints, sworn statements, and complaints with several U.S. Government Departments about what she saw and heard literally right in front of her performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees. The Plaintiff now knows way better than she ever knew before about The United States Criminal and Civil Judicial System. Exhibit A.1 through A.3 is The Sworn Statement that Julia M Robinson did that was turned in for the incident on July 8, 2019. This sworn statement will show why all

crimes committed by The Defendants were done to The Plaintiffs and her family.

14. The Plaintiff never desired to run for political office or work in government. Even after the Plaintiff and her family was assaulted, harassed, stalked, and other torturous War Crimes committed by The Defendants. The Plaintiff never submitted to The U.S. Government by becoming a Federal Informant or any form of an employee through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.

15. The Plaintiff has never consented and will never consent to any form of human experimentation/research/clinical trials performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Does, John Does, Contractor's, and Subcontractors here on earth or in space.

16. The Plaintiff does understand that it's not against the law to do proper legal complaints against U.S. Government Employees. The Plaintiff also realized after hearing different U.S. Government Corrupt Employee's ask over and over " Are you on medication? '' Do you want to hurt yourself? " That these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

17.     Prior to The Plaintiff getting pregnant in year 2020 The Plaintiff witnessed on July 8, 2019 other rogue officers, A white family, and Florida U.S. Government (Sunny Isles Police Officers) Employees in prior fraudulent criminal cases against her family whom The Plaintiff did proper internal affairs investigation complaints, sworn statements, complaints with The DOJ, Complaints with The State Attorney General Of Florida, Complaints with USPS, Complaints with The Florida JQC, Complaints with Metro West Detention Center, Attempted Complaints with FDLE, Complaints with Private Companies involved, Complaints with the Governors office of Florida, Complaints with The Florida Bar, and Complaints with The Miami Florida Correctional Officers Internal Affairs, Complaints with Homeland Security, Complaints with The FBI in Miramar Florida, Complaints with CCHR Florida www.cchrflorida.org 109 N. Ft . Harrison Ave Clearwater, Florida 33755, Complaints with The Miami Dade Ethics Commission, Complaints with Different Majors Offices, and The Plaintiff also wrote Judges and sent supporting evidence ) About what she saw and heard literally right in front of her on July 8, 2019 About her families fraudulent criminal cases, and about her and her family being attacked by U.S. Government Employees performed with so much arrogance coupled with authoritarianism so effortlessly by these rogue U.S. Government Employees as if they did these illegal criminal acts (Official Misconduct, Obstruction Of Justice, and Attempt to Murder) all the time to innocent people and black witnesses who tell the truth by properly reporting crimes committed by rogue U.S. Government Employees in The State Of Florida .This Organization did an investigation about what happened to The Plaintiff and her family in Florida at Memorial Hospital Miramar CCHRFlorida www.cchrflorida.org109 N. Ft. Harrison Ave Clearwater, Florida 33755. This Organization also wrote The Plaintiff in the form of A paper letter stating " ALL REPORTS SUBMITTED TO CCHR ARE KEPT CONFIDENTIAL. YOUR PSYCHIATRIC ABUSE REPORT IS ON FILE WITH CCHR AND NO ACTIONS WILL BE TAKEN WITHOUT YOUR DECISION AND PERMISSION. YOU HAVE ADVISED US THAT YOU DO NOT WISH TO PURSUE A COMPLAINT. THEREFORE, WE HAVE CLOSED YOUR CASE." THIS IS A LIE. I Julia M Robinson the Plaintiff in this case swears under penalty and perjury that she never advised this organization to close these cases they agreed to assist

her with regarding Human Rights Crimes committed against her and her daughter at Memorial Hospital Miramar Florida in November year 2020. The Defendants knowingly enrolled subjects without consent (Julia M Robinson and Kendall J Hall) that failed to meet eligibility requirements, falsified lab results and medical records, and falsely represented that the illegal trial participants were taking drugs from the proper doctors under these studies. Enrolling subjects without consent (Julia M Robinson and Kendall J Hall) without their knowledge/without informed consent/ without consent and by enrolling these subjects who did not meet pre-established criteria. In addition, the Defendants fabricated and falsified medical records, informed consent forms, and other documentation for fictitious illegal study subjects. [The] defendants were able to enrich themselves in this scheme by billing the [clinical trials'] sponsoring agencies for the time and participation of these fictitious subjects. The Defendants directed and carried out a conspiracy to have private companies involved fraudulently pose as legitimate ethical practicing clinical research trial sites and provide of false clinical research trial data regarding drug safety/drug efficacy to dozens of drug companies and, through them, the Food and Drug Administration (FDA). The false clinical research data included safety data on different drugs and medicines designed to treat a wide variety of diseases and conditions including, but not limited to, Pediatric illnesses, Depression, Parkinson's Disease, Dementia, Gaucher' s Disease, and Opioid addiction to name just a few, according to the evidence that was obtained thus far. False clinical research data can pose immediate dangers to consumers and because fake studies can cause broader damage to "confidence in the healthcare industry as a whole. The False Claims Act explicitly prohibits unnecessary testing and kickback schemes. The Plaintiff OCR HHS Civil Rights Original Complaint was sent through email to ocrmail@hhs.gov on October 23, 2021, and The Plaintiff Amended Complaint/ Basis Of Complaint Letter/ Reason for Eligibility Exceptions under 45 C.F.R § 95.34, 95.28, and 95.31 11 Waiver for Good Cause II rule was sent to ocrmail@hhs.gov and to OCRComplaint@hhs.gov on November 13, 2021. The Plaintiff also mailed these same complaints through USPS to Centralized Case Management Operations U.S. Department of Health and Human Services 200 Independence Avenue, S.W. Room 509F HHH Bldg.

Washington, D.C. 20201 confirmation #EJ684016919USDelivered to
the Front Desk/Reception/Mail Room on November 26, 2021 at
11:05am WASHINGTON, DC 20201 Priority Mail and Signature of
Recipient: D Holmg and the Actual Recipients Name D FRANKLIN
signed for it and wrote on the Address of Recipient: Covid 19 20201.
The Plaintiff also did complaints with U.S. Fed. Depts. through email
sent ASETTHelpdesk@religroupin.com,
and hippacomplaint@cms.hhs.govon November 3, 2021. The Plaintiff
also did complaints with U.S. Fed Depts. through email sent
to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod
@fda.hhs.gov, ASETTHelpdesk@religroupinc.com, hippacomplaint@c
ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g
ov, IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm
edia@hhs.gov, info@cioms.ch, on November 4, 2021. The Plaintiff
also did complaints with U.S. Fed. Depts. through email sent
to information@icj-cij.org, library@icj-cij.org, achats@icj-
cij.org, recrutementrecruitment@icj-cij.org, and webmaster@icj-
cij.org on November 4, 2021. The Plaintiff did a Permanent
Withdrawal of Authorizations , Permanent Revocation of
Authorization to Share Data, A Permanent Revocation of HIPPA
Authorization, A Permanent Revocation of HIPPA Authorization to
Release Protected Health Information for Research Purposes, and A I
Do Not Consent To Medical Testing and Treatment Letter for The
Plaintiff and her daughter to U.S. Fed. Depts. through email sent
to druginfo@fda.hhs.gov, consumer@fda.gov, dice@fda.hhs.gov, ocod
@fda.hhs.gov, ASETTHelpdesk@religroupin.com, hippacomplaint@c
ms.hhs.gov, edison@od.nih.gov, Support@mail.nih.gov, OHRP@hhs.g
ov IRBorFWA@hhs.gov, subpartc@hhs.gov, SACHRP@hhs.gov, Ashm
edia@hhs.gov, info@cioms.ch, device@fda.hhs.gov, info@cioms.ch, cd
rhemcm@fda.hhs.gov, CBEREUA@fda.hhs.gov, EUA.OCET@fda.hhs.go
v, ESUB@fda.hhs.gov, askDOJ@usdoj.gov, Medicaid.gov@cms.hhs.gov,
on November 20, 2021 and to UCR-
NIBRS@fbi.gov, FOIA.OIG@oig.dhs.gov, outreach@darpa.mil, DIA_Pre
pub_Rvw@dodiis.mil, help@intelligencecareers .
gov, recruitment@nga.mil, DNIMailbox@cia.ic.gov, on December 5,
2021. The Plaintiff did a FOIA Request sent through email on
December 6, 2021 to DNI-
Mailbox@cia.ic.gov, FOIA.OIG@oig.dhs.gov, UCRNIBRS@fbi.gov, outre

ach@darpa.mil, DIA_Prepub_Rvw@dodiis.mil, help@intelligencecare ers.gov, recruitment@nga.mil, DNI-Mailbox@cia.ic.gov, EOIR.FOIARequests@usdoj.gov, CDRH-FOIStatus@fda.hhs.hhs.gov, and National.FOIAPortal@usdoj.govon December 10, 2021 The Plaintiff received a auto response from email eoir.foiarequests@usdoj.gov DOJ- EOIR FOIA #2022-14690 but not for what The Plaintiff was inquiring about/asking for. On December 20, 2021, The Plaintiff received an email auto response from OGIS #22-0485 but not for what The Plaintiff was inquiring about/asking for. Even after The Plaintiff did FIOA request reconsideration letters The Plaintiff NEVER received what The Plaintiff was inquiring about/asking for. The Plaintiff also sent most of the same documents through DocuSign and The Plaintiff did not receive a response. The Plaintiff included in her Basis Of Complaint Letter and (4) four Complaints for Dr. Brittney Mason-Hirner OBGYN OCR TRANSACTION #04-22-450347, MD Mariana Danet OCR TRANSACTION# 04-22-450349, Memorial Hospital Miramar OCR TRANSACTION #04-22-450351, and MD Yoel A Hernandez-Rodriguez OCR TRANSACTION #04-22- 450343received, reviewed, and signed by OCR DHHS Regional Manager Barbara Stampul. The Plaintiff received response from a resubmission a OCR TRANSACTION #22 - 450759 and was told that the Conscience and Religious Freedom Division (CRFD) OCR TRANSACTION #22- 450758 and for her to contact Paula D. Richardson. Also, in this same letter it stated that The Plaintiff filed her complaint on November 2, 2021, this is a lie. The Plaintiff filed her complaints on October 23, 2021, and The Plaintiff resubmitted her complaints after DHHS OCR employees refused to properly assist her daughter and herself for " Reason Of Good Cause " during the pandemic and DHHS still refused to look into her complaints and do an investigation. DHHS blatantly told The Plaintiff in her resubmission letter response from them that it's not their job to handle cases like what happened to her daughter and herself. The Plaintiff LITERALLY STILL HAS EVERY RESPONSE LETTER AND EMAIL FROM DHHS OCR. 42 U.S. Code § 1983 - Civil action for deprivation of rights, 18 U.S. Code§ 286 - Conspiracy to defraud the Government with respect to claims, Tortures Atrocities, War Crimes, Human Rights Violations, Civil Rights Violations, HIPAA VIOLATIONS, Political abuse of psychiatry, Constitutional Right Violations, Female

genital mutilation, Illegal NonConsensual Human
Experimentation/Human Experimentation without Consent, Clinical
trials without consent, Environmental research without consent,
Research without consent, Violence Against Children, Violence
Against Women, Human trafficking, And Human Trafficking
Involuntary Servitude Medical Battery. The Plaintiff also included
evidence/supporting documents of her complaints and claims. The
Plaintiff claim was filed and submitted after (180) One Hundred and
Eighty Days and because of the pandemic, just having a Newborn
Baby, Her Daughter being sick, And Herself being sick falls under An
ACT OF GOD which made them both eligible for an exception under
the " GOOD CAUSE " Rule. § 95 .22 Meaning of good cause. The
Plaintiff' s daughter and herself case complaints were sent to CMS,
FDA, OCR DHHS, NIH, and DOJ were either not properly investigated,
were either told she reached out to the wrong departments, and The
Plaintiff was told by U.S. Government Federal Employees that it
wasn't within their scope, when it was in fact the proper federal
departments for The Plaintiff to reach out to for all of the torturous
war crime atrocities that happened to her daughter and herself in
AMERICA.

18.      The Plaintiff started seeing OBGYN Dr. Brittney Mason-Hirner
in either late July or Beginning August of year 2020. The Plaintiff told
her during in person offices visits and through their company patient
portal (wrote in black and white) about her physical symptoms and
The Plaintiff told her about The Plaintiff being poisoned/attacked
with a biochemical weapon in October of year 2019 and that it was
U.S. Government Employees and Private Company Employee's that
did this. The Plaintiff didn't want to pass anything to her unborn
daughter, so The Plaintiff requested proper medical test be ran on her
regarding the physical symptoms she was having by OBGYN Dr.
Brittney Mason- Hirner and by other Doctors she saw at that time so
that she could get better. The Plaintiff was not given the proper test
for the symptoms she described (no extensive blood test, no biopsy,
no 4-panel thyroid test, no skin sample biopsy test, and no hair
sample test) The Plaintiff was lied to about blood test, about her stool
test, and about her urine test. Unapproved FDA U.S. Government Test
were taken without The Plaintiffs consent. The Plaintiff symptoms

were ignored all during Covid-19 in year 2020 when only one (1) other person could come to doctors visits and to the hospital with you. This was a perfect time for all of The Defendants involved in prior cases to commit/ retaliate against The Plaintiff while she was physically vulnerable/pregnant. The Plaintiff looked at her medical test results through her OBGYN's patient portal, The Plaintiff received other medical lab test from other doctors, and The Plaintiff received medical records from Memorial Hospital Miramar Fl. The Plaintiff tested positive for Covid-19 Antibodies, other Antibodies, and this extremely important medical information was concealed from The Plaintiff. The Plaintiffs DNA was stolen by healthcare and pharmaceutical criminals and used for illegal non-consensual/without her consent/medical battery/human experimentation and for pharmaceutical profits/private companies' profits/private research projects profits/companies profits/U.S. Government Profits without her consent and without ANY/ZERO financial compensation to her. The Plaintiff didn't consent for any Government, Any Doctor, Any Private Entities, Any John Does, Jane Does, or anyone on this planet or in space permission/consent to use her children's DNA or The Plaintiff's. So, The Plaintiff children and herself were illegal test subjects for preclinical trials/experimental studies/research with no/any/zero compensation to The Plaintiff. Black people all over the world unfortunately are used for research purposes without their consent/and or without financial compensation to them. So, The Plaintiff and her children were good enough to help save lives and used for economic purposes but not good enough to get financially compensated by the thieves that stole from them. All of The Defendants was only concerned about profit for them and theirs and not properly compensating the sources in which it came from. The Plaintiff would've NEVER agreed to any form of human trafficking/ involuntary servitude/slavery/human experimentation because it's against her religion. The Plaintiffs children and herself aren't slaves for the free pickings for anyone, any governments, and any private companies, any Jane Does and John Does with the means to profit off of them.

19.     When The Plaintiff visited OBGYN Dr. Brittney Mason- Hirner at her office she kept asking how was she feeling mentally and The

Plaintiff always told her she wasn't qualified to ask her those questions and that when she got ready to she would reach out to someone qualified whom she felt comfortable speaking to about a lot of the trauma she experienced during those previous attacks by U.S. Government Employees and Private Company affiliates. This unethical racist doctor kept trying to get The Plaintiff to talk about it like she was trying to catch her in a lie or like she was recording The Plaintiff. This doctor wanted to keep The Plaintiff sick so that The Plaintiff could be kept physically vulnerable hoping that The Plaintiff would forget about the attacks by U.S. Government Employees and private companies and so that The Plaintiff wouldn't pursue civil remedies. This doctor didn't care about how a parasitic infection could have life threatening effects on The Plaintiff's unborn child at that time. This doctor knew The Plaintiff had a parasitic infection that's why she kept asking The Plaintiff about how was she feeling mentally (Parasitic infections can have negative neurological affects on humans per references in this complaint under parasites, it gave me headaches as well as other symptoms which I told her I had) even though this doctor knew that topic was out of her medical scope . She didn't prescribe any antibiotics even after The Plaintiff asked, the doctor herself also confirmed that The Plaintiff would have to take antibiotics for a while to heal. This doctor was willing to put The Plaintiff's unborn child and herself at medical risk for what? What was in it for her to keep The Plaintiff sick? Money for her and all of The Defendants involved. The Plaintiff's Black African American unborn daughter and herself was just another poor black illegal and unethical case study for her and all of The Defendants involved in these crimes committed against The Plaintiffs on American soil in the State of Florida as if The Plaintiffs didn't have rights as Americans. That's why The Defendants Kept the Black African American patient sick for illegal research purposes, they figured No one cares about black Americans anyways. All of the mega slick Defendants that profited financially off of these illegal research human trafficking crimes committed against The Plaintiffs without her consent in The State of Florida will be prosecuted for their assaults and or any involvement in on these crimes by The Plaintiffs. The American Public deserves to know and will know the truth about what happened to The Plaintiffs and The Black community need to not be in the care of

these racist CIA/Republican party supported/military human trafficking so called doctors that put Black African Americans lives at risk for illegal research without consent of the patients. Had The Plaintiffs been white Americans, what happened to them would've been plastered all over the media with full support from the white American communities demanding a full investigation from that hospital and these same white communities would've made sure those Plaintiffs had the best attorneys money can buy through donations like they have historically done for other white American's. The Plaintiffs didn't receive that same support from a lot of other Americans because The Republican Parties U.S. Government Federal Employees direct involvement/financial interest in these same corporations that own these experimental medical devices and radiation admitting devices that were illegally (without consent) placed through unauthorized surgeries for data analysis/test in The Plaintiffs bodies and private and rental vehicles for experimental extremely dangerous data analysis/test that The Defendants made millions of dollars from and still is illegally until currently getting those human trafficking ACH transfers/mailbox checks off of The Plaintiffs backs without ever giving/offering/settling with The Plaintiffs after The Defendants have KNOWN that The Plaintiff KNOW what The Defendants did to them. The Human Trafficking Criminal Defendants don't pay The Plaintiffs bills and never have, The Plaintiffs are being PIMPED OUT/HUMAN TRAFFICKED FOR SCIENCE BY WHITE RACIST U.S. GOVERNMENT FEDERAL EMPLOYEES ALONG WITH CRIMINAL PRIVATE CORPORATIONS' ASSISTANCE. THIS IS SLAVERY. The Defendants demonic plan failed, the devil is and always was the biggest liar and The Plaintiff's will continue to rebuke all demonic entities involved in Jesus Christ Name Sake.

20.     Dr. Brittney Mason Residency Obstetrics and Gynecology - University of Miami, Jackson Memorial Hospital, 2020, Miami FL Presentations and Research the Minor Criteria: A Prediction Model for the Unplanned Primary Cesarean Delivery." Poster presentation at SMFM. 2021. Virtual. "Acute management of abnormal uterine bleeding in non-pregnant woman." Lecture presented at University of Miami/Jackson Health System. Obstetrics and Gynecology Academic Day. Miami, FL. "Zika virus and the non-microcephalic fetus: Why we

should still worry." AJOG. 2019; 220(1) :45-56 "Labor curves in multiparous women related to inter-birth intervals. " Am J. Perinatol. 2018; 35 (14) :1429- 1432 "Unusual presentation of a Gartner duct cyst in early pregnancy." Journal of Genital Surgery. 2017; DOI: 10.21608/jgs.2017.1160.1004 "Labor curves in multiparous women related to inter-birth intervals. " Poster presentation at Society for Reproductive Investigation. 2016. Montreal, Canada. "The effects of social support structures in the caregiver-child relationship in a predominantly Latino, urban community" Poster presentation at the 6TH Annual Minority Health in The Midwest Conference, Chicago, IL. February 2014. Brittney Mason is a women ' s health care provider established in Jacksonville, Florida and her medical specialization is Obstetrics & Gynecology with more than 7 years of experience. She graduated from Northwestern University Feinberg Medical School in 2016. The NPI number of this provider is 1295124600 and was assigned in January 2015. The practitioner's primary taxonomy code is 207V00000X with license number ME145959 (FL). The provider is registered as an individual and her NPI record was last updated one year ago. Brittney Mason is registered with Medicare and accepts claims assignment, this means the provider accepts Medicare's approved amount for the cost of rendered services as full payment. Dr. Brittney Mason- Hirner has done medical research under The NIH U.S. Government and under The **** and ******* ***** Foundation. The Plaintiff Julia M Robinson also emailed The **** and ******* ***** Foundation letting them know that she does NOT consent to Human Experimentation performed on her and f or them to Cease and Desist.

21.     In The Plaintiffs THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS for case number Case No: 1:22-CV- 3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.F, 2.G, 2.H, 2.I, 2.J, 2.K, 2.L, 2.M, and 2.N are copies of the inside of The Plaintiffs iPhone showing that it's connected to an administrator thats controlling different functions in her iPhone's background like uploading invisible Apps because of AccessibilityUIServer and XCODE on her device . The Plaintiff and The Plaintiff's family received this iPhone in the mail summer 2022. This is also one of the ways The Defendants have been breaking into the inside of her vehicle,

uploading invisible military weapons testing Apps, uploading medical Research Apps that collect data and take measurements of certain biological functions in the human body in The Plaintiff's device background, and illegally gps track her and her family without their consent while The Plaintiff carried her device with her on drives in her vehicle. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so SLICK and Black Americans weren't paying attention. The Mayo Clinic launched Apple Health Records Integration on iPhone and The Plaintiff's device is illegally recording health record data in the background and she never consented to any Health Apps. Her iPhone isn't private at all, and random Human Trafficking U.S. Government Employees from different U.S. Government Agencies, Computer Developer Companies, Tech Companies, and Health Researchers are able, have and is continuing to upload Apps illegally and against The Plaintiff's constitutional rights in The Plaintiff' s iPhone Background that she pays for without her consent. The Plaintiff is an Artist and isn't able to attend to her work through this device because she's afraid her ideas are going to be stolen. The Plaintiff also has a small child, and she wasn't able to capture a lot of sentimental moments of her daughter's development in fear of them being exposed to random Human Traffickers. When The Plaintiff and her family tried on several occasions to go in person to get new devices, they were not assisted by store staff, and they were told they couldn't be assisted. The Criminals behind this iPhone that was sent to The Plaintiff idea was to make The Plaintiff appear as if she wasn't competent and was abusing drugs. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family, so that criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiff's iPhone being listed and used for Medical Research purposes without the Plaintiff's consent. This falls under involuntary servitude/SLAVERY/Human trafficking.

12.  There is another Brittany Mason that is a Research protocol specialist at Mayo Clinic. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. In The Plaintiff's THE PRO SE' PLAINTIFFS OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISM I SS f o r case number Case No: 1:22-CV-3080-MHC filed at United States District Court For The Northern District Of Georgia EXHIBITS 2.0, 2. P, 2. Q, 2. R, 2.S, 2.T, 2.U, 2.V, 2.W, 2.Y, and 2.Z are copies of how XCODE and AccessibilityUIServer is used through The Apple Corporation, The Mayo Clinic , WWDC22 , Other Medical Researchers, and Advanced Research Kit introductions. EXHIBITS 3.A, 3.B, 3.C, 3.D, 3.E, 3.F, 3.F, 3.G, 3.H, 3.I, 3.J, 3.K, 3.L, 3.M, 3.N, and 3.0 are examples of articles explaining what Accessibility's and how it's used for people with disabilities. Also, these articles are also examples of how The Mayo Clinic launched Apple Health Records Integration on iPhone. EXHIBITS 3.T, 3.U,
3.V, 3.W, 3.X, 3.Y, 3.Z, 4.A, 4.B, and 4.C is a copy of instructions from The Apple Corporation Website titles "Running your App in Simulator or on a device." This is another example of how The Plaintiff's device is being used illegally without her consent for Human Trafficking. Since The Plaintiff in this case was the witness to/in the fraudulent criminal cases and the person who had power of attorney to turn in evidence like the evidence she turned in of his medical prescription and all the rest of his evidence she turned on his behalf. It also states on this OCR memo that: Individuals with Opioid use disorders maybe protected by non - discrimination laws enforced by The U.S. Department of Health and Human Services, Office Of Civil Rights. Since demonic criminal racist (demon nerds) doctors illegally wrote in The Plaintiffs medical records while she was pregnant that shes their patient and matched dates of her pregnancy delivery date in these same illegal fraudulent medical records. The Plaintiff and her family were unconstitutionally human trafficked/pimped out by The U.S. Government gauged under forms of medical research without her consent. In all actuality, it's subjecting Innocent Americans against their own wills to torture while U.S. Government Employee's get paid off of THE PAWN/THE

REAL VICTIMS. U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (Which is a lie, The Plaintiff has never been to this Doctor to be his patient for him to prescribe her anything.) which illegally subjected The Plaintiff and her family to the U.S. Brain Initiative clinical research. So, The Plaintiff Domestic partner was charged illegally with his own legal prescription and The Plaintiff in this case medical notes were illegally tampered with so that a doctor that she has never been to could place false medical notes in her medical history to make it appear as if he prescribed her opioids as well. The U.S. Brain Initiative Clinical Research Program through The National Institute on Drug Abuse (NIDA) ALL OF THE Defendants Illegally obtain Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff and her family to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Black American Plaintiff in this case that witnessed obstruction by federal officials that blatantly obstructed the criminal judicial process, U.S. Government Employees running courts, police departments, federal and state agencies as if The Constitution doesn't exist. This was the ultimate retaliation federal crime carried out and orchestrated by The U.S. Government Employees and Private Companies Involved to save a White Wealthy Family, Criminal USPS Employees, Criminal Eleventh Judicial Florida Criminal Clerk of Court Employees, Criminal Attorney's for The State of and Private Attorneys, Criminal Judges, Criminal (demon nerd) Doctors, DEA Agents, Criminal FBI Agents, Criminal Police Departments Officers), and Criminal Federal Department Employees whom The Plaintiff and her family did complaints on with the evidence to prove it. They ALL

COLLUDED TOGETHER TO SAVE EACH OTHER FROM JAIL AND TO SAVE
EACH OTHERS' JOB/PENSIONS.

18.     IN THE PLAINTIFF THE PRO SE' PLAINTIFFS NOTICE OF
SUBMISSION OF DOCUMENTS FOR THE PRO SE' PLAINTIFF
RESPONSE TO ORDER TO SHOW CAUSE EXTRA EXHIBITS and THE
PRO SE' PLAINTIFF OPPOSITION/ANSWERS TO THE DEFENDANTS
MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No: l:22-CV-
3080-MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The
Plaintiff's evidence of her being harassed by Florida Police, The
Broward County Clerk of Courts, and The United States Government
that blatantly ignored the LAW and issued a FALSE parking ticket for
a car that she rented. The Plaintiff' s Domestic Partner at that time (In
April, May, June, July, of year 2021) who was a Pro Se' Litigant was
fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of
Courts and his child support/custody cases at The Broward County
Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant
Guaranteed constitutional rights as well as his family and his
witnesses. Exhibits Marked 6.C is showing that Memorial Health Care
System/Memorial Hospital Miramar Florida where The Plaintiff had
her daughter in November year 2020 during the Covid- 19 pandemic
does in fact participate in Clinical Trials. Their clinical Trials consist
of: Adult oncology, adult cardiology, Cystic fibrosis, Multiple sclerosis,
Pediatric oncology and sickle cell, Pediatric Services, and much more.
These same Exhibits marked 6.C also consist of an article for Perfect
Match: FAU and Memorial Healthcare System Established Research
Partnership (Research PACT). Also, in these exhibits marked 6.C is an
image of an implant designed that was placed inside of The Plaintiff
at this hospital without her consent. This is Human
Trafficking/Medical Battery/Involuntary Servitude/Illegal Human
Experimentation. Exhibits Marked 6.D are are of a website, The
Plaintiff's vehicle infotainment CarPlay system is being illegally
restreamed on a streaming service nationwide and internationally
without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight
(58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent
Revocation Of Authorization to Share Data , Permanent Revocation of
HIPAA Authorization , Permanent Revocation of HIPAA Authorization
to Release Protected Health Information for Research Purposes, and

"NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021 for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021, to U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022, U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS , Permanent Revocation Of Authorizations to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Emailed to U. S . Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency for Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organization's, Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11, 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.M are copies of a Switzerland Article about 5G

testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent STILL TIL THIS VERY DAY. The Plaintiff underlined the and pointed out the Private Companies and Federal Agencies that are illegally involved in these Constitutional Violations against the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff' s consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiff's private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation

Website https: //www.iCloud.com/notes/096A_-0PSqizXwFzRnl985-
A#December_30, _2022 this OPS also matches a title under exhibits
6.Munder Swiss Foundation 2021 on page five (5) Alexandre
Allexandre DevOPS Engineer career title. NONE OF THE
DEFENDANTS IN THE PRO SE' PLAINTIFFS COMPLAINTS HAVE ANY
CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY
DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO
REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon nerd
LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY
AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL
OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO SATISFY
BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS, FOREIGN
COUNTRIES PROFESSIONAL UNETHICAL CRIMINALS, AND demonic
CRIMINAL JANE DOES AND JOHN DOES ALL DURING A WORLD
PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN
LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR
SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF
THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL,
HUMAN TRAFFICKING, MURDERING THIEVES SO CALLED
PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH
GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL
AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T
EXIST. ILLEGAL RESEARCH WITHOUT THE PLAINTIFFS CONSENT
WAS USED AS A WEAPON AGAINST THE PLAINTIFFS TO ATTEMPT
TO STOP THE PRO SE' PLAINTIFFS LAWSUITS. THIS PROVES FRAUD
ON THE COURTS, HUMAN TRAFFICKING, AND MURDER ATTEMPTS
TO GET OUT OF BEING LIABLE BY THE DEFENDANTS. NO ONE
(LITERALLY NO ONE) WAS GOING TO HELP THE PLAINTIFFS
BECAUSE THEY ALL WANTED TO ATTEMPT TO KEEP THE
PLAINTIFFS IN THE BLIND AND RECEIVE FINANCIAL
COMPENSATION FROM THE DEFENDANTS SO THAT THE AMERICAN
PUBLIC WOULD'VE NEVER KNOWN WHAT HAPPENED TO THE
PLAINTIFFS. A COVER UP TO COVER A COVER UP TO COVER UP FOR
ANOTHER COVER UP. THE DEFENDANTS LITERALLY HAVE NO
CREDIBILITY AT ALL, THE DEFENDANTS WERE ALSO ENVIOUS AND
JEALOUS THAT ALL OF THEIR MURDER ATTEMPTS FAILED (AFTER
ALL THE PEOPLE THAT THEY PAID WHO WAS SUPPOSED TO HAVE
HUGE PUBLIC INFLUENCE TO ATTEMPT TO STOP THE PLAINTIFFS

FROM FILING LAWSUITS FAILED) AND THAT THE BLACK AFRICAN AMERICAN PLAINTIFFS STILL FILED LAWSUITS TO SAVE THE LIVES OF DAUGHTER AND HER SELF. THE PLAINTIFFS HAD NO CHOICE IN ORDER TO ATTEMPT TO STOP THE DEFENDANTS FROM ATTEMPTING TO TAKE THEIR LIVES GAUGING IT UNDER SO CALLED SCIENTIFIC RESEARCH USED AS A WEAPON TO ATTEMPT TO NOT GET EXPOSED FROM THEIR EXTREMELY DANGEROUS WAR CRIME HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. THE PLAINTIFFS WILL NEVER TRUST ANYONE THAT WORKS WITH OR IN GOVERNMENT AFTER WHAT HAS CONTINUOUSLY HAPPENED TO HER AND HER FAMILY SINCE YEAR 2019 BY THE DEFENDANTS. THE PLAINTIFFS WILL NOT KEEP THE DEFENDANTS' SECRETS NOR DOES THE PLAINTIFFS WORK FOR THE U.S. GOVERNMENT. THE DEFENDANTS ARE AND HAVE BEEN EXTREMELY LOYAL TO THEMSELVES, THE PLAINTIFFS UNDERSTAND THIS NOW. ONE HUGE RICO HUMAN TRAFFICKING RING THAT DIDN'T CARE ABOUT THE BLACK AFRICAN AMERICAN PLAINTIFFS' LIVES ON AMERICAN SOIL. THE FACT THAT THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN AND PRO SE' IS ONE OF THE BIGGEST REASONS WHY THE DEFENDANTS DIDN'T WANT THE AMERICAN PUBLIC TO KNOW THE BLACK AFRICAN AMERICAN PLAINTIFFS CAUGHT ALL OF THE DEFENDANTS. THE DEFENDANTS AREN'T UNTOUCHABLE AND EXEMPT NO MATTER HOW MANY MILLIONS OF DOLLARS THEY PAID OUT TO ATTEMPT TO GET RID OF THE PLAINTIFFS. OUR COUNTRY ISN'T UNDER A DICTATORSHIP AND THE DEFENDANTS CAN'T DO WHAT THEY WANT TO DO, WHAT HAS HAPPENED TO THE PLAINTIFFS IS ILLEGAL AND AGAINST THE PLAINTIFFS' CONSTITUTIONAL RIGHTS.

19.     There is Another Brittany L Mason who works for University of Texas Southwestern Medical Center UT Southwestern· Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittany Mason-Mah

listed below on number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanism's, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center. 20. There is Another Dr. Brittany Mason but her name is Dr. Brittany Mason-Mah and she works for The NIH U.S. Government Federal Department. Biography Division: Division of AIDS, Behavioral and Population Sciences - DABP Review Branch: Bio behavioral Processes - BP Study Section: Bio behavioral Mechanisms of Emotion, Stress and Health MESH. Dr. Brittany Mason-Mah received her Ph.D. in psychiatry from King's College London, working in both the Institute of Psychiatry and the Institute of Pharmaceutical Science, with an emphasis on physiology and blood- brain barrier regulation. She then completed postdoctoral training in preclinical and clinical laboratories at the University of Texas Southwestern Medical Center, gaining experience in food reward neurocircuitry and pathophysiology of mental illnesses, primarily Major Depressive Disorder. Her translational research work includes animal models of behavior, transgenic techniques, pharmaceutical interventions, and gut microbiome interactions. She led blood-based biomarker work on multisite clinical trial teams for both National Institute of Mental Health and National Institute of Drug Abuse funded projects. Prior to joining CSR, she was an assistant professor of psychiatry and the National Project Director of a Clinical Trials Network (CTN) - NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co- use. Division of AIDS, Behavioral and Population Sciences (DABP) DABP encompasses 5 Review Branches focused on AIDS research, bio behavioral processes, healthcare delivery, epidemiology, and health behavior. Bio behavioral Processes Review Branch: The Bio behavioral Processes (BP) Review Branch considers applications on bio behavioral and

behavioral processes across the lifespan as related to higher cognitive functions, mental and physical health, and psychological and physical disorders. Research on animals as well as humans is included, both normal and disordered processes are addressed, and observational, clinical and experimental studies are included. While the focus is predominantly on behavior, studies may also consider related central, autonomic, neuroendocrine, immune, neural, hormonal, motor, and genetic factors. Bio-behavioral Mechanisms of Emotion, Stress and Health Study Section: The Mechanisms of Emotion, Stress and Health study section reviews applications on the interactions of psychological stress and emotion states with physical and mental illness and health across the lifespan; a particular emphasis is on the meditational role of stress- and emotion-responsive biological systems. In addition, MESH covers clinical studies relating to the interaction of normative and disordered sleep and circadian rhythms with physical and mental health outcomes. Most studies are laboratory-based, but observational or clinical studies with a major focus on stress and other biological measures are included. MESH primarily reviews human studies, although related animal studies can be assigned to MESH. The List of Reviewers lists all present, whether standing members or temporary, to provide the full scope of expertise present on that date. Lists are posted 30 days before the meeting and are tentative, pending any last-minute changes. Relationships of affect, emotion, and/or psychological stress with normative and disordered psychological and physical health across the lifespan, in human and animal models. Clinical studies of sleep and circadian rhythm focusing on behavioral output and interactions of normal and disordered sleep and circadian rhythms with physical and mental health and illness in humans Examination of individual, situational, environmental, or physiological factors that affect stress reactivity, coping and resilience. Effects of stress reduction interventions on physical and mental health and use of complementary/alternative approaches, including tai chi, yoga, acupuncture and mindfulness, when stress - responsive biological systems are interrogated and stress mechanisms are postulated as mediators. Subjective emotional states, emotional expression, regulation and measurement of emotion and mood; measurement and perception of stress. Adult Psychopathology

and Disorders of Aging [APDA] : applications that focus on adult psychopathology can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, Stress and Health (MESH) have shared interests in sleep studies and their effects on health promotion. Applications that emphasize sleep that contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Adult Psychopathology and Disorders of Aging [APDA]: applications that focus on adult psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Adult psychopathology applications that do not involve stress mechanisms or outcomes are reviewed in APDA. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. There are shared interests in behavioral and psychiatric conditions with Neurological, Mental and Behavioral Health (NMBH). Applications that emphasize the neurological

foundations underlying these conditions in both experimental animal models and humans are reviewed in MESH. Applications that emphasize epidemiological study designs to examine determinants, predictors, and biomarkers associated with behavioral, psychiatric and substance use disorders exclusively in human subpopulations are reviewed in NMBH. BMHO and Mechanisms of Emotion, Stress and Health (MESH) have shared interest in stress and pain. Applications that emphasize behavioral, psychological and social factors affecting stress and responses to interventions to reduce pain are reviewed in BMHO. Applications that emphasize basic biological responses to stress and pain and the interplay between stress/emotion and pain are reviewed in MESH. LCBH and Mechanisms of Emotion, (MESH) have shared interests in sleep studies and promotion. Applications that emphasize sleep that Stress and Health their effect on health contributes to health promotion and disease prevention are reviewed in LCBH. Applications that emphasize how sleep interacts primarily with physical and mental health are reviewed in MESH. There are shared interests in sleep with Lifestyle and Health Behaviors (LHB). Applications that focus on the interactions of sleep as an exposure related to physical and mental illness and health from a biological and mechanistic perspective, mostly using laboratory- based studies, are reviewed in MESH. Applications that use a population- based approach to studying sleep as an exposure that affects health outcomes or sleep as a health outcome in human subpopulations from a more behavioral perspective are reviewed in LHB. Child Psychopathology and Developmental Disabilities [CPDD] : Applications involving child developmental disorders are reviewed in CPDD. Applications that focus on prenatal-origin or childhood stress in the context of child psychopathology can be reviewed in MESH if stress - responsive biological systems are invoked as mechanisms or outcome measures. Behavioral Neuroendocrinology, Neuroimmunology, Rhythms, and Sleep (BNRS): animal stress models that focus predominantly on the neuroendocrine or neuroimmune mechanisms of stress or animal models of circadian rhythms and sleep, and basic mechanisms of human circadian and sleep regulation, are reviewed in BNRS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are

reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Applications that involve mechanisms of psychopathology can be reviewed in MESH if there is strong conceptualization of stress and stress mechanisms. Last updated: 01/23/2023 05 :10 Psychosocial Development, Risk and Prevention [PDRP]: applications focused on risk and protective factors and interventions related to socioemotional development and emotional regulation strategies are reviewed in PDRP. Applications that focus on prenatal- origin, childhood, or familial stress in the context of risk, child development, or child emotion regulation can be reviewed in MESH if stress-responsive biological systems are invoked as mechanisms or outcome measures. Social Psychology and Interpersonal Processes [SPIP]: applications that focus on social sources of stress and social factors that influence emotion and self- regulation are reviewed in SPIP; MESH emphasizes the biological aspects of emotion regulation and the response to stress. There are shared interests in stress exposures with Social and Environmental Determinants of Health (SEDH). Applications that take a mostly laboratory-based approach to understanding the biological mechanisms underlying the association between stress and biological outcomes in humans are reviewed in MESH. Applications that emphasize stress as a social determinant of health and its association with biological health outcomes in human subpopulations are reviewed in SEDH. The Plaintiff's Illegal on going Constitutional Violations Human Experimentation Human Trafficking performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Listed above under number seventeen is a Brittany L Mason who works for University of Texas Southwestern Medical Center I UT Southwestern in the Department of Psychiatry PhD. The Plaintiff's Illegal on going Constitutional Violations Human

Experimentation performed on her and her family without their consent since year 2019 are psychiatric experiments that Universities/Colleges, Private Research Companies, and U.S. Government Departments have illegally conducted and they all were financially compensated for from Private Research Companies, Private Entities, and The U.S. Government. Dr. Brittney Mason-Mah was an assistant professor of psychiatry and the National Project Director of Clinical Trials Network (CTN) -NIDA multisite clinical trial investigating an injectable pharmacological intervention for methamphetamine use disorder and opioid co-use. Doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Florida wrote false medical medical notes/records in The Plaintiff's medical notes/records that he's been prescribing Julia M Robinson Amphetamine and Oxycodone (Opioids) since (9/27/2014) September 27, 2014, until (11/25/2020) November 25, 2020, Julia M Robinson was NEVER this doctors patient, THIS IS A LIE. The Plaintiffs domestic partner Kristian J Hall was also fraudulently/illegally charged with his own pain medication in The State of Florida by This State on July 8, 2019. This was done to discredit the then witness Black African American Julia M Robinson who also had Power of Attorney over Kristian J Hall to turn in evidence on his behalf while he was representing himself (Pro Se') in his Fraudulent Criminal Cases. This was also done to make them both (Julia M. Robinson and Kristian J. Hall) appear as if they had substance abuse issues as to what the then alleged victim in Kristian J. Halls fraudulent Florida Criminal cases actually has/had at that time. This was also done to enhance the fraudulent charges that Kristian J. Hall was illegally charged for under his own pain medication to get Kristian J Hall illegally jailed at that time. So therefore criminal professionals attorneys, doctors, hospitals, universities/colleges, private companies, U.S. Government Employees, and Other paid government informants Americans got PAID to further assault and harass The Plaintiffs, The Plaintiff Family, Kristian J. Hall, his witnesses, and his family through ENVIRONMENTAL/MEDICAL, INVOLUNTARY SERVITUDE, HUMAN TRAFFICKING/SLAVERY ILLEGAL AND UNCONSTITUTIONAL GAUGED UNDER SO CALLED RESEARCH USED A WEAPON without their consent until present day desperately attempting to control the

outcome of The Plaintiff and her Family' s civil cases. This is a perfect example of Systemic Racism, Kristian J Hall witness who helped him turn in legal documents and affidavits for his fraudulent Pro Se' criminal cases is a Black African American. The State of Florida didn't want to EXCEPT the WHOLE TRUTH from A Black African American Woman that was/is in a lifelong relationship with a White Caucasian American Male. The State of Florida had foolish pride/egos and was willing to risk their careers/reputations to attempt to withhold the WHOLE TRUTH for a white woman whom literally admitted she LIED on Kristian J Hall. The Plaintiff in this case also signed petitions against The NIH Federal Department and this is also a form of unconstitutional religious discrimination and retaliation. This was a huge political RACIST FAVOR to COVER UP FOR THE ENTIRE STATE OF FLORIDA, THE PREVIOUS PRESIDENTIAL ADMINISTRATION, THE DEFENDANTS, and ALL CRIMINALS INVOLVED. THE PLAINTIFF DID WRITE THE PREVIOUS PRESIDENTIAL ADMINISTRATIONS DOJ THAT WAS RAN BY WILLIAM BARR. THE STATE OF FLORIDA HAS PAID MONEY TO INFORMANTS FOR YEARS TO ATTEMPT TO DISCREDIT THE PLAINTIFFS AND TO P.R. CAMPAIGN FOR GOVERNOR RON DESANTIS AND CRIMINAL COMPANY TO DESPERATELY SAVE HIS IMAGE FOR HIS PRESIDENTIAL CAMPAIGN. The Plaintiff and her family has also been illegally subjected to without their consent in their residence and in their vehicles dangerous psychiatric disorder (for people that have anxiety, dementia, schizophrenia, depression, Gaucher's Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had) clinical trials toxic chemicals/substances/gases/drugs in the form of powders/biochemical compounds/biochemical weapons/molds/and toxic chemicals placed in water inhaled and or absorbed in to the skin on American soil as if The Constitution doesn't exist and as if they are Slaves. Dr. Brittany Mason-Mah listed above under number eighteen (18) works for The NIH U.S. Government Federal Department in the Biography Division: Dr. Brittany Mason-Mah also works in the field of Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS] : applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans

are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section [NPAS]: applications involving etiology, neural mechanisms, diagnosis, and treatment of sleep disorders in humans are reviewed in NPAS. Applications involving sleep or circadian rhythms and their disorders in humans and their relation to physical or mental health are reviewed in MESH. The Defendants and Private Billion Dollar Corporations STOLE and FALSIFIED The Plaintiffs private medical information to illegally fit medical research exemptions to say that The Plaintiff has one (1) or more of these debilitating diseases such as Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, and Or any Drug Abuse problem that The Plaintiff doesn't have/never had during The Pandemic while they all arrogantly assumed that they were so slick and Black Americans weren't paying attention.

20.    The Defendants idea is to desperately make The Plaintiff and her family appear as if they aren't competent and is abusing drugs by use of Air purifiers pumping Electros pray preclinical drugs/nano particles/toxic substances/toxic chemicals/toxic chemical compounds/ gases/vapors while The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they was/are and have been illegally subjected to being smoked alive just like they did black slaves as a form of torturous punishment for reading. Electro spray is used in some air purifiers. Particulate suspended in air can be charged by aerosol electros pray, manipulated by an electric field, and collected on a grounded electrode. This approach minimizes the production of ozone which is common to other types of air purifiers. These botched federal out of retaliation war crimes that were committed against The Plaintiff and her family by The Defendants so that these criminals could get grants, federal/billionaire private corporations informant monies, contracts off of The Plaintiffs family residence in Palmetto Georgia Fulton / Fayette Counties being listed and used for illegal Medical Research purposes with VEOLIA WATER TECHNOLOGIES AND SOLUTIONS water treatment/pumping/maintenance stations in

rural areas of Palmetto Georgia without The Plaintiff and her family's consent.

21.     The Plaintiff never took Genetic Test during that time, or anytime during The Plaintiff's pregnancy with her daughter. The Plaintiff was called several times by Health Care Employee's claiming they work for/with OBGYN Dr. Brittney Mason- Hirner and The Plaintiff told them all NO as The Plaintiff did in person to OBGYN Dr. Brittney MasonHirner every time as well. The Plaintiff told her reasons why she didn't want to to all of those women who called her that " I did my research, and I will not allow them to stick a huge needle in my navel or in my vagina to get my placenta fluid. What if my placenta ruptures? I was not going to do genetic testing and what I said was final." The Plaintiff also signed a form in this (off site Ultrasound Medical Facility) with a believe it was Sunrise Medical Group Ultrasound Imaging 4925 Sheridan St Suite 200 Hollywood, FL 33021-2834 A Do-not- consent Form to having the Genetic Testing done in August of year 2020. The Plaintiff has witnesses from her over the phone conversations and for visits. This was falsely reported, and The Plaintiff was purposely misdiagnosed with diseases she doesn't have to allow these doctors without her consent to get a government medical exemption to place an implant/medical device inside of her and her daughter along with other medical battery crimes. An amniocentesis puts you at risk of miscarrying, or preterm labor if you are further along in your pregnancy. How are Genetic Test Used? Genetic tests may be used to identify increased risks of health problems, to choose treatments, or to assess responses to treatments. What can I l earn? There are many different types of genetic tests. Genetic tests can help to : Diagnose disease, Identify gene changes that are responsible for an already diagnosed disease, Determine the severity of a disease, Guide doctors in deciding on the best medicine or treatment to use for certain individuals, Identify gene changes that may increase the risk to develop a disease, Identify gene changes that could be passed on to children, Screen newborn babies f or certain treatable conditions, Genetic test results can be hard to understand, however specialists like geneticists and genetic counselors can help explain what results might mean to you and your family. Because genetic testing tells you information about your DNA,

which is shared with other family members, sometimes a genetic test result may have implications for blood relatives of the person who had testing. What are the different types tests? Diagnostic testing is used to precisely identify the disease that is making a person ill. The results of a diagnostic test may help you make choices about how to treat or manage your health. Predictive and pre- symptomatic genetic tests are used to find gene changes that increase a person's likelihood of developing diseases. The results of these tests provide you with information about your risk of developing a specific disease. Such information may be useful in decisions about your lifestyle and healthcare. Carrier testing is used to find people who "carry " a change in a gene that is linked to disease. Carriers may show no signs of the disease; however, they have the ability to pass on the gene change to their children, who may develop the disease or become carriers themselves. Some diseases require a gene change to be inherited from both parents for the disease to occur. This type of testing usually is offered to people who have a family history of a specific inherited disease or who belong to certain ethnic groups that have a higher risk of specific inherited diseases. Prenatal testing is offered during pregnancy to help identify fetuses that have certain diseases. Newborn screening is used to test babies one or two days after birth to find out if they have certain diseases known to cause problems with health and development. Pharmacy genomic testing gives information about how certain medicines are processed by an individual's body. This type of testing can help your healthcare provider choose the medicines that work best with your genetic makeup. Research genetic testing is used to learn more about the contributions of genes to health and to disease. Sometimes the results may not be directly helpful to participants, but they may benefit others by helping researchers expand their understanding of the human body, health, and disease. References: www.ncbi.nib.nih.gov

22.     OBGYN Dr. Brittney Mason-Hirner gave The Plaintiff a document at her office that had her name on it with test results stating that The Plaintiff has Gaucher's disease, and this is a LIE. THE PLAINTIFF NEVER DID GENETIC TESTING, and she doesn't have this disease, this was a COVER UP for The Defendants not to be LIABLE. Gaucher disease (/goo'JeI/) (GD) is a genetic disorder in which

glucocerebroside (a sphingolipid also known as glucosylceramide) accumulates in cells and certain organs. The disorder is characterized by bruising, fatigue, anemia, low blood platelet count and enlargement of the liver and spleen and is caused by a hereditary deficiency of the enzyme glucocerebrosidase (also known as glucosylceramidase), which acts on glucocerebroside. When the enzyme is defective, glucocerebroside accumulates, particularly in white blood cells and especially in macrophages (mononuclear leukocytes). Glucocerebroside can collect in the spleen, liver, kidneys, lungs, brain, and bone marrow. Manifestations may include enlarged spleen and liver, liver malfunction, skeletal disorders or bone lesions that may be painful, severe neurological complications, swelling of lymph nodes and (occasionally) adjacent joints, distended abdomen, a brownish tint to the skin, anemia, low blood platelet count, and yellow fatty deposits on the white of the eye (sclera). Persons seriously affected may also be more susceptible to infection. Some forms of Gaucher's disease may be treated with enzyme replacement therapy. The disease is caused by a recessive mutation in the GBA gene located on chromosome 1 and affects both males and females. About one in 100 people in the United States are carriers of the most common type of Gaucher disease. The carrier rate among Ashkenazi Jews is 8.9% while the birth incidence is one in 450. Gaucher's disease is the most common of the lysosomal storage diseases. It is a form of sphingolipidosis (a subgroup of lysosomal storage diseases), as it involves dysfunctional metabolism of sphingolipids. The disease is named after the French physician Philippe Gaucher, who originally described it in 1882. Hypersplenism and pancytopenia, the rapid and premature destruction of blood cells, leads to anemia, neutropenia, leukopenia, and thrombocytopenia (with an increased risk of infection and bleeding). Cirrhosis of the liver is rare. Severe pain associated with joints and bones occurs, frequently presenting in hips and knees. Neurological symptoms occur only in some types of Gaucher's (see below): Type I: impaired olfaction and cognition Type II: serious convulsions, hypertonia, intellectual disability, and apnea Type III: muscle twitches known as myoclonus, convulsions, dementia, and ocular muscle apraxia. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Osteoporosis: 75%of patients

develop visible bony abnormalities due to the accumulated glucosylceramide. A deformity of the distal femur in the shape of an Erlenmeyer flask is commonly described. Yellowish-brown skin pigmentation the three types of Gaucher's disease are autosomal recessive. Both parents must be carriers for a child to be affected. If both parents are carriers, the chance of the disease is one in four, or 25%, with each pregnancy for an affected child. Genetic counseling and genetic testing are recommended for families who may be carriers of mutations. Each type has been linked to particular mutations. In all, about 80 known GBA gene mutations are grouped into three main types: Type I (N370S homozygote) , the most common, also called the "non- neuropathic" type occurs mainly in Ashkenazi Jews, at 100 times the occurrence in the general populace. The median age at diagnosis is 28 years of age, and life expectancy is mildly decreased. Type II (one or two alleles L444P) is characterized by neurological problems in small children. The enzyme is hardly released into the lysosomes. Prognosis is poor: most die before the age of three. Type III (also one or two copies of L444P, possibly delayed by protective polymorphisms) occurs in Swedish patients from the Norrbotten region. This group develops the disease somewhat later, but most die before their 30th birthday. The Gaucher-causing mutations may have entered the Ashkenazi Jewish gene pool in the early Middle Ages (48-55 generations ago). Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiffs medical through through (NINOS) Miramar documents by stating she tested positive for Gaucher's disease false genetic test under U.S. Brain Initiative clinical research The National Institute of Neurological Disorders and Stroke and by doctor Yoel A Hernandez Rodriguez at Memorial Hostpital Fl stating in The Plaintiffs medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 (WHICH IS A LIE, THE PLAINTIFF HAS NEVER BEEN TO THIS DOCTOR TO BE HIS PATIENT FOR HIM TO PRESCRIBE HER ANYTHING) which subjected The Plaintiff illegally to the U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants Illegally

obtain an Emergency Use of Investigational Drugs or Devices exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiffs daughter and herself to be placed in The U.S. Brain Initiative Research Program, a Private Research Program, an International Research Program, or any research program. This had everything to do with The Plaintiffs skin color, THE PLAINTIFFS ARE BLACK AFRICAN AMERICAN WHO LITERALLY CAUGHT THE WHITE RACIST HUMAN TRAFFICKING DEFENDANTS COVERING UP FOR EACH OTHERS POLITICAL CAREERS. THE DEFENDANTS SPENT YEARS DESPERATELY TRYING TO MAKE THE PLAINTIFFS DEVELOP DEADLY DEBILITATING DISEASE THROUGH ILLEGAL RESEARCH USED AS A WEAPON (THE DEFENDANTS HAVE LITERALLY ATTEMPTED GENOCIDE) TO ILLEGALLY FIT EXEMPTIONS FOR THEIR HUMAN TRAFFICKING CRIMES COMMITTED PRIOR TO THIS LAWSUIT TO FURTHER COVER UP FOR EACH OTHER. THE PLAINTIFF WILL NEVER FORGIVE ALL INVOLVED AND THE PLAINTIFFS WILL FILE EVERYTHING THEY NEED TO TO GET JUSTICE FOR WHAT WAS DONE TO THEM.

57. The Plaintiff domestic partner and herself went to Memorial Hospital BASIS Miramar 1901 SW 172 Ave Miramar Fl 33029 on November 25, 2020, night because The Plaintiff was having contractions. The Plaintiff decided to get an epidural for pain while in labor. The anesthesiologists placed the needle in The Plaintiff's back twice, the first time The Plaintiff told her it was hurting extremely bad (The Plaintiff was in tears). This anesthesiologist/doctor told The Plaintiff she had to try for a second time because the needle that delivers the medication wasn't placed properly in The Plaintiff spine. During this time The Plaintiff also told the nurse that she was going to keep her

placenta, that's why The Plaintiff chose this doctors office through her insurance at that time because The Plaintiff knew this particular hospital allowed patients to take their placentas after the patients signed for it. The Plaintiff also told OBGYN Dr. Brittney Mason- Hirner on several occasions during The Plaintiff's doctors visits that she was taking her placenta. The Plaintiff was also put on a high dose of antibiotics that was put in her IV. This was done to kill the same parasites/or heal sickness/or heal illness The Plaintiff had been complaining to the Doctor's about since she started treating with her. This was an attempt to clean up the issues after the fact to hopefully not pass whatever it was (The real illness that was concealed from The Plaintiff) from The Plaintiff to her daughter. The Plaintiff's test results and Hospital records, a lot of information was missing and test result information wasn't written incorrectly or not there at all, It was as if this doctor was purposely trying to conceal what The Plaintiff was attacked/assaulted with (poisons/toxins/biochemical weapons) in October 2019 as to her and her office at that time were all informed by The Plaintiff. The Plaintiff's daughter was delivered by OBGYN Dr. Brittney Mason-Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on our devices. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff never consented to sharing her daughter's and herself DNA for scientific experiments or for blood banking with any private company, government, Jane Does and John Does or doctors. The Plaintiff told this doctor she didn't want them to keep her core blood. The Plaintiff also asked her why it was taking so long with her stitching her up. The Plaintiff did feel pressure from her pulling the thread and tying it. This is when OBGYN Dr. Brittney Mason-Hirner put a foreign object/ RFID/ implant/ medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio- frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason- Hirner act ed intentionally to cause harm or offensive contact with The Plaintiff.

The Plaintiff can feel electrical charges/vibrations/burning/ stinging everyday from this foreign object/ RFID/ implant/ medical device. The medical device was placed in The Plaintiff's private area, now why would This doctor strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate The Plaintiff as to in her domestic partners fraudulent criminal case The Plaintiff spoke about sexual relations in her sworn statements and in the past The Plaintiff had an exotic dancer license that can be looked up by anyone because she had to go through a Florida government department to obtain it. This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, human trafficking, against The Plaintiff's human and civil rights, and a Public Lynching. The Plaintiff domestic partner and herself can both physically feel this medical device under her skin/tissue. The Plaintiff also has ultrasound and X-ray evidence of this medical device. The Plaintiff's daughter's bilirubin was Extremely High after she was born which is a side effect from a parasitic infection and vaccines. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red-blood-cell lysis byproducts via the kidneys. Fever of 40. 5 °c (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff's domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurses try to bully The Plaintiff and her family and keep her placenta that came out of The Plaintiff's body which she had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff's medical

notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud/human trafficking/medical battery/demonic group initiation crimes, and to further cover up for all of The Defendants (U.S. Government Employee ' s and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, and herself. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff's medical documents by falsely stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) The Defendants all involved illegally obtained a Emergency Use of Investigational Drugs or Devices Exemptions. The patient has a life- threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff's daughter and herself to be placed in The U.S. Brain Initiative Research Program, or any clinical research trials, and research testing without informed consent.

58.   The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous female mutilation just like they did black slaves as a form of punishment for reading. The Plaintiff's daughter was delivered on November 26, 2020, by OBGYN Dr. Brittney Mason- Hirner and one of the nurses, The Plaintiff's domestic partner, and herself took pictures and recordings of the birth of their daughter on their electronic device. After The Plaintiff delivered, she heard OBGYN Dr. Brittney Mason-Hirner say to one of the nurses "Don't forget the core blood!" The Plaintiff NEVER CONSENTED TO sharing her daughter and herself DNA for scientific experiments or for blood banking with any private company, government, entity, or doctor. The Plaintiff told her (Dr. Brittney Mason) she didn't want them to keep her core blood. The Plaintiff also asked her (Dr. Brittney Mason) why was it taking so long with her stitching her up. The Plaintiff did feel pressure from her (Dr. Brittney Mason) pulling the thread and tying it. This is when OBGYN Dr. Britt ney Mason-Hirner put a foreign object/ RFID/implant/medical device the size of a long grain of rice inside of The Plaintiff without her consent (medical (RF) Radio-frequency devices control led and powered remotely capable of data collection, human research, surveillance, behavior modification, and many other heinous crimes). Dr. Brittney Mason-Hirner acted intentionally to cause harm or offensive contact with The Plaintiff. The Plaintiff feels electrical charges/vibrations/burning/stinging everyday from this foreign object/RFID/implant/medical device. The medical device was placed in The Plaintiff's private area, now why would Dr. Brittney Mason strategically place a medical device in The Plaintiff's private area without her consent? This was done to continue to humiliate her as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past and The Plaintiff had an exotic dancer license that she obtained from The State of Floridas Government Department that anyone can see. The Defendants also watched The Plaintiff online through her and her domestic partners electronic devices during intimate moments between The Plaintiff and her domestic partners private intimate moments.

This is electronic RAPE, Female genital mutilation, wartime sexual violence, a war crime, involuntary servitude/human trafficking/slavery, against my human and civil rights, and a Public Lynching. The Plaintiffs domestic partner and herself can both physically feel this device under The Plaintiff's skin/tissue. The Plaintiff also have ultrasound and X-ray evidence of these medical devices. The Plaintiff daughter bilirubin was Extremely High after she was born which is a side effect from a parasitic infection. In bovine species, the organism causes hemolytic anemia, so an infected animal shows pale mucous membranes initially. As the levels of bilirubin (a byproduct of red blood cell lysis) continue to increase, the visible mucous membranes become yellow in color (icterus) due to the failure of the liver to metabolize the excess bilirubin. Hemoglobinuria is seen due to excretion of red- blood- cell lysis byproducts via the kidneys. Fever of 40. 5 °C (105 °F) develops due to release of inflammatory byproducts. Prior to The Plaintiff having her daughter she signed a paper so that she could take her placenta home. One of the nurses tried to argue with The Plaintiff's domestic partner about them taking her placenta stating that   "OBGYN Dr. Brittney Mason-Hirner said for her to send The Plaintiff's placenta to the hospital labs (Pathology) for further testing " after The Plaintiff signed a form to keep it. The Plaintiff domestic partner then took the placenta out of the hospital for safe keeping for their family. Now why would that nurse try to bully The Plaintiff's family and keep her placenta that came out of The Plaintiff's body which The Plaintiff had every legal right to take home? OBGYN Dr. Brittney Mason-Hirner also kept reiterating in The Plaintiff ' s medical notes/records from this hospital that The Plaintiff had an altered mental status to other nurses and doctors. This was done to maliciously attempt to get the hospital staff on board in their psychiatric fraud human trafficking crimes, and to further cover up for all of the The Defendants in all of the Plaintiff's Civil Cases (U.S. Government Employee 's and Private Company Criminals) involved in this illegal cover up to conceal the truth about all of the unconstitutional war crime atrocities that happened to other witnesses, The Plaintiff's daughter, The Plaintiff's family, and herself. Parkinson's disease is recognized as being more common

in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason- Hirner and the lab involved lied on The Plaintiff medical documents/records by stating The Plaintiff tested positive for Gaucher's disease through false genetic test through private companies and under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl stating in The Plaintiff medical records from this hospital that he's been prescribing The Plaintiff Amphetamine and Oxycodone since (9/27/2014) September 27, 2014 until (11/25/2020) November 25 , 2020 under U.S . Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life - threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke). There was NEVER a LEGAL reason for The Plaintiff daughter and herself to be placed in The U.S. Brain Initiative Research Program or any Government/Entity/or Private Company Research Program. This had everything to do with the color of The Plaintiff's skin. The Plaintiff is a Black African American born in The United States of America. These human trafficking crimes happened to The Plaintiff and her daughter on American Soil.

59.   The Black African American Pro Se' Plaintiff and her family constitutional rights was/are being violated without their consent as they were/still is being illegally subjected to torturous branding just like they did black slaves as a form of punishment for reading.

60.   Dr. Mariana Danet came in The Plaintiff's room (The Second Room for recovery) unannounced; The Plaintiff discovered her name from her medical records from this hospital. The Plaintiff

never consented to a psychiatric evaluation, Dr. Mariana Danet and Dr. Brittney Mason both wrote false notes on The Plaintiff's records. Dr. Brittney Mason was the initiator who decided without The Plaintiff's consent to have this human (Dr. Mariana Danet) come into her room right after she had her daughter. Having a child is supposed to be a Joyful occasion, they ruined that moment for The Plaintiff and her family. This was also HIPPA Violations: Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI, when no longer required The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records Unauthorized release of PHI to individuals not authorized to receive the information, Unauthorized release of PHI to individuals not authorized to receive the information Impermissible disclosures of protected health information (PHI), Unauthorized accessing of PHI, Failure to manage risks to the confidentiality, integrity, and availability of PHI, Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI, Failure to maintain and monitor PHI access logs, Failure to implement access controls to limit who can view PHI, Failure to terminate access rights to PHI when no longer required, The disclosure more PHI than is necessary for a particular task to be performed, Theft of patient records, Unauthorized release of PHI to individuals not authorized to receive the information.

61.   The Plaintiff was administered a nerve blocking medication (called Gabapentin), after The Plaintiff delivered her baby naturally and was advised this would assist with the discomfort/pain that she was experiencing due to her just giving a natural birth and having to be stitched up etc. The Plaintiff and her family advised the Doctors and staff right away that the medication made her feel very ill when it was administered and was advised that the ill feeling would go away but it never did. The

Plaintiff was transferred to the mother/ Baby Maternity ward, where she continued to feel ill and once the medication wore off the intense pain would then return and then the charge nurse would administer gabapentin again which (The Plaintiff's domestic partner and herself) both raised concerns about this several times. Due to every time this medication was administered to The Plaintiff it made The Plaintiff's blood pressure spike and she would feel ill all over again. The Plaintiff's domestic partner and herself were told by the (Dr.'s) OB/ GYN and the Dr.'s at the hospital that her high blood pressure was due to the pain that she was currently experiencing due to the birth and stitches. The Plaintiff and her family advised them that when the medicine wore off The Plaintiff's blood pressure returns to normal and that she was still in pain. The Plaintiff never had a medical issue and or any history of high blood pressure, so this was very alarming to them both. They continued to administer the Gabapentin even after The Plaintiff and her family raised concerns repeatedly. Why would the Doctors at Memorial Hospital Miramar 1901 SW 172 Ave Miramar Fl 33029 in November Year 2020 prescribe The Plaintiff gabapentin if they were trying to Marchman Act The Plaintiff for an alleged drug addiction/problem per Hospital notes/false records from November year 2020? If OBGYN Dr. Brittney Mason-Hirner believed The Plaintiff had a real drug addiction, why would she standby and allow this hospital to give The Plaintiff Gabapentin? OBGYN Dr. Brittney Mason- Hirner goal was to induce a artificial aggression and hyperactivity from The Plaintiff so that she could be Baker Acted for the All of The Defendants and Private Companies involved so that The Plaintiff's baby could be taken away by DCF and so that The Plaintiff could possibly be raped, threaten, intimidated, for them to continue ILLEGAL NON - CONSENSUAL UNETHICAL WITHOUT INFORMED CONSENT/WITHOUT CONSENT HUMAN EXPERIMENTATION CLINICAL TRIAL TESTING/RESEARCH (on The Plaintiff and her baby), and for The Plaintiff to be possibly murdered. The Plaintiff was and still is a witness who done sworn statements, turned in admissible evidence to U.S. Government Entities, and filed legal complaints/ legal reports regarding U.S. Government Employees committing crimes against her domestic partner and herself.

Clearly OBGYN Dr. Brittney Mason-Hirner was in it for the GRAFT AND POLITICAL FAVORS, either this was a political favor of the ALL OF THE DEFENDANTS (U.S. Government) because The Plaintiff did write the DOJ along with other government agencies and The Plaintiff did check the Box Yes they could have access to her medical records thinking that this would help them see that The Plaintiff was mentally stable. Instead, The Plaintiff checking that box (It was a setup in the event the U.S. Government is Guilty Of War Crimes committed against an American which The Plaintiff had no idea it would be used against her medically. They illegally use Americans medical records to perform life threatening illegal medical battery and assault, non- consensual human without informed consent experimentation, and illegal preclinical trials by double agent doctors. Americans also are harassed by bad actor off duty cops creepy cowards, ex military creeps , active duty military creeps, FBI agents, FBI informants and other U.S. Government Employees in desperate hopes that you don't FILE A LAWSUIT( IF A BLACK AMERICAN IS ALREADY OPPRESSED WHY WOULD A MAN FROM ANY JOB DO THIS, SO YES IF YOU BULLY and ASSAULT INNOCENT BLACK AFRICAN AMERICANS FOR EXERCISING THEIR CONSTITUTIONAL RIGHTS TO DO COMPLAINTS THOSE ARE CHARACTERISTICS OF A CREEPY BULLY ESPECIALLY IF A MAN IS BULLYING A WOMAN. They rather for Black Americans die with no proper civil compensation or attempt to illegally admit you into a psychiatric hospital to have all of your civil rights stripped away than for them to pay black Americans Civil Remedies) so that the DOJ and other government agencies could have access to The Plaintiffs medical records allowed them to sabotage and commit crimes at The Plaintiff child's birth, Commit Human rights, Civil rights, Commit Unconstitutional Violations, HIPAA Violations, and War Crime Atrocities. The Plaintiff was absolutely right about what she stated about U.S. Government Employees attacking her with her hard evidence she sent to the DOJ. This was done to discredit The Plaintiff's testimonies/sworn statements. This was days after The Plaintiff gave birth and the nurses came into take her down to get an MRI which alarmed her and her family. The Plaintiff left her domestic partner there with their newborn baby and was taken to

Radiology, they both kept telling the nurses the entire time after the birth when that specific medication (Gabapentin) was given that The Plaintiff got an instant migraine headache, and her blood pressure would spike. The Plaintiff was very disoriented and when The Plaintiff was in the Radiology Dept., the Medical Staff saw what was happening to The Plaintiffs face which one side began to sag/droop down, in addition to losing total control of her body and this is when they then called a STROKE ALERT. They gave The Plaintiff an I.V. to flush that medication out of her system and stabilize her blood pressure. All of this could have been avoided if they would have just listened to what The Plaintiff and her family was saying and what The Plaintiff was experiencing. The Plaintiff's Domestic Partner demanded to come down to Radiology from the Maternity unit to see what was going on because he heard the stroke alert come over the intercom almost immediately after The Plaintiff left him and their baby in the room. The nurses in the Maternity ward were extremely reluctant to tell him what had happened to The Plaintiff, The Plaintiff's domestic partner then demanded that they take him to see The Plaintiff immediately. A nurse called down to Radiology and advised them he was demanding to see his wife. A nurse came up from Radiology and advised that he could come to see her, but the baby had to go to the nursery due to the radiation from the MRI machines. The Plaintiff's domestic partner was weary of this but was torn and wanted to make sure The Plaintiff was ok, so he agreed to let the baby go to the nursery temporarily while He checked on The Plaintiff. This is when the hospital took the illegal unconstitutional evil opportunity to put the quantum dot tattoo chip/ Covid-19 vaccine/ and medical devices in their baby's head and possibly other illegal preclinical trail devices in their daughter without their consent. (Medical Battery and Assault) They put the microchip quantum dot tattoo on The Plaintiff's daughter's private area while she was in the nursery and while The Plaintiff was in the ICU. This was placed in The Plaintiff's daughter's private area as to the something similar was done to The Plaintiff. Now why would these demons strategically place an microchip quantum dot tattoo in The Plaintiff's newborn daughters' private area? Demonic Ritual Abuse) This was done to continue to humiliate

The Plaintiff (her mother) and take away her virtuous Christian innocence fresh out of the whom as to in The Plaintiff's domestic partners fraudulent criminal cases The Plaintiff spoke about sexual relations in her sworn statements and in the past, she had an exotic dancer license. The Plaintiff knew her daughter cried while these evil demons did this to her, The Plaintiff's daughter was raped for science. This is Electronic RAPE, Female genital mutilation, Wartime sexual violence, War crimes, Ritual Abuse, Human trafficking, against The Plaintiff's daughter's human and civil rights, and a Public Lynching. That part of The Plaintiff's daughters' body was purple for a while like a huge insect bite. You could literally see the dots kinda like when your pores are open on skin but all the time in that area. You can literally see lumps on both sides of The Plaintiff's daughters head and her hair is bald in that area. Parkinson's disease is recognized as being more common in Gaucher's disease patients and their heterozygous carrier relatives. Since OBGYN Dr. Brittney Mason-Hirner and the lab involved lied on The Plaintiff's medical documents by stating she tested positive for Gaucher's disease through false genetic test under U.S. Brain Initiative clinical research through The National Institute of Neurological Disorders and Stroke (NINOS ) and by doctor Yoel A Hernandez Rodriguez at Memorial Hospital Miramar Fl falsely stating in The Plaintiff's medical records from this hospital that he's been prescribing her Amphetamine and Oxycodone since (9/27/2014) September 27 , 2014 until (11/25/2020) November 25, 2020 under U.S. Brain Initiative clinical research through The National Institute on Drug Abuse (NIDA) all of The Defendants involved illegally obtain a Emergency Use of Investigational Drugs or Devices Exemptions (The patient has a life-threatening condition that needs immediate treatment; No generally acceptable alternative treatment for the condition exists; and Because of the immediate need to use the device, there is no time to use existing procedures to obtain FDA approval for the use. Severely debilitating " means diseases or conditions that cause major irreversible morbidity. Examples of severely debilitating conditions include blindness, loss of arm, leg, hand or foot, loss of hearing, paralysis or stroke).

62.    The Plaintiff was in a car accident in August of 2014, and she
visited Memorial West Hospital in Pembroke Pines Fl. This Doctor
Yoel A Hernandez Rodriguez MD was not the doctor she saw
during this time. The Plaintiff has all the Doctors records she
visited for her recovery from that car accident. The Plaintiff thanks
God for these doctors and don't wish to involve these ethical
practicing doctors. Those doctors during that time after her car
accident actually helped her recover from that accident and did
nothing wrong. This was obviously a political favor to make The
Plaintiff appear as if she had a substance abuse issue. This doctor
Yoel A Hernandez Rodriguez was not a doctor that The Plaintiff
saw regarding her car accident, and this is a lie regarding this
doctor prescribing The Plaintiff those medications since
(9/27/2014) September 27, 2014, until (11/25/2020) November
25, 2020. This was an Unauthorized release of PHI to individuals
not authorized to receive the information. This was also HIPAA
Violations: Unauthorized accessing of PHI, Failure to manage risks
to the confidentiality, integrity, and availability of PHI, Failure to
implement safeguards to ensure the confidentiality, integrity, and
availability of PHI, Failure to maintain and monitor PHI access
logs, Failure to implement access controls to limit who can view
PHI Failure to terminate access rights to PHI when no longer
required The disclosure more PHI than is necessary for a
particular task to be performed, Theft of patient records,
Unauthorized release of PHI to individuals not authorized to
receive the information, Unauthorized release of PHI to
individuals not authorized to receive the information,
Impermissible disclosures of protected health information (PHI),
Unauthorized accessing of PHI, Failure to manage risks to the
confidentiality, integrity, and availability of Failure to implement
safeguards to ensure the confidentiality, integrity and availability
of PHI, failure to maintain and monitor PHI access logs, failure to
implement access controls to limit who can view PHI, Failure to
terminate access rights to PHI when no longer required, The
disclosure more PHI than is necessary for a particular task to be
performed, Theft of patient records, Unauthorized release of PHI
to individuals not authorized to receive the information. The
Plaintiff did have her son on February 19, 2002, with The State of

Floridas Medicaid Health Insurance and I did see a Latino (Male) Doctor OBGYN whose office was in Miami Lakes Florida. The Plaintiff's son was also born at Palmetto Hospital in Hialeah Florida near Miami Lakes Florida. But no, this Latino (Male) OBGYN never prescribed her pain medications or amphetamines. After The Plaintiff's son was born, she took him to another Latino (Doctor) Pediatrician in Miami Lakes and to another pediatric doctor's office after she decided to switch her sons' doctors when he was still a baby. The Plaintiff's daughters' father and domestic partner in July 2019 was falsely accused of something he never did and was illegally and unconstitutionally arrested and kidnapped by U.S. Government Employee's and is still fighting in The Florida Courts for cops illegally charging him with is own prescribed pain medication. The Plaintiff was the witness that turned in the evidence of his prescription and all other evidence. The Plaintiff is a Black American Well Respected, Woman and socialite who just so happened to run her own business. So, this was a way to attempt to discredit The Plaintiffs sworn testimonies by The Defendants and Private Companies involved. The Plaintiff's medical records show the truth, Not judging anyone, but The Plaintiff doesn't smoke, she exercises, she has never had a substance abuse problem, she has never done street drugs, And She never fail a drug test for any job or at her visits to the doctors during her pregnancies. The Plaintiff is pretty anal about the importance of having over all good healthy habits with her children and herself. These UNETHICAL Double Agent Doctors need to correct The Plaintiff's Medical Records immediately.

63.    The Plaintiff and her family know that hospitals have video surveillance of baby nursery's and throughout the hospital for security reasons. The Plaintiff did see surveillance cameras in the hallways while her and her family were there at Memorial Hospital Miramar Fl. So therefore, the hospital knows who committed medical battery against her and her daughter. The Plaintiff WILL get this footage subpoenaed and she WILL get all of the staff involved disciplinary records for the Federal and Supreme Courts lawsuits. The Plaintiff captured before and after evidence of these medical devices and other medical battery

crimes committed by The Defendants. The Plaintiff and her family have been terrorized for trying to get proper medical treatment for her daughter and herself. After The Plaintiff did U.S. Federal Administrative Complaints on all of The Defendants in these crimes and after she found out about these War Crime Atrocities. The Plaintiff and her domestic partner NEVER consented to or authorized for any form of clinical research hazardous hazing harassment by any form of government, or private companies. The Plaintiff will NEVER WORK FOR NEITHER WILL SHE SUBMIT TO any private groups or forms of government, The Plaintiff doesn't need friends in government neither does The Plaintiff want to ever be in a romantic relationship with anyone that works in government EVER. It is a clear and blatantly obsession and jealously over The Plaintiff by The Defendants which is extremely disgusting and pervert like. Overall, this is patient abuse (Ritual Abuse) that happened to The Plaintiff daughter and herself. These doctors wrote false medical notes to purposely make The Plaintiff appear as if she was incompetent, as if she had a drug problem, as if she was dying from Parkinson's Disease, and like her daughter and herself wouldn't remember any of these war crimes so they were willing to arrogantly/narcissistically commit them unfortunately anyways out of retaliation, for political gain, for financial gain, and just to be wannabe evil controlling slave master beings because The Plaintiff didn't allow The Defendants to break the law in front of her. The Defendants clearly assumed that they were legally untouchable because of them being Medical professionals, legal professionals, U.S. Government Federal Employees, Jane Does, John Does, and Private Companies CoConspirators/ U.S. Government Affiliates and The Plaintiff being a Black American exotic dancer by their blatantly disregard for The Constitution they assumed that she would never have her cases brought to court after years of her being oppressed in the form of attacks, and that The American Public would never know what happened to her and her daughter. These evil civil rights abuses are a clear example of what patient abuse is, It's clear and present that The Plaintiff and her family all have been negatively affected by these war crimes, group initiations, attacks, attempted assassinations, constitutional violations, violence against women,

racism, medical battery, medical racism, illegal non- consensual clinical human research experimentation, civil rights violations, jealous obsession with a stranger whom will never be in a relationship with them, sadistic games, and retaliation attacks because The Plaintiff didn't allow The Defendants to break the law in front of her.

64.   The Plaintiff did have at the time of her daughter's birth in November 2020 Humana Medical Plan through The U.S. Government Medicade program. The Centers for Medicare & Medicaid Services (CMS) is a federal agency within the United States Department of Health and Human Services (HHS) that administers the Medicare program and works in partnership with state governments to administer Medicaid, the Children's Health Insurance Program (CHIP), and health insurance portability standards. In January 2021, CMS passed a rule that would cover "breakthrough technology" for four years after they received FDA approval. In September 2021, CMS submitted a proposal to repeal the rule based on safety concerns. The organization who The Plaintiff agreed to allow an investigation to be done on (Memorial Hospital in Miramar Florida and the unethical double agent doctors that participated in these medical battery crimes that unfortunately happened to her daughter and herself) and The U.S. Government were contacted by this same organization in September 2021 letting them know what happened to The Plaintiff and her daughter. This is why The Centers for Medicare & Medicaid (CMS) submitted a proposal to repeal the rule that would cover "breakthrough technology" based on safety concerns. This so-called safety concern was about what was done to The Plaintiff and her daughter without The Plaintiffs consent. In the State of Florida, it's against the law to perform experimental surgeries without informed consent. The Plaintiff is and was at that time COMPETENT. The Plaintiff also didn't have any genetic testing during her pregnancy. The Plaintiff didn't at that time, nor does she have now, nor did she ever have Parkinson's Disease, Dementia, Gaucher's Disease, Alzheimer's Disease, Or any Drug Abuse problem. The Plaintiff and her newborn daughter weren't medically qualified candidates for a medical exemption for these

surgical procedures. Unconstitutionally and illegally experimental surgeries were performed without any regard of getting proper consent from The Plaintiff for her and her daughter. There was no regard for The Plaintiff and her daughter being Americans on American soil. The Plaintiff's were retaliated and medically discriminated against because The Plaintiff's are Black/ African Americans.

65.   Exhibits G1. Through G6. Is a copy of an administrative complaint done through Med Watch and The Food and Drug Administration (FDA) by The Plaintiff Julia M. Robinson. Exhibits G7. Is a copy of an administrative complaint done through CMS complaint Reference number 21-TRA-01843 by The Plaintiff Julia M. Robinson.

66.   Exhibits H1. Through H10. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for York A. Hernandez- Rodriguez through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

67.   Exhibits H11. Through H21. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson

68.   Exhibits H22. Through H30. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial

Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

69.  Exhibits H31. Through H40. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for MD. Mariana Danet through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for Plaintiff Julia M. Robinson.

70.  Exhibits H41. Through H49. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Memorial Healthcare Systems Memorial Miramar Hospital through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This complaint is for The Plaintiffs daughter Kendall J. Hall.

71.  Exhibits H50. Through H59. Is an administrative complaint and email correspondences between The Plaintiff and DHHS Federal department along with other federal departments for Dr. Brittany Mason Hirner through The Department of Health and Human Services (DHHS) Office for Civil Rights (OCR) dated October 23, 2021. DHHS refused to properly assist The Plaintiffs as if they weren't Americans with constitutional rights when they were supposed to by law during the COVID-19 Pandemic. This Complaint is for The Plaintiffs daughter Kendall J. Hall.

72.   At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA / FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #: 8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID #: 8065453 for tracking # EJ684016922US on 12/04/2021.

73.   The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all DEFENDANTS/U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022 ) While The Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, OHS Agents, Retired Ex- Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee' s/Affiliates, Private Company Research/ILLEGALLY Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of Merrick Garland in His Official Capacity; The

United States attorney general (AG) leads the United States Department of Justice, and is the chief law enforcement officer of the federal government of the United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States.

74.   On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employees/affiliates, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/ Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff's domestic partner was eating out at Ray's on The River in Atlanta Ga with coworkers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts), this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of

Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid . These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners coworkers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any ant high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would've believed them. The Plaintiff

and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiff's and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel (Embassy Suites), toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to

file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent Black African American, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters and 1983 Constitutional violations lawsuits are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties (THE DEFENDANTS) involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primates brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) (ATLANTA GA CUMBERLAND HOMEWOOD SUITES by HILTON HOTELS, WEST PALM-BEACH FL EMBASSY SUITES HOTEL, JACKSONVILLE FL EMBASSY SUITES HOTEL AND OTHER HOTELS) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of SUPER lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African

descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/ seeing a family physician prior) and pay for X- ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X-rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) coming inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American soil by ALL OF THE DEFENDANTS THAT ARE CLEARLY GUILTY AND COVERING UP FOR THE DEFENDANTS, THE U.S. GOVERNMENT FEDERAL DEPARTMENT HEADS INVOLVED/RESPONSIBLE FOR THEIR EMPLOYEES, THE REPUBLICAN PARTY, GOVERNOR RON DESANTIS, THE ENTIRE STATE OF FLORIDA, THE PRIVATE COMPANIES INVOLVED, THE U.S. GOVERNMENT CIA DOCTORS INVOLVED, THE PRIVATE COLLEGES AND UNIVERSITIES INVOLVED, AND THE SO CALLED REPUBLICAN PARTY BACKED/SUPPORTED RACIST AND CLOSET RACIST ORGANIZATIONS THAT PRETEND/PRETENDED TO BE THE CIVILIAN HELP. THE PLAINTIFF USED THESE HOTEL COMPANIES WIFI TO CONTACT U.S. GOVERNMENT DEPARTMENTS FOR ADMINISTRATION COMPLAINTS AND TO DO HER RESEARCH FOR HER LAWSUITS, THIS IS DEFINITELY HOW THEY KNEW HER AND HER FAMILIES LOCATIONS. POLITICAL CAREER COVERUPS PAID BY ALL OF THE DEFENDANTS TO DESPERATELY GET RID OF THE PLAINTIFFS, THE PLAINTIFFS FAMILY, AND WITNESSES. 38. The Plaintiff and her family are being discriminated against by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their

car and families home done by whom they believe are U.S.
Government Employees/Affiliates and Private Companies
involved criminal hires. These chemicals made them sick along
with their children. The Plaintiff also went to a pediatrician's office
in College Park Ga a few times and the inside and outside of her
car were sprayed with toxic chemicals/inside and outside of her
car introduced with toxic chemicals (Assassination attempts). The
Plaintiff signed up to attend The Defeat the Mandates in
Washington and more toxic chemical fumes (Assassination-
attempt) were introduced inside of her families' homes in Georgia.
A Private company in particular shut down The Plaintiff's email
for weeks obviously because she was receiving educational emails
pertaining to Covid- 19. The Plaintiff literally had a conversation
through messenger chat with this Private Company Involved
(APPLE INC.) Rep telling her she didn't have enough storage space
on the device to receive emails, all along she did have the space
(two terabytes of space). The Plaintiff was sent emails from
Florida Senators Offices to attend Mobile Hours for Americans
who possibly need help with U.S. Federal Departments. The
Plaintiff believes since Privates companies colluded with the U.S.
Government military grade malware/computer viruses was
placed on her and her families' electronic devices so that their
devices wouldn't work properly, and those meetings would be
missed. The Florida Senators intentions weren't to actually help
The Plaintiffs because The Florida Senator Marco Rubio was over
the CIA Committee The Plaintiffs described in this complaint and
in past complaints with The Federal Courts. The Florida Senator
pretended to help just like everyone else pretended to help and or
give false hope with fake fraudulent intentions while they got paid
from A LOT OF THE HUMAN TRAFFICKING PIMPS PRIVATE
COMPANIES AND THE FEDERAL GOVERNMENT DEPARTMENTS
THAT THE PLAINTIFFS ARE SUING IN THIS LAWSUIT. All of these
unfortunate incidents were definitely politically motivated. We
have every complaint and proof of petitions we signed in good
faith.

75.   The Plaintiff's domestic partner did a complaint to the EPA
through the online portal while at her family's house in Georgia.

"There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up t he entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide /caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination attempts)

76.   The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car was zapping electrical charges/ ED (Electrostatic Discharge: Electrostatic discharge

(ESD) is the sudden flow of electricity between two electrically charged objects caused by contact, an electrical short, or dielectric breakdown. A buildup of static electricity can be caused by tribocharging or by electrostatic induction. The ED occurs when differently- charged objects are brought close together or when the dielectric between them breaks down, often creating a visible spark.) to the top of whom ever is driving head every so often. The Plaintiff found her car fuse boxes and her car fuses inside of her car were tampered with. Car fuses were missing in slots (strategically missing from the air conditioning unit parts that properly filter the air and sensor fuses were missing as well so that The Plaintiff wouldn't know when certain functions were not working), incorrect car fuses were placed in incorrect slots (an extremely higher amperage was placed in extremely lower amperage car fuse slots), and car fuses were placed upside-down in fuse slots. The SOS was beeping extremely loud (noise harassment) continuously while her and her family would drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person [1] such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman. ) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix her vehicle.

77.   The Plaintiff' s family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga,

Vinings Ga, Smyrna Ga, and other building structures in the name o f" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rouge U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. The desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American Citizens are discredited, illegally and unconstitutionally allowing the continuation of domestic-counter-terrorism tactics on 'persons of interest illegally and unconstitutionally by HUMAN TRAFFICKING RACIST U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S.

Government contractors, U.S. Government subcontractors on American soil.

78.   The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops at Audi Dealerships. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer (Audi in Germany) about these issues, and nothing has been done. It's almost as if they were told not to properly assist her. The Plaintiff's car isn't supposed to have a active, nor should it have Wi-Fi currently. The Plaintiff's Wi-Fi canceled over six (6) months ago by the cars manufacturer because year of the car. ALL OF THE DEFENDANTS literally installed and or planned/ conspired the installment of a Bluetooth/Wi- Fi router/ 4G-5G/ telephone system/ tracking device equipment that is capable of being controlled and powered remotely, capable of data collection, performing human research test/analysis, surveillance, behavior modification, and many other heinous racist war crime activities unconstitutionally carried out, committed, colluded and conspired by ALL OF THE DEFENDANTS. 43. WHAT IS A PIMP? (1) a criminal who is associated with, usually exerts control over, and lives off the earnings of one or more prostitutes, (2) to make use of often dishonorably for one's own gain or benefit. ALL OF THE DEFENDANTS was/are still currently making money off of The Plaintiff vehicles data that was stolen and used illegally for weapons testing and data science that The Plaintiff pays for every month WITH ABSOLUTELY NO HELP FINANCIALLY FROM ANY OF THE DEFENDANTs. They are blatantly and arrogantly using The Plaintiff's personal vehicle and The Plaintiff and her family as illegal test subject without regard of The Plaintiffs and her family's health and without The Plaintiffs consent. The Plaintiffs and family are getting enslaved/pimped out/human trafficked by All of The Defendants. This is why no Audi dealers in Florida and in Georgia wanted to assist The Plaintiff and her family regarding the toxins coming in the cabin of the vehicle , random loud beeping in the car cabin while driving, and complaints about feeling sick from being microwave/

zapped/radiation/electrostatic/illegal weapons testing in/on The Plaintiffs car while the car was on and driven. The Plaintiff also went to a T-Mobile Store in Atlanta Georgia at Cumberland Mall, The Plaintiff was assisted by a guy claiming to work for T-mobile with a letter X written on his name tag that The Plaintiff thoroughly questioned about the name X. After The Plaintiff told him she didn't consent to any form of experimentation and being subjected to recordings, X walked away and no one in this store location properly assisted The Plaintiff. This was a huge missing piece of the puzzle, for The Plaintiff to find this device blatantly shows Private Companies colluded with The U.S. Government and piggy backed off of other entities that attempted to take advantage of/exploit victims of crimes. This is extremely disgusting and clearly shows that ALL OF THE DEFENDANTS have no regard for The Plaintiff and her children's health, this is medical racism, this is blatant retaliation from All of The Defendants listed in lawsuits and FTCA Complaint letters sent, this 1983 constitutional violations lawsuit, this is slavery in America, this is human trafficking, this is against The Plaintiff and her children's constitutional rights, this is evil, this is ILLEGAL, and this is human experimentation without The Plaintiffs consent by The Pimp Defendants looking out for each others financial interests and political interests. The Plaintiff is the owner of her vehicle, this is how ALL THE OF THE DEFENDANTS have been coming inside of her vehicle, and illegally gps tracking her and her family without her consent. Toxins/molds/biochemicals inside of her vehicle placed strategically on surfaces (on seatbelts, stirring wheels, on and inside of her daughter's car seat, on floor mats/car rugs, and in and on vehicle doors and windows). The Plaintiff was turned down/sabotaged/ at several properties she and her domestic partner tried to move into for safety and security, their application monies were kept illegally and they were always told they didn't make enough purposely trying to start pre-orchestrated disputes with the Property Managers/Property Owners for ALL THE DEFENDANTS to have The Plaintiff and her family illegally and unconstitutionally jailed so that The Plaintiff would forfeit her lawsuits against ALL OF THE DEFENDANTS. The Plaintiff and her domestic partner make well over enough to move in those

properties, and they were purposely trying to keep them at her family's house where they are pumping torturous toxic chemicals/spraying toxic chemicals/introducing toxic chemicals in this home that has made them all sick on several occasions. In year 2021 The Plaintiff emailed manufacturer for Audi in Germany regarding a lot of attacks and how she was suing The Defendants and that she declined in / did not consent to any form of experimentation, so they knew of the situation and decided to collude with The Defendants and exploit the already exploited victims. The Defendants activated an account through Audi without her consent and further allowed the criminal participants to harass, stalk, assault, and poison The Plaintiff and her family inside of her car. This particular tracking system service is also an emergency service, and first responders can lock and unlock your vehicle with this service activated. The Defendants were in and out of The Plaintiffs car illegally using the excuse of it possibly being for emergency services that The Plaintiff never called for and didn't need. Since 2019 having racist unjust encounters with rogue police officers, obstruction by U.S. Government Employee's blatantly and unconstitutionally obstructed the judiciary processes for The Plaintiff and her family, The Plaintiff doesn't trust anyone that works in and for The U.S. Government. The Plaintiff wouldn't agree/and or give consent for no U.S. Government Employee or Private Companies Employees pimps to have access to her personal property, NEVER. The Defendants didn't offer to pay for The Plaintiffs car to be paid off so that she could have her titles nor did The Defendants offer to purchase a Private property/HOME out right so that The Plaintiffs could OWN the DEEDS to that property. The Defendants didn't offer foreign currencies or foreign private and commercial properties to The Plaintiffs. The Defendants didn't take The Plaintiffs to the Hermes and Chanel stores to purchase $30,000.00 and $40,000.00 bags or to The Rolex and Cartier Stores/Jewelers to purchase any luxury items that holds its values and or increases its value over time. The Defendants didn't offer to purchase commercial properties/buildings out right and give The Plaintiffs the DEEDS. The Defendants didn't offer The Plaintiffs STOCKS in their private companies. The Defendants didn't offer E-GOLD ACCOUNTS so

that The Plaintiffs owned out right GOLD BARS. The Defendants didn't offer to pay The Plaintiffs children college and private school tuition. NONE OF THE DEFENDANTS ACH TRANSFER THE PLAINTIFFS WHAT THEY ARE DEMANDING IN THIS LAWSUIT EVER. THE DEFENDANTS DIDN'T OFFER ANY FORM OF FINANCIAL COMPENSATION AFTER THEY ALL GOT CAUGHT IN THEIR HUMAN TRAFFICKING CRIMES AGAINST THE PLAINTIFFS. The Defendants didn't want to believe that The Plaintiffs knew their worth. Historically The Defendants are ok with paying off white Americans after they have tortured white Americans on American soil. The Defendants have in fact Human Trafficked The Plaintiffs and caused physical and mental damages. The Defendants actions have shown racial discrimination and systemic racism because The Defendants fork over civil monies to white Americans that have been wronged by them with no problem. The Defendants believe that white Americans deserve any form of justice. The Defendants have a hard time grasping the concept that ALL AMERICANS ARE EQUAL. A wrong is a wrong, and torture is torture, doesn't matter if The Plaintiffs are White or Black. The Plaintiffs in this case are Black African Americans and The Plaintiff ALWAYS KNEW HER WORTH. The Plaintiff doesn't TOLERATE BULLYING FROM ANYONE. THE PLAINTIFF DOESN'T ALLOW PEOPLE/GOVERNMENTS/OR WHOM EVER TO TAKE ADVANTAGE OF HER AS THE DEFENDANTS ALL DID WITHOUT HER CONSENT WHICH MAKES THEM HUMAN TRAFFICKING PIMPS. The Plaintiff has worked extremely hard in her career to accomplish what she was able to accomplish in the past because again The Plaintiff always knew her WORTH. The Plaintiff has NEVER in her entire life worked extremely hard and after she worked extremely hard for her finances forked her finances over to a PIMP. The Plaintiff has never had a PIMP AND NEVER BEEN PIMPED UNTIL THE PLAINTIFF TOLD THE TRUTH ABOUT WHAT HAPPENED IN FRONT OF HER AS A WITNESS. The Defendants can't just perform surgeries because they are greedy HUMAN TRAFFICKING PIMPS and MAKE MONEY WITHOUT THE CONSENT OF THE BLACK AFRICAN AMERICAN ON AMERICAN SOIL AS THEY DID IN THIS CASE. THE HUMAN TRAFFICKING PIMP DEFENDANTS JUST CAN'T COMPLETELY TAKE CONTROL OVER

THE PLAINTIFFS PRIVATE AND RENTAL VEHICLES THAT THE PLAINTIFF PAYS/PAID FOR TO UPLOAD PROGRAMS AND ADD DEVICES THAT COULD'VE GOTTEN THE PLAINTIFFS IN ACCIDENTS FOR DANGEROUS RESEARCH SO THE THAT PIMP DEFENDANTS CAN MAKE MONEY WITHOUT THE PLAINTIFFS CONSENT AS THE DEFENDANTS DID IN THIS CASE. WE DO NOT LIVE IN A DICTATORSHIP. The truth in America doesn't constitute getting PIMPED BY THE SLAVE MASTER WANNABE HUMAN TRAFFICKING PIMP DEFENDANTS as THEY LITERALLY HAVE PIMPED THE PLAINTIFFS IN THIS CASE WHICH IS SLAVERY. WHAT THE DEFENDANTS DID TO THE PLAINTIFFS IN THIS CASE THEY WOULD'VE NEVER TRIED THAT IF THE PLAINTIFFS WERE WHITE AMERICANS. The Human Trafficking device that was illegally installed in The Plaintiffs private Audi Vehicle in this case was literally named 911-SOS-DO NOT DELETE, THATS what appeared on her vehicle MMI menu screen, this was strategically named that so that when The Plaintiff asked a mechanic, she would be told that it was a computer error. The Plaintiff and her family were able to capture for evidence almost all of the attacks from The Defendants, so therefore The Defendants don't have ANY CREDIBILITY. The Plaintiff and her family believe these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for/consented/authorized for any Apps, by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors

here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now, nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi- Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia. Some relatives have had sinus drippings for weeks. It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employees/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff's family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employees/Affiliate's. The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a later time. The Plaintiff is a Black American in America and The WHOLE

ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee's violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder her to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. The Plaintiffs will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? ALL OF THE DEFENDANTS/U.S. Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases, these attacks and attempts literally happened to The Plaintiffs. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her family's lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WERE ABLE TO FILE PAST LAWSUITS AND THIS ONE AGAINST THE UNITED STATES GOVERNMENT FEDERAL DEPARTMENT EMPLOYEES AND PRIVATE COMPANIES DEFENDANTS. THE PLAINTIFF JOB AS A PARENT IS TO FIGHT FOR AND PROTECT HER CHILDREN FROM THE VERY AMERICAN GOVERNMENT THAT COMMITTED CRIMES AGAINST THE PLAINTIFFS SINCE THE PLAINTIFFS OWN AMERICAN GOVERNMENT WASN'T WILLING TO PROPERLY ASSIST HER AND HER DAUGHTER IN THESE MATTERS AND IN PAST MATTERS THAT THE U.S. GOVERNMENT TRIED TO COVER UP FOR EACH OTHER AND FOR PRIVATE COMPANIES FOR FINANCIAL PROFITS. NO ONE IN GOVERNMENT CARED ENOUGH TO NOT ACCEPT MONEY AND DO THE RIGHT THING. AGAIN, THE BIGGEST HUMAN TRAFFICKING RICO CRIMINALS ON THE PLANET EARTH. THE PLAINTIFFS DESERVE FREEDOM FROM SLAVERY THAT WAS SUPPOSEDLY ABOLISHED IN THIS COUNTRY THAT IS ALSO ILLEGAL. THE DEFENDANTS EXPOSED

THEMSELVES BY BEING GREEDY HUMAN TRAFFICKING
EXPLOITERS.

79.   THE PLAINTIFF'S DAUGHTER IN THIS CASE IS A MINOR CHILD
(40 MONTHS/THREE (3) YEARS OLD). Rule 5.2. Privacy
Protection for Filings Made with the Court: (a) Redacted Filings.
Unless the court orders otherwise, in an electronic or paper filing
with the court that contains an individual's social-security
number, taxpayer-identification number, or birth date, the name
of an individual known to be a minor, or a financial-account
number, a party or nonparty making the filing may include only:
(1) the last four digits of the social-security number and taxpayer-
identification n·umber; (2) the year of the individual's birth; (3)
the minor's initials; and (4) the last four digits of the financial -
account number . (b) Exemptions from the Redaction
Requirement. The redaction requirement does not apply to the
following: (1) a financial-account number that identifies the
property allegedly subject to forfeiture in a forfeiture proceeding.
(2) the record of an administrative or agency proceeding; (3) the
official record of a state- court proceeding; (4) the record of a
court or tribunal, if that record was not subject to the redaction
requirement when originally filed; (5) a filing covered by Rule
5.2(c) or (d) ; and (6) a prose filing in an action brought under 28
U.S.C. §§2241, 2254, or 2255. (c) Limitations on Remote Access to
Electronic Files; Social- Security Appeals and Immigration Cases.
Unless the court orders otherwise, in an action for benefits under
the Social Security Act, and in an action or proceeding relating to
an order of removal, to relief from removal, or to immigration
benefits or detention, access to an electronic file is authorized as
follows: (1) the parties and their attorneys may have remote
electronic access to any part of the case file, including the
administrative record; (2) any other person may have electronic
access to the full record at the courthouse, but may have remote
electronic access only to: (A) the docket maintained by the court ;
and (B) an opinion, order, judgment, or other disposition of the
court, but not any other part of the case file or the administrative
record. (d) Filings Made Under Seal. The court may order that a
filing be made under seal without redaction. The court may later

unseal the filing or order the person who made the filing to file a redacted version for the public record. (e) Protective Orders. For good cause, the court may by order in a case: (1) require redaction of additional information; or (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court (f) Option for Additional Unredacted Filing Under Seal. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record. (g) Option for Filing a Reference List. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information. (h) Waiver of Protection of Identifiers. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal. The American Public Deserves to know what The American Government, Private Companies and their perverted racist employees did to The Black African American Plaintiffs, The Plaintiffs family, and witnesses in this case. The Plaintiff was also harassed by The Defendants to desperately attempt to have The Plaintiff work for The U.S. Government so that The U.S. Government would get out of liabilities against The Plaintiffs (The Plaintiff has proof of this as well). The Plaintiffs don't want this lawsuit filed under a seal.

80.   18 U.S. Code § 3509 - Child victims' and child witnesses' rights : (a) Definitions .-For purposes of this section-(1) the term "adult attendant" means an adult described in subsection (i) who accompanies a child throughout the judicial process for the purpose of providing emotional support; (2) the term "child" means a person who is under the age of 18, who is or is alleged to be- (A) a victim of a crime of physical abuse, sexual abuse, or exploitation ; or (B) a witness to a crime committed against another person; (3) the term "child abuse" means the physical or mental injury, sexual abuse or exploitation, or negligent treatment of a child; (4) the term "physical injury" includes lacerations,

fractured bones, burns, internal injuries, severe bruising or serious bodily harm; (5) the term "mental injury" means harm to a child's psychological or intellectual functioning which may be exhibited by severe anxiety, depression, withdrawal or outward aggressive behavior, or a combination of those behaviors, which may be demonstrated by a change in behavior, emotional response, or cognition; (6) the term exploitation" means child pornography or child prostitution; (7) term "multidisciplinary child abuse team" means a professional composed of representatives from health, social service, law enforcement, and legal service agencies to coordinate the assistance needed to handle cases of child abuse ; (8) the term " sexual abuse " includes the employment, use, persuasion, inducement, enticement, or coercion of a child to engage in, or assist another person to engage in, sexually explicit conduct or the rape, molestation, prostitution, or other form of sexual exploitation of children, or incest with children ; (9) the term "sexually explicit conduct" means actual or simulated- (A) sexual intercourse, including sexual contact in the manner of genital-genital, oral-genital, anal-genital, or oral -anal contact, whether between persons of the same or of opposite sex; sexual contact means the intentional touching, either directly or through clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse , humiliate, harass, degrade, or arouse or gratify sexual desire of any person; (B) bestiality; (C) masturbation; (D) lascivious exhibition of the genitals or pubic area of a person or animal; or (E) sadistic or masochistic abuse; (10) the term "sex crime" means an act of sexual abuse that is a criminal act; ( 11) the term "negligent treatment" means the failure to provide, for reasons other than poverty, adequate food, clothing, shelter, or medical care so as to seriously endanger the physical health of the child; and (12) the term "child abuse" does not include discipline administered by a parent or legal guardian to his or her child provided it is reasonable in manner and moderate in degree and otherwi se does not constitute cruelty. (b) Alternatives to Live In-Court Testimony.- (1) Child' s live testimony by 2- way closed circuit television .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's

attorney, or a guardian ad litem appointed under subsection (h) may apply for an order that the child's testimo~y be taken in a room outside the courtroom and be televised by 2- way closed circuit television . The person seeking such an order shall apply for such an order at least 7 days before the trial date, unless the court finds on the record that the need for such an order was not reasonably foreseeable. (B) The court may order that the testimony of the child be taken by closed-circuit television as provided in subparagraph (A) if the court finds that the child is unable to testify in open court in the presence of the defendant, for any of the follow i ng reasons : (i) The child is unable to tes t ify because of fear. (ii) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying (iii) The child suffers a mental or other infirmity. (iv) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (C) The court shall support a ruling on t he child' s inability to testify with findings on the record. In determining whether the impact on an individual child of one or more of the factors described in subparagraph (B) is so substantial as to justify an order under subparagraph (A), the court may question the minor in chambers, or at some other comfortable place other than the courtroom, on the record for a reasonable period of time with the child attendant, the prosecutor, the child's attorney, the guardian ad litem, and the defense counsel present. (D) If the court orders the taking of testimony by television, the attorney for the Government and the attorney for the defendant not including an attorney prose for a party shall be present in a room outside the courtroom with the child and the child shall be subjected to direct and cross-examination. The only other persons who may be permitted in the room with the child during the child' s testimony are- (i) the child' s attorney or guardian ad litem appointed under subsection (h) ; (ii ) persons necessary to operate the closed- circuit television equipment; (iii) a judicial officer, appointed by the court; and (iv) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child, including an adult attendant. The child' s testimony shall be transmitted by closed circuit television into the courtroom for viewing and hearing by the

defendant, jury, judge, and public. The defendant shall be provided with the means of private, contemporaneous communication with the defendant' s attorney during the testimony. The closed-circuit television transmission shall relay into the room in which the chi ld is testifying the defendant's image, and the voice of the judge. (2) Videotaped deposition of child .- (A) In a proceeding involving an alleged offense against a child, the attorney for the Government, the child's attorney, the child's parent or legal guardian, or the guardian ad litem appointed under subsection (h) may apply for an order that a deposition be taken of the child's testimony and that the deposition be recorded and preserved on videotape . (B) (i) Upon timely receipt of an application described in subparagraph (A) , the court shall make a preliminary finding regarding whether at the time of trial the child is likely to be unable to testify in open court in the physical presence of the defendant, jury, judge, and public for any of the following reasons: (I) The child will be unable to testify because of fear. (II) There is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying in open court. (III) The child suffers a mental or other infirmity. (IV) Conduct by defendant or defense counsel causes the child to be unable to continue testifying. (ii) If the court finds that the child is likely to be unable to testify in open court for any of the reasons stated in clause (i), the court shall order that the child's deposition be taken and preserved by videotape. (iii) The trial judge shall preside at the videotape deposition of a child and shall rule on all questions as if at trial. The only other persons who may be permitted to be present at the proceeding are- (I) the attorney for the Government; (II) the attorney for the defendant ; (III) the child's attorney or guardian ad litem appointed under subsection (h); (IV) persons necessary t o operate the videotape equipment; (V) subject to clause (iv), the defendant; and (VI) other persons whose presence is determined by the court to be necessary to the welfare and well-being of the child. The defendant shall be afforded the rights applicable to defendants during trial, including the right to an attorney, the right to be confronted with the witness against the defendant, and the right to cross - examine the child. (iv) If the preliminary finding of inability under clause (i) is based on

evidence that the child is unable to testify in the physical presence of the defendant, the court may order that the defendant, including a defendant represented prose, be excluded from the room in which the deposition is conducted. If the court orders that the defendant be excluded from the deposition room, the court shall order that 2-way closed circuit television equipment relay the defendant's image into the room in which the child is testifying, and the child's testimony into the room in which the defendant is viewing the proceeding, and that the defendant be provided with a means of private, contemporaneous communication with the defendant's attorney during the deposition. (v) Handling of videotape. - The complete record of the examination of the child, including the image and voices of all persons who in any way participate in the examination, shall be made and preserved on video tape in addition to being stenographically recorded. The videotape shall be transmitted to the clerk of the court in which the action is pending and shall be made available for viewing to the prosecuting attorney, the defendant, and the defendant's attorney during ordinary business hours. (C) If at t he time of trial the court finds that the child is unable to testify as for a reason described in subparagraph (B) (i), the court may admit into evidence the child's videotaped deposition in lieu of the child' s testifying at the trial. The court shall support a ruling under this subparagraph with findings on the record. (D) Upon timely receipt of notice that new evidence has been discovered after the original videotaping and before or during trial, the court, for good cause shown, may order an additional videotaped deposition. The testimony of the child shall be restricted to the matters specified by the court as the basis for granting the order. (E) In connection with the taking of a videotaped deposition under this paragraph, the court may enter a protective order for the purpose of protecting t he privacy of the child. (F) The videotape of a deposition taken under this paragraph shall be destroyed 5 years after the date on which the trial court entered its judgment, but not before a final judgment is entered on appeal including Supreme Court review. The videotape shall become part of the court record and be kept by the court until it is destroyed. (c) Competency Examinations. - (1) Effect of

federal rules of evidence. - Nothing in this subsection shall be construed to abrogate rule 601 of the Federal Rules of Evidence. (2) Presumption. - A child is presumed to be competent. (3) Requirement of written motion. - A competency examination regarding a child witness may be conducted by the court only upon written motion and offer to proof of incompetency by a party. (4) Requirement of compelling reasons. - A competency examination regarding a child may be conducted only if the court determines, on the record, that compelling reasons exist. A child's age alone is not a compelling reason. (5) Persons permitted to be present.-The only persons who may be permitted to be present at a competency examination are- (A) the judge; (B) the attorney for the Government; (C) the attorney for the defendant; (D) a court reporter; and (E) persons whose presence, in the opinion of the court, is necessary to the welfare and well-being of the child, including the child' s attorney, guardian ad litem, or adult attendant. (6) Not before jury. - A competency examination regarding a child witness shall be conducted out of the sight and hearing of a jury. (7) Direct examination of child. - Examination of a child related to competency shall normally be conducted by the court on the basis of questions submitted by the attorney for the Government and the attorney for the defendant including a party acting as an attorney prose. The court may permit an attorney but not a party acting as an attorney prose to examine a child directly on competency if the court is satisfied that the child will not suffer emotional trauma as a result of the examination. (8) Appropriate questions. - The questions asked at the competency examination of a child shall be appropriate to the age and developmental level of the child, shall not be related to the issues at trial, and shall focus on determining the child's ability to understand and answer simple questions. (9) Psychological and psychiatric examinations. Psychological and psychiatric examinations to assess the competency of a child witness shall not be ordered without a showing of compelling need. (d) Privacy Protection.- (1) Confidentiality of information.- (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall- (i) keep all documents that disclose the name or any other information concerning a child in a secure place to

which no person who does not have reason to know their contents has access; and (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information. (B) Subparagraph (A) applies to- ( i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding; (ii) employees of the court; (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in t he proceeding; and (iv) members of the jury. (2) Filing under seal. -All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court- (A) the complete paper to be kept under seal; and (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record. (3) Protective orders. - (A) On motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child. (B) A protective order issued under subparagraph (A) may- (i) provide that the testimony of a child witness, and the testimony of any other witness, when the attorney who calls the witness has reason to anticipate that the name of or any other information concerning a child may be divulged in the testimony, be taken in a closed courtroom; and (ii ) provide for any other measures that may be necessary to protect the privacy of the child. (4 ) Disclosure of information .-This subsection does not prohibit disclosure of the name of or other information concerning a child to the defendant, the attorney for the defendant, a multidisciplinary child abuse team, a guardian ad litem, or an adult attendant, or to anyone to whom, in the opinion of the court, disclosure is necessary to the welfare and well-being of the child.

(e) Closing the Courtroom. - When a child testifies the court may order the exclusion from the courtroom of all persons, including members of the press,

81.    The Plaintiff's sent their standard form 95's for all Federal Departments listed here through email to: (1.) Merrick Garland in His Official Capacity; The United States attorney general (AG) (DOJ) leads the United States Department of Justice and is the chief law enforcement officer of the federal government of the United States. The attorney general serves as the principal advisor to the president of the United States on all legal matters. The attorney general is a statutory member of the Cabinet of the United States. (2.) Christopher A. Wray in His Official Capacity; The director of the Federal Bureau of Investigation (FBI) is the head of the Federal Bureau of Investigation, a United States' federal law enforcement agency, and is responsible for its day- to - day operations. The FBI Director is appointed for a single 10- year term by the President of the United States and confirmed by the Senate. The FBI is an agency within the Department of Justice (DOJ), and thus the Director reports to the Attorney General of the United States. (3.) Alejandro N. Mayorkas in His Official Capacity; The United States secretary of homeland security (OHS) is the head of the United States Department of Homeland Security, the federal department tasked with ensuring public safety in the United States. The secretary is a member of the Cabinet of the United States. The position was created by the Homeland Security Act following the attacks of September 11, 2001. (4.) Louis DeJoy in His Official Capacity; The United States Postmaster General (PMG) is the chief executive officer of the United States Postal Service (USPS). The PMG is responsible for managing and directing the day- to - day operations of the agency. (5.) William J. Burns in His Official Capacity; The director of the Central Intelligence Agency (D/CIA) is a statutory office (50 U.S.C. § 3036) that functions as the head of the Central Intelligence Agency, which in turn is a part of the United States Intelligence Community. (6.) Xavier Becerra in His Official Capacity; The United States secretary of health and human services (DHHS) is the head of the United States Department of Health and Human

Services and serves as the principal advisor to the president of the United States on all health matters. The secretary is a member of the United States Cabinet. The office was formerly Secretary of Health, Education, and Welfare. In 1980, the Department of Health, Education, and Welfare was renamed the Department of Health and Human Services, and its education functions and Rehabilitation Services Administration were transferred to the new United States Department of Education. Patricia Roberts Harris headed the department before and after it was renamed. (7.) Dr. Robert Califf in His Official Capacity; The United States Commissioner of Food and Drugs is the head of the Food and Drug Administration (FDA), an agency of the United States Department of Health and Human Services. The commissioner is appointed by the president of the United States and must be confirmed by the Senate. The commissioner reports to the Secretary of Health and Human Services. (8.) Incumbent Lloyd Austin in His Official Capacity; The United States secretary of defense (DOD) (SecDef) is the head of the United States Department of Defense, the executive department of the U.S. Armed Forces, and is a high-ranking member of the federal cabinet. The secretary of defense's position of command and authority over the military is second only to that of the president of the United States, who is the commanded-in chief. This position corresponds to what is generally known as a defense minister in many other countries. The secretary of defense is appointed by the president with the advice and consent of the Senate and is by custom a member of the Cabinet and by law a member of the National Security Council. (9.) Incumbent Paul M Nakasone in His Official Capacity; The director of the National Security Agency (NSA) (DIRNSA) is the highest-ranking official of the National Security Agency which is a defense agency within the U.S. Department of Defense The director of the NSA also concurrently serves as the Chief of the Central Security Service (CHCSS) and as the commander of U.S. Cyber Command. As the director of the NSA and the chief of the CSC, the officeholder reports to the under secretary of defense for intelligence, and as the commander of U.S. Cyber Command, the officeholder reports directly to the secretary of defense. (10.) Lawrence A. Tabak in his Official Capacity is an American dentist and biomedical scientist

serving as the acting director of the National Institutes of Health. The National Institutes of Health, commonly referred to as NIH (with each letter pronounced individually) , is the primary agency of the United States government responsible for biomedical and public health research. It was founded in the late 1880s and is now part of the United States Department of Health and Human Services. Many NIH facilities are located in Bethesda, Maryland, and other nearby suburbs of the Washington metropolitan area, with other primary facilities on the Research Triangle Park in North Carolina and smaller satellite facilities located around the United States. The NIH conducts its own scientific research through the NIH Intramural Research Program (IRP) and provides major biomedical research funding to nonNIH research facilities through its Extramural Research Program. NONE OF THESE FEDERAL DEPARTMENTS EVER WROTE (NO RESPONSES FROM THE DEFENDANTS) THE PLAINTIFF ' S BACK REGARDING THIS CASE. NO U.S. FEDERAL DEPARTMENT IS EXEMPT FROM COMPLAINTS, GOD IS IN CONTROL NOT MAN.

82.   The Plaintiff is a CEO and there have been several assassinations attempts on The Plaintiff and her families lives since doing complaints with all U.S. Government Employee Departments involved. What are assassinations attempts? Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an-assassination is called an assassin or hitman. Between March 2021 and Present Day (August 2022) While the Plaintiff and her family vi sited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates,

Private Company Research/Illegal Human Experimentation Employee' s/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of my family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name of" National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rogue U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threatened, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employees to continue to cover up their crimes against innocent Plaintiffs who are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. These torture tactics are to desperately attempt to and her family crazy, attempt to artificially induce attempt to artificially induce mental illness, and or desired outcomes of drive The Plaintiff medical conditions, to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American allowing Citizens are discredited, illegally and unconstitutionally the continuation of domestic- counter-terrorism tactics on of interest illegally and unconstitutionally by U.S. Government, persons employee's , FBI informants, FBI Agents, OHS Agents, Retired ExMilitary Employees, Off duty Police Officers, Off Duty

Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S.Government contractors, U.S. Government subcontractors on American soil . On either January 29, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employee's/affiliates FBI informants, FBI Agents , OHS Agents, Retired Ex-Military Employee's, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #' s XlJ557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff' s domestic partner was eating out at Ray's on The River in Atlanta Ga with co-workers and a flesh-eating bug (biochemical weapon) was strategically placed in his food (Assassination attempts) , this pathogen ate out holes in his face within hours of leaving this restaurant. On February 4, 5, or 6, 2022 between 3pm and 9pm The Plaintiff's domestic partner and family went to Well Star Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080 and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative

Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness (aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid. These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as mentally ill to have his civil rights taken away. Those lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners co-workers ordered and ate the same meal that night, and they didn't get sick with a flesh-eating bug. The Plaintiff's domestic partner has never taken medication for seizures, nor has he ever taken any anti high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs who have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice, and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If the Plaintiff didn't document all and any no one would believe them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was

negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiffs and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel, toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle, and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with an EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went downstairs to get a refund to leave. The Plaintiff declined to call the police and ambulance; The Plaintiff didn't trust this unfortunate situation. Again, the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners

fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters are about. There is also a list of other unfortunate life-threatening incidents, The Plaintiff will definitely need a federal injunction (Federal Protection) against all parties involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primate's brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a

radiologist office on our own (without a referral/seeing a family physician prior) and pay for X-ray and ultrasound images for prior medical battery/medical procedures without her consent. The day The Plaintiff received the X- rays and Ultrasound images, her car had toxic chemicals (Assassination attempt) corning inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American 3. against soil. The Plaintiff and her family are being racially discriminated by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employee's / Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a pediatrician's office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (Assassination attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (Assassination-attempt) were introduced inside of her families' homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid-19. The Plaintiff literally had a conversation through messenger chat with this Private Company involved Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space (two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans who possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware / computer viruses was placed on her and her families' electronic devices so that their devices wouldn't work properly, and those meetings would be missed. All of these unfortunate incidents were definitely

politically motivated. We have every complaint and proof of petitions we signed in good faith.

83.    The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her family's house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up the entire home with white smoky cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a Water Treatment Chemical Production Plant for 6 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide/caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior who decided not to investigate what is being reported by a law-abiding tax paying citizen and who choose not to intervene will also be added to the complaint and lawsuit. (Another example of Assassination

attempts) 5. At The Plaintiff family's home and mailing address in Florida since March 2021 USPS Employees have tampered (Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class (The Plaintiff paid over $600.00 in this transaction) next day delivery for FTCA /FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #:8065373 for tracking# EJ684016689US on 12/03/2021 and Insurance Claim ID # : 8065453 for tracking # EJ684016922US on 12/04/2021.

84.   The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car zaps electrical charges to the top of whom ever is driving head every so often. The SOS beeps extremely loud (noise harassment) continuously while her and her family drive the car. Hazardous toxic chemicals (Assassination attempts are murders of a prominent or important person such as a head of state, head of government, politician, member of a royal family, or CEO . An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an assassin or hitman.) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix my car. The Plaintiff has receipt proof and video of times her and her family took her car to

get repaired so that the beeping stops. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer about these issues and nothing has been done. It's almost as if they are being told not to properly assist her. The Plaintiff's car isn' t supposed to have a router active, nor should it have Wi-Fi currently. The Plaintiffs Wi-Fi was canceled over six (6) months ago by the cars manufacturer because of the year of the car. In videos The Plaintiff and her family were able to capture for evidence it shows programs loading/updating in her car. The Plaintiff's car now has two (2) Wi-Fi icons along with a second cd icon, on videos The Plaintiff recorded you can see how the icons are clearly there when it shouldn't be double which is a clear indication that something extra was added to her car illegally without her consent. The Plaintiff's car doesn't come with two (2 ) Wi- Fi routers, certain car functions can be controlled with internet access. Like open car doors to maliciously cause the owner/driver harm, strategically place toxic chemical/bioweapons on surfaces , tamper/add- on pumping apparatuses possibly connected to her cars ale unit to remotely introduce chemicals on demand. If hired U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates criminals have access to your car which is a vulnerability, they can cause all kinds of illegal evil things from just having access to your car. The Plaintiff and her family believes these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in the background vitals for her daughter and her. The Plaintiff never signed up for / consented/authorized for any Apps, by any

Governments, Universities, College ' s , Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's , Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi-Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate 's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses . U.S. Government Employee' s/Affiliate' s and Private Company Employee' s/Affiliate' s intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia . Some relatives have had sinus drippings for weeks . It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff' s family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's . The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government employees/Affiliate's and Private

Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a lat er time . The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee ' s violating an innocent White American Man Constitutional Rights and how they tried to cover it up by trying to murder The Plaintiff to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. I will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? U.S . Government Employee's/Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her families lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFFS WAS ABLE TO FILE HER LAWSUIT AGAINST THE UNITED STATES GOVERNMENT. This case is related to another Plaintiffs Civil Case# l :22- CV-22105-JLK that was Filed with the Florida Federal Southern District in Miami Florida. This case is also related to The Plaintiff's other Civil Case No : l :22- CV3080-MHC and Civil Case No : l :23- CV- 0043-MHC that was filed in the Northern District of Georgia Federal Court as well as a TRO and Injunction for this case with all details of all crimes committed against The Plaintiff and her family. The Defendants installed a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which

constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle without a valid warrant and without her consent. The Private companies listed here below under# thirty eight (38) that own the OED II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch' s Corporation website regarding The Mojio Corporation it states " Integrated Connected Mobility Solutions : Mojo's cloud platform and Saas solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche Corporations it states" Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada. " ( All of The Defendants) The United States Government, All Of The Private Companies listed above, Memorial HealthCare System Inc, Memorial HealthCare System, Dr. Brittney Mason-Hirner OBGYN, MD Mariana Danet, MD Yoel A Hernandez-Rodriguez, The North Miami Beach Police Department, The City Of North Miami Beach, The Hollywood Police Department, The City Of Hollywood, The Entire State of Florida, The Entire Untied States Of America (USA), The Department of Justice (DOJ), The Department Of Homeland Security (OHS), The Federal Bureau of Investigations (FBI), The Central Intelligence Agency (CIA), The National Security Agency (NSA), The Department of Defense (DOD), The United States Postal Service (USPS), The National Institutes of Health (NIH), The

Department of Health and Human Services (DHHS), The Food and Drug Administration (FDA), Jane Does, John Does, and other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to illegally and unconstitutionally accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and to help illegally assist a white family from going to jail after they all LIED, this definitely offends justice and is a PERFECT EXAMPLE OF SYSTEMIC RACISM. The Plaintiff was absolutely right after all, The Defendants arrogantly conspired and actually executed all crimes The Plaintiff is seeking relief for. It' s blatantly clear that All Of The Defendants are all guilty of what The Plaintiff is seeking relief for. The Plaintiff was never a "If I can't beat them, join them kind of a person." The Defendants that work for The United States of America went on a Paid Public Relations campaign to attempt to protect the images of their billionaire private companies buddies by attempting to keep The Black African American Pro Se' Plaintiff in the blind through constant unconstitutional attacks on her and her family hoping she wouldn't make it to The Federal Courts to File her Lawsuits, The devil is Liar God said. The Plaintiff and her family will never trust no U.S. Government Employee/U.S. Government Department's nor will The Plaintiff EVER work for No Form Of Government neither will her children after all of these disgustingly extremely racist atrocities were committed (HUMAN TRAFFICKING/ INVOLUNTARY SERVITUDE/SLAVERY) in The State of Florida and in The State Of Georgia as if slavery isn't abolished, as if her and her daughter aren't Americans that were born in this country with guaranteed constitutional rights. Arrogant Racist Foolish Pride Is A Understatement In The Plaintiff's FTCA Federal Lawsuits Against The Entire Untied States of America. The Owners of the Mojio OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device that was illegally installed without The Plaintiffs consent are listed below : A. Mojio Inc. Corporate Offices 1080 Howe Street 9th Floor Vancouver, BC V6Z 2Tl Canada B. Mojio Inc. Corporate Offices 808 W Hastings Street #1100 Vancouver, BC V6C 2X4 Canada C. Mojio Inc. Corporate Offices 300 Orchard City Drive #100, Campbell, CA 95000 D. Microsoft One Microsoft Way, Redmond, WA 98052, E. T-

Mobile 3618 Factoria Blvd SE, Bellevue, WA 98006 , USA F. Deutsche Telekom Bonn HQ Friedrich-Ebert-Alleel 40 Germany G. Robert Bosch GmbH Robert-Bosch-Platz 1, 70839 Gerlingen, Germany H. Deutsche Telekom Bonn HQ Friedrich- Ebert-Alleel40 Germany Audi Ettinger Str . 105 , 85057 Ingolstadt , Germany J. Amazon Headquarters 410 Terry Ave. N Seattle, WA 98109 K. Vivint 10. SUBMISSION SHOW CAUSE Inc. 4931 North 300 Provo, UT 84604 IN THE PLAINTIFF'S THE PRO SE ' PLAINTIFFS NOTICE OF DOCUMENTS FOR THE PRO SE ' PLAINTIFFS RESPONSE TO ORDER TO EXTRA EXHIBITS and THE PRO SE ' PLAINTIFF 'S OPPOSITION/ANSWERS TO THE DEFENDANTS MOTION TO DISMISS EXTRA EXHIBITS FOR HER Case No : 1 : 22 - CV- 3080- MHC DATED JANUARY 15, 2023 Exhibits Marked 6.B is The Plaintiff' s evidence of her being harassed by Florida Police, The Broward County Clerk of Courts, and The United States Government that blatantly ignored the LAW and issued a FALSE parking ticket for a car that she rented. The Plaintiff's Domestic Partner at that time (In April, May, June, July, of year 2021) who was a Pro Se' Litigant was fighting his fraudulent criminal cases at The Eleventh Judicial Clerk of Courts and his child support/custody cases at The Broward County Clerk of Courts. The State Of Florida violated the Then Pro Se' Litigant Guaranteed constitutional rights as well as his family and his witnesses. Exhibits Marked 6.C is showing that Memorial Health Care System/Memorial Hospital Miramar Florida where The Plaintiff had her daughter in November year 2020 during the Covid-19 pandemic does in fact participate in Clinical Trials. Their clinical trials consist of: Adult oncology, Adult cardiology, Cystic fibrosis, Multiple sclerosis, Pediatric oncology and sickle cell, Pediatric Services, and much more. These same Exhibits marked 6.C also consist of an article for Perfect Match: FAU and Memorial Healthcare System Established Research Partnership (Research PACT). Also in these exhibits marked 6.C is an image of an implant designed that was placed inside of The Plaintiff at this hospital without her consent. This is Human Trafficking/Medical Battery/Involuntary Servitude/Illegal Human Experimentation. Exhibits Marked 6.D are are of a website, The Plaintiff's vehicle infotainment CarPlay system is being illegally restreamed on a

streaming service nationwide and internationally without her consent. Exhibits Marked 6.F is a copy of a Fifty-Eight (58) page WITHDRAWAL OF AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" dated November 20, 2021, for The Plaintiff's Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations , and Private Citizens . Exhibits Marked 6.G is a copy of a FOIA REQUEST that was sent through email December 6, 2021 to U.S . Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.H is a copy of a FOIA REQUEST Appeal that was sent through email January 2, 2022 U.S. Government Federal Departments for The Plaintiff's Julia M Robinson and her daughter. Exhibits Marked 6.I is a copy of emails sent and a Fifty- Eight (58) page NOTARIZED WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information f or Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent January 2, 2022 for The Plaintiff's Julia M Robinson and her daughter t hat was sent through USPS and Emailed to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.L are copies of The International Agency For Research on Cancer WHO Voluntary Contributions Account that has Private Foundations/Private Organizations , Private Companies, Private Americans, Federal Agencies that The Plaintiff in this case filed a TRO/Preliminary injunction on October 11 , 2022. This evidence proves the reason why The Plaintiff was denied an investigation from DHHS because DHHS is involved in the illegal ongoing human trafficking/involuntary servitude clinical trials without The Plaintiff's and her family's consent even after The Plaintiff sent them a WITHDRAWAL OF ALL AND ANY AUTHORIZATIONS, Permanent Revocation Of Authorization to Share Data, Permanent

Revocation of HIPAA Authorization, Permanent Revocation of HIPAA Authorization to Release Protected Health Information for Research Purposes, and "NO CONSENT FOR MEDICAL TESTING AND TREATMENT" sent November 20, 2021 and January 2, 2022 for Julia M Robinson and her daughter that was sent through USPS and Email to U.S. Government Federal Departments, Private Corporations, and Private Citizens. Exhibits Marked 6.Mare copies of a Switzerland Article about SG testing, a copy of Project SEAWave that is part of the European Research cluster on EMF's and Health (CLUEH) that also includes Project ETAIN, Project GOLIAT, and Project NextGEM. The Plaintiff and her family at their private residences, in their private vehicles, and on their electronic devices were illegally and unconstitutionally exposed to extremely dangerous high levels of radiation military weapons testing that is unfortunately done to psychiatric patients for people that have anxiety, dementia, schizophrenia, depression, Gaucher' s Disease, Parkinson's Disease, Alzheimer's Disease, and or Drug/Substance Abuse Disorders/Problems that neither does The Plaintiff nor her family have and never had. This evidence proves the reason why The Plaintiff and her family was denied investigations, was hung up on over the phone, wasn't written back, was gaslit, was repeatedly assaulted, was poisoned, was harassed, was treated like SLAVES, was ignored by our Federal Agencies and Private Companies on American soil that are involved/getting kick backs/pimping out The Plaintiff and her family/that was bribed in this illegal ongoing human trafficking/ involuntary servitude clinical trials without The Plaintiff's TIL THIS VERY DAY. The Plaintiff the Private Companies and Federal Agencies these Constitutional Violations against and her family's consent STILL underlined the and pointed out that are illegally involved in the Plaintiff and her family. Exhibits Marked 6.N are copies of OHS, CISA, NSA, and the CIA U.S. Federal Departments ABB Drive Composer, Automation Builder, and Mint WorkBench running illegal operations/programs/performing psychological experiments/operations/and uploading extremely dangerous high levels of radiation experimental military weapons testing in the form of APP's in the background that admit high levels of radiation that has repeatedly assaulted her and her family and has

destroyed their electronic devices, with the assistance of programs CWE and CAPEC With all Private Corporations involved assistance in The Plaintiff's private iPhone without The Plaintiff's consent. U.S. Federal Departments and Private companies were able to spy, change The Plaintiff's spelling in things she wrote, gps track her locations, assault her and her family, and destroy their electronic devices with these WEAPONS OF MASS DESTRUCTION. This was in and connected to The Plaintiffs private Apple iPhone and connected to an unknown administrator that also directed her to the Apple Corporation Website https ://www.iCloud.com/notes/096A_OPSqizXwFzRnl985-A#December_30,_2022 this OPS also matches a title under exhibits 6.M under Swiss Foundation 2021 on page five (5) Alexandre Allexandre DevOPS Engineer career title. NONE OF THE DEFENDANTS IN THE PRO SE ' PLAINTIFF'S COMPLAINTS HAVE ANY CREDIBILITY WHATSOEVER, THEY ALL BLATANTLY DISREGARDED/DIDN'T FOLLOW THE LAW AND THEY ALL HAD NO REGARD TO HOW THEIR EXTREME MAD SCIENTIST/demon NERD LIKE DIRECT SINISTER BARBARIC ACTIONS THAT NEGATIVELY AFFECTED THE PLAINTIFF'S AND THEIR FAMILY HEALTH FOR ALL OF THE DEFENDANTS GREEDY FINANCIAL GAIN TO FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF'S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON-ARTIST/SCAMMERS, UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

85.    I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of

an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors. Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/pre- clinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre- clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal  Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical

Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee's that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN AND SATISFY BILLIONAIRES, U.S. GOVERNMENT POLITICAL FAVORS , FOREIGN COUNTRIES JANE DOES AND JOHN DOES ALL DURING A WORLD PANDEMIC. THE PRO SE ' PLAINTIFF' S BLACK AFRICAN AMERICAN LIVES WERE UTTERLY AND COMPLETELY DISREGARDED FOR SYSTEMIC RACISM AND RICO/RACKETEERING RINGS BY ALL OF THE GREEDY, RACIST, CON -ARTIST/SCAMMERS , UNETHICAL, HUMAN TRAFFICKING, THIEVES SO CALLED PROFESSIONAL DEFENDANTS THAT SPEAK PROPER ENGLISH GRAMMAR WITH SUITS ON/ THAT WEAR SUITS ON AMERICAN SOIL AS IF THE CONSTITUTION AND THE BILL OF RIGHTS DOESN'T EXIST.

86.    I Julia M Robinson under penalty and perjury, my family, and witnesses have been bullied, assaulted, illegally surveilled, harassed, stalked, and other War Crimes committed by " ELITE " Police Units/Law Enforcement Units in The State of Florida and in Georgia. The Plaintiffs family and herself never submitted/agreed to becoming U.S. Government Federal Informants or any form of an employee through our government. These" ELITE " Police Units/Law Enforcement Units have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiffs family and herself jailed to avoid being accountable and continue to cover up for crimes committed against The Plaintiffs family and herself by " ELITE " Police Units/Law Enforcement Units like the ones listed in The Plaintiffs complaints along with other racist private hired criminal contractors and subcontractors . Out of retaliation and against The Plaintiffs family and herself constitutional rights, The Plaintiffs family and herself has also

illegally been subjected without any of their consents to aggressive racist assaults. These assaults gauged under so called biological/biochemical/preclinical research illegally approved without their consents that involved The Plaintiffs family and herself personal properties (private residence and private vehicles) being vandalized, broken into, tampered with, hacked, tap water intentionally contaminated (at water pumping stations in rural areas that pumps water and is connected to our private residence), central air conditioning systems (in residence and in vehicles) tampered with to intentionally introduce toxic/poisonous molds/chemicals/gases/vapors/carcinogens/pre-clinical drugs/V.O.C's, doors handles intentionally contaminated with toxic/poisonous substances/chemicals/molds/carcinogens/pre-clinical drugs and or electronic devices completely destroyed with military style malware. These unconstitutional extremely racist human trafficking/involuntary servitude assaults gauged under so called research (medical and environmental racism) are all fraudulently and illegally approved (with no compensation what so ever to The Plaintiffs family and herself) during Federal and State Emergencies (in Florida and Georgi a) by The Department of Justice Unethical Employee's, The Department of Defense Unethical Employee's, The Center for Disease Control Unethical Employee's, The Food And Drug Administration Unethical Employee's, The Environmental Protection Agency Unethical Employee's, The Federal Bureau of Investigations Unethical Employee's, The Department of Homeland Security Unethical Employee's, and Central Intelligence Agencies Unethical Employee's and other Federal Agencies that has artificially induced illnesses that has made The Plaintiffs family and herself ill on several occasions because of all their torturous war crime barbaric tactics because of SYSTEMIC RACISM. U.S. Government Employee' s that are open racist or closet racist unfortunately has historically and repeatedly abused their powers to illegally authorize, organize, and assist each other in barbaric targeted killings/assassinations, assaults, and setups because in their racist minds they don't believe and refuse to accept that ALL AMERICANS ALL EQUAL NO MATTER THE COLOR OF THEIR SKIN

AND SATISFY BILLIONAIRES, U. S . GOVERNMENT POLITICAL FAVORS, PROFESSIONAL UNETHICAL CRIMINALS, AND demonic CRIMINAL THAT THE CONSTITUTION AND BILL OF RIGHTS APPLY TO ALL AMERICANS. These extremely racist assaults that The Plaintiffs family and herself were illegally subjected to are over all genocide carried out by U.S. Government Employee' s on American soil because The Plaintiffs family and herself are seeking justice and or just for simply coexisting in America as if The Constitution doesn't apply to Black and Brown Americans. The Plaintiffs family and herself have never consented and will never consent to any form of human experimentation performed on The Plaintiffs family and herself by any Governments, Universities, College' s, Hospitals, Doctors, Insurance Companies, Attorney' s, Profited Organizations, Non- Profited Organizations, Military Department' s, Federal and State local Government Department' s, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space. None of these Entities pay The Plaintiffs family and herself bills nor have they financially compensated anyone in The Plaintiffs family and herself residence for illegally entering/subjecting The Plaintiffs family and herself into these torturous human trafficking/involuntary servitude slave master research projects that THEY ARE ALL ILLEGALLY FINANCIALLY PROFITING FROM. So yes, I agree to DISBAND" ELITE " Police Units/Law Enforcement Units which intern is really SYSTEMIC RACIST UNCONSTITUTIONAL GOVERNMENT EMPLOYEE ORGANIZED GANG RACKETEERING RING ACTIVITIES. The Plaintiffs family and herself will continue to pray for other Black and Brown American victims of police brutality, human rights violations, civil rights abuses, involuntary servitude abuses, targeted racist fraud abuses medical racism victims, and environmental racism abuses in America.

87.  At&t denied The Plaintiff Julia M Robinson the ability to turn on Kristian J. Halls phone account while he was in jail in The State of Florida illegally even after she showed them, she had power of attorney for him. At&t also STOLE THE PLAINTIFFS MONEY AND DIDN'T APPLY IT TO HIS BILL EVEN AFTER THE PLAINTIFF

SHOWED HER PROOF OF PAYMENTS. AT&T EMPLOYEES CONSPIRED WITH THE STATE OF FLORIDA TO KEEP THE PLAINTIFFS PHONE OFF SO THAT THE PLAINTIFF WOULD BE FORCED TO USE WIFI WHICH KEPT HER IN DANGEROUS SITUATIONS. At&t employees that drove an At&t vehicle also followed The Plaintiff from the The Eleventh Judicial Clerk of Courts to different locations. At&t employees came to where The Plaintiff was living in Miami Gardens several times tampering with wires at her family's home illegally and was CAUGHT ON CAMERA. AGAIN, A FAVOR FOR THE STATE OF FLORIDA. THE PLAINTIFF HAS PROOF OF THIS AS WELL.

88. The Plaintiffs Apple Device/iCloud had a lot of her evidence/research that she gathered for years against all The Defendants that's why The Defendants intentionally hacked her device to the point she could no longer get into her device iCloud. The Defendants knew that she could get into the iCloud with another device that's why Apple Reps made up that she turned on her recovery key and if she didn't have any other Apple product signed into her iCloud, she couldn't recover her recovery key/reset the recovery key that she didn't have turned on. If a recovery key was turned on this was done remotely without The Plaintiffs consent just like the evidence she was able to obtain in this same device that was remotely controlling, deleting, turning off and on controls/buttons, maneuvering through her Instagram App, uploading apps in background for so called developers/human traffickers that are actually subcontractors for The United States Government to spy through fake App updates on electronic devices. The Plaintiff and her family's calls were also being redirected and interfered with while calling these same companies for assistance. The Defendants knew she saved her evidence by doing a backup on her device and that she was trying to get it restored through private computers at home because Apple Inc. can see any time someone is in their Apple ID/iCloud. The Defendants also knew that The Plaintiff needed to restore her device and that she was going to possibly go to an Apple Store just as she did at Cumberland Mall in Atlanta Georgia. The Defendants knew if they were going to go along with the lie or as they are the

ones that turned on the recovery key if a recovery key was turned on like Apple Inc. said that is was, The Defendants had to make sure The Plaintiff Julia M. Robinson wasn't going to be able to get back in her Apple iPhone device by uploading more malware in the form of a restore like the store rep said it was that actually disabled the top of the device so that no one could get past the like new part of the settings/menu/initial setup to go further into the device just as they did to The Plaintiffs device. So, they lead The Plaintiff to the store for a restore for her Apple iPhone after they saw her online trying to restore her device, then they uploaded more malware disguised as a restore to upload the program that didn't allow her device to go past the like new setup. The Defendants also BROKE INTO HER PRIVATE VEHICLE to place toxic chemicals vapors while parked at this same mall (Cumberland Mall in Atlanta Georgia) so that when she got inside, she could possibly have some kind of erratic reaction that could have possibly gotten her arrested, killed, or sent to a mental institution (Political Abuse Of Psychiatry) which was another extremely desperate failed setup attempt which is FRAUD ORCHESTRATED BY CON-ARTIST in The State of Georgia that gladly commit crimes against Black African American Pro Se' Litigants that don't work for The United States of America and or work with or are affiliated with an organization. The Defendants (APPLE INC.) knew that she didn't have a device signed into her Apple ID /iCloud again because they could see everything in the background. The Plaintiff told the Apple Inc. reps over the phone that she was just logged into her iCloud on her family's device without the device prompting for her to put in a recovery key after the first store she went to during this time placed this malicious malware disguised as a restore on her device. The Plaintiff kept asking all the Apple Inc. Reps how come she was able to log in on her family's device without the device asking for a recovery key and then suddenly, it's a recovery key needed for her to get back into her Apple ID/iCloud. One Apple rep even hung up the phone after she asked this same question. Apple Inc. company reps over the phone kept telling The Plaintiff that she needed a recovery key or to be signed into her Apple ID on another Apple device prior. This malware was strategically placed on The Plaintiffs iPhone to

destroy her iPhone because of her Federal Court Cases because of what was inside of the iPhone that literally had everything to do with her cases so that The Plaintiff would prevail in her suits. This was also done to attempt to cut off The Plaintiffs communications to the outside world so that like (family and friends) couldn't talk to her on social media to check on her (to also desperately make The Plaintiff appear as if she was depressed to match fake made up medical notes/record so that The Defendants can KEEP GETTING THOSE ILLEGAL RESEARCH CHECKS OFF OF THE BACKS OF THE PLAINTIFFS). This was also done to attempt to show The Plaintiff who was attempting to control her court cases as if This Country isn't even America with no laws and regulations. The Plaintiff was able to log into the cloud on her relative's device but after she logged out of his device and tried to log back in it asked her for a recovery key that wasn't turn on by her, this was remotely turned on attempting to lock her out of her iCloud because of her evidence and for all of her court cases. Clearly someone or group is PR Campaigning to COVER-UP for U.S. Criminal Federal and Private Company Criminal hires. The Plaintiff limped along with this device because unfortunately, this was all she could afford at that time. The Plaintiff had this apple ID that was connected to this device for almost ten (10) years. The Plaintiff has obtained evidence of this device being remotely controlled and still not a private company or no one in our government has assisted The Plaintiff or granted The Plaintiff restraining orders which interns shows racial discrimination, biases, cheating/not abiding by the law/not properly applying the law, and prejudices towards The Appellant. Not no one in government nor any of these private companies have/had consent and pay The Plaintiffs and their families MONTHLY BILLS to continue torturous research without their consent attempting to bully The Plaintiff to take over The Plaintiffs cases desperately trying to make The Plaintiff appear as if she's incompetent so that she can't/couldn't represent herself, and or attempting to sabotage her court cases for political associations and reasons clearly. All of these extremely racist life-threatening unfortunate crimes orchestrated and committed by U.S. Government Employees and Private Corporations Criminal Hires against The

Plaintiffs Constitutional Rights crimes fall under extraordinary circumstances beyond The Plaintiffs control explained in this motion and in her motion, she filed on August 25, 2023, with The Court of Appeals. This incident explained in this paragraph happened between August and September 2023 at The Apple Inc. Store at the Cumberland Mall in Atlanta Georgia. All communications in person, over the phone, and through email will be subpoenaed by The Plaintiff for this case. Apple Inc. has assisted The U.S. government in on attempting to sabotage The Plaintiffs cases. Apple Inc. is responsible for their employees' liabilities. APPLE INC CONSPIRED WITH THE STATE OF FLORIDA AND ILLEGALLY DELETED THE PLAINTIFF'S DELIVERY PICTURES OF NEWBORN AND NEW BORNS DELIVERY PICTURES WHICH SHOWS THE HUMAN TRAFFICKING U.S. GOVERNMENT EMPLOYEE DOCTORS AND STAFF THAT POSED WITH THE PLAINTIFF AND HER FAMILY PLAINTIFF IN THIS CASE. ANY MOTHER KNOWS THAT PICTURES OF THEIR DELIVERIES OF THEIR CHILDREN HAVE SENTIMENTAL VALUE AND THOSE MOMENTS CAPTURED ARE PRICELESS. APPLE INC. EMPLOYEES ASSISTED WITH THE DELETION OF THOSE PICTURES TO FURTHER TORTURE THE PLAINTIFFS MOTHER DESPERATELY ATTEMPTING TO MENTALLY BREAK THE PLAINTIFF AFTER THEY LITERALLY HUMAN TRAFFICKED HER AND HER DAUGHTER AT THAT HOSPITAL. APPLE INC ALSO ILLEGALLY DELETED THE PLAINTIFFS APPLE ID FOR THE DEFENDANTS WHICH HAD PICTURES AND VIDEOS OF EVIDENCE FOR YEARS THAT THE PLAINTIFF GATHERED FOR HER CASES. APPLE INC ALSO HAD DOCTORS UNDER THEIR EXPERIMENTAL PROGRAMS UPLOADED ILLEGAL PROGRAMS TO THE PLAINTIFFS T-Mobile PHONES AND T-Mobile KNEW ALL ABOUT IT AS APPLE INC SAT ON THE SIDE OF THE ROADS/PLACES WHERE THE PLAINTIFF DROVE AND TEST/UPLOAD EXTREMELY DANGEROUS RADIATION PROGRAMS TO THE PLAINTIFF'S VEHICLE TO THE DEVICE THAT WAS PLACED ON THE PLAINTIFF'S VEHICLE ILLEGALLY. APPLE INC KNEW FOR YEARS WHAT THEIR CIA HUMAN TRAFFICKING DOCTORS WERE DOING TO THE PLAINTIFF AND HER FAMILY.

89.    ALL OF THE DEFENDANTS IN THIS CASE AND PREVIOUS
CASES ARE HIRING INFORMANTS/OFF DUTY LAW
ENFORCEMENT/OFF DUTY GOVERNMENT EMPLOYEES TO
ILLEGALLY BREAK IN THE PLAINTIFFS HOME AND PUT LEAD,
COBALT, OTHER HEAVY METALS, AND PESTICIDES IN THE
PLAINTIFFS FOOD IN THE REFRIGERATOR, CABINETS, AND
FREEZER, IN THE PLAINTIFFS LIQUID SOAP AND OTHER
PERSONAL PRODUCTS THAT THE PLAINTIFF AND HER FAMILY
USES. THE WHITE RACIST NEIGHBORS IN THIS NEIGHBORHOOD
STAND BY AND LOOK THE OTHER BECAUSE THEY ARE GETTING
PAID FROM THE DEFENDANTS AND PRIOR DEFENDANTS IN
OTHER CASES TO LOOK THE OTHER WAY AND THEY ARE ALSO
ASSISTING IN ON THE ASSAULTS BY SPRAYING THE PLAINTIFFS
RESIDENCE OUTSIDE AND PERSONAL VEHICLES WITH
CHEMICALS AND HEAVY METALS DESPERATELY ATTEMPTING
TO COVER UP FOR THE DEFENDANTS IN THIS CASE AND
PREVIOUS CASES. THESE ARE MURDER ATTEMPTS ON THE
PLAINTIFFS LIVES AND THE AMERICAN PUBLIC WILL KNOW
EVERYTHING THE DEFENDANTS DID AND WHY THEY HAVE
CONTINUED TO ILLEGALLY VIOLATE THE PLAINTIFF AND HER
FAMILIES CONSTITUTIONAL RIGHTS DESPERATELY TRYING TO
STOP THE PLAINTIFFS FROM FILING LAWSUITS AND
DESPERATELY ASSISTING IN THE ASSAULTS BECAUSE THEY ARE
ALL RACIST COWARDS (THROWING ROCKS AND HIDING THERE
HANDS) IF THE BLACK AFRICAN AMERICAN DID THE SAME
THINGS AS FAR AS THESE CRIMES THAT ARE BEING
COMMITTED REPEATEDLY BY THESE WHITE RACIST COWARDS
(SO CALLED MEDICAL PROFESSIONALS AND U.S. GOVERNMENT
EMPLOYEES) IN THIS NEIGHBORHOOD THE ENTIRE WORLD
KNOWS THE PLAINTIFF WOULD'VE BEEN ARRESTED
IMMEDIATELY. THE PLAINTIFFS LIVE ON THE SAME STREET AS
RACIST MEDICAL PROFESSIONALS AND RACIST U.S.
GOVERNMENT EMPLOYEES THAT ARE GLADLY ASSISTING IN
THE MURDER ATTEMPTS FOR THE DEFENDANTS. THIS IS
HAPPENING IN SMYRNA GA, THEY ARE DESPERATELY HOPING
THAT THE PLAINTIFF AND FAMILY RUN THE LOCAL
GOVERNMENT IN THIS CITY SO THAT THEY CAN EXTORT THE
PLAINTIFF AND TELL HER THATS HOW IT WILL STOP. THE

PLAINTIFF AND HER FAMILY HAS LITERALLY SEEN ALL AND ANY SINCE 2019 AND NO ONE IN THE U.S. GOVERNMENT HAS CAME TO THEIR AID NEITHER HAS THE U.S. GOVERNMENT EVER GRANTED RETRAINING ORDERS BECAUSE IT IS FAVORS FOR THE U.S. GOVERNMENT EMPLOYEES THAT ARE PAYING THE INFORMANTS TO KEEP COMMITTING THE CRIMES AGAINST THE PLAINTIFFS AND THEIR FAMILIES. THE PLAINTIFFS WILL GLADLY NAME THE ADDRESS AND STREETS OUT LOUD IN OPEN COURT DESPERATELY NOT TRYING TO REVEAL WHERE SHE LIVES IN THIS LAWSUIT WHICH IS CLEARLY A TACTIC OF THE VERY SLICK RACIST U.S. GOVERNMENT EMPLOYEES IN THE EVENT SOMETHING HAPPENS AT THE PLAINTIFFS HOME THEY WILL LIE AND SAY THE PLAINTIFF TOLD THE ENTIRE WORLD WHERE SHE LIVES ALL THE WHILE IT WAS THEM COMMITTING THE CRIMES WITH INFORMANTS ASSISTANCE. THE PLAINTIFFS FAMILY WILL ALSO DO THE SAME.

90.  The Plaintiffs injuries resulted from intentional acts from The United States of America and Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Battery, Fraudulent Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians;

torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

91.   The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional

infliction of emotional distress against The Plaintiffs committed by
their employees The Defendants.

92.    The Plaintiffs properly served Audi Inc. and turned the proof
into this court. Aufi Inc. Is A defendant in this case. The Mojio
Device serial number will show who put that device illegally on
the Plaintiff Private Vehicle. The Plaintiffs are redacting who put
that device on her private vehicle, she is not sure. The serial
number will show exactly what company placed the device and
when from the serial numbers on the device itself. Every time The
Plaintiff went to The Audi Dealerships to ask for them to take off
any tracking devices or any devices that she didn't consent to have
placed on her vehicle, The Audi Dealership employees purposely
argued with the Plaintiff and acted as if they didn't know what she
was talking about in person in front of witnesses and over the
phone. They argued with the Plaintiff and her family to not help
her and o force them to leave. Audi Inc Breached he Contract for
service between The Plaintiff and That corporation. The Plaintiff
has arguments and conversations recorded for proof as well.

IV. Injuries

If you sustained injuries related to the events alleged above, describe your
injuries and state what medical treatment, if any, you required and did or
did not receive.

The Plaintiffs need surgery to have dangerous faulty illegal devices
removed as soon as possible. The Plaintiffs had facial burns/blisters from
radiation in vehicles. The Plaintiffs and family had headaches and still does
have headaches from the medical devices placed inside of them without
their consent. The Plaintiff children can never go to a regular school
because of what happened to her without her parents' consent. The
Plaintiffs daughter could not sleep on her back as a baby as the doctors
advised her parents too. The Plaintiffs daughter didn't drink and wasn't
given breast milk at all because of what happened to The Plaintiffs mother.
The Plaintiffs daughter has never gone to daycare because The Plaintiffs
don't trust people because of the amount of people involved in these
human trafficking crimes committed against The Plaintiffs. The Plaintiffs

daughter threw up all the time clear fluids as a little newborn baby and still sometimes as a toddler. Had The Plaintiffs daughter slept on her back as a baby and passed on the lying doctors would've said The Plaintiffs daughter passed on because of SIDS and not from what they placed inside of her without her parents' consent. The Plaintiffs daughter as a baby kept grabbing at the areas on her head where the illegal research medical devices were placed without her parent's consents. The Plaintiffs will never have a normal life again because of these extremely disgusting human trafficking crimes committed against them and how they had to file lawsuits and publicly humiliate and embarrass themselves to desperately get The Defendants to STOP.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering

with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

V.

Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

CAUSE OF ACTIONS, DAMAGES, BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS, GROUNDS AND RELIEF SOUGHT FOR PLAINTIFF JULIA M. ROBINSON

The United States Of America in the country's Official Capacity U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical

Expenses, Household Services ( In Home Services), Loss of Consortium,
Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,
Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,
Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are
demanding a jury trial and a Special Master to be appointed to their case.
The Defendants had a duty and owed service to The Plaintiffs/Victims. The
Defendants failed that duty and violated a promise or obligation to The
Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that
were directly caused by The Defendants actions or failure to act. The
Plaintiffs and her family are going to need hired security for the rest of their
lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount
of U.S. Government Employees that were hired by The Defendants to
conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.
Government Employees forever, Loss of Faith and Trust for any
organizations, Loss of Business Opportunities, Loss of Business, Damages to
Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of
Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional
Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty
too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,
and Other Charges. The Plaintiffs are demanding a jury trial and a Special
Master to be appointed to their case. The Defendants had a duty and owed
service to The Plaintiffs/Victims. The Defendants failed that duty and

violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.


GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id.

(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory

Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Travel Expenses, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts,

Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) The Central Intelligence Agency (CIA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and The Central Intelligence Agency (CIA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Amdt 8.4.7 Conditions of Confinement, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.


GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of

Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict
Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent
Concealment, The State Created Danger, Racial Discrimination, Retaliatory
Discrimination, Religious Discrimination, Theft, Attempted Murder,
Attempted Kidnappings, Attempted assassinations, Human
Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses,
Household Services ( In Home Services), Loss of Consortium, Loss of
Enjoyment of Life , Loss of Society and Companionship , Lost Wages,
Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,
Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Substantive Due Process, Conspiracy, and Other
Charges. The Plaintiffs are demanding a jury trial and a Special Master to be
appointed to their case. The Defendants had a duty and owed service to The
Plaintiffs/Victims. The Defendants failed that duty and violated a promise
or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries,
and damages that were directly caused by The Defendants actions or failure
to act. The Plaintiffs and her family are going to need hired security for the
rest of their lives because of the amount of Criminal so-called Professionals,
Corporations, and U.S. Government Employee's involved in these War
crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount
of U.S. Government Employees that were hired by The Defendants to
conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.
Government Employees forever, Loss of Faith and Trust for any
organizations, Loss of Business Opportunities, Loss of Business, Damages to
Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to

Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Travel Expenses, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Institute of Health (NIH) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The National Institute of Health (NIH) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Institute of Health (NIH) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S.Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Strict Liability, Conspiracy, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Amdt 8.4.7 Conditions of Confinement, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Xavier Becerra in his Official Capacity who serves as the Incumbent for The
Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania
Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section
241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of
Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies , and committees,

42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Substantive Due Process, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions

for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services (DHHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services (DHHS) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services (DHHS) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Duress, Undue Influence, Fraud, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings,

Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section

241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Substantive Due Process, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of

Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Strict

Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of

1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.

Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Travel Expenses, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes:

intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, The State Created Danger, Racial Discrimination, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal

Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Federal Bureau of Investigations (FBI) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Federal Bureau of Investigations (FBI) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Federal Bureau of Investigations (FBI) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S .

Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Security Agency (NSA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. Plaintiffs' injuries resulted from intentional acts from The National Security Agency (NSA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The National Security Agency (NSA) was careless in handling The Plaintiffs investigations against

their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Duress, Undue Influence, Fraud, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Justice (DOJ) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Justice (DOJ) who failed to behave with the level of care that someone of ordinary prudence would

have exercised under the same circumstances. The Department of Justice (DOJ) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Due Process, Religious Discrimination, Strict Liability, Conspiracy, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration (FDA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The

Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services Food and Drug Administration (FDA) (The Defendants) deprived The Plaintiffs of their

First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services Food and Drug Administration (FDA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services Food and Drug Administration (FDA) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are

completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional

Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Strict Liability, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
United States Department of Homeland Security (DHS) (The Defendants)
deprived The Plaintiffs of their First Amendment Rights, Fourth
Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights,
Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The
Plaintiffs injuries resulted from intentional acts from The United States
Department of Homeland Security (DHS) who failed to behave with the
level of care that someone of ordinary prudence would have exercised
under the same circumstances. The United States Department of Homeland
Security (DHS) was careless in handling The Plaintiffs Complaints and
investigations against their employees for Assault, Medical Battery, Battery,
Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42
U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§
1512 - Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes,
Substantive Due Process, Negligence, Strict Liability, Conspiracy,
Fraudulent Concealment, The State Created Danger, Racial Discrimination,
Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement Strict
Liability, Conspiracy, Due Process, Religious Discrimination, Theft,
Attempted Murder, Duress, Undue Influence, Fraud, Attempted
Kidnappings, Attempted assassinations, Human Trafficking/Involuntary
Servitude/Slavery, and intentional infliction of emotional distress against
The Plaintiffs committed by their employees The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has

explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HR 6794

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: . Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Breach of Contract, Duress, Undue Influence, Fraud, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder,, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§. 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of

Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to

Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process,

Negligence, Breach of Contract, Duress, Undue Influence, Fraud, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments

(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and AT&T Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and AT&T Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and AT&T Inc. was careless in handling their employees who they trained or didn't train to handle in store or over the phone customer service care regarding contracts, bill payments, and powers of attorney.

Kristian J Hall gave Julia M. Robinson Power of Attorney which they entered into a valid contract/Existence of a contract in The State of Florida. AT&T was found in Breach of Contract when AT&T employees didn't honor Kristian J Halls power of attorney to allow Julia M Robinson the ability to turn on his cellular phones on his account. This breach caused losses and damages with Julia M. Robinson. The United States and AT&T Inc. are responsible and liable for, Fraud Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Breach of Contract, Undue Influence, Conspiracy, Racial Discrimination, Theft, Retaliatory Discrimination, Due Process, Strict Liability, Religious Discrimination, Fraud, Theft, intentional infliction of emotional distress against The Plaintiff committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section
241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of
Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies , and committees,
42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§
1512 - Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict
Liability, Medical Battery, Assault, Battery, Substantive Due Process,
Negligence, Fraudulent Concealment, The State Created Danger, Racial
Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,
Attempted Murder, Attempted Kidnappings, Attempted assassinations,
Human Trafficking/Involuntary Servitude/Slavery, Future Medical
Expenses, Household Services ( In Home Services), Loss of Consortium,
Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,
Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,
Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are
demanding a jury trial and a Special Master to be appointed to their case.
The Defendants had a duty and owed service to The Plaintiffs/Victims. The
Defendants failed that duty and violated a promise or obligation to The
Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that

were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights,

and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted
from intentional acts from The United States of America and Mojio Inc. who
failed to behave with the level of care that someone of ordinary prudence
would have exercised under the same circumstances. The United States and
Mojio Inc. was careless in handling their employees who they trained or
didn't train to run military weapons testing, clinical trials testing, research
of any kind using their equipment that they illegally installed without the
Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs
operated her vehicle that subjected The Plaintiffs to extremely dangerous
high levels of radiation without The Plaintiffs consent and without
Financially Compensating The Plaintiffs for this so called research. The
United States, T-Mobile, and Mojio Inc. are responsible and liable for
Assault, Battery, Fraud Concealment, Duress, Undue Influence, Fraud, Strict
Liability, Conspiracy, Duress, Undue Influence, Fraud, Retaliatory
Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference,
coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness,
victim, or an informant, Obstruction of Justice: Witness Tampering (18
U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks
against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False
information and hoaxes, Substantive Due Process, Negligence, Fraudulent
Concealment, The State Created Danger, Conspiracy, Racial Discrimination,
Retaliatory Discrimination, Due Process, Religious Discrimination, Theft,
Attempted Murder, Strict Liability, Attempted assassinations, Amdt 8.4.7
Conditions of Confinement, Human Trafficking/Involuntary
Servitude/Slavery, and intentional infliction of emotional distress against
The Plaintiffs committed by their employees The Defendants. T-mobile is
also one of The owners of this Mojio Inc Device that was illegally placed on
The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract

Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Duress, Undue Influence, Fraud, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Amdt 8.4.7 Conditions of Confinement, Attempted Murder,Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

## GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

## CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -

War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy,

Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Racial Discrimination,

Retaliatory Discrimination, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Duress, Undue Influence, Fraud, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Apple Inc.
One Apple Park Way Cupertino, CA 95014

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.

014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any

organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Apple Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Apple Inc. was careless in handling their employees who they trained or didn't train to handle customer service calls, in store customer or over the phone customer service for Apple ID technical support troubleshooting, run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed through or with Apps, electronic device equipment, and software without the Plaintiffs consent on The Plaintiffs private vehicles and inside of The

Plaintiffs iPhone cellular device while The Plaintiffs operated her cellular device and her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, Apple Inc, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Fraud, Breach of Contract, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are

demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Audi Inc.
Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section
241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of
Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies , and committees,
42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§
1512 - Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict
Liability, Medical Battery, Assault, Battery, Substantive Due Process,
Negligence, Fraudulent Concealment, The State Created Danger, Racial
Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,
Attempted Murder, Attempted Kidnappings, Attempted assassinations,
Human Trafficking/Involuntary Servitude/Slavery, Future Medical
Expenses, Household Services ( In Home Services), Loss of Consortium,
Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,
Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,
Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional
Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional
Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are
demanding a jury trial and a Special Master to be appointed to their case.
The Defendants had a duty and owed service to The Plaintiffs/Victims. The

Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc.

(The Defendants) deprived The Plaintiffs of their First Amendment Rights,
Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment
Rights, Eighth Amendment Rights, and Their Fourteenth Amendment
Rights. The Plaintiffs injuries resulted from intentional acts from The
United States of America and Audi Inc. Who failed to behave with the level
of care that someone of ordinary prudence would have exercised under the
same circumstances. The United States and Audi Inc Was careless in
handling their employees who they trained or didn't train to run military
weapons testing, clinical trials testing, research of any kind using The
Plaintiffs private vehicle without her consent, while The Plaintiffs operated
her private vehicle that subjected The Plaintiffs to extremely dangerous
high levels of radiation without The Plaintiffs consent and without
Financially Compensating The Plaintiffs for this so called research. The
United States and Audi Inc. are responsible and liable for Assault, Battery,
Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of
Confinement, Racial Discrimination, 42 U.S. Code § 3617 - Interference,
coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness,
victim, or an informant, Obstruction of Justice: Witness Tampering (18
U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks
against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False
information and hoaxes, Substantive Due Process, Negligence, Fraudulent
Concealment, Strict Liability, The State Created Danger, Conspiracy, Racial
Discrimination, Breach of Contract, Duress, Undue Influence, Fraud,
Retaliatory Discrimination, Due Process, Religious Discrimination, Theft,
Attempted Murder, Attempted assassinations, Human
Trafficking/Involuntary Servitude/Slavery, and intentional infliction of
emotional distress against The Plaintiffs committed by their employees The
Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract

Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc USA/Audi America Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc USA/Audi America Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc USA/Audi America Inc. Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc USA/Audi America Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Breach of Contract, Duress, Undue Influence, Fraud, The State Created Danger, Strict Liability, Breach of Contract, Duress, Undue Influence, Fraud, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -

War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy,

Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Breach of Contract, Duress, Undue Influence, Fraud, The State

Created Danger, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Theft, Attempted Murder, Strict Liability, Attempted assassinations, Breach of Contract, Duress, Undue Influence, Fraud, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among

Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering ( 18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to

Private Property (Residential), Damages to Private Vehicles, Loss of
Consortium, Loss of Educational Opportunities, Loss of Education, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical
Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused
by illegal surgeries without consent, Physical Pain, Loss of certain functions
for body parts where the implants were illegally placed without consent,
The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to
Trust Anyone no matter what their professional titles are, Loss of Privacy,
Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of
Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional
Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty
too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,
and Other Charges. The Plaintiffs are demanding a jury trial and a Special
Master to be appointed to their case. The Defendants had a duty and owed
service to The Plaintiffs/Victims. The Defendants failed that duty and
violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered
actual losses, injuries, and damages that were directly caused by The
Defendants actions or failure to act. The Plaintiffs and her family are going
to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
United States of America (USA) and Enterprise Holdings Inc. (The
Defendants) deprived The Plaintiffs of their First Amendment Rights,
Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment
Rights, Eighth Amendment Rights, and Their Fourteenth Amendment
Rights. The Plaintiffs injuries resulted from intentional acts from The
United States of America and Enterprise Holdings Inc. who failed to behave
with the level of care that someone of ordinary prudence would have
exercised under the same circumstances. The United States and Enterprise
Holdings Inc. was careless in handling their employees who they trained or
didn't train to run military weapons testing, clinical trials testing, research
of any kind using their rental vehicles while The Plaintiffs operated and
rented those vehicles that subjected The Plaintiffs to extremely dangerous
high levels of radiation without The Plaintiffs consent and without
Financially Compensating The Plaintiffs for this so called research. The
United States and Enterprise Holdings Inc. are responsible and liable for

Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference,coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Breach of Contract, Duress, Undue Influence, Fraud, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that

someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Strict Liability, Medical Battery, Battery, Breach of Contract, Duress, Undue Influence, Fraud, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way Miramar, FL 33025

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that

someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Breach of Contract, Duress, Undue Influence, Fraud, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Strict liability, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Florida Atlantic University (FAU) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Florida Atlantic University (FAU) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States And

Florida Atlantic University (FAU) was careless in handling The Plaintiffs
complaints and investigations against their employees for Assault, Medical
Battery, Battery, Negligence, Duress, Undue Influence, Fraud, Fraudulent
Concealment, Strict liability, Theft, Conspiracy, Retaliatory Discrimination,
Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or
intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an
informant, Amdt 8.4.7 Conditions of Confinement, Obstruction of Justice:
Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War
crimes: intentional attacks against civilians; torture; unlawful confinement;
18 U.S. Code § 1038. False information and hoaxes, and intentional
infliction of emotional distress against The Plaintiffs committed by their
employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville, Florida 32207

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal

Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Dr. Brittney Mason-Hirner OBGYN (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Dr. Brittney Mason-Hirner who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Dr. Brittney Mason-Hirner OBGYN was careless in handling The Plaintiffs complaints and investigations against their employees for Theft,

Conspiracy, Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Retaliatory Discrimination, Strict liability, Amdt 8.4.7 Conditions of Confinement, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


MD Mariana Danet,
12515 Orange Dr STE 802 Davie, Fl 33330

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments

(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and MD Mariana Danet (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Mariana Danet who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Mariana Danet was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Duress, Undue Influence, Fraud, Theft,

Conspiracy, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, Retaliatory Discrimination, Racial Discrimination, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


MD Yoel A Hernandez - Rodriguez,
1901 SW 172 Ave Miramar, Fl 33029


CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.

014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any

organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Yoel A Hernandez - Rodriguez who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Yoel A Hernandez - Rodriguez was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Theft, Conspiracy, Racial Discrimination, and intentional infliction of emotional distress 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering

with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.


Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799


CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of

Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical

Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Amgen Inc. The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Battery, Fraud Concealment,, Duress, Undue Influence, Fraud,

Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617-Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive, Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

John Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal

Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, Substantive Due Process, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and John Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Private Corporations who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and John Does was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical

Battery, Battery, Theft, Strict Liability,, Duress, Undue Influence, Fraud, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Negligence, War Crimes, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Fraudulent Concealment, Retaliatory Discrimination, Racial Discrimination, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Jane Does

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of

1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Substantive Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S.

Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and Jane Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America, Private Corporations and Jane Does who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and Jane Does was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Battery, Amdt 8.4.7 Conditions of Confinement, Strict Liability, Negligence, War Crimes, Fraudulent Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S.

Code § 3617 - Interference, Duress, Undue Influence, Fraud, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

CAUSE OF ACTIONS, DAMAGES, BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS, GROUNDS AND RELIEF SOUGHT FOR PLAINTIFF KENDALL J. HALL

The United States Of America in the country's Official Capacity U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA)  (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was careless in handling The Plaintiffs investigations against their employees

for Assault, Medical Battery, Duress, Undue Influence, Fraud, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Amdt 8.4.7 Conditions of Confinement, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants..

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Travel Expenses, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) The Central Intelligence Agency (CIA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and The Central Intelligence Agency (CIA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States was

careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Duress, Undue Influence, Fraud, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.


GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Substantive Due Process, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Travel Expenses, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Institute of Health (NIH) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The National Institute of Health (NIH) who failed to behave with the level of care that someone of ordinary prudence would

have exercised under the same circumstances. The National Institute of Health (NIH) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, Strict Liability, Conspiracy, The State Created Danger, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Substantive Due Process, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services (DHHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services (DHHS) who failed to behave with the level of

care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services (DHHS) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Amdt 8.4.7 Conditions of Confinement, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, The State Created Danger, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Substantive Due Process, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence

would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, The State Created Danger, Strict Liability, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.


GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U . S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Travel Expenses, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Transportation (DOT) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Transportation (DOT) who failed to behave with the level of care that someone of ordinary prudence

would have exercised under the same circumstances. The Department of Transportation (DOT) was careless in handling The Plaintiffs investigations against their employees for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Duress, Undue Influence, Fraud, Strict Liability, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Substantive Due Process, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Federal Bureau of Investigations (FBI) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Federal Bureau of Investigations (FBI) who failed to behave with the level of care that someone of ordinary prudence

would have exercised under the same circumstances. The Federal Bureau of Investigations (FBI) was careless in handling The Plaintiffs investigations against their employees for Assault, Duress, Undue Influence, Fraud, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The National Security Agency (NSA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. Plaintiffs' injuries resulted from intentional acts from The National Security Agency (NSA) who failed to behave with the level of care that someone of ordinary prudence would

have exercised under the same circumstances. The National Security Agency (NSA) was careless in handling The Plaintiffs investigations against their employees for Assault, Duress, Undue Influence, Fraud, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Travel Expenses, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Justice (DOJ) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Justice (DOJ) who failed to behave with the level of care that someone of ordinary prudence would

have exercised under the same circumstances. The Department of Justice (DOJ) was careless in handling The Plaintiffs investigations against their employees for Assault, Duress, Undue Influence, Fraud, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Strict Liability, Conspiracy, Theft, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants..

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration (FDA) The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals,

Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The Department of Health and Human Services Food and Drug Administration (FDA) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The Department of Health and Human Services Food

and Drug Administration (FDA) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Department of Health and Human Services Food and Drug Administration (FDA) was careless in handling The Plaintiffs investigations against their employees for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Duress, Undue Influence, Fraud, Negligence, Amdt 8.4.7 Conditions of Confinement, Strict Liability, Fraudulent Concealment, The State Created Danger, Due Process, Religious Discrimination, Theft, Strict Liability, Conspiracy, Attempted Murder, Attempted Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security (DHS)

The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Substantive Due Process, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The

Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Strict Liability, Travel Expenses, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States Department of Homeland Security (DHS) (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The

Plaintiffs injuries resulted from intentional acts from The United States
Department of Homeland Security (DHS) who failed to behave with the
level of care that someone of ordinary prudence would have exercised
under the same circumstances. The United States Department of Homeland
Security (DHS) was careless in handling The Plaintiffs Complaints and
investigations against their employees for Assault, Medical Battery, Battery,
Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of
Confinement, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S.
Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes,
Substantive Due Process, Negligence, Strict Liability, Conspiracy,
Fraudulent Concealment, The State Created Danger, Racial Discrimination,
Retaliatory Discrimination, Strict Liability, Conspiracy, Due Process,
Religious Discrimination, Theft, Attempted Murder, Attempted
Kidnappings, Human Trafficking/Involuntary Servitude/Slavery, and
intentional infliction of emotional distress against The Plaintiffs committed
by their employees The Defendants.

GROUNDS FOR RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are
demanding money damages in the amount of 500,000,000.00 Five Hundred
Million Dollars.

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140 53113 Bonn, Germany Bonn District Court HR
6794

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171
and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal
Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments
(Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73
Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of
1964, Official Misconduct under Florida Statute 838. 022, Statute § 838.
014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among
Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.
Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section
241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of
Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies , and committees,
42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§
1512 - Tampering with a witness, victim, or an informant, Obstruction of
Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -
War crimes: intentional attacks against civilians; torture; unlawful
confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict
Liability, Medical Battery, Assault, Amdt 8.4.7 Conditions of Confinement,
Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The
State Created Danger, Racial Discrimination, Retaliatory Discrimination,
Religious Discrimination, Theft, Attempted Murder, Attempted
Kidnappings, Attempted assassinations, Human Trafficking/Involuntary
Servitude/Slavery, Future Medical Expenses, Household Services ( In Home
Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society
and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain
and Suffering, Special Damages, Lost Some Earning Capacity,
Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of
Privacy, Intentional Infliction of Emotional Distress, Slander, Libel,
Defamation, Breach of Duty too use Caution and Care, Constitutional torts,
Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial
and a Special Master to be appointed to their case. The Defendants had a
duty and owed service to The Plaintiffs/Victims. The Defendants failed that
duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs

suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights,

and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraudulent Concealment, Retaliatory Discrimination, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Amdt 8.4.7 Conditions of Confinement, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Strict Liability, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances:

A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

T-Mobile Inc.
PO Box 37380 Albuquerque, NM 87176-7380

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional

Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
United States of America (USA) and The Defendants) deprived The
Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth
Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights,
and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted
from intentional acts from The United States of America and Mojio Inc. who
failed to behave with the level of care that someone of ordinary prudence
would have exercised under the same circumstances. The United States and
Mojio Inc. was careless in handling their employees who they trained or
didn't train to run military weapons testing, clinical trials testing, research
of any kind using their equipment that they illegally installed without the
Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs
operated her vehicle that subjected The Plaintiffs to extremely dangerous
high levels of radiation without The Plaintiffs consent and without
Financially Compensating The Plaintiffs for this so called research. The
United States, T-Mobile, and Mojio Inc. are responsible and liable for
Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Strict
Liability, Conspiracy, Racial Discrimination, 42 U. S . Code § 3617-
Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes:
intentional attacks against civilians; torture; unlawful confinement; 18 U.S.
Code § 1038. False information and hoaxes, , Substantive Due Process,
Negligence, Fraudulent Concealment, Amdt 8.4.7 Conditions of
Confinement, Duress, Undue Influence, Fraud, The State Created Danger,
Conspiracy, Due Process, Strict Liability, Religious Discrimination, Theft,
Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and
intentional infliction of emotional distress against The Plaintiffs committed
by their employees The Defendants. T-mobile is also one of The owners of
this Mojio Inc Device that was illegally placed on The Plaintiffs private
vehicle. T-mobile was The Plaintiffs phone carrier as well.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising

under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Canada
808 W Hastings Street #1100 Vancouver, BC V6C 2X4

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft,

Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special

Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Strict Liability, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Due Process, Duress, Undue Influence, Fraud, Religious Discrimination, Theft, Attempted Murder, Strict Liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. United States
300 Orchard City Drive #100, Campbell, CA 95008

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of

Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to

Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Conspiracy, Substantive Due Process, Duress, Undue Influence, Fraud, Negligence, Strict Liability, Fraudulent Concealment, The State Created Danger, Conspiracy,

Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000 Sofia, 12356 6547

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S.

Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of

Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Mojio Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Mojio Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed without the Plaintiffs consent on The Plaintiffs private vehicles while The Plaintiffs operated her vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial

Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Amdt 8.4.7 Conditions of Confinement, Conspiracy, Duress, Undue Influence, Fraud, Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted assassinations, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Apple Inc.
One Apple Park Way Cupertino, CA 95014

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal

Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Apple Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Apple Inc. was careless in handling their employees who they trained or didn't train to handle customer service calls, in store customer or over the phone customer service for Apple ID technical support

troubleshooting, run military weapons testing, clinical trials testing, research of any kind using their equipment that they illegally installed through or with Apps, electronic device equipment, and software without the Plaintiffs consent on The Plaintiffs private vehicles and inside of The Plaintiffs iPhone cellular device while The Plaintiffs operated her cellular device and her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States, T-Mobile, Apple Inc, and Mojio Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Duress, Undue Influence, Fraud, Conspiracy, Deleting Documents/Evidence, deleting delivery pictures of The Plaintiff Kendall J. Hall, Due Process, Religious Discrimination, Amdt 8.4.7 Conditions of Confinement, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. T-mobile is also one of The owners of this Mojio Inc Device that was illegally placed on The Plaintiffs private vehicle.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law

claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc.
Ettinger Strass 70, Ingolstadt, Bayern, Germany 85057

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case.

The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:

Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, , Substantive Due Process, Negligence, Fraudulent Concealment, Strict Liability, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances:

A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Audi Inc USA/Audi America Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional

Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Audi Inc USA/Audi America Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Audi Inc USA/Audi America Inc. Who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Audi Inc USA/Audi America Inc. Was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using The Plaintiffs private vehicle without her consent, while The Plaintiffs operated her private vehicle that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Audi Inc USA/Audi America Inc. are responsible and liable for Assault, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id.

(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr St. Louis, Missouri 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations,

Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed

service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Amdt 8.4.7 Conditions of Confinement, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Enterprise Holdings Inc.
600 Corporate Park Dr Clayton, MO 63105

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful

confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of

Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Enterprise Holdings Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Enterprise Holdings Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Enterprise Holdings Inc. was careless in handling their employees who they trained or didn't train to run military weapons testing, clinical trials testing, research of any kind using their rental vehicles while The Plaintiffs operated and rented those vehicles that subjected The Plaintiffs to extremely dangerous high levels of radiation without The Plaintiffs consent and without Financially Compensating The Plaintiffs for this so called research. The United States and Enterprise Holdings Inc. are responsible and liable for Assault, Battery, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Strict Liability, Conspiracy, Racial Discrimination, Retaliatory Discrimination, Due Process, Religious Discrimination, Amdt 8.4.7 Conditions of Confinement, Theft, Attempted Murder, Human Trafficking/Involuntary Servitude/Slavery, and

intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue Miramar, FL 33029

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -

Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused

by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Breach of Contract, Duress, Undue Influence, Fraud, Strict Liability, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, Religious Discrimination, Attempted kidnapping, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Memorial Hospital Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way Miramar, FL 33025

CAUSES OF ACTIONS:

August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§

1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent,

The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. Memorial Hospital Miramar/Memorial Health Care System Inc. (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. Memorial Hospital Miramar/Memorial Health Care System Inc. was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Amdt 8.4.7 Conditions of Confinement, Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Religious Discrimination, Attempted kidnapping, Strict liability, Breach of Contract, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation,  (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Florida Atlantic University (FAU)
777 Glades Road Boca Raton, FL 33431

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful

confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of

Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Florida Atlantic University (FAU)  (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Florida Atlantic University (FAU) who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States And Florida Atlantic University (FAU) was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Strict liability, Theft, Conspiracy, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, Duress, Undue Influence, Fraud, Religious Discrimination, Attempted Kidnapping, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this

case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Dr. Brittney Mason-Hirner OBGYN,
1510 RiverPlace Boulevard Jacksonville, Florida 32207

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial

Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy,

and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Dr. Brittney Mason-Hirner OBGYN (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Dr. Brittney Mason-Hirner who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Dr. Brittney Mason-Hirner OBGYN was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Battery, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, Retaliatory Discrimination, Strict liability, Religious Discrimination, Attempted Kidnapping, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the

plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Mariana Danet,
12515 Orange Dr STE 802 Davie, Fl 33330

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical

Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and

violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and MD Mariana Danet (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and MD Mariana Danet who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and MD Mariana Danet was careless in handling The Plaintiffs complaints and investigations against their employees for Negligence, Theft, Duress, Undue Influence, Fraud, Conspiracy, Religious Discrimination, Fraudulent Concealment, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 1038. False information and hoaxes, Retaliatory Discrimination, Amdt 8.4.7 Conditions of Confinement, Racial Discrimination, Attempted Kidnapping, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of

action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MD Yoel A Hernandez - Rodriguez,
1901 SW 172 Ave Miramar, Fl 33029

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional

Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR
DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE:
Negligence, Intentional Wrongs, and Constitutional Rights Violations. The
United States of America (USA) and MD Yoel A Hernandez - Rodriguez, (The
Defendants) deprived The Plaintiffs of their First Amendment Rights,
Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment
Rights, Eighth Amendment Rights, and Their Fourteenth Amendment
Rights. The Plaintiffs injuries resulted from intentional acts from The
United States of America and
MD Yoel A Hernandez - Rodriguez who failed to behave with the level of
care that someone of ordinary prudence would have exercised under the
same circumstances. The United States and MD Yoel A Hernandez -
Rodriguez was careless in handling The Plaintiffs complaints and
investigations against their employees for Negligence, Fraudulent
Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud,
Religious Discrimination, Theft, Conspiracy, Amdt 8.4.7 Conditions of
Confinement, Racial Discrimination, and intentional infliction of emotional
distress 42 U. Code § 3617 - Interference, coercion, or intimidation,
Attempted Kidnapping, 18 U.S. Code § 1038. False information and hoaxes,
against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and
served the Defendants through The U.S. Federal District Court in Atlanta Ga
and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this
case. The Court has subject Matter jurisdiction over any civil action 'arising
under the Constitution, laws, or treaties of the United States.' 11 Id.
(quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the
plaintiffs' statement of his own cause of action shows that it is based upon
federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract
Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has
explained that a complaint arises under federal law in four circumstances:
A complaint arises under federal law if it: (1) states a federal cause of
action; (2) includes state-law claims that necessarily depend on a
substantial and disputed federal issue; (3) raises state- law claims that are
completely preempted by federal law; or (4) artfully pleads state- law
claims that amount to federal-law claims in disguise. The Plaintiffs are

demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Amgen Inc.
One Amgen Center Drive Thousand Oaks, Ca 91320-1799

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The

Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and Amgen Inc. The Defendants) deprived

The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Amgen Inc. who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States and Amgen Inc. was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The United States and Amgen Inc. are responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code § 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Due Process, Religious Discrimination, Theft, Attempted Murder, Amdt 8.4.7 Conditions of Confinement, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has

explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages,

Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

## DAMAGES:

Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Travel Expenses, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The

Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Black Rock Inc. and Black Rock Inc. Subsidiaries (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries was careless in handling their employees who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiff without consent of The Plaintiff parents (Black African American NewBorn Baby Girl) and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs parents that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall in The State of Florida. The United States, Black Rock Inc. and Black Rock Inc. Subsidiaries responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Amdt 8.4.7 Conditions of Confinement, Religious Discrimination, Retaliatory Discrimination, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, Duress, Undue Influence, Fraud, The State Created Danger, Conspiracy, Due Process, Religious Discrimination, Theft, Attempted Murder, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

John Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict

Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, Substantive Due Process, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Travel Expenses, Nerve Damage, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of

Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and John Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and Private Corporations who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and John Does was careless in handling The Plaintiffs complaints and investigations against their employees for Assault, Medical Battery, Battery, Theft, Strict Liability, Conspiracy, Duress, Undue Influence, Fraud, Negligence, War Crimes, 42 U.S. Code § 3617 - Interference, Amdt 8.4.7 Conditions of Confinement, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Fraudulent Concealment, Retaliatory Discrimination,

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon

federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

Jane Does

CAUSES OF ACTIONS:
August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies , and committees, 42 U. S . Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Strict Liability, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Substantive Due Process, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages,

Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

DAMAGES:
Loss of Faith in our Government to do what is right because of The Amount of U.S. Government Employees that were hired by The Defendants to conceal the reasons behind this Lawsuit., Loss of Faith and Trust in U.S. Government Employees forever, Loss of Faith and Trust for any organizations, Loss of Business Opportunities, Loss of Business, Damages to Private Property (Residential), Damages to Private Vehicles, Loss of Consortium, Loss of Educational Opportunities, Loss of Education, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, physical mutilation caused by illegal surgeries without consent, Physical Pain, Loss of certain functions for body parts where the implants were illegally placed without consent, The Plaintiffs need cosmetic surgeries, Nerve Damage, Travel Expenses, Loss in the Ability to Trust Anyone no matter what their professional titles are, Loss of Privacy, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Toxic Torts, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by

The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives.

BASIS FOR THE PLAINTIFFS 42 U.S. Code § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS PERSONAL INJURY LIABILITY CLAIMS ARE: Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA), Private Corporations, and Jane Does (The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America, Private Corporations and Jane Does who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The United States, Private Corporations, and Jane Does was careless in handling The Plaintiffs complaints and investigations against their employees for Theft, Conspiracy, Assault, Medical Battery, Breach of Contract, Duress, Undue Influence, Fraud, Battery, Duress, Undue Influence, Fraud, Strict Liability, Negligence, War Crimes, Fraudulent Concealment, Religious Discrimination, Retaliatory Discrimination, Racial Discrimination, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, Amdt 8.4.7 Conditions of Confinement, Attempted Kidnapping, (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants.

GROUNDS AND RELIEF SOUGHT:
The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances:

A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

MEMORANDUM OF LAW, ALLEGATIONS, and VIOLATIONS IN SUPPORT OF TRO and/or PRELIMINARY INJUNCTION

O.C.G.A.$ 9-11-65
(b) Temporary restraining order; when granted without notice; duration; hearing; application to dissolve or modify.
"A temporary restraining order may be granted without written or oral notice to the adverse party or his attorney only if: (1) It clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or his attorney can be heard in opposition; and (2) certifies to the court, in
writing, the efforts, if any, which have been made to give the notice and the reasons supporting the party's claim that notice should not be required.

42 U.S. Code§ 1985 - Conspiracy to interfere with civil rights
(1) Preventing officer from performing duties. If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure hiJ.l). in his person or property on account ofhis lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of this official duties;
(2) Obstructing justice; intimidating party, witness, or juror If two or more persons in any State or Territory conspire to deter, by force, intimidation,

or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, present men or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; (3) Depriving persons of rights or privileges If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection ofthe laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen ofthe United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

18 U.S. Code§ 241 - Conspiracy against rights
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by

the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured- They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation oft his section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Title 16. Crimes And Offenses
Chapter 5. Crimes Against A Person
Article 7. Stalking
16-5-90. Stalking
(a)(1) A person commits the offense of stalking when he or she follows, places under surveillance, or contacts another person at or about a place or places without the consent of the other person for the purpose of harassing and intimidating the other person. For the purpose of this article, the terms "computer" and "computer network" shall have the same meanings as set out in Code Section 16-9-92; the term "contact" shall mean any communication including without being limited to communication in person, by telephone, by mail, by broadcast, by computer, by computer network, or by any other electronic device; and the place or places that contact by telephone, mail, broadcast, computer, computer network, or any other electronic device is deemed to occur shall be the place or places where such communication is received. For the purpose oft his article, the term "place or places" shall include any public or private property occupied by the victim other than the residence of the defendant. For the purposes of-this article, the term "harassing and intimidating" means a knowing and willful course of conduct directed at a specific person which causes emotional distress by placing such person in reasonable fear for such person's safety or the safety of a member of his or her immediate family, by establishing a pattern of harassing and intimidating behavior, and which serves no legitimate purpose. This Code section shall not be construed to require that an overt threat of death or bodily injury has been made.
(2) A person commits the offense of stalking when such person, in violation of a bond to keep the peace posted pursuant to Code Section 17-6-110,

standing order issued under Code Section 19-1-1, temporary restraining order, temporary protective order, permanent restraining order, permanent protective order, preliminary injunction, or permanent injunction or condition of pretrial release, condition of probation, or condition o f parole in effect prohibiting the harassment or intimidation o f another person, broadcasts or publishes, including electronic publication, the picture, name, address, or phone number of a person for whose benefit the bond, order, or condition was made and without such person's consent in such a manner that causes other persons to harass or intimidate such person and the person making the broadcast or publication knew or had reason to believe that such broadcast or publication would cause such person to be harassed or intimidated by others. (b) Except as provided in subsection (c) of this Code section, a person who commits the offense of stalking is guilty o f a misdemeanor. (c) Upon the second conviction, and all subsequent convictions, for stalking, the defendant shall be guilty of a felony and shall be punished by imprisonment for not less than one year nor more than ten years.

(d) Before sentencing a defendant for any conviction of stalking under this Code section or aggravated stalking under Code Section 16-5-91, the sentencing judge may require psychological evaluation of the offender and shall consider the entire criminal record of the offender. At the time of sentencing, the judge is authorized to issue a permanent restraining order against the offender to protect the person stalked and the members of such person's immediate family, and the judge is authorized to require psychological treatment of the offender as a part of the sentence, or as a condition for suspension or stay of sentence, or for probation.

Chapter 7. Damage To And Intrusion Upon Property Article 2. Criminal Trespass And Damage To 16-7-21. Criminal trespass
(a) A person commits the offense of criminal trespass when he or she intentionally damages any property of another without consent of that other person and the damage thereto is$ 500.00 or less or knowingly and maliciously interferes with the possession or use of the property of another person without consent of-that person. (b) A person commits the offense of criminal trespass when he or she knowingly and without authority:
(1) Enters upon the land or premises of another person or into any part of any vehicle, railroad car, aircraft, or watercraft o f another person for an unlawful purpose; (2) Enters upon the land or premises of another person

or into any part of any vehicle, railroad car, aircraft, or watercraft of another person after receiving, prior to such entry, notice from the owner, rightful occupant, or, upon proper identification, an authorized representative of the owner or rightful occupant that such entry is forbidden; or (3) Remains upon the land or premises of another person or within the vehicle, railroad car, aircraft, or watercraft of another person after receiving notice from the owner, rightful occupant, or, upon proper identification, an authorized representative of the owner or rightful occupant to depart.

(c) For the purposes of subsection (b) of-this Code section, permission to enter or invitation to enter given by a minor who is or is not present on or in the property of the minor's parent or guardian is not sufficient to allow lawful entry of another person upon the land, premises, vehicle, railroad car, aircraft, or watercraft owned or rightfully occupied by such minor's parent or guardian if such parent or guardian has previously given notice that such entry is forbidden or notice to depart.

(d) A person who commits the offense of criminal trespass shall be guilty of a misdemeanor. (e) A person commits the offense of criminal trespass when he or she intentionally defaces, mutilates, or defiles any grave marker, monument, or memorial to one or more deceased persons who served in the military service of-this state, the United States ofAmerica or any of the states thereof, or the Confederate States ofAmerica or any of the states thereof, or a monument, plaque, marker, or memorial which is dedicated to, honors, or recounts the military service of any past or present military personnel of this state, the United States of America or any of the states thereof, or the Confederate States of America or any of the states thereof if such grave marker, monument, memorial, plaque, or marker is privately owned or located on land which is privately owned.

16-7-22. Criminal damage to property in the first degree

(a) A person commits the offense of criminal damage to property in the first degree when he: (1) Knowingly and without authority interferes with any property in a manner so as to endanger human life; or (2) Knowingly and without authority and by force or violence interferes with the operation of any system of public communication, public transportation, sewerage, drainage, water supply, gas, power, or other public utility service or with any constituent property thereof (b) A person convicted of the offense of

criminal damage to property in the first degree shall be punished by imprisonment for not less than one nor more than ten years.

16-7-23. Criminal damage to property in the second degree
(a) A person commits the offense of criminal damage to property in the second degree when he: (1) Intentionally damages any property of another person without his consent and the damage thereto exceeds $500.00; or (2) Recklessly or intentionally, by means of fire or explosive, damages property of another person. (b) A person convicted of the offense of criminal damage to property in the second degree shall be punished by imprisonment for not less than one nor more than five years.

Article 1 - BURGLARY§ 16-7-1 - Burglary
Universal Citation: GA Code § 16-7-1

a) As used in this Code section, the term:
(1) "Dwelling" means any building, structure, or portion there of which is designed or intended for occupancy for residential use.
(2) "Railroad car" shall also include trailers on flatcars, containers on flatcars, trailers on railroad property, or containers on railroad property.
(b) A person commits the offense of burglary in the first degree when, without authority and with the intent to commit a felony or theft therein, he or she enters or remains within an occupied, unoccupied, or vacant dwelling house of another or any building, vehicle, railroad car, watercraft, aircraft, or other such structure designed for use as the dwelling of another. A person who commits the offense of burglary in the first degree shall be guilty of a felony and, upon conviction thereof, shall be punished by imprisonment for not less than one nor more than 20 years. Upon the second conviction for burglary in the first degree, the defendant shall be guilty of a felony and shall be punished by imprisonment for not less than two nor more than 20 years. Upon the third and all subsequent convictions for burglary in the first degree, the defendant shall be guilty of a felony and shall be punished by imprisonment for not less than five nor more than 25 years.
(c) A person commits the offense of burglary in the second degree when, without authority and with the intent to commit a felony or theft therein, he or she enters or remains within an occupied, unoccupied, or vacant building, structure, vehicle, railroad car, watercraft, or aircraft. A person

who commits the offense of burglary in the second degree shall be guilty of a felony and, upon conviction thereof, shall be punished by imprisonment for not less than one nor more than five years. Upon the second and all subsequent convictions for burglary in the second degree, the defendant shall be guilty of a felony and shall be punished by imprisonment for not less than one nor more than eight years. (d) Upon a fourth and all subsequent convictions for a crime of burglary in any degree, adjudication of guilt or imposition of sentence shall not be suspended, probated, deferred, or withheld.

Chapter 9. Forgery And Fraudulent Practices 16-9-120. Definitions
As used in this article, the term:
(1) "Attorney General" means the Attorney General or his or her designee.
(2) "Business victim" means any individual or entity that provided money, credit, goods, services, or anything of value to someone other than the intended recipient where the intended recipient has not given permission for the actual recipient to receive it and the individual or entity that provided money, credit, goods, services, or anything of value has suffered financial loss as a direct result of the commission or attempted commission o f a violation o f this article. (3) "Consumer victim" means any individual whose personal identifying information has been obtained, compromised, used, or recorded in any manner without the permission of-that individual.
(4) "Health care records" means records however maintained and in whatever form regarding an individual's health, including, but not limited to, doctors' and nurses' examinations and other notes, examination notes o f other medical professionals, hospital records, rehabilitation facility records, nursing home records, assisted living facility records, results of medical tests, X-rays, CT scans, 1\1RI scans, vision examinations, pharmacy records, prescriptions, hospital charts, surgical records, mental health treatments and counseling, dental records, and physical therapy notes and evaluations. (5) "Identifying information" shall include, but not be limited to:
(A) Current or former names;
(B) Social security numbers;
(C) Driver's license numbers.
(D) Checking account numbers.
(E) Savings account numbers;
(F) Credit and other fmancial transaction card numbers;

(G) Debit card numbers.

(H) Personal identification numbers; (I) Electronic identification numbers;
(J) Digital or electronic signatures; (K) Medical identification numbers; (L)
Birth dates.

(M) Mother's maiden name;

(N) Selected personal identification numbers;

(0) Tax identification numbers.

(P) State identification card numbers issued by state departments.

(Q) Veteran and military medical identification numbers; and

(R) Any other numbers or information which can be used to access a
person's or entity's resources or health care records.

(6) "Resources" includes, but is not limited to:

(A) A person's or entity's credit, credit history, credit profile, and credit
rating;

(B) United States currency, securities, real property, and personal property
of any kind;

(C) Credit, charge, and debit accounts;

(D) Loans and lines of credit.

(E) Documents of-title and other forms of commercial paper recognized
under Title 11;

(F) Any account, including a safety deposit box, with a financial  institution
as defined by Code Section 7-1- 4, including a national bank, federal savings
and loan association, or federal credit union or a securities dealer licensed
by the Secretary of State or the federal Securities and Exchange
Commission;

(G) A person's personal history, including, but not limited to, records of
such person's driving records; criminal, medical, or insurance history;
education; or employment; and

(H) A person's health insurance, health savings accounts, health spending
accounts, flexible spending accounts, medicare accounts, Medicaid
accounts, dental insurance, vision insurance, and other forms of health
insurance and health benefit plans.

16-9-121. Elements of offense

(a) A person commits the offense of identity fraud when he or she willfully
and fraudulently:

(1) Without authorization or consent, uses or possesses with intent to
fraudulently use identifying information concerning a person;

(2) Uses identifying information of an individual under 18 years old over whom he or she exercises custodial authority;

(3) Uses or possesses with intent to fraudulently use identifying information concerning a deceased individual;

(4) Creates, uses, or possesses with intent to fraudulently use any counterfeit or fictitious identifying information concerning a fictitious person with intent to use such counterfeit or fictitious identification information for the purpose of committing or facilitating the commission of a crime or fraud on another person; or (5) Without authorization or consent, creates, uses, or possesses with intent to :fraudulently use any counterfeit or fictitious identifying information concerning a real person with intent to use such counterfeit or fictitious identification information for the purpose of committing or facilitating the commission of a crime or fraud on another person. (b) A person commits the offense of identity fraud by receipt of fraudulent identification information when he or she willingly accepts for identification purposes identifying information which he or she knows to be · fraudulent, stolen, counterfeit, or fictitious. In any prosecution under this subsection it shall not be

necessary to show a conviction of the principal thief, counterfeiter, or fraudulent user.

(c) The offenses created by this Code section &hall not merge with any other offense.

(d) This Code section shall not apply to a person under the age of21 who uses a fraudulent, counterfeit, or other false identification card for the purpose of obtaining entry into a business establishment or for purchasing items which he or she is not of legal age to purchase.

Chapter 11. Offenses Against Public Order And Safety Article 2. Offenses Against Public Order

16-11-37. Terroristic threats and acts

(a) As used in this Code section, the term "hazardous substance" shall have the same meaning as set forth in Code Section 12-8-92.

(b)(1) A person commits the offense of a terroristic threat when he or she threatens to:

(A) Commit any crime of violence;

(B) Release any hazardous substance; or

(C) Burn or damage property.

(2) Such terroristic threat shall be made:

(A) With the purpose o f terrorizing another.

(B) With the purpose of causing the evacuation of a building, place of assembly, or facility of public transportation.

(C) With the purpose of otherwise causing serious public inconvenience; or

(D) In reckless disregard of-the risk of-causing  the terror, evacuation, or inconvenience described in subparagraph (A), (B), or (C) of-this paragraph.

(3) No person shall be convicted under this subsection on the uncorroborated testimony of the party to whom the threat is communicated. (c) A person commits the offense of a terroristic act when:

(1) He or she uses a burning or flaming cross or other burning or flaming symbol or flambeau with the intent to terrorize another or another's household; (2) While not in the commission of a lawful act, he or she shoots at or throws an object at a conveyance which is being operated or which is occupied by passengers; or

(3) He or she releases any hazardous substance or any simulated hazardous substance under the guise of a hazardous substance : (A) For the purpose of terrorizing another; (B) For the purpose of causing the evacuation of a building, place of assembly, or facility of public transportation; (C) For the purpose of otherwise causing serious public inconvenience; or (D) In reckless disregard of the risk of causing the terror, evacuation, or inconvenience described in subparagraph (A), (B), or (C) of this paragraph. (d)(1) A person convicted of the offense ofa terroristic threat shall be punished as a misdemeanor; provided, however, that ifthe threat suggested the death of the threatened individual, the person convicted shall be guilty of a felony and shall be punished by a fine of not more than $1,000.00, imprisonment for not less than one nor more than five years, or both. (2) A person convicted of the offense of a terroristic act shall be punished by a fine of not more than $5,000.00, imprisonment for not less than one nor more than ten years, or both; provided, however, that if any person suffers a serious physical injury as a direct result of an act giving rise to a conviction under subsection (b) of this Code section, the person so convicted shall be punished by a fine of not more than 250,000.00, imprisonment for not less than five nor more than 40 years, or both.

(e) A person who commits or attempts to commit a violation of subsection (b) or (c) of this Code section shall, upon conviction thereof, be punished by a fee  of not less than $50,000.00, imprisonment for not less

than five nor more than 20 years, or both, when such act is done with the intent to retaliate against any person for or intimidate or threaten any person from: (1) Attending a judicial or administrative proceeding as a witness, attorney, judge, clerk of court, deputy clerk of court, court reporter, community supervision officer, county or Department ofJuvenile Justice juvenile probation officer, probation officer serving pursuant to Article 6 o f Chapter 8 o f Title 42, or party or producing any record, document, or other object in a judicial or official proceeding; or (2) Providing to a law enforcement officer, community supervision officer, county or Department of Juvenile Justice juvenile probation officer, probation officer serving pursuant to Article 6 of Chapter 8 of Title 42, prosecuting attorney, or judge any information relating to the commission or possible commission of an offense under the laws of this state or of the United States or a violation of conditions of bail, pretrial release, probation, or parole.

16-11-39.1. Harassing communications

(a) A person commits the offense of harassing communications if such person :

(1) Contacts another person repeatedly via telecommunication, e-mail, text messaging, or any other form of electronic communication for the purpose of harassing, molesting, threatening, or intimidating such person or the family of such person;

(2) Threatens bodily harm via telecommunication, e-mail, text messaging, or any other form of electronic communication.

(3) Telephones another person and intentionally fails to hang up or disengage the connection; or

(4) Knowingly permits any device used for telecommunication, e-mail, text messaging, or any other form of electronic communication under such person's control to be used for any purpose prohibited by this subsection.

(b) Any person who commits the offense of harassing communications shall be guilty of a misdemeanor. (c) The offense of harassing communications shall be considered to have been committed in the county where:

(1) The defendant was located when he or she placed the telephone call or transmitted, sent, or posted an electronic communication; or

(2) The telephone call or electronic communication was received.

(d) Any violation of this Code section shall constitute a separate offense and shall not merge with any other crimes set forth in this title. (e) This Code section shall not apply to constitutionally protected speech

Chapter 11. Offenses Against Public Order And Safety
Article 3. Invasion OfPrivacy
Part 1. Wiretapping, Eavesdropping, Surveillance, And Related Offenses
16-11-60. Definitions
As used within this part, the term:
(1) "Device" means an instrument or apparatus used for overhearing,
recording, intercepting, or transmitting sounds or for observing,
photographing, videotaping, recording, or transmitting visual images and
which involves in its operation electricity, electronics, or infrared, laser, or
similar beams. Without limiting the generality of the foregoing, the term
"device" shall specifically include any camera, photographic equipment,
video equipment, or other similar equipment or any electronic, mechanical,
or other apparatus which can be used to intercept a wire, oral, or electronic
communication other than (A) Any telephone or telegraph instrument,
equipment, or facility or any component thereof:
(i) Furnished to the subscriber or user by a provider of wire or electronic
communication service in the ordinary course of its business and being
used by the subscriber or user in the ordinary course of its
business or furnished by such subscriber or user for connection to the
facilities of such service and used in the ordinary course of its business; or
(ii) Being used by a provider of wire or electronic communication service in
the ordinary course of its business or by an investigative or law
enforcement officer in the ordinary course of his or her duties; or (B) A
hearing aid or similar device being used to correct subnormal hearing to
not better than normal; (C) Focusing, lighting, or illuminating equipment,
optical magnifying equipment; and
(D) A "pen register" or "trap and trace device" as defined in this Code
section.
(2) "Pen register" means a device or process which records or decodes
dialing, routing, addressing, or signaling information transmitted by an
instrument or facility from which a wire or electronic communication is
transmitted; provided, however, that such information shall not include the
contents of any communication; but such term does not include any device
or process used by a provider or customer of a wire or electronic
communication service for billing, or recording as an incident to billing~
for communications services provided by such provider or any device or
process used by a provider or customer of a wire communication service

for cost accounting or other like purposes in the ordinary course its business. (3) "Private place" means a place where there is a reasonable expectation o f privacy.

(4) "Trap and trace device" means a device or process which captures the incoming electronic or other impulses which identify the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication; provided, however, that such information shall not include the contents of any communication.

16-11-61. "Peeping Tom"

(a) It shall be unlawful for any person to be a "peeping Tom" on or about the premises of another or to go about or upon the premises of another for the purpose of becoming a "peeping Tom." (b) As used in this Code section, the term "peeping Tom" means a person who peeps through windows or doors, or other like places, on or about the premises of another for the purpose of spying upon or invading the privacy of the persons spied upon and the doing of any other acts of a similar nature which invade the privacy of such persons.

16-11-62. Unlawful eavesdropping or surveillance

It shall be unlawful for:

(1) Any person in a clandestine manner intentionally to overhear, transmit, or record or attempt to overhear, transmit, or record the private conversation of another which shall originate in any private place;

(2) Any person, through the use of any device, without the consent of all persons observed, to observe, photograph, or record the activities of another which occur in any private place and out of public view; provided, however, that it shall not be unlawful: (A) To use any device to observe, photograph, or record the activities of persons incarcerated in any jail, correctional institution, or other facility in which persons who are charged with or who have been convicted of the commission of a crime are incarcerated, provided that such equipment shall not be used while the prisoner is discussing his or her case with his or her attorney; (B) For an owner or occupier of real property to use for security purposes, crime prevention, or ·crime detection any device to observe, photograph, or record the activities of persons who are on the property or an approach thereto in areas where there is no reasonable expectation of privacy;

(C) To use for security purposes, crime prevention, or crime detection any device to observe, photograph, or record the activities of persons who are within the curtilage of the residence of the person using such device. A photograph, videotape, or record made in accordance with this subparagraph, or a copy thereof, may be disclosed by such resident to the district attorney or a law enforcement officer and shall be admissible in a judicial proceeding, without the consent of any person observed, photographed, or recorded; or

(D) For a law enforcement officer or his or her agent to use a device in the lawful performance of his or her official duties to observe, photograph, videotape, or record the activities of persons that occur in the presence of such officer or his or her agent

(3) Any person to go on or about the premises of another or any private place, except as otherwise provided by law, for the purpose of invading the privacy of others by eavesdropping upon their conversations or secretly observing their activities.

(4) Any person intentionally and secretly to intercept by the use of any device, instrument, or apparatus the contents of a message sent by telephone, telegraph, letter, or by any other means of private communication; (5) Any person to divulge to any unauthorized person or authority the content or substance of any private message intercepted lawfully in the manner provided for in Code Section 16-11-65;

(6) Any person to sell, give, or distribute, without legal authority, to any person or entity any photograph, videotape, or record, or copies thereof, of the activities of another which occur in any private place and out of public view without the consent of all persons observed; or (7) Any person to commit any other acts of a nature similar to those set out in paragraphs (1) through (6) of this Code section which invade the privacy of another.

18 U.S. Code§ 1589 - Forced labor

(a) Whoever knowingly provides or obtains the labor or services of a person by any one of, or by any combination of, the following means-

(1) by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person;

(2) by means of serious harm or threats of serious harm to that person or another person;

(3) by means of the abuse or threatened abuse of law or legal process; or

(4) by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint, shall be punished as provided under subsection (d). (b) Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described in subsection (a), knowing or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor or services by any of such means, shall be punished as provided in subsection (d).

(c) In this section: (1) The term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action. (2) The term "serious harm" means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing labor or services in order to avoid incurring that harm. (d) Whoever violates this section shall be fined under this title, imprisoned not more than 20 years, or both. If death results from a violation of this section, or if the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title, imprisoned for any term of years or life, or both.

2020 Georgia CodeTitle 16 - Crimes and OffensesChapter 14 - Racketeer Influenced and Corrupt Organizations§ 16-14-3. Definitions
Universal Citation: GA Code§ 16-14-3
As used in this chapter, the term:
1 "Civil forfeiture proceeding" shall have the same meaning as set forth in Code Section 9-16-2.
2 "Criminal proceeding" means any criminal proceeding commenced by the Department ofLaw or the office of any district attorney under any provision of-this chapter.
3 "Enterprise11 means any person, sole proprietorship, partnership, corporation, business trust, union chartered under the laws ofthis state, or

other legal entity; or any unchartered union, association, or group of individuals associated in fact although not a legal entity; and it includes illicit as well as licit enterprises and governmental as well as other entities.
4 "Pattern o f racketeering activity" means:
A Engaging in at least two acts of racketeering activity in furtherance of one or more incidents, schemes, or transactions that have the same or similar intents, results, accomplices, victims, or methods of commission or otherwise are interrelated by distinguishing characteristics and are not isolated incidents, provided at least one of such acts occurred after July 1, 1980, and that the last of such acts occurred within four years, excluding any periods of imprisonment, after the commission of a prior act of racketeering activity; or
B Engaging in any one or more acts of domestic terrorism as described in subsection (a) of Code Section
16-11-220 or any criminal attempt, criminal solicitation, or criminal conspiracy related thereto.
A "Racketeering activity" means to commit, to attempt to commit, or to solicit, coerce, or intimidate another person to commit any crime which is chargeable by indictment under the laws of this state involving:
i Unlawful distillation, manufacture, and transportation of alcoholic beverages in violation of Code Section 3-3-27;
ii Records and reports of currency transactions in violation ofArticle 11 ofChapter 1 ofTitle 7;
iii The "Georgia Uniform Securities Act of2008" in violation of Chapter 5 of Title 10;
iv Homicide in violation ofArticle 1 ofChapter 5 of this title;
v Assault and battery in violation ofArticle 2 ofChapter 5 of this title;
vi Kidnapping, false imprisonment, and related offenses in violation ofArticle 3 ofChapter 5 of this title; vii Prostitution, keeping a place of prostitution, pimping, and pandering in violation ofCode Sections 16-6- 9 through 16-6-12;
viii Burglary in violation of Code Section 16-7-1;
ix Smash and grab burglary in violation of Code Section 16-7-2;
x Arson and explosives in violation ofArticle 3 ofChapter 7 of this title;
xi Bombs, explosives, and chemical and biological weapons in violation o f Article 4 o f Chapter 7 o f this title;
xii Theft in violation ofArticle 1 ofChapter 8 of this title;
xiii Robbery in violation ofArticle 2 ofChapter 8 of this title;

xiv Criminal reproduction and sale of recorded material inviolate on ofArticle 3 ofChapter 8 of this title; xv The "Georgia Residential Mortgage Fraud Act" in violation of Article 5 of Chapter 8 of this title;

xvi Forgery in any degree in violation of Code Section 16-9-1;

xvii Illegal use of financial transaction cards in violation of Code Sections 16-9-31, 16-9-32, 16-9-33, and

16-9-34·

'

xviii Use of an article with an altered identification mark in violation of Code Section 16-9-70; xix The "Georgia Computer Systems Protection Act" in violation ofArticle 6 ofChapter 9 of this title; xx Identity fraud in violation ofArticle 8 ofChapter 9 of this title;

xxi Bribery in violation of Code Section 16-10-2;

xxii False statements and writings or false lien statements against public officers or public employees in violation of Code Section 16-10-20 or 16-10-20.1;

xxiii Impersonating a public officer or employee in violation of Code Section 16-10-23;

xxiv Attempted murder or threatening of witnesses in official proceedings in violation ofCode Section 16-

10-32;

xxv Perjury and other related offenses in violation ofArticle 4 ofChapter 10 of this title;

xxvi Embracery in violation of Code Section 16-10-91;

xxvii Influencing witnesses in violation of Code Section 16-10-93;

xxviii Tampering with evidence in violation of Code Section 16-10-94;

xxix Intimidation or injury of grand or trial juror:, or court officer in violation of Code Section 16-10-97; xxx Terroristic threats and acts in violation of Code Section 16-11-37;

xxxi The "Georgia Firearms and Weapons Act" in violation ofPart 2 ofArticle 4 ofChapter 11 of this title; xxxii Commercial gambling in violation of Code Section 16-12-22;

xxxiii Distributing obscene materials in violation of Code Section 16-12-80; .xxxiv The "Georgia Controlled Substances Act" in violation ofArticle 2 ofChapter 13 of this title; xxxv The "Dangerous Drug Act" in violation ofArticle 3 ofChapter 13 of this title;

xxxvi Marijuana in violation of subsection G) of Code Section 16-13-30;

xxxvii Payday loans in violation of Chapter 17 of this title;

xxxviii Insurance fraud in violation of Code Section 33-1-9;

xxxix Certain felonies involving certificates of title, security interest, or liens in violation ofCode Section 40-3-90;

x1 Removal or falsification of identification numbers in violation of Code Section 40-4-21;

xii Possession of motor vehicle parts from which the identification has been removed in violation ofCode

Section 40-4-22; or

xiii Article 8 of Chapter 5 of Title 16, relating to protection of elder persons.
B "Racketeering activity" shall also mean any act or threat involving murder, kidnapping, gambling, arson, robbery, theft, receipt of stolen property, bribery, extortion, obstruction of justice, dealing in narcotic or dangerous drugs, or dealing in securities which is chargeable under the laws of the United States, any territory of the United States, or any state and which is punishable by imprisonment for more than one year. C
"Racketeering activity" shall also mean any conduct defined as "racketeering activity" under 18 U.S.C. Section 1961 (1), any violation of 18 U.S.C. Section 1028, or any violation of 31 U.S.C. Sections 5311 through 5330.

5 "Real property" means any real property situated in this state or any interest in such real property, including, but not limited to, any lease of or mortgage upon such real property.

(Code 1933, § 26-3402, enacted by Ga. L. 1980, p. 405, § 1; Ga. L. 1982, p. 1385, §§ 2, 8; Ga. L. 1983, p. 3, § 13; Ga. L. 1984, p. 22, § 16; Ga. L. 1989, p. 14, § 16; Ga. L. 1990, p. 8, § 16; Ga. L. 1994, p. 1625, § 4; Ga. L. 1996, p. 416, § 8; Ga. L. 1998, p. 128, § 16, Ga. L. 1998, p. 270, § 7; Ga. L. 1999, p. 81, § 16; Ga. L. 2001, p. 858, § 1; Ga. L. 2002, p. 551, § 3; Ga. L. 2002, p. 1284, § 3; Ga. L. 2003, p. 387, § 1; Ga. L. 2004, p. 60, § 2; Ga. L. 2004, p. 161, § 4; Ga. L. 2005, p. 199, § 5/SB 62; Ga. L. 2005, p. 848, § 3/SB 100; Ga. L. 2006, p. 69, § 2/HB 804; Ga. L. 2008, p. 381, § 9/SB 358; Ga. L. 2010, p. 1147, § 8/HB 1104; Ga. L. 2011, p. 59, § 1-64/HB 415; Ga. L. 2011, p. 752, § 16/HB 142; Ga. L. 2012, p. 90, § 2/HB 997; Ga. L. 2012, p. 637, § 2/HB 1114; Ga. L. 2012, p. 899, § 8-6/HB 1176; Ga. L. 2015, p. 5, § 16/HB 90; Ga. L. 2015, p. 598, § 1-4/HB 72; Ga. L. 2015, p. 693, § 2-25/HB 233; Ga. L. 2019, p. 74, § 2-5/SB 158; Ga. L. 2020, p. 493, § 16/SB 429.)

The 2019 amendment, effective July 1, 2019, substituted "pimping, and pandering in violation of Code Sections 16-6-9 through 16-6-12;" for

"pimping, pandering, and pandering by compulsion in violation of Code Sections 16-6-9 through 16-6-12 and 16-6-14;" in division (5)(A)(vii). See Editor's note for applicability.

The 2020 amendment, effective July 29, 2020, part of an Act to revise, modernize, and correct the Code, substituted "Code Section 16-11-220" for "Code Section 16-4-10" in subparagraph (4)(B).

2020 Georgia CodeTitle 16 - Crimes and OffensesChapter 4 - Criminal Attempt, Conspiracy, and Solicitation§ 16-4-8. Conspiracy to Commit a Crime

Universal Citation: GA Code § 16-4-8

A person commits the offense of conspiracy to commit a crime when he together with one or more persons conspires to commit any crime and any one or more of such persons does any overt act to effect the object of the conspiracy. A person convicted of the offense of criminal conspiracy to commit a felony shall be punished by imprisonment for not less than one year nor more than one-half-the maximum period of time for which he could have been sentenced if he had been convicted of the crime conspired to have been committed, by one-half-the maximum fine to which he could have been subjected if he had been convicted . of such crime, or both. A person convicted of the offense of criminal conspiracy to commit a misdemeanor shall be punished as for a misdemeanor. A person convicted of the offense of criminal conspiracy to commit a crime punishable by death or by life imprisonment shall be punished by imprisonment for not less than one year nor more than ten years.

2020 Georgia CodeTitle 41 - NuisancesChapter 1 - General Provisions§ 41-1-4. Right ofAction for Private Nuisance Generally

Universal Citation: GA Code§ 41-1-4

A private nuisance may injure either a person or property, or both, and for that injury a right of action accrues to the person who is injured or whose property is damaged.

TITLE 16 - CRIMES AND OFFENSES-CHAPTER 8 - OFFENSES INVOLVING Theft article 1 - THEFT§ 16-8-18 - Entering automobile or other motor vehicle with intent to commit theft or felony O.C.G.A. 16-8-18

16-8-18. Entering automobile or other motor vehicle with intent to commit theft or felony

If any person shall enter any automobile or other motor vehicle with the intent to commit a theft or a felony, he shall be guilty of a felony and, upon

conviction thereof, shall be punished by imprisonment for not less than one nor more than five years, or, in the discretion of the trial judge, as for a misdemeanor.

TITLE 16 - CRIMES AND OFFENSES-CHAPTER 8 - OFFENSES INVOLVING THEFT-ARTICLE 1 - THEFT§ 16-8-2 -Theft by taking
O.C.G.A. 16-8-2
16-8-2. Theft by taking
A person commits the offense of theft by taking when he unlawfully takes or, being in lawful possession thereof, unlawfully appropriates any property of another with the intention of depriving him of the property, regardless of the manner in which the property is taken or appropriated.
Title 16 - Crimes and Offenses
Chapter 8 - Offenses Involving Theft
Article 4 - Motor Vehicle Chop Shops and Stolen and Altered Property § 16-8-82. Definitions
Universal Citation: GA Code § 16-8-82
As used in this article, the term:
3, § 13; Ga. L. 1984, p. 22, § 16; Ga. L. 1989, p. 14, § 16; Ga. L. 1990, p. 8, § 16; Ga. L. 1994, p. 1625, §
4; Ga. L. 1996, p. 416, § 8; Ga. L. 1998, p. 128, § 16, Ga. L. 1998, p. 270, § 7; Ga. L. 1999, p. 81, § 16; Ga. L. 2001, p. 858, § 1; Ga. L. 2002, p. 551, § 3; Ga. L. 2002, p. 1284, § 3; Ga. L. 2003, p. 387, § 1; Ga. L.
2004, p. 60, § 2; Ga. L. 2004, p. 161, § 4; Ga. L. 2005, p. 199, § 5/SB 62; Ga. L. 2005, p. 848, § 3/SB 100; Ga. L. 2006, p. 69, § 2/HB 804; Ga. L. 2008, p. 381, § 9/SB 358; Ga. L. 2010, p. 1147, § 8/HB 1104; Ga. L. 2011, p. 59, § 1-64/HB 415; Ga. L. 2011, p. 752, § 16/HB 142; Ga. L. 2012, p. 90, § 2/HB 997; Ga. L. 2012, p. 637, § 2/HB 1114; Ga. L. 2012, p. 899, § 8-6/HB 1176; Ga. L. 2015, p. 5, § 16/HB 90; Ga. L. 2015, p. 598, § 1-4/HB 72; Ga. L. 2015, p. 693, § 2-25/HB 233; Ga. L. 2019, p. 74, § 2-5/SB 158; Ga. L. 2020, p. 493, § 16/SB 429.)
The 2019 amendment, effective July 1, 2019, substituted "pimping, and pandering in violation of Code Sections 16-6-9 through 16-6-12;" for "pimping, pandering, and pandering by compulsion in violation of Code Sections 16-6-9 through 16-6-12 and 16-6-14;" in division (5)(A)(vii). See Editor's note for applicability.

The 2020 amendment, effective July 29, 2020, part of an Act to revise, modernize, and correct the Code, substituted "Code Section 16-11-220" for "Code Section 16-4-10" in subparagraph (4)(B).

2020 Georgia CodeTitle 16 - Crimes and OffensesChapter 4 - Criminal Attempt, Conspiracy, and Solicitation§ 16-4-8. Conspiracy to Commit a Crime

Universal Citation: GA Code§ 16-4-8

A person commits the offense of conspiracy to commit a crime when he together with one or more persons conspires to commit any crime and any one or more of such persons does any overt act to effect the object of the conspiracy. A person convicted of the offense of criminal conspiracy to commit a felony shall be punished by imprisonment for not less than one year nor more than one-half-the maximum period of time for which he could have been sentenced if he had been convicted of the crime conspired to have been committed, by one-half-the maximum fine to which he could have been subjected if-he had been convicted of such crime, or both. A person convicted of the offense of criminal conspiracy to commit a misdemeanor shall be punished as for a misdemeanor. A person convicted of the offense of criminal conspiracy to

commit a crime punishable by death or by life imprisonment shall be punished by imprisonment for not less than one year nor more than ten years.

2020 Georgia CodeTitle 41 - NuisancesChapter 1 - General Provisions§ 41-1-4. Right of action for Private Nuisance Generally

Universal Citation: GA Code § 41-1-4

A private nuisance may injure either a person or property, or both, and for that injury aright of action accrues to the person who is injured or whose property is damaged.

TITLE 16 - CRIMES AND OFFENSES-CHAPTER 8 - OFFENSES INVOLVING THEFT-ARTICLE 1 - THEFT§ 16-8-18 - Entering automobile or other motor vehicle with intent to commit theft or felony O.C.G.A. 16-8-18

16-8-18. Entering automobile or other motor vehicle with intent to commit theft or felony

If any person shall enter any automobile or other motor vehicle with the intent to commit a theft or a felony, he shall be guilty of a felony and, upon conviction thereof, shall be punished by imprisonment for not less than one

nor more than five years, or, in the discretion of the trial judge, as for a misdemeanor.

TITLE 16 - CRIMES AND OFFENSES-CHAPTER 8 - OFFENSES INVOLVING THEFT-ARTICLE 1 - THEFT§ 16-8-2 -Theft by taking

O.C.G.A. 16-8-2 16-8-2. Theft by taking

A person commits the offense of theft by taking when he unlawfully takes or, being in lawful possession thereof, unlawfully appropriates any property of another with the intention of depriving him of the property, regardless of the manner in which the property is taken or appropriated.

Title 16 - Crimes and Offenses

Chapter 8 - Offenses Involving Theft

Article 4 - Motor Vehicle Chop Shops and Stolen and Altered Property

§ 16-8-82. Definitions

Universal Citation: GA Code§ 16-8-82

As used in this article, the term:

"Chop shop" means any building, lot, or other premise where one or more persons knowingly engage in altering, destroying, disassembling, dismantling, reassembling, or storing any motor vehicle or motor vehicle part known to be illegally obtained by theft, fraud, or conspiracy to defraud in order to either:

Alter, counterfeit, deface, destroy, disguise, falsify, forge, obliterate, or remove the identification, including the vehicle identification number of such motor vehicle or motor vehicle part, in order to misrepresent the identity of such motor vehicle or motor vehicle part or to prevent the identification of such motor vehicle or motor vehicle part; or

Sell or dispose of such motor vehicle or motor vehicle part.

"Motor vehicle" includes every device in, upon, or by which any person or property is or may be transported or drawn upon a highway which is self-propelled or which may be connected to and towed by a self-propelled device and also includes any and all other land based devices which are self-propelled but which are not designed for use upon a highway, including, but not limited to, farm machinery and construction equipment.

"Person" includes a natural person, company, corporation, unincorporated association, partnership, professional corporation, and any other legal entity.

"Unidentifiable" means that the uniqueness of a motor vehicle or motor vehicle part cannot be established by either expert law enforcement

investigative personnel specially trained and experienced in motor vehicle theft investigative procedures and motor vehicle identification examination techniques or by expert employees of not for profit motor vehicle theft prevention agencies specially trained and experienced in motor vehicle theft investigation procedures and motor vehicle identification examination techniques. "Vehicle identification number" includes, but is not limited to, a number or numbers, a letter or letters, a character or characters, a datum or data, a derivative or derivatives, or a combination or combinations thereof, used by the manufacturer or the Department ofRevenue for the purpose of uniquely identifying a motor vehicle or motor vehicle part.

36 CFR § 1002.30 - Misappropriation of property and services.

§ 1002.30 Misappropriation of property and services.

(a) The following are prohibited:

(1) Obtaining or exercising unlawful possession over the property of another with the purpose to deprive
the owner of the property.

(2) Obtaining property or services offered for sale or compensation without making payment or offering to pay.

(3) Obtaining property or services offered for sale or compensation by means of deception or a statement of past, present or future fact that is instrumental in causing the wrongful transfer of property or services, or using stolen, forged, expired, revoked or fraudulently obtained credit cards or paying with negotiable paper on which payment is refused.

(4) Concealing unpurchased merchandise on or about the person without the knowledge or consent of the seller or paying less than purchase price by deception.

5) Acquiring or possessing the property of another, with knowledge or reason to believe that the property is stolen.

(b) The regulations contained in this section apply, regardless of land ownership, on all lands and waters
within the boundaries of the area administered by the Presidio Trust that are under the legislative jurisdiction of the United States.

Title 16 - Crimes and OffensesChapter 8 - Offenses Involving TheftArticle 3 - Criminal Reproduction and Sale ofRecorded Material§ 16-8-60. (For Effective Date, See note.) Reproduction ofRecorded Material; Transfer, Sale, Distribution, Circulation; Civil Forfeiture; Restitution

Universal Citation: GA Code § 16-8-60

a It is unlawful for any person, firm, partnership, corporation, or association knowingly to:

1 (For effective date, see note.) Transfer or cause to be transferred any sounds or visual images recorded on a phonograph record, disc, wire, tape, videotape, film, memory card, flash drive, hard drive, data storage device, or other article on which sounds or visual images are recorded onto any other phonograph record, disc, wire, tape, videotape, film, memory card, flash drive, hard drive, data storage device, or article without the consent of the person who owns the master phonograph record, master disc, master tape, master videotape, master film, memory card, flash drive, hard drive, data storage device, or other article from which the sounds or visual images are derived; or

2 Sell; distribute; circulate; offer for sale, distribution, or circulation; possess for the purpose of sale, distribution, or circulation; cause to be sold, distributed, or circulated; cause to be offered for sale, distribution, or circulation; or cause to be possessed for sale, distribution, or circulation any article or device on which sounds or visual images have been transferred, knowing it to have been made without the consent of-the person who owns the master phonograph record, master disc, master tape, master videotape, master film, or other device or article from which the sounds or visual images are derived. b (For effective date, see note.) It is unlawful for any person, firm, partnership, corporation, or association to sell; distribute; circulate; offer for sale, distribution, or circulation; or possess for the purposes of sale, distribution, or circulation any phonograph record, disc, wire, tape, videotape, film, memory card, flash drive, hard drive, data storage device, or other article on which sounds or visual images have been transferred unless such phonograph record, disc, wire, tape, videotape, film, memory card, flash drive, hard drive, data storage device, or other article bears the actual name and address of the transferor of-the sounds or visual images in a prominent place on its outside face or package. c This Code section shall not apply to any person who transfers or causes to be transferred any such sounds or visual images:

1 Intended for or in connection with radio or television broadcast transmission or related uses;

2 For archival purposes; or

3 Solely for the personal use of the person transferring or causing the transfer and without any profit being derived by the person from the transfer.

d Every person convicted of violating this Code section shall be guilty of a felony and shall be punished as follows:

1 Upon the first conviction of violating this Code section, by a fine of not less than $500.00 nor more than $25,000.00, by imprisonment for not less than one year nor more than two years, or both such fine and imprisonment;

2 Upon the second conviction of violating this Code section, by a fine of-not less than $1,000.00 nor more than $100,000.00, by imprisonment for not less than one year nor more than three years and the judge may suspend, stay, or probate all but 48 hours of any term of imprisonment, or both such fine and imprisonment; or

3 Upon the third or subsequent conviction of violating this Code section, by a fine of not less than $2,000.00 nor more than $250,000.00, by imprisonment for not less than two nor more than five years and the judge may suspend, stay, or probate all but six days of any term of imprisonment, or both such fine and imprisonment. Case 1:22-cv-03080-MHC Document 9 Filed 10/11/22 Page 64 of 138

e This Code section shall neither enlarge nor diminish the right of parties to enter into a private contract. 1 (For effective date, see note.) Any phonograph record, disc, wire, tape, videotape, film, memory card, flash drive, hard drive, data storage device, or other article onto which sounds or visual images have been

transferred in violation of this Code section is declared to be contraband and no person shall have a property right in it; provided, however, that notwithstanding paragraph (2) of subsection (a) of Code Section 9-16-17, no property of any owner shall be forfeited under this paragraph, to the extent of the interest of such owner, by reason of an act or omission established by such owner to have been committed or omitted without knowledge or consent of such owner.

2 Any property subject to forfeiture pursuant to paragraph (1) of this subsection shall be forfeited in accordance with the procedures set forth in Chapter 16 of Title 9.

f For purposes of imposing restitution pursuant to Chapter 14 ofTitle 17 when a person is convicted pursuant to this Code section, the court shall consider damages to any owner or lawful producer of a master phonograph

record, master disc, master tape, master videotape, master film, or other device or article from which sounds or visual images are derived. Restitution shall be based upon the aggregate wholesale value of lawfully manufactured and authorized recorded devices corresponding to the nonconforming recorded devices involved in the violation of this Code section and shall also include reasonable investigative costs related to the detection of the violation of this Code section.

Title 16 - Crimes and OffensesChapter 8 - Offenses Involving Theft-Article 1 - Theft§ 16-8-18. Entering Automobile or Other Motor Vehicle With Intent to Commit Theft or Felony

Universal Citation: GA Code § 16-8-18

If any person shall enter any automobile or other motor vehicle with the intent to commit a theft or a felony, he shall be guilty of a felony and, upon conviction thereof, shall be punished by imprisonment for not less than one nor more than five years, or, in the discretion of the trial judge, as for a misdemeanor

Title 16 - Crimes and OffensesChapter 8 - Offenses Involving Theft-Article 1 - Theft§ 16-8-16. Theft by Extortion

Universal Citation: GA Code§ 16-8-16

a A person commits the offense of theft by extortion when he unlawfully obtains property order from another person by threatening to:

1 Inflict bodily injury on anyone or commit any other criminal offense.

2 Accuse anyone o f a criminal offense;

3 Disseminate any information tending to subject any person to hatred, contempt, or ridicule or to impair his credit or business repute;

4 Take or withhold action as a public official or cause an official to take or withhold action.

5 Bring about or continue a strike, boycott, or other collective unofficial action if the property is not demanded or received for the benefit of the group in whose interest the actor purports to act; or

6 Testify or provide information or withhold testimony or information with respect to another's legal claim or defense.

b In a prosecution under this Code section, the crime shall be considered as having been committed in the county in which the threat was made or received or in the county in which the property was unlawfully obtained.

c It is an affirmative defense to prosecution based on paragraph (2), (3), (4), or (6) of subsection (a) of this Code section that the property obtained by threat of accusation, exposure, legal action, or other invocation of official

action was honestly claimed as restitution or indemnification for harm done in the circumstance to which such accusation, exposure, legal action, or other official action relates or as compensation for property or lawful services.

d A person convicted ofthe offense oftheft by extortion shall be punished by imprisonment for not less than one nor more than ten years.

Title 16 - Crimes and OffensesChapter 8 - Offenses Involving TheftArticle 1 - Theft§ 16-8-4. Theft by Conversion

Universal Citation: GA Code§ 16-8-4

a A person commits the offense oftheft by conversion when, having lawfully obtained funds or other property of another including, but not limited to, leased or rented personal property, under an agreement or other known legal obligation to make a specified application of such funds or a specified disposition of such property, he knowingly converts the funds or property to his own use in violation ofthe agreement or legal obligation. This Code section applies whether the application or disposition is to be made from the funds or property of another or from the accused's own funds or property in equivalent amount when the agreement contemplates that the accused may deal with the funds or property of another as his own.

b When, under subsection (a) ofthis Code section, an officer or employee ofa government or ofa financial institution fails to pay on an account, upon lawful demand, from the funds or property of another held by him, he is presumed to have intended to convert the funds or property to his own use.

1 As used in this subsection, the term "personal property" means personal property having a replacement cost value greater than $100.00, excluding any late fees and penalties, and includes heavy equipment as defined in paragraph (2) of Code Section 10-1-731 and tractors and farm equipment primarily designed for use in agriculture.

2 Any person having any personal property in such person's possession or under such person's control by virtue of a lease or rental agreement who fails to return the personal property within five days, Saturdays, Sundays, and holidays excluded, after a letter demanding return ofthe personal property has been mailed to such person by certified or registered mail or statutory overnight delivery, return receipt requested, at such person's last known address by the owner ofthe personal property or by the owner's agent shall be presumed to have knowingly converted such personal property to such person's own use in violation of such lease or agreement.

3 In the event that any personal property is not returned as provided for in the lease or rental agreement and the court orders the lessor or renter to pay replacement costs, replacement costs shall include but not be limited to:

A The market value ofthe personal property. The market value shall be established by the owner ofthe property by providing from a supplier of such or reasonably similar personal property a current quotation of the value ofthe personal property which is oflike quality, make, and model ofthe personal property being replaced. The value to be awarded shall be the higher of:

i The value on the date when the conversion occurred; or

ii The value on the date ofthe trial;

B All rental charges from the date the rental agreement was executed until the date of the trial or the date that the property was recovered, if recovered; and

C Interest on the unpaid balance each month at the current legal rate from the date the court orders the lessor or renter to pay replacement costs until the date the judgment is satisfied in full.

4 Ifas a part ofthe order ofthe court the lessor or renter is placed on probation, supervision ofsaid probation shall not be terminated until all replacement costs, fees, charges, penalties, interest, and other charges are paid in full. All payments relative to this Code section shall be made to the appropriate court of

jurisdiction and the court shall make distribution to the owner within 30 days of receipt thereof.

5 In the event that the owner incurs any expenses in the process of locating a lessor or renter who did not return any personal property according to the lease or rental agreement, the court shall provide that the lessor or renter reimburse the owner for those expenses which may include, but not be limited to, credit reports, private detective fees, investigation fees, fees charged by a law enforcement agency for such d A person convicted ofthe offense oftheft by extortion shall be punished by imprisonment for not less than one nor more than ten years.

Title 16 - Crimes and Offenses Chapter 8 - Offenses Involving TheftArticle 1 - Theft§ 16-8-4. Theft by Conversion
Universal Citation: GA Code § 16-8-4

a A person commits tl1e offense oftheft by conversion when, having lawfully obtained funds or other property of another including, but not limited to, leased or rented personal property, under an agreement or other known legal obligation to make a specified application of such funds or a specified disposition of such property, he knowingly converts the funds or property to his own use in violation ofthe agreement or legal obligation. This Code section applies whether the application or disposition is to be made from the funds or property of another or from the accused's own funds or property in equivalent amount when the agreement contemplates that the accused may deal with the funds or property of another as his own.

b When, under subsection (a) ofthis Code section, an officer or employee ofa government or ofa financial institution fails to pay on an account, upon lawful demand, from the funds or property of another held by him, he is presumed to have intended to convert the funds or property to his own use.

1 As used in this subsection, the term "personal property" means personal property having a replacement cost value greater than $100.00, excluding any late fees and penalties, and includes heavy equipment as defined in paragraph (2) of Code Section 10-1-731 and tractors and farm equipment primarily designed for use in agriculture.

2 Any person having any personal property in such person's possession or under such person's control by virtue of a lease or rental agreement who fails to return the personal property within five days, Saturdays, Sundays, and holidays excluded, after a letter demanding return ofthe personal property has been mailed to such person by certified or registered mail or statutory overnight delivery, return receipt requested, at such person's last known address by the owner ofthe personal property or by the owner's agent shall be presumed to have knowingly converted such personal property to such person's own use in violation of such lease or agreement.

3 In the event that any personal property is not returned as provided for in the lease or rental agreement and the court orders the lessor or renter to pay replacement costs, replacement costs shall include but not be limited to:

A The market value of the personal property. The market value shall be established by the owner of the property by providing from a supplier of such or reasonably similar personal property a current quotation ofthe value ofthe personal property which is oflike quality, make, and model ofthe personal property being replaced. The value to be awarded shall be the higher of:

i The value on the date when the conversion occurred; or
ii The value on the date of the trial;
B All rental charges from the date the rental agreement was executed until the date of the trial or the date that the property was recovered, if recovered; and
C Interest on the unpaid balance each month at the current legal rate from the date the court orders the lessor or renter to pay replacement costs until the date the judgment is satisfied in full.
4 If as a part of the order of the court the lessor or renter is placed on probation, supervision of said probation shall not be terminated until all replacement costs, fees, charges, penalties, interest, and other charges are paid in full. All payments relative to this Code section shall be made to the appropriate court of jurisdiction and the court shall make distribution to the owner within 30 days of receipt thereof
5 In the event that the owner incurs any expenses in the process of locating a lessor or renter who did not return any personal property according to the lease or rental agreement, the court shall provide that the lessor or renter reimburse the owner for those expenses which may include, but not be limited to, credit reports, private detective fees, investigation fees, fees charged by a law enforcement agency for such services as police reports, background checks, fees involved with swearing out a warrant for incarceration, and any other bona fide expenses.

Title 16 - Crimes and OffensesChapter 8 - Offenses Involving TheftArticle 1 - Theft§ 16-8-3. Theft by Deception
Universal Citation: GA Code§ 16-8-3
a A person commits the offense of theft by deception when he obtains property by any deceitful means or artful practice with the intention of depriving the owner of the property.
b A person deceives if-he intentionally:
1 Creates or confirms another's impression of an existing fact or past event which is false and which the accused knows or believes to be false;
2 Fails to correct a false impression of an existing fact or past event which he has previously created or confirmed;
3 Prevents another from acquiring information pertinent to the disposition of the property involved;
4 Sells or otherwise transfers or encumbers property intentionally failing to disclose a substantial and valid known lien, adverse claim, or other legal

impediment to the enjoyment of the property, whether such impediment is or is not a matter of official record; or

5 Promises performance of services which he does not intend to perform or knows will not be performed. Evidence of failure to perform standing alone shall not be sufficient to authorize a conviction under this subsection.

c "Deceitful means" and "artful practice" do not, however, include falsity as to matters having no pecuniary significance, or exaggeration by statements unlikely to deceive ordinary persons in the group addressed. Title 16 - Crimes and OffensesChapter 8 - Offenses Involving TheftArticle 1 - Theft§ 16-8-2. Theft by Trucing

Universal Citation: GA Code § 16-8-2

A person commits the offense oftheft by ta1cing when he unlawfully takes or, being in lawful possession thereof, unlawfully appropriates any property ofanother with the intention of depriving him ofthe property, regardless ofthe manner in which the property is taken or appropriated.

18 U.S. Code§ 2332a- Use of weapons of mass destruction

(a) Offense Against a National ofthe United States or Within the United States.-Aperson who, without lawful authority, uses, threatens, or attempts or conspires to use, a weapon ofmass destruction-

{l) against a national ofthe United States while such national is outside ofthe United States;

(2) against any person or property within the United States, and

(A) the mail or any facility of interstate or foreign commerce is used in furtherance ofthe offense;

(B) such property is used in interstate or foreign commerce or in an activity that affects interstate or foreign commerce;

(C) any perpetrator travels in or causes another to travel in interstate or foreign commerce in furtherance of the offense; or

(D) the offense, or the results ofthe offense, affect interstate or foreign commerce, or, in the case ofa threat, attempt, or conspiracy, would have affected interstate or foreign commerce;

(3) against any property that is owned, leased or used by the United States or by any department or agency of the United States, whether the property is within or outside of the United States; or

(4) against any property within the United States that is owned, leased, or used by a foreign government, shall be imprisoned for any term ofyears or for life, and if death results, shall be punished by death or imprisoned for any term of years or for life.

(b) Offense by National of the United States Outside of the United States.-

Any national of the United States who, without lawful authority, uses, or threatens, attempts, or conspires to use, a weapon of mass destruction outside of the United States shall be imprisoned for any term of years or for life, and if death results, shall be punished by death, or by imprisonment for any term of years or for
life.
(c) Definitions.-For purposes of this section-
(1) the term "national of the United States" has the meaning given in section 101(a)(22) of the Immigration
and Nationality Act (8 U.S.C. 1101(a)(22));
(2) the term "weapon of mass destruction" means-
(A) any destructive device as defined in section 921 of this title;
(B) any weapon that is designed or intended to cause death or serious bodily injury through the release,
dissemination, or impact of toxic or poisonous chemicals, or their precursors;
(C) any weapon involving a biological agent, toxin, or vector (as those terms are defined in section 178 of this title) ; or
(D) any weapon that is designed to release radiation or radioactivity at a level dangerous to human life; and (3) the term "property" includes all real and personal property.

18 U.S. Code § 3117 - Mobile tracking devices
(a) In General.-
If a court is empowered to issue a warrant or other order for the installation of a mobile tracking device, such order may authorize the use of that device within the jurisdiction of the court, and outside that jurisdiction if the device is installed in that jurisdiction.
(b) Definition.-
As used in this section, the term "tracking device" means an electronic or mechanical device which permits the tracking ofthe movement ofa person or object.
784.03 Battery; felony battery.-
(1)(a) The offense of battery occurs when a person:
1. Actually and intentionally touches or strikes another person against the will ofthe other; or 2. Intentionally causes bodily harm to another person.

(b) Except as provided in subsection (2) or subsection (3), a person who commits battery commits a misdemeanor ofthe first degree, punishable as provided ins. 775.082 ors. 775.083.

(2) A person who has one prior conviction for battery, aggravated battery, or felony battery and who commits any second or subsequent battery commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, ors. 775.084. For purposes ofthis subsection, "conviction" means a determination of guilt that is the result of a plea or a trial, regardless of whether adjudication is withheld or a plea of nolo contendere is entered.

(3) A person who commits a battery in furtherance of a riot or an aggravated riot prohibited under s. 870.01 commits a felony ofthe third degree, punishable as provided ins. 775.082, s. 775.083, or 775.084. History.

- s . 5, Feb. 10, 1832; RS 2401; s. 1, ch. 5135, 1903; GS 3227; RGS 5060; CGL 7162; s. 2, ch. 70- 88; s. 730, ch. 71-136; s. 19, ch. 74-383; s. 9, ch. 75-298; s. 172, ch. 91-224; s. 5, ch. 96-392; s. 4, ch. 2001- 50; s. 6, ch. 2021-6.


Human trafficking

14-43.10. Definitions.

(4) Minor. (5) Sexual violence or by any other means of coercion or intimidation. - A person who is less than 18 years of age. servitude. - The term includes the following:

Article lOA. Human Trafficking. (a) Definitions. -The following definitions apply in this Article: (1) Coercion. - The term includes all ofthe following: a. Causing or threatening to cause bodily harm to any person, physically restraining or confining any person, or threatening to physically restrain or confine any person. b. Exposing or threatening to expose any fact or information that ifrevealed would tend to subject a

person to criminal or immigration proceedings, hatred, contempt, or ridicule. c. Destroying, concealing,

removing, confiscating, or possessing any actual or purported passport or other immigration document, or

any other actual or purported government identification document, of any person. d. Providing a controlled

substance, as defined by G.S. 90-87, to a person. (2) Deception. - The term includes all ofthe following: a.

Creating or confirming another's impression of an existing fact or past event that is false and which the
accused knows or believes to be false. b. Maintaining the status or condition of a person arising from~
pledge by that person of his or her personal services as security for a debt, if the value of those services as
reasonably assessed is not applied toward the liquidation ofthe debt or the length and nature ofthose
services are nor respectively iimited and defined, or preventing a person from acquiring information
pertinent to the disposition of such debt. c. Promising benefits or the performance of services that the:
accused does not intend to deliver or perform or knows will not be delivered or performed. (3) Involuntary the term includes the following.
a. The performance of labor, whether or not for compensation, or whether or not for the satisfaction of a debt; and b. By deception, coercion, or intimidation using violence or the threat of a. Any sexual activity as defined in G.S. 14-190.13 for which anything ofvalue is directly or indirectly given, promised to, or received by any person, which conduct is induced or obtained by coercion or deception or which conduct is induced or obtained from a person under the age of 18 years; or
b. Any sexual activity as defmed in G.S. 14-190.13 that is performed or provided by any person, which conduct is induced or obtained by coercion or deception or which conduct is induced or obtained from a person under the age of 18 years.
(6) Victim. - Unless the context requires otherwise, a person subjected to the practices set forth in G.S. 14- 43.11, 14-43.12, or 14-43.13.
(b) Reserved. (2006-247, s. 20(b); 2018-75, s. 1; 2018-145, s. ll(e).)

§ 14-43.11. Human trafficking.
(a) A person commits the offense of human trafficking when that person (i) knowingly or in reckless disregard ofthe consequences ofthe action recruits, entices, harbors, transports, provides, or obtains by any means another person with the intent that the other person be held in involuntary servitude or sexual servitude or (ii) willfully or in reckless disregard ofthe consequences ofthe action causes a minor to be held in involuntary servitude or sexual servitude. (b) A person who violates this section is guilty ofa Class C felony ifthe victim ofthe offense is an adult. A person who

violates this section is guilty of a Class B2 felony if the victim of the offense is a minor. (c) Each violation of this section constitutes a separate offense and shall not merge with any other offense. Evidence of failure to deliver benefits or perform services standing alone shall not be sufficient to authorize a conviction under this section. (cl) Mistake of age is not a defense to prosecution under this section. Consent of a minor is not a defense to prosecution under this section. (d) A person who is not a legal resident ofNorth Carolina, and would consequently be ineligible for State public benefits or services, shall be eligible for the public benefits and services of any State agency if the person is otherwise eligible for the public benefit and is a victim of an offense charged under this section. Eligibility for public benefits and services shall terminate at such time as the victim's eligibility to remain in the United States is terminated under federal law. (2006-247, s. 20(b); 2007-547, s. 1; 2013-368, s. 1; 2017- 151, s. 1.)

§ 14-43.12. Involuntary servitude.

(a) A person commits the offense of involuntary servitude when that person knowingly and willfully or in reckless disregard o f the consequences o f the action holds another in involuntary servitude. (b) A person who violates this section is guilty ofa Class F felony ifthe victim ofthe offense is an adult. A person who violates this section is guilty ofa Class C felony ifthe victim ofthe offense is a minor. (c) Each violation of this section constitutes a separate offense and shall not merge with any other offense. Evidence of failure to deliver benefits or perform services standing alone shall not be sufficient to authorize a conviction under this section. (cl) Mistake of age is not a defense to prosecution under this section. Consent of a minor is not a defense to prosecution under this section. (d) Nothing in this section shall be construed to affect the laws governing the relationship between an unemancipated minor and his or her parents or legal guardian. (e) Ifany person reports a violation ofthis section, which violation arises out ofany contract for labor, to any party to the contract, the party shall immediately report the violation to the sheriffofthe county in which the violation is alleged to have occurred for appropriate action. A person violating this subsection shall be guilty of a Class 1 misdemeanor. (1983, ch. 746, s. 1; 1993, c. 539, ss. 23, 1146; 1994, Ex. Sess., c. 24, s. 14(c); 2006-247, s. 20(b); 2013-368, s. 2.)

§ 14-43.13. Sexual servitude.

a) A person commits the offense of sexual servitude when that person knowingly or in reckless disregard of the consequences ofthe action subjects, maintains, or obtains another for the purposes ofsexual servitude. (b) A person who violates this section is guilty o f a Class D felony i f the victim o f the offense is an adult. A person who violates this section is guilty ofa Class C felony ifthe victim ofthe offense is a minor. (b1) Mistake ofage is not a defense to prosecution under this section. Consent ofa minor is not a defense to prosecution under this section. (c) Each violation ofthis section constitutes a separate offense and shall not merge with any other offense. Evidence of failure to deliver benefits or perform services standing alone shall not be sufficient to authorize a conviction under this section. (2006-247, s. 20(b); 2013-368, s. 3; 2019-158, s. l(a).)

§ 14-43.14. Unlawful sale, surrender, or purchase of a minor.

(a) A person commits the offense of unlawful sale, surrender, or purchase of a minor when that person, acting with willful or reckless disregard for the life or safety ofa minor, participates in any ofthe

following: the acceptance, solicitation, offer, payment, or transfer of any compensation, in money, property, or other thing ofvalue, at any time, by any person in connection with the unlawful acquisition or transfer of the physical custody of a minor, except as ordered by the court. This section does not apply to actions that are ordered by a court, authorized by statute, or otherwise lawfully (b) A person who violates this section is guilty of a Class F felony and shall pay a minimum fine of five thousand dollars ($5,000). For each subsequent violation, a person is guilty ofa Class F felony and shall pay a minimum fine often thousand dollars ($10,000). (c) A minor whose parent, guardian, or custodian has sold or attempted to sell a minor in violation of this Article is an abused juvenile as defined by G.S. 7B-101(1). The court may place the minor in the custody of the Department of Social Services or with such other person as is in the best interest of the minor. (d) A violation o f this section is a lesser included offense o f G.S. 14-43.11. (e) When a person is convicted o f a violation o f this section, the sentencing court shall consider whether the person is a danger to the community and whether requiring the person to register as a sex offender pursuant to Article 27A of this Chapter would further the purposes ofthat Article as stated in G.S. 14-208.5. Ifthe sentencing court rules that the person is a danger to the·community and that the person shall register, then an order shall be entered requiring the person to register. (2012-153, s. 1.)

§ 14-43.15. Minor victims.
Any minor victim of a violation of G.S. 14-43.11, 14-43.12, or 14-43.13 shall be alleged to be abused and neglected and the provisions ofSubchapter I ofChapter 7B ofthe General Statutes shall apply. (2018-68, s. 8.l(c); 2019-177, s. 3.)

§ 14-43.16. Affirmative defense. (a) Affirmative Defense. - I t is an affirmative defense to a prosecution under this Article that the person charged with the offense was a victim at the time ofthe offense and was coerced or deceived into committing the offense as a direct result ofthe person's status as a victim.

(b) Construction. - Nothing in this section shall be construed to limit or abrogate any other affirmative defense to a prosecution under this Article available to a person by statute or common law. (2018-75, s. 2(a); 2018-145, s. ll(a).)

§ 14-43.17. Victim confidentiality; penalty for unlawful disclosure.
(a) Confidentiality Requirement-Except as otherwise provided in subsections (b) and (d) ofthis section, the name, address, or other information that reasonably could be expected to lead directly to the identity of any ofthe following, is confidential and shall not be considered a public record as that term is defined in G.S. 132-1: (1) A victim. (2) An alleged victim.

(3) An immediate family member of a victim or alleged victim. For purposes ofthis subdivision, the term "immediate family member" means a spouse, child, sibling, parent, grandparent, grandchil4, or the spouse of an immediate family member. This term includes stepparents, stepchildren, stepsiblings, and adoptive relationships. (b) Exceptions. - Information subject to the confidentiality requirement set forth in subsection (a) ofthis section may be disclosed only for the following purposes: (1) For use in a law enforcement investigation or criminal prosecution.

(2) To ensure the provision ofmedical care, housing, or family services or benefits to any ofthe persons listed in subdivisions (1) through (3) ofsubsection (a) ofthis section. (3) Upon written request by any of the persons listed in subdivisions (1) through (3) of subsection (a) ofthis section. (4) As required by federal law or court order. (c) Penalty. - A person who knowingly violates subsection (a) ofthis section is guilty of a Class 3 misdemeanor. (d) Court Records. - This section does not apply to records that have been made part ofa court file in the custody ofthe General Court ofJustice. (2018-75, s. 3(a); 2018-145, ss. ll(b), 23.)

18 U.S.C. § 2441 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure§ 2441. War crimes (a) Offense. --Whoever, whether inside or outside the United States, commits a war crime, in any ofthe circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term ofyears, or both, and ifdeath results to the victim, shall also be subject to the penalty ofdeath. (b) Circumstances. --The circumstances referred to in subsection (a) are that the person committing such war crime or the victim ofsuch war crime is a member ofthe Armed Forces ofthe United States or a national ofthe United States (as defined in section 101 ofthe Immigration and Nationality Act). (c) Definition. --As used in this section the term "war crime" means any conduct--

(I) defined as a grave breach in any ofthe international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;

(2) prohibited by Article 23, 25, 27, or 28 ofthe Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;

(3) which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or (4) of a person who, in relation to an armed conflict and contrary to the provisions ofthe Protocol on Prohibitions or Restrictions on the Use ofMines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.

(d) Common Article 3 violations.--

(1) Prohibited conduct. --In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach ofcommon Article 3 ofthe international conventions done at Geneva August 12, 1949), as follows:

(A) Torture. --The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining
information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) Cruel or inhuman treatment. --The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

(C) Performing biological experiments. --The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.

(D) Murder. --The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

(E) Mutilation or maiming. --The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons talcing no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereofor by permanently disabling any member, limb, or organ ofhis body, without any legitimate medical or dental purpose.

(F) Intentionally causing serious bodily injury. --The act of a person who intentionally causes, or conspires or attempts to cause, serious bodily injury to one or more persons, including lawful combatants, in violation ofthe law ofwar.

(G) Rape. --The act of a person who forcibly or with coercion or threat of force wrongfully invades, or conspires or attempts to invade, the body of a person by penetrating, however slightly, the anal or genital opening ofthe victim with any part ofthe body ofthe accused, or with any foreign object.

(H) Sexual assault or abuse. --The act of a person who forcibly or with coercion or threat of force engages, or conspires or attempts to engage, in sexual contact with one or more persons, or causes, or conspires or attempts to cause, one or more persons to engage in sexual contact.

(I) Taking hostages. --The a,ct of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation,

person other than the hostage, or group ofpersons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons. (2) Definitions. --In the case of an offense under subsection (a) by reason ofsubsection (c)(3)--

(A) the term "severe mental pain or suffering" shall be applied for purposes ofparagraphs (l)(A) and (1) (B) in accordance with the meaning given that term in section 2340(2) ofthis title;

(B) the term "serious bodily injury" shall be applied for purposes ofparagraph (l)(F) in accordance with the meaning given that term in sectiop. 113(b)(2) ofthis title;

(C) the term "sexual contact" shall be applied for purposes ofparagraph (l)(G) in accordance with the meaning given that term in section 2246(3) ofthis title;

(D) the term "serious physical pain or suffering" shall be applied for purposes ofparagraph (l)(B) as meaning bodily injury that involves--
(i) a substantial risk of death; (ii) extreme physical pain;

(iii) a bum or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or (iv) significant loss or impairment ofthe function ofa bodily member, organ, or mental faculty; and (E) the term "serious mental pain or suffering" shall be applied for purposes ofparagraph (l)(B) in

accordance with the meaning given the term "severe mental pain or suffering" (as defmed in section 2340(2) ofthis title), except that--
(i) the term "serious" shall replace the term "severe" where it appears; and
(ii) as to conduct occurring after the date ofthe enactment ofthe Military Commissions Act of 2006, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.

(3) Inapplicability of certain provisions with respect to collateral damage or incident of lawful attack. --

The intent specified for the conduct stated in subparagraphs (D), (E), and (F) or paragraph (1) precludes the applicability ofthose subparagraphs to an offense under subsection (a) by re,asons ofsubsection (c)(3) with respect to--

'(A) collateral damage; or

(B) death, damage, or injury incident to a lawful attack.

(4) Inapplicability oftaking hostages to prisoner exchange. --Paragraph (1)(1) does not apply to an offense under subsection (a) by reason of

subsection (c)(3) in the case of a prisoner exchange during wartime. (5) Defmition of grave breaches. --The definitions in this subsection are intended only to defme the grave breaches ofcommon Article 3 and not the full scope ofUnited States obligations under that Article.

§ 46.116 General requirements for informed consent.

(a)General.General requirements for informed consent, whether written or oral, are set forth in this paragraph and apply to consent obtained in accordance with the requirements set forth in paragraphs (b) through (d) ofthis section. Broad consent may be obtained in lieu ofinformed consent obtained in accordance with paragraphs (b) and (c) ofthis section only with respect to the storage, maintenance, and secondary research used of identifiable private information and identifiable biospecimens. Waiver or alteration of consent in research involving public benefit and service programs conducted by or subject to the approval ofstate or local officials is described in paragraph (e) ofthis section. General waiver or alteration ofinformed consent is described inparagraph (f) ofthis section. Except as provided elsewhere in this policy:

(1)Before involving a human subject in research covered by this policy, an investigator shall obtain the legally effective informed consent ofthe subject or the subject's legally authorized representative

(2)An investigator shall seek informed consent only under circumstances that provide the prospective subject or the legally authorized representative sufficient opportunity to discuss and consider whether or not to participate and that minimize the possibility of coercion or undue influence.

(3)The information that is given to the subject or the legally authorized representative shall be in language understandable to the subject or the legally authorized representative.

(4)The prospective subject or the legally authorized representative must provided with the information that a reasonable person would want to have in order to make an informed decision about whether to participate, and an opportunity to discuss that information. (5)Except for broad consent obtained in accordance with paragraph (d) ofthis section:

(i)Informed consent must begin with a concise and focused presentation ofthe key information that is most likely to assist a prospective subject or legally authorized representative in understanding the reasons why one might or might not want to participate in the research. This part ofthe

informed consent must be organized and presented in a way that facilitates comprehension.

(ii)Informed consent as a whole must present information in sufficient detail relating to the research, and must be organized and presented in a way that·does not merely provide lists ofisolated facts, but rather facilitates the prospective subject's or legally authorized representative's understanding ofthe reasons why one might or might not want to participate.

(6)No informed consent may include any exculpatory language through which the subject or the legally

authorized representative is made to waive or appear to waive any ofthe subject's legal rights, or releases

or appears to release the investigator, the sponsor, the institution, or its agents from liability for negligence. (b)Basic elements of informed consent.Except as provided in paragraph (d), (e), or (f) ofthis section, in seeking informed consent the following information shall be provided to each subject or the legally authorized representative:

(l)A statement that the study involves research, an explanation ofthe purposes ofthe research and the expected duration ofthe subject's participation, a description ofthe procedures to be followed, and identification of any procedures that are experimental;

(2)A description of any reasonably foreseeable risks or discomforts to the subject;

(3)A description ofany benefits to the subject or to others that may reasonably be expected from the research;

(4)A disclosure of appropriate alternative procedures or courses oftreatment, if any, that might be advantageous to the subject;

(5)A statement describing the extent, ifany, to which confidentiality ofrecords identifying the subject will be maintained;

(6)For research involving more than minimal risk, an explanation as to whether any compensation and an explanation as to whether any medical treatments are available if injury occurs and, if so, what they consist of, or where further information may be obtained;

(7)An explanation ofwhom to contact for answers to pertinent questions about the research and research subjects rights, and whom to contact in the event of a research-related injury to the subject;

(8)A statement that participation is voluntary, refusal to participate will involve no penalty or loss of benefits to which the subject is otherwise

entitled, and the subject may discontinue participation at any time without penalty or loss of benefits to which the subject is otherwise entitled; and
(9)0ne of the following statements about any research that involves the collection of identifiable private information or identifiable biospecimens:
(i)A statement that identifiers might be removed from the identifiable private information or identifiable biospecimens and that, after such removal, the information or biospecimens could be used for
future research studies or distributed to another investigator for future research studies without additional informed consent from the subject or the legally authorized representative, if this might be a possibility; or (ii)A statement that the subject's information or biospecimens collected as part of the research, even if identifiers are removed, will not be used or distributed for future research studies.
(c)Additional elements of informed consent.Except as provided in paragraph (d), (e), or (f) of this section, one or more of the following elements of information, when appropriate, shall also be provided to each subject or the legally authorized representative:
(l)A statement that the particular treatment or procedure may involve risks to the subject (or to the embryo or fetus, if the subject is or may become pregnant) that are currently unforeseeable;
(2)Anticipated circumstances under which the subject's participation may be terminated by the investigator without regard to the subject's or the legally authorized representative's consent;
(3)Any additional costs to the subject that may result from participation in the research;
(4)The consequences of a subject's decision to withdraw from the research and procedures for orderly termination of participation by the subject;
(5)A statement that significant new findings developed during the course of the research that may relate to the subject's willingness to continue participation will be provided to the subject;
(6)The approximate number o f subjects involved in the study; 7)A statement that the subject's biospecimens (even if identifiers are removed) may be used for commercial profit and whether the subject will or will not share in this commercial profit;
(8)A statement regarding whether clinically relevant research results, including individual research results,
will be disclosed to subjects, and if so, under what conditions; and

(9)For research involving biospecimens, whether the research will (if known) or might include whole genome sequencing (i.e.,sequencing of a human germline or somatic specimen with the intent to generate the genome or exome sequence ofthat specimen).

(d)Elements o f broad consent for the storage, maintenance, and secondary research use o f identifiable private information or identifiable biospecimens.Broad consent for the storage, maintenance, and secondary research use of identifiable private information or identifiable biospecimens (collected for either research studies other than the proposed research or nonresearch purposes) is permitted as an alternative to the informed consent requirements in paragraphs (b) and (c) ofthis section. Ifthe subject or the legally authorized representative is asked to provide broad consent, the following shall be provided to each subject or the subject's legally authorized representative:

(1)The information required in paragraphs (b)(2), (b)(3), (b)(5), and (b)(8) and, when appropriate, (c)(7) and (9) ofthis section;

(2)A general description ofthe types ofresearch that may be conducted with the identifiable private information or identifiable biospecimens. This description must include sufficient information such that a reasonable person would expect that the broad consent would permit the types ofresearch conducted;

(3)A description ofthe identifiable private information or identifiable biospecimens that might be used in research, whether sharing of identifiable private information or identifiable biospecimens might occur, and the types of institutions or researchers that might conduct research with the identifiable private information or identifiable biospecimens;

(4)A description ofthe period oftime that the identifiable private information or identifiable biospecimens may be stored.and maintained (which period oftime could be indefinite), and a description ofthe period of time that the identifiable private information or identifiable biospecimens may be used for research purposes which period oftime could be indefinite);

(5)Unless the subject or legally authorized representative will be provided details about specific research studies, a statement that they will not be informed ofthe details ofany specific research studies that might be conducted using the subject's identifiable private information or identifiable biospecimens, including the purposes ofthe research, and that

they might have chosen not to consent to some of those specific research studies;

(6)Unless it is known that clinically relevant research results, including individual research results, will be disclosed to the subject in all circumstances, a statement that such results may not be disclosed to the subject; and

(7)An explanation of whom to contact for answers to questions about the subject's rights and about storage and use of the subject's identifiable private information or identifiable biospecimens, and whom to contact in the event o f a research-related harm.

(e)Waiver or alteration of consent in research involving public benefit and service programs conducted by or subject to the approval of state or local officials-

(l)Waiver.An IRB may waive the requirement to obtain informed consent for research under paragraphs (a) through (c) of this section, provided the IRB satisfies the requirements of paragraph (e)(3) of this section. If an individual was asked to provide broad consent for the storage, maintenance, and secondary research use of identifiable private information or identifiable biospecimens in ac1;;ordance with the requirements at paragraph (d) of this section, and refused to consent, an IRB cannot waive consent for the storage, maintenance, or secondary research use of the identifiable private information or identifiable biospecimens. (2)Alteration.An IRB may approve a consent procedure that omits some, or alters some or all, of the elements of informed consent set forth in paragraphs (b) and (c) of this section provided the IRB satisfies the requirements of paragraph (e)(3) of this section. An IRB may not omit or alter any of the requirements described in paragraph (a) of this section. If a broad consent procedure is used, an IRB may not omit or

alter any of the elements required under paragraph (d) of this section. (3)Requirements for waiver and alteration.In order for an IRB to waive or alter consent as described in this subsection, the IRB must find and document that:

(i)The research or demonstration project is to be conducted by or subject to the approval of state or local government officials and is designed to study, evaluate, or otherwise examine:

(A)Public benefit or service programs;

(B)Procedures for obtaining benefits or services under those programs;

(C)Possible changes in or alternatives to those programs or procedures; or

(D)Possible changes in methods or levels ofpayment for benefits or services under those programs; and (ii)The research could not practicably be carried out without the waiver or alteration.

(f)General waiver or alteration of consent-

(l)Waiver.An IRB may waive the requirement to obtain informed consent for research under paragraphs (a) through (c) ofthis section, provided the IRB satisfies the requirements ofparagraph (f)(3) ofthis section. If an individual was asked to provide broad consent for the storage, maintenance, and secondary research use of identifiable private information or identifiable biospecimens in accordance with the requirements at paragraph (d) ofthis section, and refused to consent, an IRB cannot waive consent for the storage, maintenance, or secondary research use ofthe identifiable private information or identifiable biospecimens. (2)Alteration. An IRB may approve a consent procedure that omits some, or alters some or all, ofthe elements of informed consent set forth in paragraphs (b) and (c) of this section provided the IRB satisfies the requirements ofparagraph (f)(3) ofthis section. An IRB may not omit or alter any ofthe requirements described in paragraph (a) ofthis section. Ifa broad consent procedure is used, an IRB may not omit or alter any of the elements required under paragraph (d) of this section.

(3)Requirements for waiver and alteration.In order for an IRB to waive or alter consent as described in this subsection, the IRB must find and document that:

(i)The research involves no more than minimal risk to the subjects;

(ii)The research could not practicably be carried out without the requested waiver or alteration;

(iii)Ifthe research involves using identifiable private information or identifiable biospecimens, the research could not practicably be carried out without using such information or biospecimens in an identifiable format;

(iv)The waiver or alteration will not adversely affect the rights and welfare ofthe subjects; and (v)Whenever appropriate, the subjects or legally authorized representatives will be provided with additional pertinent information after participation.

(g)Screening, recruiting, or determining eligibility. An IRB may approve a research proposal in which an investigator will obtain information or biospecimens for the purpose of screening, recruiting, or determining the eligibility of prospective subjects without the informed consent of the

prospective subject or the subject's legally authorized representative, if either of the following conditions are met:

(1)The investigator will obtain information through oral or written communication with the prospective subject or legally authorized representative or

(2)The investigator will obtain identifiable private information or identifiable biospecimens by accessing records or stored identifiable biospecimens.

(h)Posting of clinical trial consent form.

(l)For each clinical trials conducted or supported by a Federal department or agency one IRB-approved informed consent form used to enroll subjects must be posted by the awardee or the Federal department or agency component conducting the trial on a publicly available Federal Web site that will be established as a repository for such informed consent forms.

I (2)Ifthe Federal department or agency conducting the clinical trials determines that certain information should not be made publicly available on a Federal Web site (e.g.con:fidential commercial information), such Federal department or agency may permit or require redactions to the information posted.

(3) The informed consent form must be posted on the Federal Web site after the clinical trial is closed to recruitment, and no later than 60 days after the last study visit by any subject, as required by the protocol.

(i)Preemption.The informed consent requirements in this policy are not intended to preempt any applicable Federal, state, or local laws (including tribal laws passed by the official governing body of an American Indian or Alaska Native tribe) that require additional information to be disclosed in order for informed consent to be legally effective.

G)Emergency medical care. Nothing in this policy is intended to limit the authority of a physician to provide emergency medical care, to the extent the physician is permitted to do so under applicable Federal, state, or local law (including tribal law passed by the official governing body of an American Indian or Alaska Native tribe).

517.301 Fraudulent transactions; falsification or concealment of facts.-

(1) It is unlawful and a violation ofthe provisions ofthis chapter for a person:

(a) In connection with the rendering of any investment advice or in connection with the offer, sale, or purchase of any investment or security, including any security exempted under the provisions of

s. 517.051 and including any security sold in a transaction exempted under the provisions of s. 517.061, directly or indirectly:

1. To employ any device, scheme, or artifice to defraud;

2. To obtain money or property by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

3. To engage in any transaction, practice, or course ofbusiness which operates or would operate as a fraud or deceit upon a person. (b) To publish, give publicity to, or circulate any notice, circular, advertisement, newspaper, article, letter, investment service, communication, or broadcast which, though not purporting to offer a security for sale, describes such security for a consideration received or to be received directly or indirectly from an issuer, underwriter, or dealer, or from an agent or employee of an issuer, underwriter, or dealer, without fully disclosing the receipt, whether past or prospective, of such consideration and the amount ofthe consideration.

(c) In any matter within the jurisdiction ofthe office, to knowingly and willfully falsify, conceal, or cover up, by any trick, scheme, or device, a material fact, make any false, :fictitious, or fraudulent statement or representation, or make or use any false writing or document, knowing the sa:me to contain any false, :fictitious, or fraudulent statement or entry.

(2) For purposes of ss. 517.311 and 517.312 and this section, the term "investment" means any commitment of money or property principally induced by a representation that an economic benefit may be derived from such commitment, except that the term does not include a commitment ofmoney or property for:

(a) The purcµase of a business opportunity, business enterprise, or real property through a person licensed under chapter 475 or registered under former chapter 498; or

(b) The purchase oftangible personal property through a person not engaged in telephone solicitation, where said property is offered and sold in accordance with the following conditions:

1. There are no specific representations or guarantees made by the offeror or seller as to the economic benefit to be derived from the purchase;

2. The tangible property is delivered to the purchaser within 30 days after sale, except that such 30-day period may be extended by the office if market conditions so warrant; and

3. The seller has offered the purchaser a full refund policy in writing, exercisable by the purchaser within 10 days of the date of delivery of such tangible personal property, except that the amount of such refund may not exceed the bid price in effect at the time the property is returned to the seller. If the applicable sellers' market is closed at the time the property is returned to the seller for a refund, the amount of such refund shall be based on the bid price for such property at the next opening of such market.

History.-s. 1, ch. 65-428; ss. 12, 35, ch. 69-106; s. 3, ch. 76-168; s. 1, ch. 77-457; s. 6, ch. 78-435; ss. 4, 5, ch. 80-254; s. 396, ch. 81-259; ss. 2, 3, ch. 81-318; s. 13, ch. 84-159; s. 12, ch. 86-85; ss. 14, 15, ch. 90- 362; s. 4, ch.91-429;s. 8,ch.92-45;s.608,ch.2003-261;s.40,ch.2008-240

18 U.S. Code§ 286 - Conspiracy to defraud the Government with respect to claims. Whoever enters into any agreement, combination, or conspiracy to defraud the United States, or any department or agency thereof, by obtaining or aiding to obtain the payment or allowance of any false, fictitious or fraudulent claim, shall be fined under this title or imprisoned not more than ten years, or both. (June 25, 1948, ch. 645, 62 Stat. 698; Pub. L. 103-322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.) Title VI of the Civil Rights Act of 1964, as amended (42 USC § 2000d), prohibits discrimination on the basis of race, color, or national origin 45 CFR 80.

Section 504 of the Rehabilitation Act of 1973, as amended (29 USC § 794), prohibits discrimination against otherwise qualified individuals on the basis of disability in:
Programs and activities receiving financial assistance from HHS 45 CFR 84
Programs or activities conducted by HHS 45 CFR 85.
Title IX of the Education Amendments of 1972, as amended, (20 USC § 1681) prohibits discrimination on the basis of sex (including pregnancy, sexual orientation, and gender identity) in Federally- Assisted Education Programs 45 CFR 86

The Age Discrimination Act of 1975, as amended (42 USC§ 6101), prohibits discrimination on the basis of age in:
Programs or activities receiving Federal financial assistance 45 CPR 90; and
Programs or services receiving HHS financial assistance 45 CFR 91.
Titles VI and XVI of the Public Health Service Act (42 USC§§ 291 - PDF and 300) require health facilities that received certain Federal funds ("Hill-

Burton" funds) to provide certain services to members of its designated community 42 CFR 124, Subpart G.

Section 1557 ofthe Patient Protection and Affordable Care Act (42 USC § 18116 - PDF) which provides that an individual shall not be excluded from participation in, be denied the benefits of, or be subjected to discrimination on the grounds prohibited under Title VI of the Civil Rights Act of 1964, 42 USC § 2000d et seq. - PDF (race, color, national origin), Title IX of the Education Amendments of 1972, 20 USC§ 1681 et seq. - PDF (sex (including pregnancy, sexual orientation, and gender identity)), the Age Discrimination Act of 1975, 42 USC§ 6101 et seq. (age), or Section 504 ofthe Rehabilitation Act of 1973, 29 USC§ 794 - PDF (disability), under any health program or activity, any part ofwhich is receiving Federal financial assistance, or under any program or activity that is administered by an Executive Agency or any entity established under Title I ofthe Affordable Care Act or its amendments. OCR has enforcement authority with respect to health programs and activities that receive Federal financial assistance from the Department ofHealth and Human Services (HHS) or are administered by HHS or any entity established under Title I ofthe Affordable Care Act or its amendments.

Section 1553 ofthe Patient Protection and Affordable Care Act (42 USC§ 18113) - PDF prohibits discrimination against individuals or institutional health care entities that do not provide assisted suicide services. See the Section 1553 webpage for more information.

Title II of the Americans with Disabilities Act 28 CFR Part 35: Nondiscrimination on the Basis of

Disability in State and Local Government Services 2010 ADA Standards for Accessible Design

Church Amendments - PDF (42 USC § 300a-7) Public Health Service (PHS) Act - PDF (42 USC § 238n) Weldon Amendment - PDF(Continuing Appropriations

Federal Health Care Conscience Protection Statutes: Prohibits recipients of certain Federal funds from discriminating against certain health care providers who refuse to participate in certain health care services on religious or moral grounds.

Resolution, Pub. L. No. 113-164, Sec. l0l(a) (Sept. 19, 2015)

Regulation for the Enforcement ofFederal Health Care Provider Conscience Protection Laws - PDF

The Religious Freedom Restoration Act of 1993 prohibits the federal government from substantially burdening a person or institution's religious exercise, unless the federal government demonstrates that application of such burden to the religion
adherent is the least restrictive means of achieving a compelling governmental interest. (42 U.S.C. 2000bb et seq.) OCR has been delegated authority over implementation of and compliance with RFRA relating to programs or activities funded, conducted, or administered by HHS. (83 Fed. Reg. 2804 (Jan. 19, 2018) - PDF) Section 508 ofthe Rehabilitation Act of 1973, as amended, (29 USC§ 794(d)) prohibits discrimination on the basis of disability in electronic and information technology as they relate to programs and activities conducted by HHS. See the Accessibility Board 508 Homepage for more information. Section 1808(c) ofthe Small Business Job Protection Act of 1996 (42 USC§ 1996b) prohibits covered agencies and entities from discriminating on the basis ofrace, color and national origin in child placement decisions in adoption and foster care.
Sections 794 and 855 ofthe Public Health Service Act, (42 USC§§ 295m - PDF and 296g) prohibits discrimination on the basis of sex (including pregnancy, sexual orientation, and gender identity) in Federally-Assisted Health Training Programs (45 CFR 83)
Section 508 of the Social Security Act (42 USC§ 708) prohibits discrimination on the basis of age, race, color, national origin, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity) in the Maternal and Child Health Services Block Grant.
Section 533 ofthe Public Health Service Act (42 USC§ 290cc-33) prohibits discrimination on the basis of age, race, color, national origin, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity) in Projects for Assistance in Transition from Homelessness.
Section 1908 ofthe Public Health Service Act (42 USC§ 300w-7 - PDF)prohibits discrimination on the basis of age, race, color, national origin, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity) in programs, services, and activities funded by Preventative Health and Health Services Block Grants.
Section 1947 of the Public Health Service Act prohibits discrimination on the basis of age, race, color, national origin, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity) in

programs and activities funded by Community Mental Health Services Block Grant and Substance Abuse Prevention and Treatment Block Grants (42 USC§ 300x-57).

The Family Violence Prevention and Services Act (42 USC§ 10406) prohibits discrimination on the basis of age, race, color, national origin, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity) in programs and activities funded under this Act.

The Low-Income Home Energy Assistance Act of 1981 (42 USC§ 8625) prohibits discrimination on the basis ofrace, color, national origin, or sex (including pregnancy, sexual orientation, and gender identity) in programs and activities funded under this Act.

The Community Services Block Grant Act prohibits discrimination on the basis of race, color, national origin, or sex (including pregnancy, sexual orientation, and gender identity) in programs and activities funded under this Act (42 USC§ 9918).

The Communications Act of 1934 (47 USC§ 398), as amended, has Equal employment Opportunity

provisions that prohibit employment discrimination on the basis ofrace, color, religion, national origin, or sex (including pregnancy, sexual orientation, and gender identity) by Federally-funded public telecommunication

entities.

18 U.S. Code§ 1001 - Statements or entries generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch ofthe Government ofthe United States, knowingly and willfully- (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses

any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of

imprisonment imposed under this section shall be not more than 8 years.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.
(c) With respect to any matter within the jurisdiction ofthe legislative branch, subsection (a) shall apply only t o -
(1) administrative matters, including a claim for payment, a matter related to the procurement ofproperty
or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or
(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office ofthe Congress, consistent with applicable rules ofthe House or Senate. (June 25, 1948, ch. 645, 62 Stat. 749; Pub. L. 103-322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104-292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L. 108-458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109-248, title I,§ 141(c), July 27, 2006, 120 Stat. 603.)

18 U.S. Code§ 1505 - Obstruction ofproceedings before departments, agencies, and committees Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or
Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or _impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency ofthe United States, or the due and proper exercise of the power of inquiry under which any inquiry or investigation is being had by either House, or any committee of either House or any joint committee of the Congress- Shall be fined under this title, imprisoned not more than 5 years or, ifthe offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. (June 25, 1948,

ch. 645, 62 Stat. 770; Pub. L. 87-664, § 6(a), Sept. 19, 1962, 76 Stat. 551;
Pub. L. 91-452, title IX,§ 903, Oct. 15, 1970, 84 Stat. 947; Pub. L. 94-435,
title I,§ 105, Sept. 30, 1976, 90 Stat. 1389; Pub. L. 97-291, § 4(d), Oct. 12,
1982, 96 Stat. 1253; Pub. L. 103-322, title XXXIII, § 330016(1)(K), Sept. 13,
1994, 108
Stat. 2147; Pub. L. 108-458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat.
3766.)

42 U.S. Code§ 3617 - Interference, coercion, or intimidation
It shall be unlawful to coerce, intimidate, threaten, or interfere with any
person in the exercise or enjoyment of, or on account ofhis having
exercised or enjoyed, or on account ofhis having aided or encouraged any
other person in the exercise or enjoyment of, any right granted or protected
by section 3603, 3604, 3605, or 3606 ofthis title. (Pub. L. 90-284, title VIII, §
818, formerly§ 817, Apr. 11, 1968, 82 Stat. 89; renumbered
·§ 818 and amended Pub. L. 100-430, §§ 8(1), 10, Sept. 13, 1988, 102 Stat.
1625, 1635.)

18 U.S. Code§ 2261A- Stalking
Whoever
(1) travels in interstate or foreign commerce or is present within the
special maritime and territorial jurisdiction of the United States, or enters
or leaves Indian country, with the intent to kill, injure, harass, intimidate, or
place under surveillance with intent to kill, injure, harass, or intimidate
another person, and in the course of, or as a result of, such travel or
presence engages in conduct that- {A) places that person in reasonable fear
ofthe death of, or serious bodily injury to
(i) that person;
(ii) an immediate family member (as defined in section 115) ofthat person;
(iii) a spouse or intimate partner ofthat person; or
(iv) the pet, service animal, emotional support animal, or horse ofthat
person; or
(B) causes, attempts to cause, or would be reasonably expected to cause
substantial emotional distress to a person described in clause (i), (ii), or
(iii) of subparagraph (A); or
(2) with the intent to kill, injure, harass, intimidate, or place under
surveillance with intent to kill, injure, harass, or intimidate another person,
uses the mail, any interactive computer service or electronic

communication service or electronic communication system ofinterstate commerce, or any other facility of interstate or foreign commerce to engage in a course ofconduct that-

(A) places that person in reasonable fear ofthe death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) ofparagraph (1) (A); or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) ofparagraph (l)(A),

shall be punished as provided in section 2261(b) or section 2261B, as the case may be. (Added Pub. L.

104-201, div. A, title X, § 1069(a), Sept. 23, 1996, 110 Stat. 2655; amended Pub. L. 106---386, div. B, title I,§ 1107(b){l), Oct. 28, 2000, 114 Stat. 1498; Pub. L. 109-162, title I,§ 114(a), Jan. 5, 2006, 119 Stat. 2987; Pub. L. 113-4, title I,§ 107(b), Mar. 7, 2013, 127 Stat. 77; Pub. L. 115-334, title XII,§ 12502(a)(l), Dec. 20, 2018, 132 Stat. 4982; Pub. L. 116---249, § 2(c), Dec. 22, 2020, 134 Stat. 1126.)

18 U.S. Code§ 2332a - Use of weapons of mass destruction

(a) Offense Against a National ofthe United States or Within the United States.-Aperson who, without lawful authority, uses, threatens, or attempts or conspires to use, a weapon ofmass destruction-

(I) against a national ofthe United States while such national is outside ofthe United States; (2) against any person or property within the United States, and

(A) the mail or any facility ofinterstate or foreign commerce is used in furtherance ofthe offense;

(B) such property is used in interstate or foreign commerce or in an activity that affects interstate or foreign commerce;

(C) any perpetrator travels in or causes another to travel in interstate or foreign commerce in furtherance of the offense; or (D) the offense, or the results ofthe offense, affect interstate or foreign commerce, or, in the case of a threat, attempt, or conspiracy, would have affected interstate or foreign commerce;

(3) against any property that is owned, leased or used by the United States or by any department or agency ofthe United States, whether the property is within or outside ofthe United States; or

(4) against any property within the United States that is owned, leased, or used by a foreign government, shall be imprisoned for any term ofyears or for life, and ifdeath results, shall be punished by death or imprisoned for any term ofyears or for life. (b) Offense by National ofthe United States Outside ofthe United States.-

Any national ofthe United States who, without lawful authority, uses, or threatens, attempts, or conspires to use, a weapon ofmass destruction outside ofthe United States shall be imprisoned for any term ofyears or for life, and if death results, shall be punished by death, or by imprisonment for any term ofyears or for life. (c) Definitions.-For purposes ofthis section-

(!) the term "national ofthe United States" has the meaning given in section 101(a)(22) ofthe Immigration and Nationality Act (8 U.S.C. 1101(a)(22));

(2) the term "weapon ofmass destruction" means-

(A) any destructive device as defined in section 921 ofthis title;

(B) any weapon that is designed or intended to cause death or serious bodily injury through the release, dissemination, or impact of toxic or poisonous chemicals, or their precursors;

(C) any weapon involving a biological agent, toxin, or vector (as those terms are defined in section 178 of this title); or

(D) any weapon that is designed to release radiation or radioactivity at a level dangerous to human life; and (3) the term "property" includes all real and personal property.

(Added Pub. L. 103-322, title VI,§ 60023(a), Sept. 13, 1994, 108 Stat. 1980; amended Pub. L. 104-132, title V, § 511(c), title VII,§ 725, Apr. 24, 1996, 110 Stat. 1284, 1300; Pub. L. 104-294, title VI,§ 605(m), Oct. 11, 1996, 110 Stat. 3510; Pub. L. 105-277, div. I, title II,§ 201(b)(l), Oct. 21, 1998, 112 Stat. 2681- 871; Pub. L. 107-188, title II,§ 231(d), June 12, 2002, 116 Stat. 661; Pub. L. 108-458, title VI,§ 6802(a), (b), Dec. 17, 2004, 118 Stat. 3766, 3767.)

18 U.S. Code§ 241 - Conspiracy against rights

Iftwo or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws ofthe United States, or because ofhis having so exercised the same; or Iftwo or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment o f any right or privilege so s e c u r e d -

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII,§ 7018(a), (b)(l), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI,§ 60006(a), title XXXII, §§ 320103(a), 32020l(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI,§§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

18 U.S. Code§ 242 - Deprivation of rights under color of law
Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person.being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I,§ 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII,§ 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI,§ 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI,§§ 604(b)(l4)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

784.011 Assault. Florida 2019

(1) An "assault" is an intentional, unlawful threat by word or act to do violence to the person of another, coupled with an apparent ability to do so, and doing some act which creates a well-founded fear in such other person that such violence is imminent. (2) Whoever commits an assault shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

History.-s. 5, Feb. 10, 1832; RS 2400; GS 3226; RGS 5059; CGL 7161; s: 1, ch. 70-88; s. 729, ch 71-136; s. 17, ch. 74-383; s. 7, ch. 75-298; s. 171, ch.91-224. Note.-Former s. 784.02.

784.011 Assault. Florida 2021

(1) An "assault" is an intentional, unlawful threat by word or act to do violence to the person of another, coupled with an apparent ability to do so, and doing some act which creates a well-founded fear in such other person that such violence is imminent. (2) Except as provided in subsection (3), a person who assaults another person commits a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083. (3) A person who assaults another person in furtherance of a riot or an aggravated riot prohibited under s. 870.01 commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

History.-s. 5, Feb. 10, 1832; RS 2400; GS 3226; RGS 5059; CGL 7161; s. 1, ch. 70-88; s. 729, ch 71-136; s. 17, ch. 74-383; s. 7, ch. 75-298; s. 171, ch. 91-224; s. 4, ch. 2021-6. Note.-Former s. 784.02.

787.01 Kidnapping; kidnapping of child under age 13, aggravating circumstances.

(l)(a) The term "kidnapping" means forcibly, secretly, or by threat confining, abducting, or imprisoning another person against her or his will and without lawful authority, with intent to:

1. Hold for ransom or reward or as a shield or hostage.

2. Commit or facilitate commission of any felony.

3. Inflict bodily harm upon or to terrorize the victim or another person.

4. Interfere with the performance of any governmental or political function.

(b) Confinement of a child under the age of 13 is against her or his will within the meaning of this subsection if such confinement is without the consent of her or his parent or legal guardian. (2) A person who kidnaps a person is guilty of a felony of the first degree, punishable by imprisonment for a term of years not exceeding life or as provided in s. 775.082, s. 775.083, or s. 775.084. (3)(a) A person who commits the offense of

kidnapping upon a child under the age of 13 and who, in the course of committing the offense, commits one or more ofthe following:

I. Aggravated child abuse, as defined ins. 827.03;

2. Sexual battery, as defined in chapter 794, against. the child;

3. Lewd or lascivious battery, lewd or lascivious molestation, lewd or lascivious conduct, or lewd or lascivious exhibition, in violation of s. 800.04 ors. 847.0135(5);

4. A violation of formers. 796.03 ors. 796.04, relating to prostitution, upon the child;

5. Exploitation of the child or allowing the child to be exploited, in violation of s. 450.151; or

6. A violation o f s. 787.06(3)(g), relating to human trafficking, commits a life felony, punishable as provided ins. 775.082, s. 775.083, ors. 775.084.

(b) Pursuant to s. 775.021(4), nothing contained herein shall be construed to prohibit the imposition of separate judgments and sentences for the life felony described in paragraph (a) and for each separate offense enumerated in subparagraphs (a)l.-5.

History.-s. 1, ch. 5907, 1909; RGS 5058; CGL 7160; s. 1, ch 16063, 1933; s. 784, ch. 71-136; s. 8, ch. 72- 724; s. 22, ch 74-383; s. 12, ch. 75-298; s. 1, ch. 77-174; s. 1, ch. 84-238; s. 2, ch. 90-120; s. 2, ch. 93-227; s.9,ch.96-322;s. 1813,ch.97-102;s.4,ch.99-201;s.3,ch.2000-246;s. 18,ch.2008-172;s. 19,ch. 2014-160.

Note.-Former s. 805.02.


18 U.S. Code§ 1038 - False information and hoaxes

(a) Criminal Violation. (1) In general.-Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, llB, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 ifhomicide or attempted homicide is involved, or section 60123(b) of title 49, shall (A) be fined under this title or imprisoned not more than 5 years, or both; (B) if serious bodily injury results, be fined under this title or imprisoned not more than 20 years, or both; and (C) if death results, be fined under this title or imprisoned for any

number ofyears up to life, or both. (2) Armed forces. - A n y person who makes a false statement, with intent to convey false or misleading information, about the death, injury, capture, or disappearance of a member of the Armed Forces of the United States during a war or armed conflict in which the United States is engaged (A) shall be fined under this title, imprisoned not more than 5 years, or both; (B) if serious bodily iajury results, shall be fined under this title, imprisoned not more than 20 years, or both; and (C) if death results, shall be fined under this title, imprisoned for any number ofyears or for life, or both. (b) Civil Action. Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation ofchapter 2, 10, llB, 39, 40, 44, 111, or 113B ofthis title, section 236 ofthe Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505 (b)(3) or (c), section 46506 ifhomicide or attempted homicide is involved, or section 60123(b) oftitle 49 is liable in a civil action to any party incurring expenses incident to any emergency or investigative response to that conduct, for those expenses. (c) Reimbursement. (1) In general. The court, in imposing a sentence on a defendant who has been convicted of an offense under subsection (a), shall order the defendant to reimburse any state or local government, or private not-for-profit organization that provides fire or rescue service incurring expenses incident to any emergency or investigative response to that conduct, for those expenses. (2) Liability. A person ordered to make reimbursement under this subsection shall be jointly and severally liable for such expenses with each other person, if any, who is ordered to make reimbursement under this subsection for the same expenses. (3) Civil judgment. An order

of reimbursement under this subsection shall, for the purposes of enforcement, be treated as a civil judgment.

(d) Activities ofLaw Enforcement. This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity ofa law enforcement agency ofthe United States, a State, or political subdivision ofa State, or ofan intelligence agency ofthe United States. (Added Pub. L. 108--458, title VI,

§ 6702(a), Dec. 17, 2004, 118 Stat. 3764.)

18 U.S. Code§ 373 - Solicitation to commit a crime of violence
(a) Whoever, with intent that-another person engage in conduct
constituting a felony that has as an element the use, attempted use, or
threatened use of physical force against property or against the person of
another in violation of the laws of the United States, and under
circumstances strongly corroborative of that intent, solicits, commands,
induces, or otherwise endeavors to persuade such other person to engage
in such conduct, shall be imprisoned not more than one-half the maximum
term of imprisonment or (notwithstanding section 3571) fined not more
than one-half of the maximum fine prescribed for the punishment of the
crime solicited, or both; or if the crime solicited is punishable by life
imprisonment or death, shall be imprisoned for not more than twenty
years. (b) It is an affirmative defense to a prosecution under this section
that, under circumstances manifesting a voluntary and complete
renunciation of his criminal intent, the defendant prevented the commission
of the crime solicited. A renunciation is not "voluntary and complete" if it is
motivated in whole or in part by a decision to postpone the commission of
the crime until another time or to substitute another victim or another but
similar objective. If the defendant raises the affirmative defense at trial, the
defendant has the burden of proving the defense by a preponderance of the
evidence. (c) It is not a defense to a prosecution under this section that the
person solicited could not be convicted of the crime because he lacked the
state of mind required for its commission, because he was incompetent or
irresponsible, or because he is immune from prosecution or is not subject
to prosecution. (Added Pub. L. 98-473, title II, § 1003(a), Oct. 12, 1984, 98
Stat. 2138; amended Pub. L. 99-646, § 26, Nov. 10, 1986, 100 Stat. 3597;
Pub. L. 103-322, title XXXIII, § 330016(2) (A), Sept. 13, 1994, 108 Stat.
2148.)


18 U.S. Code§ 371 - Conspiracy to commit offense or to defraud United
States
If two or more persons conspire either to commit any offense against the
United States, or to defraud the United States, or any agency thereof in any
manner or for any purpose, and one or more of such persons do any act to
effect the object of the conspiracy, each shall be fined under this title or
imprisoned not more than five years, or both. If however, the offense, the
commission of which is the object of the conspiracy, is a misdemeanor only,

the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

(June 25, 1948, ch. 645, 62 Stat. 701; Pub. L. 103-322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code§ 1841 - Protection of unborn children

(a) (1) Whoever engages in conduct that violates any ofthe provisions oflaw listed in subsection (b) and thereby causes the death of, or bodily injury (as defined in section 1365) to, a child, who is in utero at the time the conduct takes place, is guilty o f a separate offense under this section.

(2) (A) Except as otherwise provided in this paragraph, the punishment for that separate offense is the same as the punishment provided under Federal law for that conduct had that injury or death occurred to the unborn child's mother.

(B) An offense under this section does not require proofthat-

(i) the person engaging in the conduct had knowledge or should have had knowledge that the victim of-the underlying offense was pregnant; or

(ii) the defendant intended to cause the death of, or bodily injury to, the unborn child. (C) Ifthe person engaging in the conduct thereby intentionally kills or attempts to kill the unborn child, that person shall

instead ofbeing punished under subparagraph (A), be punished as provided under sections 1111, 1112, and 1113 ofthis title for intentionally killing or attempting to kill a human being.

(D) Notwithstanding any other provision of law, the death penalty shall not be imposed for an offense under this section.

(b) The provisions referred to in subsection (a) are the following:

(1) Sections 36, 37, 43, 111, 112, 113, 114,115,229,242,245,247,248,351, 831, 844(d), (f), (h)(l), and (i), 924G), 930, 1111, 1112, 1113, 1114, 1116, 1118, 1119, 1120, 1121, 1153(a), 120l(a), 1203, 1365(a), 1501, 1503, 1505, 1512, 1513, 1751, 1864, 1951, 1952 (a)(l)(B), (a)(2)(B), and (a)(3)(B), 1958, 1959, 1992, 2113, 2114, 2116, 2118, 2119, 2191, 2231, 2241(a), 2245, 2261; 2261A, 2280, 2281, 2332, 2332a, 2332b, 2340A, and 2441 of this title.

(2) Section 408(e) ofthe Controlled Substances Act of 1970 (21 U.S.C. 848(e)). (3) Section 202 ofthe Atomic Energy Act of 1954 (42 U.S.C. 2283).

(c) Nothing in this section shall be construed to permit the prosecution-

(1) ofany person for conduct relating to an abortion for which the consent ofthe pregnant woman, or a person authorized by law to act on her behalf,

has been obtained or for which such consent is implied by law; (2) ofany person for any medical treatment ofthe pregnant woman or her unborn child; or (3) ofany woman with respect to her unborn child.

(d) As used in this section, the term "unborn child" means a child in utero, and the term "child in utero" or "child, who is in utero" means a member ofthe species homo sapiens, at any stage ofdevelopment, who is carried in the womb.

(Added Pub. L. 108-212, § 2(a), Apr. 1, 2004, 118 Stat. 568.)

18 U.S. Code § 2332h - Radiological dispersal devices

(a) Unlawful Conduct.-

(1) In general.-Except as provided in paragraph (2), it shall be unlawful for any person to knowingly

produce, construct, otherwise acquire, transfer directly or indirectly, receive, possess, import, export, or use, or possess and threaten to use--

(A) any weapon that is designed or intended to release radiation or radioactivity at a level dangerous to human life; or

(B) any device or other object that is capable ofand designed or intended to endanger human life through the release ofradiation or radioactivity.

(2) Exception.-This subsection does not apply with respect to--

(A) conduct by or under the authority ofthe United States or any department or agency thereof; or

(B) conduct pursuant to the terms of a contract with the United States or any department or agency thereof. (b) Jurisdiction.-Conduct prohibited by subsection (a) is within the jurisdiction ofthe United States if- (1) the offense occurs in or affects interstate or foreign commerce;

(2) the offense occurs outside ofthe United States and is committed by a national ofthe United States;

(3) the offense is committed against a national ofthe United States while the national is outside the United States;

(4) the offense is committed against any property that is owned, leased, or used by the United States or by any department or agency ofthe United States, whether the property is within or outside the United States; or (5) an offender aids or abets any person over whom jurisdiction exists under this subsection in

committing an offense under this section or conspires with any person over whom jurisdiction exists under this subsection to commit an offense under this section.

(c) Criminal Penalties.-

(1) In general.-

Any person who violates, or attempts or conspires to violate, subsection (a) shall be fined not more than

$2,000,000 and shall be sentenced to a term of imprisonment not less than 25 years or to imprisonment for life.

(2) Other circumstances.-

Any person who, in the course of a violation of subsection (a), uses, attempts or conspires to use, or possesses and threatens to use, any item or items described in subsection (a), shall be fined not more than $2,000,000 and imprisoned for not less than 30 years or imprisoned for life.

(3) Special circumstances.-

Ifthe death ofanother results from a person's violation ofsubsection (a), the person shall be fined not more than $2,000,000 and punished by imprisonment for life.

(Added Pub. L. 108-458, title VI, § 6905, Dec. 17, 2004, 118 Stat. 3772.)

18 U.S. Code§ 2335 - Limitation of actions

(a) In General.-

Subject to subsection (b), a suit for recovery of damages under section 2333 of this title shall not be maintained unless commenced within 10 years after the date the cause ofaction accrued.

(b) Calculation ofPeriod.-

The time ofthe absence ofthe defendant from the United States or from any jurisdiction in which the same or a similar action arising from the same facts may be maintained by the plaintiff, or of any concealment of the defendant's whereabouts, shall not be included in the 10-year period set forth in subsection (a).

(Added Pub. L. 102-572, title X, § 1003(a)(4), Oct. 29, 1992, 106 Stat. 4523; amended Pub. L. 112-239, div. A, title XII,§ 1251(a), Jan. 2, 2013, 126 Stat. 2017.)

18 U.S. Code§ 2334 - Jurisdiction and venue

(a) General Venue.-

Any civil action under section 2333 ofthis title against any person may be instituted in the district court of the United States for any district where any plaintiff resides or where any defendant resides or is served, or has an

agent. Process in such a civil action may be served in any district where the defendant resides, is found, or has an agent.

(b) Special Maritime or Territorial Jurisdiction.-

Ifthe actions giving rise to the claim occurred within the special maritime and territorial jurisdiction ofthe United States, as defined in section 7 ofthis title, then any civil action under section 2333 ofthis title against any person may be instituted in the district court ofthe United States for any district in which any plaintiffresides or the defendant resides, is served, or has an agent. (c) Service on Witnesses.-

A witness in a civil action brought under section 2333 ofthis title may be served in any other district where the defendant resides, is found, or has an agent.

(d) Convenience ofthe Forum.-The district court shall not dismiss any action brought under section 2333 ofthis title on the grounds ofthe inconvenience or inappropriateness ofthe forum chosen, unless- (1) the action may be maintained in a foreign court that has jurisdiction over the subject matter and over all the defendants;

(2) that foreign court is significantly more convenient and appropriate; and

(3) that foreign court offers a remedy which is substantially the same as the one available in the courts of the United States.

(e) Consent of Certain Parties to Personal Jurisdiction.-

(I) In general.-Except as provided in paragraph (2), for purposes of any civil action under section 2333 of this title, a defendant shall be deemed to have consented to personal jurisdiction in such civil action if, regardless ofthe date ofthe occurrence ofthe act ofinternational terrorism upon which such civil action was filed, the defendant-

(A) after the date that is 120 days after the date ofthe enactment ofthe Promoting Security and Justice for

Victims of Terrorism Act of 2019, makes any payment, directly or indirectly- ·

(i) to any payee designated by any individual who, after being fairly tried or pleading guilty, has been imprisoned for committing any act ofterrorism that injured or killed a national ofthe United States, ifsuch payment is made by reason ofsuch imprisonment; or

(ii) to any family member of any individual, following such individual's death while committing an act of terrorism that injured or killed a national of the United States, if such payment is made by reason of the death of such individual; or

(B) after 15 days after the date of enactment of the Promoting Security and Justice for Victims of Terrorism Act of2019- (i) continues to maintain any office, headquarters, premises, or other facilities or establishments in the United States;

(ii) establishes or procures any office, headquarters, premises, or other facilities or establishments in the United States; or

(iii) conducts any activity while physically present in the United States on behalf of the Palestine

Liberation Organization or the Palestinian Authority.

(2) Applicability.- Paragraph (1) shall not apply to any defendant who ceases to engage in the conduct described in paragraphs (l)(A) and (l)(B) for 5 consecutive calendar years. Except with respect to payments described in paragraph (l)(A), no court may consider the receipt of any assistance by a nongovernmental organization, whether direct or indirect, as a basis for consent to jurisdiction by a defendant. (3) Exception for certain activities and locations.-In determining whether a defendant shall be deemed to have consented to personal jurisdiction under paragraph (l)(B), no court may consider-

(A) any office, headquarters, premises, or other facility or establishment used exclusively for the purpose of conducting official business of the United Nations;

(B) any activity undertaken exclusively for the purpose ofconducting official business ofthe United Nations;

(C) any activity involving officials ofthe United States that the Secretary of State determines is in the national interest ofthe United States ifthe Secretary reports to the appropriate congressional committees annually on the use o f the authority under this subparagraph;

(D) any activity undertaken exclusively for the purpose ofmeetings with officials ofthe United States or other foreign governments, or participation in training and related activities funded or arranged by the United States Government;

(E) any activity related to legal representation-

(i) for matters related to activities described in this paragraph;

(ii) for the purpose ofadjudicating or resolving claims filed in courts ofthe United States; or

(iii) to comply with this subsection; or

(F) any personal or official activities conducted ancillary to activities listed under this paragraph.

(4) Rule of construction.-
Notwithstanding any other law (including any treaty), any office, headquarters, premises, or other facility
or establishment within the territory of the United States that is not specifically exempted by paragraph (3) (A) shall be considered to be in the United States for purposes ofparagraph (l)(B).
(5) Defined term.-In this subsection, the term "defendant" means-
(A) the Palestinian Authority;
(B) the Palestine Liberation Organization;
(C) any organization or other entity that is a successor to or affiliated with the Palestinian Authority or the Palestine Liberation Organization; or D) any organization or other entity that-
(i) is identified in subparagraph (A), (B), or (C); and
(ii) selfidentifies as, holds itselfout to be, or carries out conduct in the name of, the "State ofPalestine" or
"Palestine" in connection with official business ofthe United Nations.
(Added Pub. L. 102-572, title X, § 1003(a)(4), Oct. 29, 1992, 106 Stat. 4522; amended Pub. L. 115-253, § 4(a), Oct. 3, 2018, 132 Stat. 3184; Pub. L. 116-94, div. J, title IX,§ 903(c)(l), Dec. 20, 2019, 133 Stat. 3083.)

18 U.S. Code § 2520 - Recovery of civil damages authorized
(a) In General.-
Except as provided in section 2511(2)(a)(ii), any person whose wire, oral, or electronic communication is intercepted, disclosed, or intentionally used in violation ofthis chapter may in a civil action recover from the person or entity, other than the United States, which engaged in that violation such relief as may be appropriate. (b) Relief.-In an action under this section, appropriate relief includes-
(I) such preliminary and other equitable or declaratory relief as may be appropriate;
(2) damages under subsection (c) and punitive damages in appropriate cases; and (3) a reasonable attorney's fee and other litigation costs reasonably incurred.
(c) Computation ofDamages.-
(1) In an action under this section, ifthe conduct in violation ofthis chapter is the private viewing ofa private satellite video communication that is not scrambled or encrypted or ifthe communication is a radio communication that is transmitted on frequencies allocated under subpart D ofpart 74

ofthe rules ofthe Federal Communications Commission that is not scrambled or encrypted and the conduct is not for a tortious or illegal purpose or for purposes of direct or indirect commercial advantage or private commercial gain, then the court shall assess damages as follows: (A) Ifthe person who engaged in that conduct has not previously been enjoined under section 2511(5) and has not been found liable in a prior civil action under this section, the court shall assess the greater ofthe sum of actual damages suffered by the plaintiff, or statutory damages ofnot less than $50 and not more than $500. (B) If, on one prior occasion, the person who engaged in that conduct has been enjoined under section 2511 (5) or has been found liable in a civil action under this section, the court shall assess the greater ofthe sum ofactual damages suffered by the plaintiff, or statutory damages of not less than $100 and not more than $1000. (2) In any other action under this section, the court may assess as damages whichever is the greater of-(A) the sum ofthe actual damages suffered by the plaintiffand any profits made by the violator as a result ofthe violation; or (B) statutory damages ofwhichever is the greater of$100 a day for each day ofviolation or $10,000. (d) Defense.-A good faith reliance o n - (1) a court warrant or order, a grand jury subpoena, a legislative authori~ation, or a statutory authorization; (2) a request of an investigative or law enforcement officer under section 2518(7) ofthis title; or (3) a good faith determination that section 2511(3), 2511(2)(i), or 2511(2)0) ofthis title permitted the conduct complained of; is a complete defense against any civil or criminal action brought under this chapter or any other law. (e) Limitation.- A civil action under this section may not be commenced later than two years after the date upon which the claimant first has a reasonable opportunity to discover the violation. (f) Administrative Discipline.- Ifa court or appropriate department or agency determines that the United States or any ofits departments or agencies has violated any provision ofthis chapter, and the court or appropriate department or agency finds that the circumstances surrounding the violation raise serious questions about whether or not an officer or employee ofthe United States acted willfully or intentionally with respect to the violation, the department or agency shall, upon receipt ofa true and correct copy ofthe decision and findings ofthe court or appropriate department or agency promptly initiate a proceeding to determine whether disciplinary action against the officer or employee is warranted. If the head of the department or agency involved

determines that disciplinary action is not warranted, he or she shall notify the Inspector General with
jurisdiction over the department or agency concerned and shall provide the Inspector General with the reasons for such determination. (g) Improper Disclosure Is Violation.- Any willful disclosure or use by an investigative or law enforcement officer or governmental entity of information beyond the extent permitted by section 2517 is a violation ofthis chapter for purposes of section 2520(a).
(Added Pub. L. 90-351, title III, § 802, June 19, 1968, 82 Stat. 223; amended Pub. L. 91-358, title II,§ 211(c), July 29, 1970, 84 Stat. 654; Pub. L. 99-508, title I, § 103, Oct. 21, 1986, 100 Stat. 1853; Pub. L.
107-56, title II,§ 223(a), Oct. 26, 2001, 115 Stat. 293; Pub. L. 107-296, title XXII, § 2207(e), formerly title II, § 225(e), Nov. 25, 2002, 116 Stat. 2157, renumbered§ 2207(e), Pub. L. 115-278, § 2(g)(2)(I), Nov. 16, 2018, 132 Stat. 4178; Pub. L. 115-141, div. V, § 104(1)(B), Mar. 23, 2018, 132 Stat. 1216.)

18 U.S. Code§ 2521 - Injunction against illegal interception
Whenever it shall appear that any person is engaged or is about to engage in any act which constitutes or will constitute a felony violation ofthis chapter, the Attorney General may initiate a civil action in a district court ofthe United States to enjoin such violation. The court shall proceed as soon as practicable to the hearing and determination ofsuch an action, and may, at any time before fmal determination, enter such a restraining order or prohibition, or take such other action, as is warranted to prevent a continuing and substantial injury to the United States or to any person or class ofpersons for whose protection the action is brought. A proceeding under this section is governed by the Federal Rules of Civil Procedure, except that, if an indictment has been returned against the respondent, discovery is governed by the Federal Rules of Criminal Procedure.
(Added Pub. L. 99-508, title I,§ ll0(a), Oct. 21, 1986, 100 Stat. 1859.)

18 U.S. Code§ 2511 - Interception and disclosure of wire, oral, or electronic communications prohibited (1) Except as otherwise specifically provided in this chapter any person who -
(a) intentionally intercepts, endeavors to intercept, or procures any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication;

(b) intentionally uses, endeavors to use, or procures any other person to use or endeavor to use any electronic, mechanical, or other device to intercept any oral communication when -
(i) such device is affixed to, or otherwise transmits a signal through, a wire, cable, or other like connection used in wire communication; or (ii) such device transmits communications by radio, or interferes with the transmission of such communication; or
(iii) such person knows, or has reason to know, that such device or any component thereof has been sent through the mail or transported in interstate or foreign commerce; or (iv) such use or endeavor to use (A) takes place on the premises ofany business or other commercial establishment the operations ofwhich affect interstate or foreign commerce; or (B) obtains or is for the purpose of obtaining information relating to the operations ofany business or other commercial establishmentthe operations ofwhich affect interstate or foreign commerce; or (v) such person acts in the District of Columbia, the Commonwealth of Puerto Rico, or any territory or possession ofthe United States; (c) intentionally discloses, or endeavors to disclose, to any other person the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception o f a wire, oral, or electronic communication in violation ofthis subsection;
(d) intentionally uses, or endeavors to use, the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception ofa wire, oral, or electronic communication in violation ofthis subsection; or
(e) (i) intentionally discloses, or endeavors to disclose, to any other person the contents of any wire, oral, or electronic communication, intercepted by means authorized by sections 2511(2)(a)(ii), 2511(2)(b)-(c), 2511(2)(e), 2516, and 2518 ofthis chapter, (ii) knowing or having reason to know that the information was
obtained through the interception of such a communication in connection with a criminal investigation, (iii) having obtained or received the information in connection with a criminal investigation, and (iv) with intent to improperly obstruct, impede, or interfere with a duly authorized criminal investigation, shall be punished as provided in subsection (4) or shall be subject to suit as provided in subsection (5). (2) (a) (i) It shall not be unlawful under this chapter for an operator ofa switchboard, or an officer, employee, or agent ofa provider ofwire or electronic

communication service, whose facilities are used in the transmission ofa wire or electronic communication, to intercept, disclose, or use that communication in the normal course of his employment while engaged in any activity which is a necessary incident to the rendition ofhis service or to the protection ofthe rights or property ofthe provider ofthat service, except that a provider ofwire communication service to the public shall not utilize service observing or random monitoring except for mechanical or service quality control checks.

(ii) Notwithstanding any other law, providers ofwire or electronic communication service, their officers, employees, and agents, landlords, custodians, or other persons, are authorized to provide information, facilities, or technical assistance to persons authorized by law to intercept wire, oral, or electronic communications or to conduct electronic surveillance, as defmed in section 101 ofthe Foreign Intelligence Surveillance Act of 1978, if such provider, its officers, employees, or agents, landlord, custodian, or other specified person, has been provided with- (A) a court order directing such assistance or a court order pursuant to section 704 ofthe Foreign Intelligence Surveillance Act of 1978 signed by the authorizing

judge,or

(B) a certification in writing by a person specified in section 2518(7) ofthis title or the Attorney General of the United States that no warrant or court order is required by law, that all statutory requirements have been met, and that the specified assistance is required, setting forth the period of time during which the provision ofthe information, facilities, or technical assistance is authorized and specifying the information, facilities, or technical assistance required. No provider ofwire or electronic communication service, officer, employee, or agent thereof, or landlord, custodian, or other specified person shall disclose the existence of any interception or surveillance or the device used to accomplish the interception or surveillance with respect to which the person has been furnished a court order or certification under this chapter, except as may otherwise be required by legal process and then only after prior notification to the Attorney General or to the principal prosecuting attorney ofa State or any political subdivision ofa State, as may be appropriate. Any such disclosure, shall render such person liable for the civil damages provided for in section 2520. No cause of action shall lie in any court against any provider of wire or electronic communication service, its

officers, employees, or agents, landlord, custodian, or other specified person for providing information, facilities, or assistance in accordance with the terms ofa court order, statutory authorization, or certification under this chapter.

(iii) If a certification under subparagraph (ii)(B) for assistance to obtain foreign intelligence information is based on statutory authority, the certification shall identify the specific statutory provision and shall certify that the statutory requirements have been met.

(b) It shall not be unlawful under this chapter for an officer, employee, or agent ofthe Federal Communications Commission, in the normal course ofhis employment and in discharge ofthe monitoring responsibilities exercised by the Commission in the enforcement of chapter 5 of title 47 of the United

States Code, to intercept a wire or electronic communication, or oral communication transmitted by radio, or to disclose or use the information thereby obtained.

(c) It shall not be unlawful under this chapter for a person acting under color of law to intercept a wire,

oral, or electronic communication, where such person is a party to the communication or one of the parties to the communication has given prior consent to such interception.

(d) It shall not be unlawful under this chapter for a person not acting under color oflaw to intercept a wire, oral, or electronic communication where such person is a party to the communication or where one of the parties to the communication has given prior consent to such interception unless such communication is intercepted for the purpose ofcommitting any criminal or tortious act in violation ofthe Constitution or laws of the United States or of any State. (e) Notwithstanding any other provision of this title or section 705 or 706 ofthe Communications Act of 1934, it shall not be unlawful for an officer, employee, or agent ofthe United States in the normal course ofhis official duty to conduct electronic surveillance, as defined in section 101 o f the· Foreign Intelligence

Surveillance Act of 1978, as authorized by that Act. (f) Nothing contained in this chapter or chapter 121 or 206 ofthis title, or section 705 ofthe Communications Act of 1934, shall be deemed to affect the acquisition by the United States Government of foreign intelligence information from international or foreign communications, or foreign intelligence activities conducted in accordance with otherwise applicable Federal law involving a

foreign electronic communications system, utilizing a means other than electronic surveillance as defined in section 101 ofthe Foreign Intelligence Surveillance Act of 1978, and procedures in this chapter or chapter 121 and the Foreign Intelligence Surveillance Act of 1978 shall be the exclusive means by which electronic surveillance, as defined in section 101 of such Act, and the interception of domestic wire, oral, and electronic communications may be conducted. (g) It shall not be unlawful under this chapter or chapter 121 ofthis title for any person- (i) to intercept or access an electronic communication made through an electronic communication system that is configured so that such electronic communication is readily accessible to the general public; (ii) to intercept any radio communication which is transmitted- (I) by any station for the use ofthe general public, or that relates to ships, aircraft, vehicles, or persons in distress;

(II) by any governmental, law enforcement, civil defense, private land mobile, or public safety communications system, including police and fire, readily accessible to the general public; (III) by a station operating on an authorized frequency within the bands allocated to the amateur, citizens band, or general mobile radio services; or

(IV) by any marine or aeronautical communications system;

(iii) to engage in any conduct which-

(!) is prohibited by section 633 ofthe Communications Act of 1934; or

(II) is excepted from the application ofsection 705(a) ofthe

Communications Act of 1934 by section 705(b) ofthatAct;

(iv) to intercept any wire or electronic communication the transmission ofwhich is causing harmful interference to any lawfully operating station or consumer electronic equipment, to the extent necessary to identify the source ofsuch interference; or (v) for other users ofthe same frequency to intercept any radio communication made through a system that utilizes frequencies monitored by individuals engaged in the

provision or the use of such system, if such communication is not scrambled or encrypted.

(h) It shall not be unlawful under this chapter-(i) to use a pen register or a trap and trace device (as those terms are defined for the purposes of chapter 206 (relating to pen registers and trap and trace devices) of this title); or (ii) for a provider ofelectronic communication service to record the fact that a wire or electronic communication was initiated or completed in order to protect such provider, another provider furnishing service

toward the completion ofthe wire or electronic communication, or a user ofthat service, from fraudulent, unlawful or abusive use ofsuch service. (i) It shall not be unlawful under this chapter for a person acting under color of law to intercept the wire or electronic communications of a computer trespasser transmitted to, through, or from the protected computer, i f -

(I) the owner or operator ofthe protected computer authorizes the interception ofthe computer trespasser's communications on the protected computer; (II) the person acting under color of law is lawfully engaged in an investigation; (III) the person acting under color oflaw has reasonable grounds to believe that the contents ofthe computer trespasser's communications will be relevant to the investigation; and

(IV) such interception does not acquire communications other than those transmitted to or from the computer trespasser.

G) It shall not be unlawful under this chapter for a provider of electronic communication service to the public or remote computing service to intercept or disclose the contents of a wire or electronic communication in response to an order from a foreign government that is subject to an executive agreement that the Attorney General has determined and certified to Congress satisfies section 2523. (3) (a) Except as provided in paragraph (b) ofthis subsection, a person or entity providing an electronic communication service to the public shall not intentionally divulge the contents of any communication (other than one to such person or entity, or an agent thereof) while in transmission on that service to any person or entity other than an addressee or intended recipient of such communication or an agent of such addressee or intended recipient.

(b) A person or entity providing electronic communication service to the public may divulge the contents of any such communication- (i) as otherwise authorized in section 2511(2)(a) or 2517 ofthis title;

(ii) with the lawful consent of the originator or any addressee or intended recipient of such communication; (iii) to a person employed or authorized, or whose facilities are used, to forward such communication to its destination; or

(iv) which were inadvertently obtained by the service provider and which appear to pertain to the commission of a crime, if such divulgence is made to a law enforcement agency.

(4) (a) Except as provided in paragraph (b) ofthis subsection or in subsection (5), whoever violates subsection (1) ofthis section shall be fined

under this title or imprisoned not more than five years, or both. (b) Conduct otherwise an offense under this subsection that consists of or relates to the interception of a satellite transmission that is not encrypted or scrambled and that is transmitted-

(i) to a broadcasting station for purposes ofretransmission to the general public; or

(ii) as an audio subcarrier intended for redistribution to facilities open to the public, but not including data transmissions or telephone calls, is not an offense under this subsection unless the conduct is for the purposes of direct or indirect commercial advantage or private financial gain.

(5) (a) (i) If the communication i s -

(A) a private satellite video communication that is not scrambled or encrypted and the conduct in violation ofthis chapter is the private viewing ofthat communication and is not for a tortious or illegal purpose or for purposes of direct or indirect commercial advantage or private commercial gain; or

(B) a radio communication that is transmitted on frequencies allocated under subpart D ofpart 74 ofthe rules ofthe Federal Communications Commission that is not scrambled or encrypted and the conduct in violation ofthis chapter is not for a tortious or illegal purpose or for purposes ofdirect or indirect commercial advantage or private commercial gain,

then the person who engages in such conduct shall be subject to suit by the Federal Government in a court of competent jurisdiction. (ii) In an action under this subsection-

(A) if the violation of this chapter is a first offense for the person under paragraph (a) of subsection (4) and such person has not been found liable in a civil action under section 2520 ofthis title, the Federal Government shall be entitled to appropriate injunctive relief; and

(B) ifthe violation ofthis chapter is a second or subsequent offense under paragraph (a) ofsubsection (4) or such person has been found liable in any prior civil action under section 2520, the person shall be subject to a mandatory $500 civil fine. (b) The court may use any means within its authority to enforce an injunction issued under paragraph (ii) (A), and shall impose a civil fine ofnot less than $500 for each violation of such an injunction.

(Added Pub. L. 90-351, title III, § 802, June 19, 1968, 82 Stat. 213; amended Pub. L. 91-358, title II,§ 211(a), July 29, 1970, 84 Stat. 654; Pub. L. 95-511, title II, § 20l(a)-(c), Oct. 25, 1978, 92 Stat. 1796, 1797; Pub. L. 98-549, § 6(b)(2), Oct. 30, 1984, 98 Stat. 2804; Pub. L. 99-508, title I,§§ l0l(b), (c)(l), (5), (6), (d), (f)[(l)], 102, Oct. 21, 1986, 100 Stat. 1849, 1851-1853; Pub. L. 103-322, title XXXII, § 320901, title XXXIII, § 330016(1)(0), Sept. 13, 1994, 108 Stat. 2123, 2147; Pub. L. 103-414, title II,§§ 202(b), 204,205, Oct. 25, 1994, 108 Stat. 4290, 4291; Pub. L. 104-294, title VI, § 604(b)(42), Oct. 11, 1996, 110 Stat. 3509; Pub. L. 107-56, title II,§§ 204, 217(2), Oct. 26, 2001, 115 Stat. 281,291; Pub. L. 107-296, title XXII, § 2207(h)(2), G)(l), formerly title II,§ 225(h)(2), G)(l), Nov. 25, 2002, 116 Stat. 2158, renumbered § 2207(h)(2), G)(l), Pub. L. 115-278, § 2(g)(2)(I), Nov. 16, 2018, 132 Stat. 4178; Pub. L. 110-261, title I, §§ IOI(c)(l), 102(c)(l), title Iv,§ 403(b)(2)(C), July 10, 2008, 122 Stat. 2459, 2474; Pub. L. 115-141, div. V, § 104(1)(A), Mar. 23, 2018, 132 Stat. 1216.)

18 U.S. Code§ 2253 - Criminal forfeiture

(a) Property Subject to Criminal Forfeiture.-Aperson who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 ofthis chapter or who is convicted ofan offense under section 2252B ofthis chapter,,[!] or who is convicted ofan offense under chapter 109A, shall forfeit to the United States such person's interest i n -

(1) any visual depiction described in section 2251, 2251A, or 2252 [2] 2252A, 2252B, or 2260 ofthis chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. (b) Section 413 of the Controlled Substances Act (21 U.S.C. 853) with the exception of subsections (a) and (d), applies to the criminal forfeiture of property pursuant to subsection (a).

(Added Pub. L. 98-292, § 6, May 21, 1984, 98 Stat. 205; amended Pub. L. 100---690, title VII, § 7522(c), Nov. 18, 1988, 102 Stat. 4494; Pub. L. 101---647, title XXXV, § 3564, Nov. 29, 1990, 104 Stat. 4928; Pub. L. 103-322, title XXXIII, § 330011(m)(l), Sept. 13, 1994, 108 Stat. 2145; Pub. L. 105-314, title

VI,§ 602, Oct. 30, 1998, 112 Stat. 2982; Pub. L. 109-248, title V, § 505(b), (c), July 27, 2006, 120 Stat. 630.)

18 U.S. Code§ 2255 - Civil remedy for personal injuries

(a) In General.-

Any person who, while a minor, was a victim of a violation of section 1589, 1590, 1591, 2241(c), 2242, 2243, 2251, 2251A, 2252, 2252A, 2260, 2421, 2422, or 2423 of this title and who suffers personal injury as a result ofsuch violation, regardless ofwhether the injury occurred while such person was a minor, may sue in any appropriate United States District Court and shall recover the actual damages such person sustains or liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred. The court may also award punitive damages and such other preliminary and equitable relief as the court determines to be appropriate. (b) Statute of Limitations.-Any action commenced under this section shall be barred unless the complaint is filed-

(1) not later than 10 years after the date on which the plaintiff reasonably discovers the later o f -

(A) the violation that forms the basis for the claim; or

(B) the injury that forms the basis for the claim; or

(2) not later than 10 years after the date on which the victim reaches 18 years of age..(c) Venue; Service of Process.-

(1) Venue.-

Any action brought under subsection (a) may be brought in the district court ofthe United States that meets applicable requirements relating to venue under section 1391 o f title 28.

(2) Service ofprocess.-In an action brought under subsection (a), process may be served in any district in which the defendant-

(A) is an inhabitant; or

(B) may be found.

(Added Pub. L. 99-500, § lOl(b) [title VII, § 703(a)], Oct. 18, 1986, 100 Stat. 1783-39, 1783-74, and Pub. L. 99-591, § lOl(b) [title VII,§ 703(a)], Oct. 30, 1986, 100 Stat. 3341-39, 3341-74; amended Pub. L. 105-314, title VI,§ 605, Oct. 30, 1998, 112 Stat. 2984; Pub. L. 109-248, title VII,§ 707(b), (c), July 27, 2006, 120 Stat. 650; Pub. L. 113-4, title XII,§ 1212(a), Mar. 7, 2013, 127 Stat. 143; Pub. L. 115-126, title I,§ 102, Feb. 14, 2018, 132 Stat. 319.)

18 U.S. Code§ 2252 - Certain activities relating to material involving the sexual exploitation of minors (a) Any person who- (1) knowingly

transports or ships using any means or facility ofinterstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction, i:f- (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(B) such visual depiction is ofsuch conduct; (2) knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, i f -

(A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(B) such visual depiction is of such conduct; (3) either- (A) in the special maritime and territorial

jurisdiction ofthe United States, or on any land or building owned by, leased to, or otherwise used by or under the control ofthe Government ofthe United States, or in the Indian country as defined in section 1151 of this title, knowingly sells or possesses with intent to sell any visual depiction; or (B) knowingly sells or possesses with intent to sell any visual depiction that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, or has been shipped or transported in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported using any means or facility of interstate or foreign commerce, including by computer, i f -

(i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(ii) such visual depiction is of such conduct; or (4) either--(A) in the special maritime and territorial

jurisdiction ofthe United States, or on any land or building owned by, leased to, or otherwise used by or under the control ofthe Government ofthe United States, or in the Indian country as defined in section 1151 ofthis title, knowingly possesses, or knowingly accesses with intent to view, 1 or

more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction; or

(B) knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, i f -

(i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and ii) suchvisual depiction is ofsuch conduct; shall be punished as provided in subsection (b) ofthis section. (b)

(1) Whoever violates, or attempts or conspires to violate, paragraph (1), (2), or (3) ofsubsection (a) shall be fmed under this title and imprisoned not less than 5 years and not more than 20 years, but if such person has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 oftitle 10 (article 120 ofthe Uniform Code ofMilitary Justice), or under the laws ofany State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fmed under this title and imprisoned for not less than 15 years nor more than 40 years.

(2) Whoever violates, or attempts or conspires to violate, paragraph (4) of subsection (a) shall be fined under this title or imprisoned not more than 10 years, or both, but if any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be fined under this title and imprisoned for not more than 20 years, or if such person has a prior conviction under this chapter, chapter 71, chapter 109A, or chapter 117, or under section 920 oftitle 10 (article 120 of the Uniform Code ofMilitary Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned for not less than 10 years nor more than 20 years. (c) Affirmative Defense. -It

shall be an affirmative defense to a charge ofviolating paragraph (4) ofsubsection (a) that the defendant-
(1) possessed less than three matters containing any visual depiction proscribed by that paragraph; and
(2) promptly and in good faith, and without retaining or allowing any person, other than a law enforcement agency, to access any visual depiction or copy thereof-
(A) took reasonable steps to destroy each such visual depiction; or
(B) reported the matter to a law enforcement agency and afforded that agency access to each such visual depiction.
(Added Pub. L. 95-225, § 2(a), Feb. 6, 1978, 92 Stat. 7; amended Pub. L. 98-292, § 4, May 21, 1984, 98 Stat. 204; Pub. L. 99-500, § l0l(b) [title VII,§ 704(b)], Oct. 18, 1986, 100 Stat. 1783-39, 1783-75, and Pub. L. 99-591, § l0l(b) [title VII,§ 704(b)], Oct. 30, 1986, 100 Stat. 3341-39, 3341-75; Pub. L. 100- 690, title VII,§ 7511(b), Nov. 18, 1988, 102 Stat. 4485; Pub. L. 101---647, title III,§ 323(a), (b), Nov. 29, 1990, 104 Stat. 4818, 4819; Pub. L. 103-322, title XVI,§ 160001(d), (e), title XXXIII, § 330010(8), Sept. 13, 1994, 108 Stat. 2037, 2143; Pub. L. 104-208, div. A, title I,§ l0l(a) [title I,§ 121[5]], Sept. 30, 1996, 110 Stat. 3009, 3009-26, 3009-30; Pub. L. 105-314, title II, §§ 202(a), 203(a), Oct. 30, 1998, 112 Stat. 2977, 2978; Pub. L. 108-21, title I,§ 103(a)(l)(B), (C), (b)(l)(C), (D), title V, § 507, Apr. 30, 2003, 117 Stat. 652, 653, 683; Pub. L. 109-248, title II, § 206(b)(2), July 27, 2006, 120 Stat. 614; Pub. L. 110-358, title I,§ 103(a)(3), (b), (c), title II,§ 203(a), Oct. 8, 2008, 122 Stat. 4002, 4003; Pub. L. 112-206, § 2(a), Dec. 7, 2012, 126 Stat. 1490.)
18 U.S. Code§ 2251 - Sexual exploitation of children
(a) Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession ofthe United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose ofproducing any visual depiction ofsuch conduct or for the purpose oftransmitting a live visual depiction ofsuch conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility ofinterstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, ifthat visual depiction was produced or transmitted using materials that have been

mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means orfacility ofinterstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

(b) Any parent, legal guardian, or person having custody or control of a minor who knowingly permits such minor to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction ofsuch conduct or for the purpose oftransmitting a live visual depiction of such conduct shall be punished as provided under subsection (e) ofthis section, ifsuch parent, legal guardian, or person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, ifthat visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. (c) (1) Any person who, in a circumstance described in paragraph (2), employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, any sexually explicit conduct outside ofthe United States, its territories or possessions, for the purpose ofproducing any visual depiction o f such conduct, shall be punished as provided under subsection (e).

(2) The circumstance referred to in paragraph (1) is t h a t -

(A) the person intends such visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility ofinterstate or foreign commerce or mail; or

(B) the person transports such visual depiction to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

(d) (1) Any person who, in a circumstance described in paragraph (2), knowingly makes, prints, or publishes, or causes to be made, printed, or published, any notice or advertisement seeking or offering- (A) to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, ifthe production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of

such conduct; or (B) participation in any act of sexually explicit conduct by or with any minor for the purpose of producing a visual depiction of such conduct;

'shall be punished as provided under subsection (e). (2) The circumstance referred to in paragraph (1) is that

(A) such person knows or has reason to know that such notice or advertisement will be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed; or

(B) such notice or advertisement is transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed. (e) Any individual who violates, or attempts or conspires to violate, this section shall be fined under this title and imprisoned not less than 15 years nor more than 30 years, but if such person has one prior conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 oftitle 10 (article 120 ofthe Uniform Code ofMilitary Justice), or under the laws ofany State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fmed under this title and imprisoned for not less than 25 years nor more than 50 years, but if such person has 2 or more prior convictions under this chapter, chapter 71, chapter 109A, or chapter 117, or under section 920 oftitle 10 (article 120 ofthe Uniform Code ofMilitary Justice), or under the laws of any State relating to the sexual exploitation of children, such person shall be fined under this title and imprisoned not less than 35 years nor more than life. Any organization that violates, or attempts or conspires to violate, this section shall be fined under this title. Whoever, in the course of an offense under this section, engages in conduct that results in the death of a person, shall be

punished by death or imprisoned for not less than 30 years or for life. (Added Pub. L. 95-225, § 2(a), Feb. 6, 1978, 92 Stat. 7; amended Pub. L. 98-292, § 3, May 21, 1984, 98 Stat. 204; Pub. L. 99-500, § lOl(b) [title VII, § 704(a)], Oct. 18, 1986, 100 Stat. 1783-39, 1783-75, and Pub. L. 99-591, § I0I(b) [title VII, § 704(a)], Oct. 30, 1986, 100 Stat. 3341-39, 3341-75; Pub. L. 99--628, §§ 2, 3, Nov. 7, 1986, 100 Stat. 3510; Pub. L. 100--690, title VII, §

7511(a), Nov. 18, 1988, 102 Stat. 4485; Pub. L. 101-647, title XXXV, § 3563, Nov. 29, 1990, 104 Stat. 4928; Pub. L. 103-322, title VI, § 60011, title XVI,§ 16000l(b)(2), (c), (e), title XXXIII, § 330016(1)(S}-(U), Sept. 13, 1994, 108 Stat. 1973, 2037, 2148; Pub. L. 104-208, div. A, title I,§ I0l(a) [title I,§ 121[4]], Sept. 30, 1996, 110 Stat. 3009, 3009-26, 3009-30; Pub. L. 105-314, title II,§ 201, Oct. 30, 1998, 112 Stat. 2977; Pub. L. 108-21, title I,§ 103(a)(l) (A), (b)(l)(A), title V, §§ 506, 507, Apr. 30, 2003, 117 Stat. 652,653, 683; Pub. L. 109-248, title II,§ 206(b)(l), July 27, 2006, 120 Stat. 614; Pub. L. 110-358, title I,§ 103(a)(l), (b), Oct. 8, 2008, 122 Stat. 4002, 4003; Pub. L. 110-401, title III,§ 301, Oct. 13, 2008, 122 Stat. 4242.)

18 U.S. Code§ 1961 - Definitions

As used in this chapter-

(I) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891-894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of-naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), sections 1461-1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section

1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of-visas, permits, and other
documents), sections 1581-1592 (relating to peonage, slavery, and trafficking in persons).,[1] sections 1831 and 1832 (relating to economic espionage and theft of-trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1953
(relating to interstate transportation of wagering paraphernalia), section 1954 (relating to unlawful welfare fund payments), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of-monetary instruments), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission ofmurder-for-hire), section 1960 (relating to illegal money transmitters), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation o f stolen property), section 2318 (relating to trafficking in counterfeit
labels for phono records, computer programs or computer program documentation or packaging and copies of motion pictures or other audiovisual works), section 2319 (relating to criminal infringement of a copyright), section 2319A (relating to unauthorized fixation of and trafficking in sound recordings and music videos of
live musical performances), section 2320 (relating to trafficking in goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341-2346 (relating to trafficking in contraband cigarettes), sections 2421-24 (relating to white slave traffic), sections 175-178 (relating to biological weapons), sections 229-229F (relating to chemical weapons), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501(c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case u n d e r t i t l e 1 1 ( e x c e p t a c a s e u n d e r s e c t i o n 1 5 7 o f t h i s t i t l e ) , f r

a u d i n t h e s a l e o f s e c u r i t i e s , o r t h e f e l o n i o u s manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 ofthe Controlled Substances Act), punishable under any law ofthe United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B); (2) "State" means any State ofthe United States, the District ofColumbia, the Commonwealth ofPuerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof; (3) "person" includes any individual or entity capable ofholding a legal or beneficial interest in property; (4) "enterprise" includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity; (5) "pattern ofracketeering activity" requires at least two acts ofracketeering activity, one of which occurred after the effective date ofthis chapter and the last ofwhich occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity; (6) "unlawful debt" means a debt (A) incurred or contracted in gambling activity which was in violation of the law ofthe United States, a State or political subdivision thereof, or which is unenforceable under State or Federal law in whole or in part as to principal or interest because ofthe laws relating to usury, and (B) which was incurred in connection with the business ofgambling in violation ofthe law ofthe United States, a State or political subdivision thereof, or the business of lending money or a thing of value at a rate usurious under State or Federal law, where the usurious rate is at least twice the enforceable rate;
(7) "racketeering investigator" means any attorney or investigator so designated by the Attorney General and charged with the duty of enforcing or carrying into effect this chapter; (8) "racketeering investigation" means any inquiry conducted by any racketeering investigator for the purpose of ascertaining whether any person has been involved in any violation of this chapter or of any final order, judgment, or decree of any court ofthe United

States, duly entered in any case or proceeding arising under this chapter; (9) "documentary material" includes any book, paper, document, record, recording, or other material; and (10) "Attorney General" includes the Attorney General ofthe United States, the Deputy Attorney General ofthe United States, the Associate Attorney General of the United States, any Assistant Attorney General of the United States, or any employee ofthe Department ofJustice or any employee ofany department or agency ofthe United States so designated by the Attorney General to carry out the powers conferred on the Attorney General by this chapter. Any department or agency so designated may use in investigations authorized by this chapter either the investigative provisions ofthis chapter or the investigative power of such department or agency otherwise conferred by law.

(Added Pub. L. 91--452, title IX,§ 901(a), Oct. 15, 1970, 84 Stat. 941; amended Pub. L. 95-575, § 3(c), Nov. 2, 1978, 92 Stat. 2465; Pub. L. 95-598, title III, § 314(g), Nov. 6, 1978, 92 Stat. 2677; Pub. L. 98- 473, title II, §§ 90l(g), 1020, Oct. 12, 1984, 98 Stat. 2136, 2143; Pub. L. 98-547, title II, § 205, Oct. 25,

1984, 98 Stat. 2770; Pub. L. 99-570, title I,§ 1365(b), Oct. 27, 1986, 100 Stat. 3207-35; Pub. L. 99-646, § 50(a), Nov. 10, 1986, 100 Stat. 3605; Pub. L. 100-690, title VII,§§ 7013, 7020(c), 7032, 7054, 7514, Nov. 18, 1988, 102 Stat. 4395, 4396, 4398, 4402, 4489; Pub. L. 101-73, title IX, § 968, Aug. 9, 1989, 103 Stat. 506; Pub. L. 101-647, title XXXV, § 3560, Nov. 29, 1990, 104 Stat. 4927; Pub. L. 103-322, title IX,§ 90104, title XVI, § 160001(f), title XXXIII, § 330021(1), Sept. 13, 1994, 108 Stat. 1987, 2037, 2150; Pub. L. 103-394, title III,§ 312(b), Oct. 22, 1994, 108 Stat. 4140; Pub. L. 104--132, title IV,§ 433, Apr. 24, 1996, 110 Stat. 1274; Pub. L. 104--153, § 3, July 2, 1996, 110 Stat. 1386; Pub. L. 104-208, div. C, title II,§ 202, Sept. 30, 1996, 110 Stat. 3009-565; Pub. L. 104--294, title VI,§§ 601(b)(3), (i)(3), 604(b)(6), Oct. 11, 1996, 110 Stat. 3499, 3501, 3506; Pub. L. 107-56, title VIII,§ 813, Oct. 26, 2001, 115 Stat. 382; Pub. L. 107-273, div. B, title IV,§ 4005(£)(1), Nov. 2, 2002, 116 Stat. 1813; Pub. L. 108-193, § 5(b), Dec. 19, 2003, 117 Stat. 2879; Pub. L. 108--458, title VI,§ 6802(e), Dec. 17, 2004, 118 Stat. 3767; Pub. L. 109-164, title I,§ 103(c), Jan. 10, 2006, 119 Stat. 3563; Pub. L. 109-177, title IV,§ 403(a), Mar. 9, 2006, 120 Stat. 243; Pub. L. 113--4, title XII,§ 1211(a), Mar. 7, 2013, 127 Stat. 142; Pub. L. 114--153, § 3(b), May 11, 2016, 130 Stat. 382.)

18 U.S. Code§ 1962 - Prohibited activities

(a) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities ofwhich affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment,
and without the intention of controlling or participating in the control of the issuer, or of assisting another
to do so, shall not be unlawful under this subsection ifthe securities ofthe issuer held by the purchaser, the members ofhis immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors ofthe issuer. (b) It shall be unlawful for any person through a pattern ofracketeering
activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. (c) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. (d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) ofthis section.
(Added Pub. L. 91--452, title IX, § 90l(a), Oct. 15, 1970, 84 Stat. 942; amended Pub. L. 100-690, title VII, § 7033, Nov. 18, 1988, 102 Stat. 4398.)
18 U.S. Code§ 1963 - Criminal penalties
(a) Whoever violates any provision ofsection 1962 ofthis chapter shall be fined under this title or imprisoned not more than 20 years (or for life ifthe violation is based on a racketeering activity for which the maximum penalty includes life imprisonment), or both, and shall forfeit to the United States, irrespective ofany provision ofState law-

(1) any interest the person has acquired or maintained in violation of section 1962;

(2)any-

(A) interest in;

(B) security of;

(C) claim against; or

(D) property or contractual right ofany kind affording a source ofinfluence over;

any enterprise which the person has established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962; and

(3) any property constituting, or derived from, any proceeds which the person obtained, directly or indirectly, from racketeering activity or unlawful debt collection in violation of section 1962.

The court, in imposing sentence on such person shall order, in addition to any other sentence imposed pursuant to this section, that the person forfeit to the United States all property described in this subsection. In lieu of a fine otherwise authorized by this section, a defendant who derives profits or other proceeds from an offense may be fined not more than twice the gross profits or other proceeds.

(b) Property subject to criminal forfeiture under this section includes-

(!) real property, including things growing on, affixed to, and found in land; and

(2) tangible and intangible personal property, including rights, privileges, interests, claims, and securities. (c) All right, title, and interest in property described in subsection (a) vests in the United States upon the commission ofthe act giving rise to forfeiture under this section. Any such property that is subsequently transferred to a person other than the defendant may be the subject of a special verdict of forfeiture and thereafter shall be ordered forfeited to the United States, unless the transferee establishes in a hearing pursuant to subsection (I) that he is a bona fide purchaser for value of such property who at the time of purchase was reasonably without cause to believe that the property was subject to forfeiture under this section.(d) (1) Upon application ofthe United States, the court may enter a restraining order or injunction, require the execution of a satisfactory performance bond, or take any other action to preserve the availability ofproperty described in subsection (a) for forfeiture under this section- (A) upon the filing of an indictment or information charging a violation ofsection 1962

ofthis chapter and alleging that the property with respect to which the order is sought would, in the event of conviction, be subject to forfeiture under this section; or (B) prior to the filing of such an indictment or information, if, after notice to persons appearing to have an j.nterest in the property and opportunity for a hearing, the court determines that-
(i) there is a substantial probability that the United States will prevail on the issue of forfeiture and that failure to enter the order will result in the property being destroyed, removed from the jurisdiction ofthe court, or otherwise made unavailable for forfeiture; and
(ii) the need to preserve the availability o f the property through the entry o f the requested order outweighs the hardship on any party against whom the order is to be entered: Provided, however, That an order entered pursuant to subparagraph (B) shall be effective for not more than ninety days, unless extended by the court for good cause shown or unless an indictment or information described in subparagraph (A) has been filed.
(2) A temporary restraining order under this subsection may be entered upon application ofthe United States without notice or opportunity for a hearing when an information or indictment has not yet been filed with respect to the property, ifthe United States demonstrates that there is probable cause to believe that the property with respect to which the order is sought would, in the event of conviction, be subject to forfeiture under this section and that provision ofnotice willjeopardize the availability ofthe property for forfeiture. Such a temporary order shall expire not more than fourteen days after the date on which it is entered, unless extended for good cause shown or unless the party against whom it is entered consents to an extension for a longer period. A hearing requested concerning an order entered under this paragraph shall be held at the earliest possible time, and prior to the expiration ofthe temporary order. (3) The court may receive and consider, at a hearing held pursuant to this subsection, evidence and information that would be
inadmissible under the Federal Rules o f Evidence. (e) Upon conviction o f a person under this section, the court shall enter a judgment of forfeiture ofthe property to the United States and shall also authorize the Attorney General to seize all property ordered forfeited upon such terms and conditions as the court shall deem proper. Following the entry o f an order declaring the property forfeited, the court may, upon application ofthe United States, enter such appropriate restraining orders or injunctions, require the execution o f satisfactory performance bonds, appoint

receivers, conservators, appraisers, accountants, or trustees, or take any other action to protect the interest ofthe United States in the property ordered forfeited. Any income accruing to, or derived from, an enterprise or an interest in an enterprise which has been ordered forfeited under this section may be used to offset ordinary and necessary expenses to the enterprise which are required by law, or which are necessary to protect the interests of the United States or third parties. (t) Following the seizure ofproperty ordered forfeited under this section, the Attorney General shall direct the disposition of the property by sale or any other commercially feasible means, making due provision for the rights of any innocent persons. Any property right or interest not exercisable by, or transferable for value to, the United States shall expire and shall not revert to the defendant, nor shall the defendant or any person acting in concert with or on behalfofthe defendant be eligible to purchase forfeited property at any sale held by the United States. Upon application of a person, other than the defendant or a person acting in concert with or on behalf of the defendant, the court may restrain or stay the sale or disposition ofthe property pending the conclusion ofany appeal ofthe criminal case giving rise to the forfeiture, if the applicant demonstrates that proceeding with the sale or disposition of the property will result in irreparable injury, harm or loss to him. Notwithstanding 31 U.S.C. 3302(b), the proceeds of any sale or other disposition ofproperty forfeited under this section and any moneys forfeited shall be used to pay all proper expenses for the forfeiture and the sale, including expenses of seizure, maintenance and custody ofthe property pending its disposition, advertising and court costs. The Attorney General shall deposit in the Treasury any amounts ofsuch proceeds or moneys remaining after the payment of such expenses.

(g) With respect to property ordered forfeited under this section, the Attorney General is authorized to--- (1) grant petitions for mitigation or remission of forfeiture, restore forfeited property to victims of a violation of this chapter, or take any other action to protect the rights of innocent persons which is in the interest ofjustice and which is not inconsistent with the provisions ofthis chapter;

(2) compromise claims arising under this section; (3) award compensation to persons providing information resulting in a forfeiture under this section;

(4) direct the disposition by the United States of all property ordered forfeited under this section by public sale or any other commercially feasible means, making due provision for the rights o f innocent persons; and

(5) take appropriate measures necessary to safeguard and maintain property ordered forfeited under this section pending its disposition.

(h) The Attorney General may promulgate regulations with respect to--

(1) making reasonable efforts to provide notice to persons who may have an interest in property ordered forfeited under this section;

(2) granting petitions for remission or mitigation of forfeiture;

(3) the restitution ofproperty to victims ofan offense petitioning for remission or mitigation offorfeiture under this chapter;

(4) the disposition by the United States offorfeited property by public sale or other commercially feasible means; 5) the maintenance and safekeeping of any property forfeited under this section pending its disposition; and

(6) the compromise of claims arising under this chapter.

Pending the promulgation ofsuch regulations, all provisions oflaw relating to the disposition ofproperty,

or the proceeds from the sale thereof, or the remission or mitigation of forfeitures for violation of the customs laws, and the compromise of claims and the award of compensation to informers in respect of such forfeitures shall apply to forfeitures incurred, or alleged to have been incurred, under the provisions ofthis section, insofar as applicable and not inconsistent with the provisions hereof. Such duties as are imposed upon the Customs Service or any person with respect to the disposition of property under the customs law shall be performed under this chapter by the Attorney General.

(i) Except as provided in subsection (1), no party claiming an interest in property subject to forfeiture under this section m a y -

(1) intervene in a trial or appeal of a criminal case involving the forfeiture of such property under this section; or

(2) commence an action at law or equity against the United States concerning the validity ofhis alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture under this section.

G) The district courts ofthe United States shall have jurisdiction to enter orders as provided in this section without regard to the location of any

property which may be subject to forfeiture under this section or which has been ordered forfeited under this section.

(k) In order to facilitate the identification or location of property declared forfeited and to facilitate the disposition of petitions for remission or mitigation of forfeiture, after the entry of an order declaring property forfeited to the United States the court may, upon application of the United States, order that the testimony of any witness relating to the property forfeited be taken by deposition and that any designated book, paper, document, record, recording, or other material not privileged be produced at the same time and place, in the same manner as provided for the taking of depositions under Rule 15 of the Federal Rules of Criminal Procedure.

(1)

(1) Following the entry of an order of forfeiture under this section, the United States shall publish notice of the order and of its intent to dispose of the property in such manner as the Attorney General may direct. The Government may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified. (2) Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may, within thirty days of the final publication of notice or his receipt of notice under paragraph (1), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property. The hearing shall be held before the court alone, without a jury.

(3) The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

(4) The hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of the petition. The court may consolidate the hearing on the petiltion with a hearing on any other petition filed by a person other than the defendant under this subsection.

(5) At the hearing, the petitioner may testify and present evidence and witnesses on his own behalf, and cross-examine witnesses who appear at the hearing. The United States may present evidence and wiitnesses in

rebuttal and in defense ofits claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the court shall consider the: relevant portions ofthe record ofthe criminal case which resulted in the order offorfeiture. (6) If, after the hearing, the court determines that the petitioner has established by a preponderance ofthe
evidence that-

(A) the petitioner has a legal right, title, or interest in the property, and .such right, title, or interest renders the order of forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title, or interest ofthe defendant at the time ofthe commission ofthe acts which gave rise to the forfeiture ofthe property under this sectioh; or (B) the petitioner is a bona fide purchaser for value ofthe right, title, or interest in the property an.d was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under this section;
the court shall amend the order of forfeiture in accordance with its determination. (7) Following the court's disposition of all petitions filed under this subsection, or if no such petitions are filed following the expiration of the period provided in paragraph (2) for the filing of such petitions, the United States shall have clear title to property that is the subject ofthe order offorfeiture and may warrant good title to any subsequent purchaser or transferee.

(m) Ifany ofthe property described in subsection (a), as a result ofany act or omission ofthe defendant- (!) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction ofthe court;

(4) has been substantially diminished in value; or (5) has beeh commingled with other property which cannot be divided without difficulty;
the court shall order the forfeiture ofany other property ofthe defendant up to the value ofany property described in paragraphs (1) through (5).
(Added Pub. L. 91-452, title IX,§ 90l(a), Oct. 15, 1970, 84 Stat. 943; amended Pub. L. 98-473, title II,§§ 302, 2301(a)-(c), Oct. 12, 1984, 98 Stat. 2040, 2192; Pub. L. 99-570, title I, § 1153(a), Oct. 27, 1986, 100 Stat. 3207- 13; Pub. L. 99--646, § 23, Nov. 10, 1986, 100 Stat. 3597; Pub. L. 100--690, title VII,§§ 7034, 7058(d), Nov. 18, 1988, 102 Stat. 4398, 4403; Pub. L. 101-- 647, title XXXV, § 3561, Nov. 29,

1990, 104 Stat. 4927; Pub. L. 111-16, § 3(4), May 7, 2009, 123 Stat. 1607.)
18 U.S. Code§ 1091 - Genocide

(a) Basic Offense.-Whoever, whether in time ofpeace or in time ofwar and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as s u c h -

(1) kills members o f that group;

(2) causes serious bodily injury to members ofthat group;

(3) causes the permanent impairment ofthe mental faculties ofmembers ofthe group through drugs, torture, or similar techniques; (4) subjects the group to conditions oflife that are intended to cause the physical destruction ofthe group in whole or in part; (5) imposes measures intended.to prevent births within the group; or (6) transfers by force children ofthe group to another group;

shall be punished as provided in subsection (b). (b) Punishment for Basic Offense.-The punishment for an offense under subsection (a) i s - (1) in the case of an offense under subsection (a)(1), where death results, by death or imprisonment for life and a fme ofnot more than $1,000,000, or both; and (2) a fme ofnot more than $1,000,000 or imprisonment for not more than twenty years, or both, in any other case.

(c) Incitement Offense.-

Whoever directly and publicly incites another to violate subsection (a) shall be fmed not more than $500,000 or imprisoned not more than five years, or both. (d) Attempt and Conspiracy.-

Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

(e) Jurisdiction.-There is jurisdiction over the offenses described in subsections (a), (c), and (d) if-- (1)

the offense is committed in whole or in part within the United States; or

(2) regardless ofwhere the offense is committed, the alleged offender is-

(A) a national ofthe United States (as that term is defmed in section 101 ofthe Immigration and Nationality Act (8 U.S.C. 1101)); (B) an alien lawfully admitted for permanent residence in the United States (as that term is defmed in section 101 ofthe Immigration and Nationality Act (8 U.S.C. 1101));

(C) a stateless person whose habitual residence is in the United States; or

(D) present in the United States.

(f) Nonapplicability ofCertain Limitations. Notwithstanding section 3282, in the case ofan offense: under this section, an indictment may be found, or information instituted, at any time without limitation.
(Added Pub. L. 100--606, § 2(a), Nov. 4, 1988, 102 Stat. 3045; amended Pub. L. 103-322, title VI, § 60003(a)(13), Sept. 13, 1994, 108 Stat. 1970; Pub. L. 107-273, div. B, title IV,§ 4002(a)(4), (b)(7)i, Nov. 2, 2002, 116 Stat. 1806, 1808; Pub. L. 110-151, § 2, Dec. 21, 2007, 121 Stat. 1821; Pub. L. 111-122, § 3(a), Dec. 22, 2009, 123 Stat. 3481.)

18 U.S. Code§ 1093 - Definitions As used in this chapter-(!) the term "children" means the plural and means individuals who have not attained the age of eighteen years;
(2) the term "ethnic group" means a set ofindividuals whose identity as.such is distinctive in terms of common cultural traditions or heritage;
(3) the term "incites" means urges another to engage imminently in conduct in circumstances under which there is a substantial likelihood of imminently causing such conduct;
(4) the term "members" means the plural; .
(5) the term "national group" means a set of individuals whose identity as such is distinctive in tenns of nationality or national origins;
(6) the term "racial group" means a set ofindividuals whose identity as such is distinctive in terms of physical characteristics or biological descent;
(7) the term "religious group" means a set ofindividuals whose identity as such is distinctive in terms of common religious creed, beliefs, doctrines, practices, or rituals; and
(8) the term "substantial part" means a part of a group of such numerical significance that the destruction or loss ofthat part would cause the destruction ofthe group as a viable entity within the nation ofwhich such group is a part.
(Added Pub. L. 100--606, § 2(a), Nov. 4, 1988, 102 Stat. 3046.)

18 U.S. Code§ 872 - Extortion by officers or employees ofthe United States Whoever, being an officer, or employee ofthe United States or any department or agency thereof, or representing himselfto be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or

demanded does not exceed $1,000, he shall be fmed under this title or imprisoned not more than one year, or both.
(June 25, 1948, ch. 645, 62 Stat. 740; Oct. 31, 1951, ch. 655, § 24(b), 65 Stat. 720; Pub. L. 103-322, title XXXTII, § 330016(1)(G), (K), Sept. 13, 1994, 108 Stat. 2147; Pub. L.· 104-294, title VI, § 606(a), Oct. 11, 1996, 110 Stat. 3511.)

18 U.S. Code§ 876 - Mailing threatening communications (a) Whoever knowingly deposits in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly causes to be delivered by the Postal Service according to the direction thereon, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person, and containing any demand or request for ransom or reward for the release of any kidnapped person, shall be fined under this
title or imprisoned not more than twenty years, or both. (b) Whoever, with intent to extort from any person any money or other thing ofvalue, so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to kidnap any person or any threat to injure the person ofthe addressee or ofanother, shall be fined under this title or imprisoned not more than twenty years, or both. (c) Whoever knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than five years, or both. I f such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both. (d) Whoever, with intent to extort from any person any money or other thing ofvalue, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both. Ifsuch a communication is addressed to a United States judge, a Federal law

enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both.
(June 25, 1948, ch. 645, 62 Stat. 741; Pub. L. 91-375, § 6G)(7), Aug. 12, 1970, 84 Stat. 777; Pub. L. 103- 322, title XXXIII, §§ 330016(1)(G), (H), (K), 330021(2), Sept. 13, 1994, 108 Stat. 2147, 2150; Pub. L. 107-273, div. C, title I,§ 11008(d), Nov. 2, 2002, 116 Stat. 1818.)

18 U.S. Code§ 514 - Fictitious obligations
(a) Whoever, with the intent to defraud-
(1) draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States; (2) passes, utters, presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States; or (3) utilizes interstate or foreign commerce, including the use ofthe mails or wire, radio, or other electronic communication, to transmit, transport, ship, move, transfer, or attempts or causes the same, to, from, or through the United States, any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority ofthe United States, a foreign government, a State or other political subdivision ofthe United States, or an organization, shall be guilty of a class B felony. (b) For purposes of this section, any term used in this section that is defined in section 513(c) has the same meaning given such term in section 513(c). (c) The United States Secret Service, in addition to any other agency having such authority, shall have authority to investigate offenses under this section. (Added Pub. L. 104-208, div. A, title I,§ l0l(f) [title VI,§ 648(b)(l)], title II, § 2603(b)(1), Sept. 30, 1996, 110 Stat. 3009-314, 3009-367, 3009--470.)

18 U.S. Code§ 247 - Damage to religious property; obstruction of persons in the free exercise ofreligious beliefs
(a) Whoever, in any ofthe circumstances referred to in subsection (b) ofthis section-(!) intentionally defaces, damages, or destroys any religious real property, because ofthe religious character ofthat
property, or attempts to do so; or
(2) intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that

person's free exercise of religious beliefs, or attempts to do so; shall be punished as provided in subsection (d). (b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce. (c) Whoever intentionally defaces, damages, or destroys any religious real property because of the race, color, or ethnic characteristics of any individual associated with that religious property, or attempts to do so, shall be punished as provided irt subsection (d).

(d) The punishment for a violation of subsection (a) or (c) of this section shall b e - (1) if death results from acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for any term ofyears or for life, or both, or may be sentenced to death; (2) ifbodily injury results to any person, including any public safety officer performing duties as a direct or proximate result of conduct prohibited by this section, and the violation is by means of fire or an explosive, a fine under this title or imprisonment for not more that 40 years, or both; (3) if bodily injury to any person, including any public safety officer perfonriing duties as a direct or proximate result of conduct prohibited by this section, results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, a fine in accordance with this title and imprisonment for not more than 20 years, or both; (4) if damage to or destruction of property results from the acts committed in violation of this section, which damage to or destruction of such property is in an amount that exceeds $5~000, a fine in accordance with this title, imprisonment for not more than 3 years, or both; and

(5) in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both.

(e) No prosecution of any offense described in this section shall be undertaken by the United States except upon the certification in writing of the Attorney General or his designee that in his judgment a prosecution by the United States is in the public interest and necessary to secure substantial justice.

(f) As used in this section, the term "religious real property" means any church, synagogue, mosque, religious cemetery, or other religious real property, including fixtures or religious objects contained within a place ofreligious worship, or real property owned or leased by a nonprofit,

religiously affiliated organization. (g) No person shall be prosecuted, tried, or punished for any noncapital offense under this section unless the indictment is found or the information is instituted not later than 7 years after the date on which the offense was committed.
(Added Pub. L. 100-346, § 1, June 24, 1988, 102 Stat. 644; amended Pub. L. 103-322, title VI, § 60006(d), title XXXII, § 320103(d), Sept. 13, 1994, 108 Stat. 1971, 2110; Pub. L. 104---155, § 3, July 3, 1996, 110 Stat. 1392; Pub. L. 104-294, title VI,§§ 60l(c)(3), 605(r), Oct. 11, 1996, 110 Stat. 3499, 3511; Pub. L.
107-273, div. B, title IV,§ 4002(c)(l), (e)(4), Nov. 2, 2002, 116 Stat. 1808, 1810; Pub. L. 115-249, § 2, Sept. 28, 2018, 132 Stat. 3162.)

18 U.S. Code§ 248 - Freedom of access to clinic entrances
(a) Prohibited Activities.-Whoever-
(1) by force or threat of force or by physical obstruction, intentionally injures, intimidates or interferes with or attempts to injure, intimidate or interfere with any person because that person is or has been, or in order to intimidate such person or any other person or any class of persons from, obtaining or providing reproductive health services;
(2) by force or threat offorce or by physical obstruction, intentionally injures, intimidates or interferes with or attempts to injure, intimidate or interfere with any person lawfully exercising or seeking to exercise the First Amendment right ofreligious freedom at a place ofreligious worship;
or (3) intentionally damages or destroys the property ofa facility, or attempts to do so, because such facility provides reproductive health services, or intentionally damages or destroys the property ofa place ofreligious worship,
shall be subject to the penalties provided in subsection (b) and the civil remedies provided in subsection (c), except that a parent or legal guardian of a minor shall not be subject to any penalties or civil remedies under this section for such activities insofar as they are directed exclusively at that minor.
(b) Penalties.-Whoever violates this section shall-
(1) in the case of a first offense, be fined in accordance with this title, or imprisoned not more than one year, or both; and
(2) in the case of a second or subsequent offense after a prior conviction under this section, be fined in accordance with this title, or imprisoned not more than 3 years, or both; except that for an offense involving exclusively

a nonviolent physical obstruction, the fine shall be not more than $10,000 and the length of imprisonment shall be not more than six months, or both, for the first offense; and the fme shall, notwithstanding section 3571, be not more than $25,000 and the length of imprisonment shall be not more than 18 months, or both, for a subsequent offense; and except that if bodily injury results, the length of imprisonment shall be not more than 10 years, and ifdeath results, it shall be for any term ofyears or for life.

(c) Civil Remedies.-

(!) Right ofaction.-

(A) In general.-

Any person aggrieved by reason ofthe conduct prohibited by subsection (a) may commence a civil action for the relief set forth in subparagraph (B), except that such an action may be brought under subsection (a) (1) only by a person involved in providing or seeking to provide, or obtaining or seeking to obtain, services in a facility that provides reproductive health services, and such an action may be brought under subsection (a)(2) only by a person lawfully exercising or seeking to exercise the First Amendment right of religious freedom at a place of religious worship or by the entity that owns or operates such place of religious worship.

(B) Relief.-

In any action under subparagraph (A), the court may award appropriate relief, including temporary, preliminary or permanent injunctive relief and compensatory and punitive damages, as well as the costs of suit and reasonable fees for attorneys and expert witnesses. With respect to compensatory damages, the plaintiffmay elect, at any time prior to the rendering of final judgment, to recover, in lieu of actual damages, an award ofstatutory damages in the ~ount of$5,000 per violation.

(2) Action by attorney general ofthe united states.-

(A) In general.-

Ifthe Attorney General ofthe United States has reasonable cause to believe that any person or group of persons is being, has been, or may be injured by conduct constituting a violation ofthis section, the Attorney General may commence a civil action in any appropriate United States District Court.

(B) Relief.-In any action under subparagraph (A), the court may award appropriate relief, including temporary, preliminary or permanent injunctive relief, and compensatory damages to persons aggrieved as described in paragraph (1)(B). The court, to vindicate the public interest, may also assess a civil penalty against each respondent-

(i) in an amount not exceeding $10,000 for a nonviolent physical obstruction and $15,000 for other first violations; and (ii) in an amount not exceeding $15,000 for a nonviolent physical obstruction and $25,000 for any other subsequent violation.

(3) Actions by state attorneys general.-

(A) In general.-

Ifthe Attorney General ofa State has reasonable cause to believe that any person or group ofpersons is being, has been, or may be injured by conduct constituting a violation ofthis section, such Attorney General may commence a civil action in the name ofsuch State, as parens patriae on behalfofnatural persons residing in such State, in any appropriate United States District Court.

(B)Relief- In any action under subparagraph (A), the court may award appropriate relief, including temporary, preliminary or permanent injunctive relief, compensatory damages, and civil penalties as described in paragraph (2)(B).

(d) Rules ofConstruction.-Nothing in this section shall be construed-

(!) to prohibit any expressive conduct (including peaceful picketing or other peaceful demonstration) protected from legal prohibition by the First Amendment to the Constitution;

(2) to create new remedies for interference with activities protected by the free speech or free exercise clauses ofthe First Amendment to the Constitution, occurring outside a facility, regardless ofthe point of view expressed, or to limit any existing legal remedies for such interference;

(3) to provide exclusive criminal penalties or civil remedies with respect to the conduct prohibited by this section, or to preempt State or local laws that may provide such penalties or remedies; or

(4) to interfere with the enforcement of State or local laws regulating the performance of abortions or other reproductive health services.

(e) Definitions.-As used in this section:

(1) Facility.-

The term "facility" includes a hospital, clinic, physician's office, or other facility that provides reproductive health services, and includes the building or structure in which the facility is located.

(2) Interfere with.-

The term "interfere with" means to restrict a person's freedom o f movement.

(3) Intimidate.-

The term "intimidate" means to place a person in reasonable apprehension of bodily harm to him- or herself or to another.

(4) Physical obstruction.-

The term "physical obstruction" means rendering impassable ingress to or egress from a facility that provides reproductive health services or to or from a place ofreligious worship, or rendering passage to or from such a facility or place of religious worship unreasonably difficult or hazardous.

(5) Reproductive health services.-

The term "reproductive health services" means reproductive health services provided in a hospital, clinic, physician's office, or other facility, and includes medical, surgical, counselling or referral services relating to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy.

(6) State.-

The term "State" includes a State ofthe United States, the District ofColumbia, and any commonwealth, territory, or possession ofthe United States.

(Added Pub. L. 103-259, § 3, May 26, 1994, 108 Stat. 694; amended Pub. L. 103-322, title XXXIII,

§ 330023(a)(2), (3), Sept. 13, 1994, 108 Stat. 2150.)


18 U.S. Code§ 249 - Hate crime acts

(a) In General.-

(1) Offenses involving actual or perceived race, color, religion, or national origin.-Whoever, whether or not acting under color of law, willfully causes bodily injury to any person or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person, because ofthe actual or perceived race, color, religion, or national origin ofany person-

(A) shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and

(B) shall be imprisoned for any term ofyears or for life, fined in accordance with this title, or both, if- (i) death results from the offense; or

(ii) the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.

(2) Offenses involving actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability.-

(A) In general.-Whoever, whether or not acting under color of law, in any circumstance described in subparagraph (B) or paragraph (3), willfully causes bodily injury to any person or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person, because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability ofany person-
(i) shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and
(ii) shall be imprisoned for any term of years or for life, fined in accordance with this title, or both, if -
(I) death results from the offense; or
(II) the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.
(B) Circumstances described.-For purposes of subparagraph (A), the circumstances described in this subparagraph are t h a t -
(i) the conduct described in subparagraph (A) occurs during the course of, or as the result of, the travel of the defendant or the victim-
(!) across a State line or national border; or
(II) using-a channel, facility, or instrumentality ofinterstate or foreign commerce;
(ii) the defendant uses a channel, facility, or instrumentality of interstate or foreign commerce in connection with the conduct described in subparagraph (A);
(iii) in connection with the conduct described in subparagraph (A), the defendant employs a firearm, dangerous weapon, explosive or incendiary device, or other weapon that has traveled in interstate or foreign commerce; or
(iv) the conduct described in subparagraph ( A ) -
(I) interferes with commercial or other economic activity in which the victim is engaged at the time ofthe conduct; or
(II) otherwise affects interstate or foreign commerce.
(3) Offenses occurring in the special maritime orterritorialjurisdiction of the united states.-
Whoever, within the special maritime or territorial jurisdiction of the United States, engages in conduct described in paragraph (1) or in paragraph (2)(A) (without regard to whether that conduct occurred in a

circumstance described in paragraph (2)(B)) shall be subject to the same penalties as prescribed in those paragraphs.

(4) Guidelines.-

All prosecutions conducted by the United States under this section shall be undertaken pursuant to guidelines issued by the Attorney General, or the designee ofthe Attorney General, to be included in the United States Attorneys' Manual that shall establish neutral and objective criteria for determining whether a crime was committed because ofthe actual or perceived status of any person.

(5) Lynching.-

Whoever conspires to commit any offense under paragraph (1), (2), or (3) shall, if death or serious bodily injury (as defined in section 2246 ofthis title) results from the offense, be imprisoned for not more than 30 years, fined in accordance with this title, or both.

(6) Other conspiracies.-

Whoever conspires to commit any offense under paragraph (1), (2), or (3) shall, if death or serious bodily injury (as defined in section 2246 ofthis title) results from the offense, or ifthe offense includes

kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, be imprisoned for not more than 30 years, fined in accordance with this title, or both. (b) Certification Requirement.-

(1) In general.-No prosecution of any offense described in this subsection may be undertaken by the United States, except under the certification in writing ofthe Attorney General, or a designee, that-

(A) the State does not have jurisdiction;

(B) the State has requested that the Federal Government assume jurisdiction;

(C) the verdict or sentence obtained pursuant to State charges left demonstratively unvindicated the Federal interest in eradicating bias-motivated violence; or (D) a prosecution by the United States is in the public interest and necessary to secure substantial justice. (2) Rule of construction.-

Nothing in this subsection shall be construed to limit the authority ofFederal officers, or a Federal grand jury, to investigate possible violations ofthis section.

(c) Definitions.-In this section-

(1) the term "bodily injury" has the meaning given such term in section 1365(h)(4) ofthis title, but does not include solely emotional or psychological harm to the victim;

(2) the term "explosive or incendiary device" has the meaning given such term in section 232 ofthis title; (3) the term "firearm" has the meaning given such term in section 921(a) ofthis title;

(4) the term "gender identity" means actual or perceived gender-related characteristics; and

(5) the term "State" includes the District of Columbia, Puerto Rico, and any other territory or possession of the United States.

(d) Statute ofLimitations.-

(1) Offenses not resulting in death.-

Except as provided in paragraph (2), no person shall be prosecuted, tried, or punished for any offense under this section unless the indictment for such offense is found, or the information for such offense is instituted, not later than 7 years after the date on which the offense was committed.

(2) Death resulting offenses.-

An indictment or information alleging that an offense under this section resulted in death may be found or instituted at any time without limitation.

(e) Supervised Release.-

Ifa court includes, as a part ofa sentence ofimprisonment imposed for a violation ofsubsection (a), a requirement that the defendant be placed on a term of supervised release after imprisonment under section 3583, the court may order, as ari explicit condition of supervised release, that the defendant undertake educational classes or community service directly related to the community harmed by the defendant's offense.

(Added and amended Pub. L. 111-84, div. E, §§ 4707(a), 4711, Oct. 28, 2009, 123 Stat. 2838, 2842; Pub.

L. 117-13, § 5(h), May 20, 2021, 135 Stat. 272; Pub. L. 117-107, § 2, Mar. 29, 2022, 136 Stat. 1125.)

## 18 U.S. Code§ 246 - Deprivation ofreliefbenefits

Whoever directly or indirectly deprives, attempts to deprive, or threatens to deprive any person of any employment, position, work, compensation, or other benefit provided for or made possible in whole or in part by any Act ofCongress appropriating funds for work reliefor reliefpurposes, on account ofpolitical affiliation, race, color, sex, religion, or national origin,

shall be fined under this title, or imprisoned not more than one year, or both.
(Added Pub. L. 94-453, § 4(a), Oct. 2, 1976, 90 Stat. 1517; amended Pub. L. 103-322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code§ 241 - Conspiracy against rights
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Teni.tory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws ofthe United States, or because ofhis having so exercised the same; or Iftwo or more persons go in disguise on the highway, or on the premises ofanother, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-
They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term ofyears or for life, or both, or may be sentenced to death.
(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100--690, title VII,§ 7018(a), (b)(l), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI,§ 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI,§§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

18 U.S. Code§ 175 - Prohibitions with respect to biological weapons
(a) In General.-
Whoever knowingly develops, produces, stockpiles, transfers, acquires, retains, or possesses any biological agent, toxin, or delivery system for use as a weapon, or knowingly assists a foreign state or any organization to do so, or attempts, threatens, or conspires to do the same, shall be fined under this title or imprisoned for life or any term ofyears, or both. There is extraterritorial Federal jurisdiction over an offense under this section committed by or against a national ofthe United States.
(b) Additional Offense.-
Whoever knowingly possesses any biological agent, toxin, or delivery system of a type or in a quantity that, under the circumstances, is not

reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose, shall be fined under this title, imprisoned not more than 10 years, or both. In this subsection, the terms "biological agent" and "toxin" do not encompass any biological agent or toxin that is in its naturally occurring environment, if the biological agent or toxin has not been cultivated, collected, or otherwise extracted from its natural source.
(c) Definition.-
For purposes ofthis section, the term "for use as a weapon" includes the development, production, transfer, acquisition, retention, or possession of any biological agent, toxin, or delivery system for other than prophylactic, protective, bona fide research, or other peaceful purposes.
(Added Pub. L. 101-298, § 3(a), May 22, 1990, 104 Stat. 201; amended Pub. L. 104-132, title V, § 511(b) (1), Apr. 24, 1996, 110 Stat. 1284; Pub. L. 107-56, title VIII,§ 817(1), Oct. 26, 2001, 115 Stat. 385; Pub. L. 107-188, title II,§ 231(c)(l), June 12, 2002, 116 Stat. 661.)
restricted person
(2) The term "restricted person" means an individual w h o - (A) is under indictment for a crime punishable by imprisonment for a term exceeding 1 year; (B) has been convicted in any court of a crime punishable by imprisonment for a term exceeding 1 year; (C) is a fugitive from justice; (D) is an unlawful user of any controlled substance (as defined in section 102 ofthe Controlled Substances Act ( 21 U.S.C. 802 )); (E) is an alien illegally or unlawfully in the United States; (F) has been adjudicated as a mental defective or has been committed to any mental institution; (G) (i) is an alien (other than an alien lawfully admitted for permanent residence) who is a national of a country as to which the Secretary of State, pursuant to section 6G) ofthe Export Administration Act of 1979 ( 50 U.S.C. App. 2405G)), section 620A of chapter 1 ofpart M ofthe Foreign Assistance Act of 1961 ( 22 U.S.C. 2371 ), or section 40(d) ofchapter 3 ofthe Arms Export Control Act ( 22 U.S.C. 2780(d) ), has made a determination (that remains in effect) that such country has repeatedly provided support for acts of international terrorism, or (ii) acts for or on behalf of, or operates subject to the direction or control of, a government or official of a country described in this subparagraph; (H) has been discharged from the Armed Services ofthe United States under dishonorable conditions; or (I) is a member of, acts for or on behalf of, or operates subject to the direction or control of, a terrorist organization as defined in section 212(a)(3)(B)(vi) ofthe Immigration and Nationality Act ( 8

U.S.C. 1182(a)(3)(B)(vi) ).

18 U.S. Code§ 175b - Possession by restricted persons
(a) Offense.-
(1) In general.-It shall be unlawful for a restricted person to--
(A) ship, transport, or possess in or affecting interstate or foreign commerce any biological agent or toxin described in paragraph (2); or
(B) receive any biological agent or toxin described in paragraph (2) that has been shipped or transported in interstate or foreign commerce.
(2) Agents and toxins covered.-A biological agent or toxin described in this paragraph is a biological agent or toxin t h a t - (A) is listed as a non-overlap or overlap select biological agent or toxin under part 73 oftitle 42, Code ofFederal Regulations, pursuant to section 351A ofthe Public Health Service Act (42 U.S.C. 262a); and
(B) is not excluded or exempted under part 73 oftitle 42, Code ofFederal Regulations.
(3) Penalty.-
Whoever knowingly violates this section shall be fined as provided in this title, imprisoned not more than 10 years, or both, but the prohibition contained in this section shall not apply with respect to any duly authorized United States governmental activity.
(b) Transfer to Unregistered Person.-
(1) Select agents.-
Whoever transfers a select agent to a person who the transferor knows or has reasonable cause to believe is not registered as required by regulations under subsection (b) or (c) ofsection 351A ofthe Public Health Service Act shall be fined under this title, or imprisoned for not more than 5 years, or both.
(2) Certain other biological agents and toxins.-
Whoever transfers a biological agent or toxin listed pursuant to section 212(a)(l) ofthe Agricultural Bioterrorism Protection Act of 2002 to a person who the transferor knows or has reasonable cause to believe is not registered as required by regulations under subsection (b) or (c) of section 212 of such Act shall be fined under this title, or imprisoned for not more than 5 years, or both. (c) Unregistered for Possession.-
(!) Select agents.-
Whoever knowingly possesses a biological agent or toxin where such agent or toxin is a select agent for which such person has not obtained a

registration required by regulations under section 35 lA(c) of the Public Health Service Act shall be fined under this title, or imprisoned for not more than 5 years, or both. (2) Certain other biological agents and toxins.-Whoever knowingly possesses a biological agent or toxin where such agent or toxin is a biological agent or toxin listed pursuant to section 212(a)(l) ofthe Agricultural Bioterrorism Protection Act of 2002 for which such person has not obtained a registration required by regulations under section 212(c) of such Act shall be fined under this title, or imprisoned for not more than 5 years, or both.

(d) Definitions.-In this section:

(1) The term "select agent" means a biological agent or toxin to which subsection (a) applies. Such term (including for purposes of subsection (a)) does not include any such biological agent or toxin that is in its naturally-occurring environment, ifthe biological agent or toxin has not been cultivated, collected, or otherwise extracted from its natural source. (2) The term "restricted person" means an individual who-- (A) is under indictment for a crime punishable by imprisonment for a term exceeding 1 year; (B) has been convicted in any court of a crime punishable by imprisonment for a term exceeding 1 year; (C) is a fugitive from justice; (D) is an unlawful user ofany controlled substance (as defined in section 102 ofthe Controlled Substances Act (21 U.S.C. 802)); (E) is an alien illegally or unlawfully in the United States;

(F) has been adjudicated as a mental defective or has been committed to any mental institution;

(G) (i) is an alien (other than an alien lawfully admitted for permanent residence) who is a national of a country as to which the Secretary of State, pursuant to section 6G) [1] ofthe Export Administration Act of 1979 (50 U.S.C. App. 2405G)), section 620A ofchapter 1 ofpart M ofthe Foreign Assistance Act of 1961 (22 U.S.C. 2371), or section 40(d) ofchapter 3 ofthe Arms Export Control Act (22 U.S.C. 2780(d)), has made a determination (that remains in effect) that such country has repeatedly provided support for acts of international terrorism, or (ii) acts for or on behalf of, or operates subject to the direction or control of, a government or official of a country described in this subparagraph;

(H) has been discharged from the Armed Services ofthe United States under dishonorable conditions; or (I) is a member of, acts for or on behalf of, or operates subject to the direction or control of, a terrorist organization as

defined in section 212(a)(3)(B)(vi) ofthe Immigration and Nationality Act (8 U.S.C. 1182(a)(3)(B)(vi)).

(3) The term "alien" has the same meaning as in section 101(a)(3) ofthe Immigration and Nationality Act (8 U.S.C. 1101(a)(3)).

(4) The term "lawfully admitted for permanent residence" has the same meaning as in section 101(a)(20) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(20)).

(Added Pub. L. 107-56, title VIII, § 817(2), Oct. 26, 2001, 115 Stat. 385; amended Pub. L. 107-188, title II,§ 231(a), (b)(l), (c)(2), June 12, 2002, 116 Stat. 660, 661; Pub. L. 107-273, div. B, title IV,§ 4005(g), Nov. 2, 2002, 116 Stat. 1813; Pub. L. 108-458, title VI,§ 6802(c), (d)(l), Dec. 17, 2004, 118 Stat. 3767; Pub. L. 116-31, § 2, July 25, 2019, 133 Stat. 1034.)

18 U.S. Code§ 177 -Injunctions

(a) In General.-The United States may obtain in a civil action an injunction against-

(!) the conduct prohibited under section 175 ofthis title;

(2) the preparation, solicitation, attempt, threat, or conspiracy to engage in conduct prohibited under section 175 ofthis title; or

(3) the development, production, stockpiling, transferring, acquisition, retention, or possession, or the attempted development, production, stockpiling, transferring, acquisition, retention, or possession of any biological agent, toxin, or delivery system of a type or in a quantity that under the circumstances has no apparent justification for prophylactic, protective, or other peaceful purposes.

(b) Affirmative Defense.-It is an affirmative defense against an injunction under subsection (a)(3) ofthis section that-

(1) the conduct sought to be enjoined is for a prophylactic, protective, or other peaceful purpose; and

(2) such biological agent, toxin, or delivery system is of a type and quantity reasonable for that purpose. (Added Pub. L. 101-298, § 3(a), May 22, 1990, 104 Stat. 202; amended Pub. L. 104-132, title V, § 511(b) (2), Apr. 24, 1996, 110 Stat. 1284.)

18 U.S. Code§ 116 - Female genital mutilation

(a) Except as provided in subsection (b), whoever, in any circumstance described in subsection (d), knowingly-

(!) performs, attempts to perform, or conspires to perform female genital mutilation on another person who has not attained the age of 18 years; (2) being the parent, guardian, or caretaker of a person who has not attained the age of 18 years facilitates or consents to the female genital mutilation of such person; or (3) transports a person who has not attained the age of 18 years for the purpose ofthe performance offemale genital mutilation on such person, shall be fined under this title, imprisoned not more than 10 years, or both.

(b) A surgical operation is not a violation of this section if the operation i s -
(1) necessary to the health ofthe person on whom it is performed, and is performed by a person licensed in
the place of its performance as a medical practitioner; or
(2) performed on a person in labor or who has just given birth and is performed for medical purposes connected with that labor or birth by a person licensed in the place it is performed as a medical practitioner, midwife, or person in training to become such a practitioner or midwife.

(c) It shall not be a defense to a prosecution under this section that female genital mutilation is required as a matter of religion, custom, tradition, ritual, or standard practice.

(d) For the purposes ofsubsection (a), the circumstances described in this subsection are that-

(1) the defendant or victim traveled in interstate or foreign commerce, or traveled using a means, channel, facility, or instrumentality of interstate or foreign commerce, in furtherance of or in connection with the conduct described in subsection (a);

(2) the defendant used a means, channel, facility, or instrumentality of interstate or foreign commerce in furtherance of or in connection with the conduct described in subsection (a);

(3) any payment of any kind was made, directly or indirectly, in furtherance of or in connection with the conduct described in subsection (a) using any means, channel, facility, or instrumentality ofinterstate or foreign commerce or in or affecting interstate or foreign commerce;

(4) the defendant transmitted in interstate or foreign commerce any communication relating to or in furtherance ofthe conduct described in subsection (a) using any means, channel, facility, or instrumentality ofinterstate or foreign commerce or in or affecting interstate or foreign commerce by any means or in manner, including by computer, mail, wire, or electromagnetic transmission; (5) any instrument, item, substance, or

other object that has traveled in interstate or foreign commerce was used to perform the conduct described in subsection (a);

(6) the conduct described in subsection (a) occurred within the special maritime and territorial jurisdiction ofthe United States, or any territory or possession ofthe United States; or

(7) the conduct described in subsection (a) otherwise occurred in or affected interstate or foreign
commerce.

(e) For purposes of this section, the term "female genital mutilation" means any procedure performed for non-medical reasons that involves partial or total removal of, or other injury to, the external female genitalia, and includes-

(1) a clitoridectomy or the partial or total removal ofthe clitoris or the prepuce or clitoral hood;

(2) excision or the partial or total removal (with or without excision of the clitoris) of the labia minora or the labia majora, or both;

(3) infibulation or the narrowing ofthe vaginal opening (with or without excision ofthe clitoris); or

(4) other procedures that are harmful to the external female genitalia, including pricking, incising, scraping, or cauterizing the genital area.
(Added Pub. L. 104-208, div. C, title VI,§ 645(b)(l), Sept. 30, 1996, 110 Stat. 3009-709; amended Pub. L. 112-239, div. A, title X, § 1088, Jan. 2, 2013, 126 Stat. 1970; Pub. L. 116-309, § 3, Jan. 5, 2021, 134 Stat. 4923.)

18 U.S. Code§ 1694 - Carriage ofmatter out ofmail over post routes
Whoever, having charge or control of any conveyance operating by land, air, or water, which regularly performs trips at stated periods on any post route, or from one place to another between which the mail is regularly carried, carries, otherwise than in the mail, any letters or packets, except such as relate to some part of the cargo of such conveyance, or to the current business of the carrier, or to some article carried at the same time by the same conveyance, shall, except as otherwise provided by law, be fined under this title. (June 25, 1948, ch. 645, 62 Stat. 776; Pub. L. 103-322, title XXXIII, § 330016(1)(A), Sept. 13, 1994, 108 Stat. 2146.)

18 U.S. Code§ 1709 - Theft ofmail matter by officer or employee
Whoever, being a Postal Service officer or employee, embezzles any letter, postal card, package, bag, or mail, or any article or thing contained therein

entrusted to him or which comes into his possession intended to be conveyed by mail, or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, or forwarded through or delivered from any post office or station thereofestablished by authority ofthe Postmaster General or ofthe Postal Service; or steals, abstracts, or removes from any such letter, package, bag, or mail, any article or thing contained therein, shall be fined under this title or imprisoned not more than five years, or both.
(June 25, 1948, ch. 645, 62 Stat. 780; Pub. L. 91-375, § 6G)(19)(A), Aug. 12, 1970, 84 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(1), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code§ 1712 - Falsification ofpostal returns to increase compensation
Whoever, being a Postal Service officer or employee, makes a false return, statement, or account to any officer ofthe United States, or makes a false entry in any record, book, or account, required by law or the rules or regulations of the Postal Service to be kept in respect of the business or operations of any post office or other branch of the Postal Service, for the purpose of fraudulently increasing his compensation or the compensation ofthe postmaster or any employee in a post office; or
Whoever, being a Postal Service officer or employee in any post office or station thereof, for the purpose of increasing the emoluments or compensation of his office, induces, or attempts to induce, any person to deposit mail matter in, or forward in any manner for mailing at, the office where such officer or employee
is employed, knowing such matter to be properly mailable at another post office-
Shall be fined under this title or imprisoned not more than two years, or both.
(June 25, 1948, ch. 645, 62 Stat. 780; Pub. L. 91-375, § 6G)(22), Aug. 12, 1970, 84 Stat. 779; Pub. L. 103- 322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code § 1708 - Theft or receipt of stolen mail matter generally
Whoever steals, takes, or abstracts, or by fraud or deception obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository

for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or thing contained therein; or Whoever steals, takes, or abstracts, or by fraud or deception obtains any letter, postal card, package, bag, or mail, or any article or thing contained therein which has been left for collection upon or adjacent to a collection box or other authorized depository of Mail matter; or Whoever buys, receives, or conceals, or unlawfully has in his possession, any letter, postal card, package, bag, or mail, or any article or thing contained therein, which has been so stolen, taken, embezzled, or abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, or abstracted- Shall be fined under this title or imprisoned not more than five years, or both.
(June 25, 1948, ch. 645, 62 Stat. 779; May 24, 1949, ch. 139, § 39, 63 Stat. 95; July 1, 1952, ch. 535, 66 Stat. 314; Pub. L. 103-322, title XXXIII, § 330016(1)(1), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code§ 1701 - Obstruction of mails generally
Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both.
(June 25, 1948, ch. 645, 62 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(B), Sept. 13, 1994, 108 Stat. 2146.)

18 U.S. Code§ 1702 - Obstruction of correspondence
Whoever takes any letter, postal card, or package out of any post office or any authorized depository for
mail matter, or from any letter or mail carrier, or which has been in any post office or authorized depository, or in the custody of any letter or mail carrier, before it has been delivered to the person to whom it was directed, with design to obstruct the correspondence, or to pry into the business or secrets of another, or opens, secretes, embezzles, or destroys the same, shall be fined under this title or imprisoned not more than five years, or both.
(June 25, 1948, ch. 645, 62 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(1), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code§ 1703 - Delay or destruction of mail or newspapers
(a) Whoever, being a Postal Service officer or employee, unlawfully secretes, destroys, detains, delays, or opens any letter, postal card, package, bag, or mail entrusted to him or which shall come into his possession, and which was intended to be conveyed by mail, or carried or delivered by any carrier or other employee of the Postal Service, or forwarded through or delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service, shall be fined under this title or imprisoned not more than five years, or both.
(b) Whoever, being a Postal Service officer or employee, improperly detains, delays, or destroys any newspaper, or permits any other person to detain, delay, or destroy the same, or opens, or permits any other person to open, any mail or package of newspapers not directed to the office where he is employed; or Whoever, without authority, opens, or destroys any mail or package of newspapers not directed to him, shall be fined under this title or imprisoned not more than one year, or both.
(June 25, 1948, ch. 645, 62 Stat. 778; May 24, 1949, ch. 139, § 37, 63 Stat. 95; Pub. L. 91-375, § 6(j)(16), Aug. 12, 1970, 84 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(B), (G), Sept. 13, 1994, 108 Stat. 2146, 2147.)

18 U.S. Code § 1700 - Desertion of mails
Whoever, having taken charge of any mail, voluntarily quits or deserts the same before he has delivered it into the post office at the termination of the route, or to some known mail carrier, messenger, agent, or other employee in the Postal Service authorized to receive the same, shall be fined under this title or imprisoned not more than one year, or both.
(June 25, 1948, ch. 645, 62 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)
810.145 Video voyeurism.-
(1) As used in this section, the term:
(a) "Broadcast" means electronically transmitting a visual image with the intent that it be viewed by another person.
(b) "Imaging device" means any mechanical, digital, or electronic viewing device; still camera; camcorder; motion picture camera; or any other instrument, equipment, or format capable of recording, storing, or transmitting visual images of another person.
(c) "Place and time when a person has a reasonable expectation of privacy" means a place and time when a reasonable person would believe that he or

she could fully disrobe in privacy, without being concerned that the person's undressing was being viewed, recorded, or broadcasted by another, including, but not limited to, the interior o f a residential dwelling, bathroom, changing room, fitting room, dressing room, or tanning booth.
(d) "Privately exposing the body" means exposing a sexual organ.
(2) A person commits the offense o f video voyeurism i f that person: (a) For his or her own amusement, entertainment, sexual arousal, gratification, or profit, or for the purpose of degrading or abusing another person, intentionally uses or installs an imaging device to secretly view, broadcast, or record a person, without that person's knowledge and consent, who is dressing, undressing, or
privately exposing the body, at a place and time when that person has a reasonable expectation of privacy; (b) For the amusement, entertainment, sexual arousal, gratification, or profit ofanother, or on behalfof another, intentionally permits the use or installation of an imaging device to secretly view, broadcast, or record a person, without that person's knowledge and consent, who is dressing, undressing, or privately exposing the body, at a place and time when that person has a reasonable expectation ofprivacy; or
(c) For the amusement, entertainment, sexual arousal, gratification, or profit of oneself or another, or on behalf of oneself or another, intentionally uses an imaging device to secretly view, broadcast, or record under or through the clothing being worn by another person, without that person's knowledge and consent, for the purpose ofviewing the body of, or the undergarments worn by, that person.
(3) A person commits the offense of video voyeurism dissemination if that person, knowing or having reason to believe that an image was created in a manner described in this section, intentionally disseminates, distributes, or transfers the image to another person for the purpose of amusement, entertainment, sexual arousal, gratification, or profit, or for the purpose of degrading or abusing another person. (4) A person commits the offense of commercial video voyeurism dissemination if that person: (a) Knowing or having reason to believe that an image was created in a manner described in this section, sells the image for consideration to another person; or
(b) Having created the image in a manner described in this section, disseminates, distributes, or transfers the image to another person for that person to sell the image to others.
(5) This section does not apply to any:

(a) Law enforcement agency conducting surveillance for a law enforcement purpose; (b) Security system when a written notice is conspicuously posted on the premises stating that a video surveillance system has been installed for the purpose of security for the premises;

(c) Video surveillance device that is installed in such a manner that the presence ofthe device is clearly and immediately obvious; or

(d) Dissemination, distribution, or transfer of images subject to this section by a provider of an electronic communication service as defined in 18 U.S.C. s. 2510(15), or a provider of a remote computing service as defined in 18 U.S.C. s. 2711(2). For purposes of this section, the exceptions to the definition of"electronic communication" set forth in 18 U.S.C. s. 2510(12)(a), (b), (c), and (d) do not apply, but are included within the definition ofthe term. (6) Except as provided in subsections (7) and (8): (a) A person who is under 19 years of age and who violates this section commits a misdemeanor of the first degree, punishable as provided ins. 775.082or s. 775.083. (b) A person who is 19 years of age or older and who violates this section commits a felony ofthe third

degree, punishable as provided ins. 775.082, s. 775.083, ors. 775.084.

(7) A person who violates this section and who has previously been convicted of or adjudicated delinquent for any violation ofthis section commits a felony ofthe second degree, punishable as provided in s. 775.082, s. 775.083, ors. 775.084.

(8)(a) A person who is:

1. Eighteen years of age or older who is responsible for the welfare of a child younger than 16 years of age, regardless ofwhether the person knows or has reason to know the age ofthe child, and who commits an offense under this section against that child;

2. Eighteen years of age or older who is employed at a private school as defined ins. 1002.01; a school as defined ins. 1003.01; or a voluntary prekindergarten education program as described ins. 1002.53(3)(a), (b), or (c) and who commits an offense under this section against a student ofthe private school, school, or voluntary pre kindergarten education program; or 3. Twenty-four years of age or older who commits an offense under this section against a child younger than 16 years ofage, regardless ofwhether the person knows or has reason to know the age ofthe child commits a felony ofthe second degree, punishable as provided ins. 775.082, s. 775.083, ors. 775.084. (b)

A person who violates this subsection and who has previously been convicted of or adjudicated delinquent for any violation ofthis section commits a felony ofthe second degree, punishable as provided in s. 775.082, s. 775.083, ors. 775.084.

(9) For purposes of this section, a person has previously been convicted of or adjudicated delinquent for a violation ofthis section ifthe violation resulted in a conviction that was sentenced separately, or an adjudication of delinquency entered separately, prior to the current offense.

History.-s. 1, ch. 2004-39; s. 1, ch. 2008-188; s. 7, ch. 2012-19; s. 1, ch. 2012-39.

2020 Georgia Code
Title 16 - Crimes and Offenses
Chapter 11 - Offenses Against Public Order and Safety
Article 3 - Invasions ofPrivacy
Part 1 - Wiretapping, Eavesdropping, Surveillance, and Related Offenses § 16-11-61. Peeping Toms Universal Citation: GA Code§ 16-11-61 (2020)

• It shall be unlawful for any person to be a "peeping Tom" on or about the premises of another or to go about or upon the premises ofanother for the purpose ofbecoming a 11peeping Tom."

• As used in this Code section, the term "peeping Tom" means a person who peeps through windows or doors, or other like places, on or about the premises of another for the purpose of spying upon or invading the privacy o f the persons spied upon and the doing o f any other acts o f a similar nature which invade the privacy o f such persons.

(Ga. L. 1919, p. 386, §§ 1, 2; Code 1933, §§ 26-2001, 26-2002; Ga. L. 1967, p. 844, § 1; Code 1933, § 26- 3002, enacted by Ga. L. 1968, p. 1249, § 1.)
Law reviews.

- For note, "Pedophilia, Exhibitionism, and Voyeurism: Legal Problems in the Deviant Society," see 4 Ga. L. Rev. 149 (1969). For comment on Ellenberg v. Pinkerton's, Inc., 125 Ga. App. 648, 188 S.E.2d 911 (1972), holding employer defendant may not use independent contractor defense to invasion ofprivacy suit resulting from actions of investigator working in his behalf, see 9 Ga. St. B.J. 519 (1973).

JUDICIAL DECISIONS

Specific intent is an essential element of "Peeping Tom" offense, in that it must appear that accused was on or about premises of another for purpose, i.e., intention, of spying upon or invading privacy of another, or of doing

acts which tend to invade privacy of another. Davis v. State, 115 Ga. App. 338, 154 S.E.2d 462 (1967).

Gravamen of the offense of Peeping Tom is being on the premises of another for the purpose of spying or invading privacy. Longenbach v. State, 202 Ga. App. 863,415 S.E.2d 546 (1992).

Prohibited act is "peeping" with requisite wrongful purpose or intent.

- If act and intent are in concurrence, the crime is complete regardless of what or who may or may not be subject to perpetrator's unlawful gaze. Chance v. State, 154 Ga. App. 543,268 S.E.2d 737 (1980). Whether intended victims within view.

- Guilt or innocence not dependent on whether persons defendant sought to spy upon were actually in defendant's view. Butts v. State, 97 Ga. App. 465, 103 S.E.2d 450 (1958).

State is not required to show that a person is actually spied upon, the gravamen o f the offense being that the spying took place regardless o f whether the attempt to invade the privacy o f another was successful. McBride v. State, 196 Ga. App. 398, 396 S.E.2d 78 (1990).


Peeping Tom Statute is sufficiently definite to apprise one o f ordinary intelligence o f conduct which statute forbids. Lemon v. State, 235 Ga. 74,218 S.E.2d 818 (1975), cert. denied, 425 U.S. 906, 96 S. Ct. 1499, 47 L. Ed. 2d 757 (1976).

Publication or commercialization of information obtained.

- In offense ofinvasion ofprivacy ofanother, the gravamen or essence ofthe action is not publication or commercialization of the information obtained. There is nothing in the decided cases of this state which indicates any such limitation or qualification ofthe right, and a person's privacy is invaded even though the information obtained is restricted to immediate transgressor. Publication or commercialization may aggravate, but individual's right to privacy is invaded and violated nevertheless by original act of intrusion. McDaniel v. Atlanta Coca-Cola Bottling Co., 60 Ga. App. 92, 2 S.E.2d 810 (1939).

Introduction of similar transactions.

- In a trial for rape, burglary, assault and sodomy, where the evidence was such as to authorize the inference that the perpetrator had most likely been a "peeping Tom" before the perpetrator committed the instant burglaries and sexual offenses against the victims, the trial court did not err in allowing the state to introduce, as sufficiently similar transactions,

evidence that, on two other occasions, defendant had been a "peeping Tom" without having committed the additional offenses of burglary and sexual assault. Muckle v. State, 202 Ga. App. 733,415 S.E.2d 299, cert. denied, 202 Ga. App. 907,415 S.E.2d 299 (1992).

Trial court did not abuse its discretion in admitting similar transaction evidence of defendant's involvement in a Peeping Tom incident where defendant was arrested for entering a women's restroom at another college and peering into an occupied stall with a hand mirror in defendant's trial for Peeping Tom and burglary with intent to commit rape as: (1) the state offered the testimony of the alleged victim in that Peeping Tom incident, a young, black, female student, as well as the testimony of the arresting police officer, for the appropriate purpose of showing defendant's bent of mind, course of conduct, and identity; (2) the alleged victim's testimony provided sufficient evidence that defendant peered into the bathroom stall while she was in it; and (3) the acts were sufficiently similar. Howard v. State, 266 Ga. App. 281, 596 S.E.2d 627 (2004). Relevant evidence.

- Testimony of a person arrested for allegedly staring into the complainant's windows from the next-door driveway, explaining that the person went there to take an employee with the person on the person's daily visits to the person's institutionalized retarded child, was relevant. Rosenthal v. Hudson, 183 Ga. App. 712, 360 S.E.2d 15 (1987) (action for malicious prosecution).

Impact of multiple sclerosis on ability to commit offense should be investigated.

- Defendant, who was convicted of violating Georgia's Peeping Tom Statute, O.C.G.A. § 16-11-61, was entitled to a new trial since defendant's counsel failed to investigate the impact of defendant's multiple sclerosis, which might have been sufficient to create a reasonable doubt as to whether defendant acted with the purpose of spying on the victim. Fedak v. State, 304 Ga. App. 580,696 S.E.2d 421 (2010).

When proof at variance with indictment.

- Allegation in the indictment as to the identity of the victim was mere surplusage, and the failure to prove the allegation was not a fatal variance requiring reversal of defendant's conviction. McBride v. State, 196 Ga. App. 398,396 S.E.2d 78 (1990).

Evidence sufficient for conviction.

- See Banks v. State, 178 Ga. App. 54, 341 S.E.2d 859 (1986); In re J.G., 188 Ga. App. 856, 374 S.E.2d
796 (1988); Emerson v. State, 217 Ga. App. 284,458 S.E.2d 657 (1995); Smith v. State, 238 Ga. App. 605, 520 S.E.2d 13 (1999); Brown v. State, 242 Ga. App. 858, 531 S.E.2d 409 (2000).
Cited in Terrell v. State, 124 Ga. App. 117, 183 S.E.2d 24 (1971); State v. Birge, 240 Ga. 501,241 S.E.2d 213 (1978); Drake v. State, 245 Ga. 798, 267 S.E.2d 237 (1980); Barron v. State, 158 Ga. App. 172,279 S.E.2d 299 (1981); Lemon v. State, 161 Ga. App. 692,289 S.E.2d 789 (1982); Elmore v. Atlantic Zayre, Inc., 178 Ga. App. 25,341 S.E.2d 905 (1986); English v. State, 282 Ga. App. 552,639 S.E.2d 551 (2006).

The Wiretap Act (18 U.S.C. § 2511) and amended by the Electronic Communications Privacy Act in 1986, is a federal law that makes it illegal to secretly record all ofthe following: a face-to-face conversation, telephone call, email, text, or "electronic communication" that is "reasonably expected to be private."
The Electronic Communications Privacy Act ("ECPA") of 1986 extended government restrictions on wiretapping from just phone calls to include transmissions of electronic data by computer and other digital devices. This act also added new provisions prohibiting the interception of stored electronic communications[l] and the use oftracking devices.[2]
The ECPA makes it a federal crime to engage in, possess, use, or disclose information illegally obtained through electronic eavesdropping.
This applies to ANYONE who intentionally intercepts, or attempts to intercept electronic communications by using a device or devices unless given consent person targeted.
Punishments for Illegally Using Phone Spy Software. There are several charges you may face ifyou are caught using phone spy software illegally.
Intent to Wiretap
18 U.S.C. § 2511 ofthe ECPA, makes it a felony to "intentionally intercept" wire, oral, or electronic
communications.
The ECPA also outlaws "endeavoring to intercept" a communication. So even attempted wiretapping and eavesdropping is considered a crime.
Potential consequences for violating 18 U.S.C. § 2511 for intentional use ofwiretapping and eavesdropping equipment or endeavoring to intercept communications include:

• Imprisonment for not more than five years; or
• a fine ofnot more than $250,000 for individuals
• a fine ofnot more than $500,000 for organizations
Possession of Unlawful Wiretapping Equipment
18 U.S.C. § 2512 makes it a felony to "manufacture, distribute, possess, [or] advertise" wire, oral, or electronic intercepting devices.
In order to be found guilty ofpossession ofwiretapping equipment, the prosecution must prove that you intentionally manufactured, distributed, possessed, or advertised these types of devices.
Consequences for violating 18 U.S.C. § 2512 for unlawful possession ofwiretapping and eavesdropping equipment include:
• Imprisonment for not more than five years; or
• A fine ofnot more than $250,000 for individuals
• A fine ofnot more than $500,000 for organizations
Disclosure of Information Obtained by Unlawful Wiretapping
18 U.S.C. § 2511 makes it a felony to use or disclose information obtained through illegal wiretapping or electronic eavesdropping.
So if you are hoping to get evidence against a cheating spouse or partner, be aware that nothing you collect through a spying application would be admissible in court, and could land YOUin court.
Consequences for violating 18 U .S.C. § 2511 for illegal use of information obtained by unlawful wiretapping include:
• Imprisonment for not more than five years; or
• a fine ofnot more than $250,000 for individuals
• a fine ofnot more than $500,000 for organizations
Alternative Punishments
•Forfeiture of your equipment : 18U.S.C.§ 2520 permits the seizure and forfeiture of any device used sent, carried, manufactured, assembled, possessed, sold or advertised" in violation of§ 2511 or § 2512.
• Alternative Fine: If there is a monetary loss or gain associated with the offense, 18 U.S.C § 2511(4)(a) permits making an offender pay an alternative fine "not more than twice the amount ofthe loss or gain."[6]
You Could Face Both Civil and Criminal Penalties
Charges ofwiretapping and eavesdropping can also carry civil liability.
51. Pursuant to Federal Rules of Civil Procedure, Title 5, 22, 42, 142, 18, 18a, and 50, Plaintiff brings this action on behalfofherself, and to attest to her witnesses and families victimization, unwittingly and/or unrealized at the hands of, the direction of, or the knowledge of All of The Defendants:

(a) TITLE 18 PART I CHAPTER 37 § 793. Gathering, transmitting or losing defense information,

(b) 18 U.S.C. § 241. Conspiracy against rights,

(c) 18 U.S.C. § 373. Solicitation to commit a crime ofviolence,

(d) 18 U.S.C. § 1091. Genocide,

(e) 18 U.S.C. § 1341. Mail fraud,

(f) 18 U.S.C. § 1512. Tampering with a witness, victim, or an informant,

(g) 18 U.S.C. § 1513. Retaliating against a witness, victim, or an informant,

(h) 18 U.S.C. § 1583 (2). Enticement into slavery, (i) 18 U.S.C. § 1692. Foreign mail as United States mail,

G) 18 U.S.C. § 1801. Video voyeurism,

(k) 18 U.S.C. § 1812. Statement ofexclusive means by which electronic surveillance and interception of certain communications may be conducted,

(1) 18 U.S.C. § 2242. Sexual abuse,

(m) 18 U.S.C. § 2332 (a) Terrorism, and (h). Use ofweapons ofmass destruction,

(n) 18 U.S.C. § 2339. Harboring or concealing terrorists,

(o) 18 U.S.C. § 2422. Coercion and enticement, or are currently doing so;

(p) Defendants have subjected the public/witnesses to electronic surveillance, in violation of 50 U.S.C. § 1809 and 1810, or are currently doing so;

{q) Defendants are intercepting communications in violation of 18 U.S.C. § 2510 and 18 U.S.C. § 2511;

(r) Defendants have transmitted Plaintiff, witnesses, and her family, in violation of 18 U.S.C. § 2703,

Required Disclosure of communications records, or are currently doing so; Case 1:22-cv-03080-MHC Document 9 Filed 10/11/22 Page 123 of 138 (s) Defendants have transmitted civilians, and non civilians, in violation of 18 U.S.C. § 2381. Treason, or are currently doing so;

(t) Defendants have harassed and transmitted the public to stalk and harass the Plaintiff inclusive of electronically and tangibly, in violation of 18 U.S.C. § 2261: US Code - 2261A: Stalking

(u) Plaintiffwas violated with her civil rights with the use of electronic communications under 18a U.S.C. Rule 41. Search and Seizure

(v) Defendants have violated the Administrative Procedures Act, 5 U.S.C. §§ 701 et seq., or are currently doing so;

(w) Defendants have violated the constitutional principle o f separation o f powers, or are currently doing so;

(x) Defendants have Tortured Plaintiff, her family, electronically in violation of 18 U.S.C. § 2340A, or currently doing so:

(y) Plaintiff is entitled to injunctive, declaratory, and other equitable relief against defendants and freedom from spying activities; (z) Defendants have Tortured Plaintiff, witnesses and her family electronically in violation of 18 U.S.C. § 2422, or currently doing so:

(aa) Plaintiff is entitled to Civil Damages 18 U.S.C. § Rule 2520 in violations of her First, Third, Fifth, and Thirteenth Amendments; 18 U.S.C. § 2510, 18 U.S.C. § 2511, and 18 U.S.C. § 2512.

(ab) Plaintiff is entitled to Grants and Health Care Assistance as a victim in accordance to 22 U.S.C. § 2152: US Code - Section 2152: Assistance for victims oftorture.

(ac) United Nations Convention against Torture and Other Crel, Inhuman or Degrading Treatment or Punishment, G.A. res. 39/46, annex, 39 U.N. GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984), entered into force June 26, 1987; Universal Declaration ofHuman Rights, G.A. res. 217A (III), U.N. Doc. A/810 at 71 (1948); International Convention on Civil and Political Rights, G.A. res. 2200A (XXI), 21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 9.99 U.N.T.S. 171, entered into force Mar. 23, 1976.

(ad) Defendants have Tortured Plaintiff, witnesses and her family, the prohibitions against torture and other cruel, inhuman, or degrading treatment and the conspiracy to oppress, torture, rape, suppress, is a violation under 142 U.S.C.§ 1985. Conspiracy to interfere with United States Civil Rights.

(ae) Defendants have Tortured Plaintiff, witnesses and her family, the prohibitions against malicious intent to torture, rape privacy rights, brainwash, and enslave with severe psychological in-humane damages to one's spirit, and libel is actionable under Tort Claims of damages found under ~ivil and criminal trials.

(af) Plaintiffhas made at least 2 requests to the FOIA and both dossiers were denied under the violation of 5 U.S.C. § 552; claims under and 18 U.S.C. § 2707 and 5 U.S.C. § 702


52. Adequacy: The Plaintiff, witnesses, and her family members are suffering great harm arising from Defendants' violations oflaw, as alleged

herein. Plaintiff intends to prosecute this action vigorously. Plaintiff hereby demands injunctive relief and damages.

Plaintiff seeks relief as permitted by law for each count below separately:

(a) 18 U.S.C. § 793. Gathering, transmitting or losing defense information,

(b) 18 U.S.C. § 241. Conspiracy against rights,

(c) 18 U.S.C. § 373. Solicitation to commit a crime of violence, (d) 18 U.S.C. § 1091. Genocide,

(e) 18 U.S.C. § 1341. Mail fraud,

(f) 18 U.S.C. § 1512. Tampering with a witness, victim, or an informant,

(g) 18 U.S.C. § 1513. Retaliating against a witness, victim, or an informant,

(h) 18 U.S.C. § 1583 (2). Enticement into slavery,

(i) 18 U.S.C. § 1692. Foreign mail as United States mail,

(j) 18 U.S.C. § 1801. Video voyeurism,

(k) 18 U.S.C. § 1812. Statement of exclusive means by which electronic surveillance and interception of certain communications may be conducted,

(1) 18 U.S.C. § 2242. Sexual abuse,

(m) 18 U.S.C. § 2332 (a) Terrorism, and (h). Use of weapons of mass destruction,

(n) 18 U.S.C. § 2339. Harboring or concealing terrorists,

(o) 18 U.S.C. § 2422. Coercion and enticement, or are currently doing so;

(p) Defendants have subjected the Plaintiff, witnesses and her family, to electronic surveillance, spying, and mind and body transmissions, in violation of 50 U.S.C. § 1809 and 1810, or are currently doing so;

(q) Defendants are intercepting communications in violation of 18 U.S.C. § 2511;

(r) Defendants have transmitted the Plaintiff, witnesses, and her family, in violation of 18 U.S.C. § 2703, Required Disclosure of communications records, or are currently doing so;

(s) Defendants have transmitted the Plaintiff, witnesses, and her family domestically and internationally, in violation of 18 U.S.C. § 2381. Treason, or are currently doing so;

(t) Defendants are violation of 18 U.S.C. § 2261: US Code - 2261A: Stalking

(u) Plaintiff was subjected to electronic surveillance, spying and harassment, violating 18a U.S.C. Rule 41. Search and Seizure

(v) Defendants have violated the Administrative Procedures Act, 5 U.S.C. §§ 701 et seq., or are currently doing so;

(w) Defendants have violated the constitutional principle of separation of powers, or are currently doing so; (x) Defendants have tortured, and

violated, Plaintiff, witnesses, and her family electronically in violation of 18 U.S.C. § 2340A, or are currently doing so:

(y) Plaintiff are entitled to injunctive, declaratory, and other equitable relief against defendants and freedom from further harm, in violation oftort laws domestically and internationally.

(z) Defendants have tortured Plaintiff, witnesses, and her family electronically in violation of 18 U.S.C. § 2421, or currently doing so:

(aa) Plaintiff is entitled to Civil Damages 18 U.S.C. § Rule 2520 in violations of her First, Third, Fifth, Thirteenth, and Fourteenth Amendments;

(ab) Plaintiff is entitled to Grants and Health Care Assistance as a victim in accordance to 22 U.S.C. § 2152: US Code - Section 2152: Assistance for victims oftorture.

(ac) United Nations Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. res. 39/46, annex, 39 U.N. GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984), entered into force June 26, 1987; Universal Declaration ofHuman Rights, G.A. res. 217A (III), U.N. Doc. A/810 at 71 (1948); International Convention on Civil and Political Rights, G.A. res. 2200A (XXI), 21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 9.99 U.N.T.S. 171, entered into force Mar. 23, 1976.

(ad) Defendants have intentionally and with malice premeditated the Tortured ofthe Plaintiffand is a violation under 142 U.S.C. § 1985. Conspiracy to interfere with civil rights.

(ae) Defendants have Tortured Plaintiff, is actionable under tort claims of damages found under civil procedures and criminal trials.

Right against Exploitation

There are two articles ofthe Constitution which guarantee the right against exploitation. They are described below:

Article 23 - Prohibition oftraffic in human beings and forced labour

Article 23(1): Traffic in human beings and the beggar and other similar forms of forced labour are prohibited and any contravention ofthis provision shall be an offence punishable in accordance with the law.

Article 23(2): Nothing in this article shall prevent the State from imposing compul~ory service for public purposes, and in imposing such service the State shall not make any discrimination on grounds only of religion, race, caste or class or any ofthem.

• Exploitation implies the misuse of others' services by force and/or labour without payment.

• There were many marginalized communities in India who were forced to engage in manual and agricultural labour without any payment.

• Labour without payment is known as begar.

• Article 23 forbids any form o f exploitation.

• Also, one cannot be forced to engage in labour against his/her will even if remuneration is given.

• Forced labour is forbidden by the Constitution. It is considered forced labour ifthe less-than-minimum wage is paid.

• This article also makes 'bonded labour' unconstitutional.

• Bonded labour is when a person is forced to offer services out of a loan/debt that cannot be repaid.

• The Constitution makes coercion o f any kind unconstitutional. Thus, forcing landless persons into labour and forcing helpless women into prostitution is unconstitutional.

• The Article also makes trafficking unconstitutional.

• Trafficking involves the buying and selling ofmen and women for illegal and immoral activities.

• Even though the Constitution does not explicitly ban 'slavery', Article 23 has a wide scope because of the inclusion ofthe terms 'forced labour' and 'traffic'.

• Article 23 protects citizens not only against the State but also from private citizens.

• The State is obliged to protect citizens from these evils by taking punitive action against perpetrators of these acts (which are considered crimes), and also take positive actions to abolish these evils from society. • Under Article 35 ofthe Constitution, the Parliament is authorized to enact laws to punish acts prohibited by Article 23.

• Clause 2 implies that compulsory services for public purposes (such as conscription to the armed forces) are not unconstitutional.

• Laws passed by the Parliament in pursuance ofArticle 23:

0 Suppression of Immoral Traffic in Women and Girls Act, 1956

0 Bonded Labour System (Abolition) Act, 1976

17 U.S. Code§ 1203 - Civil remedies

(a) Civil Actions.-

Any person injured by a violation ofsection 1201 or 1202 may bring a civil action in an appropriate United States district court for such violation. (b) Powers ofthe Court.-In an action brought under subsection (a), the court-

(1) may grant temporary and permanent injunctions on such terms as it

deems reasonable to prevent or restrain a violation, but in no event shall impose a prior restraint on free speech or the press protected under the 1st amendment to the Constitution;

(2) at any time while an action is pending, may order the impounding, on such terms as it deems reasonable, of any device or product that is in the custody or control ofthe alleged violator and that the court has reasonable cause to believe was involved in a violation; (3) may award damages under subsection (c); (4) in its discretion may allow the recovery of costs by or against any party other than the United States or an officer thereof; (5) in its discretion may award reasonable attorney's fees to the prevailing party; and (6) may, as part of a final judgment or decree finding a violation, order the remedial modification or the destruction of any device or product involved in the violation that is in the custody or control of the violator or has been impounded under paragraph (2). (c) Award ofDamages.-(1) In general.-Except as otherwise provided in this title, a person committing a violation ofsection 1201 or 1202 is liable for either

- (A) the actual damages and any additional profits ofthe violator, as provided in paragraph (2), or (B) statutory damages, as provided in paragraph (3). (2) Actual damages.-The court shall award to the complaining party the actual damages suffered by the party as a result ofthe violation, and any profits of the violator that are attributable to the violation and are not taken into account in computing the actual damages, if the complaining party elects such damages at any time before final judgment is entered. (3) Statutory damages.-(A) At any time before fmaljudgment is entered, a complaining party may elect to recover an award ofstatutory damages for each violation ofsection 1201 in the sum ofnot less than $200 or more than $2,500 per act of circumvention, device, product, component, offer, or performance of

service, as the court considers just. (B) At any time before final judgment is entered, a complaining party may elect to recover an award of statutory damages for each violation of section 1202 in the sum of not less than $2,500 or more than $25,000. (4) Repeated violations.- In any case in which the injured party sustains the burden ofproving, and the court finds, that a person has violated section 1201 or 1202 within 3 years after a fmal judgment was entered against the person for another such violation, the court may increase the award of damages up to triple the amount that would otherwise be awarded, as the court considers just. (5) Innocent violations.- (A) In general.-The court in its discretion may reduce or remit

the total award ofdamages in any case in which the violator sustains the burden ofproving, and the court finds, that the violator was not aware and had no reason to believe that its acts constituted a violation. (B) Nonprofit library, archives, educational institutions, or public broadcasting entities.- (i) Defmition.- In this subparagraph, the term "public broadcasting entity" has the meaning given such term under section 118(f). (ii) In general.-In the case of a nonprofit library, archives, educational institution, or public broadcasting entity, the court shall remit damages in any case in which the library, archives, educational institution, or public broadcasting entity sustains the burden ofproving, and the court fmds, that the library, archives, educational institution, or public broadcasting entity was not aware and had no reason to believe that its acts constituted a violation.

International Declaration on Human Genetic Data

Recalling more particularly the Universal Declaration on the Human Genome and Human Rights which it adopted, unanimously and by acclamation, on 11 November 1997 and which was endorsed by the United Nations General Assembly on 9 December 1998 and the Guidelines for the implementation ofthe Universal Declaration on the Human Genome and Human Rights which it endorsed on 16 November 1999 by 30 C/Resolution 23,

Welcoming the broad public interest worldwide in the Universal Declaration on the Human Genome and Human Rights, the firm support it has received from the international community and its impact in Member States drawing upon it for their legislation, regulations, norms and standards, and ethical codes of conduct and guidelines,

Bearing in mind the international and regional instruments, national laws, regulations and ethical texts relating to the protection ofhuman rights and fundamental freedoms and to respect for human dignity as regards the collection, processing, use and storage ofscientific data, as well as ofmedical data and personal data,

Recognizing that genetic information is part ofthe overall spectrum ofmedical data and that the information content o f any medical data, including genetic data and proteomic data, is highly contextual and dependent on the particular circumstances,

Also recognizing that human genetic data have a special status on account oftheir sensitive nature since they can be predictive ofgenetic predispositions concerning individuals and that the power ofpredictability

can be stronger than assessed at the time of deriving the data; they may have a significant impact on the family, including offspring, extending over generations, and in some instances on the whole group; they may contain information the significance ofwhich is not necessarily known at the time ofthe collection of biological samples; and they may have cultural significance for persons or groups,

Emphasizing that all medical data, including genetic data and proteomic data, regardless oftheir apparent information content, should be treated with the same high standards of confidentiality,

Noting the increasing importance ofhuman genetic data for economic and commercial purposes,

Having regard to the special needs and vulnerabilities of developing countries and the need to reinforce international cooperation in the field ofhuman genetics,

Considering that the collection, processing, use and storage ofhuman genetic data are ofparamount importance for the progress of life sciences and medicine, for their applications and for the use of such data for non-medical purposes,

Also considering that the growing amount of personal data collected makes genuine irretrievability increasingly difficult,

Aware that the collection, processing, use and storage of human genetic data have potential risks for the exercise and observance ofhuman rights and fundamental freedoms and respect for human dignity, Noting that the interests and welfare of the individual should have priority over the rights and interests of society and research,

Reaffmning the principles established in the Universal Declaration on the Human Genome and Human Rights and the principles of equality, justice, solidarity and responsibility as well as respect for human dignity, human rights and fundamental freedoms, particularly freedom ofthought and expression, including freedom of research, and privacy and security of the person, which must underlie the collection, processing, use and storage ofhuman genetic data,

Proclaims the principles that follow and adopts the present Declaration.

A. General provisions

Article 1 - Aims and scope

(a) The aims of this Declaration are: to ensure the respect of human dignity and protection of human rights and fundamental freedoms in the collection, processing, use and storage of human genetic data, human proteomic data

and ofthe biological samples from which they are derived, referred to hereinafter as "biological samples", in keeping with the requirements of equality, justice and solidarity, while giving due consideration to freedom ofthought and expression, including freedom ofresearch; to set out the principles which should guide States in the formulation oftheir legislation and their policies on these issues; and to form the basis for guidelines of good practices in these areas for the institutions and individuals concerned.

(b) Any collection, processing, use and storage ofhuman genetic data, human proteomic data and biological samples shall be consistent with the international law ofhuman rights.

(c) The provisions ofthis Declaration apply to the collection, processing, use and storage ofhuman genetic data, human proteomic data and biological samples, except in the investigation, detection and prosecution of criminal offences and in parentage testing that are subject to domestic law that is consistent with the international law of human rights.

Article 2 - Use ofterms

For the purposes ofthis Declaration, the terms used have the following meanings:

(i) Human genetic data: Information about heritable characteristics of individuals obtained by analysis of nucleic acids or by other scientific analysis;

(ii) Human proteomic data: Information pertaining to an individual's proteins including their expression, modification and interaction;

(iii) Consent: Any freely given specific, informed and express agreement of an individual to his or her genetic data being collected, processed, used and stored;

(iv) Biological samples: Any sample ofbiological material (for example blood, skin and bone cells or blood plasma) in which nucleic acids are present and which contains the characteristic genetic make-up of an individual;

(v) Population-based genetic study: A study which aims at understanding the nature and extent of genetic variation among a population or individuals within a group or between individuals across different groups;

(vi) Behavioural genetic study: A study that aims at establishing possible connections between genetic characteristics and behaviour;

(vii) Invasive procedure: Biological sampling using a method involving intrusion into the human body, such as obtaining a blood sample by using a needle and syringe;

(viii) Non-invasive procedure: Biological sampling using a method which does not involve intrusion into the human body, such as oral smears;
(ix) Data linked to an identifiable person: Data that contain information, such as name, birth date and address, by which the person from whom the data were derived can be identified;
(x) Data unlinked to an identifiable person: Data that are not linked to an identifiable person, through the replacement of, or separation from, all identifying information about that person by use of a code;
(xi) Data irretrievably unlinked to an identifiable person: Data that cannot be linked to an identifiable person, through destruction ofthe link to any identifying information about the person who provided the sample;
(xii) Genetic testing: A procedure to detect the presence or absence of, or change in, a particular gene or chromosome, including an indirect test for a gene product or other specific metabolite that is prim;:rrily indicative ofa specific genetic change;
(xiii) Genetic screening: Large-scale systematic genetic testing offered in a programme to a population or subsection thereof intended to detect genetic characteristics in asymptomatic people;
(xiv) Genetic counselling: A procedure to explain the possible implications ofthe findings ofgenetic testing or screening, its advantages and risks and where applicable to assist the individual in the long-term handling ofthe consequences; It takes place before and after genetic testing and screening;
(xv) Cross-matching: Matching ofinformation about an individual or a group contained in various data files set up for different purposes.
Article 3 - Person's identity
Each individual has a characteristic genetic make-up. Nevertheless, a person's identity should not be reduced to genetic characteristics, since it involves complex educational, environmental and personal factors and emotional, social, spiritual and cultural bonds with others and implies a dimension of freedom. Article 4 - Special status (a) Human genetic data have a special status because:
(i) they can be predictive ofgenetic predispositions concerning individuals;
(ii) they may have a significant impact on the family, including offspring, extending over generations, and in some instances on the whole group to which the person concerned belongs;
(iii) they may contain information the significance ofwhich is not necessarily known at the time ofthe collection ofthe biological samples;
(iv) they may have cultural significance for persons or groups.

(b) Due consideration should be given to the sensitivity of human genetic data and an appropriate level of protection for these data and biological samples should be established.

Article 5 - Purposes

Human genetic data and human proteomic data may be collected, processed, used and stored only for the purposes of:

(i) diagnosis and health care, including screening and predictive testing;

(ii) medical and other scientific research, including epidemiological, especially population-based genetic studies, as well as anthropological or archaeological studies, collectively referred to hereinafter as "medical and scientific research"

(iii) forensic medicine and civil, criminal and other legal proceedings, taking into account the provisions of Article 1(c);

(iv) or any other purpose consistent with the Universal Declaration on the Human Genome and Human Rights and the international law ofhuman rights.

Article 6 - Procedures

(a) It is ethically imperative that human genetic data and human proteomic data be collected, processed, used and stored on the basis oftransparent and ethically acceptable procedures. States should endeavour to involve society at large in the decision-making process concerning broad policies for the collection, processing, use and storage ofhuman genetic data and human proteomic data and the evaluation oftheir management, in particular in the case ofpopulation-based genetic studies. This decision-making process,

which may benefit from international experience, should ensure the free expression ofvarious viewpoints. (b) Independent, multidisciplinary and pluralist ethics committees should be promoted and established at national, regional, local or institutional levels, in accordance with the provisions ofArticle 16 ofthe Universal Declaration on the Human Genome and Human Rights. Where appropriate, ethics committees at national level should be consulted with regard to the establishment ofstandards, regulations and guidelines for the collection, processing, use and storage ofhuman genetic data, human proteomic data and biological samples. They should also be consulted concerning matters where there is no domestic law. Ethics committees at institutional or local levels should be consulted with regard to their application to specific research projects.

(c) When the collection, processing, use and storage of human genetic data, human proteomic data or biological samples are carried out in two or more States, the ethics committees in the States concerned, where appropriate, should be consulted and the review of these questions at the appropriate level should be based on the principles set out in this Declaration and on the ethical and legal standards adopted by the States concerned.

(d) It is ethically imperative that clear, balanced, adequate and appropriate information shall be provided to the person whose prior, free, informed and express consent is sought. Such information shall, alongside with providing other necessary details, specify the purpose for which human genetic data and human proteomic data are being derived from biological samples, and are used and stored. This information should indicate, if necessary, risks and consequences. This information should also indicate that the person concerned can withdraw his or her consent, without coercion, and this should entail neither a disadvantage nor a penalty for the person concerned.

Article 7 -Non-discrimination and non-stigmatization

(a) Every effort should be made to ensure that human genetic data and human proteomic data are not used for purposes that discriminate in a way that is intended to infringe, or has the effect of infringing human rights, fundamental freedoms or human dignity of an individual or for purposes that lead to the stigmatization ofan individual, a family, a group or communities.

(b) In this regard, appropriate attention should be paid to the findings of population-based genetic studies and behavioural genetic studies and their interpretations.

B. Collection

Article 8 - Consent

(a) Prior, free, informed and express consent, without inducement by :financial or other personal gain, should be obtained for the collection of human genetic data, human proteomic data or biological samples, whether through invasive or non-invasive procedures, and for their subsequent processing, use and storage, whether carried out by public or private institutions. Limitations on this principle of consent should only be prescribed for compelling reasons by domestic law consistent with the international law ofhuman rights. (b) When, in accordance with domestic law, a person is incapable of giving informed consent, authorization should be obtained from the legal representative, in accordance with domestic law.

The legal representative should have regard to the best interest of the person concerned.

(c) An adult not able to consent should as far as possible take part in the authorization procedure. The opinion of a minor should be taken into consideration as an increasingly determining factor in proportion to age and degree of maturity.

(d) In diagnosis and health care, genetic screening and testing of minors and adults not able to consent will normally only be ethically acceptable when they have important implications for the health of the person and have regard to his or her best interest. Article 9- Withdrawal of consent

(a) When human genetic data, human proteomic data or biological samples are collected for medical and scientific research purposes, consent may be withdrawn by the person concerned unless such data are irretrievably unlinked to an identifiable person. In accordance with the provisions of Article 6(d), withdrawal of consent should entail neither a disadvantage nor a penalty for the person concerned.

(b) When a person withdraws consent, the person's genetic data, proteomic data and biological samples should no longer be used unless they are irretrievably unlinked to the person concerned.

(c) If not irretrievably unlinked, the data and biological samples should be dealt with in accordance with the wishes of the person. If the person's wishes cannot be determined or are not feasible or are unsafe, the data and biological samples should either be irretrievably unlinked or destroyed. Article 10- The right to decide whether or not to be informed about research results

When human genetic data, human proteomic data or biological samples are collected for medical and scientific research purposes, the information provided at the time of consent should indicate that the person concerned has the right to decide whether or not to be informed of the results. This does not apply to research on data irretrievably unlinked to identifiable persons or to data that do not lead to individual findings concerning the persons who have participated in such a research. Where appropriate, the right not to be informed should be extended to identified relatives who may be affected by the results.

Article 11 - Genetic counselling

It is ethically imperative that when genetic testing that may have significant implications for a person's health is being considered, genetic counselling should be made available in an appropriate manner. Genetic

counselling should be non-directive, culturally adapted and consistent with the best interest ofthe person concerned.

Article 12- Collection ofbiological samples for forensic medicine or in civil, criminal and other legal proceedings

When human genetic data or human proteomic data are collected for the purposes of forensic medicine or in civil, criminal and other legal proceedings, including parentage testing, the collection ofbiological samples, in vivo or post-mortem, should be made only in accordance with domestic law consistent with the international law ofhuman rights.

C. Processing

Article 13 - Access

No one should be denied access to his or her own genetic data or proteomic data unless such data are irretrievably unlinked to that person as the identifiable source or unless domestic law limits such access in the interest ofpublic health, public order or national security.

Article 14 - Privacy and confidentiality

(a) States should endeavour to protect the privacy of individuals and the confidentiality of human genetic data linked to an identifiable person, family or, where appropriate, group, in accordance with domestic law consistent with the international law o f human rights.

(b) Human genetic data, human proteomic data and biological samples linked to an identifiable person should not be disclosed or made accessible to third parties, in particular, employers, insurance companies, educational institutions and the family, except for an important public interest reason in cases restrictively provided for by domestic law consistent with the international law of human rights or where the prior, free, informed and express consent ofthe person concerned has been obtained provided that such consent is in accordance with domestic law and the international law of human rights. The privacy of an individual participating in a study using human genetic data, human proteomic data or biological samples should be protected and the data should be treated as confidential. (c) Human genetic data, human proteomic data and biological samples collected for the purposes ofscientific research should not normally be linked to an identifiable person. Even when such data or biological samples are unlinked to an identifiable person, the necessary precautions should be taken to ensure the security ofthe data or biological samples. (d) Human genetic data, human proteomic data and biological samples collected for

medical and scientific research purposes can remain linked to an identifiable person, only if necessary to carry out the research and provided that the privacy ofthe individual and the confidentiality ofthe data or biological samples· concerned are protected in accordance with domestic law. (e) Human genetic data and human proteomic data should not be kept in a form which allows the data subject to be identified for any longer than is necessary for achieving the purposes for which they were collected or subsequently processed.

Article 15 - Accuracy, reliability, quality and security

The persons and entities responsible for the processing ofhuman genetic data, human proteomic data and biological samples should take the necessary measures to ensure the accuracy, reliability, quality and security ofthese data and the processing ofbiological samples. They should exercise rigour, caution, honesty and integrity in the processing and interpretation ofhuman genetic data, human proteomic data or biological samples, in view oftheir ethical, legal and social implications.

D. Use

Article16- Changeofpurpose

(a) Human genetic data, human proteomic data and the biological samples collected for one ofthe purposes set out in Article 5 should not be used for a different purpose that is incompatible with the original consent, unless the prior, free, informed and express consent ofthe person concerned is obtained according to the provisions ofArticle 8(a) or unless the proposed use, decided by domestic law, corresponds to an important public interest reason and is consistent with the international law of human rights. If the person concerned lacks the capacity to consent, the provisions ofArticle 8(b) and (c) should apply mutatis mutandis.

(b) When prior, free, informed and express consent cannot be obtained or in the case of data irretrievably unlinked to an identifiable person, human genetic data may be used in accordance with domestic law or following the consultation procedures set out in Article 6(b).

Article 17 - Stored biological samples

(a) Stored biological samples collected for purposes other than set out in Article 5 may be used to produce human genetic data or human proteomic data with the prior, free, informed and express consent of the person concerned. However, domestic law may provide that if such data have significance for medical and scientific research purposes e.g. epidemiological studies, or public health purposes, they may be used for

those purposes, following the consultation procedures set out in Article 6(b).

(b) The provisions ofArticle 12 should apply mutatis mutandis to stored biological samples used to produce human genetic data for forensic medicine.

Article 18 - Circulation and international cooperation,

(a) States should regulate, in accordance with their domestic law and international agreements, the cross- border flow ofhuman genetic data, human proteomic data and biological samples so as to foster international medical and scientific cooperation and ensure fair access to these data. Such a system should seek to ensure that the receiving party provides adequate protection in accordance with the principles set out in this Declaration.

(b) States should make every effort, with due and appropriate regard for the principles set out in this Declaration, to continue fostering the international dissemination ofscientific knowledge concerning human genetic data and human proteomic data and, in that regard, to foster scientific and cultural cooperation, particularly between industrialized and developing countries.

(c) Researchers should endeavour to establish cooperative relationships, based on mutual respect with regard to scientific and ethical matters and, subject to the provisions of Article 14, should encourage the free circulation of human genetic data and human proteomic data in order to foster the sharing of scientific knowledge, provided that the principles set out in this Declaration are observed by the parties concerned. To this end, they should also endeavour to publish in due course the results oftheir research. Article 19 - Sharing of benefits

(a) In accordance with domestic law or policy and international agreements, benefits resulting from the use ofhuman genetic data, human proteomic data or biological samples collected for medical and scientific research should be shared with the society as a whole and the international community. In giving effect to this principle, benefits may take any ofthe following forms:

(i) special assistance to the persons and groups that have taken part in the research;

(ii) access to medical care;

(iii) provision ofnew diagnostics, facilities for new treatments or drugs stemming from the research;

(iv) support for health services;

(v) capacity-building facilities for research purposes;

(vi) development and strengthening of the capacity of developing countries to collect and process human genetic data, taking into consideration their specific problems;

(vii) any other form consistent with the principles set out in this Declaration.

(b) Limitations in this respect could be provided by domestic law and international agreements.

E. Storage

Article 20 - Monitoring and management framework

States may consider establishing a framework for the monitoring and management ofhuman genetic data, human proteomic data and biological samples based on the principles of independence, multidisciplinarity, pluralism and transparency as well as the principles set out in this Declaration. This framework could also deal with the nature and purposes of the stora~e of these data.

Article 21 - Destruction

(a) The provisions of Article 9 apply mutatis mutandis in the case of stored human genetic data, human

proteomic data and biological samples.

(b) Human genetic data, human proteomic data and the biological samples collected from a suspect in the course of a criminal investigation should be destroyed when they are no longer necessary, unless otherwise provided for by domestic law consistent with the international law ofhuman rights.

(c) Human genetic data, human proteomic data and biological samples should be available for forensic purposes and civil proceedings only for as long as they are necessary for those proceedings, unless otherwise provided for by domestic law consistent with the international law ofhuman rights.

Article 22 - Cross-matching

Consent should be essential for the cross-matching of human genetic data, human proteomic data or biological samples stored for diagnostic and health care purposes and for medical and other scientific research purposes, unless otherwise provided for by domestic law for compelling reasons and consistent with the international law of human rights.

F. Promotion and implementation

Article 23 - Implementation

(a) States should take all appropriate measures, whether ofa legislative, administrative or other character, to give effect to the principles set out in this Declaration, in accordance with the international law of human rights. Such measures should be supported by action in the sphere of education, training and public information.

(b) In the framework of international cooperation, States should endeavour to enter into bilateral and multilateral agreements enabling developing countries to build up their capacity to participate in generating and sharing scientific knowledge concerning human genetic data and the related know-how.

Article 24 - Ethics education, training and information

In order to promote the principles set out in this Declaration, States should endeavour to foster all forms of ethics education and training at all levels as well as to encourage information and knowledge dissemination programmes about human genetic data. These measures should aim at specific audiences, in particular researchers and members of ethics committees, or be addressed to the public at large. In this regard, States should encourage the participation ofinternational and regional intergovernmental organizations and international, regional and national non-governmental organizations in this endeavour.

Article 25 - Roles ofthe International Bioethics Committee (IBC) and the Intergovernmental Bioethics Committee (IGBC)

The International Bioethics Committee (IBC) and the Intergovernmental Bioethics Committee (IGBC) shall contribute to the implementation o f this Declaration and the dissemination o f the principles set out therein. On a collaborative basis, the two Committees should be responsible for its monitoring and for the evaluation of its implementation, inter alia, on the basis of reports provided by States. The two Committees should be responsible in particular for the formulation of any opinion or proposal likely to further the effectiveness ofthis Declaration. They should make recommendations in accordance with UNESCO's statutory procedures, addressed to the General Conference.

Article 26 - Follow-up action by UNESCO

UNESCO shall take appropriate action to follow up this Declaration so as to foster progress ofthe life sciences and their applications through technologies, based on respect for human dignity and the exercise and observance o f human rights and fundamental freedoms.

Article 27 - Denial o f acts contrary to human rights, fundamental freedoms and human dignity

Nothing in this Declaration may be interpreted as implying for any State, group or person any claim to engage in any activity or to perform any act contrary to human rights, fundamental freedoms and human dignity, including, in particular, the principles set out in this Declaration.

Universal Declaration on the Human Genome and Human Rights

Proclaims the principles that follow and adopts the present Declaration.

A. Human dignity and the human genome

Article 1

The human genome underlies the fundamental unity of all members of the human family, as well as the recognition oftheir inherent dignity and diversity. In a symbolic sense, it is the heritage ofhumanity. Article 2

(a) Everyone has a right to respect for their dignity and for their rights regardless oftheir genetic characteristics. (b) That dignity makes it imperative not to reduce individuals to their genetic characteristics and to respect their uniqueness and diversity.

Article 3

The human genome, which by its nature evolves, is subject to mutations. It contains potentialities that are expressed differently ac~ording to each individual's natural and social environment, including the individual's state ofhealth, living conditions, nutrition and education.

Article 4

The human genome in its natural state shall not give rise to financial gains.

B. Rights ofthe persons concerned

Article 5

(a) Research, treatment or diagnosis affecting an individual's genome shall be undertaken only after rigorous and prior assessment of the potential risks and benefits pertaining thereto and in accordance with any other requirement ofnational law. (b) In all cases, the prior, free and informed consent ofthe person concerned shall be obtained. Ifthe latter is not in a position to consent, consent or authorization shall be obtained in the manner prescribed by law, guided by the person's best interest. (c) The right of each individual to decide whether or not to be informed ofthe.results ofgenetic examination and the resulting consequences should be respected. (d) In the case ofresearch, protocols shall, in addition, be submitted for prior review in accordance with relevant national and international research standards or guidelines. (e) If according to the law a

person does not have the capacity to consent, research affecting his or her genome

'may only be carried out for his or her direct health benefit, subject to the authorization and the protective ponditions prescribed by law. Research which does not have an expected direct health benefit may only be undertaken by way of exception, with the utmost restraint, exposing the person only to a minimal risk and minimal burden and ifthe research is intended to contribute to the health benefit ofother persons in the same age category or with the same genetic condition, subject to the conditions prescribed by law, and provided such research is compatible with the protection ofthe individual's human rights.

Article 6

No one shall be subjected to discrimination based on genetic characteristics that is intended to infringe or has the effect ofinfringing human rights, fundamental freedoms and human dignity.

Article 7

Genetic data associated with an identifiable person and stored or processed for the purposes of research or any other purpose must be held confidential in the conditions set by law.

Article 8

Every individual shall have the right, according to international and national law, to just reparation for any damage sustained as a direct and determining result of an intervention affecting his or her genome.

Article 9

In order to protect human rights and fundamental freedoms, limitations to the principles of consent and confidentiality may only be prescribed by law, for compelling reasons within the bounds ofpublic international law and the international law ofhuman rights.

C. Research on the human genome Article 10

No research or research applications concerning the human genome, in particular in the fields ofbiology, genetics and medicine, should prevail over respect for the human rights, fundamental freedoms and human dignity ofindividuals or, where applicable, ofgroups ofpeople.

Article 11

Practices which are contrary to human dignity, such as reproductive cloning of human beings, shall not be permitted. States and competent international organizations are invited to co-operate in identifying such practices and in taking, at national or international level, the measures

necessary to ensure that the principles set out in this Declaration are respected.

Article 12

(a) Benefits from advances in biology, genetics and medicine, concerning the human genome, shall be made available to all, with due regard for the dignity and human rights ofeach individual.

(b) Freedom ofresearch, which is necessary for the progress ofknowledge, is part offreedom ofthought. The applications ofresearch, including applications in biology, genetics and medicine, concerning the human genome, shall seek to offer relief from suffering and improve the health of individuals and humankind as a whole.

D. Conditions for the exercise of scientific activity Article 13

The responsibilities inherent in the activities ofresearchers, including meticulousness, caution, intellectual honesty and integrity in carrying out their research as well as in the presentation and utilization oftheir findings, should be the subject ofparticular attention in the framework ofresearch on the human genome, because of its ethical and social implications. Public and private science

policy-makers also have particular responsibilities in this respect.

Article 14

States should take appropriate measures to foster the intellectual and material conditions favourable to freedom in the conduct ofresearch on the human genome and to consider the ethical, legal, social and economic implications ofsuch research, on the basis ofthe principles set out in this Declaration.

Article 15

States should take appropriate steps to provide the framework for the free exercise ofResearch on the human genome with due regard for the principles set out in this Declaration, in order to safeguard respect for human rights, fundamental freedoms and human dignity and to protect public health. They should seek to ensure that research results are not used for non-peaceful purposes.

Article 16

States should recognize the value ofpromoting, at various levels, as appropriate, the establishment of independent, multidisciplinary and pluralist ethics committees to assess the ethical, legal and social issues raised by research on the human genome and its applications.

E. Solidarity and international co-operation Article 17

States should respect and promote the practice o f solidarity towards individuals, families and population groups who are particularly vulnerable to or affected by disease or disability of a genetic character. They sHould foster, inter alia, research on the identification, prevention and treatment ofgenetically based and genetically influenced diseases, in particular rare as well as endemic diseases which affect large numbers of the world's population.

Article 18

States should make every effort, with due and appropriate regard for the principles set out in this Declaration, to continue fostering the international dissemination o f scientific knowledge concerning the human genome, human diversity and genetic research and, in that regard, to foster scientific and cultural co-operation, particularly between industrialized and developing countries.

Article 19 (a) In the framework of international co-operation with developing countries, states should seek to encourage measures enabling: (i) assessment ofthe risks and benefits pertaining to research on the human genome to be carried out and abuse to be prevented; (ii) the capacity of developing countries to carry out research on human biology and genetics, taking into consideration their specific problems, to be developed and strengthened; (iii) developing countries to benefit from the achievements of scientific and technological research so that their use in favour of economic and social progress can be to the benefit of all; (iv) the free exchange of scientific knowledge and information in the areas ofbiology, genetics and medicine to be promoted.

(b) Relevant international organizations should support and promote the initiatives taken by states for the above-mentioned purposes.

F. Promotion ofthe principles set out in the Declaration

Article 20

States should take appropriate measures to promote the principles set out in the Declaration, through education and relevant means, inter alia through the conduct ofresearch and training in interdisciplinary fields and through the promotion of education in bioethics, at all levels, in particular for those responsible for science policies.

Article 21

States should take appropriate measures to encourage other forms ofresearch, training and information dissemination conducive to raising the awareness ofsociety and all ofits members oftheir responsibilities

regarding the fundamental issues relating to the defence ofhuman dignity which may be raised by research in biology, in genetics and in medicine, and its applications. They should also undertake to facilitate on this subject an open international discussion, ensuring the free expression ofvarious sociocultural, religious and philosophical opinions.

G. Implementation ofthe Declaration

Article 22

States should make every effort to promote the principles set out in this Declaration and should, by means of all appropriate measures, promote their implementation.

Article 23

States should take appropriate measures to promote, through education, training and information _;-•:dissemination, respect for the above-mentioned principles and to foster their recognition and effective application. States should also encourage exchanges and networks among independent ethics committees, as they are established, to foster full collaboration.

Article 24

The International Bioethics Committee of UNESCO should contribute to the dissemination ofthe principles set out in this Declaration and to the further examination of issues raised by their applications and by the evolution ofthe technologies in question. It should organize appropriate consultations with parties concerned, such as vulnerable groups. It should make recommendations, in accordance with UNESCO's statutory procedures, addressed to the General Conference and give advice concerning the follow-up ofthis Declaration, in particular regarding the identification ofpractices that could be contrary to human dignity, such as germ-line interventions.

Article 25

Nothing in this Declaration may be interpreted as implying for any state, group or person any claim to engage in any activity or to perform any act contrary to human rights and fundamental freedoms, including the principles set out in this Declaration.

Fraudulent Concealment

Under contract law, a plaintiffcan recover from a defendant on the grounds offraudulent concealment where the defendant (1) concealed or suppressed a material fact; (2) had knowledge ofthis material fact; (3) that this material fact was not within reasonably diligent attention, observation, and judgment of the plaintiff; (4) that the defendant suppressed or

concealed this fact with the intention that the plaintiff be misled as to the true condition ofthe property; (5) that the plaintiffwas reasonably so misled; and (6) that the plaintiff suffered damage as a result.
What is Fraudulent Concealment?
Fraudulent concealment is the concealment ofwrongdoing or negligence by a defendant so that a victim of wrongdoing or negligence misses the statute of limitations Medical malpractice is an area where fraudulent concealment is more commonly found. Fraudulent concealment in the case of medical malpractice occurs when the medical provider (doctor, hospital, clinic...) prevents the patient from learning ofthe medical negligence and/or the injuries resulting from the medical negligence.
Fraudulent Concealment ofFailure to Diagnose
There are as many forms of fraudulent concealment as there are fraudsters willing to lie to their patients to avoid responsibility for their negligence or incompetence. However, failure to diagnose an illness or injury is the most common.
In the case of fraudulent concealment of a failure to diagnose, a medical provider hides test results after the fact. The situation is most likely to occur in cases such as undiagnosed cancer or other slow-moving disease. In other words, the disease must move slowly enough that the patient is unaware and has no reason to be aware ofthe illness until the statute oflimitations has passed.
A good example ofthis would be a missed cancer diagnosis where early radiology or other diagnostic testing indicated the presence ofcancer. The patient is completely unaware ofthe cancer until symptoms begin to arise. Once symptoms begin to show, the patient returns to the medical provider. Unfortunately, at this point it may be too late to effectively treat the cancer. Recognizing the mistake, the medical provider then conceals the prior diagnostic studies from the patient in the hopes that the patient will not learn ofthe mistakes until the statute oflimitations has run. All the while, the cancer continues to progress.
Statute ofLimitations Tolled for Fraudulent Concealment
Due to the obvious injustice of allowing a defendant such as a medical provider to avoid responsibility for medical malpractice by fraud and deceit, the statute oflimitations is tolled until such time that the patient learns of the medical malpractice. This means that the statute of limitations does not begin to run until the patient learns ofthe malpractice.

In short, the patient will have 2 years for governmental medical providers and 3 years for private medical providers from the date of discovery of the negligence to file suit.

Wrong diagnosis:

Also called misdiagnosis, this is when the doctor picks the wrong illness. For example, a doctor diagnoses a patient with a gastric problem when in fact the patient was having a heart attack. Or, the doctor diagnoses cancer when the patient is cancer-free.

Missed diagnosis:

The doctor gives the patient a clean bill of health, when in fact the patient has an illness or disease.

Delayed diagnosis:

The doctor eventually makes the correct diagnosis, but after significant delay. Late diagnosis is one of the more common types o f diagnosis error.

Failure to recognize complications:

The doctor makes the right diagnosis, but fails to identify complications or factors which change or aggravate the illness or condition.

Failure to diagnose a related disease:

The doctor correctly diagnoses one disease, but fails to diagnose a related disease. A related disease is one that often goes hand-in-hand with the primary condition or that has a higher risk of incidence in patients with the primary disease.

Failure to diagnose an unrelated disease:

The doctor correctly diagnoses one disease, but fails to diagnose a completely unrelated second disease. How a Misdiagnosis May Occur Failure to diagnose an illness correctly may have distressing physical, emotional, and financial effects. A misdiagnosis is even more heartbreaking because it is often preventable.

Failing to Recognize Symptoms

Illnesses, injuries, and other medical conditions all have signs and symptoms that can reveal their identity to a doctor.

Failing to Listen to Patients or Examining Medical History

One of the most important aspects of diagnosis is listening to a patient and understanding a patient's medical history.

Failing to Order Medical Tests

A doctor who does not order medical tests, orders the wrong tests, or misreads test results may be held liable for misdiagnosis. Doctors are expected to uphold a standard of care that includes ordering standard

medical tests for certain symptoms. Radiologists, pathologists, and other diagnostic medical professionals can be found negligent for wrongly interpreting test results.

All laws and regulation violations listed during the years of all crimes committed against The Plaintiffs by The Defendants.

42 U.S. Code § 1983 - Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec. 95. 11 (3) (a) & (o)., Claims Against State & Local Governments (Sec. 768. 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768. 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838. 022, Statute § 838. 014(4), Florida Statute § 838. 014(5), 768. 31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441-War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Medical Battery, Assault, Battery, Negligence,

Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services (In Home Services), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of Duty too use Caution and Care, Constitutional torts, Conspiracy, Invasion of Privacy, and Other Charges. The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

The Plaintiffs are demanding a jury trial and a Special Master to be appointed to their case. The Defendants had a duty and owed service to The Plaintiffs/Victims. The Defendants failed that duty and violated a promise or obligation to The Plaintiffs. The Plaintiffs suffered actual losses, injuries, and damages that were directly caused by The Defendants actions or failure to act. The Plaintiffs and her family are going to need hired security for the rest of their lives because of the amount of Criminal so-called Professionals, Corporations, and U.S. Government Employee's involved in these War crimes committed against The Plaintiffs.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct  "Executed on June 15, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-
3134070  juliamrobinsonuscourtappealprose@yahoo.com

June 20, 2024

Sent from my iPhone

Desdemona Shodey

DESDEMONA WOODRUFF
Notary Public - State of Georgia
Henry County
My Commission Expires Oct 17, 2025