August 1, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655-MHC

Plaintiffs:



Julia M. Robinson and Kendall J. Hall

Defendants: Jane Does And John Does

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security

Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380
Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue
Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville , Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, Ca 91320-1799

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

Notice Of Appeal

The Plaintiffs reason for filing this appeal is because this court is gaslighting The Plaintiff over and over saying that she didnt do things to properly move her lawsuit forward when she did. This court also never gave her a court date for any hearings she requested in the form of motions. Therefore The District court isn't following the law and allowing the attorneys to do whatever they want to avoid The Plaintiffs. The Plaintiffs are also demanding that their Verified Emergency Motion/Verified Emergency Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay Away Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction is transferred to this court along with all of her filings and the defendants filings which would be the entire record for this case.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct "
Executed on August 1, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-4070
juliamrobinsonuscourtappealprose@yahoo.com