# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

August 2, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

  **U.S.D.C. No.: 1:23-cv-5655-MHC**
  **U.S.C.A. No.: 00-00000-00**
  **In re:**   **Julia M. Robinson et al v. The United States of America et al**

   Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| _____ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| _____ | The court reporter is . |
| _____ | There is sealed material as described below: . |
| _____ | Other: . |
| **X** | **USCA Appeal fees HAVE been paid. (Receipt# 100013306)** |
| _____ | Appellant has been   leave to proceed _in forma pauperis_. |
| _____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| _____ | The Magistrate Judge is . |
| **X** | **The District Judge is Mark H. Cohen.** |
| _____ | This is a **DEATH PENALTY** appeal. |

        Sincerely,

        Kevin P. Weimer
        District Court Executive
        and Clerk of Court

     By: <u>P. McClam</u>
       Deputy Clerk

4months,APPEAL,CLOSED,JEM

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <ins>1:23–cv–05655–MHC</ins>

Robinson et al v. The United States of America et al

Assigned to: Judge Mark H. Cohen

Cause: 42:1983 Civil Rights Act

Date Filed: 12/08/2023

Date Terminated: 07/08/2024

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: U.S. Government Defendant

**<ins>Plaintiff</ins>**

**Julia M. Robinson**

represented by   **Julia M. Robinson**
2451 Cumberland Parkway SE
Suite 3320
Atlanta, GA 30339
424–313–4070
PRO SE

**<ins>Plaintiff</ins>**

**Kendall J. Hall**

represented by   **Kendall J. Hall**
2451 Cumberland Parkway SE
Suite 3320
Atlanta, GA 30339
424–313–4070
PRO SE

V.

**<ins>Defendant</ins>**

**The United States of America**
*in the country's Official Capacity*

**<ins>Defendant</ins>**

**William J. Burns**
*in his Official Capacity who serves as*
*The Director for the Central Intelligence*
*Agency (CIA)*

**<ins>Defendant</ins>**

**Monica Bertagnolli**
*in her Official Capacity who serves as*
*the Incumbent for The National Institute*
*of Health (NIH)*

**<ins>Defendant</ins>**

**Xavier Becerra**
*in his Official Capacity who serves as the*

1

*Incumbent for The Department of Health
and Human Services (DHHS)*

**Defendant**

**Pete Buttigieg**
*in his Official Capacity who serves as the
Incumbent for The Department of
Transportation (DOT)*

**Defendant**

**Lloyd Austin**
*in his Official Capacity who serves as the
Incumbent for The Department of
Defense (DOD)*

**Defendant**

**Christopher A. Wray**
*in his Official Capacity who serves as the
Incumbent for The Federal Bureau of
Investigations (FBI)*

**Defendant**

**General Paul M. Nakasone**
*in his Official Capacity who serves as the
Incumbent for The National Security
Agency (NSA)*

**Defendant**

**Merrick Garland**
*in his Official Capacity who serves as the
Attorney General for The Department of
Justice (DOJ)*

**Defendant**

**Dr. Robert Califf**
*in his Official Capacity who serves as the
Incumbent for The Department of Health
and Human Services Food and Drug
Administration*

**Defendant**

**Alejandro Mayorkas**
*in his Official Capacity who serves as the
Incumbent for The United States
Department of Homeland Security*

**Defendant**

**T–Mobile Inc.**                          represented by  **Matthew Scott Knoop**

Polsinelli, P.C.–GA
Suite 1100
1201 West Peachtree Street, NW
Atlanta, GA 30309
404–253–6000
Fax: 404–253–6060
Email: mknoop@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AT&T Inc.**                                    represented by    **Jennifer Cotton**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309
404–815–6317
Fax: 404–541–3160
Email: jcotton@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**John P. Jett**
Kilpatrick Townsend & Stockton, LLP –
ATL
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309–4528
404–815–6020
Email: jjett@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mojio Inc. Canada**

**Defendant**

**Mojio Inc. United States**

**Defendant**

**Mojio Inc. Bulgaria**

**Defendant**

**Apple Inc.**                                   represented by    **Edwin Allen Page**
Bondurant Mixson & Elmore, LP
One Atlantic Center, Suite 3900
1201 W. Peachtree Street, NW
Atlanta, GA 30309
404–881–4167
Email: page@bmelaw.com
*ATTORNEY TO BE NOTICED*

**Fredric Joseph Bold , Jr.**

Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Ste 3900
Atlanta, GA 30309–3417
404–881–4100
Email: bold@bmelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Enterprise Rent–A–Car
Inc./Enterprise Holdings Inc.**

**Defendant**

**Enterprise Rent–A–Car Inc./
Enterprise Holdings Inc.**                  represented by   **Jeffrey Ronald Baxter**
Baker & Hostetler, LLP – GA
1170 Peachtree Street Northeast
Suite 2400
Atlanta, GA 30309–7676
404–459–0050
Fax: 404–527–4198
Email: jbaxter@bakerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**T–Mobile Inc. /Deutsche Telekom AG
Inc.**

**Defendant**

**Audi Inc.**

**Defendant**

**Audi Inc.**

**Defendant**

**Memorial Hospital**                       represented by   **Frank P. Rainer**
*Miramar/Memorial Health Care System*       Memorial Healthcare System
*Inc./Memorial HealthCare System*           3111 Stirling Road
Suite 600
Hollywood, FL 33312
954–265–5933
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Ryan Strauss**
Memorial Healthcare System
3111 Stirling Road
Hollywood, FL 33312
954–265–5933

Fax: 954−276−0487
Email: sstrauss@mhs.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Memorial Hospital**<br>*Miramar/Memorial HealthCare System*<br>*Inc./Memorial HealthCare System* | represented by | **Frank P. Rainer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Scott Ryan Strauss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raanon Gal**
Barnes & Thornburg LLP
3340 Peachtree Rd NE
Suite 2900
Atlanta, GA 30326
404−264−4066
Fax: 404−264−4033
Email: rgal@btlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Florida Atlantic University (FAU)** | represented by | **Christopher Sutter**<br>Florida Attorney General's Office<br>110 S.E. 6th Street<br>Ste 10th Floor<br>Fort Lauderdale, FL 33301<br>954−712−4733<br>Email: christopher.sutter@myfloridalegal.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Roger A. Chalmers**
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334−1300
404−458−3220
Fax: 404−651−5304
Email: rchalmers@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Brittney Mason–Hirner**
*OBGYN*

represented by **Leigh Farnell Rosenbloom**
Marks Gray P.A.
1200 Riverplace Boulevard
Suite 800
Jacksonville
Jacksonville, FL 32207
904–398–0900
Fax: 904–399–8440
Email: lrosenbloom@marksgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Hall Kirbo**
Chamberlain Hrdlicka
191 Peachtree St.
Ste 4600
Atlanta, GA 30303
404–659–1410
Fax: 404–659–1852
Email: jkirbo@wiggamlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD Mariana Danet**

represented by **Amy Michelle Hoffman**
Lavender Hoffman Emery, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
404–480–5244
Fax: 404–480–5244
Email: ahoffman@lhefirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD Yoel A Hernandez – Rodriguez**

represented by **Christopher Paul Berney**
Christopher P. Berney, P.C.
934 Glenwood Ave SE
Ste 110
Atlanta, GA 30316
404–881–6010
Email: cberney@cpblegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amgen Inc.**

represented by **Eileen Elizabeth Hintz Rumfelt**
Miller & Martin, PLLC – ATL
Suite 2100
1180 West Peachtree Street, N.W.

Atlanta, GA 30309−3407
404−962−6100
Email: eileen.rumfelt@millermartin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BlackRock Inc.**                    represented by   **Charles Spalding , Jr**
King & Spalding
Trial and Global Disputes
1180 Peachtree St. NE
Ste. 1600
Atlanta, GA 30309
404−572−4666
Email: cspalding@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**

**Defendant**

**Jane Does**

**Defendant**

**The Entire State of Florida and all U.S.
Government Employees that work for
The State of Florida**

**Defendant**

**Donald Trump**

**Defendant**

**Ron Desantis**

**Defendant**

**Ashley Moody**

**Defendant**

**Katherine Fernandez Rundle**

**Defendant**

**The Entire Republican Political Party
(GOP)**

**Defendant**

**Judge Teresa Mary Pooler**

**Defendant**

**The Entire Eleventh Judicial Clerk of Court in Miami Dade County**

**Defendant**

**The University of Miami (UM)**

**Defendant**

**The Florida Bar**

**Defendant**

**All Organizations, Churches, Affiliates, Donors, Associations and or endorsed but not limited to The Entire Republican Political Party**

**Defendant**

**Metro West Detention Center**

**Defendant**

**Jean Jacques' Myara**

**Defendant**

**Dyan Myara**

**Defendant**

**Justin Myara**

**Defendant**

**Jordan Myara**

**Defendant**

**Jake Myara**

**Defendant**

**The Owners of The Plaintiffs residents**

**Defendant**

**The Entire USPS Postel Service**

**Defendant**

**The City of Sunny Isles Beach Florida**

**Defendant**

**The City of Sunny Isles Beach Police Department**

**Defendant**

**The City of Smryna Georgia**

**Defendant**

**All Police Unions and Departments in The States of Georgia and Florida**

**Defendant**

**All Firefighters Unions and Departments of The States of Georgia and Florida**

**Defendant**

**All Ambulance (EMT) Services in States of Georgia and Florida**

**Defendant**

**All Colleges and Universities in The Entire World**

**Defendant**

**All Research Companies and Studies in The Entire World**

**Defendant**

**All Professors in The Entire World**

**Defendant**

**All Computer/Tech/App Developers in The Entire World**

**Defendant**

**All other Attorneys that have secret alliances with all or some of The Defendants that have participated in crimes committed against The Plaintiffs**

**Defendant**

**All Churches and Organizations in The Entire World (The Plaintiffs aren't members and Do Not Consent to Any Form of Research from any Churches, Organizations, Colleges, Universities, Research** *Companies in the Entire Worl that are and Have Either Signed Non Disclosures*

*with the U.S. Government Attorneys or Federal Departments Employees to Desperately Attempt to Sabotage the Plaintiffs Civil Cases*

**<u>Defendant</u>**

**All Media Companies and Outlets in the Entire World that are Illegally in the Background of the Plaintiffs Private Properties**

**<u>Defendant</u>**

**All Fake Con Artist so Called Leadersand So Called Civil Rights (White) Attorneys that Actually Work for the Federal Government as Double Agents to Supress, Sabotage, and Pretend to be the Help of** *Black African American Victim Plaintiffs that Constitutional Rights were Violated by the Defendants that went Pro Se' because they Didn't have a Choice Because These Same So Called Leaders and Attorneys Didn't Want to Help or were Paid not*

**<u>Defendant</u>**

**All Roofing Companies in the Entire World**

**<u>Defendant</u>**

**All Plumbing Companies in the Entire World**

**<u>Defendant</u>**

**Any and All Maintenance Companies in the Entire World**

**<u>Defendant</u>**

**All of the Defendants Associates, Families, Co–Workers, and Friends**

**<u>Defendant</u>**

**All of the Residents in the Cities of Smyrna, Palmetto, Peachtree City, Union City, and Tyrone Georgia that Have Been Paid by the Defendants to Participate in the On Going Crimes Committed Against the**

*Plaintiffs that Either Signed Non*
*Disclosures or Didn't Sign Non*
*Disclosures to Assist the Defendants that*
*are Literally Federal and Private*
*Companies Hired Informants*

**Defendant**

**All Doctos, Hospitals, Clinics,**
**Insurance Companies, Institutions,**
**and Doctors Offices and Medical Staff**
**in the Entire World that Gladly**
**Assisted the Defendants in Continuing**
**the On Going Crimes**
*Committed Against the Plaintiffs*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/08/2023 | 1 | | APPLICATION for Leave to Proceed in forma pauperis by Kendall J. Hall, Julia M. Robinson. (Attachments: # 1 Complaint, # 2 Notice of Lawsuit and Request for Waiver – Mayorkas, # 3 Notice of Lawsuit and Request for Waiver – Amgen, # 4 Notice of Lawsuit and Request for Waiver – Apple, # 5 Notice of Lawsuit and Request for Waiver – AT&T, # 6 Notice of Lawsuit and Request for Waiver – Audi, # 7 Notice of Lawsuit and Request for Waiver – Audi, # 8 Notice of Lawsuit and Request for Waiver – BlackRock, # 9 Notice of Lawsuit and Request for Waiver – Christopher Wray, # 10 Notice of Lawsuit and Request for Waiver – Brittany Mason–Hirner, # 11 Notice of Lawsuit and Request for Waiver – Robert Califf, # 12 Notice of Lawsuit and Request for Waiver – Enterprise, # 13 Notice of Lawsuit and Request for Waiver – Florida Atlantic University, # 14 Notice of Lawsuit and Request for Waiver – Paul Nakasone, # 15 Notice of Lawsuit and Request for Waiver – John Does, # 16 Notice of Lawsuit and Request for Waiver – Jane Does, # 17 Notice of Lawsuit and Request for Waiver – Lloyd Austin, # 18 Notice of Lawsuit and Request for Waiver – Mariana Danet, # 19 Notice of Lawsuit and Request for Waiver – Yoel Hernandez–Rodriguez, # 20 Notice of Lawsuit and Request for Waiver – Memorial HealthCare, # 21 Notice of Lawsuit and Request for Waiver – Merrick Garland, # 22 Notice of Lawsuit and Request for Waiver – Mojio Bulgaria, # 23 Notice of Lawsuit and Request for Waiver – Mojio Canada, # 24 Notice of Lawsuit and Request for Waiver – Mojio, # 25 Notice of Lawsuit and Request for Waiver – Monica Bertagnoli, # 26 Notice of Lawsuit and Request for Waiver – Pete Buttigieg, # 27 Notice of Lawsuit and Request for Waiver – USA, # 28 Notice of Lawsuit and Request for Waiver – T Mobile Telekom, # 29 Notice of Lawsuit and Request for Waiver – T Mobile, # 30 Notice of Lawsuit and Request for Waiver – William J. Burns, # 31 Notice of Lawsuit and Request for Waiver – Xavier Becerra, # 32 Califf Waiver, # 33 Garland Waiver, # 34 Civil Cover Sheet)(jbu) (Entered: 12/11/2023) |
| 12/18/2023 | | | Submission of 1 APPLICATION for Leave to Proceed in forma pauperis, to Magistrate Judge J. Elizabeth McBath. (jbu) (Entered: 12/18/2023) |
| 12/19/2023 | 2 | | ORDER DENYING Plaintiff Julia M. Robinson's 1 Application for Leave to Proceed in forma pauperis, and Plaintiffs are ORDERED to pay the full filing fee within 21 days of the date of this Order. Plaintiffs are ADVISED that failure |

| | | |
|---|---|---|
| | | to do so may result in dismissal of this action. Signed by Magistrate Judge J. Elizabeth McBath on 12/19/23. (jpa) (Entered: 12/19/2023) |
| 12/19/2023 | | Clerk's Certificate of Mailing as to Kendall J. Hall, Julia M. Robinson re 2 Order on Application for Leave to Proceed in forma pauperis. (jpa) (Entered: 12/19/2023) |
| 01/10/2024 | | Filing Fee Paid: $ 405, receipt number 100008883 (dgr) (Entered: 01/10/2024) |
| 01/10/2024 | 3 | COMPLAINT with Jury Demand filed by Kendall J. Hall and Julia M. Robinson.(Filing fee $405, receipt number 100008883) (Attachments: # 1 Civil Cover Sheet)(dgr) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 01/11/2024) |
| 01/10/2024 | 4 | REQUEST FOR WAIVER of Service mailed on 12/7/2023. (Attachments: # 1 Notice of Lawsuit and Request for Waiver– Califf, # 2 Notice of Lawsuit and Request for Waiver– Xavier Becerra, # 3 Notice of Lawsuit and Request for Waiver– William J. Burns, # 4 Notice of Lawsuit and Request for Waiver– T–Mobile, # 5 Notice of Lawsuit and Request for Waiver– T Mobile Telekom, # 6 Notice of Lawsuit and Request for Waiver– USA, # 7 Notice of Lawsuit and Request for Waiver– Pete Buttigieg, # 8 Notice of Lawsuit and Request for Waiver– Monica Bertagnoli, # 9 Notice of Lawsuit and Request for Waiver– Mojio, # 10 Notice of Lawsuit and Request for Waiver– Mojio Canada, # 11 Notice of Lawsuit and Request for Waiver– Mojio Bulgaria, # 12 Notice of Lawsuit and Request for Waiver– Merrick Garland, # 13 Notice of Lawsuit and Request for Waiver– Memorial HealthCare, # 14 Notice of Lawsuit and Request for Waiver– Yoel Hernandez–Rodriguez, # 15 Notice of Lawsuit and Request for Waiver– Mariana Danet, # 16 Notice of Lawsuit and Request for Waiver– Lloyd Austin, # 17 Notice of Lawsuit and Request for Waiver– Jane Does, # 18 Notice of Lawsuit and Request for Waiver– John Does, # 19 Notice of Lawsuit and Request for Waiver– Paul Nakasone, # 20 Notice of Lawsuit and Request for Waiver– Florida Atlantic University, # 21 Notice of Lawsuit and Request for Waiver– Enterprise, # 22 Notice of Lawsuit and Request for Waiver– Robert Califf, # 23 Notice of Lawsuit and Request for Waiver– Brittany Mason–Hirner, # 24 Notice of Lawsuit and Request for Waiver– Christopher Wray, # 25 Notice of Lawsuit and Request for Waiver– BlackRock, # 26 Notice of Lawsuit and Request for Waiver– Audi, # 27 Notice of Lawsuit and Request for Waiver– Audi, # 28 Notice of Lawsuit and Request for Waiver– AT&T, # 29 Notice of Lawsuit and Request for Waiver– Apple, # 30 Notice of Lawsuit and Request for Waiver– Amgen, # 31 Notice of Lawsuit and Request for Waiver– Mayorkas)(dgr) (Entered: 01/11/2024) |
| 01/22/2024 | 5 | STANDING ORDER REGARDING CIVIL LITIGATION. Signed by Judge Mark H. Cohen on 1/22/2024. (dgr) (Entered: 01/22/2024) |
| 01/22/2024 | | Clerk's Certificate of Mailing as to Kendall J. Hall and Julia M. Robinson re 5 Order. (dgr) (Entered: 01/22/2024) |
| 02/07/2024 | 6 | NOTICE of Pro Se Appearance by Julia M. Robinson. (dgr) (Entered: 02/08/2024) |
| 02/20/2024 | 7 | NOTICE Of Filing Jury Demand and Filings by Kendall J. Hall and Julia M. Robinson. (dgr) (Entered: 02/21/2024) |

| 02/28/2024 | 8 | REQUEST FOR WAIVER of Service mailed on 12/7/2023 as to T–Mobile Inc., T–Mobile Inc./Deutsche Telekom AG Inc., Memorial HealthCare System Inc., Florida Atlantic University (FAU), Memorial HealthCare System Inc. (Miramar), Dr. Brittney Mason–Hirner, Jane Does, MD Yoel A Hernandez – Rodriguez, MD Mariana Danet, The United States of America, William J. Burns, Pete Buttigieg, Lloyd Austin, Christopher A. Wray, General Paul M. Nakasone, Merrick Garland, Xavier Becerra, Dr. Robert Califf, Alejandro Mayorkas, Monica Bertagnolli, John Does, Enterprise Rent–A–Car Inc./Enterprise Holdings Inc. (Clayton), Enterprise Rent–A–Car Inc./Enterprise Holdings Inc. (St. Louis), Audi Inc. (USA), Audi Inc. (Germany), Apple Inc., Mojio Inc. (Bulgaria), Mojio Inc. (U.S.), Mojio Inc. (Canada), and AT&T Inc. (jbu) Modified on 3/1/2024 (jbu). (Entered: 03/01/2024) |
|---|---|---|
| 02/29/2024 | 9 | REQUEST FOR WAIVER of Service mailed on 12/7/2023. (Attachments: # 1 Waiver of Service of Summons Apple Inc., # 2 Waiver of Service of Summons AT&T, # 3 Waiver of Service of Summons Audi Inc, # 4 Waiver of Service of Summons Christopher Wray, # 5 Waiver of Service of Summons Dr. Califf, # 6 Waiver of Service of Summons Enterprise Holdings, # 7 Waiver of Service of Summons Enterprise Rent A Car Inc, # 8 Waiver of Service of Summons General Paul, # 9 Waiver of Service of Summons John Does, # 10 Waiver of Service of Summons Lloyd Austin, # 11 Waiver of Service of Summons Merrick Garland, # 12 Waiver of Service of Summons Mojio Inc., # 13 Waiver of Service of Summons Mojio Inc, # 14 Waiver of Service of Summons Mojio, # 15 Waiver of Service of Summons Monica Bertagnolli, # 16 Waiver of Service of Summons Pete Buttigieg, # 17 Waiver of Service of Summons The United States, # 18 Waiver of Service of Summons T– Mobile Inc, # 19 Waiver of Service of Summons T–Mobile, # 20 Waiver of Service of Summons William Burns, # 21 Waiver of Service of Summons Xavier Becerra)(dgr) (Entered: 03/04/2024) |
| 03/05/2024 | 10 | Summons Issued as to Amgen Inc, Apple Inc, AT&T Inc, Audi Inc America, Audi Inc, Blackrock Inc, Dr. Brittney OBGYN, Dr. Brittney, Enterprise Holdings, Florida Atlantic, MD Mariana Danet, MD Mariana, MD Yoel Hernandez, MD Yoel, Memorial Healthcare, Mojio Inc Canada, Mojio Inc United States, Mojio Inc, and T–Mobile Deutsche Telekon AG. (Attachments: # 1 Summons Apple Inc, # 2 Summons AT&T Inc, # 3 Summons Audi Inc America, # 4 Summons Audi Inc, # 5 Summons Blackrock Inc, # 6 Summons Dr. Brittney OBGYN, # 7 Summons Dr. Brittney, # 8 Summons Enterprise Holdings, # 9 Summons Florida Atlantic, # 10 Summons MD Mariana Danet, # 11 Summons MD Mariana, # 12 Summons MD Yoel Hernandez, # 13 Summons MD Yoel, # 14 Summons Memorial Healthcare, # 15 Summons Mojio Inc Canada, # 16 Summons Mojio Inc United States, # 17 Summons Mojio Inc, # 18 Summons TMobile Deutsche Telekon AG)(dgr) (Entered: 03/07/2024) |
| 03/07/2024 | 11 | MOTION for Extension of Time to Serve Process on All of the Defendants by Julia M. Robinson. (dgr) (Entered: 03/08/2024) |
| 03/07/2024 | 12 | Summons Issued as to Lloyd Austin, Xavier Becerra, Monica Bertagnolli, William J. Burns, Pete Buttigieg, Robert Califf, Merrick Garland, Alejandro Mayorkas, Paul M. Nakasone, The United States of America, Christopher A. Wray. (Attachments: # 1 Summons United States of America, # 2 Summons William J. Burns, # 3 Summons Monica Bertgonelli, # 4 Summons Xavier Becerra, # 5 Summons Pete Buttigieg, # 6 Summons Lloyd Austin, # 7 |

| | | | |
|---|---|---|---|
| | | | Summons Christopher Wray, # 8 Summons Paul Nakasone, # 9 Summons Merrick Garland, # 10 Summons Robert Califf)(dgr) (Entered: 03/08/2024) |
| 03/08/2024 | 13 | | ORDER granting 11 Motion for Extension of Time to Serve Process on All of the Defendants in this case. Plaintiff has an additional thirty (30) days to effectuate service on Defendants. Signed by Judge Mark H. Cohen on 3/8/2024. (dgr) (Entered: 03/08/2024) |
| 03/08/2024 | | | Clerk's Certificate of Mailing as to Kendall J. Hall and Julia M. Robinson re 13 Order on Motion for Extension of Time. (dgr) (Entered: 03/08/2024) |
| 03/08/2024 | 14 | | Return of Service Executed by Julia M. Robinson. Lloyd Austin served on 3/7/2024, answer due 3/28/2024; Xavier Becerra served on 3/7/2024, answer due 3/28/2024; Monica Bertagnolli served on 3/7/2024, answer due 3/28/2024; William J. Burns served on 3/7/2024, answer due 3/28/2024; Pete Buttigieg served on 3/7/2024, answer due 3/28/2024; Robert Califf served on 3/7/2024, answer due 3/28/2024; Mariana Danet served on 3/7/2024, answer due 3/28/2024; Merrick Garland served on 3/7/2024, answer due 3/28/2024; Yoel A Hernandez – Rodriguez served on 3/7/2024, answer due 3/28/2024; Brittney Mason–Hirner served on 3/7/2024, answer due 3/28/2024; Alejandro Mayorkas served on 3/7/2024, answer due 3/28/2024; Paul M. Nakasone served on 3/7/2024, answer due 3/28/2024; The United States of America served on 3/7/2024, answer due 3/28/2024; Christopher A. Wray served on 3/7/2024, answer due 3/28/2024. (Attachments: # 1 Proof of Service Christopher Wray, # 2 Proof of Service Dr. Brittney, # 3 Proof of Service Dr. Robert Califfin, # 4 Proof of Service General Paul Nakasone, # 5 Proof of Service Lloyd Austin, # 6 Proof of Service MD Mariana Danet, # 7 Proof of Service MD Yoel Hernandez, # 8 Proof of Service Merrick Garland, # 9 Proof of Service Monica Bertagnelli, # 10 Proof of Service Pete Buttigieg, # 11 Proof of Service The United States, # 12 Proof of Service William Burns, # 13 Proof of Service Xavier Becerra)(dgr) (Entered: 03/11/2024) |
| 03/11/2024 | 15 | | NOTICE Of Filing by Julia M. Robinson. (dgr) (Entered: 03/13/2024) |
| 03/11/2024 | 16 | | Return of Service Executed by Julia M. Robinson. Mariana Danet served on 3/11/2024, answer due 4/1/2024; Florida Atlantic University (FAU) served on 3/8/2024, answer due 3/29/2024; Yoel A Hernandez – Rodriguez served on 3/11/2024, answer due 4/1/2024; Memorial Hospital served on 3/11/2024, answer due 4/1/2024. (Attachments: # 1 Return of Service Memorial Healthcare System Inc, # 2 Return of Service Florida Atlantic University, # 3 Return of Service Mariana Danet)(dgr) (Entered: 03/13/2024) |
| 03/12/2024 | 17 | | Return of Service Executed by Julia M. Robinson. Mariana Danet served on 3/11/2024, answer due 4/1/2024; Florida Atlantic University (FAU) served on 3/8/2024, answer due 3/29/2024; Yoel A Hernandez – Rodriguez served on 3/11/2024, answer due 4/1/2024; Memorial Hospital served on 3/11/2024, answer due 4/1/2024 (kng) (Entered: 03/13/2024) |
| 03/12/2024 | 18 | | NOTICE Of Filing Proof of Waiver of Service by Julia M. Robinson (kng) (Entered: 03/13/2024) |
| 03/13/2024 | 19 | | Summons Issued as to T–Mobile Inc. (kng) (Entered: 03/13/2024) |
| 03/13/2024 | 20 | | OBJECTION re 9 Request for Waiver of Service,,,, 8 Request for Waiver of Service,,, *as to Authenticity of Electronically Filed Documents and Signatures* |

| | | | |
|---|---|---|---|
| | | | by Enterprise Rent–A–Car Inc./ Enterprise Holdings Inc., Enterprise Rent–A–Car Inc./Enterprise Holdings Inc.. (Baxter, Jeffrey) (Entered: 03/13/2024) |
| 03/21/2024 | 21 | | APPLICATION for Admission of Christopher Sutter Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13307235).by Florida Atlantic University (FAU). (Chalmers, Roger) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/21/2024) |
| 03/22/2024 | | | APPROVAL by Clerks Office re: 21 APPLICATION for Admission of Christopher Sutter Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13307235).. Attorney Christopher Sutter added appearing on behalf of Florida Atlantic University (FAU). E–filing access may be requested after an order granting the application is entered. (djs) (Entered: 03/22/2024) |
| 03/22/2024 | | | MINUTE ORDER Granting 21 Application for Admission Pro Hac Vice of Christopher Sutter by CRD at the direction of the Clerk's Office. Approved by Judge Mark H. Cohen on 3/22/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lme) (Entered: 03/22/2024) |
| 03/25/2024 | 22 | | MOTION to Dismiss with Brief In Support by Florida Atlantic University (FAU). (Attachments: # 1 Brief Brief in Support of FAU's Motion to Dismiss)(Sutter, Christopher) (Entered: 03/25/2024) |
| 03/28/2024 | 23 | | Return of Service Executed by Julia M. Robinson. Brittney Mason–Hirner served on 3/20/2024, answer due 4/10/2024. (dgr) (Entered: 03/29/2024) |
| 03/29/2024 | 24 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM with Brief In Support by Mariana Danet. (Attachments: # 1 Brief Mariana Danet, M.D's Memorandum in Support of Motion to Dismiss or in the Alternative for More Definite Statement)(Hoffman, Amy) (Entered: 03/29/2024) |
| 04/01/2024 | 25 | | First MOTION to Dismiss *Plaintiff's Complaint Fed. R. Civ. Proc. 12(b)(6) or, in the Alternative, for a More Definite Statement under Fed. R. Civ. Proc. 12(e) and Brief in Support Thereof.* by Yoel A Hernandez – Rodriguez. (Berney, Christopher) (Entered: 04/01/2024) |
| 04/01/2024 | 26 | | MOTION to Dismiss with Brief In Support by Memorial Hospital. (Attachments: # 1 Brief in Support of Motion to Dismiss)(Gal, Raanon) (Entered: 04/01/2024) |
| 04/02/2024 | 27 | | APPLICATION for Admission of Scott Ryan Strauss Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13333683).by Memorial Hospital. (Gal, Raanon) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/02/2024) |
| 04/02/2024 | 28 | | APPLICATION for Admission of Frank Paul Rainer Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13333691).by Memorial Hospital. (Gal, Raanon) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/02/2024) |
| 04/03/2024 | | | RETURN of 28 APPLICATION for Admission of Frank Paul Rainer Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13333691) to attorney for correction. Reason for return: 1. Applicant listed incorrect division on first |

| | | |
|---|---|---|
| | | page of application. 2. Applicant's residential address cannot match their business address. Please correct and resubmit. (cpp) (Entered: 04/03/2024) |
| 04/03/2024 | | RETURN of 27 APPLICATION for Admission of Scott Ryan Strauss Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13333683) to attorney for correction. Reason for return: 1. Applicant listed incorrect division on first page of application. 2. Applicant's residential address cannot match their business address. Please correct and resubmit. (cpp) (Entered: 04/03/2024) |
| 04/04/2024 | 29 | Application for Refund of Fees paid online through Pay.gov for receipt number AGANDC–13333660. (Gal, Raanon) (Entered: 04/04/2024) |
| 04/05/2024 | | Clerks Approval re 29 Application for Refund of Fees paid online. (mec) (Entered: 04/05/2024) |
| 04/05/2024 | 30 | APPLICATION for Admission of Scott Ryan Strauss Pro Hac Vice.by Memorial Hospital. (Gal, Raanon) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/05/2024) |
| 04/05/2024 | 31 | APPLICATION for Admission of Frank Paul Rainer Pro Hac Vice.by Memorial Hospital. (Gal, Raanon) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/05/2024) |
| 04/05/2024 | 32 | MOTION for Permission to File Electronically by Julia M. Robinson. (dgr) (Entered: 04/08/2024) |
| 04/08/2024 | | APPROVAL by Clerks Office re: 30 APPLICATION for Admission of Scott Ryan Strauss Pro Hac Vice(Application fee $ 100, receipt number AGANDC–13333683). Attorney Scott Ryan Strauss added appearing on behalf of Memorial Hospital, Memorial Hospital. E–filing access may be requested after an order granting the application is entered. (djs) (Entered: 04/08/2024) |
| 04/08/2024 | | MINUTE ORDER Granting 30 Application for Admission Pro Hac Vice of Scott R. Strauss by CRD at the direction of the Clerk. Approved by Judge Mark H. Cohen on 4/8/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lme) (Entered: 04/08/2024) |
| 04/08/2024 | | APPROVAL by Clerks Office re: 31 APPLICATION for Admission of Frank Paul Rainer Pro Hac Vice(Application fee $ 100, receipt number AGANDC–13333691). Attorney Frank P. Rainer added appearing on behalf of Memorial Hospital, Memorial Hospital. E–filing access may be requested after an order granting the application is entered. (djs) (Entered: 04/08/2024) |
| 04/08/2024 | | MINUTE ORDER Granting 31 Application for Admission Pro Hac Vice of Frank P. Rainer by CRD at the direction of the Clerk's Office. Approved by Judge Mark H. Cohen on 4/8/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lme) (Entered: 04/08/2024) |
| 04/08/2024 | 33 | MOTION to Dismiss by Apple Inc.. (Bold, Fredric) (Entered: 04/08/2024) |
| 04/08/2024 | 35 | AFFIDAVIT of Service as to AT&T, BlackRock Inc, and Enterprise Holdings, Inc.(dgr) (Additional attachment(s) added on 4/15/2024: # 1 Corrected Main |

| | | | |
|---|---|---|---|
| | | | Document) (jbu). (Entered: 04/09/2024) |
| 04/09/2024 | | | Refund in the amount of $100.00 has been processed, effective 4/9/2024 in response to Clerks Action on Application for Refund of Fees paid online. (kns) (Entered: 04/09/2024) |
| 04/09/2024 | 34 | | Certificate of Interested Persons and Corporate Disclosure Statement by Memorial Hospital. (Gal, Raanon) (Entered: 04/09/2024) |
| 04/10/2024 | 36 | | Certificate of Interested Persons and Corporate Disclosure Statement by Apple Inc.. (Page, Edwin) (Entered: 04/10/2024) |
| 04/10/2024 | 37 | | MOTION to Dismiss with Brief In Support by Brittney Mason–Hirner. (Attachments: # 1 Brief in support of the motion to dismiss)(lme) (Entered: 04/10/2024) |
| 04/10/2024 | | | Clerk's Certificate of Mailing as to Julia M. Robinson and Kendall J. Hall, re 37 MOTION to Dismiss with Brief in Support. (lme) (Entered: 04/10/2024) |
| 04/12/2024 | 38 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM with Brief In Support by Amgen Inc.. (Rumfelt, Eileen Elizabeth) (Entered: 04/12/2024) |
| 04/12/2024 | 39 | | Certificate of Interested Persons and Corporate Disclosure Statement by Amgen Inc.. (Rumfelt, Eileen Elizabeth) (Entered: 04/12/2024) |
| 04/12/2024 | 40 | | NOTICE of Appearance by Edwin Allen Page on behalf of Apple Inc. (Page, Edwin) (Entered: 04/12/2024) |
| 04/15/2024 | | | Notification of Docket Correction re 35 Affidavit of Service. Added corrected main document while verifying paper. (jbu) (Entered: 04/15/2024) |
| 04/15/2024 | | | Submission of 22 MOTION to Dismiss to District Judge Mark H. Cohen. (lme) (Entered: 04/15/2024) |
| 04/15/2024 | 41 | | RESPONSE in Opposition re 22 MOTION to Dismiss filed by Julia M. Robinson. (Attachments: # 1 Defendant Florida Atlantic's Motion to Dismiss)(dgr) (Entered: 04/16/2024) |
| 04/16/2024 | | | Submission of 24 MOTION to Dismiss for Failure to State a Claim to District Judge Mark H. Cohen. (lme) (Entered: 04/16/2024) |
| 04/16/2024 | 42 | | Amended RESPONSE in Opposition re 22 MOTION to Dismiss filed by Julia M. Robinson. (dgr) (Entered: 04/16/2024) |
| 04/22/2024 | | | Submission of 25 First MOTION to Dismiss *Plaintiff's Complaint Fed. R. Civ. Proc. 12(b)(6) or, in the Alternative, for a More Definite Statement under Fed. R. Civ. Proc. 12(e) and Brief in Support* and 26 MOTION to Dismiss to District Judge Mark H. Cohen. (lme) (Entered: 04/22/2024) |
| 04/22/2024 | | | Clerk's Notation re 34 , 36 and 39 Certificate of Interested Persons/Corporate Disclosure Statements reviewed by Mark H. Cohen. (lme) (Entered: 04/22/2024) |
| 04/23/2024 | 43 | | MOTION to Dismiss by AT&T Inc.. (Cotton, Jennifer) (Entered: 04/23/2024) |
| 04/23/2024 | 44 | | Certificate of Interested Persons and Corporate Disclosure Statement by AT&T Inc.. (Cotton, Jennifer) (Entered: 04/23/2024) |
| 04/23/2024 | 47 | | |

| | | | |
|---|---|---|---|
| | | | Amended Opposition/Objections/Response to Memorial Healthcare Systems and Mariana Danet M.D. Motino to Dismiss/Notice of Hearing re 24 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and 26 MOTION to Dismiss filed by Julia M. Robinson. (Attachments: # 1 Defendant Mariana Danet Memorandum in Support of Motion to Dismiss, # 2 Defendant South Broward Hopsital District's Memorandum in Support of its Motion to Dismiss)(dgr) (Entered: 04/25/2024) |
| 04/24/2024 | 45 | | NOTICE of Appearance by John P. Jett on behalf of AT&T Inc. (Jett, John) (Entered: 04/24/2024) |
| 04/24/2024 | | | Submission of 32 MOTION for Permission to File Electronically to District Judge Mark H. Cohen. (lme) (Entered: 04/24/2024) |
| 04/24/2024 | 46 | | APPLICATION for Admission of Leigh Farnell Rosenbloom Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13387054).by Brittney Mason–Hirner. (Attachments: # 1 Text of Proposed Order)(Kirbo, John) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/24/2024) |
| 04/25/2024 | | | APPROVAL by Clerks Office re: 46 APPLICATION for Admission of Leigh Farnell Rosenbloom Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13387054). Attorney Leigh Rosenbloom added appearing on behalf of Brittney Mason–Hirner. E–filing access may be requested after an order granting the application is entered. (cpp) (Entered: 04/25/2024) |
| 04/25/2024 | 48 | | Amended RESPONSE in Opposition re 24 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 26 MOTION to Dismiss filed by Julia M. Robinson. (dgr) Modified on 4/26/2024 to correct file date (dgr). (Entered: 04/26/2024) |
| 04/25/2024 | 49 | | MOTION for Hearing as to All of the Defendants by Julia M. Robinson. (dgr) (Entered: 04/26/2024) |
| 04/25/2024 | 50 | | MOTION for Hearing as to Apple Inc. by Julia M. Robinson. (dgr) (Entered: 04/26/2024) |
| 04/25/2024 | 51 | | MOTION for Hearing as to Florida Atlantic University (FAU) by Julia M. Robinson. (dgr) (Entered: 04/26/2024) |
| 04/25/2024 | 52 | | MOTION for Hearing as to Mariana Danet M.D. by Julia M. Robinson. (dgr) (Entered: 04/26/2024) |
| 04/25/2024 | 53 | | MOTION for Hearing as to Memorial Healthcare Systems Inc. by Julia M. Robinson. (dgr) (Entered: 04/26/2024) |
| 04/26/2024 | | | MINUTE ORDER Granting 46 Application for Admission Pro Hac Vice of Leigh Farnell Rosenbloom by CRD at the direction of the Clerk's Office. Approved by Judge Mark H. Cohen on 4/26/24. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lme) (Entered: 04/26/2024) |
| 04/26/2024 | 54 | | NOTICE of Appearance by Charles Spalding, Jr on behalf of BlackRock Inc. (Spalding, Charles) (Entered: 04/26/2024) |

| 04/26/2024 | 55 | | MOTION to Dismiss with Brief In Support by BlackRock Inc.. (Attachments: # 1 Brief Brief ISO MTD)(Spalding, Charles) (Entered: 04/26/2024) |
|---|---|---|---|
| 04/26/2024 | 56 | | Certificate of Interested Persons and Corporate Disclosure Statement by BlackRock Inc.. (Spalding, Charles) (Entered: 04/26/2024) |
| 04/26/2024 | 57 | | MOTION to Dismiss *or, in the Alternative, for More Definite Statement* with Brief In Support by Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc.. (Attachments: # 1 Brief in support of Motion to Dismiss, # 2 Exhibit Ex. A Declaration of Daniel O'Keefe)(Baxter, Jeffrey) (Entered: 04/26/2024) |
| 04/26/2024 | 58 | | Certificate of Interested Persons and Corporate Disclosure Statement by Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc. identifying Corporate Parent The Crawford Group, Inc. for Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc.. (Baxter, Jeffrey) (Entered: 04/26/2024) |
| 04/29/2024 | | | Submission of 37 MOTION to Dismiss to District Judge Mark H. Cohen. (lme) (Entered: 04/29/2024) |
| 04/29/2024 | | | Submission of 33 MOTION to Dismiss to District Judge Mark H. Cohen. (lme) (Entered: 04/29/2024) |
| 04/29/2024 | 59 | | NOTICE Of Filing amendment/correction to Brief in Support of Motion to Dismiss to correct conversion errors by Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc. re 57 MOTION to Dismiss *or, in the Alternative, for More Definite Statement* (Attachments: # 1 Brief in support of Motion to Dismiss)(Baxter, Jeffrey) (Entered: 04/29/2024) |
| 04/29/2024 | 60 | | MOTION to Dismiss *Plaintiffs Complaint* with Brief In Support by T−Mobile Inc.. (Attachments: # 1 Brief In Support of Motion to Dismiss Plaintiffs Complaint)(Knoop, Matthew) (Entered: 04/29/2024) |
| 04/30/2024 | 61 | | Certificate of Interested Persons by Brittney Mason−Hirner. (Rosenbloom, Leigh) (Entered: 04/30/2024) |
| 04/30/2024 | | | Submission of 38 MOTION to Dismiss for Failure to State a Claim to District Judge Mark H. Cohen. (lme) (Entered: 04/30/2024) |
| 04/30/2024 | 62 | | Certificate of Interested Persons and Corporate Disclosure Statement by T−Mobile Inc. identifying Other Affiliate SoftBank Group Corp., Other Affiliate Deutsche Telekom Holding B.V., Other Affiliate NASDAQ Global Select Market, Other Affiliate Delaware Project 6 L.L.C. for T−Mobile Inc.. (Knoop, Matthew) (Entered: 04/30/2024) |
| 05/01/2024 | | | Clerk's Notation re 44 and 58 Certificate of Interested Persons/Corporate Disclosure Statements reviewed by Mark H. Cohen. (lme) (Entered: 05/01/2024) |
| 05/03/2024 | 63 | | RESPONSE in Opposition re 24 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 26 MOTION to Dismiss filed by Julia M. Robinson. (dgr) (Additional attachment(s) added on 5/3/2024: # 1 Defendant Mariana Danet, M.D.'s Memorandum in Support of Motion to Dismiss, or in the Alternative, for More Definite Statement) (dgr). (Entered: 05/03/2024) |
| 05/03/2024 | 64 | | RESPONSE in Opposition re 33 MOTION to Dismiss filed by Julia M. Robinson. (Attachments: # 1 Defendant Apple Inc.'s Motion to Dismiss)(dgr) (Entered: 05/03/2024) |

| 05/03/2024 | 66 | | Amended RESPONSE in Opposition re 37 MOTION to Dismiss, 33 MOTION to Dismiss filed by Julia M. Robinson. (Attachments: # 1 Amended Opposition Response Continued)(dgr) (Entered: 05/06/2024) |
|---|---|---|---|
| 05/03/2024 | 67 | | MOTION for Hearing by Julia M. Robinson. (dgr) (Entered: 05/06/2024) |
| 05/06/2024 | 65 | | MOTION to Stay *Further Pretrial Deadlines* by Apple Inc.. (Bold, Fredric) (Entered: 05/06/2024) |
| 05/07/2024 | | | Clerk's Notation re 61 and 62 Certificate of Interested Persons/Corporate Disclosure Statements reviewed by Mark H. Cohen. (lme) (Entered: 05/07/2024) |
| 05/09/2024 | 68 | | RESPONSE in Support re 33 MOTION to Dismiss filed by Apple Inc.. (Bold, Fredric) (Entered: 05/09/2024) |
| 05/09/2024 | 69 | | MOTION to Stay *Certain Pre−Discovery Deadlines* by Amgen Inc.. (Attachments: # 1 Text of Proposed Order)(Rumfelt, Eileen Elizabeth) (Entered: 05/09/2024) |
| 05/16/2024 | 70 | | MOTION to Stay *Further Pretrial Deadlines* by Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc.. (Attachments: # 1 Text of Proposed Order Granting Motion to Stay Further Pretrial Deadlines)(Baxter, Jeffrey) (Entered: 05/16/2024) |
| 05/17/2024 | | | Submission of 53 MOTION for Hearing, 43 MOTION to Dismiss , 50 MOTION for Hearing, 52 MOTION for Hearing, 51 MOTION for Hearing, 49 MOTION for Hearing, 55 MOTION to Dismiss , 57 MOTION to Dismiss *or, in the Alternative, for More Definite Statement*, to District Judge Mark H. Cohen. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 71 | | MOTION for Hearing and Response in Opposition to Enterprise Holdings Inc. re 57 MOTION to Dismiss *or, in the Alternative, for More Definite Statement* by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 72 | | MOTION for Hearing and Response in Opposition to BlackRock Inc.'s re 55 MOTION to Dismiss by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 73 | | MOTION for Hearing and Response in Opposition to Amgen Inc.'s re 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 74 | | MOTION for Hearing and Response in Opposition to T−Mobile USA Inc re 60 MOTION to Dismiss *Plaintiffs Complaint* by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 75 | | MOTION for Hearing and Response in Opposition to AT&T Inc.'s re 43 MOTION to Dismiss by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 76 | | NOTICE Of Filing Submission of Documents/Exhibits/Evidence for this Entire Case by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | 77 | | Emergency MOTION for Temporary Restraining Order by Julia M. Robinson. (dgr) (Entered: 05/17/2024) |
| 05/17/2024 | | | Submission of 77 MOTION for Temporary Restraining Order to District Judge Mark H. Cohen. (dgr) (Entered: 05/17/2024) |

| 05/17/2024 | 78 | | NOTICE Of Filing Submission of Documents/Exhibits/Evidence for this Entire Case by Julia M. Robinson. (dgr) (Additional attachment(s) added on 5/20/2024: # 1 Notice of Submission of Documents, Exhibits, Evidence, Continued) (dgr). (Entered: 05/17/2024) |
|---|---|---|---|
| 05/22/2024 | 79 | | MOTION to Stay *further Pretrial Deadlines* by Memorial Hospital. (Gal, Raanon) (Entered: 05/22/2024) |
| 05/22/2024 | | | Submission of 67 MOTION for Hearing to District Judge Mark H. Cohen. (lme) (Entered: 05/22/2024) |
| 05/28/2024 | 80 | | ORDER. It is hereby ORDERED that Plaintiffs Emergency Petition for Temporary Restraining Order 77 is DENIED. It is FURTHER ORDERED that Plaintiffs request to file electronically 32 is DENIED. It is FURTHER ORDERED that the motions to stay pretrial deadlines until the pending motions to dismiss are adjudicated filed by Apple Inc. 65 , Amgen Inc. 69 , Enterprise Holdings, Inc. 70 , and South Broward Hospital District, d/b/a Memorial Healthcare System 79 are GRANTED. It is FURTHER ORDERED that Plaintiff shall have twenty–one (21) days from the date of this Order to amend her Complaint. THE FAILURE TO AMEND HER COMPLAINT IN ACCORDANCE WITH THIS ORDER WILL RESULT IN DISMISSAL OF PLAINTIFF'S COMPLAINT. Should Plaintiff decide to file an amended complaint, it shall be reviewed by the Court to determine whether any such amended complaint complies with this Order. Defendants are DIRECTED not to answer or otherwise respond to any such amended complaint until further Order from this Court. Signed by Judge Mark H. Cohen on 5/28/2024. (dgr) (Entered: 05/28/2024) |
| 05/29/2024 | | | Clerk's Certificate of Mailing as to Kendall J. Hall and Julia M. Robinson re 80 Order. (dgr) (Entered: 05/29/2024) |
| 05/29/2024 | | | Submission of 60 MOTION to Dismiss *Plaintiffs Complaint to District Judge Mark H. Cohen. (lme) (Entered: 05/29/2024)* |
| 06/21/2024 | 81 | | MOTION for Temporary Restraining Order and Submission of Documents/Exhibits/Evidence for this entire case and for TRO/Temporary Restraining Order/ Protection Order/ Preliminary Injunction/ and Notice of Hearing by Julia M. Robinson. (dgr) (Entered: 06/21/2024) |
| 06/21/2024 | | | Submission of 81 MOTION for Temporary Restraining Order, to District Judge Mark H. Cohen. (dgr) (Entered: 06/21/2024) |
| 06/21/2024 | 82 | | AMENDED COMPLAINT against AT&T Inc., Amgen Inc., Apple Inc., Audi Inc., Audi Inc., Lloyd Austin, Xavier Becerra, Monica Bertagnolli, BlackRock Inc., William J. Burns, Pete Buttigieg, Robert Califf, Mariana Danet, Enterprise Rent–A–Car Inc./ Enterprise Holdings Inc., Enterprise Rent–A–Car Inc./Enterprise Holdings Inc., Florida Atlantic University (FAU), Merrick Garland, Yoel A Hernandez – Rodriguez, Jane Does, John Does, Brittney Mason–Hirner, Alejandro Mayorkas, Memorial Hospital, Memorial Hospital, Mojio Inc. Bulgaria, Mojio Inc. Canada, Mojio Inc. United States, Paul M. Nakasone, T–Mobile Inc., T–Mobile Inc. /Deutsche Telekom AG Inc., The United States of America, Christopher A. Wray filed by Kendall J. Hall, Julia M. Robinson.(dgr) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To |

| | | | |
|---|---|---|---|
| | | | Proceed Before U.S. Magistrate form. (Entered: 06/24/2024) |
| 06/21/2024 | 83 | | MOTION for Temporary Restraining Order by Julia M. Robinson. (dgr) (Entered: 06/24/2024) |
| 06/21/2024 | 84 | | SECOND AMENDED COMPLAINT against AT&T Inc., All Ambulance (EMT) Services in States of Georgia and Florida, All Churches and Organizations in The Entire World (The Plaintiffs aren't members and Do Not Consent to Any Form of Research from any Churches, Organizations, Colleges, Universities, Research, All Colleges and Universities in The Entire World, All Computer/Tech/App Developers in The Entire World, All Doctos, Hospitals, Clinics, Insurance Companies, Institutions, and Doctors Offices and Medical Staff in the Entire World that Gladly Assisted the Defendants in Continuing the On Going Crimes, All Fake Con Artist so Called Leadersand So Called Civil Rights (White) Attorneys that Actually Work for the Federal Government as Double Agents to Supress, Sabotage, and Pretend to be the Help of, All Firefighters Unions and Departments of The States of Georgia and Florida, All Media Companies and Outlets in the Entire World that are Illegally in the Background of the Plaintiffs Private Properties, All Organizations, Churches, Affiliates, Donors, Associations and or endorsed but not limited to The Entire Republican Political Party, All Plumbing Companies in the Entire World, All Police Unions and Departments in The States of Georgia and Florida, All Professors in The Entire World, All Research Companies and Studies in The Entire World, All Roofing Companies in the Entire World, All of the Defendants Associates, Families, Co−Workers, and Friends, All of the Residents in the Cities of Smyrna, Palmetto, Peachtree City, Union City, and Tyrone Georgia that Have Been Paid by the Defendants to Participate in the On Going Crimes Committed Against the, All other Attorneys that have secret alliances with all or some of The Defendants that have participated in crimes committed against The Plaintiffs, Amgen Inc., Any and All Maintenance Companies in the Entire World, Apple Inc., Audi Inc., Audi Inc., Lloyd Austin, Xavier Becerra, Monica Bertagnolli, BlackRock Inc., William J. Burns, Pete Buttigieg, Robert Califf, Mariana Danet, Ron Desantis, Enterprise Rent−A−Car Inc./ Enterprise Holdings Inc., Enterprise Rent−A−Car Inc./Enterprise Holdings Inc., Florida Atlantic University (FAU), Merrick Garland, Yoel A Hernandez – Rodriguez, Jane Does, John Does, Brittney Mason−Hirner, Alejandro Mayorkas, Memorial Hospital, Memorial Hospital, Metro West Detention Center, Mojio Inc. Bulgaria, Mojio Inc. Canada, Mojio Inc. United States, Ashley Moody, Dyan Myara, Jake Myara, Jean Jacques' Myara, Jordan Myara, Justin Myara, Paul M. Nakasone, Teresa Mary Pooler, Katherine Fernandez Rundle, T−Mobile Inc., T−Mobile Inc. /Deutsche Telekom AG Inc., The City of Smryna Georgia, The City of Sunny Isles Beach Florida, The City of Sunny Isles Beach Police Department, The Entire Eleventh Judicial Clerk of Court in Miami Dade County, The Entire Republican Political Party (GOP), The Entire State of Florida and all U.S. Government Employees that work for The State of Florida, The Entire USPS Postel Service, The Florida Bar, The Owners of The Plaintiffs residents, The United States of America, The University of Miami (UM), Donald Trump, Christopher A. Wray filed by Kendall J. Hall, Julia M. Robinson.(dgr) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/24/2024) |

| 06/24/2024 | | | Submission of <u>83</u> MOTION for Temporary Restraining Order to District Judge Mark H. Cohen. (dgr) (Entered: 06/24/2024) |
|---|---|---|---|
| 07/08/2024 | <u>85</u> | | ORDER. It is hereby ORDERED that Plaintiffs' Motions for temporary restraining orders [Docs. 81 & 83] are DENIED. It is further ORDERED that the Notices of Hearing [Docs. 49–53, 67, 71–75], in which Plaintiffs appear to request public hearings on matters pending before the Court, are DENIED AS MOOT. It is further ORDERED that the motions to dismiss filed by the following Defendants: Florida Atlantic University ("F AU") [Doc. 22], Mariana Danet, M.D. ("Danet") [Doc. 24], Yoel A. Hernandez–Rodriguez, MD ("Hemandez Rodriguez") [Doc. 25], South Broward Hospital District, d/b/a Memorial Healthcare System ("MHS") [Doc. 26], Apple Inc. ("Apple") [Doc. 33], Brittney Mason ("Mason") [Doc. 37], Amgen Inc. ("Amgen") [Doc. 38], AT&T Inc. [Doc. 43], BlackRock Inc. ("BlackRock") [Doc. 55], Enterprise Holdings, Inc. ("Enterprise") [Doc. 57], and T–Mobile USA, Inc. ("T–Mobile") [Doc. 60] are GRANTED. Plaintiffs' case is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case. Signed by Judge Mark H. Cohen on 7/8/2024. (dgr) (Entered: 07/08/2024) |
| 07/08/2024 | <u>86</u> | | CLERK'S JUDGMENT that the action be, and the same hereby is, dismissed with prejudice. (dgr)––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (Entered: 07/08/2024) |
| 07/08/2024 | | | Civil Case Terminated. (dgr) (Entered: 07/08/2024) |
| 07/08/2024 | | | Clerk's Certificate of Mailing as to Kendall J. Hall and Julia M. Robinson re <u>86</u> Clerk's Judgment and <u>85</u> Order. (dgr) (Entered: 07/08/2024) |
| 08/02/2024 | <u>87</u> | | NOTICE OF APPEAL as to <u>86</u> Clerk's Judgment, <u>85</u> Order on Motion to Dismiss, Order on Motion to Dismiss for Failure to State a Claim, Order on Motion for Hearing, Order on Motion for TRO, by Julia M. Robinson. Case Appealed to USCA – 11th Circuit. Filing fee $ 605.00, receipt number 100013306. (pjm) (Entered: 08/02/2024) |
| 08/02/2024 | <u>88</u> | | USCA Appeal Transmission Letter to USCA– 11th Circuit re: <u>87</u> Notice of Appeal, filed by Julia M. Robinson. (pjm) (Entered: 08/02/2024) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIA M. ROBINSON and
KENDALL J. HALL,

      Plaintiffs,

v.

THE UNITED STATES OF
AMERICA et al.,

      Defendants.

CIVIL ACTION FILE

NO. 1:23-CV-5655-MHC

## ORDER

On May 28, 2024, this Court found that Plaintiffs' Complaint [Doc. 3] was a

shotgun pleading subject to dismissal, presenting "the precise problems the

Eleventh Circuit has identified as being characteristic of shotgun pleadings; it "is

in no sense the 'short and plain statement of the claim' required by Rule 8 of the

Federal Rules of Civil Procedure." May 28, 2024, Order ("May 28 Order") [Doc.

80] at 21 (quoting Magluta v. Samples, 256 F.3d 1282, 1284 (11th Cir. 2001)

(citation omitted)).[1] Nevertheless, recognizing Plaintiffs' pro se status, instead of

---

[1] The Court's May 28 Order contains an extensive discussion of the allegations
Plaintiff has made in this case, which this Court adopts herein by reference. Id. at
2-13. The Court also noted that the present lawsuit is substantially similar to three
other lawsuits Plaintiffs, or Robinson on her own, filed in 2022 and 2023

dismissing the Complaint, the Court afforded Plaintiffs an opportunity to amend the Complaint to address the flaws identified by the Court.  Id. at 22-25.

Plaintiffs subsequently filed four documents, two of which appear to be amended complaints and were docketed as such [Docs. 82 and 84].  The other two filings appear to be motions for temporary restraining orders, entitled "Notice of Submission of Documents/Exhibits / Evidence for This Entire Case and for TRO/Temporary Retraining [sic] Order/ Protection Order/ Preliminary Injunction/ and Notice of Hearing ("Pls.' Second Mot. for TRO") [Doc. 81], and "Verified Emergency Motion/Verified Emergency Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay Away Order /Verified Preliminary Injunction/Verified Permanent Retraining Order /Injunction" ("Pls.' Third Mot. for TRO") [Doc. 83].  The Court will address the motions for temporary restraining orders and then turn to the amended complaints to determine if they complied with this Court's May 28 Order.

---

(collectively, the "previous lawsuits"), all of which have been dismissed: Robinson v. Choice Hotels Int'l Serv. Corp. Serv. Co., No. 1:22-CV-3080-MHC, 2023 WL 3627861 (N.D. Ga. Apr. 13, 2023), aff'd sub nom., Robinson v. City of Hollywood Police Dep't, No. 23-11733, 2024 WL 983926 (11th Cir. Mar. 7, 2024); Robinson v. The United States of America, et al., No. 1:23-CV-43-MHC (N.D. Ga. Jan. 4, 2023); Robinson v. United States, No. 1:23-CV-1161-MHC, 2023 WL 8351618, at *2 (N.D. Ga. Sept. 7, 2023).  May 28 Order at 2-3, 13.

2

## I.    MOTIONS FOR TEMPORARY RESTRAINING ORDER

### A.    Legal Standard

In order to obtain a temporary restraining order or preliminary injunction, a plaintiff must demonstrate: (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the injunction is not granted; (3) that the threatened injury to the plaintiff absent an injunction outweighs the damage to the defendant if an injunction is granted; and (4) that granting the injunction would not be adverse to the public interest.  <u>Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr, S.A.</u>, 320 F.3d 1205, 1210 (11th Cir. 2003); <u>Morgan Stanley BW, Inc. v. Frisby</u>, 163 F. Supp. 2d 1371, 1374 (N.D. Ga. 2001).  A temporary restraining order is "an extraordinary and drastic remedy" and should be granted only when the movant clearly carries the burden of persuasion as to each of the four prerequisites.  <u>Four Seasons</u>, 320 F.3d at 1210.

To the extent Plaintiffs are seeking *ex parte* injunctive relief, a court may issue a temporary restraining order without notice to the adverse party or its attorney only if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

3

FED. R. CIV. P. 65(b)(1). "The stringent restrictions imposed by [Rule 65] on the availability of *ex parte* temporary restraining orders reflect the fact that our entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute." Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameida Cnty., 415 U.S. 423, 438-39 (1974). To the extent they are entered, *ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." Id. at 439.

**B.    Discussion**

Plaintiffs' Second Motion for TRO asserts in conclusory fashion and in general terms that their case is meritorious but fails to identify any legal cause of action. See Second Motion for TRO. In salient part, the motion provides as follows:

> The Plaintiff isn't going to allow NO ONE to take over her case. The Plaintiff will continue to represent herself and her daughter in this case. The Plaintiff will also keeping [sic] showing The American public everything through her motions she files to show how this court is and has been cheating for The Defendants by allowing The Defendants to assault The Plaintiffs through poisonings throughout their residence through the air and water gauging [sic] it under illegal research to help their evil friends so called professionals make money in the state of Florida and Georgia which still violates The Plaintiffs['] Constitutional

4

> Rights. The Plaintiffs ha[ve] shown this court through their evidence
> that they don't and never did qualify for no research to be performed
> and how it is still being done and This court and The United States Of
> America and this court is ALLOWING THE BLACK AFRICAN
> AMERICA PLAINTIFFS TO BE ATTACKED THROUGH
> ILLEGAL RESEARCH.

Id. at 1. Plaintiffs support the motion with a statement from Julia Robinson that

purports to explain the factual circumstances surrounding a June 26, 2019, arrest of

Kristian Hall (the father of Plaintiff Kendall Hall). Id. at 2-6. However, Plaintiffs

fail to explain how the circumstances detailed in Robinson's statement relate to

Plaintiffs' case, or any cause of action asserted therein.

Plaintiffs' Second Motion for TRO is without merit. Plaintiffs fail to

demonstrate any of the four prerequisites to obtaining a TRO. Most significantly,

Plaintiffs have not argued or demonstrated that they are substantially likely to

succeed on the merits of any valid legal claim. It is not clear what claim(s) they

contend entitle them to the "extraordinary and drastic" relief of a TRO. Four

Seasons, 320 F.3d at 1210. Nor have Plaintiffs explained what injunctive relief

they are seeking, or the irreparable injury they will suffer if an injunction is not

granted. Additionally, the Court notes that numerous named Defendants do not

appear to have been served with process in this case. To the extent Plaintiffs are

seeking *ex parte* relief from those Defendants, Plaintiffs have not argued, let alone

"clearly" demonstrated, circumstances such that "immediate and irreparable injury,

5

loss, or damage will result to [Plaintiffs] before [Defendants] can be heard in opposition." FED. R. CIV. P. 65(b)(1).  Additionally, Plaintiffs do not argue (let alone show) a sufficient reason for not affording those Defendants notice of the motion and an opportunity to respond.  Accordingly, Plaintiffs' Second Motion for TRO is **DENIED**.

Plaintiffs' Third Motion for TRO fares no better.  The motion is 448 pages in length, single-spaced, and contains verbatim repetitions of sections from Plaintiffs' initial Motion for TRO, the original Complaint, and from the complaints filed in the previous lawsuits.  See Pls.' Third Mot. for TRO.  As with the original Complaint and the initial Motion for TRO, Plaintiffs' Third Motion for TRO consists of disjointed allegations that appear to be related to some conspiracy to harm Plaintiffs and their family, interspersed with cut-and-pasted legal citations and definitions that do not appear to have any cohesion or relevance to the motion for preliminary injunctive relief.  Id.  Contrary to Plaintiffs' conclusory assertions, it is not clear what relief Plaintiffs are seeking in their Third Motion for TRO.  Id. at 115, 236 ("The Plaintiff was absolutely right after all, The Defendants arrogantly conspired and actually executed all crimes The Plaintiff is seeking relief for.  It's blatantly clear that All of The Defendants are all guilty of what The Plaintiff is seeking relief for.").

6

While it is unclear what injunctive relief Plaintiffs are seeking, it is clear that their Third Motion for TRO fails as a matter of a law.  See Watson v. Broward Cnty. Sheriff's Off., 808 F. App'x 891, 894 (11th Cir. 2020) (affirming district court's dismissal of the plaintiff's complaint as "baseless" because the plaintiff "offered only conclusory statements regarding 'fanciful,' 'fantastic,' and 'delusional' scenarios wherein the judges, state attorneys, public defenders, and law enforcement of Broward County and Miami-Dade County conspired to arrest and prosecute him based on fabricated charges").  Plaintiffs have not argued or demonstrated that they are substantially likely to succeed on the merits of any valid legal claim.  Nor have they explained what injunctive relief they are seeking, or that they will suffer irreparable injury if an injunction is not granted.  Additionally, to the extent they are seeking *ex parte* relief under Federal Rule of Civil Procedure 65(b), Plaintiffs have not demonstrated specific facts that clearly show that immediate and irreparable injury will result before Defendants can be heard in opposition.  Additionally, Plaintiffs do not argue (let alone show) a sufficient reason for not affording Defendants notice of the motion and an opportunity to respond.  Accordingly, Plaintiffs' Third Motion for TRO is **DENIED**.

## II.   AMENDED COMPLAINTS

### A.   Initial Complaint

This Court's May 28, 2024, Order found that Plaintiffs' initial Complaint was subject to dismissal as a shotgun pleading.[2] May 28 Order at 18-24.  The Court noted that the original Complaint did separately list any cause of action or claim for relief, making it impossible for the Court and Defendants to ascertain what claims Plaintiffs are asserting in this case.  Id. at 21.  Instead of separately listing any cause of action, the Complaint included the following list of federal criminal and civil statutes as well as state law causes of action:

> 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury (Sec . 95 . 11 (3) (a) & (o)., Claims Agai nst State & Local Governments (Sec . 768 . 28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768 . 73 Punitive Damages, 18 U.S. Code§ 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838 . 022, Statute § 838 . 014(4), Florida Statute § 838 . 014(5), 768 . 31 Contribution

---

[2] As explained in Weiland v. Palm Beach County Sheriff's Office, the term "shotgun pleading" refers to pleadings "calculated to confuse the 'enemy,' and the court, so that theories for relief not provided by law and which can prejudice an opponent's case can be masked[.]" 792 F.3d 1313, 1320-23 (11th Cir. 2015) (identifying four types of shotgun pleadings: pleadings that (1) contain multiple counts where each count adopts the allegations of all preceding counts; (2) are "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action"; (3) do not separate each cause of action or claim for relief into separate counts; and (4) assert multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions).

> Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A-Stalking, U.S. Code§ 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code§ 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code§ 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038.
>
> False information and hoaxes, Medical Battery, Assault, Battery, Negligence, Fraudulent Concealment, The State Created Danger, Racial Discrimination, Retaliatory Discrimination, Religious Discrimination, Theft, Attempted Murder, Attempted Kidnappings, Attempted assassinations, Human Trafficking/Involuntary Servitude/Slavery, Future Medical Expenses, Household Services ( In Home Services), Loss of Consortium, Loss of Enjoyment of Life , Loss of Society and Companionship , Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Personal Property Damage, Breach of Duty too [sic] use Caution and Care, Constitutional torts, Conspiracy, Invasion of Privacy, and Other Charges.

Id. at 4-5 (quoting Compl. at 2, 143, and noting that the identical list of statutes and causes of action was included in all of the previous lawsuits).

In addition to failing to separately list any valid cause of action, the Court found that the factual basis of Plaintiffs' lawsuit was unclear:

> Far from "a short and plain statement of the grounds for the court's jurisdiction," and "a short and plain statement of the claim showing that the pleader is entitled to relief," see FED R. CIV. P. 8(a), Plaintiff[s have]

9

submitted a long and disjointed screed of alleged factual assertions intermixed with cut-and-pasted legal concepts that is difficult to follow.

*** 

Plaintiff[s'] Complaint is comprised of disjointed factual allegations coupled with myriad cut-and-pasted legal citations that make little sense and leave the Court (and Defendants, as evidenced by the eleven motions to dismiss that have been filed, each arguing for dismissal of the Complaint as a shotgun pleading) guessing as to what claim(s) [they are] asserting and making it impossible to discern what factual allegations might support any claim. To the extent Plaintiff[s'] Complaint includes allegations against any particular Defendant, they are general and conclusory allegations including large amounts of superfluous information, "most of which [is] immaterial to most of the claims for relief." Johnson Enters. of Jacksonville, Inc. v. FPL Grp., Inc., 162 F.3d 1290, 1333 (11th Cir. 1998).

Id. at 5, 21. Based on these fatal flaws, the Court directed Plaintiffs to file an amended complaint within twenty-one (21) days and explained that

[a]ny amended complaint must comply with the following directions:

    (1)    address all the shortcomings noted in this Order;

    (2)    comply with the pleading requirements of the Federal Rules of Civil Procedure;

    (3)    include a factual background section setting forth in specific numbered paragraphs, non-conclusory factual allegations which directly pertain to his case, are not legal conclusions, and suggest support for the required elements of any claims asserted against the particular defendant;

    (4)    identify each of her legal causes of action against each defendant based on separate occurrences in separate counts of the amended complaint, each with its own

10

heading identifying it as a count, and including the specific legal authority under which she seeks relief; and

(5)  identify by reference which specific factual allegations and acts by the particular defendant that support each cause of action within each count of Plaintiff's amended complaint.

Id. at 24.  The Order emphasized that the failure to file an amended complaint "**IN ACCORDANCE WITH THIS ORDER WILL RESULT IN DISMISSAL OF PLAINTIFF'S COMPLAINT.**"  Id. at 24-25.

## B.  Plaintiffs' Amended Complaints

Plaintiffs filed two amended complaints on June 21, 2024.  Am. Compl. [Doc. 82]; Am. Compl. [Doc. 84].[3]  However, neither pleading complies with this Court's May 28 Order.  The Amended Complaints are 454 and 605 pages in length, respectively, single-spaced, and contain verbatim cut-and-pasted sections from Plaintiffs' original Complaint and from the complaints filed in the previous

---

[3] Apart from being much longer, the two Amended Complaints are substantively the same as the original Complaint, consisting of the same cut-and-pasted repetitious passages.  For example, all of the passages quoted in this Court's May 28 Order, are also included in the Amended Complaints, sometimes multiple times.  Because they are substantively similar and present no meaningful difference in terms of the analysis of whether they comply with this Court's May 28 Order, the Court will refer to both of the documents collectively as the Amended Complaints.

11

lawsuits.  The same issues identified with Plaintiffs' initial Complaint persist with the Amended Complaints.

As with the original Complaint, the Amended Complaints consist of fanciful, disjointed, conclusory, and largely incomprehensible allegations that appear to be related to the same conspiracy to harm Plaintiffs and their family that is the subject of her previous lawsuits.  Id.  The Amended Complaints also contain voluminous repetitive cut-and-pasted legal citations and definitions that have no apparent relevance to the case.  Id.  The Amended Complaints do not attempt to address the flaws noted in the May 28 Order and, instead, repeat them verbatim. Specifically, neither Amended Complaint contains a separate factual background section with numbered paragraphs including non-conclusory factual allegations. Nor do Plaintiffs identify or specifically enumerate any cause of action in separate counts in either pleading.  Both of these flaws violate Federal Rules of Civil Procedure 8(a)(2) and 10(b).  Because the alleged facts are incomprehensible and Plaintiffs fail to specifically enumerate any cause of action indicating which Defendant is associated with which particular conduct, it is impossible for the Court or Defendants to discern what they are being charged with.

Plaintiffs' Amended Complaints are characteristic of three types of shotgun pleadings that the Eleventh Circuit have found to be improper; they (1) are "guilty

of the venial sin of being replete with conclusory, vague, and immaterial facts not

obviously connected to any particular cause of action," (2) do "not separate[e] into

a different count each cause of action or claim for relief," and (3) "assert[] multiple

claims against multiple defendants without specifying which of the defendants are

responsible for which acts or omissions, or which of the defendants the claim is

brought against." Weiland, 792 F.3d at 1322. "The unifying characteristic of all

types of shotgun pleadings," including Plaintiffs' Amended Complaints in this

case, "is that they fail to one degree or another, and in one way or another, to give

the defendants adequate notice of the claims against them and the grounds upon

which each claim rests." Id.

Because Plaintiffs' Amended Complaints are shotgun pleadings in violation

of Rules 8(a)(2) and 10(b) of the Federal Rules of Civil Procedure, they are subject

to dismissal. See Barmapov v. Amuial, 986 F.3d 1321, 1325 (11th Cir. 2021)

(affirming the dismissal of a shotgun pleading that was replete with conclusory,

vague, and immaterial allegations, was a "a rambling, dizzying array of nearly

incomprehensible pleading."); Vibe Micro, Inc. v. Shabanets, 878 F.3d 1291, 1294

(11th Cir. 2018) (affirming the dismissal of a complaint on shotgun pleading

grounds that consisted of "innumerable pages of rambling irrelevancies, making no

distinction between the defendants engaged in the various alleged acts."); Magluta,

256 F.3d at 1284 (finding that a complaint was a quintessential shotgun pleading where it was "replete with allegations that 'the defendants' engaged in certain conduct, making no distinction among the fourteen defendants charged."); Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1359 n.9 (11th Cir. 1997) (finding that a complaint was a shotgun pleading where "a reader of the complaint must speculate as to which factual allegations pertain to which count."); Cramer v. Florida, 117 F.3d 1258, 1261 (11th Cir. 1997) (finding a complaint to be a shotgun pleading where it "is so disorganized and ambiguous that it is almost impossible to discern precisely what it is that these appellants are claiming."); Cesnik v. Edgewood Baptist Church, 88 F.3d 902, 905 (11th Cir. 1996) (characterizing a complaint as a shotgun pleading where is "was framed in complete disregard of the principle that separate, discrete causes of action should be plead in separate counts."); Anderson v. Dist. Bd. of Trustees of Cent. Florida Cmty. Coll., 77 F.3d 364, 366 (11th Cir. 1996) (finding the complaint to be a "perfect example" of a shotgun pleading where it was "virtually impossible to know which allegations of fact are intended to support which claim(s) for relief," and it failed to "present each claim for relief in a separate count, as required by Rule 10(b)").  Accordingly, Defendants' Motions to Dismiss on this ground are **GRANTED**.  Additionally, because the entire Amended Complaints are subject to dismissal as shotgun

14

pleadings and for failure to comply with this Court's May 28 Order, the case is

dismissed as to all Defendants.  See Barmapov, 986 F.3d at 1326 (affirming the

trial court's dismissal of entire lawsuit against all defendants, some of whom

moved to dismiss on shotgun pleading grounds and others who did not).

Furthermore, because Plaintiffs have failed to comply with this Court's May

28 Order, by repeating verbatim the allegations from the original Complaint

without any attempt to remedy the shotgun pleading flaws, this case is subject to

dismissal with prejudice.  A district court has discretion to dismiss an action sua

sponte for failure to prosecute or failure to obey a court order.  Goodison v.

Washington Mut. Bank, 232 F. App'x 922, 922-23 (11th Cir. 2007) (citing FED. R.

CIV. P. 41(b)).

> The legal standard to be applied under Rule 41(b) is whether there is a
> clear record of delay or willful contempt and a finding that lesser
> sanctions would not suffice.  Dismissal of a case with prejudice is
> considered a sanction of last resort, applicable only in extreme
> circumstances.

Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985) (citations and quotations

omitted).

Plaintiffs were instructed to replead their Complaint in accordance with

specific direction from the Court to address the numerous flaws in the original

Complaint.  Instead of complying with the clear direction of the Court, Plaintiffs

plaintiff a second opportunity to amend because the plaintiff had previously filed a similar lawsuit and was put on notice of the deficiencies in his filings).

## III.   CONCLUSION

For the foregoing reasons, it is hereby **ORDERED** that Plaintiffs' Motions for temporary restraining orders [Docs. 81 & 83] are **DENIED**.

It is further **ORDERED** that the Notices of Hearing [Docs. 49-53, 67, 71-75], in which Plaintiffs appear to request public hearings on matters pending before the Court, are **DENIED AS MOOT**.[5]

It is further **ORDERED** that the motions to dismiss filed by the following Defendants: Florida Atlantic University ("FAU") [Doc. 22], Mariana Danet, M.D. ("Danet") [Doc. 24], Yoel A. Hernandez-Rodriguez, MD ("Hernandez-Rodriguez") [Doc. 25], South Broward Hospital District, d/b/a Memorial Healthcare System ("MHS") [Doc. 26], Apple Inc. ("Apple") [Doc. 33], Brittney Mason ("Mason") [Doc. 37], Amgen Inc. ("Amgen") [Doc. 38], AT&T Inc. [Doc. 43], BlackRock Inc. ("BlackRock") [Doc. 55], Enterprise Holdings, Inc.

---

[5] The Court's Standing Order specifies that, if a party wishes to have an oral argument on a motion, it must "specify the particular reasons argument may be helpful" and "what issues will be the focus of the proposed argument." Standing Order [Doc. 5] at 16. Here, Plaintiffs have failed to give any reason why oral argument would be necessary. Additionally, the matters before the Court are not overly complicated such that oral argument would be beneficial.

("Enterprise") [Doc. 57],[6] and T-Mobile USA, Inc. ("T-Mobile") [Doc. 60] are

**GRANTED**.  Plaintiffs' case is **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 8th day of July, 2024.

_____
MARK H. COHEN
United States District Judge

---

[6] Plaintiff also names Enterprise Rent-A-Car, Inc., but no such entity exists.  Id.

18

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JULIA M . ROBINSON and KENDALL J. HALL,<br><br>Plaintiffs,<br><br><br><br>vs.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:23-CV-5655-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 8th day of July, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:    s / D . Ross _____
          Deputy Clerk

Prepared, Filed,
and Entered in the Clerk's Office
July 8, 2024
Kevin P. Weimer
Clerk of Court

By: s / D . Ross _____
          Deputy Clerk

August 1, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655-MHC

Plaintiffs:

Julia M Robinson and Kendall J. Hall



Defendants:   Jane Does And John Does

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central
Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National
Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of
Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of
Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of
Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal
Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The
National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The
Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department
of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United
States Department of Homeland Security

Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380
Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue
Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville , Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, Ca 91320-1799

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

Notice Of Appeal

The Plaintiffs reason for filing this appeal is because this court is gaslighting The
Plaintiff over and over saying that she didnt do things to properly move her lawsuit
forward when she did. This court also never gave her a court date for any hearings she
requested in the form of motions. Therefore The District court isn't following the law
and allowing the attorneys to do whatever they want to avoid The Plaintiffs. The
Plaintiffs are also demanding that their Verified Emergency Motion/Verified Emergency
Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay
Away Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction is transferred to this court along with
all of her filings and the defendants filings which would be the entire record for this
case.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under
the laws of the United States of America that the foregoing is true and correct "
Executed on August 1, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-
4070
juliamrobinsonuscourtappealprose@yahoo.com