# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

## PART I.                                    Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form in two places: the District Court AND the Court of Appeals for all cases. 11th Cir. R. 10-1.*

**Case Information:**                    Please See Attachments

Short Case Style: Julia M. Robinson And Kendall J. Hall  vs  All of the Defendants in this case

District Court No.: 1:23-CV-05655-MHC   Date Notice of Appeal Filed: August 2, 2024

Court of Appeals No. (if available): _____

**Transcript Order Information:**

☒ No hearing   ☒ No transcript is required for appeal purposes   ☐ All necessary transcript(s) already on file
☐ I am ordering a transcript of the following proceedings:

                  HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings ____  N/A

☐ Trial ____  N/A

☐ Sentence ____  N/A

☐ Plea ____  N/A

☐ Other ____  N/A

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 02 2024
KEVIN P. WEIMER, Clerk
By: SPJ Deputy Clerk

**Criminal Appeals:**

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

   Transcript of Guilty Plea Colloquy
☐  A transcript of the guilty plea colloquy is already on file.
☐  A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

   Transcript of Sentencing Hearing
☐  A transcript of the sentencing hearing is already on file.
☐  A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note:** Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).

**Financial Arrangements:** Please See Attachments

- ☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

- ☐ <u>Criminal Justice Act</u>: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and <u>Defense</u>; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____
Address: _____
E-mail: _____  Phone No.: _____

- ☒ I certify that I have completed and filed Part I with the District Court AND the Court of Appeals, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.

Date: _____  Signature: _____  Attorney for: _____

## PART II.                Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: _____

- ☐ Satisfactory arrangements for paying the cost of the transcript were made on: _____
- ☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____
Estimated no. of transcript pages: _____
Estimated filing date: _____

- ☒ I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.

Date: _____  Signature: _____  Phone No.: _____

## PART III.         Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals.*

- ☒ I certify that the transcript has been completed and filed with the district court on (date): August 2, 2024 AND that I have sent a copy of this form to the Court of Appeals.

Date: 8-2-2024  Signature: _____

August 1, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655-MHC

Plaintiffs:

Julia M. Robinson and Kendall J. Hall

Defendants:  JAne Does And John Does



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 02 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security

T-Mobile Inc. Deutsche Telekom AG
Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380
Albuquerque, NM 87176-7380

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

BlackRock Inc.
50 Hodson Yards, New York, New York, 10001

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue
Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville , Florida 32207

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

One Amgen Center Drive
Thousand Oaks, CA 91320-1799

Transcript Order Form Attachment

The Plaintiffs never had a court date even after The Plaintiffs did motions requesting hearings, so therefore there is no transcripts Records to transfer to The Appeals Court for this case since The Plaintiffs never received a court date.

The Plaintiffs reason for filing this appeal is because this court is gaslighting The Plaintiff over and over saying that she didnt do things to properly move her lawsuit forward when she did. This court also never gave her a court date for any hearings she requested in the form of motions. Therefore The District court isn't following the law and allowing the attorneys to do whatever they want to avoid The Plaintiffs. The Plaintiffs are also demanding that their Verified Emergency Motion/Verified Emergency Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay Away Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction is transferred to this court along with all of her filings and the defendants filings which would be the entire record for this case.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct "
Executed on August 1, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-4070
juliamrobinsonuscourtappealprose@yahoo.com