# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 24-12513-AA
Case Style: Julia Robinson, et al v. USA, et al
District Court Docket No: 1:23-cv-05655-MHC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
General Information:     404-335-6100    Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135    Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125    Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12513

_____

JULIA MAE ROBINSON,
KENDALL J. HALL,

                                                        Plaintiffs-Appellants,

*versus*

THE UNITED STATES OF AMERICA,
in the country's Official Capacity,
DIRECTOR, CENTRAL INTELLIGENCE AGENCY,
DIRECTOR, NATIONAL INSTITUTE OF HEALTH,
SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY, U.S. DEPARTMENT OF TRANSPORTATION, et al.,

                                                        Defendants-Appellees.

ISSUED AS MANDATE 1/23/2025

Case 1:23-cv-05655-MHC   Document 94   Filed 01/23/25   Page 3 of 3
USCA11 Case: 24-12513   Document: 141-2   Date Filed: 01/23/2025   Page: 2 of 2

2                                                                    24-12513

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-05655-MHC

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 22, 2024

For the Court: DAVID J. SMITH, Clerk of Court